UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | 04-12415 NG |
| ) | |
| v. ) | Case No._____ |
| ) | |
| BRADFORD C. BLEIDT and ) | |
| ALLOCATION PLUS ASSET MANAGEMENT ) | |
| COMPANY, INC. ) | |
| ) | |
| Defendants. ) | |
| ) | |

### PLAINTIFF'S EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER, ORDER FREEZING ASSETS AND ORDER FOR OTHER EQUITABLE RELIEF AND, UPON FURTHER NOTICE, A PRELIMINARY INJUNCTION

Plaintiff Securities and Exchange Commission ("Commission") hereby moves for a temporary restraining order, order freezing assets and order for other equitable relief and, upon further notice, for a preliminary injunction. In support of this motion, the Commission has filed herewith the Complaint, a memorandum of law, a Declaration of Louis Randazzo and a proposed form of Temporary Restraining Order, Order Freezing Assets and Order for Other Equitable Relief.

The Commission submits this motion on an emergency basis, asks the Court to schedule a hearing on its request for a temporary restraining order, order freezing assets and order for other equitable relief at the Court's earliest convenience, and states that it will serve defendants this afternoon with all the pleadings filed herewith.

Allowed. R/s Hennus DJ 11-12-04.

Respectfully submitted,

*[signature]*

Silvestre A. Fontes (Mass. Bar No. 627971)
Senior Trial Counsel

Attorney for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
73 Tremont Street, Suite 600
Boston, MA  02108
(617) 573-8991 (Fontes)
(617) 424-5940  fax

November 12, 2004