UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 12415 NG |
| v. ) | Case No. |
| ) | |
| BRADFORD C. BLEIDT, and ) | |
| ALLOCATION PLUS ASSET MANAGEMENT ) | |
| COMPANY, INC. ) | |
| ) | |
| Defendants. ) | |

### DECLARATION OF LOUIS RANDAZZO

1. I am a Senior Counsel in the Enforcement Division of the United States Securities and Exchange Commission's Boston District Office.

2. On November 12, 2004, I transcribed a recording of Bradford C. Bleidt.

3. In the recording, Bleidt states:

> Hello, my name is Brad Bleidt. I am the owner of two securities exchange commission registrations, financial perspectives and allocation plus management. We're over at 205 Portland St., in Boston, downtown Boston. And the telephone number is 617- 723-1400, and I'm reporting a serious, serious breach of professional conduct and just criminal behavior. I'm reporting myself.

4. Bleidt further states in the recording:

> Over the last twenty years almost, I've stolen tens and millions of dollars from clients through Allocation Plus Asset Management Corp…What I did basically was when I got a new client, I would roll, I would take their money, payable to Allocation Plus Asset Management Corp., and deposit it in a Sovereign bank account of which I would set up payments for the first and fifteenth of the month or any time the client would call and

1

request money. I always had enough to cover cash flow that I would be able to cover those demands. And it's today, this Thursday is the day of reckoning because there is a client that needs a million-and-a-half dollars wired into their account that's supposed to be there this morning, and obviously it's not going to be there this morning because the money's gone. I stole it. I used to buy a radio station, believe it or not. Which is stupid.

5. Bleidt further states in the recording:

I mean, there was nobody who knew what I was doing in the company. In that, all the registered principals, they had no clue what I was doing. And they had been with me for so long they trusted me, just like my clients trusted me…I'm deeply sorry and I don't expect to ever be forgiven for this. I'm going to Hell and I've been in Hell for years, just with the terror knowing what I've done and the guilt of who I'm doing it to. And, you know, it's very, very unfortunate but, anyway, that's the story.

I declare upon penalty of perjury that the foregoing is true and correct. Executed on November 12, 2004 at Boston, Massachusetts.

_____
Louis A. Randazzo