UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
SECURITIES AND EXCHANGE COMMISSION,         )
                                            )
            Plaintiff,                      )
                                            )
     v.                                     )   Case No. CA-04-12414-NG
                                            )
BRADFORD C. BLEIDT and                      )
ALLOCATION PLUS ASSET MANAGEMENT            )
COMPANY, INC.                               )
                                            )
                                            )
            Defendants.                     )
_____ )

**MOTION OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION TO EXTEND TEMPORARY RESTRAINING ORDER**

On Friday, November 12, 2004, Plaintiff Securities and Exchange Commission ("Commission") filed this emergency enforcement action against Defendants Bradford C. Bleidt and Allocation Plus Asset Management Company, Inc. ("Allocation"). Bleidt is the president of Allocation, a Boston-based investment adviser registered with the Commission. Among other things, the Commission's Complaint alleged that Bleidt had confessed – in a tape recording sent to the Commission's Boston District Office – to diverting millions of dollars of investor funds over the past 20 years. On the same day, November 12, the Court – acting through emergency judge Richard G. Stearns – granted the Commission all of the relief it sought in its proposed Temporary Restraining Order, Order Freezing Assets and Order for Other Equitable Relief ("TRO").

Pursuant to Federal Rule of Civil Procedure 65(b), the TRO is set to expire, at the latest, within ten days of its issuance. The Commission herein moves for an extension of the TRO. As

reasons therefor, counsel for the Commission notes that (a) the Commission staff has received information to the effect that Defendant Bleidt is currently receiving medical treatment and (b) neither defendant is currently represented by legal counsel in this matter. As such, and for good cause shown, the staff believes that it should be granted additional time to conduct the expedited discovery allowed pursuant to the TRO issued on November 12. An extension of the TRO is necessary to preserve the status quo and to safeguard any and all investor funds which may currently be in the possession or the control of defendants.

        Respectfully submitted,

/s/Silvestre A. Fontes
Silvestre A. Fontes
Senior Trial Counsel
(BBO # 627971)

Michele T. Perillo
Staff Attorney
(BBO #629343)

November 15, 2004

## Certificate of Service

I hereby certify that on November 15, 2004, I served a copy of Plaintiff Securities and Exchange Commission Motion to Extend Temporary Restraining Order on the following:

<u>Via Fax and First Class Mail</u>
Bradford C. Bleidt
26 Proctor Street
Manchester, MA 01944

<u>Via First Class Mail</u>
Allocation Plus Asset Management Company, Inc.
205 Portland Street
Boston, MA

<u>Via Fax and Fist Class Mail</u>
Grover S. Parnell, Jr., Esquire
Finneran & Nicholson, PC
77 North Washington Street
Boston, MA 02114

/s/ Silvestre A. Fontes