UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
SECURITIES AND EXCHANGE COMMISSION,         )
                                            )
        Plaintiff,                          )
                                            )
v.                                          )   Case No. CA-04-12415-NG
                                            )
BRADFORD C. BLEIDT and                      )
ALLOCATION PLUS ASSET MANAGEMENT            )
COMPANY, INC.                               )
                                            )
                                            )
        Defendants.                         )
_____ )

**MOTION OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION
REQUESTING THAT BLEIDT BE ORDERED TO SURRENDER HIS PASSPORT**

On Friday, November 12, 2004, Plaintiff Securities and Exchange Commission ("Commission") filed this emergency enforcement action against Defendants Bradford C. Bleidt and Allocation Plus Asset Management Company, Inc. ("Allocation"). Bleidt is the president of Allocation, a Boston-based investment adviser registered with the Commission. Among other things, the Commission's Complaint alleged that Bleidt had confessed – in a tape recording sent to the Commission's Boston District Office – to diverting millions of dollars of investor funds over the past 20 years. On the same day, November 12, the Court – acting through emergency judge Richard G. Stearns – granted the Commission all of the relief it sought in its proposed Temporary Restraining Order, Order Freezing Assets and Order for Other Equitable Relief ("TRO").

In granting the TRO, the Court found that the Commission had made a *prima facie* showing that, among other things, Defendant Bleidt had (i) directly or indirectly engaged in the

violations alleged in the Complaint; (ii) that there was a reasonable likelihood that those violations would be repeated; and (iii) that unless enjoined, Defendant Bleidt "may dissipate, conceal or transfer from the jurisdiction of this Court[] assets which could be subject to an order of disgorgement or an order to pay a civil monetary penalty in this action." One of the potential ways in which Defendant Bleidt may be able to dissipate assets is by traveling out of the country. In order to prevent that possibility, the Commission herein respectfully moves that the Court employ its broad equitable powers and order Defendant Bleidt to turn over any and all of his U.S. and other passports into the Court's possession.

        Respectfully submitted,

        /s/Silvestre A. Fontes
        Silvestre A. Fontes
        Senior Trial Counsel
        (BBO # 627971)

        Michele T. Perillo
        Staff Attorney
        (BBO #629343)

November 17, 2004

## Certificate of Service

I hereby certify that on November 17, 2004, I served a copy of Plaintiff Securities and Exchange Commission Motion to Extend Temporary Restraining Order on the following:

<u>Via Fax and First Class Mail</u>
Bradford C. Bleidt
26 Proctor Street
Manchester, MA 01944

<u>Via First Class Mail</u>
Allocation Plus Asset Management Company, Inc.
205 Portland Street
Boston, MA

<u>Via Fax and Fist Class Mail</u>
Grover S. Parnell, Jr., Esquire
Finneran & Nicholson, PC
77 North Washington Street
Boston, MA 02114

/s/ Silvestre A. Fontes