UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

BRADFORD C. BLEIDT and
ALLOCATION PLUS ASSET MANAGEMENT
COMPANY, INC.

    Defendants.

Case No. CA-04-12415-NG

## MOTION OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION TO CLARIFY SCOPE OF ORDER APPOINTING RECEIVER

On Friday, November 12, 2004, Plaintiff Securities and Exchange Commission ("Commission") filed this emergency enforcement action against Defendants Bradford C. Bleidt and Allocation Plus Asset Management Company, Inc. ("Allocation"). Bleidt is the president of Allocation, a Boston-based investment adviser registered with the Commission. Among other things, the Commission's Complaint alleged that Bleidt had confessed – in a tape recording sent to the Commission's Boston District Office – to diverting millions of dollars of investor funds over the past 20 years. On the same day, November 12, the Court – acting through emergency Judge Richard G. Stearns – granted the Commission all of the relief it sought in its proposed Temporary Restraining Order, Order Freezing Assets and Order for Other Equitable Relief.

In addition, on November 18, 2004, the Court, acting through Judge Nancy Gertner, granted the Commission's proposed Order for Appointment of Receiver ("Order Appointing Receiver"). At the time that the Commission staff moved for the Order Appointing Receiver, it

only had evidence that Bleidt acted through Allocation in committing his fraud. The staff continues to believe that Bleidt's fraud was principally, if not wholly, committed through Allocation. Thus, in the staff's view, the November 18 Order Appointing Receiver may, and should be, read to allow the Receiver to reach all of the client assets which have thus far been identified by the staff as having been stolen by Bleidt, including those assets converted to Bleidt's personal use. However, in an abundance of caution, the Commission herein respectfully moves for an order to clarify that the appointed Receiver – David A. Vicinanzo of Nixon Peabody LLP – has the authority to identify and administer not only assets belonging to Allocation but also those personally belonging to Bleidt and to other entities which Bleidt owned, controlled or from which he personally benefitted (including, but not limited to, radio station WBIX, Financial Perspectives Planning Services, Inc., Financial Perspectives Management Company, FP Insurance Agency, Perspective Broadcasting, Inc., Shared Visions, Inc. and Langer Broadcasting Corporation). As such, the staff herein attaches, as **Exhibit A**, a revised Proposed Order for Appointment of Receiver that makes certain clarifying technical amendments to the November 18 Order Appointing Receiver. The staff has also attached hereto, as **Exhibit B**, a redlined version of the revised Proposed Order for Appointment of Receiver so as to make it easier for the Court to identify the specific clarifying technical amendments the staff respectfully requests.

Respectfully submitted,

/s/Silvestre A. Fontes
Silvestre A. Fontes
Senior Trial Counsel
(BBO # 627971)

Michele T. Perillo
Staff Attorney
(BBO #629343)

November 22, 2004

## Certificate of Service

I hereby certify that on November 22, 2004, I served a copy of Motion of Plaintiff Securities and Exchange Commission to Clarify Scope of Order Appointing Receiver on the following:

Via Fax and First Class Mail
Bradford C. Bleidt
26 Proctor Street
Manchester, MA 01944

Via First Class Mail
Allocation Plus Asset Management Company, Inc.
205 Portland Street
Boston, MA

Via Fax and First Class Mail
Grover S. Parnell, Jr., Esquire
Finneran & Nicholson, PC
77 North Washington Street
Boston, MA 02114

/s/ Silvestre A. Fontes