UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. CA-04-12415-NG ) |
| BRADFORD C. BLEIDT and ALLOCATION PLUS ASSET MANAGEMENT COMPANY, INC. | ) ) ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only.

1) Supplemental Memorandum in Support of Its Motion For a Preliminary Injunction, Order Freezing Assets and Order for Other Equitable Relief;

2) Declaration of Mark A. Gera;

3) Declaration of Anthony C. Jordan;

4) [Proposed] Preliminary Injunction Order Freezing Assets and Order for Other Equitable Relief.

The original documents are maintained in the case file in the Clerk's Office.

/s/ Silvestre Fontes
Attorney for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
73 Tremont Street, Suite 600
Boston, MA  02108
Dated:  12/1/04          (617) 573-8991 (Fontes)