AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of    Massachusetts

Securities and Exchange Commission

       Plaintiff

V.

Bradford C. Bleidt and
Allocation Plus Asset Management Company, Inc.

       Defendants

**SUMMONS IN A CIVIL CASE**

CASE

04 - 12415 NG

ORIGINAL

TO: (Name and address of Defendant)

> Allocation Plus Asset Management Company, Inc.
> 164 Canal Street Suite 400
> Boston, MA 02114

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

> Sylvestre Fontes, Esq.
> Securities and Exchange Commission
> 73 Tremont Street
> Boston, MA 02108

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

DATE  NOV 1 2 2004

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE: November 17, 2004 |
| NAME OF SERVER: JOSEPH OLINTO | TITLE: Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left: _____

Said service was made at: _____, MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to  Sandra Celio, Secretary for Goldin, Merulla & Tutalo, Agent for CT Corporation System, Registered ~~Duly Authorized~~ Agent for the within-named   Defendant, Allocation Plus Asset Management Company, Inc.

Said service was made at:
10 Weybosset Street, 9th Floor, Providence, Rhode Island ~~MASSACHUSETTS~~

## STATEMENT OF SERVICE FEES

| SERVICE FEE $ | 77.00 | Trips | |
|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   November 17, 2004                *Joseph Olinto*
              Date                              Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $ ___ |
| | | | $ ___ |
| | | | $ ___ |
| | | | $ ___ |
| | | | $ ___ |
| | | | $ ___ |
| | | TOTAL | $ ___ |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

---

**Suvalle, Jodrey & Associates**         One Devonshire Place        Telephone # (617) 720-5733
**Massachusetts Constables since 1925**   Boston, MA 02109            Fax #       (617) 720-5737

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BRADFORD C. BLEIDT and ) <br> ALLOCATION PLUS ASSET MANAGEMENT ) <br> COMPANY, INC. ) <br> ) <br> Defendants. ) | **JURY TRIAL DEMANDED** <br><br> Case No.04cv12415 NG |

## DOCUMENTS SERVED WITH SUMMONS IN A CIVIL ACTION

1. Temporary Restraining Order;

2. Complaint;

3. SEC Emergency Ex-Parte Motion for Order Freezing Assets and Order for Other Equitable Relief;

4. SEC Memo in Support of Motion for Order Freezing Assets and Order for Other Equitable Relief;

5. Declaration of Louis Randazzo;

6. Proposed Temporary Restraining Order;

7. Notice of Taking Deposition of Bradford Bleidt;

8. Rule 30(b)(6) Notice of Taking Deposition of Allocation Plus Asset Management Co, Inc.;

9. Notice of Taking Deposition of Bonnie S. Bleidt;

10. Notice of Subpoena for Production of Documents from Non-Parties