AO 440 (Rev. 10/93) Summons in a Civil Action



# UNITED STATES DISTRICT COURT

District of    Mass achusetts

Securities and Exchange Commission

    Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

Bradford C. Bleidt and
Allocation Plus Asset Management Company, Inc.

    Defendants

CASE
**04 - 12415 NG**

ORIGINAL

TO: (Name and address of Defendant)

Bradford C. Bleidt
26 Proctor Street
Manchester, MA 01944

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Sylvestre Fontes, Esq.
Securities and Exchange Commission
73 Tremont Street
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

NOV 12 2004

DATE

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE | November 22, 2004 |
| NAME OF SERVER  GERARD O'DONNELL JODREY | TITLE | Process Server / A Disinterested Person |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at: _____, MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to __CORRECTIONS OFFICER J.M. TAMOOSH__

   Duly Authorized Agent for the within-named __BRADFORD C. BLEIDT__

   Said service was made at:
   __PLYMOUTH COUNTY HOUSE OF CORRECTIONS, PLYMOUTH__, MASSACHUSETTS

### STATEMENT OF SERVICE FEES

| | SERVICE FEE $ 215.00 | 2 Trips | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __November 22, 2004__    _[signature] Gerard O'Donnell Jodrey_
            Date                          Signature of Server

                                         One Devonshire Place, Boston, Massachusetts
                                         Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE __2__ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| 11-22-04 | AT 11:30 AM | PROCESS SERVER ARRIVED AT THE FEDERAL COURTHOUSE AND WAITED WITH ATTORNEYS FROM THE SEC UNTIL 1 PM-SERVICE COULD NOT BE MADE. $65(SERVICE FEE)$75 (WAIT) | $ 140.00 |
| 11-22-04 | | SERVICE MADE AT THE PLYMOUTH HOUSE OF CORRECTIONS AS STATED ABOVE. | $ 75.00 |
| | | TOTAL | $ 215.00 |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

---

**Suvalle, Jodrey & Associates**          One Devonshire Place          Telephone # (617) 720-5733
**Massachusetts Constables since 1925**   Boston, MA 02109              Fax #        (617) 720-5737