UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. CA-04-12415-NG |
| ) | |
| BRADFORD C. BLEIDT and ) | |
| ALLOCATION PLUS ASSET MANAGEMENT ) | |
| COMPANY, INC. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DECLARATION OF MARK A. GERA

Pursuant to 28 U.S.C. Sec. 1746, Mark A. Gera declares as follows:

1.      My name is Mark A. Gera. I am a Branch Chief with the Boston District Office of the U.S. Securities and Exchange Commission ("the Commission" or "SEC"). I have served with the Commission since 1999, first as an examiner and since March 2004 as a Branch Chief. As a Branch Chief, my responsibilities include, among other things, supervising, managing and leading examiners, directing and scheduling examinations, and reviewing examination findings to determine and recommend appropriate regulatory action. I obtained a bachelor's degree in Business Administration from Northeastern University in 1986. Prior to joining the Commission in 1999, I had worked in the securities industry in various capacities since 1986, including in customer service, trading, operations, compliance and management.

### November 12 Receipt of Bleidt's Taped Confession

2.      On Friday, November 12, 2004, the Commission's Boston District Office ("BDO") received, via DHL, a tape recording from Bleidt. See Exhibit A (copy of transcript of tape recording).

3.    In the tape recording received by the SEC staff on November 12, Bleidt states, in part: "I am the owner of ... Financial Perspectives [FPPS] and Allocation ... . I am reporting a serious, serious breach of professional conduct and just criminal behavior. I'm reporting myself. Over the last twenty years almost, I've stolen tens and millions of dollars from clients through Allocation Plus Asset Management Corp. You all have audited us in the past and for the most part, it's a clean operation. The only violations were conducted by me, by Brad Bleidt. .... I would prepare monthly statements to send to clients and we're talking about close to one hundred clients at least. So this is a major, major, major situation and it's tragic and I'm so sorry and guilty and obviously, I'm not there. ... What I basically did is that when I would get a new client, I would roll – I would take their money, have it payable to Allocation Plus Asset Management Corporation and deposit it in a Sovereign Bank account of which I would set up payments for the first and the fifteenth of the month or any time the client would call and request money. I always had enough cash flow that I was able to cover those demands. And it's today, this Thursday [November 11] is the day of reckoning because there is a, a client that needs a million-and-a-half dollars wired into their account that's supposed to be there this morning, and obviously it's not going to be there this morning because the money's gone. I stole it. I used it to buy a radio station, believe it or not, which is stupid. I mean, I'm sick, I'm just, I'm, I'm literally a psychopath. I must be to do to the magnitude, and to whom I did it. The innocent victims, are just, it's, it, I'm a monster. I'm an absolute monster." See Exhibit A (copy of transcript of tape recording).

4.    According to a number of records which I have personally reviewed, including Commission filings, Bleidt has been Allocation's Director, President, Treasurer and sole

shareholder since 1993. Bleidt was, until recently, Financial Perspectives Planning Services, Inc.'s ("FPPS") CEO and a member of its board of directors. He is also FPPS' majority shareholder. FPPS, like Allocation, is a Boston-based investment advisor registered with the Commission.

## On-Site Examinations

5.      Commencing on Friday, November 12, the day the SEC staff received Bleidt's taped confession, the SEC staff has been conducting an on-site examination of Defendant Allocation and of non-defendant FPPS at 205 Portland Street, Boston. Since November 12, the SEC staff has also been conducting an on-site examination of Winslow, Evans & Crocker ("WE&C"), a Commission registered broker-dealer. Since approximately January 2004, FPPS's financial planners have been registered representatives of WE&C, with WE&C maintaining the customer accounts of FPPS and Allocation through National Financial Services LLC ("National"). The SEC staff has also been conducting on-site examinations of Detwiler, Mitchell, Fenton & Graves, Inc. ("Detwiler") and Commonwealth Financial Network ("Commonwealth"), broker-dealers with which FPPS and Allocation were associated in the past.

6.      The SEC staff has thus far obtained and reviewed a significant amount of documents pursuant to its on-going examinations of FPPS, Allocation, WE&C, Detwiler and Commonwealth.

## November 12 Discoveries

7.      On Friday, November 12, during the SEC staff's on-site examinations, the SEC staff discovered, at 205 Portland Street, that Bleidt had left behind for the SEC staff written

instructions concerning how the SEC staff might be able to determine the nature and extent of his fraud. See Exhibit B (copies of Bleidt handwritten notes);

8.    The SEC staff also learned, while on-site at 205 Portland Street on November 12, that Bleidt had left behind two additional tape recorded messages for the staff. See Exhibit C (copies of transcripts of these two tape recordings).

9.    In one of the tapes left behind for the SEC staff at 205 Portland Street, Bleidt stated: "I was pretty sneaky and this was very devious ... [w]e created or I created a Ponzi scheme here where over about a 20 year period I would take in money invested – deposited into a corporate account the people thought they were investing at the Asset Management Company so they wrote the checks to the asset management company. ... [T]he big cover was that we ran a clean operation here other than me[.] ... [J]ust by being able to have a legitimate operation stand in front of my crimes so my you know my embezzlements, I was able to shield from purview anything that I did. Pretty you know it is something to consider when client lists were requested you know obviously the clients that I have embezzled from are never on the client list. ... [T]he client files are there, they're it's a fairly good accounting of what's there all the clients that have been abused are listed their approximate asset base that includes growth from hypothetical portfolio management because obviously the monies don't exist in some cases there's some small brokerage accounts that are reflected but for the most part what you see is what you got there. It's pure fraud ... ." See Exhibit C (copy of transcript of tape recording).

10.    On the second tape left for the SEC staff at 205 Portland Street, Bleidt directed the staff to two sets of fraudulent Allocation account statements which he mailed out to his clients. On the tape, he states, in part: "There's three rolling file cabinets, and two of them are for

monthly statements, where clients got statements monthly, and the other one where clients got statements quarterly. They're usually quarterlies are for – you know clients I've had for a long time. ... A lot of these – there are a number of payments that get made on the first of the month and the on fifteenth of the month that were coming out of my Sovereign account, the APAM [Allocation] account that I had, obviously that's going to stop because there's not going to be any money in there. ... Those lists that are with the cabinets should be fairly accurate, and the statements that are in there are accurate but they also represent the principal that was stolen but also fictitious histories of trades and investments, and allocations, and you know that, you know, performance is pretty good, theoretically I guess but they obviously, it's fictitious, you know so I really don't know how that gets valued but the addition of the sum of all those statements I haven't even had the guts to even look at that. It's got to be well over 20 million – cumulative. This was done over a two decade period so it's just built on itself, and it's just horrible, I mean the carnage and the individual suffering that's going to come off, the knowledge of these people not having any monies ... ." See Exhibit C (copy of transcript of tape recording).

11.    The SEC staff was able to recover the fraudulent Allocation monthly and quarterly account statements referred to by Bleidt on the second tape left for the staff at 205 Portland Street. The account statements indicated that Bleidt was sending fraudulent monthly Allocation account statements to approximately 100 clients and fraudulent quarterly Allocation account statements to approximately 40 clients. The account statements falsely indicated that the defrauded investors had a total of approximately $45 million invested with Bleidt. The last set of these account statements were dated September 2004. See Exhibit D (sample copies of the

monthly and quarterly statements) (client identifying information has been redacted by the SEC staff wherever appropriate throughout this Declaration).

12.    The SEC staff was also able to recover on-site Sovereign bank documents left behind by Bleidt indicating which of his clients received payments on the first and fifteenth of the month, respectively, during approximately the past six (6) months. The documents indicate that approximately 15 clients received monthly payments on the first of the month and that approximately 10 clients received monthly payments on the fifteenth. The documents also indicate that these monthly payments made by Bleidt averaged out to approximately $40,0000 for the clients who received payments on the first of the month and to approximately $23,000 for the clients who received payments on the fifteenth of the month. See Exhibit E (copies of sample pages from relevant Sovereign documents).

13.    The approximately 140 clients reflected on the fraudulent account statements left behind by Bleidt are currently believed by the SEC staff to constitute most, if not all, of Bleidt's "Ponzi scheme" victims. Though the fraudulent account statements indicate that these clients had approximately $45 million under management with Bleidt, the SEC staff is still attempting to determine the true nature and extent of the harm caused these clients. The $45 million figure used by Bleidt is not reliable given Bleidt's taped acknowledgment that the "performance" reflected in the statements is "theoretical[]" or "fictitious."

**Additional Taped Confessions**

14.    Also on Friday, November 12, employees of FPPS and/or Allocation discovered on-site at 205 Portland Street five (5) additional tape recordings left for the following specific individuals at FPPS and/or Allocation:  Keith Harris, Chief Financial Officer of Financial

Perspectives Management Company, the entity which provided management services to, among others, FPPS and Allocation (Tape #1); Nancy Foss, Bleidt's assistant (Tape #2); James McCarty, President, board member and minority shareholder of FPPS (Tape #3); Bonnie Bleidt, Bleidt's wife and an FPPS employee (Tape #6); Joseph DeLuca, another FPPS employee (Tape #5). In addition, the SEC staff has recovered a tape which Bleidt sent, on or about November 11, to Robert Maloney at WE&C (Tape #7). In all of these additional tape recorded messages, Bleidt confesses to his fraud, in similar language and tone. See Exhibit F (copies of transcripts of these tape recordings).

## Bleidt's Misappropriation of Church Funds

15.    Bleidt left a handwritten note for the SEC staff that stated "This is what triggered the exposure[.]" Attached to the note was a file for the Greek Orthodox Church of Weston ("the Church") containing, among other things, copies of fictitious account statements and correspondence with the Church. See Exhibit G (copies of Bleidt handwritten note and of sample fraudulent Allocation statement for the Church).

16.    Additional tape recordings left behind by Bleidt confirm that the Church is the client referred to by Bleidt in the tape received by the SEC staff on Friday, November 12 – the client which caused his "day of reckoning" because it needed "a million-and-a-half dollars wired into [its] account" on Thursday, November 11. In that original tape, Bleidt also noted that he had used that client's funds "to buy a radio station." See Exhibit A (copy of transcript of tape recording).

17.    Similarly, on the tape which he left at 205 Portland Street for Keith Harris, Bleidt states, in part: "And you know that Greek Church situation where they want their million-and-a-

7

half. It's supposed to be at the lawyer's office via wire this morning and the money doesn't exist. I actually gave it to Alex Langer at the first of the year to buy the station [WBIX]." Additionally, on the tape which he left at 205 Portland Street for Nancy Foss, Bleidt states, in part: "[T]he Greek Church, which is expecting a million-and-a-half wire today, and it's not going to happen, because the money doesn't exist." On the tape which he left at 205 Portland Street for Bonnie Bleidt, his wife, Bleidt similarly states, in part: "And today a wire for the Greek Church is supposed to hit for 1.5 million which does not exist because I've stolen it." And on the tape which he sent to Bob Maloney of WE&C Bleidt states, in part: "There is a one million five-hundred thousand dollar wire that is supposed to be delivered to the Greek Orthodox Church in Weston, Massachusetts, that is not going to happen, because those monies do not exist. They were given to Alex Langer at the beginning of the year, probably January 13th, to buy a radio station." See Exhibit F (copy of transcript of tape recording).

