UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CA-04-12415-NG |
| BRADFORD C. BLEIDT and ALLOCATION PLUS ASSET MANAGEMENT COMPANY, INC. | ) ) ) ) | |
| Defendants. | ) ) ) | |

## DECLARATION OF ANTHONY C. JORDAN

Pursuant to 28 U.S.C. Sec. 1746, Anthony C. Jordan declares as follows:

1.    My name is Anthony C. Jordan. I have been an accountant with the U.S. Securities and Exchange Commission ("the Commission" or "SEC") since November 2003. I have been a certified public accountant in the Commonwealth of Massachusetts for five years. Prior to joining the Commission, I worked at major public accounting firms for a period of eight years, the majority of which time was spent as a forensic accountant. I obtained a bachelor's degree in Business Administration, with a concentration in accounting, from the University of Massachusetts-Amherst in January 1996.

### Allocation Sovereign Account

2.    As discussed in the Declaration of Mark A. Gera, Defendant Bleidt admitted in a number of tape recordings to having deposited client funds into a Sovereign bank account in the name of Defendant Allocation Plus Asset Management Company, Inc. (account number 61000016545) ("Allocation Sovereign account"). Bleidt also admitted on the tapes to having used funds in the Allocation Sovereign account to, among other things, make periodic payments

to clients. As further detailed below, Bleidt not only used the Allocation Sovereign account to make periodic payments to clients, but also to make Allocation-related expenses and personal expenses (both directly through the account as well as via the transfer of monies to a personal account at Fleet (account number 0077052881)) ("Fleet personal account").

3.      On September 10, 2004, Bleidt wrote a check (#3398) out of the Allocation Sovereign account for $18,655 to Cushing Academy. The SEC staff has obtained other information that one of Bleidt's sons attends Cushing Academy. See Exhibit A hereto (copy of check) (in this and subsequent exhibits, client names and other sensitive information has been redacted). This check cleared the Allocation Sovereign account on October 1, 2004. See Exhibit B (copy of Sovereign account statement).

4.      On September 27, 2004, Bleidt wrote a check (#3399) out of the Allocation Sovereign account for $4,199.60 to Anita Brewer, purportedly for "various expenses." See Exhibit A hereto (copy of check). The SEC staff has obtained other information that, on or about the time that this check was written, Bleidt was renting a residence from Ms. Brewer. This check cleared the Allocation Sovereign account on October 1, 2004. See Exhibit B (copy of Sovereign account statement).

5.      On October 6, 2004, Bleidt wrote a check (#3429) out of the Allocation Sovereign account to Sam Abbott for $4,000. The check itself indicates that it is for "Oct Rent." See Exhibit C hereto (copy of check). The SEC staff has obtained other information that, on or about the time that this check was written, Bleidt was renting a house from Mr. Abbott. This check cleared the Allocation Sovereign account on October 13, 2004. See Exhibit B (copy of Sovereign account statement).

2

6.    On October 8, 2004, Bleidt sent a wire transfer, in the amount of $10,000, out of the Allocation Sovereign account and into the Fleet personal account. <u>See</u> Exhibits B (copy of Sovereign account statement) and D (Sovereign wire transfer report).

7.    On October 14, 2004, Bleidt used the Fleet personal account – which had recently received the funds described above, in paragraph 6 – to make, among others, the following on-line payments: (a) Citicorp Diners Club ($1,597.45); (b) Porsche Payment Center ($1,018.24); (c) Chase Auto Finance ($391.91); and (d) Cushing Academy ($388.74). <u>See</u> Exhibit E (Fleet personal account statement).

8.    On October 14, 2004, Bleidt had a negative balance of $19,207.38 in the Allocation Sovereign account. <u>See</u> Exhibit B hereto (copy of Sovereign account statement).

9.    On October 15, 2004, Bleidt received $150,000 in client funds, via wire transfer, into the Allocation Sovereign account. <u>See</u> Exhibits B (copy of Sovereign account statement) and F hereto (Sovereign wire transfer report). Also, on October 15, Bleidt deposited an additional $67,420.62 in client funds into the Allocation Sovereign account. The funds had been sent to him via two checks made out to "APAM" (Allocation), both dated October 14, 2004. One check (#4301), made out to "APAM" from a Cambridge Trust Company account, was in the amount of $28,990.32. The second check (#1318), made out to "APAM" from a Citizens Bank account, was in the amount of $38,430.30. <u>See</u> Exhibit G hereto (copies of checks and Sovereign deposit slip).

10.    On October 15, 2004, the same day that he received the client funds described above, in paragraph 7, Bleidt made seven (7) wire transfers out of the Allocation Sovereign account – for a total of $60,500. <u>See</u> Exhibit B hereto (copy of Sovereign account statement). At

3

least five (5) of these wire transfers were for the benefit of Bleidt's clients: one for $5,000, a second one for $6,000, a third one for $10,000, a fourth one for $13,000, and a fifth one for $15,000. In addition, one of the seven (7) wire transfers, for $10,000, was sent to the Fleet personal account. See Exhibit H (copies of Sovereign wire transfer reports).

11.     On October 26, 2004, Bleidt sent a wire transfer, in the amount of $10,000, out of the Allocation Sovereign account into the Fleet personal account. See Exhibits B (copy of Sovereign account statement), E (Sovereign wire transfer report) and I (Fleet account statement).

12.     On October 28, 2004, Bleidt used the Fleet personal account – which had recently received the funds described above, in paragraph 11 – to make, among others, the following on-line payments: (a) Citicorp Diners Club ($4,273.03); (b) Discover Card ($2,904.45); (c) Porsche Payment Center ($2,051.48); and (d) Chase Auto Finance ($391.91). See Exhibit E (Fleet personal account statement).

13.     On October 28, 2004, Bleidt wrote a check (#3444) out of the Allocation Sovereign account for $15,000 to Regan Communication. The "For" line on the check states: "Split between WBIX, Financial Perspectives." See Exhibit J (copy of check). This check cleared the Allocation Sovereign account on November 1, 2004. See Exhibit K (Sovereign account statement).

14.     On October 28, 2004, Bleidt wrote a check (#3440) out of the Allocation Sovereign account for $200 to purchase Celtics tickets. See Exhibit J (copy of check). This check cleared the Allocation Sovereign account on November 1, 2004. See Exhibit K (Sovereign account statement).

4

15.    On October 31, 2004, Bleidt wrote a check (#3447) out of the Allocation Sovereign account for $4,880 to Manhattan National Life. See Exhibit L (copy of check). The "For" line on the check states: "Policy # 04-CM 966011." Other information obtained by the SEC staff is that Bleidt has a term life insurance policy with Manhattan National Life. This check cleared the Allocation Sovereign account on November 10, 2004. See Exhibit K (Sovereign account statement).

16.    On November 1, 2004, Bleidt sent a wire transfer, in the amount of $4,704.10, out of the Allocation Sovereign account, to a Sovereign account in the name of Denise Bleidt. See Exhibit M (Sovereign account statement). Other information obtained by the SEC staff is that Denise Bleidt is Bleidt's ex-wife.

17.    On November 1, 2004, Bleidt sent a wire transfer, in the amount of $1,500, out of the Allocation Sovereign account, to Bleidt's daughter. See Exhibit N (Sovereign wire transfer report).

18.    On November 1, 2004, Bleidt wrote a check (#3461) out of the Allocation Sovereign account for $149.25 to Eagle Leasing. The "For" line on the check states: "Perspectives Broadcasting." See Exhibit O (copy of check). Other information obtained by the SEC staff is that Perspectives Broadcasting may have been affiliated in the operation of radio station WBIX. This check cleared the Allocation Sovereign account on November 5, 2004. See Exhibit K (Sovereign account statement).

19.    On November 1, 2004, Bleidt wrote a check (#3465) out of the Allocation Sovereign account for $8,950.50 to St. Bonaventure University. See Exhibit P (copy of check). The SEC staff has obtained other information that one of Bleidt's sons attends St. Bonaventure

5

University.  This check cleared the Allocation Sovereign account on November 8, 2004.  See Exhibit K (Sovereign account statement).

20.     On November 2, 2004, Bleidt deposited $80,000 in client funds into the Allocation Sovereign account.  See Exhibits K and Q (copies of Sovereign account statement and November 1, 2004 Citizens Bank check made out to "APAM/NFS" and Sovereign deposit slip).

21.     On November 3, 2004, the day after receiving the client funds described above, in paragraph 17, Bleidt sent a wire transfer, in the amount of $20,000, out of the Allocation Sovereign account, to a Shared Visions account at Sovereign.  See Exhibit R (Sovereign wire transfer report).  Other information obtained by the SEC staff is that Shared Visions was affiliated in the operation of radio station WBIX.

22.     On November 5, 2004, Bleidt deposited $125,000 in client funds into the Allocation Sovereign account.  See Exhibits S and K (copies of Eastern Bank check, Sovereign deposit slip and Sovereign account statement).

23.     On November 9, 2004, a few days after receiving the client funds described above, in paragraph 22, Bleidt sent a wire transfer, in the amount of $83,000, out of the Allocation Sovereign account, to the Shared Visions account at Sovereign.  See Exhibit T (Sovereign wire transfer report).

24.     On November 9, 2004, Bleidt sent a second wire transfer, in the amount of $24,500, out of the Allocation Sovereign account, to a Financial Perspectives Planning Services, Inc. ("FPPS") account at Sovereign.  See Exhibit T (Sovereign wire transfer report).  At the time, Bleidt was the CEO of FPPS, a separate Boston-based investment adviser registered with the Commission.

6

25.    On November 9, 2004, Bleidt sent a third wire transfer, in the amount of $3,000, out of the Allocation Sovereign account, to the Shared Visions account at Sovereign. See Exhibit T (Sovereign wire transfer report).

26.    On November 10, 2004, Bleidt sent a wire transfer, in the amount of $16,035.19, out of the Allocation Sovereign account, to Cushing Academy. See Exhibit U (Sovereign wire transfer report). As previously noted above, one of Bleidt's sons attends Cushing Academy.

27.    On November 10, 2004, Bleit sent a second wire transfer, in the amount of $10,000, out of the Allocation Sovereign account, to the Fleet personal account. See Exhibit U and V (Sovereign wire transfer report and Fleet personal account statement).

28.    On November 10, 2004, Bleidt sent a third wire transfer, in the amount of $10,000, out of the Allocation Sovereign account, to a Sovereign account in the name of Denise Bleidt, Bleidt's ex-wife. See Exhibit U (Sovereign wire transfer report).

29.    On November 10, 2004, Bleidt sent a fourth wire transfer, in the amount of $9,000, out of the Allocation Sovereign account, to a Sovereign account in the name of Denise Bleidt, Bleidt's ex-wife. See Exhibit U (Sovereign wire transfer report).

30.    On November 10, 2004, Bleidt sent a fifth wire transfer, in the amount of $3,000, out of the Allocation Sovereign account, to his daughter. See Exhibit U (Sovereign wire transfer report).

31.    On November 12, 2004, Bleidt made a number of on-line payments from the Fleet personal account. As noted above, in paragraph 26, on November 10, Bleidt had wired funds into this account from the Allocation Sovereign account. Among the payments made by Bleidt from the Fleet personal account on November 12 are: (a) Discover Card ($2,904.45); (b) Porsche

Payment Center ($2,000); (c) MBNA ($1,000); (d) American Express ($760.52); (e) Bank One ($500); and (f) Chase Auto Finance ($400). See Exhibit U (Sovereign wire transfer report).

32.    Also written on the Fleet personal account was a check (#1535) dated November 12, 2004, in the amount of $4,000, to Sam Abbott. The "For" line on the check states: "Dec Rent in Advance." See Exhibit W (copy of check). At the time, Bleidt was renting his residence from Mr. Abbott. This check cleared the Fleet personal account on November 16, 2004. See Exhibit V (Fleet personal account statement).

I declare upon penalty of perjury that the foregoing is true and correct. Executed on December 1, 2004.

