UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>    Plaintiff<br><br>V.<br><br>BRADFORD C. BLEIDT and<br>ALLOCATION PLUS ASSET<br>MANAGEMENT COMPANY, INC.,<br>    Defendants | CIVIL ACTION NO. 04-CV-12415-NG |

**STIPULATION REGARDING ACCOUNTS SERVICED THROUGH INDEPENDENT CONTRACTORS REGISTERED TO TRADE SECURITIES THROUGH WINSLOW, EVANS & CROCKER, INC.**

Where certain employees of Financial Perspectives Planning Services, Inc. ("FPPS") and Allocation Plus Asset Management, Inc. ("APAM"), both subjects of this Court's outstanding orders for injunctive relief, are independent contractors registered to trade securities through Winslow, Evans & Crocker, Inc. ("Winslow"); and

Where under the current Order, the approximately 1,822 accounts which these representatives service through Winslow, as employees of FPPS or APAM, are effectively "frozen" along with a variety of other assets associated with the defendants; and

Where Winslow has moved for limited relief from the outstanding Orders of this Court imposing that restraint;

The plaintiff, Securities and Exchange Commission, the Court's Receiver, David A. Vicinanzo, Esquire, and Winslow, stipulate and agree, subject to the Court's approval, that:

    1.    trading in all accounts at Winslow, Evans & Crocker, Inc., serviced by either Financial Perspectives Planning Services, Inc. or managed by Allocation Plus Asset

Management, Inc. shall be permitted without restriction; provided that all such accounts previously serviced by either the defendant, Bradford C. Bleidt or his wife be serviced by another registered representative of Winslow;

2. no transfers shall be permitted of those accounts designated with the prefix 'WCC' or 'WCD' (denoting origination by FPPS or APAM) from Winslow and/or NFS-clearing firm nor shall liquidations for benefit of customers or shipping certificated securities to customers be permitted, provided however, that authorizations received by Winslow prior to November 12, 2004 requesting (a) partial monthly or quarterly distributions to clients in the ordinary course, or (b) retirement account mandatory 2004 year end distributions shall be permitted;

3. at Winslow's request, subject to the Receiver's review and approval, 'WCC' or 'WCD' prefix accounts will be allowed to withdraw their assets in total and/or transfer their accounts from Winslow, provided however that Winslow first certifies in writing that such accounts, during the period of its management, were not the recipient of funds from Bleidt or any Bleidt controlled or related entity, and the Receiver determines that in his judgment said accounts were not the recipient of funds from Bleidt or any Bleidt controlled or related entity while the accounts were managed by any predecessor firm;

4. Winslow shall maintain a list of accounts that transfer or liquidate, including all transaction details including but not limited to the balance in each such account when it transferred or liquidated after the Receiver approved such transfer or liquidation; and

5. the Receiver is expressly authorized to further limit any restriction imposed by those outstanding Orders upon accounts at Winslow, including the release of such accounts from the scope of such Orders within his discretion.

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION** | **DAVID A. VICINANZO, ESQUIRE** <br> Receiver |
| | By his attorney, |
| *[signature]* | *[signature]* |
| Silvestre A. Fontes, Esq. <br> Walter G. Ricciardi, Esq. <br> Michele T. Perillo, Esq. <br> Securities and Exchange Commission <br> 73 Tremont Street, 6th Floor, Suite 600 <br> Boston, MA 02108 | Kevin Fitzgerald, Esq. <br> Nixon, Peabody, LLP <br> 100 Summer Street <br> Boston, MA 02110 |
| | **WINSLOW, EVANS & CROCKER, INC.** |
| | By its attorneys, |
| | *[signature]* |
| | Robert L. Hamer, Esq.  BBO #218715 <br> William S. Rogers, Jr., Esq.  BBO #549487 <br> Mirick, O'Connell, DeMallie & Lougee, LLP <br> 100 Front Street <br> Worcester, MA 01608-1477 |

Dated: *December 1, 2004*