UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> BRADFORD C. BLEIDT and : <br> ALLOCATION PLUS ASSET MANAGEMENT : <br> COMPANY, INC. : <br> : <br> Defendants. : | Case No. CA 04-12415-NG |

MOTION OF FLEET NATIONAL BANK
FOR RELIEF FROM THE STAY AND/OR
INJUNCTION PROVISIONS OF THIS COURT'S PRIOR ORDER

NOW COMES Fleet National Bank ("Bank") and hereby moves this Court for relief from the stay and/or injunction provisions of this Court's prior Order to permit Bank to exercise its state law rights and remedies with respect to certain monies on deposit in Financial Perspectives Planning Services, Inc's. ("FPP") accounts bearing account numbers 0050292819 and 0055247296, and on deposit in Allocation Plus Asset Management Company, Inc's ("Allocation") account numbered 0055247377 (hereinafter collectively referred to as "Accounts") at the Bank, including without limitation, the right to set-off the monies in the Accounts against and to reduce the indebtedness due from

FPP and Allocation to Bank. The basis of Bank's Motion is set forth in the supporting memorandum filed contemporaneously herewith.

        FLEET NATIOANL BANK
        By its Attorneys,

        Richard L. Gemma, Esq. #553880
        MacADAMS & WIECK INCORPORATED
        101 Dyer Street, Suite 400
        Providence, RI 02903
        (401) 454-8700
        (401) 454-8755 (Fax)
        Dated: 12/14/04

## CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within was forwarded via certified mail to the following on this 14th day of December, 2004:

Silvestre A. Fontes, Esq.
Walter G. Ricciardi, Esq.
Michele T. Perillo, Esq.
Securities and Exchange Commission
73 Tremont Street, 6th F;loor, Suite 600
Boston, MA 02108
E-mail: fontess@sec.gov
***Counsel for Plaintiff***

David A. Vicinanzo, Esq.
Nixon, Peabody, LLP
100 Summer Street
Boston, MA 02110
E-mail: dvicinanzo@nixonpeabody.com
***Court Appointed Receiver***

Robert L. Hamer, Esq.
William S. Rogers, Jr., Esq.
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
***Counsel for Winslow, Evans & Crocker***

Bradford C. Bleidt
26 Proctor Street
Manchester, MA 01944

G:\Fleet National Bank\Financial Perspectives\Pleadings\Motion for Relief from Stay 120604.doc

2