THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

BRADFORD BLEIDT and ALLOCATION
PLUS ASSET MANAGEMENT COMPANY,
INC.

    Defendants.

Case No. CA-04-12415-NG

## MOTION FOR LEAVE FOR
## KEVIN M. FITZGERALD TO APPEAR PRO HAC VICE

The undersigned, Richard C. Pedone, a member of the bar of this Court, on behalf of David Vicinanzo, the appointed receiver, (the "Receiver") hereby requests, pursuant to Local Rule 83.5.3, that Kevin M. Fitzgerald be permitted to appear on behalf of the Receiver and practice in this Court *pro hac vice*.

As grounds therefore, I state as follows:

1. Mr. Fitzgerald is a partner in Nixon Peabody LLP's Manchester, New Hampshire office.

2. Mr. Fitzgerald is a member of the bar in good standing of the bars, *inter alia*, of the United States District Court, District of New Hampshire, the United States Court of Appeals for the First Circuit, and the United States Supreme Court.

BOS1322969.1

3.  There are no disciplinary proceedings pending against Mr. Fitzgerald as the member of any bar in any jurisdiction.

4.  Mr. Fitzgerald is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

**WHEREFORE**, Richard C. Pedone, on behalf of the Receiver, respectfully requests that an Order be entered permitting Kevin M. Fitzgerald to appear *pro hac vice* on behalf of the receiver in this action.

Respectfully submitted,

*/s/ R.C.P.*

Richard C. Pedone (#630716)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110-1832
(617) 345-1300

Dated: December 16, 2004

BOS1322969.1

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>**Plaintiff,**<br><br>v.<br><br>BRADFORD BLEIDT and ALLOCATION PLUS ASSET MANAGEMENT COMPANY, INC.<br><br>**Defendants.** | Case No. CA-04-12415-NG |

## ATTORNEY'S CERTIFICATE OF KEVIN M. FITZGERALD PURSUANT TO LOCAL RULE 83.5.3(b)

I, Kevin M. Fitzgerald, in support of the Motion to Approve my appearance *pro hac vice* in the above-reference matter pursuant to Local Rule 83.5.3(b) hereby certify as follows:

1. I am a partner in Nixon Peabody LLP resident primarily in the firm's Manchester, New Hampshire office.

2. I am a member in good standing of the bars, inter alia, of the United States District Court, District of New Hampshire, the United States Court of Appeals for the First Circuit and the United States Supreme Court.

3. There are no disciplinary proceedings pending against me as the member of any bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed this 16th day of December, 2004, under the pains and penalties of perjury.

_____
Kevin M. Fitzgerald

BOS1446551.1

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2004 a true copy of the above document was served upon the following parties:

Silvestre A. Fontes
Walter G. Ricciardi
Michele T. Perillo
Securities and Exchange Commission
73 Tremont Street
6th Floor
Boston, MA 02108
617-573-8991
Fax: 617-424-5940
Email: fontess@sec.gov
Email: ricciardiw@sec.gov
Email: perillom@sec.gov

Robert L. Hamer
William S. Rogers, Jr.
Mirick, O'Connell, DeMallie & Lougee, LLP
1700 Bank of Boston Tower
100 Front Street
Worcester, MA 01608-1477
508-791-8500
Fax: 508-791-8502
Email: rlhamer@mirickoconnell.com
Email: wsrogers@mirickoconnell.com

**BY FIRST CLASS MAIL**

Bradford C. Bleidt
(Inmate # 25433-038)
c/o Federal Medical Center -
Ft. Devens
P.O. Box 879
Ayer, MA 01432

_____
Richard C. Pedone

- 3 -

BOS1322969.1