UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
SECURITIES AND EXCHANGE            )
COMMISSION,                        )
    Plaintiff,                     )
                                   )
    v.                             )   C.A. No. 04-12415-NG
                                   )
BRADFORD C. BLEIDT and             )
ALLOCATION PLUS ASSET MANAGEMENT   )
COMPANY, INC.,                     )
    Defendants.                    )
```
GERTNER, D.J.:

### ORDER RE: BRIEFING SCHEDULE AND STANDING

The Court hereby orders the following schedule for the briefing of Fleet National Bank's motion for relief from the stay and/or injunction [docket entry #23]: opposition brief(s) due on or before December 29, 2004; reply brief due on or before January 12, 2005. All parties with an interest in the resolution of this motion shall brief the Court according to said schedule.

Fleet National Bank is further directed to brief the Court as to its standing to file such a motion in this matter. The brief shall be filed with the Court on or before January 12, 2005.

**SO ORDERED.**

**Dated: December 21, 2004**         <u>s/ NANCY GERTNER, U.S.D.J.</u>