UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION )<br>)<br>Plaintiff,            )<br>)<br>vs.                )<br>)<br>BRADFORD C. BLEIDT and         )<br>ALLOCATION PLUS ASSET MANAGEMENT )<br>COMPANY, INC.           )<br>)<br>Defendants.         )<br>) | Case No. CA-04-12415-NG |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for Sovereign Bank.

SOVEREIGN BANK

By its attorneys,

/s/Richard J. Innis
Richard J. Innis (BBO #246160)
Wilmer Cutler Pickering Hale and Dorr
60 State Street
Boston, MA 02102
(617) 526-6000

DATED: December 23, 2004

US1DOCS 4891799v1