UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURIITES AND EXCHANGE COMMISSION )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>BRADFORD C. BLEIDT and )<br>ALLOCATION PLUS ASSET MANAGEMENT )<br>COMPANY, INC. )<br>)<br>Defendants. )<br>)<br>)<br>)<br>) | Case No. CA-04-12415-NG |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for Bruce Mittman, Mittcom Consulting Group and Mittcom Ltd .

                                                                              BRUCE MITTMAN,
                                                                              MITTCOM CONSULTING GROUP and
                                                                              MITTCOM LTD.
                                                                              By its Attorneys,

                                                                              /s/ Jeffrey D. Ganz
                                                                              Jeffrey D. Ganz (BBO # 564375)
                                                                              RIEMER & BRAUNSTEIN LLP
                                                                              Three Center Plaza
                                                                              Boston, Massachusetts 02108
                                                                              Tel:  (617) 880-3568
                                                                              Fax:  (617) 692-3568
                                                                              Email:  jganz@riemerlaw.com

Dated January 31, 2005

874840.1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURIITES AND EXCHANGE COMMISSION )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BRADFORD C. BLEIDT and )<br>ALLOCATION PLUS ASSET MANAGEMENT )<br>COMPANY, INC. )<br>)<br>Defendants. )<br>)<br>)<br>) | Case No. CA-04-12415-NG |

### CERTIFICATE OF SERVICE

I, Jeffrey D. Ganz, an attorney with the law firm of Riemer & Braunstein, LLP hereby certify that on January 31, 2005, I caused to be served a true and correct copy of the foregoing **Notice of Appearance** upon the following parties via U.S. mail.

/s/ Jeffrey D. Ganz
Jeffrey D. Ganz (BBO # 564375)
RIEMER & BRAUNSTEIN LLP
Three Center Plaza
Boston, Massachusetts 02108
Tel: (617) 880-3568
Fax: (617) 692-3568
Email: jganz@riemerlaw.com

Dated January 31, 2005

874853.1

**BY FIRST CLASS MAIL**
Silvestre A. Fontes, Esquire
Securities and Exchange Commission
73 Tremont Street
6th Floor
Boston, MA 02108

Walter G. Ricciardi, Esquire
Securities and Exchange Commission
73 Tremont Street
6th Floor
Boston, MA 02108

Michele T. Perillo, Esquire
Securities and Exchange Commission
73 Tremont Street
6th Floor
Boston, MA 02108

Richard L. Gemma, Esquire
MacAdams & Wieck
101 Dyer Street
Suite 400
Providence, RI  02903

Robert L. Hamer, Esquire
Mirick, O'Connell, DeMallie & Lougee
1700 BankBoston Tower
100 Front Street
Worcester, MA  01608

William S. Rogers, Jr., Esquire
Mirick, O'Connell, DeMallie & Lougee
1700 BankBoston Tower
100 Front Street
Worcester, MA  01608

Richard J. Innis, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Kevin Fitzgerald, Esquire
Nixon, Peabody, LLP
100 Summer Street
Boston, MA 02110