IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
(EASTERN SECTION)

FILED
IN CLERKS OFFICE

2005 FEB 10 P 1:19

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION <br><br> Plaintiff, <br><br> v. <br><br> BRADFORD C. BLEIDT, ALLOCATION PLUS ASSET MANAGEMENT COMPANY, et al. <br><br> Defendants. | CIVIL ACTION NO. 1:04-CV-12415-NG <br> BBO # 546481 <br><br> **MOTION TO INTERVENE** |

Pursuant to Rule 24, Fed. R. Civ. P., Kevin Stoddard ("Stoddard") hereby moves to intervene in this action. Stoddard states that he is a former agent of Allocation Plus Asset Management Company ("APAM"), and Financial Perspectives Planning Services, Inc. ("FPPS") and is owed commissions and other compensation by them. In addition, clients of Stoddard have for the past several months been attempting to move their accounts from broker dealer used by FPPS, Winslow Evans & Crocker, Inc. ("WEC") to Stoddard's new employer, Securities America, Inc. To date, these efforts have been unsuccessful. Therefore, Stoddard's claims as set forth in his Complaint have questions of law and fact in common with the current pending action.

{J:\CLIENTS\lit\304337\0001\00501921.DOC;1}

WHEREFORE, Kevin Stoddard requests that he be allowed to intervene in this action.

                                  KEVIN STODDARD,
                                  By His Attorney,

                                  _____
                                  Louis M. Ciavarra (BBO#546481)
                                  Bowditch & Dewey, LLP
                                  311 Main Street
                                  P.O. Box 15156
                                  Worcester, MA 01615-0156
                                  Telephone: (508) 926-3408
Dated: February __, 2005          Facsimile:  (508) 929-3011

{J:\CLIENTS\lit\304337\0001\00501921.DOC;1}