IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
(EASTERN SECTION)

FILED
IN CLERKS OFFICE
2005 FEB 10 P 1: 19
U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION )<br><br>Plaintiff, )<br><br>v. )<br><br>BRADFORD C. BLEIDT, ALLOCATION PLUS ASSET MANAGEMENT COMPANY, et al. )<br><br>Defendants. ) | CIVIL ACTION NO. 1:04-CV-12415-NG<br>BBO # 546481<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly enter my appearance as counsel on behalf of Kevin Stoddard in the above-entitled matter.

Louis M. Ciavarra (BBO#546481)
Bowditch & Dewey, LLP
311 Main Street
P.O. Box 15156
Worcester, MA 01615-0156
Telephone: (508) 926-3408
Facsimile: (508) 929-3011

Dated: February 6, 2005

{J:\CLIENTS\lit\304337\0001\00501908.DOC;1}