## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | ) |
| | ) |
| **Plaintiff,** | )    **04-12415 NG** |
| | ) |
| **V.** | ) |
| | ) |
| **BRADFORD C. BLEIDT and** | ) |
| **ALLOCATION PLUS ASSET MANAGEMENT** | ) |
| **COMPANY, INC.** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |
| | ) |

## NOTICE OF LIMITED APPEARANCE

Kindly, enter the undersigned  counsel's limited notice of appearance for this matter.


March 16, 2005

Respectfully submitted,
Bradford Bleidt,
His attorneys (limited)


/s/ Gregory D. Oberhauser, Esq.
BBO No. 642209
10 George St., Suite 220
Lowell, MA 01852
978.452.1116
978.452.8199-Fax