UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | 04-12415 NG |
| V. | ) ) ) | |
| BRADFORD C. BLEIDT and ALLOCATION PLUS ASSET MANAGEMENT COMPANY, INC. | ) ) ) ) | |
| Defendants. | ) ) ) | |

**MOTION FOR COURT ORDER FOR LIBRARY ACCESS**

The Defendant, Bradford C. Bleidt, Civil Action No. 04-12415-NG, moves to request this Honorable Court issue an order for law library access at any facility he is located. This is in accordance with <u>Cepulonis v. Fair</u>, 732FZd1 (C.A.I. Mass. 1984) and <u>Bounds v. Smits</u> 430 US 817, 828 97 S. Ct 1491 (1971).

The Defendants requests:

A)  That he be allowed unimpeded physical access to a Massachusetts Law Library while he is awaiting trial on federal charges.

B)  That he shall not be retaliated against by being transferred and housed in another county facility or in a different block in his current facility if the request in Paragraph A is granted.

1

C) That he be allowed a minimum of 4 hours per day to be set up as two (2) two hour (2) blocks of time (from 8:30 a.m. to 10:30 a.m. and 1:00 p.m. to 3:00 p.m.). This is asked to allow maximum utilization of time with a minimum of disruption.

D) That this Order be enforced at any facility the Defendant is located and that the Defendant shall not be retaliated against for seeking the unimpeded physical to a Massachusetts Law Library.

E) That the order contain specific language to the aforementioned library to supply copies of any and all materials requested without hesitation or limitation as long as the material requested is for the defense of the Defendant.

Example:

If the document is computer generated and printed, immediate production. If the material is an original product in the Defendant's possession, immediate production. If the item is any other material or case law, no more than one (1) business day. This will speed up the Defendant's time to prepare and also minimize the chance of the library losing documents critical to the Defendant's stress at trial.

F) That he be supplied computer disks to keep all his computer generated work on, and also as a backup.

G) That he not need approval from anyone to proceed on his case how he sees fit in defense of all charges.

2

H)    Finally, that a method be set up so that the Defendant can notify the Court of any facility's attempt to alter or block the affects or intent of this Order.

Therefore, the Defendant prays this Honorable Court hear his prayers and allows this Order and issues it in it's entirety without exception in accordance with his prayers.

March 16, 2005                                            Respectfully submitted,
                                                          Bradford Bleidt,
                                                          His attorneys (limited)


                                                          /s/ Gregory D. Oberhauser, Esq.
                                                          BBO No. 642209
                                                          10 George St., Suite 220
                                                          Lowell, MA 01852
                                                          978.452.1116
                                                          978.452.8199-Fax