UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
SECURITIES AND EXCHANGE COMMISSION, )
                                    )
            Plaintiff,              )
                                    )   Case No. CA-04-12415-NG
      v.                            )
                                    )
BRADFORD C. BLEIDT and              )
ALLOCATION PLUS ASSET MANAGEMENT    )
COMPANY, INC.                       )
                                    )
                                    )
            Defendants.             )
_____ )

**JOINT MOTION OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION AND RECEIVER FOR RECONSIDERATION AND/OR CLARIFICATION OF COURT'S 5-6-05 ELECTRONIC ORDER**

Plaintiff Securities and Exchange Commission (the "Commission") and Receiver David A. Vicinanzo (the "Receiver") hereby respectfully move for reconsideration and/or clarification of the Court's May 6, 2005 electronic order. In support thereof, the Commission and Receiver are simultaneously submitting a memorandum in support of this motion.

    Respectfully submitted,
SECURITIES AND EXCHANGE COMMISSION

/s/ Silvestre A. Fontes
Silvestre A. Fontes (BBO #627971)
Senior Trial Counsel

Michele T. Perillo (BBO #629343)
Senior Counsel

Securities and Exchange Commission
73 Tremont St., 6th Floor
Boston, MA 02108
(617) 573-8991
Fax: (617) 424-5940
Email: fontess@sec.gov

DAVID A. VICINANZO, RECEIVER

/s/ Kevin Fitzgerald
Kevin Fitzgerald (admitted pro hac vice)
Steven Fuller (BBO #550224)
Francis C. Morrissey (BBO #567589)
Nixon Peabody LLP
100 Summer Street
Boston, MA  02110
(617) 345-1000

May 11, 2005