UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | 04-12415 NG |
| V. | ) ) | |
| BRADFORD C. BLEIDT and ALLOCATION PLUS ASSET MANAGEMENT COMPANY, INC. | ) ) ) ) | |
| Defendants. | ) ) ) | |

**DEFENDANT'S REQUEST FOR AN EXTENSION OF TWO (2) WEEKS TO FILE DEFENDANT'S ANSWER TO COMPLAINT**

Defendant through counsel requests an extension in time to file an answer for the following reasons:

1. On or about May 12, 2005, undersigned counsel agreed to file an answer to the complaint on June 13, 2005.

2. Under the belief that counsel's motion for funds would be allowed without alterations. Over the intervening weeks there were redrafts of a proposed order pending a final order from this Court.

3. Before the final Order was entered, counsel was reluctant to draft and file an answer to plaintiff's complaint.

3. On June 2, 2005 counsel received the Court's Final Order as it relates to funds.

4. Since that time counsel has begun to draft defendant's answer.

5.    Both counsel and defendant would benefit greatly from a two week extension to file such answer.

6.    Counsel is not aware of any prejudice that would befall plaintiff as to this request.

7.    Silvestre Fontes, counsel for the plaintiff, SEC, has no opposition to this motion.

Wherefore, undersigned counsel respectfully requests a two (2) week extension to file defendant's answer to plaintiff's complaint, that being June 27, 2005.

                                                Respectfully submitted,
                                                Bradford Bleidt,
                                                By his attorney,

                                                /s/ Gregory D. Oberhauser
                                                Gregory D. Oberhauser
                                                BBO No. 642209
                                                10 George St., Suite 220
                                                Lowell, MA 01852
                                                978.452.1116
                                                978.452.8199-Fax

June 13, 2005