UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br>v.<br><br>BRADFORD C. BLEIDT and<br>ALLOCATION PLUS ASSET MANAGEMENT<br>COMPANY, INC.<br><br>Defendants. | )<br>)<br>)<br>)<br>)  Case No. CA-04-12415-NG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

SUPPLEMENT TO RECEIVER'S SECOND INTERIM REPORT

In accordance with this Court's Orders dated November 22, 2004 and May 12, 2005 David A. Vicinanzo, the court appointed receiver (the "Receiver") of Defendants, Bradford C. Bleidt and Allocation Plus Asset Management Company, Inc., by his counsel, Nixon Peabody LLP, submits the following supplement to the Receiver's Second Interim Report:

1. WBIX Rescission Agreement

As reported in Section B of the Receiver's Second Interim Report (pages 5 – 8) the Receiver is proceeding with the negotiation of an agreement between the Receiver and Alexander G. Langer ("Langer") to rescind the Station Acquisition Agreement referred to at paragraph 13 et seq of the Receiver's Second Interim Report.  In preparation for proceeding with the proposed rescission agreement, on or about August 31, 2005 the Receiver will file with the Federal Communications Commission ("FCC") an Application for Consent to assign the Radio Station License for WBIX from David A. Vicinanzo, in his capacity of Receiver to WBIX Corp. (formerly Langer Broadcasting Corporation).  Pursuant to this Court's November 22, 2004 Order, both WBIX and WBIX Corp. (formerly Langer Broadcasting Corporation) are under the

control of the Receiver.  Consequently, the Receive expects the assignment of the license will be treated as a pro forma matter by the FCC.  This pro forma assignment is a necessary first step toward the eventual transfer of control from WBIX Corp. to a third party as contemplated by the proposed rescission agreement.

       2.    Notwithstanding this anticipated filing with the FCC, as reported in the Receiver's Second Interim Report, the parties' obligations under the proposed rescission agreement will be conditioned on this Court entering an order approving the agreement on proper notice to client – victims, creditors and other parties in interest.

                                              Respectfully submitted,

                                              DAVID A. VICINANZO, RECEIVER

                                              /s/ Kevin M. Fitzgerald
                                              Kevin M. Fitzgerald (admitted pro hac vice)
                                              Steven N. Fuller (BBO #550224)
                                              Francis C. Morrissey (BBO #567589)
                                              Nixon Peabody LLP
                                              100 Summer Street
                                              Boston, MA  02110
                                              (617) 345-1000

August 31, 2005

**Certificate of Service**

  I, Kevin M. Fitzgerald, hereby certify that on August 31, 2005, a copy of the Receiver's Supplement to the Second Interim Report has been served upon the parties by electronic filing service and a copy mailed via first class prepaid mail to:

Richard L. Gemma
MacAdams & Wieck
101 Dyer Street – Suite 400
Providence, RI 02903

            /s/ Kevin M. Fitzgerald

M124383.13