18.    Bleidt further elaborated on his relationship with the Church in the second tape left for the SEC staff at 205 Portland Street. On that tape, Bleidt states, in part: "Dealing with the church first off, those monies were brought in [to Allocation] ... right before we moved ... from Fechtor Detwiler [FPPS's and Allocation's broker-dealer before WE&C, now known as Detwiler, Mitchell, Fenton & Graves, Inc.] ... . I basically had told them that we were moving to Winslow, Evans and Crocker and move the monies out of the National [Financial] [custodial] account into the church's Sovereign account and then have them write a check back to APAM [Allocation] – for, you know to set up a new account which I told them was at Winslow, Evans and Crocker and obviously it didn't exist. That was at a time when Alex [Langer] was really pushing to close [on the deal to purchase radio station WBIX] right around ... the 13th of January

8

[2004]. And I did this to settle that 'cause I thought I could get some money back 'cause there was other things out there that I could replace it, and, obviously that didn't happen. ... ." See Exhibit C (copy of transcript of tape recording).

19.    Bleidt also elaborated, on the second tape left for the SEC staff at 205 Portland Street, on why he believed the Church wanted or needed its money on Thursday, November 11. On that tape, Bleidt states, in part: "But anyway, what's happened is that the church has an IRS settlement so they need the money back immediately, and they are expecting a wire this morning, Thursday. And obviously it's not going to happen – and so it's going to hit the fan." See Exhibit C (copy of transcript of tape recording).

20.    Documents reviewed by the SEC staff indicate that, in or about January 2004, Bleidt misappropriated approximately $2.2 million from the Church. On or about January 9, 2004, the Church liquidated its funds at Detwiler and transferred approximately $2.2 million to Allocation – via two checks drawn from the Church's Sovereign account. See Exhibit H (copies of two checks). Allocation's Sovereign account statements indicate that it received the Church's $2.2 million on or about January 13-15, 2004. On or about January 14, 2004, $1.3 million was transferred from Allocation's Sovereign account to an account in the name of Perspectives Broadcasting, Inc. ("Perspectives"). See Exhibit I (copy of Allocation Sovereign account statement). On or about January 14, 2004, Perspectives' Sovereign account received the $1.3 million. See Exhibit J (copy of Perspectives Sovereign account statement and excerpts of Sovereign suspicious activity report). On or about January 14, 2004, the $1.3 million was transferred from Perspectives' Sovereign account to a National account in the name of Alex Langer. See Exhibit K (copy of wire transfer agreement for Perspectives). In addition to Bleidt's

own taped admissions, the SEC staff has obtained other information that Alex Langer was the owner of radio station WBIX before selling it to Bleidt and/or to Bleidt-related entities in or about January 2004.

I declare upon penalty of perjury that the foregoing is true and correct. Executed on December 1, 2004.


Mark A. Gera

December 1, 2004

**Brad Bleidt**
**Tape #4**
**"SEC"**

Hello. My name is Brad Bleidt. I am the owner of two Security Exchange Commission [*sic*] registrations, Financial Perspectives and Allocation Plus Asset Management. We're over at 205 Portland Street in Boston, downtown Boston. And the telephone number is 617-723-1400 and I am reporting a serious, serious breach of professional conduct and just criminal behavior. I'm reporting myself. Over the last twenty years almost, I've stolen tens and millions of dollars from clients through Allocation Plus Asset Management Corp. You all have audited us in the past and for the most part, it's a clean operation. The only violations were conducted by me, by Brad Bleidt. All the other advisors on staff are clean and professional, and that's why we've always been able to pass the audits. Nobody in the company knew what was going on. Only I did. Nobody had a clue. I would prepare monthly statements to send to clients and we're talking about close to a hundred clients at least. So this is a major, major situation and it's tragic and I'm so sorry and guilty and obviously, I'm not there. I'm gone. I've included within this packet our ADVs so you can find traces. As an aside, I think that where I was able to breach this, this trust, was because nobody really patrolled my activities, being as I was the owner, boss, there was no partners, it was all just me. And nobody had any authority over me. We'd been with, I've been with five broker-dealers during this period, ranging from early 1985 to the present. The broker-dealers were Phoenix Equity Planning Corp., in Hartford, Connecticut, Commonwealth Equities, or Commonwealth Financial Network in Waltham, Fechtor Detwiler in downtown Boston, and most recently, Winslow, Evans and Crocker. The broker-dealers had no way of monitoring what my, my situation was. What I basically did is that when I would get a new client, I would roll - I would take their money, have it payable to Allocation Plus Asset Management Corporation and deposit it in a Sovereign Bank account of which I would set up payments for the first and the fifteenth of the month or any time the client would call and request money. I always had enough cash flow that I was able to cover those demands. And it's today, this Thursday is the day of reckoning because there is a, a client that needs a million-and-a-half dollars wired into their account that's supposed to be there this morning, and obviously it's not going to be there this morning because the money's gone. I stole it. I used it to buy a radio station, believe it or not, which is stupid. I mean, I'm, I'm sick, I'm just, I'm, I'm, I'm literally a psychopath. I must be, to do to the magnitude, and to whom I did it. The innocent victims, are just, it's, it, I'm a monster. I'm an absolute monster. I think that, I just even know where – I think when your all's investigations, when you have a power centralized in the form of an owner is that you got to pay really close attention to that in the future. Because, you know, audits, I mean the client lists and things like that. I mean it was easy for me just to leave clients off the client list and things I did on statements. I mean, there was nobody that knew what I was doing in the company in that, all the registered principals, they had no clue what I was doing. And they had been with me for so long they trusted me, just like my clients trusted me. I've never had a client complaint. I mean, that's why I was able to do what I did, I guess. But anyway, I'm sure you will get total cooperation, and I've asked

1

the people at the company to shut the company down immediately so the employees of –
won't be, you know, misled that there is any hope that the company will maintain itself.
I'm deeply sorry and I don't, I don't expect to be ever forgiven for this. And I'm going
to hell. I've been in hell for years, just with the terror of knowing what I've done and the
guilt of who I'm doing it to. And, you know, it's, it's very, very unfortunate but, anyway,
that's the story. And I – I might send you another tape later on. You know, just to kind
of give some observations on how this thing can maybe be prevented in the future. But,
I'm just deeply sorry.

www.financialperspectives.com
(800) 723-3707

**FINANCIAL PERSPECTIVES**
P L A N N I N G   S E R V I C E S ,   I N C.

**FPPS**

Corporate Headquarters:
164 Canal Street, Suite 400
Boston, MA 02114
Fax (617) 723.1410

Branch offices:
Beverly, Braintree, Peabody

These are
the quarterly
Clients referred
to on the
Tape

Securities offered through Winslow Evans & Crocker, Inc. · Member Boston Stock Exchange, N.A.S.D., S.I.P.C.

www.financialperspectives.com
(800) 726.3707



FINANCIAL PERSPECTIVES
PLANNING SERVICES, INC.

Corporate Headquarters:
164 Canal Street, Suite 400
Boston, MA 02114
Fax (617) 723.1410

Branch offices:
Beverly, Braintree, Peabody

These are
the accounts
Referred to
on The Tape

Monthly

Securities offered through Winslow Evans & Crocker, Inc. - Member Boston Stock Exchange, N.A.S.D., S.I.P.C.

www.financialperspectives.com

**(800) 726.3707**



**FINANCIAL PERSPECTIVES**
PLANNING SERVICES, INC.

Corporate Headquarters:
164 Canal Street, Suite 400
Boston, MA 02114
Fax (617) 723.1410

Branch offices:
Beverly, Braintree, Peabody

These are
monthly
direct
deposits

Securities offered through Winslow Evans & Crocker, Inc. · Member Boston Stock Exchange, N.A.S.D., S.I.P.C.

www.financialperspectives.com
(800) 726.3707

**FINANCIAL PERSPECTIVES**
P L A N N I N G   S E R V I C E S ,   I N C.

Corporate Headquarters:
164 Canal Street, Suite 400
Boston, MA 02114
Fax (617) 723.1410

Branch offices:
Beverly, Braintree, Peabody

This is
what triggered
the exposure

Securities offered through Winslow Evans & Crocker, Inc. - Member Boston Stock Exchange, N.A.S.D., S.I.P.C.

www.financialperspectives.com
(800) 726.3707

FINANCIAL PERSPECTIVES
PLANNING SERVICES, INC.

Corporate Headquarters:
164 Canal Street, Suite 400
Boston, MA 02114
Fax (617) 723.1410

Branch offices:
Beverly, Braintree, Peabody

*This is an example of how it was done*

Securities offered through Winslow Evans & Crocker, Inc. · Member Boston Stock Exchange, N.A.S.D., S.I.P.C.

**Brad Bleidt**
**Tape #8**
**"Regulators"**

This is a message to the regulators, actually, when they come in. Once again, at no time whatsoever did anybody have any knowledge within the management staff here, whether it be the investment management committee or the shareholder boards or the, you know, or my senior management staff have any idea on what I was doing. And you know, so, you know, they just didn't have a clue. My wife had no idea either whatsoever, she and I had totally separate finances at all times. She never got involved in really my end of the, the client business so there was no clue there. And, I was pretty sneaky. I just was very devious and, and, you know, nobody questioned my authority here 'cause I owned everything and had had everything so it was, you know, just a perfect prescription for abuse, to put it mildly. Once again, we created a – or I created a – Ponzi scheme here where over about a twenty-year period I would take in money invested – deposited into a corporate account – and people thought they were investing at the Asset Management Company so they wrote the checks to the Asset Management Company. The broker-dealers never knew what I was doing, obviously, and then probably the big cover was that we ran a clean operation here other than me, other than my clients, the asset management division and all the other planners on staff, you know, did a nice clean book of business and so, you know, when we would be audited there would be a lot to audit and there would be things that looked normal; of course, you know we got cited for different things and I did leave copies of the last audit that we had from the SEC, per your review, so, just by being able to have a legitimate operation stand in front of my crimes so my, you know, my embezzlements, I was able to shield from purview anything that I did. Pretty – you know, it is something to consider when client lists were requested, you know, obviously the clients that I have embezzled from are never on a client list. So they were never asked – their files were never asked for – and I always kept those files separate from other files that I had, so when they asked me for different clients I had they were legitimate clients at the time and, you know, there was really nothing to, nothing to see. I really wish there was a way that the rest of the planning staff – and could find a way to continue doing business not in this firm but, you know, somehow be allowed to move forward because their business is clean, it's not a bad outfit other than the monstrous things that I've done so – and I had good people in positions really taking care of things so all I can say is try to have some mercy on, you know, the people that are left behind that are going to try to conduct business and do business and, you know, blame everything on me because I'm where it started, I'm where it ends and I'm totally at fault and couldn't feel worse. I've been living in a hell for years anyway because of this. That being said, the client files are there, they're – it's a fairly good accounting of what's there, all the clients that have been abused are listed, their approximate asset base that includes growth from hypothetical portfolio management because obviously the monies don't exist; in some cases there's some small brokerage accounts that are reflected but for the most part, what you see is what you got there. It's pure fraud. God help me. I'm going to hell, no question about it. I hope this gives you some input, there will probably be other tapes coming after the fact but I just thought as

far as like an immediate looking at the situation, wanted to make sure that you understood that the rest of the people here are, are innocent victims just like my clients were. Good luck.