Anthony C. Jordan

61000016545    # 3375    10/12/04    $1,245.00

61000016545    # 3398    10/01/04    $18,655.00

61000016545    # 3399    10/01/04    $4,199.60

61000016545    # 3400    10/01/04    $1,063.33

61000016545    # 3401    10/07/04    $821.00

61000016545    # 3402    10/12/04    $750.00


**Sovereign Bank**

3037 0610    193087 N

STATEMENT OF ACCOUNTS

61000016545              X

STATEMENT   PERIOD
   FROM      THROUGH
10-01-04   10-31-04    7

PAGE     1 OF    3

APAM ALLOCATION PLUS
ASSET MANAGEMENT INC
C/O BRAD BLEIDT
26 PROCTOR ST                              16  ENCLOSURES
MANCHESTER MA 01944-1446

BUSINESS CASH MANAGEMENT CHECKING          ACCOUNT: 61000016545                    0

| PREVIOUS STATEMENT BALANCE | DEPOSITS/ CREDITS 10 | CHECKS/ DEBITS 58 | SERVICE FEES | ENDING BALANCE |
|---|---|---|---|---|
| 176,951.30 | 586,505.93 | 606,094.32 | .00 | 157,362.91 |

| DATE | ACTIVITY DESCRIPTION | REFERENCE | DEPOSITS/ CREDITS | CHECKS/ DEBITS | BALANCE |
|---|---|---|---|---|---|
| 10-01 | BEGINNING BALANCE | | | | 176,951.30 |
| 10-01 | SPEC DEP | 04377807880 | 19,078.14 ✓ | | |
| 10-01 | WIRE TRANS-OUT | 90088901082 | | 40,000.00 | |
| 10-01 | APAM ALLOCATIONS CASH C&D 041001 BATCH OFFSET | 00077900000 | | 41,412.29 | |
| 10-01 | CHECK      3398 | 04366608580 | | 18,655.00 ✓ | |
| 10-01 | CHECK      3399 | 04288709220 | | 4,199.60 ✓ | |
| 10-01 | CHECK      3400 | 04117200610 | | 1,063.33 ✓ | |
| 10-01 | ATM CASH W/D 065826 BEVERLYNA 3SUMMERSTR MANCHESTER  MA | | | 201.50 | |
| 10-04 | ACH CHARGEBACK RETURN 041004 -SETT-RETIRE | 00077900000 | 4,000.00 | | 90,497.72 |
| 10-04 | WIRE TRANS-OUT | 90088900965 | | 600.00 ✓ | 93,897.72 |
| 10-05 | WIRE TRANS-OUT | 90088900860 | | 5,000.00 | 88,897.72 |
| 10-06 | WIRE TRANS-OUT | 90088900911 | | 4,192.00 ✓ | |
| 10-06 | WIRE TRANS-OUT | 90088900910 | | 4,652.03 ✓ | |
| 10-06 | APAM ALLOCATIONS CASH C&D 041006 BATCH OFFSET | 00077900000 | | 30,000.00 | |
| 10-07 | WIRE TRANS-OUT | 90088900834 | | 1,500.00 ✓ | 50,053.69 |
| 10-07 | WIRE TRANS-OUT | 90088900835 | | 4,704.10 ✓ | |
| 10-07 | CHECK      3401 | 04421507153 | | 821.00 ✓ | |
| 10-07 | CHECK      3403 | 04378304560 | | 1,050.00 ✓ | 41,978.59 |
| 10-08 | DEPOSIT | 04308107980 | 69,370.62 ✓ | | |
| 10-08 | WIRE TRANS-OUT | 90088900882 | | 5,000.00 ✓ | |
| 10-08 | WIRE TRANS-OUT | 90088900881 | | 10,000.00 | |
| 10-08 | WIRE TRANS-OUT | 90088900880 | | 23,500.00 ✓ | |
| 10-08 | ATM CASH W/D 086171 STARNETWO 125CAUSEWA BOSTON      MA | | | 200.00 | |
| 10-08 | CHK CARD PUR 372098 FASTLANE FASTLANESER NATICK      MA | | | 85.20 | |
| 10-12 | WIRE TRANS-OUT | 90088901232 | | 68,000.00 | 72,564.01 |
| 10-12 | CASHED CHECK      3375 | 04315403360 | | 1,245.00 ✓ | |
| 10-12 | CHECK      3402 | 04187402390 | | 750.00 ✓ | 2,569.01 |



# Sovereign Bank

3037 0610    193088 N

STATEMENT OF ACCOUNTS

61000016545    X

| STATEMENT | PERIOD | |
| FROM | THROUGH | |
| 10-01-04 | 10-31-04 | 7 |

PAGE    2 OF    3

APAM ALLOCATION PLUS
ASSET MANAGEMENT INC
C/O BRAD BLEIDT
26 PROCTOR ST
MANCHESTER MA 01944-1446

16  ENCLOSURES

BUSINESS CASH MANAGEMENT CHECKING

ACCOUNT:  61000016545    0

| DATE | ACTIVITY DESCRIPTION | REFERENCE | DEPOSITS/ CREDITS | CHECKS/ DEBITS | BALANCE |
|---|---|---|---|---|---|
| 10-13 | WIRE TRANS-IN | 90088900278 | 67,250.00 | | |
| 10-13 | WIRE TRANS-OUT | 90088900888 | | 15,000.00 ✓ | |
| 10-13 | ANALYSIS FEES ANALYSIS 093004 61000016545 | 00077900000 | | 624.27 | |
| 10-13 | CHECK          3429 | 04244201370 | | 4,000.00 ✓ | |
| 10-13 | CHK CARD PUR 336022 FAST LANE   FAST LANE 877-627-7745 MA | | | 31.50 | |
| 10-14 | DEP RET | 90002500110 | | 69,370.62 | 50,163.24 |
| 10-14 | WIRE TRANS-IN | 90088900346 | 150,000.00 | | 19,207.38- |
| 10-15 | DEPOSIT | 04132701940 | 67,420.62 ✓ | | |
| 10-15 | WIRE TRANS-OUT | 90088901051 | | 1,500.00 ✓ | |
| 10-15 | WIRE TRANS-OUT | 90088901049 | | 5,000.00 ✓ | |
| 10-15 | WIRE TRANS-OUT | 90088901046 | | 6,000.00 ✓ | |
| 10-15 | WIRE TRANS-OUT | 90088901048 | | 10,000.00 | |
| 10-15 | WIRE TRANS-OUT | 90088901050 | | 10,000.00 | |
| 10-15 | WIRE TRANS-OUT | 90088901052 | | 13,000.00 ✓ | |
| 10-15 | WIRE TRANS-OUT | 90088901047 | | 15,000.00 ✓ | |
| 10-15 | INSUFFICIENT FUNDS FEE | 90003600908 | | 27.00 | |
| 10-15 | ACH CHARGEBACK RETURN 041015 -SETT-RETIRE | 00077900000 | | 3,500.00 | |
| 10-18 | FC FOREST TRACE ROSENBERG 0268 | 00077900000 | | 3,080.00 | 134,186.24 |
| 10-18 | APAM ALLOCATIONS CASH C&D 041018 BATCH OFFSET | 00077900000 | | 21,139.48 | |
| 10-18 | CHECK          3430 | 04220707960 | | 1,593.61 ✓ | |
| 10-18 | CHK CARD PUR 706039 FAST LANE   FAST LANE 877-627-7745 MA | | | 31.50 | |
| 10-19 | DEPOSIT | 04367506650 | 16,188.41 ✓ | | 108,341.65 |
| 10-19 | CHECK          3435 | 04166708490 | | 1,013.33 ✓ | |
| 10-20 | DEPOSIT | 04178902610 | 10,000.00 ✓ | | 123,516.75 |
| 10-20 | CHECK          3432 | 04171003400 | | 277.50 ✓ | |
| 10-20 | CHECK          3434 | 04249504250 | | 6,900.00 ✓ | |
| 10-21 | CHECK          3436 | 04376909950 | | 41.13 ✓ | 126,298.12 |
| 10-21 | CHK CARD PUR 240182 FAST LANE   FAST LANE 877-627-7745 MA | | | 36.00 | |
| 10-22 | DEPOSIT | 04339102920 | 8,198.12 ✓ | | 126,262.12 |
| 10-22 | WIRE TRANS-OUT | 90088901036 | | 1,250.00 ✓ | |
| 10-22 | WIRE TRANS-OUT | 90088901037 | | 112,000.00 | |

 **Sovereign Bank**

3037 0610    193089  N

STATEMENT OF ACCOUNTS

61000016545       X

| | STATEMENT | PERIOD |
| | FROM | THROUGH |
| | 10-01-04 | 10-31-04  7 |

PAGE    3 OF    3

APAM ALLOCATION PLUS
ASSET MANAGEMENT INC
C/O BRAD BLEIDT                              16   ENCLOSURES
26 PROCTOR ST
MANCHESTER MA 01944-1446
BUSINESS CASH MANAGEMENT CHECKING                ACCOUNT:  61000016545                0

| DATE  ACTIVITY DESCRIPTION REFERENCE | DEPOSITS/ CREDITS | CHECKS/ DEBITS | BALANCE |
|---|---|---|---|
| 10-22 CHECK        3433  04277803470 | | 16.00 ✓ | 21,194.24 |
| 10-25 WIRE TRANS OUT         90088901082 | | 1,000.00 ✓ | |
| 10-25 CHECK        3431  04375001120 | | 124.33 ✓ | |
| 10-25 CHK CARD PUR 568083 | | 31.50 | |
| FAST LANE  FAST LANE | | | |
| 877-627-7745 MA | | | |
| 10-26 WIRE TRANS OUT         90088900935 | | 5,000.00 ✓ | 20,038.41 |
| 10-26 WIRE TRANS OUT         90088900936 | | 10,000.00 ✓ | |
| 10-28 WIRE TRANS IN         90088900430 | 175,000.00 | | 5,038.41 |
| 10-28 WIRE TRANS OUT         90088901171 | | 2,500.00 ✓ | |
| 10-28 CHECK        3439  04160101090 | | 2,600.00 ✓ | 174,938.41 |
| 10-29 WIRE TRANS OUT         90088901540 | | 8,575.50 | |
| 10-29 WIRE TRANS OUT         90088901539 | | 9,000.00 ✓ | 157,362.91 |
| 10-31 ENDING BALANCE | | | 157,362.91 |

CHECK SUMMARY
* INDICATES SKIP IN CHECK NUMBERS

| CHECK NO | AMOUNT | CHECK NO | AMOUNT |
|---|---|---|---|
| 3375 | 1,245.00 | 3430 | 1,593.61 |
| 3398* | 18,655.00 | 3431 | 124.33 |
| 3399 | 4,199.60 | 3432 | 277.50 |
| 3400 | 1,063.33 | 3433 | 16.00 |
| 3401 | 821.00 | 3434 | 6,900.00 |
| 3402 | 750.00 | 3435 | 1,013.33 |
| 3403 | 1,050.00 | 3436 | 41.13 |
| 3429* | 4,000.00 | 3439* | 2,600.00 |
| TOTAL NUMBER OF CHECKS   16 | | TOTAL AMOUNT OF CHECKS | 44,349.83 |

*** SERVICE FEE DISCLOSURE FROM 10-01-04 THROUGH 10-31-04 ***
  NON-SOVEREIGN ATM TRANSACTION FEE            1 AT   1.25             1.25
    FEES WAIVED                                                        1.25-

                    TOTAL SERVICE FEE                                   .00

SERVICE FEE BALANCE INFORMATION FROM 10-01-04 THROUGH 10-31-04
AVERAGE LEDGER BALANCE        80,573.45  AVERAGE COLLECTED BALANCE     48,887.64
MINIMUM LEDGER BALANCE        19,207.38- MINIMUM COLLECTED BALANCE     19,207.38-
AVG. INVESTABLE BALANCE       48,887.64



61000016545    # 3403    10/07/04    $1,050.00



61000016545    # 3429    10/13/04    $4,000.00



61000016545    # 3430    10/18/04    $1,593.61

61000016545    # 3431    10/25/04    $124.33



61000016545    # 3432    10/20/04    $277.50



61000016545    # 3433    10/22/04    $16.00

-22-2004  10:10       SOVEREIGN WIRE SERVICES

610 736 4939    P.28

WireHouse - Message Details          MID: 20041008151202DE

Beneficiary: BRADFORD C BLEIDT
Originator: APAM ALLOCATION PLUS

**Message Text:**

User ID:: DESSIG
Message St: COMPLETE
Value Date: 08/10/2004
Date:: 08/10/2004
Time:: 15:12:35
URC::
Test Key:: 0
Branch Cod: 0610
Fee:: 16.00
Pin::
ExtRef::
Skpcllbck:: N
Tkprf::
Trancode::
SkipHost:: N
REU ID::

Version:: 0
Sender ABA: 011075150
Sender Nam: SOVEREIGN BANK NEW
Receiver A: 011000138
Receiver N: FLEET BANK MA
Message Ty: 10
Message Su: 00
Product Co: CTR
Amount:: 10000.00
Reference:: 20041008151202DE
ORG Idcode: AC
ORG Id:: 61000016545
ORG:: APAM ALLOCATION PLUS
ORG Addres: ASSET MANAGEMENT INC BRADFORD
ORG Addres: 8 VINE ST
ORG Addres: MANCHESTER, MA 01944-
OGB Idcode:
OGB Id::
OGB::
OGB Addres:
OGB Addres:
OGB Addres:
INS Idcode:
INS Id::
INS::
INS Addres:
INS Addres:
INS_Addr2::
IBK Idcode:
IBK Id··
IBK::
IBK Addres:

WireHouse - Message Details         MID: 20041008151202DE

IBK Addres:
IBK Addres:
BBK Idcode:
BBK Id::
BBK::                    –
BBK Addres:
BBK Addres:
BBK Addres:
BNF Idcode: AC
BNF Id:: 0077052881
BNF:: BRADFORD C BLEIDT
BNF Addres:
BNF Addres:
BNF Addres:
RFB::
OBI::
BBI::
As of reas:
As of date:
Reference:
IMAD:: 20041008C1QAE01X000672
OMAD::
Charges::
Free text1:
Free text2:
Corcode::
Corid:
Cor::
CorAddr::
CorAddr::
CorAddr::

FleetOne Gold Statement
10/13/2004 through 11/09/2004

#BWNHNBL
BRADFORD C BLEIDT
164 CANAL ST STE 500
BOSTON MA 02114

WHAT'S NEW

More branches, more ATMs, more convenience.