**Brad Bleidt**
**Tape #9**
**"More Info on Accounts"**

These are the client files. There's three rolling file cabinets, and two of them are for monthly statements, where clients got statements monthly, and the other one where clients got statements quarterly. They're usually quarterlies are for, you know, clients I've had for a long time. I'm sure you'll recognize a lot of the names. That's what makes this thing so horrible, even beyond the church part of it. Dealing with the church first off, those monies were brought in, in between, it's right before we moved to Fechtor Detwiler -- moved from Fechtor Detwiler, excuse me. I basically had told them that we were moving to Winslow, Evans and Crocker and move the monies out of the National account into the church's Sovereign account and then have them write a check back to APAM -- for, you know, to set up a new account which I told them was at Winslow, Evans and Crocker and obviously it didn't exist. That was at a time when Alex was really pushing to close right around from the 13th of January. And I did this to settle that 'cause I thought I could get some money back 'cause there was other things out there that I could replace it, and, obviously that didn't happen. It's been a real -- it's just been real hellacious all -- forever it seems, I mean, it's been nasty. But anyway, what's happened is that the church has an IRS settlement so they need the money back immediately, and they are expecting a wire this morning, Thursday. And obviously it's not going to happen -- and so it's going to hit the fan. I have notified Winslow, Evans and Crocker and the SEC so they're probably going to be calling pretty soon. Anyway going back to the other accounts. A lot of these -- there are a number of payments that get made on the first of the month and on the fifteenth of the month that were coming out of my Sovereign account, the APAM account that I had, obviously that's going to stop because there's not going to be any money in there. So, people are going to realize bad things have happened and I would suggest, and I know you all would do it anyway, notification. Those lists that are with the cabinets should be fairly accurate, and the statements that are in there are accurate but they also represent the principal that was stolen, but also fictitious histories of trades and investments and allocations, and you know that, you know, performance is pretty good, theoretically I guess, but they obviously, it was fictitious, you know so I really don't know how that gets valued but the addition of the sum of all those statements I haven't even had the guts to even look at that. It's got to be well over 20 million -- cumulative. This was done over a two decade period so it's just built on itself, and it's just horrible, I mean the carnage and the individual suffering that's going to come off, the knowledge of these people not having any monies, I just can't even imagine what's going to happen. Anyway, I'm a monster, that's all I can tell you. I'm trying to give you some insight into these accounts and I keep regressing into the remorse. Anyway, like I said, I think they're fairly accurate in the accounting, and of course the addresses and all that, Nancy has a fairly -- you know -- contact list in Gold Mine so a group notification can be done fairly easily. Anyway, that's pretty much it. I'm just trying to think -- I'm just -- tell everybody I'm really, really sorry about this, and I mean words can't even begin to extress, express, how I feel right now. It's truly the day of reckoning. Appreciate your help, as always, and I hope this gives you some guidance about those accounts anyway. Take care.

# August Portfolio Summary

August 31, 2004

**Prepared for**





## Current Position Report
### As of August 31, 2004

| | Category | Units | Price | Total Tax Basis | Market Value |
|---|---|---|---|---|---|
| ████████████████ | | | | | |
| Prime Fund Daily Money Class | EQ | 426,953.693 | 1.00 | 426,954 | 426,954 |
| Rydex Juno Advisors | EQ | 2,023.268 | 19.59 | 40,000 | 39,636 |
| **Owner  Category Total** | | | | $    466,954 | $    466,590 |
| ████████████████████ | | | | | |
| Prime Fund Daily Money Class | EQ | 317,518.290 | 1.00 | 317,518 | 317,518 |
| Rydex Juno Advisors | EQ | 7,587.253 | 19.59 | 150,000 | 148,634 |
| **Owner  Category Total** | | | | $    467,518 | $    466,152 |
| **Owner Total** | | | | $    934,472 | $    932,742 |
| ███████████████ | | | | | |
| Prime Fund Daily Money Class | EQ | 8,584.630 | 1.00 | 8,585 | 8,585 |
| **Owner  Category Total** | | | | $    8,585 | $    8,585 |
| ██████████████████████ | | | | | |
| Alliance Growth Class A | EQ | 207.039 | 40.00 | 5,000 | 8,282 |
| Prime Fund Daily Money Class | EQ | 13,143.260 | 1.00 | 13,143 | 13,143 |
| **Owner  Category Total** | | | | $    18,143 | $    21,425 |
| ████████████████████ | | | | | |
| Prime Fund Daily Money Class | EQ | 496,914.190 | 1.00 | 496,914 | 496,914 |
| Rydex Juno Advisors | EQ | 1,264.542 | 19.59 | 25,000 | 24,772 |
| **Owner  Category Total** | | | | $    521,914 | $    521,686 |
| **Owner Total** | | | | $    548,642 | $    551,696 |
| **Total** | | | | $    1,483,184 | $    1,484,438 |

## Investment Activity
### For the Period 01/01/2004 to 08/31/2004

| Date | Activity | Own ID | Name | Units | Amount |
|------|----------|--------|------|-------|--------|
| **Net Portfolio Transfers - Exchange Activity** | | | | | |
| 01/02/2004 | BY | | Prime Fund Daily Money Class | 3,375.000 | 3,375.00 |
| 02/03/2004 | SL | | Rydex OTC Investor Class | -20,000.000 | -201,800.00 |
| 02/04/2004 | BY | | iShares: Russ 2000 Val | 1,242.610 | 201,800.00 |
| 03/29/2004 | SL | | Prime Fund Daily Money Class | -150,000.000 | -150,000.00 |
| 03/29/2004 | SL | | Prime Fund Daily Money Class | -100,000.000 | -100,000.00 |
| 03/29/2004 | BY | | Vanguard Index Trusts&P 500 Po | 1,447.040 | 150,000.00 |
| 03/29/2004 | BY | | Vanguard Index Trusts&P 500 Po | 964.690 | 100,000.00 |
| 04/01/2004 | SL | | iShares: Russ 2000 Val | -1,242.610 | -214,487.08 |
| 04/01/2004 | SL | | Prime Fund Daily Money Class | -40,000.000 | -40,000.00 |
| 04/01/2004 | BY | | Prime Fund Daily Money Class | 214,487.080 | 214,487.08 |
| 04/01/2004 | SL | | Prime Fund Daily Money Class | -150,000.000 | -150,000.00 |
| 04/01/2004 | SL | | Prime Fund Daily Money Class | -25,000.000 | -25,000.00 |
| 04/01/2004 | BY | | Rydex Juno Advisors | 2,023.270 | 40,000.00 |
| 04/01/2004 | BY | | Rydex Juno Advisors | 7,587.250 | 150,000.00 |
| 04/01/2004 | BY | | Rydex Juno Advisors | 1,264.540 | 25,000.00 |
| 04/15/2004 | BY | | Prime Fund Daily Money Class | 3,375.000 | 3,375.00 |
| 07/02/2004 | BY | | Prime Fund Daily Money Class | 56,680.850 | 56,680.85 |
| 07/02/2004 | BY | | Prime Fund Daily Money Class | 342,100.410 | 342,100.41 |
| 07/02/2004 | BY | | Prime Fund Daily Money Class | 12,753.190 | 12,753.19 |
| 07/02/2004 | BY | | Prime Fund Daily Money Class | 150,491.950 | 150,491.95 |
| 07/02/2004 | BY | | Prime Fund Daily Money Class | 141,702.130 | 141,702.13 |
| 07/02/2004 | BY | | Prime Fund Daily Money Class | 100,327.970 | 100,327.97 |
| 07/02/2004 | SL | | Rydex OTC Investor Class | -5,673.760 | -56,680.85 |
| 07/02/2004 | SL | | Rydex OTC Investor Class | -1,276.600 | -12,753.19 |
| 07/02/2004 | SL | | Rydex OTC Investor Class | -14,184.400 | -141,702.13 |
| 07/02/2004 | SL | | Vanguard Index Trust 500 | -3,289.430 | -342,100.41 |
| 07/02/2004 | SL | | Vanguard Index Trusts&P 500 Po | -1,447.040 | -150,491.95 |
| 07/02/2004 | SL | | Vanguard Index Trusts&P 500 Po | -964.690 | -100,327.97 |
| 07/15/2004 | BY | | Prime Fund Daily Money Class | 201,837.070 | 201,837.07 |
| 07/15/2004 | SL | | US Treasury 2yr 04/2004 3.3 | -1,975.310 | -201,837.07 |
| | | | **Total** | | **6,750.00** |

**For the Period 01/01/2004 to 08/31/2004**

(Continued)

| Date | Activity | Own ID | Name | Units | Amount |
|---|---|---|---|---|---|

**Dividends, Interest, Etc. Reinvested**

| Date | Activity | Name | Units | Amount |
|---|---|---|---|---|
| 01/30/2004 | DR | Prime Fund Daily Money Class | 163.070 | 163.07 |
| 01/30/2004 | DR | Prime Fund Daily Money Class | 14.470 | 14.47 |
| 01/30/2004 | DR | Prime Fund Daily Money Class | 22.780 | 22.78 |
| 01/30/2004 | DR | Prime Fund Daily Money Class | 418.440 | 418.44 |
| 01/31/2004 | DR | Prime Fund Daily Money Class | 563.110 | 563.11 |
| 02/27/2004 | DR | Prime Fund Daily Money Class | 163.780 | 163.78 |
| 02/27/2004 | DR | Prime Fund Daily Money Class | 563.220 | 563.22 |
| 02/27/2004 | DR | Prime Fund Daily Money Class | 14.760 | 14.76 |
| 02/27/2004 | DR | Prime Fund Daily Money Class | 22.780 | 22.78 |
| 02/27/2004 | DR | Prime Fund Daily Money Class | 418.240 | 418.24 |
| 03/31/2004 | DR | Prime Fund Daily Money Class | 163.560 | 163.56 |
| 03/31/2004 | DR | Prime Fund Daily Money Class | 557.550 | 557.55 |
| 03/31/2004 | DR | Prime Fund Daily Money Class | 14.780 | 14.78 |
| 03/31/2004 | DR | Prime Fund Daily Money Class | 22.760 | 22.76 |
| 03/31/2004 | DR | Prime Fund Daily Money Class | 412.980 | 412.98 |
| 04/30/2004 | DR | Prime Fund Daily Money Class | 164.030 | 164.03 |
| 04/30/2004 | DR | Prime Fund Daily Money Class | 251.440 | 251.44 |
| 04/30/2004 | DR | Prime Fund Daily Money Class | 14.770 | 14.77 |
| 04/30/2004 | DR | Prime Fund Daily Money Class | 22.760 | 22.76 |
| 04/30/2004 | DR | Prime Fund Daily Money Class | 83.330 | 83.33 |
| 05/28/2004 | DR | Prime Fund Daily Money Class | 169.220 | 169.22 |
| 05/28/2004 | DR | Prime Fund Daily Money Class | 15.030 | 15.03 |
| 05/28/2004 | DR | Prime Fund Daily Money Class | 23.020 | 23.03 |
| 05/28/2004 | DR | Prime Fund Daily Money Class | 85.260 | 85.26 |
| 05/30/2004 | DR | Prime Fund Daily Money Class | 251.330 | 251.33 |
| 06/30/2004 | DR | Prime Fund Daily Money Class | 169.220 | 169.22 |
| 06/30/2004 | DR | Prime Fund Daily Money Class | 255.330 | 255.33 |
| 06/30/2004 | DR | Prime Fund Daily Money Class | 15.050 | 15.05 |
| 06/30/2004 | DR | Prime Fund Daily Money Class | 23.440 | 23.44 |
| 06/30/2004 | DR | Prime Fund Daily Money Class | 85.770 | 85.77 |
| 07/30/2004 | DR | Prime Fund Daily Money Class | 744.310 | 744.31 |
| 07/30/2004 | DR | Prime Fund Daily Money Class | 553.530 | 553.53 |
| 07/30/2004 | DR | Prime Fund Daily Money Class | 15.030 | 15.03 |
| 07/30/2004 | DR | Prime Fund Daily Money Class | 23.450 | 23.45 |
| 07/30/2004 | DR | Prime Fund Daily Money Class | 866.270 | 866.27 |
| 08/31/2004 | DR | Prime Fund Daily Money Class | 887.630 | 887.63 |
| 08/31/2004 | DR | Prime Fund Daily Money Class | 660.120 | 660.12 |
| 08/31/2004 | DR | Prime Fund Daily Money Class | 15.040 | 15.04 |
| 08/31/2004 | DR | Prime Fund Daily Money Class | 26.440 | 26.44 |