* Over 16,000 ATMs nationwide at the nation's largest bank-owned ATM
  network.

* Nearly 5,700 branches nationwide.

* Expanded hours at select locations.

For a complete listing of all our branches, hours and ATM locations in
your area, go to www.bankofamerica.com/atmlocator.

Service For Your Account Relationship

We help you manage your accounts quickly and conveniently via the phone, online or at the ATM.
Check up-to-the-minute balances, review recent account activity, transfer funds and more.

Telephone Banking: Call 1-800-841-4000 and use your account number and Telephone Banking Access Code to get information on a specific account. Or, use your Card number and PIN to access all of your linked accounts or to transfer funds.

Bank of America HomeLink (sm) online banking: Visit bankofamerica.com/homelink and log on with your Card number and PIN.

ATMs: Use your Card and PIN at our extensive ATM network.

If you have detailed questions about your account, or want to learn more about our products and services, call us at 1-800-841-4000 (TDD: 1-800-637-4031).


                    X       5                  156

0028740710C    D0077052881
110920041


Bank without borders-and without ATM fees!

From Sydney to London, you're never far from a no-fee ATM through our international partner banks including Barclays (United Kingdom), Deutsche Bank (Germany), Scotiabank (Canada), Santander Serfin (Mexico), BNP Paribas (France) and Westpac (Australia/New Zealand). Now, in addition to the more than 16,000 Bank of America and Fleet ATMs in the US, the Global ATM Alliance is available to you with no-fee access to your funds at more than 14,000 international ATMs. It's your money, keep more of it when you travel abroad.


Free online bill payment service

No matter how many bills you pay each month, Bank of America HomeLink's online bill payment service is free with your checking account.

And, with the Bank of America HomeLink Online Guarantee, you're 100% protected against loss from fraud or bank error, provided you notify us promptly.

Enroll or sign in today at www.bankofamerica.com/homelink.

For smart borrowing solutions.  Ask us first.

If you're a homeowner, you can take advantage of a fixed-rate
Home Equity Loan or a Home Equity Line of Credit.
The choice is yours, whether you are fixing up your home, buying a car,
planning for education expenses, or even paying down higher-interest debt.
Plus, sign up for autopay and get an additional 1/4% discount off our
already low rates.  And your home equity balance counts toward your
FleetOne minimum balance requirement.

To learn more or apply today: log on to bankofamerica.com/homeequity,
call 1-800-225-5353, or visit your local banking center.

Equal Housing Lender.  Credit subject to approval.  Normal credit standards apply.

0028740710C

FleetOne Gold Statement
10/13/2004 through 11/09/2004

Telephone Banking 1-800-841-4000

Your Financial Summary

| Deposit Accounts | | Average Daily Balance | Current Balance |
|---|---|---|---|
| Personal Interest Checking | 0077052881 | $6,757.00 | $4,276.18 |
| Average/Total Deposits | | $6,757.00 | $4,276.18 |
| | | | |
| Total Deposits | | | $4,276.18 |

| Loan Accounts | | Available Credit | Current Balance |
|---|---|---|---|
| Personal Cash Reserve | 0077052881 | $452.28 | $9,547.72 |
| Total Loans | | | $9,547.72 |

Information About Fees

The monthly fee of $18.00 (or $16.00 with Direct Deposit) was waived because you
maintained combined balances of $10,000.00.

0028740710C

FleetOne Gold Statement
10/13/2004 through 11/09/2004

Telephone Banking 1-800-841-4000

Personal Interest Checking

Bradford C Bleidt

Account Number 0077052881
Telephone Banking Access Code 1594

| Opening Balance | (+)Deposits/Credits | (-)Withdrawals/Debits | Ending Balance |
|---|---|---|---|
| $8,109.37 | $23,720.98 | $27,554.17 | $4,276.18 |

| Interest Earned For 28 Days | Year To Date Interest | Annual Percentage Yield Earned | Interest Rate |
|---|---|---|---|
| $0.51 | $5.05 | 0.10 % | |
| | | | 10/13    0.10 % |

Checks

| Check # | Posting Date | Amount | Check # | Posting Date | Amount | Check # | Posting Date | Amount |
|---------|--------------|--------|---------|--------------|--------|---------|--------------|--------|
| 1525 | 10/14 | 500.00 | 1532 | 10/18 | 17.60 | 1534 | 11/08 | 660.00 |
| 1531* | 10/15 | 76.00 | 1533 | 10/19 | 908.54 | | 5 Checks For $2,162.14 | |

*Skip in sequential check numbers

Deposits/Credits

| Date | Description | | Amount |
|------|-------------|---|--------|
| 10/15 | Funds Transfer Credit | 10/15/04 040647<br>9999041015040647<br>20041015162705NM<br>Apam Allocation Plus | $10,000.00 |
| 10/26 | Funds Transfer Credit | 10/26/04 029270<br>9999041026029270<br>20041026144006Jk<br>Apam Allocation Plus | $10,000.00 |
| 11/01 | Deposit-ATM | 104 Canal Street<br>Boston       MA | $3,720.47 |
| 11/09 | Interest | Period 10-13-04 To 11-09-04 | $0.51 |
| | Total Deposits/Credits | | $23,720.98 |

ATM/Electronic Withdrawals and Transfers

| Date | Description | | Amount |
|------|-------------|---|--------|
| 10/13 | ATM Withdrawal | 104 Canal Street<br>Boston       MA | $240.00 |
| 10/15 | Service Fee | | $10.00 |
| 10/18 | Debit Card Purchase | Crosby's Mktplace #106<br>Manchester    MA | $23.99 |
| 10/20 | ATM Withdrawal | 200 Portland Street<br>Boston       MA | $240.00 |
| 10/21 | Debit Card Purchase | Richdale Dairy Sto<br>Manchester  MA | $40.66 |
| 10/25 | ATM Withdrawal | 699 Boylston Street<br>Boston       MA | $200.00 |
| 10/25 | Debit Card Purchase | Crosby's Mktplace #106<br>Manchester    MA | $65.29 |

continues

0028740710C

FleetOne Gold Statement
10/13/2004 through 11/09/2004

Telephone Banking 1-800-841-4000

Account continued from previous page

Personal Interest Checking

Bradford C Bleidt

Account Number 0077052881
Telephone Banking Access Code 1594

ATM/Electronic Withdrawals and Transfers

| Date | Description | | | Amount |
|------|-------------|--|--|--------|
| | | | | $10.00 |
| 10/26 | Service Fee | | | |
| 10/26 | ATM Withdrawal | BEACH Stret | | $240.00 |
| | | Manchester | MA | |
| 10/27 | Debit Card Purchase | Compusa | | $136.49 |
| | | Danvers | MA | |
| 10/27 | Debit Card Purchase | Compusa | | $86.07 |
| | | Danvers | MA | |
| 11/01 | ATM Network Fee | | | $1.50 |
| 11/01 | ATM Network Withdrawal | 3 Summer Street | | $251.50 |
| | | Manchester | MA | |
| 11/01 | ATM Withdrawal | 104 Canal Street | | $240.00 |
| | | Boston | MA | |
| 11/01 | Debit Card Purchase | Crosby's Mktplace #106 | | $123.81 |
| | | Manchester | MA | |
| 11/05 | Cash Reserve Automatic Pay | | | $289.60 |
| 11/08 | ATM Withdrawal | BEACH Stret | | $240.00 |
| | | Manchester | MA | |
| 11/08 | Debit Card Purchase | Crosby's Mktplace #106 | | $31.46 |
| | | Manchester | MA | |
| | Total ATM/Electronic Debits | | | $2,470.37 |

Homelink Payments and Transfers

| Date | Description | | Amount |
|------|-------------|--|--------|
| 10/14 | Citicorp Diners Club | Bill Payment Ref# 010501 | $1,597.45 |
| 10/14 | Unum | Bill Payment Ref# 010509 | $1,057.79 |
| 10/14 | Porsche Payment Center | Bill Payment Ref# 010508 | $1,018.24 |
| 10/14 | Mbna | Bill Payment Ref# 010505 | $900.00 |
| 10/14 | Bank One | Bill Payment Ref# 010497 | $500.00 |
| 10/14 | Chase Auto Finance | Bill Payment Ref# 010506 | $391.91 |
| 10/14 | Cushing Academy | Bill Payment Ref# 010500 | $388.74 |
| 10/14 | Esignal | Bill Payment Ref# 010503 | $366.00 |
| 10/14 | Verizon - (3) | Bill Payment Ref# 010511 | $229.19 |
| 10/14 | E-Z Mini Storage | Bill Payment Ref# 010504 | $190.00 |
| 10/14 | Adelphia | Bill Payment Ref# 010498 | $143.28 |
| 10/14 | Verizon Wireless (4) | Bill Payment Ref# 010499 | $129.41 |
| 10/14 | Discover Card | Bill Payment Ref# 010502 | $100.00 |
| 10/14 | American Express | Bill Payment Ref# 010507 | $50.00 |
| 10/14 | Verizon - (3) | Bill Payment Ref# 010510 | $23.65 |
| 10/20 | Onebeacon | Bill Payment Ref# 010512 | $2,000.00 |
| 10/28 | Citicorp Diners Club | Bill Payment Ref# 010518 | $4,273.03 |
| 10/28 | Discover Card | Bill Payment Ref# 010519 | $2,904.45 |

| 10/28 | Porsche Payment Center | Bill Payment Ref# 010524 | $2,051.48 |
| 10/28 | Mbna | Bill Payment Ref# 010522 | $1,000.00 |
| 10/28 | E-Z Mini Storage | Bill Payment Ref# 010521 | $882.30 |
| 10/28 | Bank One | Bill Payment Ref# 010513 | $500.00 |
| 10/28 | Verizon - (3) | Bill Payment Ref# 010526 | $500.00 |
| 10/28 | Chase Auto Finance | Bill Payment Ref# 010523 | $391.91 |

continues

0028740710C

FleetOne Gold Statement

10/13/2004 through 11/09/2004

Telephone Banking 1-800-841-4000

Account continued from previous page

Personal Interest Checking

Bradford C Bleidt

Account Number 0077052881

Telephone Banking Access Code 1594

Homelink Payments and Transfers

| Date | Description | | Amount |
| 10/28 | Esignal | Bill Payment Ref# 010520 | $366.00 |
| 10/28 | Verizon Wireless (4) | Bill Payment Ref# 010516 | $300.00 |
| 10/28 | Adelphia | Bill Payment Ref# 010514 | $300.00 |
| 10/28 | Verizon Wireless (4) | Bill Payment Ref# 010515 | $83.93 |
| 10/28 | Verizon - (3) | Bill Payment Ref# 010525 | $50.00 |
| 10/28 | Columbia House | Bill Payment Ref# 010517 | $19.18 |
| 11/02 | Nextel | Bill Payment Ref# 010527 | $213.72 |

Total Homelink Payments and Transfers $22,921.66

Personal Cash Reserve

Bradford C Bleidt

Account Number 0077052881

Telephone Banking Access Code 1594

| Previous Balance | Advances/Adjustments | Finance Charge | Payments/Credits | New Balance |
| $9,706.06 | $0.00 | $131.26 | $289.60 - | $9,547.72 |

| New Balance | Payment Due | Minimum Payment Due | Credit limit | Available Credit |
| $9,547.72 | 12/04/2004 | $285.34 | $10,000.00 | $452.28 |

Account Activity

| Date | Description | +/- | Credit/Debit | Balance |
| 10/13 | Opening Balance | | | $9,706.06 |
| 11/05 | Automatic Pmt From DDA | - | $289.60 | $9,416.46 |
| 11/09 | Cash Reserve Finance Charge | + | $131.26 | $9,547.72 |
| 11/09 | Ending Balance | | | $9,547.72 |

Finance Charge Calculation

ANNUAL PERCENTAGE RATE        18.000 %

Daily Periodic Rate                    .04918 %

Number of days in Period               28

Average Daily Balance       $9,531.96

FINANCE CHARGE              $131.26

0028740710C

FleetOne Gold Statement
10/13/2004 through 11/09/2004

Telephone Banking 1-800-841-4000

( -----------------------------------------------------------------------------------
-----Cash Reserve Payment                    Please use this coupon to make your
                                             payment or if payments are deducted
Bradford C Bleidt                            automatically, use it to make optional
                                             additional payments.