## Investment Activity
### For the Period 01/01/2004 to 08/31/2004

**(Continued)**

| Date | Activity | Own ID | Name | Units | Amount |
|------|----------|--------|------|-------|--------|
| 08/31/2004 | DR | | Prime Fund Daily Money Class | 1,033.080 | 1,033.08 |
| | | | Total | $ | 9,990.19 |

**Dividends, Interest, Etc. Paid in Cash, Reinvested in Other Assets**

| Date | Activity | Own ID | Name | Units | Amount |
|------|----------|--------|------|-------|--------|
| 01/02/2004 | IC | | US Treasury 2yr 04/2004 3.3 | 0.000 | 3,375.00 |
| 04/15/2004 | IC | | US Treasury 2yr 04/2004 3.3 | 0.000 | 3,375.00 |
| | | | Total | $ | 6,750.00 |
| | | | Total Reinvestments | $ | 16,740.19 |

**Other Miscellaneous Activity**

| Date | Activity | Own ID | Name | Units | Amount |
|------|----------|--------|------|-------|--------|
| 05/28/2004 | A+ | | Prime Fund Daily Money Class | 256.440 | 256.44 |
| | | | Total | $ | 256.44 |



## Portfolio Performance Summary
### For the Period 01/01/2004 to 08/31/2004

|  | 01/01/04 |
|---|---|
|  | 08/31/04 |
| Open Portfolio Value | 1,446,224.46 |
|   Div, Int, Etc. Reinvested (A) | 16,740.19 |
|   Realized/Unrealized Gain/Loss (B) | 21,473.47 |
| Close Portfolio Value | 1,484,438.12 |
| Benefit for the Period (A+B) | 38,213.66 |
| **Portfolio Internal Rate of Return** | |
| Period Portfolio Return | 2.63% |

\* - Direct Participation investments are excluded.

# Second Quarter Portfolio Summary

June 30, 2004

**Prepared for**





## Current Position Report
### As of June 30, 2004

| | Category | Units | Price | Total Tax Basis | Market Value |
|---|---|---|---|---|---|
| iShares: Lehm 1-3 Trs | EQ | 2,051.901 | 81.56 | 170,000 | 167,358 |
| Prime Fund Daily Money Class | EQ | 11,825.231 | 1.00 | 11,825 | 11,825 |
| Rydex OTC Investor Class | EQ | 6,798.124 | 10.23 | 55,405 | 69,545 |
| US Treasury Note 09/15/2008 3 | EQ | 2,250.000 | 102.88 | 225,000 | 231,480 |
| **Total** | | | | $ 462,230 | $ 480,208 |

## Investment Activity
### For the Period 01/01/2004 to 06/30/2004

| Date | Activity | Own ID | Name | Units | Amount |
|------|----------|--------|------|-------|--------|
| **Net Portfolio Transfers - Exchange Activity** | | | | | |
| 03/01/2004 | BY | | iShares: Lehm 1-3 Trs | 2,414.000 | 200,000.00 |
| 03/01/2004 | SL | | Rydex OTC Investor Class | -19,607.840 | -200,000.00 |
| 03/04/2004 | SL | | iShares: Lehm 1-3 Trs | -362.100 | -30,000.00 |
| 03/15/2004 | BY | | Prime Fund Daily Money Class | 3,543.750 | 3,543.75 |
| | | | Total | **$** | **-26,456.25** |
| **Dividends, Interest, Etc. Reinvested** | | | | | |
| 03/31/2004 | DR | | Prime Fund Daily Money Class | 16.880 | 16.88 |
| 04/28/2004 | DR | | Prime Fund Daily Money Class | 19.050 | 19.05 |
| 05/28/2004 | DR | | Prime Fund Daily Money Class | 19.060 | 19.06 |
| 06/30/2004 | DR | | Prime Fund Daily Money Class | 19.070 | 19.07 |
| | | | Total | **$** | **74.06** |
| **Dividends, Interest, Etc. Paid in Cash, Reinvested in Other Assets** | | | | | |
| 03/15/2004 | IC | | US Treasury Note 09/15/2008 3 | 0.000 | 3,543.75 |
| | | | Total | **$** | **3,543.75** |
| | | | Total Reinvestments | **$** | **3,617.81** |



## Portfolio Performance Summary
### For the Period 01/01/2004 to 06/30/2004

|  | 01/01/04 |
|---|---|
|  | 06/30/04 |
| Open Portfolio Value | 499,401.17 |
| Div, Int, Etc. Reinvested (A) | 3,617.81 |
| Realized/Unrealized Gain/Loss (B) | 7,189.44 |
| Close Portfolio Value | 480,208.42 |
| Benefit for the Period (A+B) | 10,807.25 |
| **Portfolio Internal Rate of Return** | |
| Period Portfolio Return | 2.25% |

* - Direct Participation investments are excluded.

www.financialperspectives.com

**(800) 726.3707**

FINANCIAL PERSPECTIVES
PLANNING SERVICES, INC.

Corporate Headquarters.
164 Canal Street, Suite 400
Boston, MA 02114
Fax (617) 723.1410

Branch offices:
Beverly, Braintree, Peabody

These are
monthly
direct
deposits

Securities offered through Winslow Evans & Crocker, Inc. - Member Boston Stock Exchange, N.A.S.D., S.I.P.C.

**Interactive Reporting & Initiation Services**
**APAM ALLOCATION PLUS**

| | Report Date: | 10/15/2004 |
|---|---|---|
| | Report Time: | 04:28:10 PM |

### Batch Summary Report by ID Number

| Company Name: | APAM ALLOCATIONS | Effective Date: | 10/18/2004 |
|---|---|---|---|
| Application Name: | Cash Concentration & Disb. | Batch Sequence: | 1 |
| Database Name: | Mid-month payments | | |
| Batch Status: | Entered | | |

| Name | ID Number | Amount | D/C | Bank ID | Account # | Acct Type | Trace # |
|---|---|---|---|---|---|---|---|
| | | $3,000.00 | C | 011000138 | | C | |
| | | $900.00 | C | 211371227 | | C | |
| | | $1,500.00 | C | 011000138 | | C | |
| | | $1,229.00 | C | 011301798 | | C | |
| | | $500.00 | C | 211081216 | | C | |
| | | $1,500.00 | C | 011075150 | | C | |
| | | $3,000.00 | C | 211383956 | | C | |
| | | $500.00 | C | 211081216 | | C | |
| | | $1,229.00 | C | 243083237 | | C | |
| | | $3,431.48 | C | 011000138 | | C | |
| | | $4,350.00 | C | 211170156 | | C | |
| OFFST APAM ALLOCATIONS | BATCH OFFSET | $21,139.48 | D | 011075150 | 61000016545 | C | |

| | Total Amount in Batch | Total Count in Batch |
|---|---|---|
| Debits | $21,139.48 | 1 |
| Credits | $21,139.48 | 11 |
| Prenotes | $0.00 | 0 |

| | Grand Total Amount | Grand Total Count |
|---|---|---|
| Debits | $21,139.48 | 1 |
| Credits | $21,139.48 | 11 |
| Prenotes | $0.00 | 0 |

**Interactive Reporting & Initiation Services**
**APAM ALLOCATION PLUS**

| | |
|---|---|
| Report Date: | 08/02/2004 |
| Report Time: | 02:05:41 PM |

### Batch Summary Report by Individual Name

| | | | |
|---|---|---|---|
| Company Name: | APAM ALLOCATIONS | Effective Date: | 08/03/2004 |
| Application Name: | Cash Concentration & Disb. | Batch Sequence: | 1 |
| Database Name: | First of the Month | | |
| Batch Status: | Released | | |

| Name | ID Number | Amount | D/C | Bank ID | Account # | Acct Type | Trace # |
|---|---|---|---|---|---|---|---|
| | | $1,000.00 | C | 211371298 | | C | |
| | | $435.00 | C | 011304300 | | C | |
| | | $5,000.00 | C | 211070175 | | C | |
| | | $700.00 | C | 011301798 | | C | |
| | | $5,230.00 | C | 011305749 | | C | |
| | | $1,346.00 | C | 211370118 | | C | |
| | | $3,000.00 | C | 267084131 | | C | |
| | | $5,742.50 | C | 011000138 | | C | |
| | | $300.00 | C | 011000138 | | C | |
| | | $900.00 | C | 251983730 | | C | |
| | | $2,000.00 | C | 211371120 | | C | |
| | | $5,000.00 | C | 211885988 | | C | |
| OFFST APAM ALLOCATIONS | BATCH OFFSET | $30,653.50 | D | 011075150 | 61000016545 | C | |

| | Total Amount in Batch | Total Count in Batch |
|---|---|---|
| Debits | $30,653.50 | 1 |
| Credits | $30,653.50 | 12 |
| Prenotes | $0.00 | 0 |

| | Grand Total Amount | Grand Total Count |
|---|---|---|
| Debits | $30,653.50 | 1 |
| Credits | $30,653.50 | 12 |
| Prenotes | $0.00 | 0 |



**Brad Bleidt**
**Tape #1**
**"Keith"**

Hello Keith. It's Brad. Bad news. Very, very tragic news. I have committed a terrible, terrible crime to many, many people. I have stolen tens and tens of millions of dollars over the last twenty years from clients. And you know that Greek Church situation where they want their million-and-a-half? It's supposed to be at the lawyer's office via wire this morning and the money doesn't exist. I actually gave it to Alex Langer at the first of the year to buy the station. Stupid me, I mean, I don't know, I'm a dumb ass. A total stupid, stupid, stupid but anyway it's just symptomatic of a greater, deeper problem that's existed really since the beginning of the companies, which I think this probably explains a lot of things. Number one, the monthly statements that I do, are fake, they're false, there's no money in them, they're fake statements that, you know, people bought. I do direct deposits on the first and fifteenth of every month for clients so they never would assume that, you know, there would ever be a problem. And if people needed money, I was always able to come up with money to give them, like if they needed $20,000, I was always – it was a big Ponzi scheme is what it was and it's all blown up now; obviously, I don't have to tell you the implications. The company's gone. The companies must be terminated immediately, and I think it's only fair to the employees that today is their last day. And Bonnie and my mother are trustees of an irrevocable life insurance trust, which there will be probably a couple of million dollars in it. It's incontestable, so it'll be paid. And you know there might be some funding available if Bonnie and my mother agree to it, to you know, to maybe pay residual payroll and if you, Jim and Nancy want to continue to clean up, though I don't know if the regulators would even let that happen at this point. It's a, my shame and sorrow are just immense. I've been living in a hell Keith, I've been living in a living hell for years, dreading the day, dreading this day of reckoning. And there's just no words I can say, I mean, I'm damned, this is, this is sick. And the amount of people and the types of people that I have hurt, and will hurt, I am a monster. I mean it's like, it's, it's beyond comprehension, just beyond comprehension what's, what's going to unfold. Anyway, I appreciated working with you, and I'm sure a lot of things will fit together for you, and I just don't know what to do. But if I can count on you to at least let the employees know that there, it's over, that would be a good thing and I've sent tapes to Susan Finneran, the SEC, Winslow, Evans and Crocker, my wife and kids, and all and anybody that I feel that I should tell personally like this. But, I'm obviously gone. And I'm going to hell, what can I tell you. Anyway, I appreciate what you've done for me. Take care, Keith.