Send check &                                 Please make check payable to Fleet National Bank
coupon to:
          Bank of America
          Cash Reserve                       Account #              0077052881
          P.O. Box 150452
          Hartford, CT  06115-0452           New Balance            $9,547.72

                                             Payment Due Date       12/04/2004

Minimum Payment Due                $285.34


Amount Enclosed        $


0028740710C

7126-12NOV04
BKID:156
PR6M:230

NOV-22-2004  10:11        SOVEREIGN WIRE SERVICES              610 736 4939    P.34

WireHouse - Message Details          MID: 041015142959F100

Beneficiary: ALLOCATION PLUS ASSET MANAGEMENT
Originator █████████████████

**Message Text:**

User ID::
Message St: COMPLETE
Value Date: 15/10/2004
Date:: 15/10/2004
Time:: 14:29:59
URC::
Test Key:: 0
Branch Cod: 0610
Fee:: 10.00
Pin::
ExtRef::
Skpcllbck:: N
Tkprf::
Trancode::
SkipHost:: N
REU ID::

Version:: 0
Sender ABA █████████
Sender Nam █████████████
Receiver A: 011075150
Receiver N: SOVEREIGN BK NE
Message Ty: 10
Message Su: 00
Product Co: CTR
Amount:: 150000.00
Reference:: 20042890084400
ORG Idcode: AC
ORG Id: █████████
ORG:: █████████
ORG Addres █████████████████
ORG Addres █████████
ORG Addres:
OGB Idcode:
OGB Id::
OGB:: BR63
OGB Addres:
OGB Addres:
OGB Addres:
INS Idcode:
INS Id::
INS::
INS Addres:
INS Addres:
INS_Addr2::
IBK Idcods:
IBK Id::
IBK::
IBK Addres:

Printed By: Diane Tobias        SOVEREIGN BANK        Date: November 22, 2004 9:29:37 AM

NOV-22-2004  10:11       SOVEREIGN WIRE SERVICES            610 736 4939    P.35

WireHouse - Message Details        MID: 041015142959F100

IBK Addres:
IBK Addres:
BBK Idcode:
BBK Id::
BBK:: SOVEREIGN BANK
BBK Addres: BOSTON,MA
BBK Addres:
BBK Addres:
BNF Idcode: AC
BNF Id:: 61000018545
BNF:: ALLOCATION PLUS ASSET MANAGEMENT
BNF Addres: BOSTON,MA
BNF Addres:
BNF Addres:
RFB:: 6302740
OBI::
BBI:: {6500}/TELE/PAY BY CABLE*
As of reas:
As of date:
Reference:
IMAD:: 20041015L1B78B1C000197
OMAD:: 20041015C1QAE01X00103010151429FT01
Charges::
Free text1:
Free text2:
Corcode::
Corid:
Cor::
CorAddr::
CorAddr::
CorAddr::



CaptureDate:10-15-2004 Account:61000016545 AltAcct:61000016545 Amount:$67,420.62 RT:56375520 TC:20
ApplicationID:1 OrigTC:0 SerialNumber:0 CaptureSite:610 DbCr:C EndPoint:0 AdjustmentFlag:- Onus\Transit:-
SequenceNumber:413271940 IRD:- BLNK:- Pocket:1 ExceptionCode:7 PayNoPay:- RunID:27

CaptureDate:10-15-2004 Account▓▓ AltAcct:0 Amount:$28,990.32 RT:11300595 TC:4301
ApplicationID:998 OrigTC:4301 SerialNumber:0 CaptureSite:610 DbCr:D EndPoint:61570013 AdjustmentFlag:-
Onus\Transit:- SequenceNumber:413271950 IRD:- BLNK:- Pocket:12 ExceptionCode:0 PayNoPay:- RunID:27



1318

5-7017/2110
763

Date Oct. 14, 2004

Pay to the
Order of _APAM_  $ 38,430.30

_Thirty-eight thousand four hundred thirty_ 38/100 Dollars

**CITIZENS BANK**
Massachusetts

For

⑇ 211070175⑇                    ⑈ 1318

CaptureDate:10-15-2004 Account[                ] AltAcct:0 Amount:$38,430.30 RT:211070175 TC:1318
ApplicationID:998 OrigTC:1318 SerialNumber:0 CaptureSite:610 DbCr:D EndPoint:61570020 AdjustmentFlag:-
Onus\Transit:- SequenceNumber:413271960 IRD:- BLNK:- Pocket:12 ExceptionCode:0 PayNoPay:- RunID:27

*Outgoing Message Print*

Requested by: MARGARET WOLF

Date: November 16, 2004                                    Time:  11:12:52

## Message Information

Amount:     5,000.00          Message ID:    2004101516516RK        Source:
Currency:   USD               Latest Version:    2004-10-15          Priority:
Value Date: 2004-10-15        Time:              16:47:21            URC:
Bank ID:    002               Department:        WIR                 Status:    COMPLETE
Message Type:    10
Message Subtype:  00 - Transfer of Funds
Fee:        18.00             Service:                                Branch:    0610
Ref No.:    20041015164516RK  External Ref.:                          Template:

## Message Text - Version    0

Sender ABA:   011075150       Sender Name: SOVEREIGN BANK NEW       Ref No.:     20041015164516RK
Recvr ABA:    074000010       Recvr Name:  BANK ONE INDIANA         Prod. Code:  CTR
Ref IMAD:                                   As of Reason:            As of Date:
Imad:        20041015C1QAE01X001040         Disposition:
Omad:                                       Ref for Bnf:
Account Off:   002    Account: 61000016545  Acc Type: DDA    Initiator ID: BRADFORD BLE
Drawdown Credit Account:

Originator:                                 Beneficiary:
61000016545                                 
APAM ALLOCATION PLUS
% BRADFORD BLEIDT
8 NORTONS PT
MANCHESTER, MA 01944-1432
Originator Bank:                            Beneficiary Bank:

Instructing Bank:                           Intermediary Bank:

Drawdown Debit Account:                     Correspondent Bank:

Originator Bank Info:

Free Text:

(c) Fundtech Systems

## *Outgoing Message Print*

Requested by: MARGARET WOLF

Date: November 16, 2004                                                   Time: 11:13:15

### Message Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Amount: | 6,000.00 | **Message ID:** | 20041015163328NM | Source: | | |
| Currency: | USD | Latest Version: | 2004-10-15 | Priority: | | |
| Value Date: | 2004-10-15 | Time: | 16:35:35 | URC: | | |
| Bank ID: | 002 | Department: | WIR | Status: | COMPLETE | |
| Message Type: | 10 | | | | | |
| Message Subtype: | 00 - Transfer of Funds | | | | | |
| Fee: | 20.00 | Service: | | Branch: | 0610 | |
| Ref No.: | 20041015163328NM | External Ref.: | | Template: | | |

### Message Text – Version     0

| | | | | |
|---|---|---|---|---|
| Sender ABA: | 011075150 | Sender Name: SOVEREIGN BANK NEW | Ref No.: | 20041015163328NM |
| Recvr ABA: | 211370066 | Recvr Name: ▇▇▇▇▇ | Prod. Code: | CTR |
| Ref IMAD: | | As of Reason: | As of Date: | |
| Imad: | 20041015C1QAE01X001008 | Disposition: | | |
| Omad: | | Ref for Bnf: | | |

Account Off:   002   Account: 61000016545        Acc Type: DDA        Initiator ID: BRADFORD BLE

Drawdown Credit Account:

Originator:                                            Beneficiary:
61000016545
APAM ALLOCATION PLUS
% BRADFORD BLEIDT
8 NORTONS PT
MANCHESTER, MA  01944-1432

Originator Bank:                                       Beneficiary Bank:

Instructing Bank:                                      Intermediary Bank:

Drawdown Debit Account:                                Correspondent Bank:

Originator Bank Info:

Free Text:

WireHouse - Message Details          MID: 20041015162705NM

Beneficiary: BRADFORD C BLEIDT
Originator: APAM ALLOCATION PLUS

**Message Text:**

User ID:: NMCCREAR
Message St: COMPLETE
Value Date: 15/10/2004
Date:: 15/10/2004
Time:: 16:28:05
URC::
Test Key:: 0
Branch Cod: 0610
Fee:: 18.00
Pin::
ExtRef::
Skpclibck:: N
Tkprf::
Trancode::
SkipHost:: N
REU ID::

Version:: 0
Sender ABA: 011075150
Sender Nam: SOVEREIGN BANK NEW
Receiver A: 011000138
Receiver N: FLEET BANK MA
Message Ty: 10
Message Su: 00
Product Co: CTR
Amount:: 10000.00
Reference:: 20041015162705NM
ORG Idcode: AC
ORG Id:: 61000016545
ORG:: APAM ALLOCATION PLUS
ORG Addres: ASSET MANAGEMENT INC BRADFORD
ORG Addres: 8 VINE ST
ORG Addres: MANCHESTER, MA 01944-
OGB Idcode:
OGB Id::
OGB::
OGB Addres:
OGB Addres:
OGB Addres:
INS Idcode:
INS Id::
INS::
INS Addres:
INS Addres:
INS_Addr2::
IBK Idcode:
IBK Id::
IBK::
IBK Addres:

NOV-22-2004  10:11    SOVEREIGN WIRE SERVICES    610 736 4939    P. 37

WireHouse - Message Details        MID: 20041015162705NM

IBK Addres:
IBK Addres:
BBK Idcode:
BBK Id::
BBK::
BBK Address:
BBK Address:
BBK Address:
BNF Idcode: AC
BNF Id:: 0077052881
BNF:: BRADFORD C BLEIDT
BNF Addres:
BNF Addres:
BNF Addres:
RFB::
OBI::
BBI::
As of reas:
As of date:
Reference:
IMAD:: 20041015C1QAE01X001014
OMAD::
Charges::
Free text1:
Free text2:
Corcode::
Corid:
Cor::
CorAddr::
CorAddr::
CorAddr::

WireHouse - Message Details          MID: 20041015162845NM

Beneficiary: ███████████
Originator: APAM ALLOCATION PLUS

**Message Text:**

User ID:: NMCCREAR
Message St: COMPLETE
Value Date: 15/10/2004
Date:: 15/10/2004
Time.: 16:30:31
URC::
Test Key:: 0
Branch Cod: 0610
Fee:. 20.00
Pin::
ExtRef::
Skpclibck: N
Tkprf::
Trancode::
SkipHost: N
REU ID::

Version:: 0
Sender ABA: 011075150
Sender Nam: SOVEREIGN BANK NEW
Receiver A: ████████████
Receiver N: ████████████
Message Ty: 10
Message Su: 00
Product Co: CTR
Amount: 10000.00
Reference:: 20041015162845NM
ORG Idcode: AC
ORG Id:: 61000016545
ORG:: APAM ALLOCATION PLUS
ORG Addres: % BRADFORD BLEIDT
ORG Addres: 8 NORTONS PT
ORG Addres: MANCHESTER, MA 01944-1432
OGB Idcode·
OGB Id.:
OGB::
OGB Addres:
OGB Addres:
OGB Addres:
INS Idcode:
INS Id::
INS.:
INS Addres:
INS Addres:
INS_Addr2::
IBK Idcode:
IBK Id::
IBK::
IBK Addres:

Printed By. Diane Tobias          SOVEREIGN BANK          Date: November 22, 2004  9:30.08 AM

WireHouse - Message Details          MID: 20041015162845NM

IBK Addres:
IBK Addres:
BBK Idcode:
BBK Id::
BBK::
BBK Addres:
BBK Addres:
BBK Addres:
BNF Idcode: AC
BNF Id:█████████
BNF::█████████
BNF Addres:
BNF Addres:
BNF Addres:
RFB::
OBI::
BBI::
As of reas:
As of date:
Reference:
IMAD:: 20041015C1QAE01X001012
OMAD.:
Charges::
Free text1:
Free text2:
Corcode::
Corid:
Cor::
CorAddr.:
CorAddr.:
CorAddr.:

NOV-22-2004  10:11    SOVEREIGN WIRE SERVICES    610 736 4939    P.40

WireHouse - Message Details    MID: 20041015162807NM

Beneficiary:███████████████████
Originator: APAM ALLOCATION PLUS

**Message Text:**

User ID:: NMCCREAR
Message St: COMPLETE
Value Date: 15/10/2004
Date:: 15/10/2004
Time:: 16:28:44
URC::
Test Key:: 0
Branch Cod: 0610
Fee:: 18.00
Pin::
ExtRef::
Skpcllbck:: N
Tkprf::
Trancode::
SkipHost:: N
REU ID::

Version:: 0
Sender ABA: 011075150
Sender Nam: SOVEREIGN BANK NEW
Receiver A:███████████
Receiver N:██████████
Message Ty: 10
Message Su: 00
Product Co: CTR
Amount:: 13000.00
Reference:: 20041015162807NM
ORG Idcode: AC
ORG Id:: 61000016545
ORG:: APAM ALLOCATION PLUS
ORG Addres: ASSET MANAGEMENT INC BRADFORD
ORG Addres: 8 VINE ST
ORG Addres: MANCHESTER, MA 01944-
OGB Idcode:
OGB Id::
OGB::
OGB Addres:
OGB Addres:
OGB Addres:
INS Idcode:
INS Id::
INS::
INS Addres:
INS Addres:
INS_Addr2::
IBK Idcode:
IBK Id::
IBK::
IBK Addres:

Printed By: Diane Tobias    SOVEREIGN BANK    Date: November 22, 2004  9:30:33 AM

NOV-22-2004  10:11        SOVEREIGN WIRE SERVICES            610 736 4939    P.41

WireHouse - Message Details          MID: 20041015162807NM

IBK Addres:
IBK Addres:
BBK Idcode:
BBK Id::
BBK::
BBK Addres:
BBK Addres:
BBK Addres:
BNF Idcode: AC
BNF Id:.
BNF::
BNF Addres:
BNF Addres:
BNF Addres:
RFB::
OBI::
BBI::
As of reas:
As of date:
Reference:
IMAD:: 20041015C1QAE01X001013
OMAD::
Charges::
Free text1:
Free text2:
Corcode::
Corid.
Cor.:
CorAddr::
CorAddr::
CorAddr::

NOV-30-2004  14:22        SOVEREIGN BANK                              P.02

## *Outgoing Message Print*

*Requested by:* CRYSTAL WAGNER

*Date:* *November 30, 2004*                                    *Time:* *14:19:40*

### Message Information

| | | | | | |
|---|---|---|---|---|---|
| **Amount:** | 15,000.00 | **Message ID:** | 20041015163032NM | **Source:** | |
| **Currency:** | USD | **Latest Version:** | 2004-10-15 | **Priority:** | |
| **Value Date:** | 2004-10-15 | **Time:** | 16:31:49 | **URC:** | |
| **Bank ID:** | 002 | **Department:** | WIR | **Status:** | COMPLETE |
| **Message Type:** | 10 | | | | |
| **Message Subtype:** | 00 - Transfer of Funds | | | | |
| **Fee:** | 20.00 | **Service:** | | **Branch:** | 0610 |
| **Ref No.:** | 20041015163032NM | **External Ref.:** | | **Template:** | |

### Message Text - Version    0

| | | | | | |
|---|---|---|---|---|---|
| **Sender ABA:** | 011075150 | **Sender Name:** SOVEREIGN BANK NEW | | **Ref No.:** | 20041015163032NM |
| **Recvr ABA:** | 011301798 | **Recvr Name:** EASTERN BANK LYNN | | **Prod. Code:** | CTR |
| **Ref IMAD:** | | | **As of Reason:** | **As of Date:** | |
| **Imad:** | 20041015C1QAE01X001011 | **Disposition:** | | | |
| **Omad:** | | | **Ref for Bnf:** | | |

**Account Off:** 002  **Account:** 61000016545      **Acc Type:** DDA      **Initiator ID:** BRADFORD BLE

**Drawdown Credit Account:**

**Originator:**                                              **Beneficiary:**
61000016545
APAM ALLOCATION PLUS
% BRADFORD BLEIDT
8 NORTONS PT
MANCHESTER, MA 01944-1432

**Originator Bank:**                                          **Beneficiary Bank:**

**Instructing Bank:**                                         **Intermediary Bank:**

**Drawdown Debit Account:**                                   **Correspondent Bank:**

**Originator Bank Info:**

**Free Text:**

TOTAL P.02

## *Outgoing Message Print*

Requested by: MARGARET WOLF

Date: *November 16, 2004*                                    Time: 11:37:07

### Message Information

| | | | | | |
|---|---|---|---|---|---|
| Amount: | 10,000.00 | Message ID: | 20041026144006JK | Source: | |
| Currency: | USD | Latest Version: | 2004-10-26 | Priority: | |
| Value Date: | 2004-10-26 | Time: | 14:40:49 | URC: | |
| Bank ID: | 002 | Department: | WIR | Status: | COMPLETE |
| Message Type: | 10 | | | | |
| Message Subtype: | 00 - Transfer of Funds | | | | |
| Fee: | 18.00 | Service: | | Branch: | 0610 |
| Ref No.: | 20041026144006JK | External Ref.: | | Template: | AP3041I |

### Message Text - Version    0

| | | | | | |
|---|---|---|---|---|---|
| Sender ABA: | 011075150 | Sender Name: | SOVEREIGN BANK NEW | Ref No.: | 20041026144006JK |
| Recvr ABA: | 011000138 | Recvr Name: | FLEET BANK MA | Prod. Code: | CTR |
| Ref IMAD: | | | As of Reason: | As of Date: | |
| Imad: | 20041026C1QAE01X000575 | Disposition: | | | |
| Omad: | | | Ref for Bnf: | | |
| Account Off: | 002 | Account: 61000016545 | Acc Type: DDA | Initiator ID: BRADFORD BLE | |

Drawdown Credit Account:

Originator:                                          Beneficiary:
61000016545                                          0077052881
APAM ALLOCATION PLUS                                 BRADFORD C BLEIDT
ASSET MANAGEMENT INC BRADFORD
8 VINE ST
MANCHESTER, MA 01944-

Originator Bank:                                     Beneficiary Bank:

Instructing Bank:                                    Intermediary Bank:

Drawdown Debit Account:                              Correspondent Bank:

Originator Bank Info:

Free Text:

ALLOCATION PLUS ASSET MANAGEMENT, INC.
164 CANAL ST.
BOSTON, MA  02114

3440

5-7515/110

DATE 10/28/04

PAY TO THE ORDER OF    Bob Glousky                    $ 200 00/100

Two hundred dollars                              DOLLARS

Sovereign Bank
sovereignbank.com

FOR  Celtics tickets

⑈003440⑈ ⑆011075150⑆ 61000016545⑈          ⑈00000020000⑈

CaptureDate:11-01-2004  Account:61000016545  AltAcct:61000016545  Amount:$200.00  RT:11075150  TC:90
ApplicationID:1  OrigTC:0  SerialNumber:3440  CaptureSite:610  DbCr:D  EndPoint:0  AdjustmentFlag:-  Onus\Transit:-
SequenceNumber:427261200  IRD:-  BLNK:-  Pocket:0  ExceptionCode:7  PayNoPay:-  RunID:20

ALLOCATION PLUS ASSET MANAGEMENT, INC.
164 CANAL ST.
BOSTON, MA  02114

3444

5-7515/110

DATE 10/28/04

PAY TO THE ORDER OF    Regan Communication           $ 15,000 00/100

fifteen thousands                               DOLLARS

Sovereign Bank
sovereignbank.com

FOR Split between UBIX, Financial Perspectives

⑈003444⑈ ⑆011075150⑆ 61000016545⑈          ⑈000 1500000⑈

CaptureDate:11-01-2004  Account:61000016545  AltAcct:61000016545  Amount:$15,000.00  RT:11075150  TC:90
ApplicationID:1  OrigTC:0  SerialNumber:3444  CaptureSite:610  DbCr:D  EndPoint:0  AdjustmentFlag:-  Onus\Transit:-
SequenceNumber:437969830  IRD:-  BLNK:-  Pocket:0  ExceptionCode:7  PayNoPay:-  RunID:16

Page: 1 Document Name: untitled

DDDHIST                Demand Deposit Display History              3037    11/16/04

Acct 61000016545           Request ALLTRANS
Alpha key APAMALPL01   Last stmt 10/29/04

| S  --Date-- | ---Description----- | -Serial Nbr- | -Reference- | ------Amount------ |
|---|---|---|---|---|
| * 10/29/04 | DAILY BALANCE | | | 157,362.91 |
| 11/01/04 | WIRE TRANS-OUT | | 9008901188 | (4,704.10) |
| 11/01/04 | WIRE TRANS-OUT | | 9008901189 | (1,500.00) |
| 11/01/04 | APAM ALLOCATIONS | | 00077900000 | (40,012.29) |
| | CASH C&D 041101 | | | |
| | BATCH OFFSET | | | |
| 11/01/04 | CHECK | 3444 | 04379609830 | (15,000.00) |
| 11/01/04 | CHECK | 3440 | 04272601200 | (200.00) |
| 11/01/04 | CHK CARD PUR 010242 | | 89900000000 | (70.40) |
| | FAST LANE  FAST LANE | | | |
| | 877-627-7745 MA | | | |
| 11/01/04 | DAILY BALANCE | | | 95,876.12 |
| 11/02/04 | DEPOSIT | | 04105407200 | 80,000.00 |
| | DDDHISTREQ -- DDDHISTBAL -- DDDMAIN -- DDDACCT -- DDDINT | | | GN20000I03 |

There is additional information before and after this page.
COMMAND ===>
F2=Retrieve  F3=Exit    F4=CRFwindow
F7=Backward  F8=Forward

Date: 11/17/2004 Time: 6:09:18 PM

```
Page: 1 Document Name: untitled

DDDHIST              Demand Deposit Display History          3037   11/16/04

Acct 61000016545             Request ALLTRANS
Alpha key APAMALPL01  Last stmt 10/29/04

S --Date--   ---Description-----  -Serial Nbr-  -Reference-   ------Amount------
  11/02/04   FC FOREST TRACE                    0007790000         (3,080.00)
             ROSENBERG 0268
  11/02/04   CHECK                      3441     04194102180        1,593.61
  11/02/04   CHECK                      3437     04324806690         (250.00)
  11/02/04   CHECK                      3443     04326308260          (84.02)
  11/02/04   DAILY BALANCE                                       170,868.49
  11/03/04   WIRE TRANS-OUT                      9008900872       (20,000.00)
  11/03/04   APAM ALLOCATIONS                    0007790000       (35,000.00)
             CASH C&D 041103
             BATCH OFFSET
  11/03/04   DAILY BALANCE                                       115,868.49
  11/04/04   CHECK                      3446     04118407000       (30,000.00)
  11/04/04   CHECK                      3463     04372606650          (261.13)
           DDDHISTREQ    DDDHISTBAL    DDDMAIN    DDDACCT   DDDINT
There is additional information before and after this page.         GN20000I03
COMMAND ===>

F2=Retrieve  F3=Exit        F4=CRFwindow
F7=Backward  F8=Forward
```

Date: 11/17/2004 Time: 6:09:14 PM

Page: 1 Document Name: untitled

DDDHIST                     Demand Deposit Display History              3037    11/16/04

Acct 61000016545
Alpha key APAMALPL01    Last stmt 10/29/04         Request ALLTRANS

| S --Date-- | ---Description------ | -Serial Nbr- | -Reference- | ------Amount------ |
|-----------|----------------------|--------------|-------------|--------------------|
| 11/04/04  | DAILY BALANCE        |              |             | 85,607.36          |
| 11/05/04  | DEPOSIT              |              | 04311200750 | 125,000.00         |
| 11/05/04  | WIRE TRANS-OUT       |              | 90088900947 | (5,100.00)         |
| 11/05/04  | CHECK                | 3461         | 04613200130 | (149.25)           |
| 11/08/04  | DAILY BALANCE        |              |             | 205,358.11         |
| 11/08/04  | CHECK                | 3465         | 04146903960 | (8,950.50)         |
|           | APAM ALLOCATIONS     |              | 00077900000 | (3,500.00)         |
|           | CASH C&D 041108      |              |             |                    |
|           | BATCH OFFSET         |              |             |                    |
| 11/08/04  | CHECK                | 3466         | 04255002020 | (1,050.00)         |
| 11/08/04  | CHK CARD PUR 363927  |              | 89900000000 | (51.25)            |
|           | FAST LANE FAST LANE  |              |             |                    |
|           | 877-627-7745 MA      |              |             |                    |