**Brad Bleidt**
**Tape # 2**
**"Nancy"**

Hello Nancy, this is Brad. Black day today. I just want to humbly apologize for what's happened; and, if you don't know, I've stolen a great deal of client capital, and it's all going to hit the fan today. There's more communications throughout the building: Bonnie, Jim, Keith, and yourself. There's other recorders that have been mailed to the SEC, and Winslow, and all my family and kids just going over what I've done, and, you know, what I've had to do. You just got married, you've been such a good friend, and this is a betrayal on my part. I've been doing—stealing—money for nearly two decades, and it's just gotten huge. Those monthly statements were the instrument that allowed me to carry on a façade, and a sham, and a Ponzi scheme of fairly large proportion. What I'm asking here, is that Bonnie is trustee, along with my mother, of a life insurance trust, which should be going into effect soon. And, maybe, you, Keith, and Jim—I don't even know what's going to happen. The company is obviously gone, I mean, the regulators are going to shut it down instantly, and for good reason. And, of course, the station is probably going to blow up, too, because Alex will take it back, and do whatever he's going to do. So, everything I had is gone, literally. But it's going to require something of a effort to sort of put things away, and clean up the horrible mess that I've caused. And I don't know, I mean you - I don't blame you if you don't, but, you know, I sort of instructed Bonnie that once the insurance is paid, that, you know, there may be something for people that continue to work there, and help sort through things. Bottom line is, that client list that we've been sending monthlies and quarterlies represents the true damage, along with the Greek Church, which is expecting a million-and-a-half wire today, and it's not going to happen, because the money doesn't exist. So, we're talking cumulative of millions—of tens of millions—probably twenty-plus million, easily, that, you know, has been embezzled. And that's how the companies have stayed afloat. That money has gone back into the company for the most part. I certainly don't have it. I don't have any coffers any place. Well, that's sort of the story this morning. It's a black day, and it's horrible, and I know I'll never be forgiven. And I've lived in hell for quite a while just with the terror of this thing becoming known, and staving off not only the losses from the company that come every two weeks that I have to cover by stealing, but also the demands from clients that ask for money from time to time that I've always had to cover them, as well. It's just awful. My gosh. So, I'm terribly sorry, Nancy, I maybe, no, I know I can't ever be forgiven for what I've done. But you know, try to be there, be strong. You're all going to need each other. And you know I hope you and John can move on and have a good life. You are certainly have been a value, and a wonderful employee, and a wonderful person, and I truly enjoyed working with you, Nance. Take care.

**Brad Bleidt**
**Tape #3**
**"Jim"**

Good morning Jim, it's Brad. I will be just as direct as I possibly can be. I hope you're sitting down. Some very tragic, tragic situations are about ready to unfold. Jim, I've stolen tens of millions of dollars over the last twenty years. And this morning a wire needs to reach the lawyer's office for one million five hundred thousand that isn't going to make it because the money is gone. And it's going to blow up everything 'cause everything's going to come unraveled. I can't tell you how deeply, deeply sorry I am and ashamed of myself. I just got caught in it over my head. I kept thinking that, you know, that something would happen to get me out of it. But the more people became dependent on me as an employer and as a client and as a provider of services, I mean it was one thing after another, after another, after another and it's all going to blow up. Like immediately so. I just don't know what to tell you. Deep sense of sorrow, very deep sense of sorrow. Anyway, if, what the situation is, there are three file boxes on wheels in my office. They represent the clients that I have stolen money from. There's a client list included with them of all the clients and the current statements. Most of the money represented on those monthly statements – it doesn't exist. I have been generating monthly statements to cover the fact that the money is gone. And it's, it's worked. I mean, people never suspected. And not only that, but I've also arranged to have, you know, direct deposit checks going to people's accounts on the first and the fifteenth, using ACH, Automatic Clearinghouse. And it came out of my account that was at Sovereign. Also, I would be collecting investment dollars and deposits made payable to APAM and deposit them in the Sovereign Bank account and then embezzling them after that. Also funding the company and doing whatever is necessary. Bonnie and my mother are trustees of an irrevocable life insurance trust that, you know, I think as far as my family goes we should be okay. I don't know, I would work with Keith immediately just to shut down the company. So it's the only fair thing to do because there is going to be no way to pay them. Because I've been supporting and funding the company for so long that you know it can't stand on its own. So I would suspend the employment of the admin people immediately. And I'm going to contact Winslow, Evans and Crocker like, like via these tapes so they're going to know about the same time you do. So they're going to be able to address the situation. And I'm also sending a tape to the SEC, you know, just explaining what happened and explaining clearly that you or anybody else in the company and Bonnie knew nothing, knew nothing, absolutely nothing of what I've been doing and, you know, I'm making that very, very clear. Anyway I'm sending a tape to Susan as well so she knows. But Jim, you've been a good friend over the years and I've let you down, I've let everybody down and it's, my shame and sorrow are so deep and I don't want to have to leave but I've got to leave just to make sure everything's, at least my family survives. Anyway, I hope some day you'll find a way to maybe forgive me. I've been living in a hell for years, dealing with the guilt and the terror of being caught, and now I'm caught. And it's the worst – you can't imagine what it feels like. It's hell and that's where I'm going. Sorry my friend. Work with Keith. I left Keith a tape too, to maybe salvage what you can. But definitely I would shut down the company

1

**Brad Bleidt**
**Tape #6**
**"Bonnie"**

Hello Bonnie, it's me. Straight to the chase here. Tragic, tragic, tragic news. I am guilty of some very hideous crimes. I've been stealing clients' monies for roughly 20 years. And we're talking about tens and tens of millions of dollars; I mean we're talking about very, very big monies. And today a wire for the Greek Church is supposed to hit for 1.5 million which does not exist because I've stolen it. So everything is going to hit the fan today. Bonnie, maybe this can explain some of my behavior over the last several years, because I've been living in a hell. A hell from guilt knowing what I've done, and knowing how much I've hurt or going to hurt and will hurt people. And how many people I'm going to let down. And when you consider the magnitude of what's really about ready to happen it's, it's, it's overwhelming. And I've lived with that horror of the day of reckoning for years and that's sort of where the drinking's come from and me being distant and me being removed. So, you were one of the brightest spots in my life. You are so wonderful, you are so capable, you deserve everything good. And maybe, if we can – if you can survive this ordeal which is about to unfold, you can find some freedom, some relief, and the situation that's gotten so bad that we've lived in is going to rectify itself because the problem is being removed – that's me. You're going to have to be strong Bon. I know you can do it. And I think maybe underneath the the, overwhelming tragedy, you might even find a sense of relief here because a new chapter of your life is about ready to start. I've sent communications to the Securities and Exchange Commission. I've notified Susan Finneran and Bonnie, I highly suggest that you contact Susan – and use Susan. There's a lot of protection that you have – I've made sure everybody knows that nobody had a clue what I was doing. Obviously, the monthly statements that I was generating are fraudulent. The monies don't exist in those statements. It's a great big Ponzi scheme because I've also been doing direct deposits, you know, to quite a few clients on a monthly basis using ACH. And what I would end up doing is just signing up new clients and having the checks made payable to APAM – deposited them in a Sovereign bank account – which the statements actually came to the house under my name and I made sure you had no clue about any of this, so you've got the innocent spouse rule working for you and – but you're going to need some protection. Now, you are trustee of that life insurance trust. And you need to understand that that trust was established back in 2001. There is a – one life insurance policy for 2 million dollars that has passed incontestability period so it will be payable. They might give you a little flack about it but it's past the suicide provision. So, there will be money available for the protection of you, my mother, my kids. And hopefully that using you and mom's strength together, these kids can survive this, 'cause, I don't understand how I could have gotten myself into this thing. It was just one little step at a time that got bigger and bigger and bigger and then the stakes got higher and higher and higher and it just got totally out of control. God. I'm so sorry, Bonnie. I am so terribly, terribly sorry about this. The shame and the grief is just enormous. I've been living under the reality of this day happening for the last two and a half weeks. It's just been postponed which meant every day was worse because I knew it was just going to be another day. I don't know,

1

Bonnie. My worst fears have all come true. You are so intelligent and bright, and smart. Take some time for yourself now. I'm going to ask you to help Keith, and Jim, and Nancy because the companies are obviously destroyed – and they've got to be shut down. I've told Keith to shut them down immediately because there's no way to pay the employees. I did notify the SEC and told them that nobody had any clue what I was doing and I was totally responsible for everything and there's no way that anybody could have known what I was doing. And obviously the station situation, the station deal is going to blow up, I'm sure. Chris Egan probably will want to get as far away from this as possible. I doubt if he'll work directly with Alex. Alex will default my interest in the station and take it back and do whatever he's going to do down the road. But all that's gone. It's, it's immense. I am sorry. I don't ever expect to be forgiven. The people I've hurt, makes me the monster, I'm a, I'm a monster Bonnie. And I've had to live with being a monster for a long time and that's why I've fully turned into quite a psychopath. Really, that's what I am, 'cause of what I did. Try to be strong for my mom, try to be strong for my kids – even Denise, because it's going to be a huge impact on her. And Bonnie, I've changed, you know, the schedule page in the trust. She's entitled to a half million dollars worth of insurance, and I think that should be rolled into what the kids get as well. But, you know, I'll try to make that as explicit as possible. And I've outlined at home in a box that's fairly, clearly labeled where the trust is. There is one policy like I said that's past incontestability period. And I would, if I were you, I would def— I've left telephone numbers and all that to get the claim forms and I would try to file that just as soon as you possibly can to get some money in the door. And definitely use Susan Finneran. I'm sure she'll help you. And, even, you know, I think that you'll, you will be fine. But you need to take aggressive action and you have a good legal defense proving that you are an innocent, an innocent spouse here. You know, I love you very, very, very much, and it hurt me to know that I chased you off, but now you know why I chased you off. I couldn't live with myself so how could I live with anybody else. I was so ashamed of myself so how could I be proud for somebody else. I'm sure this solves a few of the missing pieces of what happened, you know, to us, but it seems like you've really moved on and you're going to be okay. But please be strong – for yourself, for the kids, my mom, the employees that have lost their jobs. And God, our clients, my clients, my clients, my clients are – it's sick what I did Bonnie, you'll see, it's sick. I've left instructions with Keith and Jim as far as like how things happened, what I did, and, you know, the list of clients and things like that. And I'll probably leave you another tape on other things but this is sort of like the bombshell. And just know I love you and I'm obviously gone. And I'm sorry Bonnie, I really am. Maybe some day you can forgive me.

2

**Brad Bleidt**
**Tape #5**
**"Joe"**

Hey Joe, it's Brad. I don't even know how to begin to start this because it's so devastating but the company as we know it is over. I've created some major embezzlements and you know, the company will be destroyed. It's gonna happen today. But, I would like you to do is to take the producers that you think are worthy, move them forward, go to Invest, I don't even know if Invest would even want us now. But go to Invest if you can. See if you can save some of these people and move forward. I am terribly sorry, Joe, I don't even know where to begin, I mean, I'm in hell. I mean, I've been in hell for years. I mean, this has been going on for almost twenty years and, you know, it's gonna come out as being probably one of the most major frauds in New England history. That being said, I apologize. I don't ever ask to be forgiven. But I know you're a man of execution so I'm going to keep this short and sweet. Do what you can, take the producers you can, create your own company, and see if you can create something for yourself, and Joe, I'm terribly sorry. I truly, truly am sorry, for everybody concerned, I mean you have no idea, I've been living in a hell for five, seven, eight, eight years actually, so, just waiting for the day of reckoning to hit, and guess what, it hit today. And, there's a hell of a lot to lose for me, personally, emotionally, everything, so, I'm going to hell. Take care, Joe.