There is additional information before and after this page.
COMMAND ===>     _ DDDHISTREQ  _ DDDHISTBAL  _ DDDMAIN  _ DDDACCT  _ DDDINT
                                                                   GN200000I03
F7=Backward    F2=Retrieve   F3=Exit       F4=CRFwindow
               F8=Forward

Date: 11/17/2004 Time: 6:09:12 PM

```
Page: 1 Document Name: untitled

DDDHIST            Demand Deposit Display History        3037    11/16/04

Acct 6100016545           Request ALLTRANS
Alpha key APAMALPL01    Last stmt 10/29/04

S --Date--  ----Description-----  -Serial Nbr-  -Reference-  ------Amount------
11/08/04   DAILY BALANCE                                          191,806.36
11/09/04   WIRE TRANS-OUT                         9008890086B     (83,000.00)
11/09/04   WIRE TRANS-OUT                         9008890086G     (24,500.00)
11/09/04   WIRE TRANS-OUT                         9008890086J      (3,000.00)
11/09/04   CHECK                       3467       0438190139O        (500.00)
11/09/04   CHECK                       3442       0417530889O        (103.00)
11/09/04   DAILY BALANCE                                           80,703.36
11/10/04   WIRE TRANS-OUT                         9008890099A     (16,035.19)
11/10/04   WIRE TRANS-OUT                         9008890099B     (10,000.00)
11/10/04   WIRE TRANS-OUT                         9008890099G     (10,000.00)
11/10/04   WIRE TRANS-OUT                         9008890099C      (9,000.00)
11/10/04   WIRE TRANS-OUT                         9008890099I      (3,000.00)
11/10/04   WIRE TRANS-OUT                         9008890099Z      (3,000.00)
           DDDHISTREQ    DDDHISTBAL    DDDMAIN    DDDACCT    DDDINT
There is additional information before and after this page.        GN20000IO3
COMMAND ===>
F7=Backward    F2=Retrieve  F3=Exit      F4=CRFwindow
               F8=Forward
```

Date: 11/17/2004 Time: 6:09:09 PM

Page: 1 Document Name: untitled

DDDHIST            Demand Deposit Display History            3037    11/16/04

Acct 6100016545
Alpha key APAMALPL01    Last stmt 10/29/04    Request ALLTRANS

| S | --Date-- | ---Description----- | -Serial Nbr- | -Reference- | ------Amount------ |
|---|----------|---------------------|--------------|-------------|--------------------|
|   | 11/10/04 | CHECK | 3447 | 0431401200 | (4,880.00) |
|   | 11/10/04 | CHECK | 3464 | 0418110536O | (1,110.00) |
|   | 11/10/04 | CHK CARD PUR 294574 | | 8990000000O | (500.20) |
|   |          | NOR'EAST NOR'EASTCLE | | | |
|   |          | GLOUCESTER   MA | | | |
|   | 11/10/04 | DAILY BALANCE | | | 23,177.97 |
|   | 11/12/04 | ANALYSIS FEES | | 00077900000 | (611.84) |
|   |          | ANALYSIS 103104 | | | |
|   |          | 61000016545 | | | |
|   | 11/12/04 | ATM CASH W/D 007465 | | 81100000000 | (250.00) |
|   |          | SOVEREIGN 125CAUSEWA | | | |
|   |          | BOSTON       MA | | | |
|   | 11/12/04 | DAILY BALANCE | | | 22,316.13 |

Last page of information.          — DDDHISTBAL   — DDDMAIN   — DDDACCT   — DDDINT
         — DDDHISTREQ                                                     GN20000IO2
COMMAND ===>

F7=Backward       F2=Retrieve  F3=Exit       F4=CRFwindow

Date: 11/17/2004 Time: 6:09:00 PM

**ALLOCATION PLUS ASSET MANAGEMENT, INC.**
184 CANAL ST.
BOSTON, MA 02114

3464

S-7515/110

DATE 11/1/04

PAY TO THE ORDER OF ___ Gentle Giant (11/10/04 E0338 T0313 P07 0211121797 ___ | $ 1110.00

one thousand one hundred, and Ten ___ DOLLARS

**Sovereign Bank**
sovereignbank.com

FOR ___

⑈003464⑈ ⑆011075150⑈ 61000016545⑈ ⑈0000111000⑈

CaptureDate:11-10-2004 Account:61000016545 AltAcct:61000016545 Amount:$1,110.00 RT:11075150 TC:90
ApplicationID:1 OrigTC:0 SerialNumber:3464 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-
SequenceNumber:418115360 IRD:- BLNK:- Pocket:0 ExceptionCode:7 PayNoPay:- RunID:37

**ALLOCATION PLUS ASSET MANAGEMENT, INC.**
184 CANAL ST.
BOSTON, MA 02114

3447

S-7515/110

DATE 10/31/04

PAY TO THE ORDER OF ___ Manhattan National Life ___ | $ 4880.00

four thousand, eight hundred ___ DOLLARS
eighty.

**Sovereign Bank**
sovereignbank.com

FOR Policy # 04-CM 966011

⑈003447⑈ ⑆011075150⑈ 61000016545⑈ ⑈0000488000⑈

CaptureDate:11-10-2004 Account:61000016545 AltAcct:61000016545 Amount:$4,880.00 RT:11075150 TC:90
ApplicationID:1 OrigTC:0 SerialNumber:3447 CaptureSite:610 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-
SequenceNumber:430141200 IRD:- BLNK:- Pocket:0 ExceptionCode:7 PayNoPay:- RunID:32

(c) Fundtech Systems

## *Outgoing Message Print*

**Requested by:** DIANE TOBIAS

**Date:** *November 16, 2004*                                      **Time:** *16:26:10*

### Message Information

| | | | | |
|---|---|---|---|---|
| **Amount:** | 4,704.10 | **Message ID:** | 20041101153300DW | **Source:** |
| **Currency:** | USD | **Latest Version:** | 2004-11-01 | **Priority:** |
| **Value Date:** | 2004-11-01 | **Time:** | 15:34:59 | **URC:** |
| **Bank ID:** | 002 | **Department:** | WIR | **Status:** COMPLETE |
| **Message Type:** | 10 | | | |
| **Message Subtype:** | 00 - Transfer of Funds | | | **Branch:** 0610 |
| **Fee:** | 0.00 | **Service:** | | **Template:** AP3041AA |
| **Ref No.:** | 20041101153300DW | **External Ref.:** | | |

### Message Text - Version     0

| | | | | |
|---|---|---|---|---|
| **Sender ABA:** | 011075150 | **Sender Name:** SOVEREIGN BANK NEW | **Ref No.:** | 20041101153300DW |
| **Recvr ABA:** | 011075150 | **Recvr Name:** SOVEREIGN BK NE | **Prod. Code:** | CTR |
| **Ref IMAD:** | | **As of Reason:** | **As of Date:** | |
| **Imad:** | 20041101C1QAE01X001030 | **Disposition:** | | |
| **Omad:** | | **Ref for Bnf:** | | |
| **Account Off:** | 002   **Account:** 61000016545 | **Acc Type:** DDA | **Initiator ID:** BRADFORD BLE | |

**Drawdown Credit Account:**

**Originator:**
61000016545
APAM ALLOCATION PLUS
ASSET MANAGEMENT INC BRADFORD
8 VINE ST
MANCHESTER, MA 01944-

**Beneficiary:**
65900018097
DENISE BLEIDT

**Originator Bank:**

**Beneficiary Bank:**

**Instructing Bank:**

**Intermediary Bank:**

**Drawdown Debit Account:**

**Correspondent Bank:**

**Originator Bank Info:**

**Free Text:**

*Outgoing Message Print*

Requested by: DIANE TOBIAS

Date: November 16, 2004                                    Time: 16:27:06

## Message Information

| | | | | | |
|---|---|---|---|---|---|
| **Amount:** | 1,500.00 | **Message ID:** | 20041101153500DW | **Source:** | |
| **Currency:** | USD | **Latest Version:** | 2004-11-01 | **Priority:** | |
| **Value Date:** | 2004-11-01 | **Time:** | 15:35:51 | **URC:** | |
| **Bank ID:** | 002 | **Department:** | WIR | **Status:** | COMPLETE |
| **Message Type:** | 10 | | | | |
| **Message Subtype:** | 00 - Transfer of Funds | | | | |
| **Fee:** | 18.00 | **Service:** | | **Branch:** | 0610 |
| **Ref No.:** | 20041101153500DW | **External Ref.:** | | **Template:** | AP3041Y |

## Message Text - Version     0

| | | | | | |
|---|---|---|---|---|---|
| **Sender ABA:** | 011075150 | **Sender Name:** | SOVEREIGN BANK NEW | **Ref No.:** | 20041101153500DW |
| **Recvr ABA:** | 042000314 | **Recvr Name:** | FIFTH THIRD CINCI | **Prod. Code:** | CTR |
| **Ref IMAD:** | | | | **As of Reason:** | **As of Date:** |
| **Imad:** | 20041101C1QAE01X001032 | **Disposition:** | | | |
| **Omad:** | | | | **Ref for Bnf:** | |
| **Account Off:** | 002 | **Account:** 61000016545 | **Acc Type:** DDA | **Initiator ID:** BRADFORD BLE | |

**Drawdown Credit Account:**

**Originator:**
61000016545
APAM ALLOCATION PLUS
ASSET MANAGEMENT INC BRADFORD
8 VINE ST
MANCHESTER, MA 01944-

**Beneficiary:**
32835715

**Originator Bank:**                                    **Beneficiary Bank:**

**Instructing Bank:**                                    **Intermediary Bank:**

**Drawdown Debit Account:**                        **Correspondent Bank:**

**Originator Bank Info:**

**Free Text:**

# 52743

**ALLOCATION PLUS ASSET MANAGEMENT, INC.**
161 CANAL ST.
BOSTON, MA 02114

3461

5-7515/110

DATE 11/1/04

PAY TO THE ORDER OF ___Eagle Leasing___ $ 149.75/

___one hundred forty nine___ 25/100 DOLLARS

🔷 **Sovereign Bank**
sovereignbank.com

52743

FOR Perspectives Broadcasting

⑆003461⑆ ⑆011075150⑆ 61000016545⑆ ⑆00000149 25⑆

CaptureDate:11-05-2004 Account:61000016545 AltAcct:61000016545 Amount:$149.25 RT:11075150 TC:90
ApplicationID:1 OrigTC:0 SerialNumber:3461 CaptureSite:630 DbCr:D EndPoint:0 AdjustmentFlag:- Onus\Transit:-
SequenceNumber:461320130 IRD:- BLNK:- Pocket:0 ExceptionCode:7 PayNoPay:- RunID:7

3465

ALLOCATION PLUS ASSET MANAGEMENT, INC.
164 CANAL ST.
BOSTON, MA  02114

5-7515/110

DATE  11/1/04

PAY TO THE ORDER OF  St. Bonaventure University  $ 89.50 50/100

Eight Thousand Nine hundred fifty 50/100 DOLLARS

Sovereign Bank

FOR

⑈003465⑈ ⑆011075150⑈ 61000016545⑈  ⑈00008950 50⑈

CaptureDate:11-08-2004  Account:61000016545  AltAcct:61000016545  Amount:$8,950.50  RT:11075150  TC:90
ApplicationID:1  OrigTC:0  SerialNumber:3465  CaptureSite:610  DbCr:D  EndPoint:0  AdjustmentFlag:-  Onus\Transit:-
SequenceNumber:414693960  IRD:-  BLNK:-  Pocket:0  ExceptionCode:7  PayNoPay:-  RunID:35



3466

ALLOCATION PLUS ASSET MANAGEMENT, INC.
164 CANAL ST.
BOSTON, MA  02114

5-7515/110

DATE  Oct 31,04

PAY TO THE ORDER OF  Q and O Parking  $ 105.00

one thousand fifty  DOLLARS

Sovereign Bank
sovereignbank.com

FOR  Nov Parking

⑈003466⑈ ⑆011075150⑈ 61000016545⑈

CaptureDate:11-08-2004  Account:61000016545  AltAcct:61000016545  Amount:$1,050.00  RT:11075150  TC:90
ApplicationID:1  OrigTC:0  SerialNumber:3466  CaptureSite:610  DbCr:D  EndPoint:0  AdjustmentFlag:-  Onus\Transit:-
SequenceNumber:425502020  IRD:-  BLNK:-  Pocket:0  ExceptionCode:7  PayNoPay:-  RunID:24