*[Break]*

Hello Joe, it's Brad, you know of all the people that I'm gonna leave this message to today the person that I really didn't want to leave it to is you because you've been a great employee, you've been a terrific, terrific impact on the company. However, let me just let you, I'll, I'll just play it off straight for you. I'm an embezzler, I've been embezzling for almost twenty years, massive, massive fraud, over multiple broker-dealers and it's all gonna hit today. There was a particular case that, where a wire was supposed to hit today about a million five and it's not gonna hit because I don't have the money. Anyway, that being said, let me just tell you what I think you should do 'cause you're a man of action, you're a man of absolute action. I think you should, you know, the same deal with Advest is not going to happen obviously because of what's happened. But, I do think you should try to have an exodus strategy where you can take the producers that you want to have and escape, and escape, you know, the carnage that's gonna happen, because the company's gonna collapse, the company's absolutely gonna collapse with this and I've contacted the SEC, I've contacted Winslow, Evans and Crocker and, you know, so everybody's been notified, so the companies are gonna collapse so you've got a chance, Joe, and believe me, I can't tell you how sorry I really am, because you know I truly think that you're an outstanding individual and I can't even begin to ask for forgiveness for what I've done because when you see the magnitude of what's happened it's, it's, it's unbelievable. That being said, that being said, is that take who you can and who you want. Save them. Move them over, because they're gonna be devastated. They're gonna be absolutely devastated, and I'm talking about Bowen, I'm talking about you know, obviously, Stoddard, I'm talking about all the guys that you brought in, you know, create

1

**Brad Bleidt**
**Tape #7**
**"Bob"**

Hey Bob, it's Brad Bleidt. I have a very, very serious message really to deliver to you. It's a confession. Something very terrible is going to happen today. It's a result of basically almost a twenty-year history of embezzlement is going to surface today. And it does affect you. It's going to affect you, though it affects other broker-dealers probably more significantly. There is a one million five-hundred thousand dollar wire that is supposed to be delivered to the Greek Orthodox Church in Weston, Massachusetts, that is not going to happen, because those monies do not exist. They were given to Alex Langer at the beginning of the year, probably January 13th, to buy a radio station. And as stupid as it sounds, it gets even stupider – is that there is a twenty-year history of this type of behavior, and you're talking about tens and tens and tens of millions of dollars that have been embezzled over the years, since 1985. Never had a client complaint. Never had any of these things, because people trusted me. And I guess, your and Tina's suspicions of the looseness of our own internal compliance is correct. But I will say this, Bob, I will say this, Jim McCarty, Bonnie, Keith Harris, or anybody within the company had absolutely no idea, had no idea of what I was doing. They had no, they had no clue. If they did, believe me, they would have done something about it. They trusted me. They absolutely trusted me, because that's what the company was based on. So, that being said is that, you know, I don't know if that's going to fly with the NASD, I don't know if that's going to fly with the SEC, I have no idea what's going to fly with them. You know, you've got a lot of innocent people here, you've got a lot of innocent clients here, that are going to be tremendously hurt. And, quite frankly, I'm a sociopath, I'm a monster, and I don't even – I can't even ask for forgiveness because of the magnitude of what's been done. I'm telling you this just to give you the straight-ahead story, let you know what's happening. And there will be other tapes available that will give you a little more insight into what's happening; but, you know, this is the bombshell, this is what's going on today. This is the day of reckoning, and I'm going to hell. Thank you – not even "thank you." Oh, God, that was stupid. I apologize, Bob. I totally apologize for what I've done to you - and Tina. And, you know, I'm sorry.

ASAP, and figure out a way to notify – Bonnie, as trustee, may be able to provide some funding to pay you, Keith and maybe Nancy, by, you know, for a cleanup session or the regulators are going to do it. I don't know, I don't know what's going to happen. Sorry buddy – I can't say anything, it's just awful.

2



www.financialperspectives.com
(800) 726.3707

**FINANCIAL PERSPECTIVES**
PLANNING SERVICES, INC.

Corporate Headquarters:
164 Canal Street, Suite 400
Boston, MA 02114
Fax (617) 723.1410

Branch offices:
Beverly, Braintree, Peabody

This is what triggered the exposure

Securities offered through Winslow Evans & Cracker, Inc. - Member Boston Stock Exchange, N.A.S.D., S.I.P.C.

Allocation Plus Asset Management Co., Inc.
www.allocationplus.com

# ALLOCATION PLUS
ASSET MANAGEMENT CO., INC.

APAM

Quarterly Statement
October 31, 2004

Greek Orthodox Church of Weston
St. Demetrios Greek Orthodox
57 Brown Street P.O. Box 483
Weston, MA 02493

1. Introduction Letter and Economic Review and Analysis
2. Change in Market Value
3. Allocation and Performance Year to Date
4. Performance Summary Inception to Date

WE DO NOT DISCLOSE ANY NON-PUBLIC PERSONAL INFORMATION ABOUT OUR CLIENTS OR FORMER CLIENTS TO ANYONE,
EXCEPT AS PERMITTED BY LAW OR THE CLIENT.

205 Portland Street, 3rd Floor   Boston, MA 02114   800.726.3707 Ext. 305   Fax (617) 367.0649
Securities offered through Winslow Evans & Cracker, Inc. - Member Boston Stock Exchange, N.A.S.D., S.I.P.C.

Allocation Plus Asset Management Co., Inc.
www.allocationplus.com

Allocation Plus Asset Management, Inc.
## CHANGE IN MARKET VALUE
*Greek Orthodox Church of Weston*
*From 03-31-04 to 10-31-04*

| Portfolio | 03-31-04 Market Value | Additions Withdrawals Expenses | Interest Dividends Fees | Gains Losses | 10-31-04 Market Value |
|---|---|---|---|---|---|
| Greek Orthodox Church of Weston AAP002828 | 1,765,040.86 | -250,000.00 | 7,740.69 | 0.00 | 1,522,781.55 |
| Objective: Preservation of Capital | | | | | |
| Greek Orthodox Church of Weston AAP002833 | 500,849.97 | 0.00 | 2,354.40 | 0.00 | 503,204.37 |
| Objective: Preservation of Capital | | | | | |
| **TOTAL** | **2,265,890.83** | **-250,000.00** | **10,095.09** | **0.00** | **2,025,985.92** |

1

205 Portland Street, 3rd Floor    Boston, MA 02114    800.726.3707  Ext. 305    Fax (617) 367.0649
*Securities offered through Winslow Evans & Crocker, Inc.. Member Boston Stock Exchange, N.A.S.D., S.I.P.C.*

Allocation Plus Asset Management Co., Inc.
www.allocationplus.com

Allocation Plus Asset Management, Inc.
## ALLOCATION AND PERFORMANCE YEAR TO DATE
### Greek Orthodox Church of Weston AAP002828
Discounted Cash Flow Method
From 01-01-04 To 10-31-04

| Security | 01-12-04 Market Value | Purchases/ Sales | Realized Gains | Unrealized Gains | Interest Dividends | IRR +Fees | 10-31-04 Market Value | Pct. of Assets |
|---|---|---|---|---|---|---|---|---|
| CASH AND EQUIVALENTS | | [Fees] | | | | | | |
| Cash | | | | | | | | |
| Fidelity US Gov't Reserves | 0.00 | | 0.00 | | 10,815.01 | 0.66 | 1,522,781.55 | 100.00 |
| | 0.00 | | 0.00 | | 10,815.01 | 0.66 | 1,522,781.55 | 100.00 |
| | 0.00 | | 0.00 | | 10,815.01 | 0.66 | 1,522,781.55 | 100.00 |
| CASH AND EQUIVALENTS Total | 0.00 | | 0.00 | | 10,815.01 | 0.66 | 1,522,781.55 | 100.00 |
| TOTAL PORTFOLIO | 0.00 | 0.00 | 0.00 | 0.00 | 10,815.01 | 0.66 | 1,522,781.55 | 100.00 |

Allocation Plus Asset Management Co., Inc.
www.allocationplus.com

Allocation Plus Asset Management, Inc.
## ALLOCATION AND PERFORMANCE YEAR TO DATE
### *Greek Orthodox Church of Weston AAP002833*
Discounted Cash Flow Method
*From 01-01-04 To 10-31-04*

| Security | 01-14-04 Market Value | Purchases/ Sales | Realized Gains | Unrealized Gains | Interest Dividends | IRR +Fees | 10-31-04 Market Value | Pct. of Assets |
|---|---|---|---|---|---|---|---|---|
| CASH AND EQUIVALENTS | | [Fees] | | | | | | |
| Cash | | | | | | | | |
| Fidelity US Gov't Reserves | 0.00 | | 0.00 | | 3,204.37 | 0.64 | 503,204.37 | 100.00 |
| | 0.00 | | 0.00 | | 3,204.37 | 0.64 | 503,204.37 | 100.00 |
| | 0.00 | | 0.00 | | 3,204.37 | 0.64 | 503,204.37 | 100.00 |
| CASH AND EQUIVALENTS Total | 0.00 | | 0.00 | | 3,204.37 | 0.64 | 503,204.37 | 100.00 |
| TOTAL PORTFOLIO | 0.00 | 0.00 | 0.00 | 0.00 | 3,204.37 | 0.64 | 503,204.37 | 100.00 |

1

205 Portland Street, 3rd Floor    Boston, MA 02114    800.726.3707 Ext. 305    Fax (617) 367.0649
Securities offered through Winslow Evans & Crocker, Inc. - Member Boston Stock Exchange, N.A.S.D., S.I.P.C.

Allocation Plus Asset Management, Inc.

## PERFORMANCE SUMMARY INCEPTION TO DATE

NET OF FEES

*Greek Orthodox Church of Weston*

*October 31, 2004*

### PORTFOLIO COMPOSITION

| | Market Value | Pct. Assets |
|---|---|---|
| Cash and Equiv. | 2,025,985.92 | 100.0 |
| Equities | 0.00 | 0.0 |
| Fixed Income | 0.00 | 0.0 |
| Other | 0.00 | 0.0 |
| Total | 2,025,985.92 | 100.0 |

### CHANGE IN PORTFOLIO

| | |
|---|---|
| Portfolio Value on 01-12-04 | 0.00 |
| Net Additions/Withdrawals | 2,011,966.54 |
| Realized Gains | 0.00 |
| Unrealized Gains | 0.00 |
| Income | 14,019.38 |
| Portfolio Value on 10-31-04 | 2,025,985.92 |

### TIME WEIGHTED RETURN

| | Month To Date | Quarter To Date | Year To Date | Last 12 Months | Inception To Date |
|---|---|---|---|---|---|
| Account | 0.07 | 0.07 | - | - | 0.66 |
| S&P 500 W/ DIV | 1.54 | 1.54 | 3.12 | 9.44 | 1.67 |
| Wilshire 5000 Equity Index | 1.59 | 1.59 | 2.49 | 8.26 | 0.73 |

205 Portland Street, 3rd Floor    Boston, MA 02114    800.726.3707  Ext. 305    Fax (617) 367.0649
Securities offered through Winslow Evans & Crocker, Inc.    Member Boston Stock Exchange, N.A.S.D., S.I.P.C.

Allocation Plus Asset Management Co., Inc.
www.allocationplus.com

| | | | | | | |
|---|---|---|---|---|---|---|
| NASDAQ OTC Index | 4.12 | 4.12 | 4.12 | -1.42 | 2.21 | -6.48 |
| 90 Day US T-Bill | 0.16 | 0.16 | 0.16 | 1.20 | 1.39 | 1.13 |

2

205 Portland Street, 3rd Floor    Boston, MA 02114    800.726.3707  Ext. 305    Fax (617) 367.0649
Securities offered through Winslow Evans & Crocker, Inc. - Member Boston Stock Exchange, N.A.S.D., S.I.P.C.