CaptureDate:11-02-2004 Account:61000016545 AltAcct:61000016545 Amount:$80,000.00 RT:56375520 TC:20
ApplicationID:1 OrigTC:0 SerialNumber:0 CaptureSite:610 DbCr:C EndPoint:0 AdjustmentFlag:- Onus\Transit:-
SequenceNumber:410547200 IRD:- BLNK:- Pocket:1 ExceptionCode:7 PayNoPay:- RunID:28



CaptureDate:11-02-2004 Account:        AltAcct:0 Amount:$80,000.00 RT:211070175 TC:900
ApplicationID:998 OrigTC:900 SerialNumber:0 CaptureSite:610 DbCr:D EndPoint:61570020 AdjustmentFlag:-
Onus\Transit:- SequenceNumber:410547210 IRD:- BLNK:- Pocket:12 ExceptionCode:0 PayNoPay:- RunID:28

(c) Fundtech Systems

## *Outgoing Message Print*

**Requested by:** DIANE TOBIAS

**Date:** November 16, 2004                    **Time:** 16:27:48

### Message Information

| | | | |
|---|---|---|---|
| Amount: | 20,000.00 | **Message ID:** 20041103103302NM | Source: |
| Currency: | USD | **Latest Version:** 2004-11-03 | Priority: |
| Value Date: | 2004-11-03 | **Time:** 10:34:41 | URC: |
| Bank ID: | 002 | **Department:** WIR | Status: COMPLETE |
| Message Type: | 10 | | |
| Message Subtype: | 00 - Transfer of Funds | | |
| Fee: | 0.00 | **Service:** | Branch: 0610 |
| Ref No.: | 20041103103302NM | **External Ref.:** | Template: |

### Message Text - Version    0

| | | |
|---|---|---|
| Sender ABA: 011075150 | Sender Name: SOVEREIGN BANK NEW | Ref No.: 20041103103302NM |
| Recvr ABA: 011075150 | Recvr Name: SOVEREIGN BK NE | Prod. Code: CTR |
| Ref IMAD: | As of Reason: | As of Date: |
| Imad: 20041103C1QAE01X000356 | Disposition: | |
| Omad: | Ref for Bnf: | |
| Account Off: 002  Account: 61000016545 | Acc Type: DDA | Initiator ID: BRADFORD BLE |

Drawdown Credit Account:

Originator:
61000016545
APAM ALLOCATION PLUS
% BRADFORD BLEIDT
8 NORTONS PT
MANCHESTER, MA 01944-1432

Beneficiary:
61000030694
SHARED VISIONS

Originator Bank:

Beneficiary Bank:

Instructing Bank:

Intermediary Bank:

Drawdown Debit Account:

Correspondent Bank:

Originator Bank Info:

Free Text:

**CHECKING ACCOUNT DEPOSIT** CREDIT

DATE OF DEPOSIT ___11/5/04___     ☐ NEW ACCOUNT

CUSTOMER NAME ___APAM___

SIGNATURE FOR
LESS CASH RECEIVED _____

Checks and other items received for deposit subject to the provisions of the Uniform Commercial Code or any applicable
collection agreement. Deposited checks may not be available for immediate withdrawal.

CASH
LIST CHECKS SINGLY

TOTAL      125,000.00

LESS CASH
RECEIVED

DD HDep Date 11/05/04 12:13 Tlr 003
A/N 61000016545              Seq 0027    610
Amt      $125,000.00

ACCOUNT NUMBER                                        NET DEPOSIT

61 000016545      $      125000.00

⑆5637⑈5520⑆

CaptureDate:11-05-2004 Account:61000016545 AltAcct:61000016545 Amount:$125,000.00 RT:56375520 TC:20
ApplicationID:1 OrigTC:0 SerialNumber:0 CaptureSite:610 DbCr:C EndPoint:0 AdjustmentFlag:- Onus\Transit:-
SequenceNumber:431120750 IRD:- BLNK:- Pocket:1 ExceptionCode:18 PayNoPay:- RunID:11

⊘ **Eastern Bank**                                    **1829**

53-179/113                                          11/5/2004

PAY TO THE
ORDER OF   A.P.A.M./N.F.S.                          $ **125,000.00

One Hundred Twenty-Five Thousand and 00/100*********************************************** DOLLARS

A.P.A.M./N.F.S.
164 Canal Street Suite 500
Boston, MA 02114
Att: Brad Bleidt

MEMO

⑆001829⑆ ⑆011301798⑆ 60 01844 28⑈

CaptureDate:11-05-2004 Account:▓▓▓▓ AltAcct:0 Amount:$125,000.00 RT:11301798 TC:0 ApplicationID:998
OrigTC:0 SerialNumber:1829 CaptureSite:610 DbCr:D EndPoint:61570027 AdjustmentFlag:- Onus\Transit:-
SequenceNumber:431120760 IRD:- BLNK:- Pocket:12 ExceptionCode:0 PayNoPay:- RunID:11

*(c) Fundtech Systems*

## *Outgoing Message Print*

**Requested by:** DIANE TOBIAS

**Date:** November 16, 2004                                         **Time:** 16:29:36

### Message Information

| | | | | | |
|---|---|---|---|---|---|
| **Amount:** | 83,000.00 | **Message ID:** | 20041109133327SW | **Source:** | |
| **Currency:** | USD | **Latest Version:** | 2004-11-09 | **Priority:** | |
| **Value Date:** | 2004-11-09 | **Time:** | 13:34:56 | **URC:** | |
| **Bank ID:** | 002 | **Department:** | WIR | **Status:** | COMPLETE |
| **Message Type:** | 10 | | | | |
| **Message Subtype:** | 00 - Transfer of Funds | | | | |
| **Fee:** | 0.00 | **Service:** | | **Branch:** | 0610 |
| **Ref No.:** | 20041109133327SW | **External Ref.:** | | **Template:** | |

### Message Text - Version    0

| | | | | | |
|---|---|---|---|---|---|
| **Sender ABA:** | 011075150 | **Sender Name:** SOVEREIGN BANK NEW | | **Ref No.:** | 20041109133327SW |
| **Recvr ABA:** | 011075150 | **Recvr Name:** SOVEREIGN BK NE | | **Prod. Code:** | CTR |
| **Ref IMAD:** | | | **As of Reason:** | **As of Date:** | |
| **Imad:** | 20041109C1QAE01X000510 | **Disposition:** | | | |
| **Omad:** | | | **Ref for Bnf:** | | |
| **Account Off:** | 002    **Account:** 61000016545 | **Acc Type:** DDA | **Initiator ID:** BRADFORD BLE | | |

**Drawdown Credit Account:**

**Originator:**                                    **Beneficiary:**
61000016545                                       61000030694
APAM ALLOCATION PLUS                               SHARED VISIONS
% BRADFORD BLEIDT
8 NORTONS PT
MANCHESTER, MA  01944-1432

**Originator Bank:**                               **Beneficiary Bank:**

**Instructing Bank:**                              **Intermediary Bank:**

**Drawdown Debit Account:**                        **Correspondent Bank:**

**Originator Bank Info:**

**Free Text:**

## *Outgoing Message Print*

(c) Fundtech Systems

**Requested by:** *DIANE TOBIAS*

**Date:** *November 16, 2004*                                  **Time:** *16:30:38*

### Message Information

| | | | | |
|---|---|---|---|---|
| **Amount:** | 24,500.00 | **Message ID:** | 20041109133456SW | **Source:** |
| **Currency:** | USD | **Latest Version:** | 2004-11-09 | **Priority:** |
| **Value Date:** | 2004-11-09 | **Time:** | 13:36:02 | **URC:** |
| **Bank ID:** | 002 | **Department:** | WIR | **Status:** COMPLETE |
| **Message Type:** | 10 | | | |

**Message Subtype:** 00 - Transfer of Funds

**Fee:** 0.00

**Ref No.:** 20041109133456SW

**Service:**                                                  **Branch:** 0610

**External Ref.:**                                            **Template:**

### Message Text - Version    0

| | | | | |
|---|---|---|---|---|
| **Sender ABA:** | 011075150 | **Sender Name:** SOVEREIGN BANK NEW | **Ref No.:** | 20041109133456SW |
| **Recvr ABA:** | 011075150 | **Recvr Name:** SOVEREIGN BK NE | **Prod. Code:** | CTR |

**Ref IMAD:**

**Imad:** 20041109C1QAE01X000511          **As of Reason:**          **As of Date:**

**Disposition:**

**Omad:**

**Ref for Bnf:**

**Account Off:** 002   **Account:** 61000016545   **Acc Type:** DDA   **Initiator ID:** BRADFORD BLE

**Drawdown Credit Account:**

**Originator:**                                    **Beneficiary:**
61000016545                                        61004945806
APAM ALLOCATION PLUS                               FTPS MANAGEMENT COMPANY
% BRADFORD BLEIDT
8 NORTONS PT
MANCHESTER, MA 01944-1432

**Originator Bank:**                               **Beneficiary Bank:**

**Instructing Bank:**                              **Intermediary Bank:**

**Drawdown Debit Account:**                        **Correspondent Bank:**

**Originator Bank Info:**

**Free Text:**

## Outgoing Message Print

by Pegasus Systems

**Requested by:** DIANE TOBIAS

**Date:** November 16, 2004                                    **Time:** 16:33:15

## Message Information

| | | | | | |
|---|---|---|---|---|---|
| **Amount:** | 3,000.00 | **Message ID:** | 20041109144922SW | **Source:** | |
| **Currency:** | USD | **Latest Version:** | 2004-11-09 | **Priority:** | |
| **Value Date:** | 2004-11-09 | **Time:** | 14:52:04 | **URC:** | |
| **Bank ID:** | 002 | **Department:** | WIR | **Status:** | COMPLETE |
| **Message Type:** | 10 | | | | |
| **Message Subtype:** | 00 - Transfer of Funds | | | | |
| **Fee:** | 0.00 | **Service:** | | **Branch:** | 0610 |
| **Ref No.:** | 20041109144922SW | **External Ref.:** | | **Template:** | |

## Message Text - Version    0

| | | | | | |
|---|---|---|---|---|---|
| **Sender ABA:** | 011075150 | **Sender Name:** | SOVEREIGN BANK NEW | **Ref No.:** | 20041109144922SW |
| **Recvr ABA:** | 011075150 | **Recvr Name:** | SOVEREIGN BK NE | **Prod. Code:** | CTR |
| **Ref IMAD:** | | | **As of Reason:** | **As of Date:** | |
| **Imad:** | 20041109C1QAE01X000668 | **Disposition:** | | | |
| **Omad:** | | | **Ref for Bnf:** | | |
| **Account Off:** | 002    **Account:** 61000016545 | **Acc Type:** DDA | **Initiator ID:** BRADFORD BLE | | |

**Drawdown Credit Account:**

**Originator:**                                    **Beneficiary:**
61000016545                                       61000030694
APAM ALLOCATION PLUS                              SHARED VISIONS
% BRADFORD BLEIDT
8 NORTONS PT
MANCHESTER, MA 01944-1432

**Originator Bank:**                               **Beneficiary Bank:**

**Instructing Bank:**                              **Intermediary Bank:**

**Drawdown Debit Account:**                        **Correspondent Bank:**

**Originator Bank Info:**

**Free Text:**

## *Outgoing Message Print*

**Requested by:** *DIANE TOBIAS*

**Date:** *November 16, 2004*                                                    **Time:** *16:34:10*

### Message Information

| | | | | | |
|---|---|---|---|---|---|
| **Amount:** | 16,035.19 | **Message ID:** | 20041110125148DW | **Source:** | |
| **Currency:** | USD | **Latest Version:** | 2004-11-10 | **Priority:** | |
| **Value Date:** | 2004-11-10 | **Time:** | 12:53:53 | **URC:** | |
| **Bank ID:** | 002 | **Department:** | WIR | **Status:** | COMPLETE |
| **Message Type:** | 10 | | | | |
| **Message Subtype:** | 00 - Transfer of Funds | | | | |
| **Fee:** | 20.00 | **Service:** | | **Branch:** | 0610 |
| **Ref No.:** | 20041110125148DW | **External Ref.:** | | **Template:** | |

### Message Text - Version    0

| | | | | | |
|---|---|---|---|---|---|
| **Sender ABA:** | 011075150 | **Sender Name:** | SOVEREIGN BANK NEW | **Ref No.:** | 20041110125148DW |
| **Recvr ABA:** | 211370545 | **Recvr Name:** | FIRST MASS NA | **Prod. Code:** | CTR |
| **Ref IMAD:** | | | | **As of Reason:** | **As of Date:** |
| **Imad:** | 20041110C1QAE01X000561 | **Disposition:** | | | |
| **Omad:** | | | | **Ref for Bnf:** | |
| **Account Off:** | 002 | **Account:** | 61000016545 | **Acc Type:** DDA | **Initiator ID:** BRADFORD BLE |