Allocation Plus Asset Management, Inc.
CHANGE IN MARKET VALUE
*Greek Orthodox Church of Weston*
*From 01-01-04 to 09-30-04*

| Portfolio | 01-01-04 Market Value | Additions Withdrawals Expenses | Interest Dividends Fees | Gains Losses | 09-30-04 Market Value |
|---|---|---|---|---|---|
| Greek Orthodox Church of Weston AAP002828 | 0.00 | 1,511,966.54 | 9,733.51 | 0.00 | 1,521,700.05 |
| Objective: Preservation of Capital | | | | | |
| Greek Orthodox Church of Weston AAP002833 | 0.00 | 500,000.00 | 2,883.94 | 0.00 | 502,883.94 |
| Objective: Preservation of Capital | | | | | |
| **TOTAL** | **0.00** | **2,011,966.54** | **12,617.45** | **0.00** | **2,024,583.99** |

*(handwritten notes in right margin: "10/31", "1081.50", "320.43", "10/31")*

Allocation Plus Asset Management, Inc.

## ALLOCATION AND PERFORMANCE YEAR TO DATE

*Greek Orthodox Church of Weston AAP002833*

Discounted Cash Flow Method

*From 01-01-04 To 09-30-04*

| Security | 01-14-04 Market Value | Purchases/ Sales | Realized Gains | Unrealized Gains | Interest Dividends | IRR +Fees | 09-30-04 Market Value | Pct. of Assets |
|---|---|---|---|---|---|---|---|---|
| **CASH AND EQUIVALENTS** | | [Fees] | | | | | | |
| Cash | | | | | | | | |
| Fidelity US Gov't Reserves | 0.00 | | 0.00 | | 2,883.94 | 0.58 | 502,883.94 | 100.00 |
| | 0.00 | | 0.00 | | 2,883.94 | 0.58 | 502,883.94 | 100.00 |
| | 0.00 | | 0.00 | | 2,883.94 | 0.58 | 502,883.94 | 100.00 |
| **CASH AND EQUIVALENTS Total** | 0.00 | | 0.00 | | 2,883.94 | 0.58 | 502,883.94 | 100.00 |
| **TOTAL PORTFOLIO** | **0.00** | **0.00** | **0.00** | **0.00** | **2,883.94** | **0.58** | **502,883.94** | **100.00** |

Allocation Plus Asset Management, Inc.

# PERFORMANCE SUMMARY INCEPTION TO DATE

NET OF FEES

**Greek Orthodox Church of Weston**

*September 30, 2004*

## PORTFOLIO COMPOSITION

| | Market Value | Pct. Assets |
|---|---|---|
| Cash and Equiv. | 2,024,583.99 | 100.0 |
| Equities | 0.00 | 0.0 |
| Fixed Income | 0.00 | 0.0 |
| Other | 0.00 | 0.0 |
| **Total** | **2,024,583.99** | **100.0** |

## CHANGE IN PORTFOLIO

| | |
|---|---|
| Portfolio Value on 01-12-04 | 0.00 |
| Net Additions/Withdrawals | 2,011,966.54 |
| Realized Gains | 0.00 |
| Unrealized Gains | 0.00 |
| Income | 12,617.45 |
| **Portfolio Value on 09-30-04** | **2,024,583.99** |

## TIME WEIGHTED RETURN

| | Month To Date | Quarter To Date | Year To Date | Last 12 Months | Inception To Date |
|---|---|---|---|---|---|
| Account | 0.07 | 0.21 | - | - | 0.59 |
| S&P 500 W/DIV | 1.09 | -1.96 | 1.55 | 13.87 | 0.13 |
| Wilshire 5000 Equity Index | 1.65 | -2.19 | 0.89 | 12.91 | -0.85 |

1

| | 3.20 | -7.37 | -5.32 | 6.15 | -10.18 |
| NASDAQ OTC Index | 0.16 | 0.38 | 1.04 | 1.29 | 0.97 |
| 90 Day US T-Bill | | | | | |

2

Allocation Plus Asset Management, Inc.

# ALLOCATION AND PERFORMANCE YEAR TO DATE

## Greek Orthodox Church of Weston AAP002828

### Discounted Cash Flow Method

#### From 01-01-04 To 09-30-04

| Security | 01-12-04 Market Value | Purchases/ Sales | Realized Gains | Unrealized Gains | Interest Dividends | IRR +Fees | 09-30-04 Market Value | Pct. of Assets |
|---|---|---|---|---|---|---|---|---|
| CASH AND EQUIVALENTS | | | [Fees] | | | | | |
| Cash | | | | | | | | |
| Cash | | | | | | | | |
| Fidelity US Gov't Reserves | 0.00 | | 0.00 | | 9,733.51 | 0.59 | 1,521,700.05 | 100.00 |
| | 0.00 | | 0.00 | | 9,733.51 | 0.59 | 1,521,700.05 | 100.00 |
| | 0.00 | | 0.00 | | 9,733.51 | 0.59 | 1,521,700.05 | 100.00 |
| CASH AND EQUIVALENTS Total | 0.00 | | 0.00 | | 9,733.51 | 0.59 | 1,521,700.05 | 100.00 |
| TOTAL PORTFOLIO | 0.00 | 0.00 | 0.00 | 0.00 | 9,733.51 | 0.59 | 1,521,700.05 | 100.00 |

1



GREEK ORTHODOX CHURCH OF WESTON INC.
ST. DEMETRIOS GREEK ORTHODOX CHURCH
57 BROWN STREET, P.O. BOX 463
WESTON, MA 02493-0003

2488

◆ Sovereign

5-7515/0110

1/13/2004

PAY TO THE
ORDER OF ___NFS/APAM___

$ **500,000.00

Five Hundred Thousand and 00/10()**************************************************************** DOLLARS

NFS/APAM

MEMO ___Account Deposit___



2485

GREEK ORTHODOX CHURCH OF WESTON INC.
ST. DEMETRIOS GREEK ORTHODOX CHURCH
57 BROWN STREET P.O. BOX 463
WESTON, MA 02493-0003

Sovereign

5-75150/110

1/9/2004

PAY TO THE
ORDER OF        NFS/APAM

$ **1,761,966.54

One Million Seven Hundred Sixty-One Thousand Nine Hundred Sixty-Six and 54/100************************************************** DOLLARS

NFS/APAM

MEMO        Open Account

⑈"00 2485⑈" ⑆:0110751501: 64900018256⑈"

100000 -0
APAM ALLOCATION PLUS
ASSET MANAGEMENT INC
BRADFORD C. BLEIDT C/O
BRADFORD BLEIDT
8 NORTONS PT
MANCHESTER MA 01944-1432

Primary Account #: 61000016545

*For your convenience our Business
Solution Center is available Monday
through Friday, 8:00 a.m. to 6:00 p.m.
Call us at 1-877-768-1145
www.sovereignbank.com*

7 0 33 0

## IMPORTANT INFORMATION REGARDING ELECTRONIC CHECKS

More and more merchants are beginning to electronically process the
checks that you write to pay monthly bills and purchases. Most do not
even keep your original check. Because this process converts your
check to an electronic payment, information about these transactions
will be reflected differently than you may expect.

Checks converted by your merchant will be shown in the ACCOUNT
ACTIVITY section of your statement, not the Checks Posted section.
Neither the check image of the check, or the actual paper check, will
be included in the statement.

When using NetBanking, your converted checks will appear as a
CHECKPAYMT. Through Telephone Banking, your electronically processed
check will be referenced as a CHECK PAYMENT. We will provide the
check amount, but not the check number.

If you have any questions, please call the toll-free number listed on
the top of each statement page.

## YOUR NEW CHECKING ACCOUNT NAME

Please note that your Sovereign checking account name that appears on
the top of this statement has changed to better align with our other
products and services. Please be assured that no other aspect of your
checking account has changed. If you have any other questions, please
contact our Business Solution Center at 1-877-768-1145.

DEPOSITS INSURED BY FDIC    EQUAL OPPORTUNITY LENDER    *61000016545*

## Account Activity (Cont. for Acct# 61000016545)

| Date | Description | Credits | Debits | Balance |
|------|-------------|---------|--------|---------|
| 01-08 | CHECK      3224 | | $4,500.00 | $12,124.53 |
| 01-08 | CHECK      3226 | | $1,544.75 | $10,579.78 |
| 01-08 | CHECK      3227 | | $3,005.00 | $7,574.78 |
| 01-09 | CASHED CHECK 3218 | | $260.00 | $7,314.78 |
| 01-09 | CHECK      3228 | | $144.47 | $7,170.31 |
| 01-09 | CHECK      3240 | | $700.00 | $6,470.31 |
| 01-13 | WIRE TRANS-IN | $20,000.00 | | $26,470.31 |
| 01-13 | DEPOSIT | $1,761,966.54 | | $1,788,436.85 |
| 01-14 | WIRE TRANS-OUT | | $1,333.00 | $1,787,103.85 |
| 01-14 | WIRE TRANS-OUT | | $5,000.00 | $1,782,103.85 |
| 01-14 | WIRE TRANS-OUT | | $10,000.00 | $1,772,103.85 |
| 01-14 | WIRE TRANS-OUT | | $85,000.00 | $1,687,103.85 |
| 01-14 | MISCELLANEOUS DEBIT | | $1,301,000.00 | $386,103.85 |
| 01-14 | ANALYSIS FEES ANALYSIS 123103 61000016545 | | $815.08 | $385,288.77 |
| 01-15 | DEPOSIT | $500,000.00 | | $885,288.77 |
| 01-15 | WIRE TRANS-OUT | | $500.00 | $884,788.77 |
| 01-15 | WIRE TRANS-OUT | | $500.00 | $884,288.77 |
| 01-15 | WIRE TRANS-OUT | | $1,000.00 | $883,288.77 |
| 01-15 | WIRE TRANS-OUT | | $1,500.00 | $881,788.77 |
| 01-15 | WIRE TRANS-OUT | | $2,548.00 | $879,240.77 |
| 01-15 | WIRE TRANS-OUT | | $3,000.00 | $876,240.77 |
| 01-15 | WIRE TRANS-OUT | | $3,431.48 | $872,809.29 |
| 01-15 | WIRE TRANS-OUT | | $4,000.00 | $868,809.29 |
| 01-15 | WIRE TRANS-OUT | | $6,863.00 | $861,946.29 |
| 01-15 | WIRE TRANS-OUT | | $22,350.00 | $839,596.29 |
| 01-15 | WIRE TRANS-OUT | | $30,000.00 | $809,596.29 |
| 01-15 | CHECK      3241 | | $2,500.00 | $807,096.29 |
| 01-15 | CASHED CHECK 3257 | | $250.00 | $806,846.29 |
| 01-16 | WIRE TRANS-OUT | | $100,000.00 | $706,846.29 |
| 01-16 | WIRE TRANS-OUT | | $160,500.00 | $546,346.29 |
| 01-20 | WIRE TRANS-OUT | | $1,250.00 | $545,096.29 |
| 01-20 | WIRE TRANS-OUT | | $3,000.00 | $542,096.29 |
| 01-20 | WIRE TRANS-OUT | | $5,500.00 | $536,596.29 |



**SOVEREIGN BANK NEW ENGLAND**
*A Division of Sovereign Bank*

November 23, 2004

United States Securities and Exchange Commission
73 Tremont Street
6th Floor
Boston, MA 02108-3912
Attn: Philip Koski

RE:    SEC vs
       Bradford C. Bleidt, et al

Dear Mr. Koski:

Attached please find the following documentation in regards to the accounts in direct
control of Bradford C. Bleidt:

- APAM Allocation Plus Asset Management Inc. (Account 61000016545)
- Shared Visions Inc.  (Account 61000030694)
- Shared Visions Inc.  (Account 89900035786)
- Langer Broadcasting Corp DBA WMEX Payroll Account (Account 61000022238)
- Langer Broadcasting Corp DBA WMEX (Account 61000022261)
- Perspectives Broadcasting Inc. (Account 61004945798)
- FPPS Management Inc. (Account 61004945806)

Please note that we were not able to provide the following two (2) checks (account
61000030694), due to film difficulties, they are as follows:

- 07/01/03 for $140.00
- 07/07/03 for $18.71

Please feel free to contact Gary Deutsch at (610) 371-6342 if you should have further
questions.  Thank you.