**Drawdown Credit Account:**

**Originator:**
61000016545
APAM ALLOCATION PLUS
% BRADFORD BLEIDT
8 NORTONS PT
MANCHESTER, MA 01944-1432

**Beneficiary:**
9003901
CUSHING ACADEMY

**Originator Bank:**

**Beneficiary Bank:**

**Instructing Bank:**

**Intermediary Bank:**

**Drawdown Debit Account:**

**Correspondent Bank:**

**Originator Bank Info:** ███████████████

**Free Text:**

*Outgoing Message Print*

(c) Fundtech Systems

**Requested by:** DIANE TOBIAS

**Date:** November 16, 2004                                                          **Time:** 16:34:50

## Message Information

| | | | | | |
|---|---|---|---|---|---|
| **Amount:** | 10,000.00 | **Message ID:** | 20041110125058DW | **Source:** | |
| **Currency:** | USD | **Latest Version:** | 2004-11-10 | **Priority:** | |
| **Value Date:** | 2004-11-10 | **Time:** | 12:51:46 | **URC:** | |
| **Bank ID:** | 002 | **Department:** | WIR | **Status:** | COMPLETE |
| **Message Type:** | 10 | | | | |
| **Message Subtype:** | 00 - Transfer of Funds | | | | |
| **Fee:** | 18.00 | **Service:** | | **Branch:** | 0610 |
| **Ref No.:** | 20041110125058DW | **External Ref.:** | | **Template:** | AP3041I |

## Message Text - Version    0

| | | | | | |
|---|---|---|---|---|---|
| Sender ABA: | 011075150 | Sender Name: | SOVEREIGN BANK NEW | Ref No.: | 20041110125058DW |
| Recvr ABA: | 011000138 | Recvr Name: | FLEET BANK MA | Prod. Code: | CTR |
| Ref IMAD: | | | | As of Reason: | As of Date: |
| Imad: | 20041110C1QAE01X000555 | Disposition: | | | |
| Omad: | | | Ref for Bnf: | | |
| Account Off: | 002    Account: 61000016545 | Acc Type: DDA | Initiator ID: BRADFORD BLE | | |

Drawdown Credit Account:

Originator:
61000016545
APAM ALLOCATION PLUS
ASSET MANAGEMENT INC BRADFORD
8 VINE ST
MANCHESTER, MA 01944-

Beneficiary:
0077052881
BRADFORD C BLEIDT

Originator Bank:

Beneficiary Bank:

Instructing Bank:

Intermediary Bank:

Drawdown Debit Account:

Correspondent Bank:

Originator Bank Info:

Free Text:

## *Outgoing Message Print*

**Requested by:** *DIANE TOBIAS*

**Date:** *November 16, 2004*                                    **Time:** *16:34:50*

## Message Information

| | | | | | |
|---|---|---|---|---|---|
| **Amount:** | 10,000.00 | **Message ID:** | 20041110124943DW | **Source:** | |
| **Currency:** | USD | **Latest Version:** | 2004-11-10 | **Priority:** | |
| **Value Date:** | 2004-11-10 | **Time:** | 12:50:10 | **URC:** | |
| **Bank ID:** | 002 | **Department:** | WIR | **Status:** | COMPLETE |
| **Message Type:** | 10 | | | | |
| **Message Subtype:** | 00 - Transfer of Funds | | | | |
| **Fee:** | 0.00 | **Service:** | | **Branch:** | 0610 |
| **Ref No.:** | 20041110124943DW | **External Ref.:** | | **Template:** | AP3041AA |

## Message Text - Version    0

| | | | | |
|---|---|---|---|---|
| **Sender ABA:** | 011075150 | **Sender Name:** SOVEREIGN BANK NEW | **Ref No.:** | 20041110124943DW |
| **Recvr ABA:** | 011075150 | **Recvr Name:** SOVEREIGN BK NE | **Prod. Code:** | CTR |
| **Ref IMAD:** | | **As of Reason:** | **As of Date:** | |
| **Imad:** | 20041110C1QAE01X000550 | **Disposition:** | | |
| **Omad:** | | **Ref for Bnf:** | | |
| **Account Off:** | 002   **Account:** 61000016545 | **Acc Type:** DDA   **Initiator ID:** BRADFORD BLE | | |

**Drawdown Credit Account:**

**Originator:**                                              **Beneficiary:**
61000016545                                                 65900018097
APAM ALLOCATION PLUS                                         DENISE BLEIDT
ASSET MANAGEMENT INC BRADFORD
8 VINE ST
MANCHESTER, MA  01944-

**Originator Bank:**                                          **Beneficiary Bank:**

**Instructing Bank:**                                         **Intermediary Bank:**

**Drawdown Debit Account:**                                   **Correspondent Bank:**

**Originator Bank Info:**

**Free Text:**

## *Outgoing Message Print*

**Requested by:**  DIANE TOBIAS

**Date:**  *November 16, 2004*                                    **Time:**   *16:35:24*

### Message Information

| | | | | | |
|---|---|---|---|---|---|
| Amount: | 9,000.00 | **Message ID:** | 20041110152841DW | Source: | |
| Currency: | USD | **Latest Version:** | 2004-11-10 | Priority: | |
| Value Date: | 2004-11-10 | Time: | 15:30:04 | URC: | |
| Bank ID: | 002 | Department: | WIR | Status: | COMPLETE |
| Message Type: | 10 | | | | |
| Message Subtype: | 00 - Transfer of Funds | | | | |
| Fee: | 0.00 | Service: | | Branch: | 0610 |
| Ref No.: | 20041110152841DW | External Ref.: | | Template: | AP3041AA |

### Message Text – Version   0

| | | | | |
|---|---|---|---|---|
| Sender ABA: | 011075150 | Sender Name: SOVEREIGN BANK NEW | Ref No.: | 20041110152841DW |
| Recvr ABA: | 011075150 | Recvr Name: SOVEREIGN BK NE | Prod. Code: | CTR |
| Ref IMAD: | | As of Reason: | As of Date: | |
| Imad: | 20041110C1QAE01X000772 | Disposition: | | |
| Omad: | | Ref for Bnf: | | |
| Account Off: | 002   Account: 61000016545 | Acc Type: DDA   Initiator ID: BRADFORD BLE | | |

Drawdown Credit Account:

Originator:
61000016545
APAM ALLOCATION PLUS
ASSET MANAGEMENT INC BRADFORD
8 VINE ST
MANCHESTER, MA 01944-

Beneficiary:
65900018097
DENISE BLEIDT

Originator Bank:                              Beneficiary Bank:

Instructing Bank:                            Intermediary Bank:

Drawdown Debit Account:                      Correspondent Bank:

Originator Bank Info:

Free Text:

*(c) Fundtech Systems*

## *Outgoing Message Print*

**Requested by:** DIANE TOBIAS

**Date:** *November 16, 2004*                                       **Time:** *16:35:51*

## Message Information

| | | | | | |
|---|---|---|---|---|---|
| **Amount:** | 3,000.00 | **Message ID:** | 20041110125011DW | **Source:** | |
| **Currency:** | USD | **Latest Version:** | 2004-11-10 | **Priority:** | |
| **Value Date:** | 2004-11-10 | **Time:** | 12:50:57 | **URC:** | |
| **Bank ID:** | 002 | **Department:** | WIR | **Status:** | COMPLETE |
| **Message Type:** | 10 | | | | |
| **Message Subtype:** | 00 - Transfer of Funds | | | | |
| **Fee:** | 18.00 | **Service:** | | **Branch:** | 0610 |
| **Ref No.:** | 20041110125011DW | **External Ref.:** | | **Template:** | AP3041Y |

## Message Text - Version   0

| | | | | |
|---|---|---|---|---|
| **Sender ABA:** | 011075150 | **Sender Name:** SOVEREIGN BANK NEW | **Ref No.:** | 20041110125011DW |
| **Recvr ABA:** | 042000314 | **Recvr Name:** FIFTH THIRD CINCI | **Prod. Code:** | CTR |
| **Ref IMAD:** | | **As of Reason:** | **As of Date:** | |
| **Imad:** | 20041110C1QAE01X000552 | **Disposition:** | | |
| **Omad:** | | **Ref for Bnf:** | | |
| **Account Off:** | 002   **Account:** 61000016545 | **Acc Type:** DDA   **Initiator ID:** BRADFORD BLE | | |

**Drawdown Credit Account:**

**Originator:**
61000016545
APAM ALLOCATION PLUS
ASSET MANAGEMENT INC BRADFORD
8 VINE ST
MANCHESTER, MA 01944-

**Beneficiary:**
32835715
███████████

**Originator Bank:**

**Beneficiary Bank:**

**Instructing Bank:**

**Intermediary Bank:**

**Drawdown Debit Account:**

**Correspondent Bank:**

**Originator Bank Info:**

**Free Text:**

**Summary of Account Activity**
**Brad Bleidt Fleet Bank Account# 0077052881**

| Date | Name | Acct | Amount | Description | IO | Credit | Debit | Comment |
|---|---|---|---|---|---|---|---|---|
| 10-Nov-04 | BLEIDT BRA | 00000000000077052881 | $10,000.00 | FUNDS TRANSFER CREDI | I | $10,000.00 | $0.00 | 11/10/04 02E377, 999904110025377, 200411101250608DW; APAM ALLOCATION PLUS |
| 12-Nov-04 | BLEIDT BRA | 00000000000077052881 | $1,000.00 | BILL PAYMENT | O | $0.00 | ($1,000.00) | MBNA, BILL PAYMENT REF# 010533 |
| 12-Nov-04 | BLEIDT BRA | 00000000000077052881 | $2,904.45 | BILL PAYMENT | O | $0.00 | ($2,904.45) | DISCOVER CARD; BILL PAYMENT REF# 010532 |
| 12-Nov-04 | BLEIDT BRA | 00000000000077052881 | $300.00 | BILL PAYMENT | O | $0.00 | ($300.00) | VERIZON - (3); BILL PAYMENT REF# 010538 |
| 12-Nov-04 | BLEIDT BRA | 00000000000077052881 | $400.00 | BILL PAYMENT | O | $0.00 | ($400.00) | CHASE AUTO FINANCE; BILL PAYMENT REF# 010534 |
| 12-Nov-04 | BLEIDT BRA | 00000000000077052881 | $400.00 | BILL PAYMENT | O | $0.00 | ($400.00) | VERIZON WIRELESS (4); BILL PAYMENT REF# 010530 |
| 12-Nov-04 | BLEIDT BRA | 00000000000077052881 | $2,000.00 | BILL PAYMENT | O | $0.00 | ($2,000.00) | PORSCHE PAYMENT CENTER, BILL PAYMENT REF# 010536 |
| 12-Nov-04 | BLEIDT BRA | 00000000000077052881 | $769.52 | BILL PAYMENT | O | $0.00 | ($769.52) | AMERICAN EXPRESS; BILL PAYMENT REF# 010535 |
| 12-Nov-04 | BLEIDT BRA | 00000000000077052881 | $98.34 | CHECK | O | $0.00 | ($98.34) | None |
| 12-Nov-04 | BLEIDT BRA | 00000000000077052881 | $53.00 | CHECK | O | $0.00 | ($53.00) | None |
| 12-Nov-04 | BLEIDT BRA | 00000000000077052881 | $500.00 | BILL PAYMENT | O | $0.00 | ($500.00) | BANK ONE; BILL PAYMENT REF# 010528 |
| 12-Nov-04 | BLEIDT BRA | 00000000000077052881 | $50.00 | BILL PAYMENT | O | $0.00 | ($50.00) | VERIZON - (3); BILL PAYMENT REF# 010537 |
| 12-Nov-04 | BLEIDT BRA | 00000000000077052881 | $50.00 | BILL PAYMENT | O | $0.00 | ($50.00) | COLUMBIA HOUSE; BILL PAYMENT REF# 010531 |
| 12-Nov-04 | BLEIDT BRA | 00000000000077052881 | $200.00 | BILL PAYMENT | O | $0.00 | ($200.00) | ADELPHIA; BILL PAYMENT REF# 010529 |
| 16-Nov-04 | BLEIDT BRA | 00000000000077052881 | $4,000.00 | CHECK | O | $0.00 | ($4,000.00) | None |
| 16-Nov-04 | BLEIDT BRA | 00000000000077052881 | $300.00 | CHECK | O | $0.00 | ($300.00) | None |
| 17-Nov-04 | BLEIDT BRA | 00000000000077052881 | $750.00 | CHECK | O | $0.00 | ($750.00) | None |

*Note: The above information is an excerpt of an electronic download obtained from Fleet Bank detailing the activity in Mr. Bleidt's account.*