Very truly yours,

John A. Dobra
Vice President and Director
Financial Intelligence Unit

# Suspicious Activity Report

**July 2003**

Previous editions will not be accepted after December 31, 2003

**ALWAYS COMPLETE ENTIRE REPORT**
(see Instructions)

| | | |
|---|---|---|
| FRB: | FR 2230 | OMB No. 7100-0212 |
| FDIC: | 6710/06 | OMB No. 3064-0077 |
| OCC: | 8010-9,8010-1 | OMB No. 1557-0180 |
| OTS: | 1601 | OMB No. 1550-0003 |
| NCUA: | 2362 | OMB No. 3133-0094 |
| TREASURY: | TD F 90-22.47 | OMB No. 1506-0001 |

**1** Check box below only if correcting a prior report.

☐ Corrects Prior Report (see instruction #3 under "How to Make a Report")

## Part I  Reporting Financial Institution Information

**2** Name of Financial Institution
Sovereign Bank

**3** EIN
23-1237295

**4** Address of Financial Institution
1130 Berkshire Blvd

**5** Primary Federal Regulator
a ☐ Federal Reserve   d ☐ OCC
b ☐ FDIC   e ☒ OTS
c ☐ NCUA

**6** City
Wyomissing

**7** State  P A

**8** Zip Code  1 9 6 1 0 — 0 0 0 0

**9** Address of Branch Office(s) where activity occurred
125 Causeway Street

☐ Multiple Branches (include information in narrative, Part V)

**10** City
Boston

**11** State  M A

**12** Zip Code  0 2 1 1 4 — 0 0 0 0

**13** if institution closed, date closed
MM / DD / YYYY

**14** Account number(s) affected, if any

| | | Closed? | | | | Closed? |
|---|---|---|---|---|---|---|
| a | 61000016545 | ☐ Yes ☒ No | c | 61004945798 | | ☐ Yes ☒ No |
| b | 61000030694 | ☐ Yes ☒ No | d | 61004945806 | | ☐ Yes ☒ No |

## Part II  Suspect No. 1 Information   ☐ Suspect Information Unavailable

**15** Last Name or Name of Entity
BLEIDT

**16** First Name
BRADFORD

**17** Middle
C

**18** Address
8 NORTONS POINT

**19** SSN, EIN or TIN
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

**20** City
MANCHESTER

**21** State  M A

**22** Zip Code  0 1 9 4 4 — 0 0 0 0

**23** Country
US

**24** Phone Number - Residence  (include area code)
(978) 526-4739

**25** Phone Number - Work  (include area code)
(978) 526-4739

**26** Occupation/Type of Business
ORG OFF - APAM INC

**27** Date of Birth
MM / DD / YYYY

**28** Admission/Confession?
a ☐ Yes   b ☒ No

**29** Forms of Identification for Suspect:
a ☐ Driver's License/State ID   b ☐ Passport   c ☐ Alien Registration   d ☐ Other

Number _____   Issuing Authority _____

**30** Relationship to Financial Institution:

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| a | ☐ Accountant | d | ☐ Attorney | g | ☒ Customer | j | ☐ Officer |
| b | ☐ Agent | e | ☐ Borrower | h | ☐ Director | k | ☐ Shareholder |
| c | ☐ Appraiser | f | ☐ Broker | i | ☐ Employee | l | ☐ Other |

**31** Is the relationship an insider relationship   a ☐ Yes   b ☒ No

If Yes specify:   c ☐ Still employed at financial institution   e ☐ Terminated
d ☐ Suspended   f ☐ Resigned

**32** Date of Suspension, Termination, Resignation
MM / DD / YYYY

**Part V  Suspicious Activity Information Explanation/Description- Continuation**                    8

From 01/01/04 to 11/15/04 there was one $500 transfer received into this account from Langer Broadcasting Corp DBA WMEX Payroll Account (61000022238). There were no other deposits made to this account.

During this same time period, there were two checks written from this account, totaling $581. They were written to the US Department of Revenue and the Commonwealth of Massachusetts.

There was no other activity in this account.


Account 61004945798 - Perspectives Broadcasting Inc.
Free Business Checking

This account appears to be an affiliated account, but no Organizational Officers were listed.

From 01/01/04 to 11/15/04 there was one deposit made to this account from APAM account (61000016545), for $1,301,000. There were no other deposits made to this account.

During the same time period, there was one outgoing wire from this account to National Financial Services LLC/JP Morgan Chase in the amount of $1,300,000. This wire was sent on the same business day as the above-mentioned deposit. The wire message text line read 'FBO Alexander Langer.'

There was no other activity in this account.


Account 61004945806 - FPPS Management Inc. (Financial Perspectives Planning Services)
Free Business Checking

Bradford Bleidt is listed as the only Organizational Officer on this account.

From 01/01/04 to 11/15/04 the majority of the deposits made to this account were in the form of incoming wires from Shared Visions Inc. account (61000030694) and APAM account (61000016545). These wires were typically in amounts that ranged from $10,000 to $30,000.

During the same time period, there were numerous ACH debits made from this account to ADP TX/Financial Services, including some large payroll debits. There were no payroll debits made from this account after March 2004. There were several insufficient funds fees debited from this account.

There was no other activity in this account.



3037 0610    119868 N

STATEMENT OF ACCOUNTS

61004945798        X

STATEMENT  PERIOD
FROM    THROUGH
1-02-04  1-31-04  7

PAGE    1 OF    1

PERSPECTIVES BROADCASTING INC
164 CANAL ST
BOSTON MA 02114            0 ENCLOSURES

                          0
FREE BUSINESS CHECKING        ACCOUNT: 61004945798

| PREVIOUS STATEMENT BALANCE | DEPOSITS/ CREDITS | CHECKS/ 2 DEBITS | SERVICE 1 FEES | ENDING BALANCE |
|---|---|---|---|---|
| .00 | 1,301,010.00 | 1,300,000.00 | .00 | 1,010.00 |

| DATE | ACTIVITY DESCRIPTION | REFERENCE | DEPOSITS/ CREDITS | CHECKS/ DEBITS | BALANCE |
|---|---|---|---|---|---|
| 01-02 | BEGINNING BALANCE | | | | .00 |
| 01-02 | DEPOSIT | 04312307640 | 10.00 | | 10.00 |
| 01-14 | DEPOSIT | 04305208950 | 1,301,000.00 | | |
| 01-14 | WIRE TRANS-OUT | 00011900000 | | 1,300,000.00 | 1,010.00 |
| 01-31 | ENDING BALANCE | | | | 1,010.00 |

SERVICE FEE BALANCE INFORMATION FROM  1-02-04 THROUGH  1-31-04

| AVERAGE LEDGER BALANCE | 610.00 | AVERAGE COLLECTED BALANCE | 610.00 |
|---|---|---|---|
| MINIMUM LEDGER BALANCE | 10.00 | MINIMUM COLLECTED BALANCE | 10.00 |
| AVG. INVESTABLE BALANCE | 610.00 | | |

3037 0610    119478 N

STATEMENT OF ACCOUNTS

▬▬▬▬▬▬▬▬

STATEMENT  PERIOD
FROM    THROUGH
1-01-04  1-31-04  7

PAGE    1 OF    1

 **Sovereign Bank**                    <u>**Wire Transfer Agreement**</u>

Customer desires to arrange with Sovereign Bank for the transfer of the Customer's funds to the Customer's own accounts and to the accounts of third parties which Sovereign Bank is willing to do under the terms and conditions set forth below.

Application Number:_____                                              Date:  1/14/2004

| Customer Information | |
|---|---|
| **Name:**   Perspectives Broadcasting Inc | **Account Number:**   61004945798 |
| **Address:**   164 Canal St | **Telephone Number:**   6177231803 |
| **City:**   Boston | |
| **State:**   MA | |
| **Zip:**   02114 | |

| Wire Information |
|---|
| **U.S. Amount:**   $1,300,000.00 |
| **Currency:**   USD |

| Beneficiary Information | |
|---|---|
| **Name:**   National Financial Services LLC | **Account Number:**   066196221 |
| **Address:**   Liberty Sq | **Reference:** |
| **City:**   NY | _Futha Credit TO :_ |
| **State:**   Ny | _FBO Alex Ada Linger_ |
| **Zip:** | |

| Beneficiary Bank Information | |
|---|---|
| **Name:**   Chase Manhattan Bank | **ABA Number:**   021000021 |
| **Address:** | |
| **City:** | |
| **State:** | |
| **Zip:** | |
| | **Other Code:** |

| CBO/Department Information | |
|---|---|
| **CBO/ Department Name:**  CAUSEWAY | **CBO/Department Cost Center:**   Causeway 610 |
| **Team Member Name:**   DAVID MAGRATH | **Telephone Number:**   617-227-9106 |
| **Team Member Login:**   DMagrath | **Authorized Team Member Number:**   52403 |

| Customer Identification | |
|---|---|
| **Primary:**   MDL 232761594 Exp 03/04 | **Secondary:**   Amex 03/06 |
| **Tax Identification Number:**  232761594 | **Date of Birth:**   03/12/54 |

The Customer affirms that he/she has fully read and agrees to the terms of this Agreement including, but not limited to, the Terms and Conditions set forth on the reverse hereof. If the undersigned is executing this Agreement on behalf of the Customer, the undersigned represents and warrants to Sovereign Bank that this Agreement is authorized by the Customer.

Customer's Signature:_____    Print Name: _Bradley C. Bless_

Title(if applicable):_____    Team Member Signature:_____

## Brad Bleidt

**From:** Alex Langer
**Sent:** Monday, December 15, 2003 3:48 PM
**To:** Brad Bleidt

Brad,

Here is the wiring info for the WBIX down payment. Pls let me know when it's done or if you need assistance or verification. See you tomorrow!

Thank you very much,

Alex

WIRING INFO FOR ALEXANDER G. LANGER FIDELITY ACCOUNT

PLEASE WIRE FUNDS TO

CHASE MANHATTAN BANK, NA

ROUTING NO. 021000021

FOR CREDIT TO: NATIONAL FINANCIAL SERVICES, LLC

ACCOUNT NO. 066196-221

FOR THE BENEFIT OF ALEXANDER G. LANGER

FOR FURTHER CREDIT TO ACCT NO. ███████

From    Perspectives Broadcasting, Inc.
6100494 5798

$ 1,300,000

PERSPECTIVES BROADCASTING,INC.

101

5-7515/110

DATE

PAY
TO THE
ORDER OF

$

DOLLARS

Sovereign Bank
sovereignbank.com

M

FOR

⑈000101⑈ ⑉011075150⑈ 6100494579⑈