UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 04-12415-NG |
| ) | |
| BRADFORD C. BLEIDT and ) | |
| ALLOCATION PLUS ASSET MANAGEMENT ) | |
| COMPANY, INC., ) | |
| ) | |
| Defendants. ) | |

## FIRST INTERIM APPLICATION OF NIXON PEABODY LLP, COUNSEL FOR THE RECEIVER FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Pursuant to this Court's orders dated November 18, 2004 and November 22, 2004 (the "Appointment Order"), appointing David A. Vicinanzo Receiver in the above-captioned case, Nixon Peabody LLP, ("NP") counsel to the Receiver, hereby submits this First Interim Application for Compensation and Reimbursement of Expenses (the "Application"). Through this Application, NP seeks entry of an order (a) awarding Nixon Peabody interim compensation totaling $966,207.02, representing (i) $958,451.30 for actual and necessary legal services rendered to the receiver for the period between November 18, 2004 through July 31, 2005 (the "Application Period"), and (ii) $7,755.72 for reimbursement of actual and necessary expenses incurred by NP on behalf of the receiver during the Application Period; and (b) authorizing the payment of NP's allowed fees and expenses on an interim basis from estate assets when sufficient funds become available to pay those allowed fees and expenses. Although there are presently insufficient funds in these estates to pay all of the compensation sought in this

BOS1522594.1

Application, NP and the Receiver seek interim allowance of those fees and expenses at this time so that the Court, the defrauded investors, and other parties-in-interest will be aware of the full scope of the services NP has provided to the Receiver in this case to date and the estates' obligation to compensate NP for that substantial work.  In support of this Application, NP and the Receiver respectfully state as follows:

## PROCEDURAL AND FACTUAL BACKGROUND

A.      **The Receivership Entities.**

1.      Allocation Plus Asset Management Company, Inc. ("APAM') was an investment advisory and asset management firm.  Prior to the commencement of the above-captioned civil action, APAM had approximately $85 million under management and, according to its form ADV, was registered with the Securities and Exchange Commission (the "Commission").  Financial Perspectives Planning Services, Inc. ("FPPS") was also an investment advisory firm specializing in financial planning.  According to its form ADV, it too was registered with the Commission as an investment advisor.  FP Insurance Agency and Financial Perspectives Management Company are affiliates of APAM and FPPS.

2.      From approximately February, 2004 through November, 2004, APAM and FPPS provided investment advisory and asset management services through individual registered representatives and investment advisor representatives registered with Winslow, Evans and Crocker ("WEC"), a broker-dealer registered with the Commission.  Prior to that period, APAM's and FPPS's representatives were registered with Detwiler, Mitchell, Fenton & Graves, Inc. ("Detwiler") from October, 2001 to February, 2004 and Commonwealth Financial Network ("Commonwealth") from January, 1991 to October, 2001.  All three brokerage firms are Commission-registered broker-dealers and members of the National Association of Securities

Dealers, Inc. ("NAS D").  Finally, National Financial Services, LLC ("NFS"), a broker-dealer

that provides clearance and custodial services for WEC, Detwiler and Commonwealth, presently

serves as the custodial broker for the former APAM and FPPS customers' accounts that have not

transferred to new brokerage firms.

3.      Since 1993, Bradford C. Bleidt ("Bleidt") was APAM's Director, President,

Treasurer and sole shareholder.  Bleidt was also the Director, Chief Executive Officer and

majority shareholder of FPPS.  Lastly, Bleidt was also a registered investment advisor

representative with both APAM and FPPS and registered at various times with each of the three

broker dealers.

**B.      Bleidt's Pre-Receivership Acquisition and Operation of WBIX.**

4.      WBIX Corp. (formerly known as Langer Broadcasting Corp.) operates an AM

radio broadcasting business servicing the Boston, Massachusetts metropolitan area under the call

letters of WBIX 1060 AM (the "Station").  On or about July 16, 2002, Bleidt entered into a stock

Purchase and Sale Agreement with Alexander Langer ("Langer") to acquire all of the stock of

WBIX Corp., for a purchase price of approximately $10,000,000.  Simultaneously, as part of that

transaction, WBIX and Shared Visions, Inc. ("SVI"), a corporation wholly owned by Bleidt,

entered into a Time Brokerage Agreement whereby SVI undertook to manage the Station in

anticipation of the eventual closing of the sale of the WBIX Corp. stock to Bleidt or his nominee.

5.      Subsequently, Bleidt formed Perspectives Broadcasting, Inc. ("PBI"; together

with APAM, FPPS, FP Insurance Agency, Financial Perspectives Management Company and

SVI, the "Receivership Entities"), for the express purpose of acquiring WBIX Corp.'s stock and

the Station's FCC license for the broadcasting business.  On or about January 13, 2004, PBI, a

corporation wholly owned by Bleidt, acquired all of the stock of WBIX Corp. from Langer.

Bleidt and PBI, however, only paid Langer cash in the amount of $3,050,000 at the closing and the balance of the purchase price for the station was satisfied by a promissory note in favor of Langer in the principal amount of $7,318,000.

C.     **Bleidt's Pre-Receivership Asset Purchase Agreement and Local Marketing Agreement for the Station with Egan Communications, LLC.**

6.     Shortly thereafter, in or about the Spring of 2004, Bleidt, PBI, and SVI entered into an Asset Purchase Agreement ("APA") for WBIX Corp. and the Station with Egan Communications, LLC ("Egan").  Pursuant to the APA with Egan, Bleidt, PBI and SVI agreed to sell all their interest in the Station and WBIX Corp. for an aggregate purchase price of $7,000,000.  As part of that transaction, Bleidt, PBI and SVI entered into a Local Marketing Agreement ("LMA") with Egan that allowed Egan to program all airtime at the Station for the term of the LMA and to retain a percentage of the revenues obtained from that airtime.  In exchange, Egan agreed to reimburse WBIX Corp., PBI and SVI for the personnel, tower and antenna rental, and other operating costs incurred in the operation of the Station.

D.     **Commencement of the Commission's Enforcement Action and Appointment of the Receiver.**

7.     On or about November 11, 2004, Bleidt mailed to the Commission's Boston District Office a package enclosing a tape recorder and an audio tape.  On the tape recording, which the Commission staff has transcribed, Bleidt confessed that he had defrauded his clients out of tens of millions of dollars and that he diverted investor funds into a personal account at Sovereign Bank ("Sovereign").

8.     In response, on November 12, 2004, the Commission commenced the above-captioned civil action.  On the same day, the Court, acting through emergency Judge Richard G. Stearns, entered a Temporary Restraining Order Freezing Assets and Order for Other Equitable Relief (the "TRO") that, among other things, enjoined banks, brokerages, financial institutions

and other persons from transferring or dissipating funds or other assets held in the name of Bleidt

and/or APAM.  Subsequently, on November 17, 2004, the Court extended the TRO to December

2, 2004, and on December 2, 2004, the Court entered a Preliminary Injunction Order Freezing

Assets and Order for Other Equitable Relief (the "Preliminary Injunction").

**E.    Scope of The Receiver's Responsibilities and NP's Employment as Counsel to the Receiver.**

9.     The Appointment Order charged the Receiver with responsibility for, among

other things:

- Taking and retaining immediate possession, custody and control of the funds, assets and property of Bleidt, APAM, and the other Receivership Entities;

- Taking control of all books, records, papers and other documents, including complete files of Bleidt, APAM, and the other Receivership Entities;

- Taking all steps the Receiver deems necessary to secure and protect the assets and property of Bleidt, APAM, and the other Receivership Entities;

- Taking all steps the Receiver deems necessary to conduct an inventory of the assets and liabilities of Bleidt, APAM, and the other Receivership Entities;

- Taking all steps the Receiver deems necessary to reconstruct the histories of APAM's client accounts to determine whether and how client funds have been dissipated; and

- Promptly providing written notice of the Appointment Order to all current and former APAM clients.

10.    The Appointment Order further provides, in relevant part that:

The Receiver shall pay from the assets of Bleidt, Allocation, radio station WBIX, Financial Perspectives Planning Services, Inc., Financial Perspectives Management Company, FP Insurance Agency, Perspectives Broadcasting, Inc., Shared Visions, Inc. and Langer Broadcasting Corporation all reasonable costs, fees, taxes and other expenses (including fees relating to persons employed by the Receiver in connection with this receivership) incurred in the performance of his duties, and shall be compensated for services rendered by himself and other Nixon Peabody partners at an hourly rate not to exceed $420, for services rendered by Nixon Peabody associates at an hourly rate not to exceed $280, and for

services rendered by paralegals and legal assistances at an hourly rate not
to exceed $130.

## SUMMARY OF PROFESSIONAL SERVICES

11.     By this Application, NP seeks an interim award of compensation for professional

services rendered for and on behalf of the Receiver during the Application Period in the

aggregate amount of $958,451.30.  Although NP believes all of the services it performed during

the Application Period were necessary, reasonable and appropriate under the circumstances, NP

is not seeking payment for all of the time it spent on this case during the Application Period, and

in the exercise of its business judgment, has written off or deferred charges totaling $38,198.70

to eliminate time that could be construed as redundant or otherwise unnecessary or was

performed by professionals without significant time in the case or is not otherwise appropriate

for application at this time.

12.     In support of NP's Application for an interim award of professional compensation

and expense reimbursement, NP submits the following supporting documentation, all of which is

incorporated herein by reference:

| **Exhibit** | **Description** |
| --- | --- |
| **A** | Order Appointing the Receiver and Approving the Employment of NP as Counsel for the Receiver |
| **B** | NP Principal Attorney Biographies |
| **C1 – C5** | Detailed Daily Narrative Report of Professional Services Performed by Category |
| **D** | Detailed Itemization of NP's Out-of-Pocket Expenses |

13.     Each of the foregoing reports were prepared and maintained by NP in the ordinary

course of its business.  With regard to Exhibits C and D respectively, these reports were prepared

substantially contemporaneously with the performance of the professional service described or

the incurring of the expense for which reimbursement is sought.  Portions of Exhibit C, however,

have been redacted to protect confidential information, information subject to the attorney-client privilege and work product doctrine, and the identities of defrauded investors. At the Court's request, NP will immediately make unredacted time records available to the Court for <u>in camera</u> inspection.

14.     The hourly time charges set forth herein, and reflected in <u>Exhibit C</u>, are substantially less than the usual and customary rates NP charges to its bankruptcy and non-bankruptcy clients for the types of services rendered herein. Pursuant to the Appointment Order, the hourly rates charged by NP partners and NP associates for services rendered to the Receiver are capped at $420 and $280 respectively. Similarly, the hourly rates for services rendered by paralegals and legal assistants are capped at $130. The compensation sought in this First Interim Application reflects a blended or average hourly rate of approximately $335.37 (exclusive of paralegal time) that NP submits is reasonable given prevailing rates in the district, the nature of the issues confronted and the results achieved in this case. In addition, the hourly time charges, as capped by the Appointment Order, represent a discount in excess of $132,462.50 from NP's usual and customary rates for both bankruptcy and non-bankruptcy clients for the same services covered by this Application.

15.     To allow for meaningful review by the Court, the parties in this action, the defrauded investors, and other parties-in-interest, NP has separated the services it has performed during the Application Period into six discrete categories of tasks, and has billed the time spent on services relating to each distinct task to the relevant category. The categories, together with the total hours spent and charges for each, are as follows:

| **Exhibit** | **Category** | **Hours** | **Fees** |
|---|---|---|---|
| **C1** | Identifying, Preserving, and Liquidating Receivership Assets | 559.20 | $193,541.00 |

| C2 | Review and Analysis of APAM and FPPS Customer Accounts and Investigation into the Nature of Scope of Bleidt's Fraud | 654.50 | $245,469.00 |
| C3 | Wind up of APAM's and FPPS's Investment Businesses | 384.60 | $140,794.00 |
| C4 | Investor Communications | 273.70 | $ 64,375.00 |
| C5 | General Case Administration | 985.90 | $314,272.30 |
| | **Totals:** | **2,857.90** | **$958,451.30** |

16.     NP has endeavored to accurately and efficiently prepare this Application.  NP, among other things, has carefully monitored and tracked the time for each of the separate categories to avoid unnecessary delay and expense in creating this Application.  It should be noted that there are instances where actual services performed, based on the description of services, could have been placed in any one of a number of categories.  None of the services, however, were billed to or included in more than one category.

**B.     Identifying, Preserving, and Liquidating Receivership Assets (Exhibit C-1).**

17.     During the Application Period, NP spent a total of 559.2 hours identifying, preserving and liquidating estate assets and is now seeking fees in the aggregate amount of $245,469.00 in connection with this category of services.  This category reflects NP's work during the Application Period to: (a) preserve WBIX Corp. as a going concern, (b) market the Station and (c) negotiate and document a rescission of the sale of the WBIX stock to PBI.  In addition, this category also encompasses NP's efforts during the Application Period to locate, take custody of, and liquidate Bleidt's tangible personal property.  Finally, this category also captures the time spent by NP during the Application period investigating APAM's and FPPS's potential causes of action against various third parties arising from Bleidt's fraudulent scheme.

18.     Upon entry of the Appointment Order, the Receiver succeeded to all of Bleidt's property including his interests in five distinct businesses operated through the Receivership Entities.  The following discussion summarizes NP's efforts to identify, preserve and liquidate those assets during the First Application Period:

- Preservation of the Station and its License.  During the First Application Period, the Receiver and NP, without any significant liquid assets, managed to maintain the Station as a going concern and prevent it from "going dark."  Bleidt's widely publicized admission of fraud and the commencement of this enforcement action immediately put the Station at risk of "going dark."  Specifically, almost simultaneously with the entry of the Appointment Order, Egan publicly notified the Station's employees, advertisers and antenna and tower lessors of his intent to terminate both the APA and the LMA and that he would no longer fund payroll for Station personnel and other operating costs. Immediately following entry of the Appointment Order, NP initiated discussions with Egan and was able to successfully negotiate an agreement whereby Egan agreed to fund the Station's operations, on an interim basis, through November 30, 2004. Simultaneously, NP was able to negotiate a replacement agreement with Langer to operate and fund the Station under the Receiver's supervision pending an appropriate disposition of that asset.  In addition, NP maintained the value of the Station by making necessary filings with the Federal Communications Commission during the Application Period.  All of these efforts were indispensable to continuing the broadcast of the Station's signal during the First Application Period and preserved the Station's value for defrauded investors and other creditors in the wake of Egan's abrupt termination of the LMA at the very inception of this case.

- Efforts to Market the Station.  During the Application Period, the Receiver and NP also vigorously marketed the Station.  Specifically, they engaged RL Sharpe Associates, a business broker, specializing in the sale of radio stations and other media businesses, to sell the Station on a commission basis.  The Receiver and NP also directly marketed the Station to various private equity funds and other interested parties and pursued numerous expressions of interest received from potential buyers since entry of the Appointment Order.

- Negotiation and Documentation of the Rescission Agreement with Langer.  As detailed in the Receiver's Second Interim Report, the Receiver has concluded that, in absence of a cash buyer for the Station, the best way to maximize recoveries to these estates (and, ultimately distributions to defrauded investors and other estate creditors) is to rescind the sale of WBIX's stock to PBI.  During the Application Period, NP negotiated and substantially documented an agreement to rescind that transaction with Langer and his counsel.  Under the proposed rescission agreement, Bleidt's estate, among other things, will realize $1.5 million in "equity" for the Station and share in the proceeds of any sale of the Station during the next three years for a price above $10 million.  Although this agreement is a comparatively unique and thus complex undertaking, the documentation

of the transaction has now been finalized and the Receiver expects that he will be seeking Court approval of that agreement imminently.

- Liquidation of the Estates' Tangible Personal Property.  During the Application Period, NP physically took custody of substantially all of Bleidt's and the Receivership Entities, tangible personal property.  That property was scattered at nine locations throughout the state and included, among other things, art work, automobiles, office furniture, computer equipment, household furnishings, a Steinway piano, home furniture and jewelry.  As detailed in the Receiver's Second Interim Report, NP with the assistance of the Paul B. Saperstein Co., Inc., and FAV, Inc. liquidated substantially all of this property during the Application Period.

- Collection of Cash Held in Fleet and Sovereign Accounts.  As of the commencement of this case, Bleidt and the Receivership Entities had monies in the aggregate amount of $196,828.24 in various accounts at Fleet Bank ("Fleet") and Sovereign.  The substantial majority of those funds, however, were "frozen" by the banks and subject to rights of set off asserted by each of Sovereign and Fleet.  Moreover, Fleet filed a motion with this Court for relief from the Preliminary Injunction and the Appointment Order to exercise its asserted set off rights against the funds held in the name of APAM and FPPS.  The Receiver vigorously disputed the banks rights of set off against the funds, and NP was able to negotiate the turnover of the funds held by Sovereign and Fleet without having to litigate the banks' respective rights of set off. The Receiver's agreement with Fleet concerning the turnover of APAM and FPPS funds was memorialized in a Stipulation filed with the Court and approved as an order of the Court on December 23, 2004.

- Analysis of Causes of Action Against Third Parties.  During the Application Period, Nixon Peabody also investigated claims the Receiver could assert against third parties, including but not limited to insiders of the Receivership Entities, APAM's and FPPS's general securities principals, transferees of funds from Bleidt's fraudulent APAM accounts, APAM's and FPPS's former broker-dealers, and their respective insurance carriers.  These efforts entailed: (a) extensive analysis of the details of individual investor transactions; (b) extensively interviewing APAM's and FPPS's broker-dealers and clients; (c) investigating the Receiver's standing to pursue litigation as the successor to Bleidt's interests in the Receivership Entities and on behalf of defrauded investors; (d) analyzing the supervisory systems used by APAM's and FPPS's broker-dealers and reviewing their written compliance procedures; and (e) reviewing and analyzing applicable insurance policies and fidelity bonds.

**C.    Review and Analysis of APAM and FPPS Accounts and Investigation into the Nature and Scope of Bleidt's Fraud (Exhibit C-2).**

19.    During the Application Period, NP spent 654.50 hours analyzing APAM and

FPPS customer accounts and investigating the scope of Bleidt's fraud, and is now seeking fees in

the aggregate amount of $245,469.00 in connection with this category of services.  Fees incurred

in this category reflect: (a) NP's investigation of Bleidt's misappropriation and embezzlement of more than $30,000,000 in investor funds; (b) NP's efforts to mitigate the financial impact of the TRO and the Preliminary Injunction on bona fide APAM and FPPS customers; and (c) NP's efforts to negotiate a global settlement of client-victim claims against APAM's broker-dealers and their respective insurance carriers. The fees sought at this time in this category for the Application Period were reduced by $21,504.00 to reflect that a global settlement with the broker-dealers has not yet been achieved, and work in connection with that task is still ongoing. This deferral was calculated by capping the hours charged per day, per attorney at no more than 7 hours. NP, however, reserves the right to seek allowance and payment of these fees when issues with the broker-dealers have been concluded.

20.     Immediately following entry of the Appointment Order, NP secured all of Bleidt's, APAM's and FPPS's paper and electronic records and began working with the Commission's staff to (a) analyze the scope of Bleidt's fraud; (b) determine whether that fraud was ongoing and; (c) determine whether anyone else had colluded with Bleidt to defraud investors. Simultaneously, NP worked to mitigate the unintended effects of the asset freeze, imposed by the Preliminary Injunction and Appointment Order, on investors and to take steps to ensure that those orders did not expose investors to unnecessary market risk or deprive them of funds necessary for immediate living expenses. Once NP understood how Bleidt operated his fraudulent scheme, NP began efforts to negotiate a global settlement between and among the defrauded investors, Bleidt's and APAM's former broker-dealers and their representative insurance carriers.

21.     The following discussion summarizes NP's efforts in connection with these services:

- 12 -

- <u>Investigation into Bleidt's Fraud</u>.  Immediately following entry of the Appointment Order, NP, working closely with the Commission's forensic accountants and other professionals, commenced a comprehensive review of APAM and FPPS accounts to determine whether and how clients' funds had been misappropriated.  During the First Application Period, this investigation encompassed, among other things: (a) a review of the tape recordings Bleidt provided to the Commission staff and various APAM and FPPS employees; (b) reconciliation of the fraudulent APAM and Sovereign account statements Bleidt used in his scheme with APAM's, FPPS's, NFS's, and WEC's business records; (c) analysis of the flow of funds into and out from APAM customer accounts; and (d) extensive interviews with APAM and FPPS employees and clients.

- <u>Efforts to Mitigate the Financial Impact of the TRO and the Preliminary Injunction on APAM and FPPS Customers</u>.  Entry of the TRO and the Preliminary Injunction "froze" approximately 1,822 APAM and FPPS accounts at WEC that were managed by approximately 26 representatives.  The orders also necessarily deprived certain APAM and FPPS customers of funds needed for living expenses and prevented each of APAM's and FPPS's customers (whether or not Bleidt was the registered representative on the account) from managing their own money to avoid market risk and maximize returns.  Upon entry of the Appointment Order, NP immediately took steps to mitigate the financial hardship and market risk imposed by the TRO and the Preliminary Injunction on FPPS and APAM customers. First, NP negotiated modifications to the Preliminary Injunction with WEC that: (a) allowed trading in the APAM and FPPS accounts at WEC at the customer's direction; and (b) permitted WEC to make required distributions from qualified individual retirement accounts for tax purposes and periodic distributions based on standing instructions by the customer issued prior to the commencement of this enforcement action.  Second, NP developed procedures with WEC and the Commission staff that allowed for the turnover of investor funds back to customers upon confirmation that funds held in APAM and FPPS accounts at WEC were not traceable to Bleidt, the fraudulent Sovereign account maintained by Bleidt, or any other person or entity controlled or related to Bleidt.  As a result of those efforts, all of the APAM and FPPS customer accounts subject to the TRO and Preliminary Injunction were unfrozen during the First Application Period.

- <u>Efforts to Negotiate a Global Settlement with Broker Dealers</u>.  As detailed in the Receiver's Second Interim report, during the Application Period, NP vigorously pursued negotiations with WEC, Detwiler, and Commonwealth as well as their various fidelity bond and errors and omissions insurance carriers.  Among other things, the Receiver has provided each of the broker-dealers with a detailed analysis of losses incurred by specific defrauded investors, produced many thousands of documents, and presented comprehensive and detailed analyses of the facts and law that give rise to claims against the brokerage firms.  NP has also negotiated and documented tolling agreements with each of the broker-dealers to maintain the status quo while the possibility of settlement is being explored.

**D.    Wind-Up of APAM's and FPPS's Investment Businesses (Exhibit C-3).**

22.    Before Bleidt's confession of investor fraud and embezzlement on November 12, 2004, APAM and FPPS employed approximately 35 people and operated asset management and financial planning business from five leased facilities in Boston, Braintree, Beverley and Peabody, Massachusetts.  Commencement of the enforcement action and entry of the Preliminary Injunction, however, irreparably harmed APAM's and FPPS's investment advisory and other businesses and required NP to winddown those businesses almost immediately following entry of the Appointment Order.

23.    This process was time consuming and labor intensive and encompassed termination of all of APAM's advisory agreements, transfer of all APAM and FPPS advisory clients to WEC, making sure these accounts were covered by appropriate investment representatives, and preparing final portfolio statements for each APAM account.  In addition, NP was required to address an array of employee issues, negotiate the termination and surrender of the businesses' five leased facilities, and find a home for APAM's and FPPS's business records and miscellaneous tangible assets.  While none of these efforts resulted in recoveries for the estate, all were necessary to protect investors, mitigate damages incurred by employees, creditors and other parties-in-interest, and properly close the businesses.  During the Application Period, NP spent a total of 384.6 hours winding up APAM's and FPPS's investment businesses and is seeking fees in the aggregate amount of $140,795.00 in connection with this category of services.

**E.    Investor Communications (Exhibit C-4).**

24.    During the Application Period, NP has also attempted to maintain regular communication with individual investors, investor groups, creditors, other parties-in-interest, and

their respective counsel. Among other things, NP prepared and published two interim reports, which provided investors and other parties-in-interest with a detailed summary of the status of the Receiver's efforts to recover the proceeds of Bleidt's fraud, his other activities in this case, and an accounting of monies recovered to date. In addition, NP has prepared and circulated two comprehensive confidential memoranda for defrauded investors detailing how Bleidt operated his fraudulent scheme and potential causes of action defrauded investors may be able to assert against culpable third parties in connection with that fraud. NP has also had a number of personal meetings and conversations with defrauded investors and investor groups to review the details of their claims and to discuss the status of this case. Finally, to streamline communications with investors and the broader public, during the Application Period, NP created a web page for the Receiver at http://extranet30.nixonpeabody.com. This web page, among other things, contains contact information for the Receiver, NP, the Commission, and the United States Attorney's office, as well as links to the Appointment Order, the Receiver's Initial and Second Reports, and other important orders and pleadings in this case. During the Application Period, NP spent a total of 273.7 hours in connection with investor communications and is seeking compensation in the aggregate amount of $864,375.00 in connection with this category of services.

**F.    General Case Administration (Exhibit C-5).**

25.    During the Application Period, NP performed a wide range of tasks. Work performed on behalf of the Receiver and these estates that did not appropriately fall into any other category is included in General Case Administration. These services also include work performed from the inception of the case but before NP created separate task categories. During the Application Period, NP spent a total of 985.9 hours in connection with general case

- 15 -

administration and is now seeking compensation in the aggregate amount of $314,272.30 in connection with this category of services.

## SUMMARY OF EXPENSES INCURRED DURING THE APPLICATION PERIOD

26.    During the Application Period, NP incurred actual and necessary expenses in connection with the rendering of services to and on behalf of the Receiver and the receivership estate, in the amount of $21,599.96, for which NP has not previously applied nor received reimbursement.  The expenses incurred by NP include, without limitation, photocopying charges, postage charges, telephone charges, facsimile expenses and travel expenses.  An itemization of these out-of-pocket expenses is annexed hereto as <u>Exhibit D</u> and incorporated herein by reference.  All expenses for which reimbursement is sought were incurred in connection with the rendering of professional services, and were reasonable and necessary.

27.    From time to time during the Application Period, NP utilized certain services, including overnight couriers and long distance telephone conference services.  There have been occasions when NP was required to transmit information and documents on an expedited basis. Although NP makes every effort to use regular postal services when possible, overnight delivery of documents and long distance conference calls were occasionally required.

28.    During the Application Period, NP made every effort to minimize the out-of-pocket expenses incurred in connection with its representation of the Receiver, and these estates in this case.  NP believes the expenditures for which reimbursement is sought herein were appropriate and warranted.  NP maintains detailed records of all out-of-pocket expenses incurred in connection with representation of the Receiver.  As detailed in Exhibit D, although NP incurred actual out-of-pocket expenses of $21,599.96, NP is only seeking reimbursement of $7,755.72 for these expenses.  Among other things, NP is not seeking reimbursement of

significant out-of-pocket expenses for legal research, internal copying, secretarial overtime and travel.

## RELEVANT AUTHORITY AUTHORIZING THE AWARD OF COMPENSATION

29.     This Court has the power to award the Receiver and NP fees for the services they provided to these estates and to authorize the reimbursement of expenses incurred in the performance of their duties from the assets administered in this case. See Donovan v. Robbins, 588 F.Supp. 1268, 1272 (N.D. Ill. 1984) ("The receiver diligently and successfully discharged the responsibilities placed upon him by the Court and is entitled to reasonable compensation for his efforts."); SEC v. Elliott, 953 F.2d 1560 (11th Cir. 1992) (receiver is entitled to compensation for good faith performance of his duties).

30.     The determination of fees and expenses to be awarded in this case is, of course, largely within the discretion of the Court.  Monaghan v. Hill, 140 F.2d 31 (9th Cir. 1944); see also In re Lloyd, Carr & Co., 2 B.R. 714 (D. Mass. 1979) (court is afforded broad discretion in assessing bankruptcy fee applications).  Such discretion, however, is predicated upon the assumption that all the evidence pertaining to the value of NP's will be carefully considered.

31.     In calculating the size of an award, the Court should first determine the "lodestar" amount by multiplying the number of hours expended by the hourly rate typically charged for comparable work by attorneys of similar skill in the same geographic area.  Coutin v. Young  & Rubicon Puerto Rico Inc., 124 F.3d 33 (1st Cir. 1997); Morgan v. Gittens, 915 F.Supp. 457, 469-74 (D. Mass. 1996).  Once the lodestar calculation is made, it serves presumptively as a reasonable fee unless subject to an upward or downward adjustment.  Lipsett v. Blanco, 975 F.2d 934, 937 (1st Cir. 1992); Wilson v. McClure, 135 F. Supp. 2d 66, 69 (D. Mass. 2001).  Other "[r]elevant considerations include the nature of the case and the issues presented, the time and

labor required, the amount of damages involved, the results obtained, the experience, reputation and ability of the attorney, the usual price charged for similar services by other attorneys in the same area, and the amount of awards in similar cases." <u>Arthur P Little Int'l, Inc. v. Dooyang Corp.</u>, 995 F.Supp 217, 221 (D. Mass 1998) (internal quotations and citations omitted).

32.     In this case, all of the "relevant considerations" and other equitable factors strongly support NP's Application:

- <u>Nature of the Case and the Issues Presented.</u>  The Receiver took on a daunting assignment when he accepted this Court's appointment.  In the wake of Bleidt's very public confession of massive fraud and attempted suicide, Bleidt's, APAM's and the other Receivership Entities' business affairs were in shambles.  Tracing the scope of Bleidt's fraud and ensuring investors were protected from further fraud, maintaining the value of the Station as a going concern, and conducting an orderly wind-up of Bleidt's businesses so as to protect investors, creditors, employees and the broader public, required the Receiver to employ professionals at NP experienced in and familiar with insolvency, bankruptcy, securities, broker-dealer, ERISA, tax, employment, corporate and communications law, as well as a of host other practice areas.  In addition, much of NP's work in this case was performed on expedited basis, with no assistance from Bleidt whatsoever, and with only the limited information NP was able to develop with the Commission, Bleidt's investors, and the Receivership Entities' employees.

- <u>Time and Labor Required.</u>  Collectively professionals at NP spent well in excess of the 2,857.90 hours described herein providing legal services to the Receiver and these estates during the Application Period.  A summary of the labor required and a detailed break down of the time spent on each task NP performed during the Application Period is set forth in the narrative above and annexed hereto as <u>Exhibits</u> C1 - C5.

- <u>The Amount at Issue and Results Obtained.</u>  Based on the information developed to date, the Receiver has confirmed that Bleidt has misappropriated and embezzled more than $30,000,000, from approximately 140 investors.  As detailed in the narrative above, and the Receiver's First and Second Interim Reports, during the Application Period, the Receiver and NP were able to collect more than half a million dollars and mitigate the impact of Bleidt's fraud on investors, employees, the creditors, and parties-in-interest.  In addition, among other things, NP also able to maintain the Station as a going concern with almost no liquid assets, operate that business on a break-even basis with minimal oversight from the Receiver and his professionals, and negotiate a rescission agreement with Langer that will provide a greater recovery to these estates than any other practical alternative.  NP also has developed the facts necessary for individual investors to bring causes of action against third parties civilly culpable in connection with Bleidt's fraudulent scheme and has made substantial progress towards negotiating a global settlement of those claims with Bleidt's and APAM's former broker-dealers.

- <u>Experience, Reputation and Ability of NP.</u>  As detailed in <u>Exhibit B</u>, the Receiver and NP have substantial experience in the substantive areas of law needed in this proceeding including fraud, securities, bankruptcy, insolvency, federal receivership, tax, communications, corporate and litigation.

- <u>Usual Price Charged for Similar Services and Amount of Awards in Other Cases.</u>  NP's hourly rates in this case are substantially less than what NP and other firms in the area usually charge their bankruptcy and non-bankruptcy clients for the types of services provided to the Receiver in this case.  This reduction in NP's usual and customary charges has resulted in a savings to these estates of not less than $132,426.50.  Furthermore, NP has also written off or deferred charges in the amount of $38,198.70 to eliminate time that could be construed as redundant, otherwise unnecessary performed by professionals without significant time in the case or not otherwise appropriate for application at this time.  Finally, the fees and expenses sought by NP in this case are consistent with awards in similar large, complex, federal securities receivership cases throughout the country.

- <u>Risk of Nonpayment.</u>  Upon his appointment in November, 2004, the Receiver succeeded to just $196,828.21 in cash (almost all of which was subject to set off) and was responsible to either operate or promptly wind-up five distinct businesses burdened by Bleidt's public admission of massive and long-standing securities fraud.  Although the Receiver has recovered funds in excess of $557,880 during the Application Period, neither the Receiver nor NP has received any compensation for their services whatsoever or reimbursement of their significant out-of-pocket expenses during this case.  Put bluntly, the Receiver and NP have been financing this case, and the Court should consider that NP has deferred payment of its accrued fees and expenses to fund the orderly wind-up of Bleidt's businesses and thereby assumed a very large risk of nonpayment in this case.

### NOTICE

33.     In accordance with the Appointment Order, NP submitted its bills for the fees and expenses sought in this Application to the Commission "for review and approval as to reasonableness," prior to filing with the Court.  In addition, NP has served this Application on all parties who have filed appearances in this case and, without exhibits, on the 140 investors, identified to date, who were defrauded by Bleidt.  NP will also post the Application on the Receiver's web page, http://extranet30.nixonpeabody.com.

## PRAYERS FOR RELIEF

WHEREFORE, Nixon Peabody LLP respectfully requests that this Court enter an Order:

**A.**     Awarding Nixon Peabody interim compensation totaling $966,207.02 representing: (i) $958,451.30 for actual and necessary legal services rendered to the Receiver between November 18, 2004 and July 31, 2005; and (ii) $7,755.72 for reimbursement of actual and necessary expenses incurred by Nixon Peabody on behalf of the Receiver, between November 18, 2004 and July 31, 2005.

**B.**     Authorizing the payment of all allowed fees and expenses from estate funds when sufficient funds become available to pay those allowed fees and expenses; and

**C.**     Granting such offer and further relief as is deemed appropriate and just.

Respectfully submitted,

DAVID A. VICINANZO, RECEIVER

By his attorneys,

September 21, 2005                    /s/Kevin M. Fitzgerald_____
                                     Kevin M. Fitzgerald (admitted pro hac vice)
                                     Francis C. Morrissey (BBO #567589)
                                     Nixon Peabody LLP
                                     100 Summer Street
                                     (617) 345-1000

- 20 -

**<u>Certificate of Service</u>**

I, Kevin M. Fitzgerald, hereby certify that on September 21, 2005, a copy of the First Interim Application of Nixon Peabody LLP, Counsel for the Receiver for Compensation and Reimbursement of Expenses has been served upon the parties by electronic filing service and a copy mailed via first class prepaid mail to:

Richard L. Gemma
MacAdams & Wieck
101 Dyer Street – Suite 400
Providence, RI 02903


/s/ Kevin M. Fitzgerald

EXHIBIT A


Orders Appointing the Receiver and Approving the Employment of NP as Counsel to the
Receivers

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SECURITIES AND EXCHANGE COMMISSION, :

               Plaintiff,   :

                         :      Case No. ~~CA-04-12414-NG~~

             v.      :

                         :      04cv12415NG

BRADFORD C. BLEIDT and      :
ALLOCATION PLUS ASSET MANAGEMENT  :
COMPANY, INC.                :

              Defendants.   :

## ~~[PROPOSED]~~ ORDER FOR APPOINTMENT OF RECEIVER

Having considered the motion by plaintiff Securities and Exchange Commission

("Commission") for appointment of a receiver and defendants Bradford C. Bleidt ("Bleidt") and

Allocation Plus Asset Management Company, Inc. ("Allocation" and collectively, "Defendants")

having had an opportunity to be heard, and finding there is good cause for the motion,

**IT IS HEREBY ORDERED** that:

1.     The Commission's motion for appointment of a receiver is allowed and David A.

Vicinanzo of Nixon Peabody LLP, 100 Summer Street, Boston, Massachusetts 02110 is

appointed as Receiver in accordance with the following provisions of this Order.

2.     The Receiver is hereby authorized, empowered and directed to:

        a.     take and retain immediate possession, custody and control of the funds,

             assets and property of Allocation and its clients' accounts (the "Allocation

             Client Accounts"), wherever situated;

        b.     take all steps the Receiver deems necessary to conduct an inventory of

Allocation's assets and liabilities;

c.   take all steps the Receiver deems necessary to reconstruct the histories of

the Allocation Client Accounts to determine whether and how client funds

have been dissipated;

d.   take all steps the Receiver deems necessary to secure and protect the assets

and property of Allocation and the Allocation Client Accounts for the

benefit of its clients;

e.   promptly provide written notice of this Order to all current and former

clients of Allocation ("Allocation Clients").  Service of a copy of this

Order shall be deemed sufficient notice;

f.   have access to and take control of all books, records, papers and other

documents of Allocation, including all computer files;

g.   have access to and take control of all books, records, papers and other

documents of Bleidt relating to Allocation;

h.   have control of, and be added as an authorized signatory for, all accounts

of Allocation at any bank, brokerage firm or financial institution having

possession, custody or control of any assets or funds of Allocation or its

clients, wherever situated;

i.   institute, prosecute, defend, compromise, adjust, intervene in, or become

party to such legal or equitable actions, claims or proceedings or

anticipated legal or equitable actions, claims or proceedings on behalf of

Allocation as the Receiver deems necessary and appropriate to carry out

2

the Receiver's mandate pursuant to this Order;

j.    defend, compromise or settle such legal or equitable actions, claims or

proceedings or anticipated legal or equitable actions, claims or

proceedings on behalf of Allocation as the Receiver deems necessary and

appropriate to carry out the Receiver's mandate pursuant to this Order;

k.    make or authorize such payments and disbursements from the funds and

assets taken into control or thereafter received by him, engage in or

authorize such transactions, incur or authorize the incurrence of such

expenses, and make or authorize the making of such agreements, as the

Receiver deems necessary and appropriate to carry out the Receiver's

mandate pursuant to this Order;

l.    engage and employ persons in his discretion and in consultation with the

Boston District Office of the Commission to assist him in carrying out his

duties and responsibilities hereunder, including, but not limited to,

attorneys, investment advisers, securities traders, accountants and

appraisers;

m.   have access to and review all mail of Allocation and of Bleidt relating to

Allocation; and

n.    file on a timely basis all federal, state, and local tax returns.

3.    The Receiver is hereby further authorized, empowered and directed to:

a.    identify all other persons or entities for whom Bleidt currently is providing

investment advisory services or for whom Bleidt currently has

3

discretionary authority to engage in securities transactions ("Additional Clients");

b.  take all steps the Receiver deems necessary to secure and protect the assets and property of Additional Clients' accounts ("Additional Client Accounts");

c.  promptly provide written notice of this Order to all Additional Clients. Service of a copy of this Order shall be deemed sufficient notice;

d.  have access to and take control of such books, records, papers and other documents of Bleidt as the Receiver deems necessary and appropriate to identify Additional Clients and Additional Client Accounts;

e.  have access to and take control of all books, records, papers and other documents relating to Additional Client Accounts, including all computer files;

f.  have control of, and be added as an authorized signatory for, all Additional Client Accounts at any bank, brokerage firm or financial institution having possession, custody or control of any Additional Client Accounts;

g.  institute, prosecute, defend, compromise, adjust, intervene in, or become party to such legal or equitable actions, claims or proceedings or anticipated legal or equitable actions, claims or proceedings on behalf of Additional Clients as the Receiver deems necessary and appropriate to carry out the Receiver's mandate pursuant to this Order;

h.  defend, compromise or settle such legal or equitable actions, claims or

4

proceedings or anticipated legal or equitable actions, claims or

proceedings on behalf of Additional Clients as the Receiver deems

necessary and appropriate to carry out the Receiver's mandate pursuant to

this Order;

i.      make or authorize such payments and disbursements from the funds and

assets taken into control or thereafter received by him, engage in or

authorize such transactions, incur or authorize the incurrence of such

expenses, and make or authorize the making of such agreements, as the

Receiver deems necessary and appropriate to carry out the Receiver's

mandate pursuant to this Order;

j.      engage and employ persons in his discretion and in consultation with the

Boston District Office of the Commission to assist him in carrying out his

duties and responsibilities hereunder, including, but not limited to,

attorneys, investment advisers, securities traders and accountants; and

k.      have access to and review all mail of Bleidt relating to Additional Clients.

4.      Title to all property, real or personal, all contracts, rights of action, and all books

and records of Allocation, wherever located within or without this state, is vested by operation of

law in the Receiver;

5.     a.      All persons, including banks, brokerage firms, financial institutions, and

other business entities having possession, custody or control of any assets, funds or accounts in

the name of or for the benefit of Allocation or Allocation Clients shall cooperate expeditiously in

the granting of control and authorization as a necessary signatory as to said assets, funds or

5

accounts to the Receiver;

      b.     All persons, including banks, brokerage firms, financial institutions, and

other business entities having possession, custody or control of Additional Client Accounts shall

cooperate expeditiously in the granting of control and authorization as a necessary signatory as to

said assets, funds or accounts to the Receiver;

     6.   a.     All persons, including creditors, banks, investors or others, having actual

notice of this Order are enjoined, for the duration of the receivership, from in any way disturbing

the assets or proceeds of the receivership and from prosecuting or maintaining actions or

proceedings which involve the Receiver or which affect the property of Allocation or Allocation

Client Accounts, except with the permission of this Court;

      b.     All persons, including creditors, banks, investors or others, having actual

notice of this Order are enjoined, for the duration of the receivership, from in any way disturbing

the assets or proceeds of the receivership and from prosecuting or maintaining actions or

proceedings which involve the Receiver or which affect the property of Additional Client

Accounts, except with the permission of this Court;

     7.   a.     Defendants, all officers, agents, servants, employees, attorneys-in-fact and

shareholders of Defendants, and all other persons who are in possession, custody or control of

any assets, books, records or other property of Allocation or Allocation Client Accounts shall

forthwith give access to and control of such assets, books, records or property to the Receiver,

and shall forthwith grant to the Receiver authorization to be a signatory as to all accounts at

banks, brokerage firms or financial institutions having possession, custody or control of any

assets or funds in the name of or for the benefit of Allocation or Allocation Clients;

b.    Defendants, all officers, agents, servants, employees, attorneys-in-fact and shareholders of Defendants, and all other persons who are in possession, custody or control of any assets, books, records or other property relating to Additional Client Accounts shall forthwith give access to and control of such assets, books, records or property to the Receiver, and shall forthwith grant to the Receiver authorization to be a signatory as to all Additional Client Accounts at banks, brokerage firms or financial institutions having possession, custody or control of any Additional Client Account;

8.    Defendants and the officers, agents, servants, employees and attorneys-in-fact of Defendants shall cooperate with and assist the Receiver and shall turn over to the Receiver all keys, computer passwords, identification numbers, entry codes, combinations to locks required to open, acquire or gain access to any of the assets, documents, records, property or effects of the Defendants as the Receiver deems necessary and appropriate to carry out the Receiver's mandate pursuant to this Order, including but not limited to access to any business premises, means of communication, computer systems, or accounts of the Defendants.

9.    a.    Defendants shall not, whether acting by themselves or by and through others, transact any of the business of, or purport to take any action in the name of or on behalf of Allocation or Allocation Clients, excuse debts owing to Allocation or Allocation Clients, take, use, conceal or divert any of Allocation's or Allocation Clients' assets or documents, or otherwise impair or dispose of Allocation's or Allocation Clients' assets or documents;

b.    Defendants shall not, whether acting by themselves or by and through others, transact any of the business of, or purport to take any action in the name of or on behalf of Additional Clients, excuse debts owing to the Additional Clients, take, use, conceal or divert

7

Additional Clients' assets or documents, or otherwise impair or dispose of Additional Clients' assets or documents;

10. The Receiver is not required to post a bond or give an undertaking of any type in connection with his duties and obligations pursuant to this Order;

11. The Receiver shall have the authority to issue subpoenas to compel testimony of persons or production of records consistent with the Federal Rules of Civil Procedure and the Local Rules for the United States District Court for the District of Massachusetts, concerning any subject matter related to the discharge of the Receiver's duties, including but not limited to the identification, preservation, collection and/or liquidation of receivership assets;

12. The Receiver is required to exercise good faith business judgment in fulfilling his duties and responsibilities pursuant to this Order. The Receiver is entitled to rely on all outstanding rules of law and court orders, and shall not be liable to anyone for his own good faith compliance with any order, rule, law, judgment, or decree. The Receiver shall not be liable for complying with the orders of this Court. In no event shall he be liable to Allocation or to any Additional Client for his good faith compliance with the terms and provisions of this Order, nor shall he be liable to anyone for any action taken or omitted by him except upon a finding by this Court that he acted or failed to act as a result of misfeasance, bad faith, gross negligence, or in reckless disregard of his duties.

13. The Receiver shall pay from the assets of Allocation all reasonable costs, fees, taxes and other expenses (including fees relating to persons employed by the Receiver in connection with this receivership) incurred in the performance of his duties, and shall be compensated for services rendered by himself and other Nixon Peabody partners at an hourly rate

not to exceed $420, for services rendered by Nixon Peabody associates at an hourly rate not to exceed $280, and for services rendered by paralegal and legal assistants at any hourly rate not to exceed $130 . The Receiver shall be compensated from the funds in his custody; provided, however, that before paying any such fees: (i) the Receiver must provide all fee applications (detailing all time and expenses claimed and the nature of the services performed) to counsel for the Commission for review and approval as to reasonableness ten days prior to submission for Court approval; and (ii) the Receiver must obtain approval of payment of the fees and expenses from this Court, which shall review such fees and expenses for reasonableness in determining whether, in its discretion, such payment will be approved.

14.     The Receiver may be removed at any time by the Court and replaced with a successor.  In the event the Receiver decides to resign, he shall first give written notice to the parties and the Court of his intention, and his resignation shall not be effective until the Court has appointed a successor.  The Receiver shall then follow such instructions as his successor or the Court gives him in turning over custody and control of the assets of Allocation or of Additional Clients.

15.     Every ninety (90) days from the date of this Order, the Receiver shall file a Report with the Court summarizing his activities, providing an accounting of the funds, assets and property in his possession, and reporting on the status of any legal claims.  The Receiver shall also include in the Report an application to the Court for an order approving the payment of all reasonable fees and expenses, as provided in paragraph 13.  The Receiver shall serve a copy of the Report on counsel for the Commission.

9

16.    Within forty-five (45) days of the completion of his duties pursuant to this Order, the Receiver shall file a Notice of Termination and Request for Discharge Order seeking discharge by the Court from his responsibilities as Receiver herein. The Notice of Termination and Request for Discharge Order shall include a final report, summarizing all of the Receiver's activities, providing a final accounting of the funds, assets and property in his possession, and reporting on the final disposition of any legal claims.

17.    The provisions of this Order shall remain in full force and effect until further order of the Court.

**DONE AND ORDERED** this _18_ day of _NOV_, 2004.

_____
UNITED STATED DISTRICT JUDGE

10

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : | |
| Plaintiff, : | Case No. CA-04-12415-NG |
| v. : | |
| BRADFORD C. BLEIDT and : ALLOCATION PLUS ASSET MANAGEMENT : COMPANY, INC. : | |
| Defendants. : | |

## [PROPOSED] ORDER FOR APPOINTMENT OF RECEIVER

Having considered the motion by plaintiff Securities and Exchange Commission

("Commission") for appointment of a receiver and defendants Bradford C. Bleidt ("Bleidt") and

Allocation Plus Asset Management Company, Inc. ("Allocation" and collectively, "Defendants")

having had an opportunity to be heard, and finding there is good cause for the motion,

**IT IS HEREBY ORDERED** that:

1.    The Commission's motion for appointment of a receiver is allowed and David A.

Vicinanzo of Nixon Peabody LLP, 100 Summer Street, Boston, Massachusetts 02110 is

appointed as Receiver in accordance with the following provisions of this Order.

2.    The Receiver is hereby authorized, empowered and directed to:

a.    take and retain immediate possession, custody and control of the funds,

assets and property of Bleidt, Allocation, its clients' accounts (the

"Allocation Client Accounts"), and of the funds, assets and property of all

other entities which Bleidt either owned, controlled or benefitted from

(including, but not limited to, radio station WBIX, Financial Perspectives Planning Services, Inc., Financial Perspectives Management Company, FP Insurance Agency, Perspective Broadcasting, Inc., Shared Visions, Inc. and Langer Broadcasting Corporation), wherever situated;

b.    take all steps the Receiver deems necessary to conduct an inventory of the assets and liabilities of Bleidt, Allocation, radio station WBIX, Financial Perspectives Planning Services, Inc., Financial Perspectives Management Company, FP Insurance Agency, Perspective Broadcasting, Inc., Shared Visions, Inc. and Langer Broadcasting Corporation;

c.    take all steps the Receiver deems necessary to reconstruct the histories of the Allocation Client Accounts to determine whether and how client funds have been dissipated;

d.    take all steps the Receiver deems necessary to secure and protect the assets and property of Bleidt, Allocation, the Allocation Client Accounts, radio station WBIX, Financial Perspectives Planning Services, Inc., Financial Perspectives Management Company, FP Insurance Agency, Perspective Broadcasting, Inc., Shared Visions, Inc. and Langer Broadcasting Corporation;

e.    promptly provide written notice of this Order to all current and former clients of Allocation ("Allocation Clients").  Service of a copy of this Order shall be deemed sufficient notice;

f.    have access to and take control of all books, records, papers and other

2

documents of Allocation, including all computer files;

g.  have access to and take control of all books, records, papers and other documents of Bleidt, radio station WBIX, Financial Perspectives Planning Services, Inc., Financial Perspectives Management Company, FP Insurance Agency, Perspective Broadcasting, Inc., Shared Visions, Inc. and Langer Broadcasting Corporation, including all computer files;

h.  have control of, and be added as an authorized signatory for, all accounts of Bleidt, Allocation, radio station WBIX, Financial Perspectives Planning Services, Inc., Financial Perspectives Management Company, FP Insurance Agency, Perspective Broadcasting, Inc., Shared Visions, Inc. and Langer Broadcasting Corporation at any bank, brokerage firm or financial institution having possession, custody or control of any assets or funds of Bleidt, Allocation, Allocation's clients, radio station WBIX, Financial Perspectives Planning Services, Inc., Financial Perspectives Management Company, FP Insurance Agency, Perspective Broadcasting, Inc., Shared Visions, Inc. and Langer Broadcasting Corporation, wherever situated;

i.  institute, prosecute, defend, compromise, adjust, intervene in, or become party to such legal or equitable actions, claims or proceedings or anticipated legal or equitable actions, claims or proceedings on behalf of Bleidt, Allocation, radio station WBIX, Financial Perspectives Planning Services, Inc., Financial Perspectives Management Company, FP

3

Insurance Agency, Perspective Broadcasting, Inc., Shared Visions, Inc. and Langer Broadcasting Corporation, as the Receiver deems necessary and appropriate to carry out the Receiver's mandate pursuant to this Order;

j.     defend, compromise or settle such legal or equitable actions, claims or proceedings or anticipated legal or equitable actions, claims or proceedings on behalf of Bleidt, Allocation, radio station WBIX, Financial Perspectives Planning Services, Inc., Financial Perspectives Management Company, FP Insurance Agency, Perspective Broadcasting, Inc., Shared Visions, Inc. and Langer Broadcasting Corporation, as the Receiver deems necessary and appropriate to carry out the Receiver's mandate pursuant to this Order;

k.     make or authorize such payments and disbursements from the funds and assets taken into control or thereafter received by him, engage in or authorize such transactions, incur or authorize the incurrence of such expenses, and make or authorize the making of such agreements, as the Receiver deems necessary and appropriate to carry out the Receiver's mandate pursuant to this Order;

l.     engage and employ persons in his discretion and in consultation with the Boston District Office of the Commission to assist him in carrying out his duties and responsibilities hereunder, including, but not limited to, attorneys, investment advisers, securities traders, accountants and appraisers;

4

    m.     have access to and review all mail of Allocation, Bleidt, radio station WBIX, Financial Perspectives Planning Services, Inc., Financial Perspectives Management Company, FP Insurance Agency, Perspective Broadcasting, Inc., Shared Visions, Inc. and Langer Broadcasting Corporation; and

    n.     file on a timely basis all federal, state, and local tax returns.

3.    The Receiver is hereby further authorized, empowered and directed to:

    a.     identify all other persons or entities for whom Bleidt currently is providing investment advisory services or for whom Bleidt currently has discretionary authority to engage in securities transactions ("Additional Clients");

    b.     take all steps the Receiver deems necessary to secure and protect the assets and property of Additional Clients' accounts ("Additional Client Accounts");

    c.     promptly provide written notice of this Order to all Additional Clients. Service of a copy of this Order shall be deemed sufficient notice;

    d.     have access to and take control of such books, records, papers and other documents of Bleidt, radio station WBIX, Financial Perspectives Planning Services, Inc., Financial Perspectives Management Company, FP Insurance Agency, Perspective Broadcasting, Inc., Shared Visions, Inc. and Langer Broadcasting Corporation, as the Receiver deems necessary and appropriate to identify Additional Clients and Additional Client

5

Accounts;

e.    have access to and take control of all books, records, papers and other documents relating to Additional Client Accounts, including all computer files;

f.    have control of, and be added as an authorized signatory for, all Additional Client Accounts at any bank, brokerage firm or financial institution having possession, custody or control of any Additional Client Accounts;

g.    institute, prosecute, defend, compromise, adjust, intervene in, or become party to such legal or equitable actions, claims or proceedings or anticipated legal or equitable actions, claims or proceedings on behalf of Additional Clients as the Receiver deems necessary and appropriate to carry out the Receiver's mandate pursuant to this Order;

h.    defend, compromise or settle such legal or equitable actions, claims or proceedings or anticipated legal or equitable actions, claims or proceedings on behalf of Additional Clients as the Receiver deems necessary and appropriate to carry out the Receiver's mandate pursuant to this Order;

i.    make or authorize such payments and disbursements from the funds and assets taken into control or thereafter received by him, engage in or authorize such transactions, incur or authorize the incurrence of such expenses, and make or authorize the making of such agreements, as the Receiver deems necessary and appropriate to carry out the Receiver's

6

mandate pursuant to this Order;

j.    engage and employ persons in his discretion and in consultation with the Boston District Office of the Commission to assist him in carrying out his duties and responsibilities hereunder, including, but not limited to, attorneys, investment advisers, securities traders and accountants; and

k.    have access to and review all mail of Bleidt, radio station WBIX, Financial Perspectives Planning Services, Inc., Financial Perspectives Management Company, FP Insurance Agency, Perspective Broadcasting, Inc., Shared Visions, Inc. and Langer Broadcasting Corporation.

4.    Title to all property, real or personal, all contracts, rights of action, and all books and records of Bleidt, Allocation, radio station WBIX, Financial Perspectives Planning Services, Inc., Financial Perspectives Management Company, FP Insurance Agency, Perspective Broadcasting, Inc., Shared Visions, Inc. and Langer Broadcasting Corporation wherever located within or without this state, is vested by operation of law in the Receiver;

5.    a.    All persons, including banks, brokerage firms, financial institutions, and other business entities having possession, custody or control of any assets, funds or accounts in the name of or for the benefit of Bleidt, Allocation, Allocation Clients, radio station WBIX, Financial Perspectives Planning Services, Inc., Financial Perspectives Management Company, FP Insurance Agency, Perspective Broadcasting, Inc., Shared Visions, Inc. and Langer Broadcasting Corporation shall cooperate expeditiously in the granting of control and authorization as a necessary signatory as to said assets, funds or accounts to the Receiver;

b.    All persons, including banks, brokerage firms, financial institutions, and

7

other business entities having possession, custody or control of Additional Client Accounts shall cooperate expeditiously in the granting of control and authorization as a necessary signatory as to said assets, funds or accounts to the Receiver;

    6.    a.    All persons, including creditors, banks, investors or others, having actual notice of this Order are enjoined, for the duration of the receivership, from in any way disturbing the assets or proceeds of the receivership and from prosecuting or maintaining actions or proceedings which involve the Receiver or which affect the property of Bleidt, Allocation, Allocation Client Accounts, radio station WBIX, Financial Perspectives Planning Services, Inc., Financial Perspectives Management Company, FP Insurance Agency, Perspective Broadcasting, Inc., Shared Visions, Inc. and Langer Broadcasting Corporation, except with the permission of this Court;

    b.    All persons, including creditors, banks, investors or others, having actual notice of this Order are enjoined, for the duration of the receivership, from in any way disturbing the assets or proceeds of the receivership and from prosecuting or maintaining actions or proceedings which involve the Receiver or which affect the property of Additional Client Accounts, except with the permission of this Court;

    7.    a.    Defendants, all officers, agents, servants, employees, attorneys-in-fact and shareholders of Defendants, and all other persons who are in possession, custody or control of any assets, books, records or other property of Bleidt, Allocation, Allocation Client Accounts, radio station WBIX, Financial Perspectives Planning Services, Inc., Financial Perspectives Management Company, FP Insurance Agency, Perspective Broadcasting, Inc., Shared Visions, Inc. and Langer Broadcasting Corporation shall forthwith give access to and control of such

8

assets, books, records or property to the Receiver, and shall forthwith grant to the Receiver

authorization to be a signatory as to all accounts at banks, brokerage firms or financial

institutions having possession, custody or control of any assets or funds in the name of or for the

benefit of Bleidt, Allocation, Allocation Clients, radio station WBIX, Financial Perspectives

Planning Services, Inc., Financial Perspectives Management Company, FP Insurance Agency,

Perspective Broadcasting, Inc., Shared Visions, Inc. and Langer Broadcasting Corporation;

   b.  Defendants, all officers, agents, servants, employees, attorneys-in-fact and

shareholders of Defendants, and all other persons who are in possession, custody or control of

any assets, books, records or other property relating to Additional Client Accounts shall forthwith

give access to and control of such assets, books, records or property to the Receiver, and shall

forthwith grant to the Receiver authorization to be a signatory as to all Additional Client

Accounts at banks, brokerage firms or financial institutions having possession, custody or control

of any Additional Client Account;

   8.  Defendants and the officers, agents, servants, employees and attorneys-in-fact of

Defendants shall cooperate with and assist the Receiver and shall turn over to the Receiver all

keys, computer passwords, identification numbers, entry codes, combinations to locks required to

open, acquire or gain access to any of the assets, documents, records, property or effects of the

Defendants as the Receiver deems necessary and appropriate to carry out the Receiver's mandate

pursuant to this Order, including but not limited to access to any business premises, means of

communication, computer systems, or accounts of the Defendants.

   9. a.  Defendants shall not, whether acting by themselves or by and through

others, transact any of the business of, or purport to take any action in the name of or on behalf of

Bleidt, Allocation, Allocation Clients, radio station WBIX, Financial Perspectives Planning Services, Inc., Financial Perspectives Management Company, FP Insurance Agency, Perspective Broadcasting, Inc., Shared Visions, Inc. and Langer Broadcasting Corporation, excuse debts owing to Bleidt, Allocation, Allocation Clients, radio station WBIX, Financial Perspectives Planning Services, Inc., Financial Perspectives Management Company, FP Insurance Agency, Perspective Broadcasting, Inc., Shared Visions, Inc. and Langer Broadcasting Corporation, take, use, conceal or divert any of Bleidt's, Allocation's, Allocation Clients', radio station WBIX's, Financial Perspectives Planning Services, Inc.'s, Financial Perspectives Management Company's, FP Insurance Agency's, Perspective Broadcasting, Inc.'s, Shared Visions, Inc.'s and Langer Broadcasting Corporation's assets or documents, or otherwise impair or dispose of Bleidt's, Allocation's or Allocation Clients', radio station WBIX's, Financial Perspectives Planning Services, Inc.'s, Financial Perspectives Management Company's, FP Insurance Agency's, Perspective Broadcasting, Inc.'s, Shared Visions, Inc.'s and Langer Broadcasting Corporation's assets or documents;

   b.  Defendants shall not, whether acting by themselves or by and through others, transact any of the business of, or purport to take any action in the name of or on behalf of Additional Clients, excuse debts owing to the Additional Clients, take, use, conceal or divert Additional Clients' assets or documents, or otherwise impair or dispose of Additional Clients' assets or documents;

  10.  The Receiver is not required to post a bond or give an undertaking of any type in connection with his duties and obligations pursuant to this Order;

  11.  The Receiver shall have the authority to issue subpoenas to compel testimony of

persons or production of records consistent with the Federal Rules of Civil Procedure and the Local Rules for the United States District Court for the District of Massachusetts, concerning any subject matter related to the discharge of the Receiver's duties, including but not limited to the identification, preservation, collection and/or liquidation of receivership assets;

12.     The Receiver is required to exercise good faith business judgment in fulfilling his duties and responsibilities pursuant to this Order. The Receiver is entitled to rely on all outstanding rules of law and court orders, and shall not be liable to anyone for his own good faith compliance with any order, rule, law, judgment, or decree. The Receiver shall not be liable for complying with the orders of this Court. In no event shall he be liable to Bleidt, Allocation or to any Additional Client, radio station WBIX, Financial Perspectives Planning Services, Inc., Financial Perspectives Management Company, FP Insurance Agency, Perspective Broadcasting, Inc., Shared Visions, Inc. and Langer Broadcasting Corporation for his good faith compliance with the terms and provisions of this Order, nor shall he be liable to anyone for any action taken or omitted by him except upon a finding by this Court that he acted or failed to act as a result of misfeasance, bad faith, gross negligence, or in reckless disregard of his duties.

13.     The Receiver shall pay from the assets of Bleidt, Allocation, radio station WBIX, Financial Perspectives Planning Services, Inc., Financial Perspectives Management Company, FP Insurance Agency, Perspective Broadcasting, Inc., Shared Visions, Inc. and Langer Broadcasting Corporation all reasonable costs, fees, taxes and other expenses (including fees relating to persons employed by the Receiver in connection with this receivership) incurred in the performance of his duties, and shall be compensated for services rendered by himself and other Nixon Peabody partners at an hourly rate not to exceed $420, for services rendered by Nixon

11

Peabody associates at an hourly rate not to exceed $280, and for services rendered by paralegal and legal assistants at any hourly rate not to exceed $130. The Receiver shall be compensated from the funds in his custody; provided, however, that before paying any such fees: (i) the Receiver must provide all fee applications (detailing all time and expenses claimed and the nature of the services performed) to counsel for the Commission for review and approval as to reasonableness ten days prior to submission for Court approval; and (ii) the Receiver must obtain approval of payment of the fees and expenses from this Court, which shall review such fees and expenses for reasonableness in determining whether, in its discretion, such payment will be approved.

14.    The Receiver may be removed at any time by the Court and replaced with a successor. In the event the Receiver decides to resign, he shall first give written notice to the parties and the Court of his intention, and his resignation shall not be effective until the Court has appointed a successor. The Receiver shall then follow such instructions as his successor or the Court gives him in turning over custody and control of the assets of Bleidt, Allocation, Additional Clients, radio station WBIX, Financial Perspectives Planning Services, Inc., Financial Perspectives Management Company, FP Insurance Agency, Perspective Broadcasting, Inc., Shared Visions, Inc. and Langer Broadcasting Corporation.

15.    Every ninety (90) days from the date of this Order, the Receiver shall file a Report with the Court summarizing his activities, providing an accounting of the funds, assets and property in his possession, and reporting on the status of any legal claims. The Receiver shall also include in the Report an application to the Court for an order approving the payment of all reasonable fees and expenses, as provided in paragraph 13. The Receiver shall serve a copy of

12

the Report on counsel for the Commission.

16.    Within forty-five (45) days of the completion of his duties pursuant to this Order, the Receiver shall file a Notice of Termination and Request for Discharge Order seeking discharge by the Court from his responsibilities as Receiver herein.  The Notice of Termination and Request for Discharge Order shall include a final report, summarizing all of the Receiver's activities, providing a final accounting of the funds, assets and property in his possession, and reporting on the final disposition of any legal claims.

17.    The provisions of this Order shall remain in full force and effect until further order of the Court.

**DONE AND ORDERED** this 22d day of November, 2004.

Richard G. Stearns

UNITED STATED DISTRICT JUDGE

13

EXHIBIT B

Principal Attorney Biographies

# **Exhibit B**

## **DAVID A. VICINANZO**

David A. Vicinanzo is a partner in the Boston and New Hampshire offices of Nixon Peabody LLP. A trial lawyer, Mr. Vicinanzo serves a broad array of clients—from Fortune 100 to *pro bono*—in New England, New York, the Washington, D.C., area, and elsewhere. He practices primarily in the area of government investigations and the representation of organizations and individuals in complex civil and criminal matters.

Before joining the firm, Mr. Vicinanzo was a federal prosecutor in Washington, D.C., and New England for thirteen years. He served in Washington, D.C., as an advisor to the U.S. attorney general, and as chief prosecutor in the campaign finance investigation of the 1996 presidential election. In that position, he managed a task force of more than one hundred attorneys, agents, and analysts, which interviewed thousands of people, reviewed millions of documents, and obtained the convictions of more than twenty defendants, including John Huang, Yah Lin "Charlie" Trie, and Maria Hsia (organizer of the Buddhist Temple matter).

Mr. Vicinanzo also served as acting U.S. attorney for the District of New Jersey (investigation of U.S. senator Robert Torricelli), and special assistant U.S. attorney in Massachusetts. He was also the first assistant U.S. attorney for the U.S. attorney's office for the District of New Hampshire, where he managed an office of sixty lawyers, analysts, and staff. In this position, he was responsible for all aspects of office management including case development, civil enforcement and criminal prosecutions, agency relations, and personnel decisions, as well as a substantial litigation caseload.

Previously, Mr. Vicinanzo spent ten years as an assistant U.S. attorney and five years as criminal division chief. During his tenure as a prosecutor, Mr. Vicinanzo tried or supervised hundreds of cases, from insider trading, environmental crime, and intellectual property infringement to health care fraud and major racketeering. These include some of the most difficult and complex cases in New England in recent years:

- The "code of silence" armored car robbery murders case, which led to the RICO convictions of a violent organized criminal gang from Charlestown, Massachusetts, for the abduction and execution of two guards and a dozen armored car and bank heists from Maine to Florida;

- The American Honda executives case, which resulted in the conviction in federal court of twenty-four former executives or dealers of the American Honda Motor Company nationwide. The *New York Times* called the case "the biggest commercial bribery case ever prosecuted by the Department of Justice;"

- The prosecution of one of the largest drug importation cases in New England, which resulted in twenty convictions, life sentences, more than $8 million in fines, and millions of dollars in forfeited drug proceeds and laundered assets; and

- Over fifty prosecutions for bank fraud, bank bribery, mail and wire fraud, insider trading, and market manipulation arising from numerous large bank failures in New England including the conviction of rogue New England bank stock trader Charles Howard.

Mr. Vicinanzo has been described by the former head of the FBI in New England as "the best lawyer I have worked with in twenty-nine years with the FBI across the country." He began his career as a civil litigator at the law firm of Chadbourne & Parke in New York City before joining the U.S. Department of Justice in 1988.

**Admissions**:  Mr. Vicinanzo is admitted to practice in New York and New Hampshire, as well as the United States Courts of Appeals for the First, Second, and District of Columbia circuits, and numerous federal district courts.

**Education**:    Fordham University School of Law, J.D.
                  National Autonomous University of Mexico, Graduate Studies as a Rotary
                  Graduate Fellow
                  Harvard University, B.A., with honors

## VERONICA M. AHERN

Veronica Ahern concentrates in legal requirements of the telecommunications industry. Her experience includes representation of international telecommunications providers, satellite owners and operators, corporations with multinational private network requirements, local exchange carriers, manufacturers of telecommunications equipment, submarine cable operators, and Internet Service Providers. She has considerable experience in international telecommunications matters, advising both United States and foreign entities on matters involving privatization, acquisition of ownership interests, international accounting and tariffing principles, and export and import of telecommunications equipment.

Ms. Ahern has represented a number of U.S. and non-U.S. entities before various agencies of the United States government, including the Rural Utilities Service and the Federal Communications Commission, as well as before state and local regulatory bodies.  She has also successfully represented a number of clients, including the Guam Telephone Authority, the Telecommunications Regulatory Board of Puerto Rico and QUALCOMM Incorporated, before state and federal courts.  Ms. Ahern has also especially concentrated in the representation of United States and United Nations Trust Territories.

Prior to her years in private practice, Ms. Ahern held posts in the Department of Commerce and the Federal Communications Commission.  She was Associate Administrator for International Affairs of the National Telecommunications and Information Administration, where she represented the United States in various international conferences, particularly those having to do with the establishment of cable and satellite facilities.  While at the Federal Communications Commission, she was Chief of the Common Carrier Bureau International and Satellite Branch, with responsibility for certification of common carriers and the establishment of international operating rights.

**Admissions**:  Ms. Ahern is admitted to practice in the District of Columbia

**Education**:    Georgetown University, J.D.
              Rosemont College, B.A.

## KEVIN M. FITZGERALD

Kevin Fitzgerald heads the Litigation Department and is the Managing Partner in Nixon Peabody LLP's Manchester, New Hampshire, office.  He practices nationally, concentrating in the areas of commercial litigation, with a particular focus on complicated business disputes. Mr. Fitzgerald has successfully prosecuted and defended, as lead counsel, multimillion dollar litigation involving claims in such areas as mergers and acquisitions, corporate fiduciary duty, directors and officers liability, insurance coverage, ERISA and employment law claims involving corporate executives.  He also has substantial experience in health care law, including litigation of managed care contract disputes and the handling of quality assurance and credentialing matters.

Mr. Fitzgerald's selected case experience includes the following:

- Secured defendants' verdict in defense of board of directors sued for breach of fiduciary duty, self-dealing and fraud in connection with public company merger transaction.

- Secured defendants' verdict in defense of multi-million dollar breach of fiduciary duty claims by minority shareholders against directors and majority shareholders.

- Obtained $1 million breach of contract award on behalf of former CEO of high technology start up company.

- Successfully argued landmark appeal on behalf of national managed care insurer resulting in invalidation of court orders made in derogation of carrier's audit and arbitration rights.

- Obtained multi-million dollar recoveries in separate trials on behalf of two former corporate chief executives wrongfully terminated "for cause" in attempts to escape payment of vested compensation and stock rights.

- Earned multiple defense judgments on behalf of insurers in disputes involving hundreds of millions of dollars in disputed insurance coverage and related bad faith claims.

- Lead counsel in successful arbitration of $4+ million complex contract civil fraud and conspiracy claim and secured no-prosecution decision in related federal criminal investigation.

- Earned defense judgment in defense of defamation and civil conspiracy claims against corporate defendant arising out of shareholder dispute.

- Obtained defense judgment in federal court trial of ERISA claims against major regional financial institution.

- Twice successfully defended appeals to the United States Supreme Court from successful orders in lower appellate courts.

**Admissions:**  Admitted to practice in New Hampshire and before the U.S. District Court of New Hampshire, the 1st Circuit Court of Appeals, and the U.S. Supreme Court. Also admitted in the U.S. District Court for the Northern District of New York. Mr. Fitzgerald has appeared in matters in numerous other jurisdictions including courts in New York, Massachusetts, California, Illinois, Rhode Island, Vermont, New Mexico, Connecticut and Maine.  He has also appeared in American Arbitration Association proceedings in New York City, Boston and Washington, D.C.

**Education:**  Suffolk University Law School. J.D. with honors (1982)
University of New Hampshire, B.A. with honors (1979)

## STEVEN N. FULLER

Steven Fuller is a Partner in Nixon Peabody LLP's Boston office.  He practices in all areas of financial services and broker/dealer litigation, including defending corporate and individual clients in enforcement and disciplinary proceedings before securities industry self-regulatory organizations, the SEC, and state agencies charged with enforcing the securities laws. He has defended regulatory investigations in many jurisdictions nationally, but because of the number of investigations he has defended in the Boston area, he is especially familiar with the administrators and staff at the SEC and NASD district offices, and at the Massachusetts Securities Division.

His experience includes having represented significant "players" in the high-profile post tech bubble government investigations of Wall Street Research and the government's IPO allocation practices.  He frequently counsels brokerages on compliance and internal investigations, and has defended and prosecuted numerous civil lawsuits, administrative proceedings, government investigations, and securities industry arbitrations.   In addition to having successfully litigated SEC subpoena enforcement actions, he has also litigated involuntary exchange delisting proceedings for a public company.

Mr. Fuller is a certified mediator and an accomplished trial lawyer with more than 20 favorable decisions trying cases.  Currently Mr. Fuller is defending clients in the regulatory investigations relating to Mutual Fund Market Timing.

Mr. Fuller has substantial experience defending and prosecuting "raiding" cases, all forms of abusive sales practice cases including suitability, unauthorized trading, improper mark-ups/mark-downs, market manipulation, churning, and misappropriation of information, fraud and theft offenses.

Prior to joining the firm, Mr. Fuller served as an enforcement attorney for the U.S. Securities & Exchange Commission in Boston, and was appointed for a term as a Special Assistant U.S. Attorney in the District of Rhode Island.

**Education**:     Harvard University, J.D., *cum laude*
               Yale University, B.A., *summa cum laude*

## RICHARD C. PEDONE

Richard Pedone joined the Firm in 1995.  Mr. Pedone's practice is focused on bankruptcy and commercial litigation in state and federal courts, including the District of Delaware and the Southern District of New York.  Richard frequently represents creditors in actions to obtain pre-judgment security in state and Federal court.  In addition, he has extensive experience with the prosecution of fraudulent transfer actions.  Richard also has extensive experience in real estate related litigation, including commercial lease disputes, commercial evictions and landlord issues in bankruptcy.

During law school, Mr. Pedone worked for a management company that specialized in turning around financially troubled health care providers.  He also clerked in the office of the Chief Legal Counsel to Governor Weld.  Prior to law school, he worked for a commercial real estate developer and was active in state electoral politics.

**Admissions**:   Admitted to practice in Massachusetts and before the U.S. District Court for the District of Massachusetts.

**Education**:     Boston College, J.D., *cum laude*
               London School of Economics, M.S.c.
               Bates College, B.A.

## JEFFREY B. GILBRETH

Jeffrey B. Gilbreth joined the Labor and Employment group in the fall of 2004. He was a summer associate at the firm during the summer of 2003.

While in law school, Mr. Gilbreth worked as a legal intern in Boston for the Trust for Public Land, where he researched and analyzed state lobbying and campaign finance laws.  He also worked as an intern at the Middlesex County District Attorney's Office, as a staff assistant at the Public Defender's Office in West Hartford, Connecticut, and as an intelligence aide for the Marine Corps Intelligence Activity (MCIA) in Quantico, Virginia.

**Admissions**:   Mr. Gilbreth is admitted to practice in Massachusetts.

**Education**:     Boston College Law School, J.D., *magna cum laude*
               Trinity College, B.A. (Phi Beta Kappa)

## LEE HARRINGTON

Mr. Harrington is a member of the firm's Bankruptcy Practice.  His specialty includes Chapter 7, Chapter 11, and Chapter 13 Bankruptcy.  Prior to joining Nixon Peabody, Mr. Harrington was an associate with Blank Rome Comisky & McCauley, in Philadelphia, where his practice was concentrated on bankruptcy, reorganization, and commercial lending.  After completing law school, Mr. Harrington was a Law Clerk for the Honorable Peter J. Walsh with

the U.S. Bankruptcy Court for the District of Delaware.  While in law school, Mr. Harrington was a Summer Associate at McLane, Graf, Raulerson & Middleton, where he worked in the Bankruptcy, Corporate, Trust and Estates, and Litigation Department.

**Admissions**:  Admitted to practice in Massachusetts, Pennsylvania, and Delaware; United States District Court, District of Massachusetts, United States District Court, Eastern District of Pennsylvania and United States District Court, District of Delaware.

**Education**:   Boston College Law School, J.D.
            University of Massachusetts, Boston, B.A.

## FRANCIS M. MORRISSEY

Mr. Morrissey specializes in the areas of business reorganizations, debtors' and creditors' rights and commercial litigation. He has represented debtors, trustees, secured and unsecured creditors, equity holders, asset purchasers, landlords, insurers, and other interested parties in all aspects of out-of-court restructurings and bankruptcy proceedings.

Mr. Morrissey has extensive experience in all phases of bankruptcy litigation, practice, and case management, from both the debtor's and creditors' perspective, including adversary proceedings and contested matters involving the purchase and sale of assets, debtor-in-possession financing, plan confirmation, the assumption and assignment of executory contracts, and unexpired leases.

His experience includes serving as counsel to a Chapter 11 trustee in the liquidation of a scheduled and charter airline which operated both national and international routes and as debtor's counsel in the successful reorganization of a regional manufacturing company and its Irish subsidiary. Mr. Morrissey has also represented numerous state insurance guaranty funds and associations in turnover, coverage and other litigation in Chapter 11 cases commenced by asbestos manufacturers throughout the country and also regularly represents shopping center and other commercial landlords in both trial and appellate courts in litigation arising from the assumption and assignment of leases in bankruptcy cases.  Prior to joining Nixon Peabody, Mr. Morrissey was a law clerk for the Honorable William C. Hillman, United States Bankruptcy Judge for the District of Massachusetts.

**Education**: Boston University School of Law, J.D., *cum laude*
Paul J. Liacos Distinguished Scholar; G. Joseph Tauro Scholar
University of Massachusetts, B.A.

**Admissions**: Mr. Morrissey is admitted to practice in Massachusetts.

## ANDREW H. TARSY

Andrew H. Tarsy was a member of the firm's Business Litigation and Labor and Employment groups and the Government Investigations and White Collar Defense team.  He focused on the representation of clients in litigation and regulatory actions as well as conducting internal audits and investigations and developing compliance and prevention programs.

Prior to joining the firm Mr. Tarsy served as Civil Rights Counsel for the Anti-Defamation League in Boston and worked as a labor and employment litigation associate at the law firm of Vladeck, Waldman, Elias & Engelhard PC in New York City.  Mr. Tarsy also served as a Trial Attorney with the United States Department of Justice, in the Civil Rights Division.

**Admissions**:  Mr. Tarsy is admitted to practice in Massachusetts.  Admission to the New Hampshire and New York state bars is pending.

**Education**:     George Washington University Law School, J.D., *with honors*
Cornell University, B.A.

EXHIBIT C-1 (pgs 2-22)

Identifying, Preserving, or Liquidating Receivership Assets

**Prebill Matter Summary**

| | Claim/ Reference No. | Rate Level | Fees | Disbursements |
|---|---|---|---|---|
| Matter  000002 SEC v. Bleidt, et al. | | 1 | 193,653.50 | 0.00 |

**Matter Trust Information**

| Matter | Trust Balance |
|---|---|
| 000002 – SEC v. Bleidt, et al. | $ 1,267.42 |

**Prebill  Timekeeper Summary**

| Atty. | Rate | Hrs. | Fees | Edit |
|---|---|---|---|---|
| 0130 - Morrissey, Francis | 280.00 | 91.60 | 25648.00 | _____ |
| 0272 - Gilbreth, Jeffrey | 245.00 | 141.80 | 34741.00 | _____ |
| 0529 - Walker, Lauri | 75.00 | 1.50 | 112.50 | _____ |
| 0961 - Ahern, Veronica M | 420.00 | 19.60 | 8232.00 | _____ |
| 1296 - McBurney, Christian M | 420.00 | 2.00 | 840.00 | _____ |
| 2346 - Harrington, Lee | 280.00 | 21.40 | 5992.00 | _____ |
| 5976 - Vicinanzo, David | 420.00 | 10.60 | 4452.00 | _____ |
| 7026 - Gorney, Howard N. | 420.00 | 0.80 | 336.00 | _____ |
| 7216 - Fitzgerald, Kevin M. P.C. | 420.00 | 196.50 | 82530.00 | _____ |
| 7293 - Fuller, Steven N. | 420.00 | 22.20 | 9324.00 | _____ |
| 7325 - Hood, James C. | 420.00 | 21.50 | 9030.00 | _____ |
| 7329 - Pedone, Richard C. | 420.00 | 29.50 | 12390.00 | _____ |
| 8114 - Cameron, Patricia | 130.00 | 0.20 | 26.00 | _____ |

| **Payor Billing History - (#036552)  United States District Court (MA) Receiv** | | |
|---|---|---|
| | Year To Date | |
| | Fees | Disbursements |
| Amount Billed | $0.00 | $0.00 |
| Amount Received | $0.00 | $0.00 |
| (Including A/R and Write Offs) | | |

Client number 036552
Prebill Number 2129515

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| Date Time ID | Atty. | Narrative | Hrs. | Fees | Edit |
|---|---|---|---|---|---|
| **12/01/04** 15238216 | 0272 - J. Gilbreth | Meet with F. Morrissey regarding securing art work at WBIX station on Canal Street. | 0.20 | 49.00 | _____ |
| **12/01/04** 15238231 | 0272 - J. Gilbreth | Meet with R. Ramos, police chief in Manchester, MA regarding Bonnie Bleidt's removal of clothing from her home.  Observe Bonnie Bleidt remove clothing from (also in attendance C. Rumpf and Manchester police officer, Aiello). | 4.50 | 1102.50 | _____ |
| **12/01/04** 15241939 | 2346 - L. Harrington | Visit offices to review mail and corporate documents. | 1.40 | 392.00 | _____ |
| **12/01/04** 15241708 | 7329 - R. Pedone | Attention to issues with landlord and personal personal property. | 0.30 | 126.00 | _____ |
| **12/01/04** 15241709 | 7329 - R. Pedone | Attention to disposition of Celtics tickets including conference with SEC and review of correspondence regarding same. | 0.40 | 168.00 | _____ |
| **12/01/04** 15241710 | 7329 - R. Pedone | Work obtaining tax ID number and establishing accounts. | 0.30 | 126.00 | _____ |
| **12/02/04** 15241325 | 5976 - D. Vicinanzo | Prepare for and attend hearing in front of Judge Gertner.  Plan meeting with counsel and SEC.  Deal with Bleidt personal property issues.  Meet with counsel for ████████. | 4.50 | 1890.00 | _____ |
| **12/02/04** 15247830 | 0130 - F. Morrissey | Extensive conference with Alan Rose regarding possible dissipation of assets at EZ Storage; conference with D. Fitzgerald, Phil Koski, D. Vicinanzo and Lauchlan Wash regarding same; review SEC's injunction papers, affidavits and exhibits; conference with K. Fitzgerald regarding same; attend and participate at preliminary injunction hearing; prepare draft letter to A. Rose; further research regarding receivership law; review memo from T. McCord regarding wage | 9.00 | 2520.00 | _____ |

Client number 036552
Prebill Number 2129515

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

|  |  |  |  |  |
|---|---|---|---|---|
| | | and benefit liabilities at FPPS and APAM; review A. Rose's e-mail regarding Bonnie Bleidt's personal property; forward copy of the order appointing receiver and preliminary injunction to Frank Libby, Alec Langer and Sean Abbott; conference with Sean Abbott regarding procedures to turn over 26 Procter Street. | | |
| **12/02/04** 15239725 | 0272 - J. Gilbreth | Phone calls to C. Rumpf and Chief Ramos (Manchester P.D.) regarding events of 12/1/04.. | 0.30 | 73.50 _____ |
| **12/02/04** 15239761 | 0272 - J. Gilbreth | E-mail to F. Morrissey and D. Vicinanzo regarding events at WBIX radio station on 11/30/04 and events at home on Procter Street on 12/1/04.  Meet with F. Morrissey regarding same. | 0.70 | 171.50 _____ |
| **12/02/04** 15239770 | 0272 - J. Gilbreth | Meet with F. Morrissey and D. Vicinanzo regarding searches of storage facilities. | 0.60 | 147.00 _____ |
| **12/02/04** 15239776 | 0272 - J. Gilbreth | Search Bleidt storage facilities in Ipswich and Peabody. | 4.10 | 1004.50 _____ |
| **12/02/04** 15241985 | 2346 - L. Harrington | Meeting with F. Morrissey and R. Pedone regarding case status and tasks for immediate attention; visit WBIX to facilitate recovery of equipment; research, prepare and file notice with U.S. District Court of Northern District of Florida with Receiver's appointment order and complaint; telephone call to N. Foss regarding access to buildings and need to pay utilities; meeting with K. Harris regarding budget going forward. | 4.60 | 1288.00 _____ |
| **12/02/04** 15241750 | 7329 - R. Pedone | Review various issues and coordinate filing of Florida notice with Mr. Harrington. | 0.60 | 252.00 _____ |
| **12/02/04** 15241802 | 7329 - R. Pedone | Work coordinating access and accounting of storage units and accounting of contacts. | 0.50 | 210.00 _____ |
| **12/02/04** | 7329 - R. Pedone | Conference with Mr. Fitzgerald regarding | 1.40 | 588.00 _____ |

Client number 036552
Prebill Number 2129515

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | |
|---|---|---|---|---|
| 15241875 | | background facts and assets in each entity; work incorporating same into asset memo. | | |
| **12/02/04**<br>15241910 | 7329 - R. Pedone | Begin review of Ms. Bleidt's deposition transcript. | 0.60 | 252.00 |
| **12/03/04**<br>15257449 | 5976 - D. Vicinanzo | Conferences with FBI regarding records and computers.  Organizing asset search/maintenance.  Conference with S. Abbott.  Conference with B. Bleidt.  Conferences with various SEC officials regarding pending issues.  Conferences with victims' lawyers. | 2.70 | 1134.00 |
| **12/03/04**<br>15252390 | 0130 - F. Morrissey | Extensive conference with R. Pedone regarding miscellaneous receivership issues; prepare memoranda concerning scope of Receiver's powers and duties and next steps; follow up with P. Koski of SEC regarding collecting documents relevant to receivership claims and assets; extensive conference with D. Vicinanzo regarding turnover of 26 Procter Street; conference with D. Vicinanzo regarding correspondence received from J. Ganz and Mittman; extensive conference with J. Gilbreth regarding meeting with S.A. Regan and search of various Bleidt storage lockers; extensive telephone conference with Sean Abbott regarding turnover of 26 Procter Street; conference with D. Vicinanzo regarding same; review list of Bleidt vehicles; forward same to R. Pedone; review e-mail from Brian Jacobson regarding back up date for FPPS computers. | 9.00 | 2520.00 |
| **12/03/04**<br>15247607 | 0272 - J. Gilbreth | Draft email to F. Morrissey and D. Vicinanzo regarding inspection of storage lockers in Ipswich, MA and Peabody, MA. | 0.40 | 98.00 |
| **12/03/04**<br>15251206 | 2346 - L. Harrington | 60 to 205 Portland and 164 Canal Street to review and retrieve mail.  Meet with K. Harris and facilitate recovery of broadcast equipment by J. Marable. | 2.50 | 700.00 |
| **12/03/04** | 7329 - R. Pedone | Continue review of deposition to identify | 1.20 | 504.00 |

Client number 036552
Prebill Number 2129515

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | |
|---|---|---|---|---|
| 15247327 | | assets. | | |
| **12/03/04**<br>15247347 | 7329  -  R. Pedone | Attention to ▮▮▮▮▮▮ Filings (.2).  Work on global memorandum regarding tasks to be performed.  Conference regarding same with Mr. Morrissey. | 1.80 | 756.00 | _____ |
| **12/05/04**<br>15247492 | 7329  -  R. Pedone | Continue to revise asset chart and index. | 0.80 | 336.00 | _____ |
| **12/06/04**<br>15257510 | 5976  -  D. Vicinanzo | Conference with F. Morrissey regarding property collection/management. Conference with S. Fuller regarding WEC transfer, asset freezes, etc. | 1.30 | 546.00 | _____ |
| **12/06/04**<br>15342671 | 0130  -  F. Morrissey | Further research regarding scope of receivers duties and powers, including power to sell free and clear and substantively consolidate various Bleidt entities; revise draft memo in accordance with same; schedule meeting with Phil Koski and Tony Jordan regarding estate asset and claims, nature of Bleidt's fraud and documents assembed by SEC; telephone conference with P. Koski regarding same; review various e-mails from D. Vicinanzo, R. Fitzgerald and A. Langer regarding sale of radio station; review receivership order regarding employment of a broker; extensive conference with J. Gilbreth regarding 26 Procter issues; review and respond to e-mail from Bonnie Bleidt regarding property at 26 Procter Street. | 7.50 | 2100.00 | _____ |
| **12/06/04**<br>15252924 | 0272  -  J. Gilbreth | Telephone call with C. Rumpf regarding access to Proctor St. residence. Telephone call with SA D. Regan regarding same. | 0.30 | 73.50 | _____ |
| **12/06/04**<br>15251337 | 7329  -  R. Pedone | Complete review of Bonnie Bleidt's deposition and incorporate information into tracking table.  Revise table. | 1.40 | 588.00 | _____ |
| **12/06/04**<br>15251339 | 7329  -  R. Pedone | Prepare for meeting with SEC regarding tracking assets. | 0.20 | 84.00 | _____ |

Client number 036552
Prebill Number 2129515

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | |
|---|---|---|---|---|
| **12/06/04**<br>15251344 | 7329 - R. Pedone | Attention to issue regarding hiring broker and conversation regarding same with Receiver. | 0.30 | 126.00 _____ |
| **12/07/04**<br>15257176 | 0130 - F. Morrissey | Meet S. Fuller and R. Pedone concerning status of WEC accounts; notice of order and related issues (.8); meet with SEC regarding various receivership issues (1.5); prepare memorandum regarding meeting; work on creditor matrix and related issues (1.5); conference with D. Vicinanzo regarding status of matters (.4); conference call with Bleidt team (1.0); conference with L. Harrington regarding mail issues and other matters; extensive conference with S. Fuller and R. Pedone regarding status of case and next steps (.5); telephone Andria Abbott, Allen Horsley, Dennis Reagan, Steve Fuller and D. Vicinanzo regarding 26 Proctor Street (1.0); prepare e-mail to Ronnie Ahern and FCC issues (.4); prepare e-mail to Jeff Gilbreth regarding assets and records located at 26 Proctor Street and various storage facilities (.9); prepare memorandum to S. Fuller and R. Pedone regarding open maters (1.5); prepare memo regarding Filter Fresh Coffee lease; respond to Bleidt's request to remove art from Portland Streeet; conference with D. Vicinanzo and J. Gilbreth regarding same; telephone conference with J. DeLuca regarding turnover of "corporate files" to WEC; conference with S. Fuller regarding same; conference with J. Gilbreth and D. Vicinanzo regarding FBI's request to image FPPS and APAM computers; review various e-mails regarding health insurance issues. | 11.00 | 3080.00 _____ |
| **12/07/04**<br>15259656 | 0272 - J. Gilbreth | Weekly conference call with D. Vicinenzo, T. McCord, F. Morrissey, R. Pedone, S. Fuller and K. Fitzgerald. Telephone call with D. Regan (FBI) regarding access to Proctor Street and storage units (3). Telephone call with A. Rose, Jr., regarding same (x2). Telephone call with C. Rumpf regarding same. Telephone call with T. Hutkins regarding same. Draft email of plans for 12-8-04 to F. Morrissey, D. Vicinanzo, S. Fuller and K. Fitzgerald. | 3.30 | 808.50 _____ |

Client number 036552
Prebill Number 2129515

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | |
|---|---|---|---|---|
| **12/07/04**<br>15257389 | 7216 - K. Fitzgerald | Review multiple office meetings regarding status reports on pending issues.  Group conference regarding same and work on ongoing action plan. Multiple conferences and office meetings regarding personal property, tenancy, broker/dealer, employment and WBIX issues. | 5.20 | 2184.00 _____ |
| **12/07/04**<br>15262399 | 7329 - R. Pedone | Prepare for meeting and meet with SEC staff at their office to review asset tracking and collaborate efforts including coordinating subpoena issuance, tracing funds and possible claims.<br><br>TRANSFERRED | 1.10 | 462.00 _____ |
| **12/07/04**<br>15262435 | 7329 - R. Pedone | Begin work drafting wage/bank account motion and conference with Mr. Fuller regarding strategy and content of motion. | 0.40 | 168.00 _____ |
| **12/08/04**<br>15259314 | 0130 - F. Morrissey | Conference with R. Pedone and S. Fuller regarding various receivership issues; extensive conference with D. Vicinanzo and J. Gilbreth regarding 26 Procter Street issues; attention to investor matrix issues; address Egan's request to use FPPS computers to generate bills; review various e-mails regarding sale of WBIX. | 3.00 | 840.00 _____ |
| **12/08/04**<br>15259535 | 0272 - J. Gilbreth | Enter Proctor Street in Manchester with C. Rumpf, Bonnie Bleidt, Bonnie Bleidt's father, SA D. Regan of FBI and other federal agents.  Inventory and tag all items in house and garage that are the Bleidt's.  Access storage units in Ipswich, and Peabody so FBI can search for financial records.  Access and inventory Bonnie Bleidt's storage unit in Peabody.  Access and inventory  Brad Bleidt's storage unit in Wilmington. | 8.60 | 2107.00 _____ |
| **12/08/04**<br>15266084 | 2346 - L. Harrington | Visit 205 Portland Street to view/sort incoming mail. | 0.50 | 140.00 _____ |
| **12/09/04**<br>15269125 | 0272 - J. Gilbreth | Draft Pro Hac Vice papers for K. Fitzgerald.  Meeting with S. Fuller, R. Pedone, L. Harrington, T. McCord regarding asset security and storage. Email to same regaridng FBI turnover of documents to SEC.  Telephone call with | 6.00 | 1470.00 _____ |

Client number 036552
Prebill Number 2129515

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | D. Regan regarding same. Obtain mail from Portland Street. Meet with K. Harris at Portland Street regarding financial records and buy-off employees. E-mail ▮▮▮▮▮▮ regarding same and moving prices for Bleidt assets. | | | |
|---|---|---|---|---|---|---|
| **12/09/04** 15304984 | 2346 - L. Harrington | | Attend meeting of NP team to delegate work going forward and report on progress to date; prepare memo to file on negotiable instruments recovered on site. | 2.10 | 588.00 | _____ |
| **12/09/04** 15271365 | 7329 - R. Pedone | | Draft motion to have funds in various bank accounts transferred to Receiver account. | 0.80 | 336.00 | _____ |
| **12/09/04** 15271372 | 7329 - R. Pedone | | Review all documents identifying account and review balance information; draft table summarizing same. | 1.60 | 672.00 | _____ |
| **12/09/04** 15271384 | 7329 - R. Pedone | | Meeting with Ms. Walker to finalize setting up bank accounts. | 0.30 | 126.00 | _____ |
| **12/09/04** 15271529 | 7329 - R. Pedone | | Review email regarding search for autos. | 0.20 | 84.00 | _____ |
| **12/09/04** 15271530 | 7329 - R. Pedone | | Review Fleet demand on bank account and analyze setoff rights. | 0.60 | 252.00 | _____ |
| **12/10/04** 15269234 | 0272 - J. Gilbreth | | Telephone call to K. Harris regarding mail at Portland Street. Telephone call to S. Ngan regarding same. Telephone call to R. Lohwater regarding same. Telephone call to D. Regan regarding chain of custody issues when turning materials over to SEC. Pick up mail at Portland Street. Telephone call to S. Ngan regarding mail at other FPPS facilities. Telephone call to D. Regan regarding victim list. Telephone call to K. Griffin regarding same. Telephone call with Gentle Giant regarding moving items out of Proctor Street and storage facilities and storing them at Gentle Giant facility. | 2.60 | 637.00 | _____ |

Client number 036552
Prebill Number 2129515

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | | |
|---|---|---|---|---|---|
| **12/10/04**<br>15277546 | 2346 - L. Harrington | Coordinate retrieval of mail from various locations; telephone call to R. Lohwater at WEC regarding delivery of WEC mail; meeting with S. Fuller regarding return of victim negotiable instructions; draft letters for return of victim negotiable instruments; draft memo regarding victim negotiable instruments in Receiver's possession. | 2.10 | 588.00 | _____ |
| **12/10/04**<br>15277471 | 0529 - L. Walker | Set up accounts at Citizens Bank | 1.00 | 75.00 | _____ |
| **12/10/04**<br>15341898 | 7329 - R. Pedone | Coordinate system regarding accounting. | 0.50 | 210.00 | _____ |
| **12/10/04**<br>15341919 | 7329 - R. Pedone | Attention to reversal of WEC funds. | 0.30 | 126.00 | _____ |
| **12/10/04**<br>15341924 | 7329 - R. Pedone | Further work establishing bank accounts and tracking system. | 0.70 | 294.00 | _____ |
| **12/13/04**<br>15279223 | 0272 - J. Gilbreth | Draft email to B. Kirchner Bledit regarding moving items out of Proctor Street.  Draft memo regarding activities of 12/8/04.  Draft inventory of Proctor Street taken 12/8/04.  Draft email regarding codes for doors at Canal/Portland St.  Obtain and fax victim list to S. Fuller.  Telephone call with R. Lohwater regarding mail to WEC (x2).  Telephone call with L. Harrington regarding same. | 2.80 | 686.00 | _____ |
| **12/13/04**<br>15280904 | 7216 - K. Fitzgerald | Work on and multiple conferences regarding WBIX sale/marketing matters.  Multiple telephone conferences and correspondence with M. Indick regarding process for securing offer from Prides Capital.  Multiple conferences and office meetings regarding employee wage and benefit issues. | 3.00 | 1260.00 | _____ |
| **12/13/04**<br>15279630 | 0961 - V. Ahern | Preparation of Form 316 (notice of involuntary transfer) for FCC; telephone call with Allan Moskowitz. | 2.20 | 924.00 | _____ |
| **12/14/04** | 0272 - J. Gilbreth | Email S. Fuller inventory of Ipswich and Peabody Storage units.  Telephone call | 2.60 | 637.00 | _____ |

Client number 036552
Prebill Number 2129515

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | | |
|---|---|---|---|---|---|
| 15279451 | | with K. Harris regarding mail forwarded to Nixon Peabody.  Email R. Lohwater regarding files at FPPS and walk-through at Beverly and Canal Street locations.  Meet with T. McCord regarding mail.  Meet with S. Fuller regarding mail, R. Lohwater document requests.  Inventory of Proctor Street.  Telephone call to D. Regan regarding leases. | | | |
| **12/14/04**<br>15281089 | 7216 - K. Fitzgerald | Multiple conferences and office meetings regarding status of WBIX, sales effort, employee wage and benefit issues, motion to unfreeze accounts, research regarding receivership authority to bar private claims, landlord/tenant matters and broker/dealer claims/issues.  SEC conference call regarding status and strategy.  Multiple correspondence with M. Indick and A. Langer regarding WBIX due diligence materials and appraisals.  ~~...~~ Multiple conferences and office meetings regarding resolution of impending cancellation of employee health insurance. | 3.20 | 1344.00 | _____ |
| **12/14/04**<br>15341818 | 7329 - R. Pedone | Attention to ~~...~~ | 0.30 | 126.00 | _____ |
| **12/14/04**<br>15341823 | 7329 - R. Pedone | Attention to manner for dealing with ~~...~~ | 0.20 | 84.00 | _____ |
| **12/14/04**<br>15286368 | 0961 - V. Ahern | Preparation of Form 316. | 0.80 | 336.00 | _____ |
| **12/15/04**<br>15299472 | 0130 - F. Morrissey | Telephone call with R. Ahern regarding 316 Filing for WBIX. | 0.20 | 56.00 | _____ |
| **12/15/04**<br>15291497 | 0272 - J. Gilbreth | Draft memo to D. Vicinanzo and NP team regarding events on 12/8 including storage lockers, Proctor St searches by FBI; draft inventories of same. | 1.70 | 416.50 | _____ |
| **12/15/04** | 0272 - J. Gilbreth | Pick up mail at Portland St.; drop off/pick up documents from T. Maloney.  Meet | 1.60 | 392.00 | _____ |

Client number 036552
Prebill Number 2129515

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | |
|---|---|---|---|---|
| 15291515 | | with K. Harris regarding mail, accounts, keys to Portland St., accessing other locations. | | |
| **12/15/04**<br>15291556 | 0272 - J. Gilbreth | Email S. Fuller and Boston team regarding arbitration filed against B. Bledit, WEC & APAM.  Meet with T. Maloney regarding documents from K. Harris; email S. Fuller and Boston team regarding keys and access codes to Portland St. and Canal St. | 1.00 | 245.00 _____ |
| **12/15/04**<br>15291642 | 0272 - J. Gilbreth | Email Fuller and Boston team regarding mail, keys and access codes, contact list, arbitration filing, financial accounts, removing equipment from Beverly, Peabody & Braintree locations. Telephone call with T. Mahoney regarding documents for K. Harris. | 1.50 | 367.50 _____ |
| **12/15/04**<br>15285590 | 7216 - K. Fitzgerald | Multiple conferences and office meetings regarding WBIX marketing issues, production of appraisals and due diligence materials for potential buyers, discussion of proposed non-exclusive brokerage agreement with R.L. Sharpe Ltd., and ongoing negotiations with Prides Capital.  Multiple correspondence with A. Langer and M. Indick and K. Richardson of Prides Capital regarding same.  Extended telephone conference with A. Moccia, counsel to investor ▄▄▄▄▄▄▄▄▄▄ regarding status of receivership and potential interests/claims of individual investors. Multiple conferences and office meetings regarding initiation of private NASD arbitration claim in apparent violation of stay and responsive strategy.  Multiple office meetings regarding WEC account management and transfer activity FPPS/APAM employee compensation and benefit issues, landlord/tenant issues and plan for disposition of inventoried personal property. Conference regarding ongoing research on powers of receiver to bind indivdual investors and convey good title to receivership assets. | 4.80 | 2016.00 _____ |
| **12/15/04**<br>15303523 | 2346 - L. Harrington | Revise, finalize, file and serve motion to release funds from frozen accounts. | 3.50 | 980.00 _____ |

Client number 036552
Prebill Number 2129515

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | | |
|---|---|---|---|---|---|
| **12/15/04**<br>15333822 | 0529 - L. Walker | Cut check for Blue Cross Blue Shield. Meet with R. Pedone. | 0.50 | 37.50 | _____ |
| **12/15/04**<br>15309046 | 7329 - R. Pedone | Attention to establishing bank accounts and email with Ms. Walker regarding same. | 0.30 | 126.00 | _____ |
| **12/15/04**<br>15309055 | 7329 - R. Pedone | Email to Mr. Fitzgerald regarding Langer sale issues. | 0.20 | 84.00 | _____ |
| **12/16/04**<br>15296823 | 0272 - J. Gilbreth | Draft Pro Hac Vice papers for K. Fitzgerald.  Telephone call with R. Lohwater regarding mail.  Consolidate inventories of Proctor St. and storage units.  Review mail from Proctor Street.  Draft memo regarding events of 12/8/04. | 1.90 | 465.50 | _____ |
| **12/16/04**<br>15296839 | 0272 - J. Gilbreth | Meet with S. Fuller, Bonnie Bleidt and A. Rose regarding property in Bonnie Bleidt's possession and division of property. | 2.20 | 539.00 | _____ |
| **12/16/04**<br>15296850 | 0272 - J. Gilbreth | Telephone call with C. Runpf regarding removal of items from Proctor St., email Bonnie Bleidt regarding same.  Update contact list. | 0.60 | 147.00 | _____ |
| **12/16/04**<br>15301897 | 7216 - K. Fitzgerald | Multiple correspondence with A. Langer and R. Sharpe regarding ongoing sales effort, brokerage agreement proposal and preparation and production of appraisals and due diligence information; correspondence with Attorney F. Libby regarding review of proposed Langer agreement. Multiple office meetings regarding i▒▒▒▒▒▒▒ ▒▒▒▒▒▒▒▒▒▒▒▒▒ Multiple correspondence with Stephan Sloam regarding agreement to produce WBIX appraisal performed by BIA Financial. Analyze same.  Correspondence with Attorney Hamer regarding Fleet action. Analyze same.  Correspondence with M. Indick of Prides Capital regarding same. Office meeting regarding filing of FCC notice of assignment. Review and revise Receivership task list.  Analyze correspondence and report from A. Jordan/SEC regarding Bleidt/WBIX | 4.10 | 1722.00 | _____ |

Client number 036552
Prebill Number 2129515

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

Shared Visions account acitvity.

| | | | | |
|---|---|---|---|---|
| **12/16/04**<br>15303506 | 2346 - L. Harrington | Coordinate access to WBIX Studies to retrieve documents for J. Harris; finalize, file and serve K. Fitzgerald pro hac vice motion; devise time codes and file system for receivership work; review Fleet set off motion. | 2.30 | 644.00 | _____ |
| **12/16/04**<br>15298987 | 0961 - V. Ahern | Preparation of Form 316 Exhibits, telephone call with Moskowitz. | 4.00 | 1680.00 | _____ |
| **12/17/04**<br>15308340 | 0130 - F. Morrissey | Research concerning bank's right of set off; prepare opposition to set off motion. | 7.00 | 1960.00 | _____ |
| **12/17/04**<br>15305384 | 0272 - J. Gilbreth | Email S. Fuller regarding removal of Bonnie Bleidt's items. | 0.10 | 24.50 | _____ |
| **12/17/04**<br>15305394 | 0272 - J. Gilbreth | Draft letter to L. Walsh regarding Bleidt joint inst. account. | 0.30 | 73.50 | _____ |
| **12/17/04**<br>15305410 | 0272 - J. Gilbreth | Coordinate mail forwarding from Manchester, Beverly, Peabody, Braintree, Portland St., Canal St.  Meet with K. Healey regarding same. | 1.80 | 441.00 | _____ |
| **12/17/04**<br>15305439 | 0272 - J. Gilbreth | Notify M. Balthazard, P. Koski & D. Regan of offsite storage facility used by FPPS. | 0.70 | 171.50 | _____ |
| **12/17/04**<br>15303465 | 7329 - R. Pedone | Prepare for ▬▬▬▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬ and participate in team conference call regarding ▬▬▬▬ ▬▬d strategy. | 0.80 | 336.00 | _____ |
| **12/17/04**<br>15303474 | 7329 - R. Pedone | Attention to accounting issues. | 0.30 | 126.00 | _____ |
| **12/20/04**<br>15313947 | 0130 - F. Morrissey | Work on opposition to set off motion; prepare letter to R. Gemma regarding same; conference with R. Pedone and K. Fitzgerald regarding same; review research regarding ▬▬▬▬▬▬▬▬▬▬▬▬; telephone conference with R. Gemma | 9.00 | 2520.00 | _____ |

Client number 036552
Prebill Number 2129515

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

regarding set off motion and potential settlement; review SEC spreadsheet regarding shared division payments; extensive conference with K. Harris regarding███████

| | | | | | |
|---|---|---|---|---|---|
| **12/20/04**<br>15305503 | 0272 - J. Gilbreth | Telephone call with A. Horsley regarding removal of items from Proctor Street. Draft and fax letter to C. Rumpf regarding same. | 0.30 | 73.50 | _____ |
| **12/20/04**<br>15310349 | 7329 - R. Pedone | Conference call regarding ███████ with Mr. Fitzgerald. | 0.60 | 252.00 | _____ |
| **12/20/04**<br>15310355 | 7329 - R. Pedone | Conference call regarding ███████; attention to scheduling call; conference with ███████ | 0.80 | 336.00 | _____ |
| **12/20/04**<br>15310361 | 7329 - R. Pedone | Work on tracing ███████ | 0.30 | 126.00 | _____ |
| **12/21/04**<br>15318551 | 0130 - F. Morrissey | Extensive conference call with SEC; conference with K. Fitzgerald and R. Pedone regarding ███████; conference with K. Harris regarding ███████ extensive conference with R. Gemma regarding ███████; telephone conference with ███████; forward same to R. Gemma. | 9.00 | 2520.00 | _____ |
| **12/21/04**<br>15316020 | 0272 - J. Gilbreth | Email to NP Team regarding letter to victims, FBI removal of docs from Canal/Portland Street; WEC removal of docs. | 0.60 | 147.00 | _____ |
| **12/21/04**<br>15310526 | 7329 - R. Pedone | Conference call with Mr. Fitzgerald and Mr. Morrissey reviewing ███████ issues, wage issues, insurance claim issues and ███████ | 1.20 | 504.00 | _____ |
| **12/22/04** | 0272 - J. Gilbreth | Conference call with S. Fuller, F. | 0.90 | 220.50 | _____ |

Client number 036552
Prebill Number 2129515

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | | |
|---|---|---|---|---|---|
| 15325671 | | Morrissey and R. Pedone; sort mail; pick up collateral document for negotiations ▮▮▮▮▮ from 205 Portland St. | | | |
| **12/22/04**<br>15319626 | 7216 - K. Fitzgerald | Multiple conferences and correspondence regarding ▮▮▮▮▮ and multiple telephone conference with Judge Gertner's Chambers regarding same and Court's allowance of Receiver's Motion for Relief pending filing of Stipulation. Multiple conferences and office meetings regarding conclusion of agreement ▮▮▮▮▮ ▮▮▮▮▮ Telephone conference and correspondence with M. Indick regarding ongoing due diligence by Prides Capital and provision of Media Services appraisal. Analyze Media Services appraisal and multiple conrrespondence with A. Langer regarding same and scheduling of additional meetings with potential buyers of WBIX. Telephone conference with R. Sharpe regarding proposal to provide receivership with commission based brokerage services for WBIX. Multiple conferences and correspondence regarding management of inquiries/complaint regarding receiver's correspondence to FPPS/APAM customers. | 3.80 | 1596.00 | _____ |
| **12/23/04**<br>15326410 | 7026 - H. Gorney | Attend to ▮▮▮▮▮ | 0.80 | 336.00 | _____ |
| **12/23/04**<br>15329278 | 2346 - L. Harrington | Review WEC proposed disbursements; finalize, file and serve stipulation with Fleet Bank regarding set off of funds. | 1.70 | 476.00 | _____ |
| **12/28/04**<br>15330610 | 0130 - F. Morrissey | Conference with K. Fitzgerald and R. Pedone (1.0); telephone conference with R. Gemma; prepare letter to Gemma regarding ▮▮▮funds; work on memo concerning Receiver's power to sell assets free and clear and substantively consolidate receivership entities. | 3.00 | 840.00 | _____ |
| **12/28/04**<br>15330640 | 0130 - F. Morrissey | Conference with R. Pedone and K. Fitzgerald; work on memo regarding Receiver's powers to sell free and clear; review and analyze Lancer pleadings. | 4.00 | 1120.00 | _____ |

Client number 036552
Prebill Number 2129515

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| Date / ID | Timekeeper | Description | Hours | Amount | |
|---|---|---|---|---|---|
| 12/28/04<br>15328723 | 0272 - J. Gilbreth | Telephone call with R. Lohwater regarding disbursement requests.  Meet with M. Frouzbahkt regarding Diner's Club credit and customer certifications. | 1.20 | 294.00 | _____ |
| 12/28/04<br>15335380 | 7216 - K. Fitzgerald | Multiple office meetings and conferences regarding WEC inspection of client documents located at Portland Street and Canal Street premises.  Multiple office meetings and conduct status and planning meeting including development of recommendation for Court regarding scope of receivership authority organization and structure of victim- program, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.  Communications from U.S. Attorney and FBI to possible Bleidt victims, reconciliation and administration of WBIX accounts payable and accounts receivable and mechanism for facilitating payment of current bills by A. Langer, landlord/tenant utilities issues, payroll and benefits analysis and arrangements for issuance of running of payroll by receivership.  Multiple correspondence and telephone conference with A. Langer regarding analysis of WBIX past and current obligations by Clear Channel Communications and analyze Clear Channel agreement.  Multiple office meetings and conferences regarding solicitation of investors by private attorneys proposing to assert claims within potential scope of receiver's authority. | 4.80 | 2016.00 | _____ |
| 12/28/04<br>15328638 | 7329 - R. Pedone | Team conference call to review status of tasks, strategy on claim and radio station issues. | 0.60 | 252.00 | _____ |
| 12/28/04<br>15328766 | 7329 - R. Pedone | Calls to coordinate removal of needed personal property and valuate property. | 0.30 | 126.00 | _____ |
| 12/29/04<br>15333559 | 0272 - J. Gilbreth | Meet with R. Pedone regarding moving art work, provide mail to K. Harris; email D. Vicinanzo regarding keys to Canal Street. | 0.90 | 220.50 | _____ |

Client number 036552
Prebill Number 2129515

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | | |
|---|---|---|---|---|---|
| **12/29/04**<br>15333573 | 0272 - J. Gilbreth | Secure artwork at 164 Canal St. & 205 Portland Street.  Prepare locations for moving artwork.  Meet with  K. Harris regarding mail and COBRA.  Telephone call with J. Torkinson regarding registration of APAM and FPPS in FL. | 1.70 | 416.50 | _____ |
| **12/29/04**<br>15333582 | 0272 - J. Gilbreth | Email to S. Fuller regarding ▓▓▓▓ and ▓▓▓▓.  Email to R. Lohwater regarding same.  Schedule movers to move artwork. | 0.80 | 196.00 | _____ |
| **12/30/04**<br>15337871 | 0272 - J. Gilbreth | Phone call with D. Regan regarding meeting at 205 Portland Street on 1/3/05 so he can remove all original documents.  Phone call with K. Harris and F. Morrissey regarding accounts receivable and accounts payable. | 0.40 | 98.00 | _____ |
| **12/30/04**<br>15337988 | 0272 - J. Gilbreth | Phone call with ▓▓▓▓ (DOL) regarding Bleidt's possible embezzlement from Gilette and Verizon retirement accounts.  Phone call with M. Norman regarding possible insurance on artwork. | 0.40 | 98.00 | _____ |
| **12/30/04**<br>15338017 | 0272 - J. Gilbreth | Meet with B. Kirchner-Bleidt regarding her personal mail, storage, paintings in her possession. | 0.90 | 220.50 | _____ |
| **12/30/04**<br>15338048 | 0272 - J. Gilbreth | Meet with T. McCord regarding DOL issue.  Review and approve customer distributions.  Call with K. Harris regarding key to office containing artwork. | 1.10 | 269.50 | _____ |
| **12/30/04**<br>15338061 | 0272 - J. Gilbreth | Call with K. Harris regarding access to office containing artwork.  Fax confirmation to art movers. | 0.50 | 122.50 | _____ |
| **12/30/04**<br>15339081 | 7329 - R. Pedone | Attention to Art. | 0.20 | 84.00 | _____ |
| **01/03/05**<br>15348897 | 0272 - J. Gilbreth | Email K. Fitzgerald regarding DOL.  Meet with R. Pedone regarding moving art and mail. | 0.40 | 98.00 | _____ |

Client number 036552
Prebill Number 2129515

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | | |
|---|---|---|---|---|---|
| **01/03/05**<br>15348902 | 0272 - J. Gilbreth | Meet with J. Schegel regarding elevator use for art move.  Meet with M. Dunham regarding same. | 0.30 | 73.50 | _____ |
| **01/04/05**<br>15349086 | 0272 - J. Gilbreth | Oversee Walsh movers removal of artwork from 164 Canal Street and 205 Portland and moving it to 100 Street. Oversee WEC's removal of client documents from 164 Canal Street. | 5.80 | 1421.00 | _____ |
| **01/04/05**<br>15353692 | 7216 - K. Fitzgerald | Conduct conference regarding work on proposed recommendation to Court regarding scope of receiverhsip authority to convey title free of liens and bring actions against third parties.  Telephone conference with Attorney Moccia (counsel to ▮▮▮▮▮▮▮) regarding victims meeting.  Conference regarding status report on ongoing matters. Correspondence from A. Langer regarding status of WBIX sales and managements efforts. | 3.30 | 1386.00 | _____ |
| **01/05/05**<br>15362676 | 7216 - K. Fitzgerald | Multiple conferences and office meetings regarding discussions with counsel to B. Bleidt regarding property division proposals and related analysis required. Office meeting and conference regarding Show Cause Order from Massachusetts Division of Insurance.  Analyze same. Work on analysis of proposed radio station marketing and disposition of Sales Proceeds Agreement proposed by counsel to A. Langer. | 3.60 | 1512.00 | _____ |
| **01/06/05**<br>15362041 | 0272 - J. Gilbreth | Call with J. Page regarding change of address; change address for Beverly PO Box.  Call with K. Harris regarding APAM statements. | 1.50 | 367.50 | _____ |
| **01/06/05**<br>15362878 | 7216 - K. Fitzgerald | Multiple conferences and office meetings regarding meeting with ▮▮▮▮▮▮▮ representatives to discuss possible arrangements to consent to Receiver's pursuit of third party claims. Conference regarding development of alternative standing authority. Multiple correspondence with A. Langer regarding radio station marketing report. Conference regarding Massachusetts Division of Insurance proceeding. | 2.10 | 882.00 | _____ |

Client number 036552
Prebill Number 2129515

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | | |
|---|---|---|---|---|---|
| **01/07/05**<br>15365590 | 0272 - J. Gilbreth | Email S. Fuller, K. Fitzgerald and D. Vicinanzo regarding storage units and liquidating personal property. Call with D. Regan regarding vacation of leases. | 0.50 | 122.50 | _____ |
| **01/10/05**<br>15367550 | 0272 - J. Gilbreth | Email team regarding Proctor Street. Meet with S. Fuller regarding personal mail. Meet with R. Pedone regarding Bleidt personal accounts. | 1.00 | 245.00 | _____ |
| **01/10/05**<br>15371944 | 7216 - K. Fitzgerald | Work on revisions to proposed Langer/WBIX agreement. Telephone conference and correspondence with R. Sharpe regarding report for WBIX brokerage activity. Telephone conference and correspondence with M. Indick regarding meeting with Prides Capital partners to discuss possible WBIX acquisition. Multiple conferences regarding work on memorandum concerning third party claims strategy. Prepare outline of receivership task status reports. | 4.30 | 1806.00 | _____ |
| **01/11/05**<br>15377694 | 0272 - J. Gilbreth | Telephone call with A. Horsley regarding 26 Proctor Street. Meet with S. Fuller regarding same. | 0.30 | 73.50 | _____ |
| **01/11/05**<br>15379324 | 7216 - K. Fitzgerald | Prepare for and conduct SEC status conference call. Multiple conferences and office meetings regarding development receivership task agenda and forward looking receivership strategy including work on outstanding leasehold issues. Deposition of personal property and strategy for organization and effective prosecution of third party claims to benefit all defrauded investors. Telephone conference with M. Indick regarding preparation for Prides Capital meeting. Correspondence with Attorneys Litwak, Libby, et al regarding suggested revisions to proposed Langer agreement. Analyze office meeting regarding receivership claims standing issue and ability to convey free of liens. Prepare for Prides Capital meeting regardring WBIX. Multiple correspondence form Attorneys Koski and Perillo regarding victims' attorneys. | 4.80 | 2016.00 | _____ |

Client number 036552
Prebill Number 2129515

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | |
|---|---|---|---|
| **01/12/05**<br>15382819 | 5976 - D. Vicinanzo | Meet with potential buyers of WBIX. Follow-up with K. Fitzgerald. Conference with F. Libby (Langer). | 2.10    882.00    _____ |
| **01/12/05**<br>15451491 | 0130 - F. Morrissey | Forward information regarding ▓▓▓▓▓ ▓▓▓▓▓▓ to R. Pedone. | 0.20    56.00    _____ |
| **01/12/05**<br>15382449 | 7216 - K. Fitzgerald | Travel to and attend meeting with D. Vicinanzo, M. Indick and H. Waller of Prides Capital regarding negotiations concerning potential acquisition of WBIX and related negotiations with A. Langer to restructure interest to permit cash out to receivership.  Conference regarding global receivership strategy | 8.40    3528.00    _____ |
| **01/12/05**<br>15382120 | 7329 - R. Pedone | Attention to accounting status (.2); conference with Mr. Fuller regarding Stoddard autos and personal property issues (.3). | 0.50    210.00    _____ |
| **01/12/05**<br>15382480 | 7329 - R. Pedone | Draft letter to Fleet counsel regarding property disposal. | 0.50    210.00    _____ |
| **01/13/05**<br>15388343 | 0272 - J. Gilbreth | Oversee delivery of artwork and documents from FPPS/APAM Beverly office.  Telephone call with R. Pedone regarding computer equipment. | 0.80    196.00    _____ |
| **01/13/05**<br>15388394 | 0272 - J. Gilbreth | Email T. Maloney regarding customer certs.  Receive and verify bill from Walsh Movers (artwork from 164 Canal Street and 205 Portland Street to Nixon Peabody).  Facilitate payment of same. Review mail, talk with S. Ngan regarding COBRA issues. | 1.00    245.00    _____ |
| **01/13/05**<br>15389089 | 7216 - K. Fitzgerald | Multiple correspondence with A. Langer and counsel regarding negotiations with Prides Capital with respect to potential WBIX acquisition.  Multiple conferences regarding meetings with broker dealer counsel to propose ADR mechanism for investor/receiver third party claims. | 2.80    1176.00    _____ |

Client number 036552
Prebill Number 2129515

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| Date / ID | Timekeeper | Description | Hours | Amount | |
|---|---|---|---|---|---|
| **01/14/05**<br>15396144 | 7216 - K. Fitzgerald | Prepare for status conference. Multiple conferences and telephone conference with SEC regarding same and related issues of Mr. Bleidt's psychiatric and counsel status. Telephone conference with M. Indick regarding status of WBIX negotiations with Prides Capital. | 2.30 | 966.00 | _____ |
| **01/18/05**<br>15405099 | 7216 - K. Fitzgerald | Correspondence with A. Langer and counsel regarding additional negotiations with, inter alia, Prides Capital concerning potential proposal involving Mr. Langer as operator and equity participant and additional discussions with the Boston Herald. Multiple conferences and office meetings regarding ongoing work on receivership strategy/plan and incorporation of same into draft status report. Final preparation for Status Conference with Court. Travel to U.S. District Court (Boston) for same. Appear at court regarding same and conference with SEC staff regarding arrangements for retention of pro bono counsel for Mr. Bleidt to permit advancement of proceedings and solicitation of consent to liquidation of assets for benefit of receivership. | 7.80 | 3276.00 | _____ |
| **01/19/05**<br>15405197 | 7216 - K. Fitzgerald | Multiple conferences, correspondence and office meetings regarding 26 Proctor Street lease issues raised by Sean Abbott and response to same. Review proposed inventory of property ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮owned by B. Bleidt and multiple office meetings regading same. Multiple office meetings and review correspondence and insurance policies related to third party broker/dealer claims. | 3.80 | 1596.00 | _____ |
| **01/19/05**<br>15410173 | 7329 - R. Pedone | Conference with Mr. Dillon regarding surrender of property to Everest; attention to drafting termination agreement. | 0.80 | 336.00 | _____ |
| **01/20/05**<br>15413738 | 7216 - K. Fitzgerald | Multiple office meetings and correspondence regarding arrangements for meetings with Langer counsel regarding WBIX marketing and sales agreement and meetings with counsel to broker/dealers to discuss possible settlement structure. Multiple office meetings regarding personal property | 1.00 | 420.00 | _____ |

EXHIBIT C-1 (pgs 23-44)

Identifying, Preserving, or Liquidating Receivership Assets

Client number 036552
Prebill Number 2129515

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

sole issues.

| Date | Timekeeper | Description | Hours | Amount | |
|------|-----------|-------------|-------|--------|---|
| **01/20/05**<br>15413322 | 7293 - S. Fuller | Work on asset recovery issues; work on insurance issues regarding broker dealers; conference with R. Pedone regarding leasehold issues; various communications regarding freeze order issues with SEC and customers. | 4.70 | 1974.00 | _____ |
| **01/21/05**<br>15415751 | 0272 - J. Gilbreth | Review and sort mail.  Phone call with A. Hickey and B. Kirchner regarding move from 26 Procter Street.  Phone call with F. Morrissey regarding estate auction. | 2.20 | 539.00 | _____ |
| **01/21/05**<br>15415767 | 0272 - J. Gilbreth | Draft inventory list for move and send to A. Hickey. | 0.50 | 122.50 | _____ |
| **01/21/05**<br>15429242 | 7329 - R. Pedone | Conference with various auctioneers regarding disposition of cars. | 0.50 | 210.00 | _____ |
| **01/24/05**<br>15424263 | 0272 - J. Gilbreth | Meet with F. Morrissey regarding move.  Verify A. Esperian's employment duties. | 1.40 | 343.00 | _____ |
| **01/24/05**<br>15424277 | 0272 - J. Gilbreth | Telephone call with A. Hickey regarding move.  Review mail.  Meet with F. Morrissey regarding move.  Telephone call with ▮▮▮▮ regarding accounts.  Email to ▮▮▮▮ regarding unfreezing accounts (x3); COBRA issues.  Call Chief Ramos, Manchester Police Dept. regarding officer at 26 Proctor Street.  Email T. Hudkins regarding Walsh Movers. | 3.20 | 784.00 | _____ |
| **01/24/05**<br>15426419 | 0961 - V. Ahern | Check on status of broadcast application involuntary assignment. | 0.20 | 84.00 | _____ |
| **01/25/05**<br>15429226 | 7216 - K. Fitzgerald | Multiple telephone conferences and correspondence with F. Libby, A. Langer, et al  regarding status meeting to review WBIX marketing and related marketing agreement.  Multiple office meetings and telelphone conferences with M. Mills regarding potential interst of WCVB group in acquiring WBIX.  Conference regarding same.  Multiple conferences regarding coordination of | 6.10 | 2562.00 | _____ |

Client number 036552
Prebill Number 2129515

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

|  |  |  | arrangements for termination of tenancy and removal and liquidation of personal property.  Commence work in preparation for meeting with counsel for broker dealers regarding possible cooperative settlement process for liquidation and settlement of investor claims. |  |  |  |
|---|---|---|---|---|---|---|
| **01/26/05** 15452186 | 0130 - | F. Morrissey | Extensive telephone call with S. Abbott regarding move out from 26 Procter Street; e-mail him regarding same. | 0.40 | 112.00 | _____ |
| **01/26/05** 15432810 | 0272 - | J. Gilbreth | Meet with S. Fuller regarding move, mail, certs.  Telephone call with B. Kirchner regarding mail.  Telephone call with B. Maloney regarding certifications for transfer.  Email S. Mini regarding accounts to be unfrozen. | 2.10 | 514.50 | _____ |
| **01/26/05** 15432813 | 0272 - | J. Gilbreth | Email D. Vicinanzo regarding move, police officer. | 0.20 | 49.00 | _____ |
| **01/26/05** 15432842 | 0272 - | J. Gilbreth | Email K. Fitzgerald regarding Egan. Email Bonnie Bleidt regarding move. Sort and review mail. | 1.30 | 318.50 | _____ |
| **01/26/05** 15432889 | 0272 - | J. Gilbreth | Meet with F. Morrissey regarding move. Telephone call with S. Abbott regarding same. | 0.40 | 98.00 | _____ |
| **01/26/05** 15432893 | 0272 - | J. Gilbreth | Email B. Kirchner regarding move. Review mail.  Email to T. Jordan regarding certifications for transfer. | 1.50 | 367.50 | _____ |
| **01/26/05** 15432895 | 0272 - | J. Gilbreth | Meet with S. Fuller regarding ████████ ██████ accounts sent directly to Brad Bleidt. | 0.20 | 49.00 | _____ |
| **01/26/05** 15429064 | 7329 - | R. Pedone | Attention to cars and piano. | 0.20 | 84.00 | _____ |
| **01/27/05** 15440059 | 0272 - | J. Gilbreth | Meet with M. Firouzbahkt regarding certs.  Telephone call with A. Hicky regarding move. | 0.30 | 73.50 | _____ |

Client number 036552
Prebill Number 2129515

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | |
|---|---|---|---|---|
| **01/27/05**<br>15440082 | 0272 - J. Gilbreth | Telephone call with S. Abbott and F. Morrissey regarding move.  Telephone call with P. Zekos regarding auction of items. | 1.30 | 318.50 _____ |
| **01/28/05**<br>15444419 | 0130 - F. Morrissey | Conference with S. Fuller regarding 26 Procter Street move out; prepare letter to Susan Finneran; telephone conference with Paul Zekos regarding sale of Bleidt personal property. | 1.50 | 420.00 _____ |
| **01/28/05**<br>15452980 | 0272 - J. Gilbreth | Accompany P. Zekos to 26 Proctor Street to appraise items. | 3.60 | 882.00 _____ |
| **01/28/05**<br>15453037 | 0272 - J. Gilbreth | Arrange move from 26 Proctor Street. Meet with F. Morrissey regarding same. Telephone call with S. Abbott regarding move.  Meet with S. Fuller regarding move.  Arrange for towing of cars from 26 Proctor Street.  Telephone calls (x5) with P. Zekos regardng same.  Telephone calls (x5) with W. Daley regarding same. | 3.40 | 833.00 _____ |
| **01/28/05**<br>15440436 | 7216 - K. Fitzgerald | Review Order of Massachusetts Division of Insurance regarding B. Bleidt. Multiple conferences and office meetings regarding arrangements for removal of receivership property from Proctor Street and closure of tenancy.  Potential offer for certain WBIX property, development of protocol for e-mail commuication and related discoverability concerns. Correspondence with A. Langer regarding potential proposal from Hearst-Argyle. | 1.20 | 504.00 _____ |
| **01/30/05**<br>15440119 | 0272 - J. Gilbreth | Oversee removal of items from EZ Storage and 26 Proctor Street. Telephone call with S. Fuller (x2) regarding same.  Telephone call with F. Morrissey regarding same.  Telephone call with B. Kirchner regarding same. Telephone call with T. Brady regarding Ipswich Storage - item removal. | 7.70 | 1886.50 _____ |
| **01/30/05**<br>15442191 | 7293 - S. Fuller | Various conferences with J. Gilbreth regarding lease termination and move; revise letter to Mr. ████████ | 0.80 | 336.00 _____ |

Client number 036552
Prebill Number 2129515

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | |
|---|---|---|---|---|
| **01/31/05**<br>15453087 | 0272 - J. Gilbreth | Telephone calls (x2) with S. Fuller regarding move at 26 Proctor Street. Call with B. Kirchner (x2) regarding same.  Add artwork taken from move to storage.  Telephone call with W. Daley regarding sale of cars. | 1.00 | 245.00 _____ |
| **01/31/05**<br>15453142 | 0272 - J. Gilbreth | Telephone call to B. Kirchner regarding move from 26 Proctor Street.  Telephone call with S. Fuller regarding same.  Review and sort mail.  Telephone call with D. Regan and P. Koski regarding letter from Brad Bleidt to D. Vicinanzo and criminal hearing for Brad Bleidt. Email P. Koski and A. Jordan regarding ▬▬▬▬▬ checking account statements going to 164 Canal Street. | 1.50 | 367.50 _____ |
| **01/31/05**<br>15448928 | 7216 - K. Fitzgerald | Multiple correspondence and telephone conference with A. Langer regarding potential testing/purchase arrangement for WBIX, transmitter and status of potential offers. Conference regarding arrangements for information exchange regarding Bleidt criminal hearing and psychology evaluation outcome.  Work on WBIX marketing matters.  Telephone conference with M. Indick regarding terms of Prides Capital offer. | 2.80 | 1176.00 _____ |
| **02/01/05**<br>15461198 | 0272 - J. Gilbreth | Telephone call with Manchester P.D. regarding Mini Cooper.  Email T. Maloney regarding customers.  Meet with F. Morrissey regarding move from 26 Proctor Street. | 1.10 | 269.50 _____ |
| **02/01/05**<br>15461210 | 0272 - J. Gilbreth | Move documents taken from 26 Proctor Street and EZ Storage into Nixon Peabody's offices. | 0.70 | 171.50 _____ |
| **02/02/05**<br>15461392 | 0272 - J. Gilbreth | Meet with S. Fuller regarding Mini Cooper and Honda Civic seizure.  Client mail sent to B. Bleidt.  Send title to Honda Civic to W. Daley.  Send letter to Safeguard Records regarding small claim action. | 2.20 | 539.00 _____ |

Client number 036552
Prebill Number 2129515

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| Date | | | | | |
|---|---|---|---|---|---|
| **02/02/05**<br>15555988 | 7329 - R. Pedone | Calls to counsel for Denise Bleidt regarding cars in possession of children. | 0.40 | 168.00 | _____ |
| **02/03/05**<br>15465243 | 0272 - J. Gilbreth | Letter to F. Rosenberg regarding mail sent to B. Bleidt; letter to Chase Automotive Finance regarding account information; letter to Filterfresh regarding feeeze order and claims process; letter to C. Faro regarding T. Bleidt and C. Bleidt's taxes.  Telephone call with T. Brady regarding Ipswich storage.  Telephone call with W. Daley regarding cars. | 1.40 | 343.00 | _____ |
| **02/03/05**<br>15469903 | 7216 - K. Fitzgerald | Analyze spreadsheet of Receiver account activity and balances.  Correspndence regarding third party expressions of interest in purchasing WBIX equipment.  Conference with S. Fuller regarding comprehensive review of strategic approach to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Conference regarding status of Egan/WBIX true-up of amounts due.  Review and approve proposed receiver lease termination agreement.  Multiple conferences and office meetings regarding drafting of Receiver's status report.  Multiple office meetings regarding plan for securing Bleidt voluntary statement and deposition, related request to Bleidt assent to orders in favor of receivership and coordination with U.S. Attorney and SEC regarding same. | 2.80 | 1176.00 | _____ |
| **02/03/05**<br>15475047 | 7329 - R. Pedone | Draft and send letter to counsel for Denise Bleidt regarding cars. | 0.60 | 252.00 | _____ |
| **02/03/05**<br>15475057 | 7329 - R. Pedone | Conference with party interested in radio station. | 0.20 | 84.00 | _____ |
| **02/04/05**<br>15471674 | 0272 - J. Gilbreth | Telephone call with P. Zekos regarding artwork.  Email accounts to unfreeze to M. Viana.  Fax artwork inventory to P. Zekos.  Telephone call with B. Gerosa-Beal regarding frozen account. | 0.60 | 147.00 | _____ |
| **02/04/05** | 7216 - K. Fitzgerald | Telephone conference with M. Indick of Prides Capital regarding WBIX offer | 6.60 | 2772.00 | _____ |

Client number 036552
Prebill Number 2129515

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | | |
|---|---|---|---|---|---|
| 15474677 | | discussions. Travel to meeting with A. Langer and counsel (F. Libby and L. Litwak) regarding review and further negotiation of Langer agreement relating to securing claim protection/releases, discussions of marketing plan and status of potential offers.  Multiple office meetings regarding wage claims. | | | |
| **02/04/05**<br>15476691 | 7329 - R. Pedone | Coordinate retrieval of Mini Cooper, including calls to liquidator and counsel to Denise. | 0.50 | 210.00 | _____ |
| **02/07/05**<br>15476442 | 0272 - J. Gilbreth | Telephone call with Zekos Group regarding artwork.  Telephone call with M. Viana regarding unfreezing accounts.  Telephone with ▓▓▓▓(Bleidt Client).  Call with ▓▓▓▓(Bleidt Client).  COBRA issues.  Create tax file for B. Bleidt. | 1.60 | 392.00 | _____ |
| **02/07/05**<br>15475177 | 7329 - R. Pedone | Attention to car disposal. | 0.20 | 84.00 | _____ |
| **02/07/05**<br>15475102 | 7293 - S. Fuller | Attention to incoming correspondence and requests to unfreeze account.  Work on asset liquidation issues. | 4.30 | 1806.00 | _____ |
| **02/08/05**<br>15479764 | 0272 - J. Gilbreth | Provide FPIA tax I.D. # to R. Lohwater.  Telephone call with K. Harris regarding taking tables from 164 Canal Street.  Telephone call with ▓▓▓▓(Bleidt Client) regarding frozen account.  Telephone call with ▓▓▓▓ regarding frozen account. | 0.70 | 171.50 | _____ |
| **02/08/05**<br>15479773 | 0272 - J. Gilbreth | Send accounts to T. Jordan for verification.  Telephone call with T. Hudkins regarding items in storage.  Telephone call with A. Abbott regarding 26 Proctor Street. | 0.50 | 122.50 | _____ |
| **02/08/05**<br>15478951 | 7293 - S. Fuller | Attention to incoming correspondence and requests to unfreeze account; work on asset liquidation issues. | 4.30 | 1806.00 | _____ |
| **02/09/05** | 0272 - J. Gilbreth | Draft letter to Abbott regarding move from 26 Proctor Street. | 0.20 | 49.00 | _____ |

Client number 036552
Prebill Number 2129515

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

15523046

| Date | Timekeeper | Description | Hours | Amount | |
|------|-----------|-------------|-------|--------|---|
| **02/10/05**<br>15490449 | 0961  -  V. Ahern | Review of Bleidt/WBIX letters from FCC. | 0.30 | 126.00 | _____ |
| **02/11/05**<br>15498966 | 0272  -  J. Gilbreth | Telephone call with Manchester P.D. regarding bill for police detail.  Email M. Viana regarding frozen accounts.  Telephone call with K. Harris regarding move of documents from Portland Street to NP (x2).  Telephone call with T. Hudkins regarding piano in storage. | 1.10 | 269.50 | _____ |
| **02/11/05**<br>15499128 | 0272  -  J. Gilbreth | Telephone call with S. Fuller regarding ██████. Update certs.  Call with ██████ (Bleidt Client) regarding frozen accounts.  Telephone call with Porsche Financial.  Meet with R. Pedone regarding going to Beverly. | 1.70 | 416.50 | _____ |
| **02/11/05**<br>15500872 | 0961  -  V. Ahern | WBIX, preparation of Form 323. | 1.30 | 546.00 | _____ |
| **02/14/05**<br>15505587 | 7329  -  R. Pedone | Conv. with counsel to Denise Bleidt.  Conv. with car auctioneer.  Review correspondence from Denise Bleidt. | 0.30 | 126.00 | _____ |
| **02/14/05**<br>15505657 | 7329  -  R. Pedone | Conv. with Mr. Schooley regarding interest in station. | 0.30 | 126.00 | _____ |
| **02/14/05**<br>15501977 | 7293  -  S. Fuller | Work on Asset Purchase Agreement including conference with T. Maloney.  Conference with C. Puricelli at NASD.  Edit Agreement.  Telephone to NASD general counsel.  Work on status report, including meeting with F. Morrissey and memo to K. Fitzgerald.  Work on global settlement issues including multiple conferences with investors and their counsel.  Conference with B. White at Foley Hoag and conference with B. Quinn regarding various claims.  Work on document control issues. | 7.40 | 3108.00 | _____ |
| **02/14/05**<br>15500932 | 0961  -  V. Ahern | Preparation of Form 323.  Calls to Morrissey and Fitzgerald. | 1.50 | 630.00 | _____ |
| **02/15/05** | 2346  -  L. Harrington | Asset analysis for Receiver's report. | 0.70 | 196.00 | _____ |

Client number 036552
Prebill Number 2129515

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

15522430

| | | | | | |
|---|---|---|---|---|---|
| **02/15/05**<br>15509492 | 0961 - V. Ahern | Telephone call with Morrissey regarding Form 323 requirements. | 0.40 | 168.00 | _____ |
| **02/16/05**<br>15514240 | 0272 - J. Gilbreth | Meet with F. Morrissey regarding inventories. | 0.20 | 49.00 | _____ |
| **02/16/05**<br>15517272 | 0961 - V. Ahern | Telephone call with Fitzgerald regarding WBIX 323 requirements. | 0.50 | 210.00 | _____ |
| **02/17/05**<br>15543178 | 7329 - R. Pedone | Attention to Audi as asset. | 0.20 | 84.00 | _____ |
| **02/18/05**<br>15522343 | 0272 - J. Gilbreth | Draft letter to W. Daley regarding Mini Cooper.  Telephone call with M. Viana regarding changes to ▓▓▓▓▓ accounts. | 0.50 | 122.50 | _____ |
| **02/18/05**<br>15522366 | 0272 - J. Gilbreth | Review and sort mail.  Draft letter to C. Faro regarding Honda Civic.  Telephone call with R. Pedone regarding same.  Telephone call to K. Frazier at CIT regarding reeze order. | 1.30 | 318.50 | _____ |
| **02/18/05**<br>15527035 | 0961 - V. Ahern | Telephone call with Smalls regarding consummation notice; drafted letter, filed. | 0.50 | 210.00 | _____ |
| **02/23/05**<br>15548940 | 0130 - F. Morrissey | Review and revise inventory of assets to be liquidated; telephone conference with M. Saperstein; conference with M. Perillo regarding order on Stoddard and motion to intervene; e-mails to K. Fitzgerald regarding same. | 1.40 | 392.00 | _____ |
| **02/25/05**<br>15554831 | 7216 - K. Fitzgerald | Travel to meeting with A. Langer and L. Litwak regarding negotiations concerning potential consensual recission of WBIX sale or repurchase by A. Langer.  Conference and preliminary legal research regarding same.  Multiple correspondence and telephone conferences with T. Maloney, R. Maloney of Winslow Evans and Crocker regarding potential adverse action on licensure of representatives.  Multiple telephone conferences with Massachusetts Division of Securities regarding same. | 6.80 | 2856.00 | _____ |

Client number 036552
Prebill Number 2129515

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | | |
|---|---|---|---|---|---|
| **02/28/05**<br>15558171 | 0130 - F. Morrissey | Further conference with Michael Saperstein regarding liquidation of Bleidt personal property; prepare letter to Saperstein; conference with S. Fuller. | 1.00 | 280.00 | _____ |
| **03/02/05**<br>15680449 | 0130 - F. Morrissey | E-mail R. Hurst (3x) regarding WBIX; e-mail Bleidt group regarding publication of status report. | 0.50 | 140.00 | _____ |
| **03/02/05**<br>15571432 | 7216 - K. Fitzgerald | Review correspondence from Thomas & Associates regarding suit against J. McCarty.  Office meeting regarding response to same.  Telephone call to and from S. Schooley regarding interest in WBIX.  Correspondence with A. Langer regarding same and Egan true-up data.  Conference regarding work on broker/dealer cases and presentation to carriers. | 2.40 | 1008.00 | _____ |
| **03/02/05**<br>15566059 | 8114 - P. Cameron | Searched on Barnstable Registry of Deeds website for information regarding deed of 20 Home Acres Drive, West Dennis | 0.20 | 26.00 | _____ |
| **03/07/05**<br>15591717 | 7216 - K. Fitzgerald | Multiple office meetings and conferences regarding work on global strategy and third party claims, WBIX sales activity and Egan obligations.  Multiple correspondence from A. Langer regarding WBIX issues.  Office meetings regarding victim communications, matters affecting potential claims involving McCarty and preparations for meeting with McCarty counsel. | 4.40 | 1848.00 | _____ |
| **03/09/05**<br>15603318 | 7216 - K. Fitzgerald | Multiple conferences and work on WBIX sale issues and broker/dealer claims. | 4.40 | 1848.00 | _____ |
| **03/11/05**<br>15600729 | 0272 - J. Gilbreth | Call with Chase Automotive Finance regarding Mini Cooper loan.  Call with W. Daley regarding cars.  Draft letter from S. Fuller to J. Gaffney.<br><br>TRANSFERRED | 1.00 | 245.00 | _____ |
| **03/11/05** | 7216 - K. Fitzgerald | Multiple office meetings regarding receipt of FCC license in name of | 0.30 | 126.00 | _____ |

Client number 036552
Prebill Number 2129515

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | | |
|---|---|---|---|---|---|
| 15603589 | | receivership and related action. | | | |
| **03/14/05** 15613486 | 0272 - J. Gilbreth | Meet with appraisers regarding artwork appraisal.  Update creditor list. Review and sort mail.  Telephone call to LT's & Atlas Water Systems regarding creditor claims.  Email M. Viana regarding frozen accounts. | 3.80 | 931.00 | _____ |
| **03/16/05** 15616362 | 0272 - J. Gilbreth | Obtain tire for Mini Cooper from C. Faro. Call Ipswich Storage regarding key.  Call P. Stewart regarding access to Gentle Giant. | 0.70 | 171.50 | _____ |
| **03/16/05** 15616379 | 0272 - J. Gilbreth | Review documents removed from storage units. | 0.90 | 220.50 | _____ |
| **03/22/05** 15645794 | 7216 - K. Fitzgerald | Conference and office meeting regarding development of arguments in opposition to Bleidt Motion to Unfreeze Assets. Office meeting regarding confirmation of filing of FCC Form 323. | 0.70 | 294.00 | _____ |
| **03/22/05** 15642470 | 0961 - V. Ahern | Preparation and filing of Form 323.  TRANSFERRED | 1.00 | 420.00 | _____ |
| **03/31/05** 15686247 | 0272 - J. Gilbreth | Call ▓▓▓▓▓▓ regarding ▓▓ ▓▓▓▓▓▓ call EZ Storage regarding unit; fax court orders to ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓; meet with R. Pedone regarding car loan; meet with K. Harris regarding laptops; meet with S. Fuller regarding client files; review and sort mail; email L. Walsh and M. Perillo regarding copy documents. | 3.60 | 882.00 | _____ |
| **03/31/05** 15679546 | 7293 - S. Fuller | Meeting with J. Gilbreth; work on title issues to Porsche. | 0.70 | 294.00 | _____ |
| **04/05/05** 15701902 | 7216 - K. Fitzgerald | Multiple correspondence with A. Langer regarding acquisition discussions, status of proposal, rate card and inquiry and frequency coordination request to WBIX. Correspondence from M. Scaglione on behalf of Mr. Egan regarding vendor payment records exchange in aid of Egan settlement.  Multiple conferences regarding issues in pursuit of agreement | 2.80 | 1176.00 | _____ |

Client number 036552
Prebill Number 2129515

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

to pursue broker dealer claims.

| Date | Code | | Description | Hours | Amount | |
|---|---|---|---|---|---|---|
| **04/07/05**<br>15717192 | 0130 | - F. Morrissey | Extensive conference with S. Fuller regarding liquidation of Bleidt personal property; claims process and equitable subordination issues. [4/5/05] | 2.00 | 560.00 | _____ |
| **04/11/05**<br>15731178 | 0130 | - F. Morrissey | Prepare memorandum regarding liquidation of various personal property. | 1.20 | 336.00 | _____ |
| **04/13/05**<br>15741225 | 7216 | - K. Fitzgerald | Multiple office meetings and conferences regarding WBIX/Shared Visions collections and escrow accounts. Correspondence with M. Scaglione regarding same.  Work on rreivew and analysis of receivership records relating to WBIX expenses owed by Egan Communications under terms of Local Marketing Agreement.  Prepare for meeting with K. Harris regarding same. Conference with S. Fuller ▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ receivership tax filing issues, termination of registered investment advisor entities, and coverage issues. | 5.40 | 2268.00 | _____ |
| **04/14/05**<br>15741276 | 7216 | - K. Fitzgerald | Extended conference with K. Harris regading comprehensive review of WBIX/Egan communications expense/debt documentation.  Multiple conferences regarding same. Correspondence with M. Scaglione and J. Jenkins of Egan Communications regarding preparation of accounting of amounts due receivership. | 4.70 | 1974.00 | _____ |
| **04/18/05**<br>15745229 | 7216 | - K. Fitzgerald | Multiple correspondence with L. Litwak regarding meeting to discuss potential Langer transaction status. | 0.60 | 252.00 | _____ |
| **04/19/05**<br>15758904 | 7216 | - K. Fitzgerald | Work on WBIX revenue reconciliation with Egan Communications.  Prepare for meeting with A. Langer and L. Litwak regarding WBIX. | 1.50 | 630.00 | _____ |
| **04/20/05**<br>15759737 | 7216 | - K. Fitzgerald | Conference with A. Langer and L. Litwak regarding WBIX matters and discussion of proposal from A. Langer for re- | 3.40 | 1428.00 | _____ |

Client number 036552
Prebill Number 2129515

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

|  |  |  |  |  |
|---|---|---|---|---|
|  | | acquisition of WBIX from receivership. Analyze correspondence from L. Litwak regarding same and structural and liability considerations of proposed recission.  Telephone conference with Sr. M. McGregor regarding issue concerning Bleidt failure to file tax returns for ██████████ (elderly victim). | | |
| **04/21/05**<br>15764818 | 7216  -  K. Fitzgerald | Analyze multiple correspondence and spread-sheets from K. Harris and office meeting regarding analysis of revenue data for Egan LMA period and resulting revenue split required.  Multiple office meetings regarding communications with representatives of defrauded investors regarding status. Analyze Notice of Revocation action against Bleidt by Certified Financial Planner Board of Standards.  Office meeting regarding response to same by Receivership. | 2.30 | 966.00 |
| **04/22/05**<br>15764920 | 7216  -  K. Fitzgerald | Multiple correspondence with A. Langer and potential WBIX buyer (L. Tympanick) regarding inquiry concerning station assets and licenses. | 0.40 | 168.00 |
| **04/29/05**<br>15795695 | 7329  -  R. Pedone | Attention to car liquidation issues. | 0.20 | 84.00 |
| **05/04/05**<br>15819871 | 7216  -  K. Fitzgerald | Multiple correspondence with A. Langer regarding Verizon claim for amounts allegedly owed by WBIX. Office meeting regarding same. | 0.60 | 252.00 |
| **05/11/05**<br>15892154 | 7329  -  R. Pedone | Attention to disposition of Honda Civic. | 0.20 | 84.00 |
| **05/12/05**<br>15850084 | 0272  -  J. Gilbreth | Call with W. Daly regarding title to Porsche.  Telephone call to Porsche regarding lien release.  Meet with T. McCord regarding employment verification for T. Scanlon.  Review T. Scanlon's personnel file.  Review and sort mail.  Send accounts to T. Jordan for verification. | 1.10 | 269.50 |
| **05/12/05**<br>15840464 | 7216  -  K. Fitzgerald | Work on WBIX proposal from A. Langer. Prepare for and travel to status conference with Court and hearing on | 6.70 | 2814.00 |

Client number 036552
Prebill Number 2129515

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | | Motion for Clarification/Reconsideration. Telephone conference with S. Fontes regarding same.  Conference with S. Fontes, M. Perillo, L. Bridgeman regarding outcome and strategic considerations for drafting of proposed order and potential appeal.  Conference regarding work on proposed order. Work on WBIX proposal. | | | |
| 05/16/05 15853852 | 7216  -  K. Fitzgerald | Review and revise draft order and multiple conferences regarding related issues including discussions with Attorney Oberhauser regarding lack of agreement, draft order and presentation of appeal issues.  Extended telephone conferences with L. Litwak regarding further negotiation of potential WBIX acquisition and metrics of necessary reformation of proposal. | 4.20 | 1764.00 | _____ |
| 05/17/05 15867599 | 0272  -  J. Gilbreth | Call with W. Daley regarding titles to Prosche & Mini Cooper.  Review and sort mail.  Meet with R. Pedone and T. McCord regarding mail. | 0.70 | 171.50 | _____ |
| 05/18/05 15866679 | 7216  -  K. Fitzgerald | Correspondence from L. Litwak regarding preparation of revised proposal from A. Langer to acquire WBIX. | 0.20 | 84.00 | _____ |
| 05/19/05 15876879 | 7216  -  K. Fitzgerald | Correspondence with L. Litwak regarding status of revised WBIX offer. Conference regarding same. | 0.30 | 126.00 | _____ |
| 05/20/05 15876447 | 0272  -  J. Gilbreth | Review and sort mail.  Cal with W. Daley regarding Honda Civic keys.  Call with C. Faro regarding Honda Civic keys.  Call with Shred It regarding creditor claims. Send Honda Civic keys to W. Daley. Call with W. Daley regarding sale of BMW. Email R. Pedone and S. Fuller regarding same.  Call regarding frozen accounts (x3).  Call with J. Villanucci regarding Copy Cop creditor claims. | 1.50 | 367.50 | _____ |
| 05/23/05 15881269 | 7216  -  K. Fitzgerald | Correspondence with S. Fontes and M. Perillo regarding review of records regarding activities of receiver counsel and assessment of possible appeal from | 0.50 | 210.00 | _____ |

Client number 036552
Prebill Number 2129515

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | Court Order regarding release of funds to Bleidt's counsel.  Office meeting regarding additional inquiries concerning potential acquisition of WBIX. |  |  |  |
| **05/26/05**<br>15904083 | 7216  -  K. Fitzgerald | Conference regarding assessment of ongoing WBIX prospects and structure of potential recission transaction.  Multiple correspondence with A. Langer regarding continuing negotiations regarding same.  Analyze Comsearch report regarding WBIX signal.  Correspondence with A. Langer regarding same. | 2.10 | 882.00 | _____ |
| **05/31/05**<br>15908666 | 7216  -  K. Fitzgerald | Further negotiating session with L. Litwak and A. Langer regarding revised proposal for acquisition of WBIX.  Multiple correspondence with A. Langer regarding same and alternative revised proposals.  Review APAM/FPPS/FPIA/Winslow Evans & Crocker account rental agreement. | 3.10 | 1302.00 | _____ |
| **06/02/05**<br>15929541 | 7216  -  K. Fitzgerald | Multiple conferences, telephone conference and correspondence with S. Fontes regarding evaluation of Court Order on Bleidt fees and assessment of appeal.  Multiple office meetings regarding implications of dissolution of APAM and FPPS entities.  Conference regarding status report on arrangements for sale of personal property.  Work on restructured WBIX/Langer transaction proposal. | 2.30 | 966.00 | _____ |
| **06/06/05**<br>15937805 | 0272  -  J. Gilbreth | Review and sort mail.  Telephone call with W. Daley regarding cars sales.  Email team regarding same. | 0.40 | 98.00 | _____ |
| **06/08/05**<br>15945350 | 7329  -  R. Pedone | Follow-up on personal property issues regarding furniture and cars. | 0.30 | 126.00 | _____ |
| **06/10/05**<br>15953385 | 7216  -  K. Fitzgerald | Comprehensive status and planning meeting with S. Fuller.  Multiple office meetings with receivership counsel team regarding action items, planning and scheduling.  Correspondence with A. Langer and L. Litwak regarding WBIX deal structure.  Conference regarding | 5.10 | 2142.00 | _____ |

Client number 036552
Prebill Number 2129515

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

indictment of Bleidt and waiver of Chalmers attorney/client privilege with respect to SEC depositoin.  Work on agenda for WBIX transaction.

| Date | Code | Name | Description | Hours | Amount | |
|------|------|------|-------------|-------|--------|---|
| **06/10/05**<br>15953552 | 7329 | R. Pedone | Conference with auto auctioneer regarding sale of Porsche and other cars. | 0.30 | 126.00 | _____ |
| **06/13/05**<br>15968120 | 7216 | K. Fitzgerald | Correspondence with A. Langer and L. Litwak regarding WBIX transaction structural issues and development of related term sheet and transaction agenda.  Work on same. | 2.70 | 1134.00 | _____ |
| **06/14/05**<br>15968315 | 7216 | K. Fitzgerald | Review correspondence with and telephone call to M. Scaglione regarding amounts owed to WBIX by Egan Communicatoins.  Prepare for meeting with A. Langer and L. Litwak. | 1.60 | 672.00 | _____ |
| **06/15/05**<br>15975694 | 7325 | J. Hood | Office conference with K. Fitzgerald. Telephone conference with K. Fitzgerald and purchaser regarding transactional matters. | 1.40 | 588.00 | _____ |
| **06/15/05**<br>15972249 | 7216 | K. Fitzgerald | Prepare for preliminary deal structuring and documentation discussion with A. Langer and L. Litwak (counsel to Langer).  Multiple conferences with J. Hood regarding same.  Conference call with A. Langer, L. Litwak and J. Hood regarding same.  Conference with D. Vicinanzo regarding same and status of broker dealer settlement negotiations. | 3.30 | 1386.00 | _____ |
| **06/21/05**<br>16034909 | 0130 | F. Morrissey | Conference with S. Fuller regarding Saperstein sale, telephone call with M. Saperstein. | 0.30 | 84.00 | _____ |
| **06/21/05**<br>16006271 | 7216 | K. Fitzgerald | Multiple conferences and office meetings regarding logistics of personal property sales, including issues related to disposition of automobiles, Pitney Bowes claim adverse to WBIX ███████ ████████████████ ████████████████████ | 1.20 | 504.00 | _____ |

Client number 036552
Prebill Number 2129515

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | | | |
|---|---|---|---|---|---|---|
| **06/22/05**<br>16034941 | 0130 - F. Morrissey | Attention to personal property sale. Telephone call with M. Saperstein. | 0.20 | 56.00 | _____ | |
| **06/22/05**<br>16006274 | 7216 - K. Fitzgerald | Multiple office meetings regarding process and protocol for personal property sale. | 0.60 | 252.00 | _____ | |
| **06/22/05**<br>16002793 | 7329 - R. Pedone | Attention to auto issues including conversation with auctioneer; attention to application of cash. | 0.50 | 210.00 | _____ | |
| **06/23/05**<br>16002846 | 7329 - R. Pedone | Work on memo summarizing auto sales. | 0.20 | 84.00 | _____ | |
| **06/28/05**<br>16037647 | 0130 - F. Morrissey | Meet with K. Fitzgerald, S. Fuller and R. Pedone, follow up on personal property sale and work on second status report. | 2.50 | 700.00 | _____ | |
| **06/28/05**<br>16016989 | 0272 - J. Gilbreth | Meet with S. Fuller, K. Fitzgerald, R. Pedone and F. Morrissey regarding sale of radio station, personal property and broker dealers settlements.  Draft letters to G. Oberhauser, C. Faro and A. Rose, Jr. regarding sale of personal items. | 3.20 | 784.00 | _____ | |
| **06/28/05**<br>16018263 | 7325 - J. Hood | Review closing documents.  Develop rescission strategy. | 1.30 | 546.00 | _____ | |
| **06/29/05**<br>16037734 | 0130 - F. Morrissey | Further attention to status report, follow up on Saperstein auction. | 1.80 | 504.00 | _____ | |
| **06/29/05**<br>16030128 | 7216 - K. Fitzgerald | Multiple office meetings regarding service of notices and advertisements relating to personal property auction. | 0.40 | 168.00 | _____ | |
| **06/30/05**<br>16030013 | 0272 - J. Gilbreth | Telephone call with A. DeLong regarding balance owed to Gentle Giant.  Email R. Pedone and F. Morrissey regarding same.  Review and sort mail. | 0.40 | 98.00 | _____ | |
| **06/30/05**<br>16030535 | 7325 - J. Hood | Further review of closing documents. | 0.30 | 126.00 | _____ | |

Client number 036552
Prebill Number 2129515

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | |
|---|---|---|---|---|
| **07/01/05**<br>16138455 | 0130 - F. Morrissey | E-mail Bleidt group regarding Second Status Report; review Bleidt auto reconciliation; conference with J. Gilbreth regarding payment of Gentle Giant bill; review Denise Bleidt settlement; review K. Fitzgerald e-mail regarding WBIX recission Agreement. | 1.30 | 364.00 _____ |
| **07/01/05**<br>16038929 | 0272 - J. Gilbreth | Call with Gentle Giant regarding invoice. Review and sort mail. Email K. Fitzgerald regarding APAM trademark. | 0.60 | 147.00 _____ |
| **07/01/05**<br>16041813 | 7325 - J. Hood | Review initial deal specifics. Office conference with K. Fitzgerald regarding same. | 1.20 | 504.00 _____ |
| **07/05/05**<br>16137924 | 0130 - F. Morrissey | E-mail Bleidt team regarding second status report; e-mail D. Vicinanzo regarding Denise Bleidt settlement offer; e-mail K. Fitzgerald regarding WBIX rescission agreement. | 0.60 | 168.00 _____ |
| **07/05/05**<br>16046325 | 7216 - K. Fitzgerald | Review correspondence from A. Langer and L. Litwak regarding initial drafts of Recission Agreement and related documentation. Conference regarding same. Begin analysis and revision of same. Correspondence with M. Scaglione regarding WBIX/Egan reconciliation. Multiple office meetings regarding preparation of interim status report. Multiple conferences regarding personal property auction arrangements. | 3.90 | 1638.00 _____ |
| **07/06/05**<br>16138934 | 0130 - F. Morrissey | E-mail Bleidt Group regarding Saperstein Auction; extensive conference with J. Gilbreth regarding same. | 0.40 | 112.00 _____ |
| **07/06/05**<br>16050572 | 0272 - J. Gilbreth | Meet with F. Morrissey regarding auction. Meet with movers of artwork. Move files to Knights room in preparation for S. Fuller meeting with WEC and DMC insurance companies. Telephone call with S. Fuller regarding auction (x2). Email with M. Perillo regarding same. ██████████████ ████████████ | 2.30 | 563.50 _____ |

Client number 036552
Prebill Number 2129515

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | |
|---|---|---|---|---|
| **07/06/05**<br>16051257 | 7325 - J. Hood | Review Reconnection Agreement. | 0.30 | 126.00 | _____ |
| **07/06/05**<br>16057234 | 7216 - K. Fitzgerald | Multiple office meetings regarding personal property auction matters including fielding of proposals from family members. | 0.80 | 336.00 | _____ |
| **07/06/05**<br>16048494 | 7329 - R. Pedone | Attention to personal property. | 0.20 | 84.00 | _____ |
| **07/07/05**<br>16044445 | 0130 - F. Morrissey | Follow up on personal property auction. | 0.60 | 168.00 | _____ |
| **07/07/05**<br>16050847 | 0272 - J. Gilbreth | Attend auction of Brad Bleidt's personal property. | 3.60 | 882.00 | _____ |
| **07/11/05**<br>16066416 | 7216 - K. Fitzgerald | Multiple conferences regarding review of WBIX recission agreement and analysis of FCC, tax and debtor/creditor issues. Begin review and revision of draft of second interim status report. Telephone conference and correspondence with investors (███████████████) regarding status of details of loss. Review answer filed by B. Bleidt. Review correspondence from Bonnie Bleidt regarding proposed settlement of disputed claims. Multiple conferences, office meetings and telephone conference with M. Perillo regarding FBI/SEC meeting with B. Bleidt to review calculation of losses and related cooperation issues. Office meeting regarding report and accounting with respect to personal property auction. | 6.30 | 2646.00 | _____ |
| **07/12/05**<br>16073031 | 1296 - C. McBurney | Telephone conference with J. Hood and R. Ahern regarding structuring sale of broadcast station and FCC license. | 0.70 | 294.00 | _____ |
| **07/12/05**<br>16064974 | 0272 - J. Gilbreth | Review and sort mail. Meet with S. Fuller regarding stock certificates and auction results. | 0.70 | 171.50 | _____ |
| **07/12/05**<br>16065184 | 7325 - J. Hood | Review and revise draft Agreement. Office conference with K. Fitzgerald regarding same. | 5.50 | 2310.00 | _____ |

Client number 036552
Prebill Number 2129515

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | | |
|---|---|---|---|---|---|
| 07/12/05<br>16066241 | 7216 - K. Fitzgerald | Conference regarding issues with proposed draft of WBIX Recission Agreement. | 0.40 | 168.00 | _____ |
| 07/12/05<br>16066262 | 0961 - V. Ahern | Telephone call with C. McBurney and J. Hood regarding FCC Assignment; review of Bleidt files, research transfer, tax issues. | 1.80 | 756.00 | _____ |
| 07/13/05<br>16070201 | 7325 - J. Hood | Time spent reviewing court order. | 3.30 | 1386.00 | _____ |
| 07/13/05<br>16073995 | 7216 - K. Fitzgerald | Multiple conferences and office meetings regarding work on status report and WBIX report and WBIX Recission Agreement.  Telephone conference with M. Perillo regarding report on meeting with B. Bleidt and H. Lee regarding discussion of fraud loss calculation. Field multiple public inquries regarding receiver's interim report. Correspondence with A. Langer regarding WBIX programming proposals. | 4.90 | 2058.00 | _____ |
| 07/13/05<br>16074506 | 0961 - V. Ahern | Review of Bleidt file; e-mail to Fitzgerald. | 0.40 | 168.00 | _____ |
| 07/14/05<br>16077217 | 7325 - J. Hood | Review proposed Recession Agreement. Office conference with K. Fitzgerald regarding same. | 3.10 | 1302.00 | _____ |
| 07/14/05<br>16079431 | 7216 - K. Fitzgerald | Work on revisions to and supplemental drafting of receiver's interim report. Multiple conferences and office meetings regardng same.  Extended conference regarding negotiation of terms of WBIX Recission Agreement and analysis of related tax and FCC issues.  Multiple office meetings regarding negotiations with B. Kirchner Bleidt.  Telephone conference with A. Langer regarding status of Recission Agreement and public disclosure in Receiver's Interim Report. | 5.50 | 2310.00 | _____ |
| 07/15/05<br>16079410 | 7325 - J. Hood | Review stock purchase documents. Office conference with K. Fitzgerald regarding same. | 3.30 | 1386.00 | _____ |

Client number 036552
Prebill Number 2129515

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | | |
|---|---|---|---|---|---|
| **07/18/05**<br>16086744 | 7325 - J. Hood | Review file regarding recission agreement. | 1.20 | 504.00 | _____ |
| **07/18/05**<br>16089915 | 7216 - K. Fitzgerald | Review and revise correspondence with L. Litwak regarding proposed modifications to Recision Agreement. Conference regarding same. | 1.20 | 504.00 | _____ |
| **07/19/05**<br>16093695 | 7325 - J. Hood | Review file regarding recission agreement. | 0.30 | 126.00 | _____ |
| **07/19/05**<br>16091315 | 0961 - V. Ahern | Preparation of talking points regarding WBIX for FCC meeting; review of file and transaction documents. | 2.30 | 966.00 | _____ |
| **07/20/05**<br>16098030 | 1296 - C. McBurney | Review outline by V. Ahern and send her e-mail regarding same. | 0.30 | 126.00 | _____ |
| **07/20/05**<br>16104314 | 7216 - K. Fitzgerald | Multiple office meetings regarding work on WBIX FCC transaction documents. Conference and work on structure of possible Bleidt interview in aid of broker/dealer claims and stipulation to judgment. | 2.20 | 924.00 | _____ |
| **07/20/05**<br>16100269 | 0961 - V. Ahern | E-mails regarding Bleidt restructuring to C. McBurney, etc. | 0.50 | 210.00 | _____ |
| **07/21/05**<br>16101345 | 0130 - F. Morrissey | Work on draft motion to employ special counsel and motion to approve rescission transaction. | 4.00 | 1120.00 | _____ |
| **07/22/05**<br>16106001 | 7325 - J. Hood | Review file.  Office conference with K. Fitzgerald regarding current status. | 0.30 | 126.00 | _____ |
| **07/25/05**<br>16113821 | 7216 - K. Fitzgerald | Multiple office meetings regarding work on FCC issues for WBIX transaction including description of receivership history and facts relating to station management ████████████████████ ████████████████████████ ████████ Office meeting regarding request for Commonwealth counsel for claim detail in response to fidelity bond | 2.10 | 882.00 | _____ |

Client number 036552
Prebill Number 2129515

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

claims.

| Date | Timekeeper | Description | Hrs | Amount | |
|---|---|---|---|---|---|
| **07/25/05**<br>16109690 | 0961  -  V. Ahern | Redraft of talking points per Fitzgerald e-mail. | 0.50 | 210.00 | _____ |
| **07/27/05**<br>16130501 | 1296  -  C. McBurney | Research regarding tax consequences of receivership. | 1.00 | 420.00 | _____ |
| | | TRANSFERRED | | | |
| **07/27/05**<br>16133434 | 7216  -  K. Fitzgerald | Multiple conferences and office meetings regarding FCC fee notice, work on WBIX transaction and status of Langer response to document issues.  Multiple conferences and respond to multiple press inquiries regarding effect of Bleidt plea.  Telephone conference with M. Perillo regarding possible stipulation to judgment. | 1.60 | 672.00 | _____ |
| **07/27/05**<br>16123704 | 0961  -  V. Ahern | Redraft of WBIX talking points, e-mail to Fitzgerald. | 1.00 | 420.00 | _____ |
| **07/28/05**<br>16137729 | 0961  -  V. Ahern | Telephone call with Smales; check on status with Hood . | 0.40 | 168.00 | _____ |

**Total Matter 000002 Fees**                                                                              **$193,653.50**

**Matter Timekeeper Summary**

| Atty | Rate | Hrs. | Fees | Edit |
|---|---|---|---|---|
| 1296 - McBurney, Christian M | 420.00 | 2.00 | 840.00 | _____ |
| 5976 - Vicinanzo, David | 420.00 | 10.60 | 4452.00 | _____ |
| 0130 - Morrissey, Francis | 280.00 | 91.60 | 25648.00 | _____ |
| 7026 - Gorney, Howard N. | 420.00 | 0.80 | 336.00 | _____ |
| 0272 - Gilbreth, Jeffrey | 245.00 | 141.80 | 34741.00 | _____ |
| 7325 - Hood, James C. | 420.00 | 21.50 | 9030.00 | _____ |
| 7216 - Fitzgerald, Kevin M. P.C. | 420.00 | 196.50 | 82530.00 | _____ |
| 2346 - Harrington, Lee | 280.00 | 21.40 | 5992.00 | _____ |
| 0529 - Walker, Lauri | 75.00 | 1.50 | 112.50 | _____ |
| 8114 - Cameron, Patricia | 130.00 | 0.20 | 26.00 | _____ |
| 7329 - Pedone, Richard C. | 420.00 | 29.50 | 12390.00 | _____ |
| 7293 - Fuller, Steven N. | 420.00 | 22.20 | 9324.00 | _____ |
| 0961 - Ahern, Veronica M | 420.00 | 19.60 | 8232.00 | _____ |

Client number 036552
Prebill Number 2129515

**Matter Summary / 000002  SEC v. Bleidt, et al.**

| | Matter Total | Edit |
|---|---|---|
| Fees | 193,653.50 | _____ |
| On Account Fees | 0.00 | _____ |
| Disbursements | 0.00 | _____ |
| On Account Disbursements | 0.00 | _____ |
| Matter Credit Applied (Available: $ 0.00) | 0.00 | _____ |
| MATTER 000002 PREBILL TOTAL | $193,653.50 | _____ |

**Matter AR Summary / 000002  SEC v. Bleidt, et al.**
(Note that this summary reflects the outstanding amounts for this matter on each invoice.  It is not necessarily reflective of the entire AR amount for a given invoice.)

| Invoice Number | Invoice Date | Amount Outstanding |
|---|---|---|
| 8617369 | 12/20/04 | 116009.30 |

EXHIBIT C-2 (pgs 2-13)

Review and Analysis of APAM and FPPS Customer Account and Investigation into the Nature and Scope of Bleidt's Fraud

Client number 036552
Prebill Number 2129575

**Prebill Matter Summary**

| | Claim/<br>Reference No. | Rate Level | Fees | Disbursements |
|---|---|---|---|---|
| Matter  000002 SEC v. Bleidt, et al. | | 1 | 266,973.00 | 0.00 |

**Matter Trust Information**

| Matter | Trust Balance |
|---|---|
| 000002 – SEC v. Bleidt, et al. | $ 1,267.42 |

**Prebill  Timekeeper Summary**

| Atty. | Rate | Hrs. | Fees | Edit |
|---|---|---|---|---|
| 0062 - Berman, Mark | 420.00 | 0.20 | 84.00 | _____ |
| 0130 - Morrissey, Francis | 280.00 | 22.80 | 6384.00 | _____ |
| 0272 - Gilbreth, Jeffrey | 245.00 | 25.40 | 6223.00 | _____ |
| 2346 - Harrington, Lee | 280.00 | 2.00 | 560.00 | _____ |
| 5976 - Vicinanzo, David | 420.00 | 3.50 | 1470.00 | _____ |
| 7119 - Milione, Victor G. P.C. | 420.00 | 2.50 | 1050.00 | _____ |
| 7216 - Fitzgerald, Kevin M. P.C. | 420.00 | 67.00 | 28140.00 | _____ |
| 7293 - Fuller, Steven N. | 420.00 | 516.90 | 217098.00 | _____ |
| 7329 - Pedone, Richard C. | 420.00 | 14.20 | 5964.00 | _____ |

| Payor Billing History - (#036552)  United States District Court (MA) Receiv | | |
|---|---|---|
| | Year To Date | |
| | Fees | Disbursements |
| Amount Billed | $0.00 | $0.00 |
| Amount Received<br>(Including A/R and<br>Write Offs) | $0.00 | $0.00 |

Client number 036552
Prebill Number 2129575

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| Date<br>Time ID | Atty. | Narrative | Hrs. | Fees | Edit |
|---|---|---|---|---|---|
| **12/01/04**<br>15236422 | 7293 - S. Fuller | Analysis of documents; memo to client; attend conference with SEC; travel to meeting with J. McCarty; travel to meeting with Ms. Maloney at WEC; analysis of pleadings on 12/2 hearing; memo to K. Fitzgerald regarding same. | 8.30 | 3486.00 | _____ |
| **12/02/04**<br>15243047 | 7293 - S. Fuller | Multiple communications with K. Fitzgerald and conference with ▇▇▇. | 0.90 | 378.00 | _____ |
| **12/06/04**<br>15251228 | 2346 - L. Harrington | Meet with K. Heidtkamp and N. Nathan of the FBI to coordinate hard drive imaging at 205 Portland and 164 Canal Street. | 2.00 | 560.00 | _____ |
| **12/06/04**<br>15250121 | 7293 - S. Fuller | Multiple conferences with FFPS personnel, WEC personnel and lawyers; conference with K. Fitzgerald, F. Morrissey and R. Pedone; review client records. | 5.50 | 2310.00 | _____ |
| **12/08/04**<br>15280263 | 7216 - K. Fitzgerald | Multiple conferences regarding status of and strategy for management of broker/dealer issues and employment matters with respect to FPPS, APAM and WBIX employees.  Review office memorandum regarding analysis of key receivership issues relating to Bleidt due process rights and ability to convey clear title to assets.  Telephone conference with Attorney Jenkins regarding Egan request for assistance in billing and collection of WBIX receivables. Telephone conference with M. Indick of Prides Capital regarding meeting with A. Langer regarding discussion of potential acquisition of WBIX.  Correspondence from A. Langer regarding same and status of other potential offers. | 2.80 | 1176.00 | _____ |
| **12/08/04**<br>15263919 | 7293 - S. Fuller | Analysis of account data; process account distributions; conference with collections team; conference with Mr. Rose; travel to and attend meeting with APAM's Mr. Harris; negotiate independent contractor agreements and | 13.60 | 5712.00 | _____ |

Client number 036552
Prebill Number 2129575

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | |
|---|---|---|---|---|
| | | work on windup strategy with Mr. Harris and Mr. Bertone; travel to office and multiple communications with counsel and Receiver; attention to sale of client accounts. | | |
| **12/10/04** 15275117 | 7293 - S. Fuller | Multiple meetings with WEC's T. Maloney and multiple conferences with Receiver and counsel; work on account analyses and partial distributions; analysis of documents; work on strategy to release accounts for transfer; analysis of financial data. | 9.40 | 3948.00 |
| **12/14/04** 15341822 | 7329 - R. Pedone | Conference call with SEC and team. | 0.70 | 294.00 |
| **12/14/04** 15295223 | 7293 - S. Fuller | Attend conference at SEC; meeting with T. Maloney regarding various issues relating to certification of accounts; research on receiver authority; conference with landlord regarding leasing issues; conference with Mr. Rose regarding Bonnie Bleidt assets claims. | 8.90 | 3738.00 |
| **12/15/04** 15301866 | 7293 - S. Fuller | Work on legal claims and ADV windups; multiple conferences with counsel to WEC and K. Fitzgerald; edit brief for way payment motion; prepare agenda for staff meeting; run staff meeting regarding two-week project schedule; attention to various wage and claims issues. | 8.70 | 3654.00 |
| **12/16/04** 15301827 | 7293 - S. Fuller | Prepare for and meet with SEC regarding asset issues; letter to CFO at Cushing Academy; prepare for and meet with A. Rose and B. Bleidt. | 5.30 | 2226.00 |
| **12/17/04** 15299863 | 7293 - S. Fuller | Conference with D. Vicinanzo; work on various asset related issues; conference with J. Gilbreth regarding certification process; attend conference with receivership team; legal research and analysis of claim process; attention to victim calls and logging of losses; conference with SEC attorney Wash regarding assets; letter to T. Maloney; draft certification form; letter to Attorney Wash. | 8.90 | 3738.00 |

Client number 036552
Prebill Number 2129575

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| Date / ID | Timekeeper | Description | Hours | Amount | |
|---|---|---|---|---|---|
| **12/21/04**<br>15326384 | 5976 - D. Vicinanzo | Weekly conference call with SEC. Strategy and planning with K. Fitzgerald. Conference with R. Pedone. | 1.50 | 630.00 | _____ |
| **12/21/04**<br>15315991 | 0272 - J. Gilbreth | Provide WEC mail to R. Lohwater.  Draft letter regarding certs . | 0.50 | 122.50 | _____ |
| **12/21/04**<br>15310480 | 7329 - R. Pedone | Conference call with SEC regarding status and strategy. | 1.10 | 462.00 | _____ |
| **12/21/04**<br>15339839 | 7293 - S. Fuller | Bleidt analysis of claims issues and legal research. | 4.20 | 1764.00 | _____ |
| **12/23/04**<br>15326833 | 7216 - K. Fitzgerald | Multiple conferences, office meetings and telephone conferences with Judge Gertner's chambers regarding finalization of terms of Fleet stipulation and protocol for release of funds. Multiple conferences and correspondence with WEC and Commonwealth regarding current investor issues and confusion concerning potential Bleidt involvement. Conference and office meeting regarding proposal of clarification letter and review by WEC.  Multiple office meetings and conferences regarding successful negotiations for release of Sovereign funds.  Telephone call to Attorney Jenkins regarding work on settlement of credits and debits from Egan LMA operations.  Conference regarding ████ ███████████████████████ ████████████████████████████ ████████████████████████████ ██████████████████ (███, ████, ██████). | 5.10 | 2142.00 | _____ |
| **12/27/04**<br>15334558 | 7216 - K. Fitzgerald | Multiple office meetings regarding remittance of Fleet payment to NFS regarding calculation of APAM fees for transmittal to NFS.  Review multiple correspondence with S. Ngan and T. Mahoney regarding same. | 1.10 | 462.00 | _____ |
| **12/28/04**<br>15328632 | 7329 - R. Pedone | Conference with Mr. Fuller regarding Stoddard issue. | 0.30 | 126.00 | _____ |

Client number 036552
Prebill Number 2129575

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | | |
|---|---|---|---|---|---|
| **12/28/04**<br>15328634 | 7329 - R. Pedone | Conference call with Mr. Fuller and Mr. Harris regarding Stoddard issue. | 0.20 | 84.00 | _____ |
| **12/29/04**<br>15334227 | 0130 - F. Morrissey | Conference call with SEC; further review and analyze pleadings in Lancer case; prepare memo regarding same; extensive telephone call with Todd Bida. | 4.00 | 1120.00 | _____ |
| **12/29/04**<br>15335994 | 7216 - K. Fitzgerald | Conference call with SEC regarding status, strategy matters, victims meeting planning and protocol for review and submission to Court of receivers' bill. ~~[redacted]~~ | 2.80 | 1176.00 | _____ |
| **12/29/04**<br>15341428 | 7329 - R. Pedone | Conference call with Mr. Fitzgerald and Mr. Morrissey regarding ~~[redacted]~~ other strategy issues. | 0.80 | 336.00 | _____ |
| **12/29/04**<br>15341467 | 7329 - R. Pedone | Research ~~[redacted]~~ | 0.60 | 252.00 | _____ |
| **12/30/04**<br>15339102 | 7329 - R. Pedone | Analysis of ~~[redacted]~~ regarding to ~~[redacted]~~ use of ~~[redacted]~~. | 0.60 | 252.00 | _____ |
| **01/03/05**<br>15348923 | 0272 - J. Gilbreth | Meet with FBI, IRS and Postal agents at 205 Portland Street so they can remove original documents. | 3.10 | 759.50 | _____ |
| **01/03/05**<br>15444181 | 7329 - R. Pedone | Conference with Mr. Fuller a ~~[redacted]~~ that could be brought by Receiver and analysis of same. | 0.50 | 210.00 | _____ |
| **01/04/05**<br>15353742 | 5976 - D. Vicinanzo | Strategy conference with K. Fitzgerald ~~[redacted]~~ standing issues. | 0.50 | 210.00 | _____ |

Client number 036552
Prebill Number 2129575

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | |
|---|---|---|---|---|
| 01/04/05<br>15355373 | 0130 - F. Morrissey | Extensive conference with Kevin Fitzgerald regarding exit strategy and receiver's standing to bring third-party claims (1.0); extensive conference regarding same with S. Fuller and R. Pedone (2.0); review First Circuit and other cases ~~regarding receiver standing~~; prepare memo to file regarding same (1.0). | 4.00 | 1120.00 | _____ |
| 01/04/05<br>15349127 | 7293 - S. Fuller | Prepare for and run meeting regarding labor/claims and collections matters; conference with T. Maloney at WEC regarding fee agreement; review and analyses insurance policies and claims process; work on memo regarding dividend and claims processes; telephone to Mr. Rose regarding Ms. Bleidt asset recovery; ~~telephone to~~ ~~~~; telephone to Mr. Jordan at SEC regarding certifications processing. | 7.90 | 3318.00 | _____ |
| 01/05/05<br>15448945 | 0130 - F. Morrissey | Extensive conference with ~~Ms. Bleidt~~ regarding unfreezing her accounts at WEC; follow up with J. Gillbreth regarding same. | 0.40 | 112.00 | _____ |
| 01/05/05<br>15356867 | 0272 - J. Gilbreth | Prepare spreadsheet of client accounts to fax to T. Jordan for verification. Update client certifications. | 0.80 | 196.00 | _____ |
| 01/05/05<br>15358331 | 7293 - S. Fuller | Prepare for and attend conference with T. Maloney at WEC; meeting with J. Gilbreth; conference with Mr. Koski at SEC; analysis of insurance policies and claims process issues; conference with R. Pedone; work on collections issues regarding Bonnie Bleidt, including multiple communications with Receiver and Mr. Rose; work on claims processing strategy; attention to issues related to investor account freeze orders; review voluminous communications and documents. | 8.30 | 3486.00 | _____ |
| 01/06/05<br>15362031 | 0272 - J. Gilbreth | Email S. Fuller regarding client certs. Email M. Perry regarding interest/dividend approval. | 0.30 | 73.50 | _____ |

Client number 036552
Prebill Number 2129575

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | |
|---|---|---|---|---|
| **01/06/05**<br>15379358 | 7329 - R. Pedone | Prepare for conference with Ms. Fuller regarding best means to handle claims. | 0.20 | 84.00 _____ |
| **01/06/05**<br>15358345 | 7293 - S. Fuller | Review SEC testimony transcripts; prepare for and attend conference with NFS attorneys and T. Maloney regarding ACAT and related account issues; conference with Mr. Balthazard and conference with D. Vicinanzo; prepare for meeting with ▓▓▓▓ victims. | 6.90 | 2898.00 _____ |
| **01/06/05**<br>15365405 | 7119 - V. Milione | Review receivership claim issues and channeling injunction. | 0.30 | 126.00 _____ |
| **01/07/05**<br>15449118 | 0130 - F. Morrissey | Conference with S. Fuller regarding ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.50 | 140.00 _____ |
| **01/07/05**<br>15365566 | 0272 - J. Gilbreth | Update WEC and client certifications. | 0.50 | 122.50 _____ |
| **01/07/05**<br>15365584 | 0272 - J. Gilbreth | Meet with S. Fuller regarding WEC and client certs, vacating leases, negotiations with B. Kirchner Bleidt. | 1.10 | 269.50 _____ |
| **01/07/05**<br>15369671 | 7216 - K. Fitzgerald | Multiple conferences and legal research regarding development of legal theories and strategies for ▓▓▓▓▓▓▓▓▓▓ | 2.30 | 966.00 _____ |
| **01/07/05**<br>15367511 | 7119 - V. Milione | Further discussions with S. Fuller regarding ▓▓▓▓▓▓▓▓▓▓ | 0.40 | 168.00 _____ |
| **01/07/05**<br>15367545 | 7119 - V. Milione | Further discussion with S. Fuller regarding ▓▓▓▓▓▓▓▓▓▓ | 0.30 | 126.00 _____ |
| **01/09/05**<br>15370375 | 7293 - S. Fuller | Work on memo and insurance analysis; work on account sale transaction. | 6.20 | 2604.00 _____ |

Client number 036552
Prebill Number 2129575

**Matter Fee Detail (Rate Level 1) / 000002 SEC v. Bleidt, et al.**

| | | | | |
|---|---|---|---|---|
| **01/10/05**<br>15451748 | 0130 - F. Morrissey | Conference with K. Fitzgerald regarding ▓▓▓▓▓ues and forward memo regarding f▓▓▓▓▓▓▓▓▓▓m (.3); research regarding ▓▓▓▓▓▓▓▓ and forward research to S. Fuller (.5); conference with S. Fuller and R. Pedone regarding standing issues (.6). | 1.40 | 392.00 _____ |
| **01/10/05**<br>15367529 | 0272 - J. Gilbreth | Update certification list, research issue regarding contribution in 1st Circuit. | 1.70 | 416.50 _____ |
| **01/10/05**<br>15368157 | 0062 - M. Berman | Meeting with R. Pedone regarding use of ▓▓▓▓▓▓▓▓▓▓▓n. | 0.20 | 84.00 _____ |
| **01/10/05**<br>15370168 | 7329 - R. Pedone | Review primary and secondary sources on ▓▓▓▓▓▓▓▓▓▓▓ and other research on ▓▓▓▓▓▓▓▓▓▓n. | 2.70 | 1134.00 _____ |
| **01/10/05**<br>15370175 | 7329 - R. Pedone | Meeting with Mr. Fuller and Mr. Morrissey and discuss ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓ and other litigation control ▓▓▓▓▓. | 1.20 | 504.00 _____ |
| **01/10/05**<br>15370397 | 7293 - S. Fuller | Work on ▓▓▓ p▓▓▓▓▓s memo and analysis of s▓▓▓▓▓▓▓▓▓▓f ▓▓▓ ▓▓▓▓; attend staff meeting; revise memo; conference with K. Fitzgerald regarding ▓▓▓▓▓▓▓▓ research and memo; attention to wage issues. | 9.60 | 4032.00 _____ |
| **01/11/05**<br>15378844 | 5976 - D. Vicinanzo | Strategy/planning conference call with SEC and Bleidt receiver team. | 1.50 | 630.00 _____ |
| **01/11/05**<br>15380699 | 0130 - F. Morrissey | Extensive conference with S. Fuller and R. Pedone; review exit memo. | 3.00 | 840.00 _____ |
| **01/11/05**<br>15377600 | 0272 - J. Gilbreth | Meet agents from FBI, IRS & SEC at 205 Portland Street so they could search for and remove original documents. | 3.10 | 759.50 _____ |
| **01/11/05**<br>15383302 | 7329 - R. Pedone | Review and revise legal memorandum strategy on claims. | 0.30 | 126.00 _____ |
| **01/11/05** | 7329 - R. Pedone | Conference call with SEC regarding | 1.20 | 504.00 _____ |

Client number 036552
Prebill Number 2129575

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | |
|---|---|---|---|---|
| 15383306 | | status and strategy. | | |
| **01/11/05**<br>15379823 | 7293 - S. Fuller | Conference with Mr. Pedone and Mr. Morrissey regarding memo regarding ~~redacted~~ ~~and channeling injunctions.~~ Attend status conference with SEC. Work on insurance coverage issues and edit memo. Attention to property distribution issues, and lease issues. Attention to insurance commission action and conference with ~~redacted~~ Letter to Mr. Hale regarding no apperance. Meeting with Ms. Thaxter regarding ~~redacted~~ | 8.30 | 3486.00 | _____ |
| **01/12/05**<br>15380601 | 7119 - V. Milione | Review orders and further review of advice on channeling injunction and assignments to preserve claims. | 1.50 | 630.00 | _____ |
| **01/13/05**<br>15383407 | 7329 - R. Pedone | Prepare for and attend conference at SEC with Mr. Fuller to develop ~~claims on~~ ~~redacted~~; discussion of theories, interview results and strategy. | 1.70 | 714.00 | _____ |
| **01/13/05**<br>15390341 | 7293 - S. Fuller | Prepare for and attend SEC meeting regarding victims week and fact finding; conference with J. Gilbreth; conference with F. Morrissey regarding ongoing lease and property disposition issues; analysis of receivership claims process options; meeting with ~~redacted~~; telephone to ~~redacted~~ and conference with ~~redacted~~; conference with Mr. Mini at NFS and attention to asset freeze and distribution issues; conference with T. McCord regarding account transfer issues and labor department investigation; review and analysis of documents and drafting to asset purchase agreement. | 7.30 | 3066.00 | _____ |
| **01/14/05**<br>15390371 | 7293 - S. Fuller | Analysis of tracing data; analysis of transcripts regarding supervisory lab; prepare for meeting with ~~redacted~~ | 8.10 | 3402.00 | _____ |
| **01/17/05**<br>15390387 | 7293 - S. Fuller | Attention to document control; draft various correspondence to WEC; work on asset purchase agreement; meeting | 4.80 | 2016.00 | _____ |

Client number 036552
Prebill Number 2129575

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | with J. Gilbreth regarding customer account freeze and release of accounts issues; analysis of Stoddard issues. |  |  |
| 01/18/05 15398769 | 7293 - S. Fuller | Work on document control; work on asset purchase agreement; conference with SEC regarding money in/money out analysis; conference with NFS regarding asset freeze limitations and release of accounts; conference with Mr. Ciaverra regarding Stoddard matter; work on labor issues and receivership accounting issues. | 6.60 | 2772.00 |
| 01/19/05 15410215 | 7293 - S. Fuller | Work on global settlement initiative with brokerage houses; communications with NFS regarding account freezes; multiple calls with ███████, Mr. Lougee and ███ ███████; drafting to correspondence with WEC; conference with Mr. Pedone; conduct staff meeting. | 7.30 | 3066.00 |
| 01/20/05 15415597 | 0272 - J. Gilbreth | Phone call regarding APAM strategy. Call with ███████ regarding customer certs. | 0.40 | 98.00 |
| 01/20/05 15415609 | 0272 - J. Gilbreth | Go to 205 Portland Street regarding APAM statements and Lease materials. | 2.20 | 539.00 |
| 01/21/05 15413333 | 7293 - S. Fuller | Review testimony transcripts and compliance procedures; attention to setting up conference with brokerage counsel. | 6.20 | 2604.00 |
| 01/24/05 15425420 | 7293 - S. Fuller | Analysis of receivership orders and related documents; analysis of coverage issues regarding broker insurance; ███████████ ███████████; conference with ███████; conference with R. Pedone; conference with F. Morrissey; conference with M. Collora and conference with Mr. Lougee all regarding broker dealer liability issues.

TRANSFERRED | 6.70 | 2814.00 |
| 01/25/05 15430172 | 7293 - S. Fuller | Analysis of compliance manuals and updates for Detwiler firm, Winslow firm and Commonwealth firm; read Stojanovich and McCarty transcripts; conference with R. Pedone regarding | 8.60 | 3612.00 |

Client number 036552
Prebill Number 2129575

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

asset moves and liquidation.

| | | | | |
|---|---|---|---|---|
| 01/26/05<br>15430163 | 7293 - S. Fuller | Prepare for and attend lengthy meeting with SEC at SEC; work on presentation to broker's counsel; attention to various asset move and liquidation issues; conference with K. Fitzgerald regarding Proctor Street issues; attend to document control issues regarding exhibits for broker's meeting; conference with T. Maloney regarding broker liability issues; analysis of total broker exposures in dollars and number of claims. | 14.90 | 6258.00 _____ |
| 01/27/05<br>15435449 | 7216 - K. Fitzgerald | Travel to meeting with broker dealer counsel regarding presentation regarding potential settlement structure and procedure, conduct extended meeting with S. Fuller regarding same and strategy for sequential meeting with counsel for E&O and fidelity bond carriers.  Multiple conferences with A. Langer regarding status of potential offer from Prides Capital for WBIX.  Analyze letter received from B. Bleidt.  Multiple office meetings regarding significance of same and plan for taking statement and depositon of Mr. Bleidt and use to secure consent to orders in favor of receivership and SEC to allow for liquidation of assets. | 7.70 | 3234.00 _____ |
| 01/27/05<br>15442155 | 7293 - S. Fuller | Prepare for and attend meeting with lawyers for all brokerages; present at meeting with brokerage attorneys; conference with K. Fitzgerald; analysis and review of documents responsive to brokerage counsel's request for information; conference with R. Pedone; attend to document control issues and letter to Mr. Adelman. | 7.90 | 3318.00 _____ |
| 01/28/05<br>15442176 | 7293 - S. Fuller | Work on various open items regarding corporate structure and wind up; conference with various counsel to brokerages; conference with SEC; work on insurance coverage issues; attend to issues regarding Procter Street lease and termination and move from premises. | 8.30 | 3486.00 _____ |

Client number 036552
Prebill Number 2129575

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| Date | Timekeeper | Description | Hours | Amount | |
|---|---|---|---|---|---|
| 02/01/05 15459970 | 7293 - S. Fuller | Work on labor issues and multiple conferences with former employees regarding wage claims.  Work on brokerage claims including insurance issues.  Conference with broker counsel and meeting with M. Collora. | 6.60 | 2772.00 | _____ |
| 02/02/05 15474925 | 0130 - F. Morrissey | Extensive conference with M. Perrillo and S. Fontes regarding deposition of B. Bleidt; prepare extensive e-mails regarding same to K. Fitzgerald and D. Vincinanzo. | 2.00 | 560.00 | _____ |
| 02/02/05 15556017 | 7329 - R. Pedone | Review APAM and FPPS agreements with brokers to analyze priority amounts due to them. | 0.50 | 210.00 | _____ |
| 02/02/05 15467164 | 7293 - S. Fuller | Work on insurance settlement and wage matters. | 7.80 | 3276.00 | _____ |
| 02/04/05 15475029 | 7293 - S. Fuller | Work on unfreezing of customer account.  Conference with ▆▆▆▆ representatives regarding status.  Attention to document control.  Work on wage claim issues.  Meeting with Mr. Harris and Mr. McCord.  Attend meeting at WEC with former clients and employees.  Draft form release. | 7.30 | 3066.00 | _____ |
| 02/06/05 15475071 | 7293 - S. Fuller | Edit and revise account sale agreement.  Letter to Ms. Maloney at WEC.  Review comments from Ms. Maloney. | 2.80 | 1176.00 | _____ |
| 02/09/05 15523041 | 0272 - J. Gilbreth | Meet with S. Fuller regardng charges to ▆▆▆▆ accounts. | 0.30 | 73.50 | _____ |
| 02/09/05 15523051 | 0272 - J. Gilbreth | Email (x3) to M. Viana regarding changes to ▆▆▆▆ accounts. | 0.50 | 122.50 | _____ |
| 02/11/05 15494734 | 7293 - S. Fuller | Work on coverage analysis and presentation to insurance carriers. | 2.50 | 1050.00 | _____ |
| 02/15/05 15509163 | 7216 - K. Fitzgerald | Telephone call from and to S. Fontes, P. Koski and M. Perillo regarding preparations for status conference and review of Receiver's draft Status Report | 0.60 | 252.00 | _____ |

EXHIBIT C-2 (pgs 14-26)

Review and Analysis of APAM and FPPS Customer Account and Investigation into the Nature and Scope of Bleidt's Fraud

Client number 036552
Prebill Number 2129575

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | | |
|---|---|---|---|---|---|
| | | | to Court.  Office meeting regarding same.  Multiple correspondence with M. Indick of Prides Capital regarding status of possible offer for/interest in WBIX. | | |
| **02/16/05** 15517317 | 0130 - F. Morrissey | | Work on opposition to motion to intervene; research regarding Section 26 of the Exchange Act. | 2.00 | 560.00 |
| **02/16/05** 15520639 | 0130 - F. Morrissey | | Research regarding constructive trust issues. | 1.00 | 280.00 |
| **02/16/05** 15511045 | 7293 - S. Fuller | | Work on global settlement issues, wage issues and related matters of document control.  Edit and revise status report and meetings with J. Gilbreth, T. McCord, R. Pedone and F. Morrissey. | 8.40 | 3528.00 |
| **02/22/05** 15528615 | 7293 - S. Fuller | | Prepare for and meet with lawyers and principals in Detwiler firm; work on insurance analysis and conference with Mr. Koski regarding meeting; prepare for SEC meeting. | 7.90 | 3318.00 |
| **02/23/05** 15532943 | 7293 - S. Fuller | | Drafting of insurance analysis memo; attend meeting at SEC; conference with counsel to Detweiler firm and attention to document analysis. | 7.30 | 3066.00 |
| **02/24/05** 15547570 | 7293 - S. Fuller | | Work on insurance coverage issues and related conferences with broker counsel.  Conference with K. Fitzgerald regarding status report and various ▮▮▮▮▮ | 6.90 | 2898.00 |
| **02/25/05** 15549136 | 7329 - R. Pedone | | Various calls regarding Mass Securities issues at WEC. | 0.60 | 252.00 |
| **02/28/05** 15553350 | 7293 - S. Fuller | | Analysis of documents; meeting with T. Maloney; work on demand letter; conference with Mr. Parker from Masons; conference with SEC; meeting with R. Pedone and F. Morrissey. | 7.30 | 3066.00 |
| **03/01/05** | 7293 - S. Fuller | | Work on insurance memorandum. | 8.30 | 3486.00 |

Client number 036552
Prebill Number 2129575

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

15565679

| Date | | | Description | Hours | Amount | |
|---|---|---|---|---|---|---|
| **03/02/05** | 0272 | - J. Gilbreth | Review documents at SEC regarding 3rd party liability.  Review and sort mail.  Meet with S. Fuller regarding creditor J. Ross,  Sovereign statements. | 6.50 | 1592.50 | _____ |
| 15576226 | | | | | | |
| **03/02/05** | 7293 | - S. Fuller | Conference with J. Gilbreth; travel to and attend document review at SEC; meeting with Mass. Securities Division regarding sale of APAM accounts; meeting with J. Gilbreth regarding mail issues; work on Bonnie Bleidt issues and asset collection. | 7.90 | 3318.00 | _____ |
| 15565956 | | | | | | |
| **03/03/05** | 0272 | - J. Gilbreth | Review documents at SEC regarding 3rd party liability. | 3.10 | 759.50 | _____ |
| 15576332 | | | | | | |
| **03/03/05** | 7293 | - S. Fuller | Work on document control and related SEC matters. | 2.70 | 1134.00 | _____ |
| 15570798 | | | | | | |
| **03/09/05** | 0130 | - F. Morrissey | Research regarding ▮▮▮▮▮▮▮; prepare memo regarding same. | 4.00 | 1120.00 | _____ |
| 15598528 | | | | | | |
| **03/10/05** | 7293 | - S. Fuller | Attention to incoming correspondence; work on insurance issues with M. Collora and M. Unger; analysis of financial data; drafting of documents for victim communication; conference with FBI general counsel; meeting with ▮▮▮▮▮▮ | 4.30 | 1806.00 | _____ |
| 15595678 | | | | | | |
| **03/11/05** | 7293 | - S. Fuller | Conference with Reps of the ▮▮▮▮▮▮; analysis of privacy act issues; revise victim letter. | 4.30 | 1806.00 | _____ |
| 15602724 | | | | | | |
| **03/14/05** | 7216 | - K. Fitzgerald | Multiple conferences and office meetings regarding communication with investors, solicitation of consent to participate in joint settlement discussion and request for specific investor information data.  Review and revise proposed communication.  Multiple office meetings, conferences and correspondence with A. Langer.  File additional FCC required reports regarding WBIX receivership and "ownership", production of BIA appraisal to potential buyer (Schooly).  Multiple office meetings regarding auction of art. | 4.10 | 1722.00 | _____ |
| 15615941 | | | | | | |

Client number 036552
Prebill Number 2129575

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | |
|---|---|---|---|---|
| **03/14/05**<br>15619342 | 7293 - S. Fuller | Work on victim mailing.  Conference with FBI counsel regarding document release issues.  Draft Polling document and draft survey.  Work on demand letter to brokerages. | 6.80 | 2856.00 _____ |
| **03/15/05**<br>15619433 | 7293 - S. Fuller | Attention to document control.  Analysis of victim claims and drafting of demand letter.  Meeting with Mr. McCord regarding collection matters.  Meeting with Mr. Gilbreth regarding correspondence and victim issues.  Work on release of accounts.  Meeting with Ms. Maloney regarding operation issues. | 8.30 | 3486.00 _____ |
| **03/16/05**<br>15621295 | 7293 - S. Fuller | Work on demand letters and accounting for claims and related matters. | 5.30 | 2226.00 _____ |
| **03/17/05**<br>15621316 | 7293 - S. Fuller | Memo to Mr. Gilbreth.  Conference with SEC staff.  Memo to Mr. Fitzgerald.  Analysis of March 1 testimony of Mr. McCarty and prepare for meeting with McCarty, counsel and Mr. Fitzgerald. | 4.40 | 1848.00 _____ |
| **03/18/05**<br>15616509 | 7216 - K. Fitzgerald | Travel to and conduct meeting with counsel to J. McCarty (M. Tutuer) regarding possible claims regarding compliance and supervisory failures.  Conference regarding work on claims against broker dealer E&O policies ▬▬ | 4.00 | 1680.00 _____ |
| **03/18/05**<br>15628962 | 7293 - S. Fuller | Prepare for meeting with McCarty's counsel.  Conference with Mr. Collora.  Conference with Mr. Fitzgerald.  Attend meeting with Mr. Fitzgerald and Mr. McCarty's counsel.  Revise and send Fidelity Bond demands.  Conference with Mr. Unger.  Conference with Mr. Tenny regarding Mason's claim.  Meeting with Mr. Gilbreth regarding various incoming mail issues.  Attention to various asset freeze issues, and Bonnie Bleidt collection issues. | 5.30 | 2226.00 _____ |
| **03/19/05** | 7293 - S. Fuller | Prepare for presentation to ▬▬▬ ▬▬▬ Travel to Lynn, Mass., for | 4.10 | 1722.00 _____ |

Client number 036552
Prebill Number 2129575

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | | |
|---|---|---|---|---|---|
| 15628954 | | meeting with ▓▓▓▓▓▓▓▓▓▓▓; Presentation to ▓▓▓▓and return to home residence. | | | |
| **03/21/05**<br>15637252 | 7293 - S. Fuller | Work on document control and analysis of broker/dealer data; drafting to tolling agreement; meeting with Harris regarding financial issues; attention to various correspondence relating to collections. | 5.30 | 2226.00 | _____ |
| **03/22/05**<br>15637074 | 7293 - S. Fuller | Conferences with brokerage firm counsel regarding victim list and pre-existing accounts and Fidelity Bond claims; draft tolling agreement; conference with Mr. Gilbreth regarding document recovery. | 4.70 | 1974.00 | _____ |
| **03/24/05**<br>15652009 | 7216 - K. Fitzgerald | Mutliple office meetings and conferences regarding resolution of potential under-funding of wage claim obligations and legal authority for payment.  Conference regarding additional proposed revisions to Opposition to Motion to Unfreeze to address personal versus corporate assets distinction.  Telephone conference with M. Perillo regarding same.  Telephone call from J. Jenkins regarding WBIX account true-up.  Work on same. | 4.10 | 1722.00 | _____ |
| **03/25/05**<br>15682038 | 0130 - F. Morrissey | Forward McCarty asset report to the SEC. | 0.20 | 56.00 | _____ |
| **03/25/05**<br>15662683 | 7216 - K. Fitzgerald | Conference and work on request for documents held by government necessary to broker-dealer presentations.  Multiple correspondence regarding responding to individual investor requests for documentation, discovery and investigation data.  Telephone call to and from J. Jenkins regardirg WBIX expense revenue information.  Conference regarding opposition to Bleidt freeze motion. | 2.80 | 1176.00 | _____ |
| **03/30/05**<br>15679641 | 7293 - S. Fuller | Negotiations over tolling agreement; attention to document control. | 3.60 | 1512.00 | _____ |

Client number 036552
Prebill Number 2129575

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | | |
|---|---|---|---|---|---|
| **04/01/05**<br>15797557 | 0130 - F. Morrissey | E-mail Bleidt team regarding Hanify & King's demand for class certification. | 0.30 | 84.00 | _____ |
| **04/01/05**<br>15692052 | 7293 - S. Fuller | Review documents regarding Detwiler Mitchell; conference with M. Unger; work on tolling agreement issues, including conferences with ▇▇▇▇ and ▇ ▇▇▇▇▇▇communications with K. Fitzgerald regarding Hanify King letter. | 2.30 | 966.00 | _____ |
| **04/06/05**<br>15703544 | 7216 - K. Fitzgerald | Review file and conference with S. Fuller regarding preparation of fidelity bond presentation to carriers ▇▇▇▇▇▇ ▇▇▇▇▇▇▇ Review Keith Harris documentation regarding WBIX/Egan accounts. | 1.60 | 672.00 | _____ |
| **04/07/05**<br>15709835 | 7293 - S. Fuller | Attention to Tolling Agreement; conference with R. Pedone; review incoming mail and related documents. | 2.30 | 966.00 | _____ |
| **04/08/05**<br>15719391 | 7293 - S. Fuller | Attention to document control.  Work on presentation to K. Fitzgerald.  Work on remain issues/investor claims. Conference with F. Morrissey.  Attention to various investor and brokerage communications.  Work on tolling issues. Conference with ▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇ Claim and possible stay. | 4.50 | 1890.00 | _____ |
| **04/11/05**<br>15719444 | 7293 - S. Fuller | Work on various matters relating to asset liquidation and investor claims. Travel to and attend meeting with ▇▇▇ ▇▇▇▇m Burlington, MA. | 3.50 | 1470.00 | _____ |
| **04/12/05**<br>15725826 | 7216 - K. Fitzgerald | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Multiple office meetings regarding work on preparation of broker dealer settlement strategy and office meeting regarding communications with victims and counsel regarding same. Correspondence wih K. Harris regarding reconciliation of Egan accounts.  Multiple office meetings regarding inquiries from General Electric leasing regarding claims prices.  Telephone conference with S. Fontes regarding Motion to Reschedule Status Conference. | 2.70 | 1134.00 | _____ |

Client number 036552
Prebill Number 2129575

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| Date | Attorney | Description | Hours | Amount | |
|------|----------|-------------|-------|--------|---|
| **04/12/05**<br>15731664 | 7293 - S. Fuller | Prepare for meeting with K. Fitzgerald; review and respond to various communications from counsel, victims and internal matters; meeting with J. Gilbreth regarding victim files and document integration; work on document control issues. | 2.60 | 1092.00 | _____ |
| **04/15/05**<br>15745006 | 7216 - K. Fitzgerald | Multiple correspondence with K. Harris regarding WBIX/Egan settlement issues. Conference regarding status of Langer negotiations for WBIX transaction. | 0.70 | 294.00 | _____ |
| **04/15/05**<br>15742664 | 7293 - S. Fuller | Conference with ███████ review incoming correspondence; work on tolling issue and conference with ███ ███████████████. | 1.30 | 546.00 | _____ |
| **04/18/05**<br>15754038 | 7293 - S. Fuller | Attention to tolling agreements. | 1.00 | 420.00 | _____ |
| **04/21/05**<br>15758395 | 7293 - S. Fuller | Review various communications; conference with J. Gilbreth; conference with Ms. Perillo; revise Tolling Agreement; conference with ████████. | 2.70 | 1134.00 | _____ |
| **04/25/05**<br>15780257 | 7293 - S. Fuller | Document control and analysis and attention to tolling agreement.  Meeting with T. Maloney to renegotiate account sales.<br><br>TRANSFERRED | 4.20 | 1764.00 | _____ |
| **04/26/05**<br>15787974 | 7293 - S. Fuller | Meeting with R. Pedone and J. Gilbreth; attention to document and claims processing matters; conference with victims. | 2.30 | 966.00 | _____ |
| **04/28/05**<br>15788013 | 7293 - S. Fuller | Work on settlement, including multiple calls to victims. | 2.30 | 966.00 | _____ |
| **05/02/05**<br>15809803 | 7216 - K. Fitzgerald | Multiple correspondence with SEC (P. Koski) regarding joint status meeting. Multiple office meetings and conferences regarding preparation for same and status report on broker/dealer claims and WBIX matters. | 1.50 | 630.00 | _____ |

Client number 036552
Prebill Number 2129575

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | | |
|---|---|---|---|---|---|
| **05/02/05**<br>15809806 | 7293 - S. Fuller | Review documents; attention to revised account sale agreement; prepare for SEC conference. | 4.30 | 1806.00 | _____ |
| **05/03/05**<br>15809995 | 7216 - K. Fitzgerald | Multiple office meetings and conferences regarding status reports on outstanding receivership tasks.  Conference call with SEC staff regarding same, coordination of activities with respect to potential receivership claims and related settlement discussions and preparation for status conference.  Multiple office meetings and correspondence with A. Langer regarding Verizon/WBIX billing questions. | 2.40 | 1008.00 | _____ |
| **05/03/05**<br>15810967 | 7329 - R. Pedone | Prepare for and participate in conference call with SEC. | 1.00 | 420.00 | _____ |
| **05/04/05**<br>15820181 | 7293 - S. Fuller | Attention to various matters regarding document control and communications with victims and counsel. | 3.20 | 1344.00 | _____ |
| **05/06/05**<br>15830833 | 7293 - S. Fuller | Work on document control and finalize account sale agreement.<br><br>TRANSFERRED | 5.30 | 2226.00 | _____ |
| **05/09/05**<br>15833355 | 7216 - K. Fitzgerald | Telephone conference with S. Fontes regarding coordination of arguments and joint submission in response to Court's order on Bleidt matter regarding funds for civil counsel.  Conference regarding same.  Multiple office meetings regarding response to correspondence ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 1.10 | 462.00 | _____ |
| **05/11/05**<br>15843022 | 7293 - S. Fuller | Attention to various open regulatory issues; conference with J. Adelman; telephone to T. Maloney; telephone to Ms. Stojanovich. | 3.70 | 1554.00 | _____ |
| **05/16/05**<br>15859502 | 7293 - S. Fuller | Prepare for presentation and meeting with Mr. Adelman; finalize data from WEC, and then analyze; conference with Mr. Tenny; meeting with Ms. Maloney; conference with Mr. Pedone and Mr. | 5.30 | 2226.00 | _____ |

Client number 036552
Prebill Number 2129575

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

Morrissey.

| 05/17/05 15867746 | 7216 - K. Fitzgerald | Multiple office meetings and telephone conference regarding NASD objection to proposed account acquisition transaction with Winslow Evans and Crocker due to capital requirement impact. | 0.40 | 168.00 | _____ |
| 05/17/05 15859542 | 7293 - S. Fuller | Prepare for meeting with Adelman; attention to various matters including Denise Bleidt funds, WEC agreement and ▆▆▆▆▆▆▆▆▆▆▆▆▆▆ | 2.50 | 1050.00 | _____ |
| 05/18/05 15873329 | 7293 - S. Fuller | Multiple conferences and meetings regarding various regulatory issues and liability issue.  Read day one of Maloney transcript. | 4.70 | 1974.00 | _____ |
| 05/19/05 15873340 | 7293 - S. Fuller | Prepare for and attend meetings with ▆▆▆▆▆▆▆▆▆▆▆▆conference, and attention to various correspondence and claims processing issues. | 3.20 | 1344.00 | _____ |
| 05/20/05 15877091 | 7216 - K. Fitzgerald | Multiple conferences regarding preparation for status meeting with Mason's group and counsel and response to expressions of concerns by investor regarding Court's order on Bleidt's request for access to receivership funds to finance civil counsel. Correspondence with Attorney ▆▆▆▆▆▆regarding ▆▆▆▆▆▆▆▆▆▆▆▆assignment to Receiver and Privacy Waiver. | 1.00 | 420.00 | _____ |
| 05/23/05 15887663 | 7293 - S. Fuller | Draft new account lease agreement. | 1.60 | 672.00 | _____ |
| 05/24/05 15887633 | 7293 - S. Fuller | Attention to tolling matters; revise and circulate draft lease agreement. | 3.60 | 1512.00 | _____ |
| 05/25/05 15893064 | 7293 - S. Fuller | Conference with T. Maloney; edit and revise lease agreement; review Maloney transcripts from SEC testimony. | 3.40 | 1428.00 | _____ |

Client number 036552
Prebill Number 2129575

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | |
|---|---|---|---|---|
| **05/26/05**<br>15898607 | 7293  -  S. Fuller | Revisions and negotiations to Acct Lease Agreement.  Review Maloney transcript.  Assemble Stoyanovich documents. | 4.70 | 1974.00 | _____ |
| **05/31/05**<br>15912622 | 7293  -  S. Fuller | Meeting with T. Maloney; process payment under account least agreement; attention to document control. | 2.30 | 966.00 | _____ |
| **06/01/05**<br>15920366 | 7216  -  K. Fitzgerald | Telephone conference and correspondence with M. Perillo regarding review of invoices for services to Receivership.  Telephone conference with S. Fontes regarding review of possible appeal of Court Order on Bleidt attorneys' fees.  Work on preparations for broker dealer settlement meetings. Multiple office meetings regarding finalizing recommendation and arrangements for sale of personalty. Office meeting regarding communication from Court regarding pending order on Bleidt Motion for Fees and possible appeal. | 3.80 | 1596.00 | _____ |
| **06/03/05**<br>15929634 | 7216  -  K. Fitzgerald | Multiple conferences regarding analysis of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0.60 | 252.00 | _____ |
| **06/06/05**<br>15937512 | 7216  -  K. Fitzgerald | Conference regarding potential waiver of attorney-client privilege to permit SEC deposition of G. Chalmers, former counsel to Shared Visions and employee of Commonwealth Financial.  Telephone conference with A. Langer regarding status of WBIX acquisition discussions. | 1.60 | 672.00 | _____ |
| **06/08/05**<br>15944074 | 7293  -  S. Fuller | Prepare for meeting with Ms. Stoyanovich; conference with K. Lohwater; conference with M. Unger; conference with M. Collora; conference with F. Morrissey regarding status issues; respond to multiple investor calls. | 3.70 | 1554.00 | _____ |
| **06/09/05**<br>15955410 | 7293  -  S. Fuller | Prepare for and interview Maya Stoyanovich. | 5.90 | 2478.00 | _____ |

Client number 036552
Prebill Number 2129575

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | |
|---|---|---|---|---|
| **06/10/05** 15955433 | 7293 - S. Fuller | Prepare for and attend meeting with Mr. Fitzgerald in Manchester and return to office; attend meeting with ~~████████████ ██████████████████~~. | 6.50 | 2730.00 | _____ |
| **06/14/05** 15965732 | 7293 - S. Fuller | Work on various settlement matters and attention to document control regarding broker claims. | 4.50 | 1890.00 | _____ |
| **06/16/05** 15974075 | 7293 - S. Fuller | Conference with Mr. Hamer and Mr. Collora.  Assemble and organize documents for Mr. Collora and Mr. Hamer review. | 2.60 | 1092.00 | _____ |
| **06/17/05** 15981758 | 7293 - S. Fuller | Review various transcripts from SEC. | 3.80 | 1596.00 | _____ |
| **06/20/05** 15992451 | 7293 - S. Fuller | Work on documents and related analysis for settlement negotiations with Commonwealth Fidelity Bond Carrier. | 6.80 | 2856.00 | _____ |
| **06/21/05** 15992463 | 7293 - S. Fuller | Work on documents and related analysis for settlement meeting with bond carriers. | 7.50 | 3150.00 | _____ |
| **06/22/05** 15999001 | 7293 - S. Fuller | Work on presentation to Fidelity bond carrier and numerous victim interviews. | 7.90 | 3318.00 | _____ |
| **06/23/05** 16006280 | 7216 - K. Fitzgerald | Office meeting regarding arrangements for further settlement meetings with broker/dealers and status of settlement discussions.  Review correspondence with broker dealer counsel regarding same. | 0.50 | 210.00 | _____ |
| **06/23/05** 15999451 | 7293 - S. Fuller | Complete reading Stoddard and Hollenbeck testimony and complete analysis of documents regarding Commonwealth claim; attend presentation to carrier. | 10.70 | 4494.00 | _____ |
| **06/27/05** 16020639 | 7216 - K. Fitzgerald | Prepare for strategic planning meeting regarding inter alia, broker/dealer claims, WBIX transaction, personal property sales, s~~███████████████████~~ ~~██████~~.  Multiple office meetings regarding same. | 1.10 | 462.00 | _____ |

Client number 036552
Prebill Number 2129575

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| Date | Attorney | Description | Hours | Amount | |
|---|---|---|---|---|---|
| **06/28/05**<br>16026948 | 7216 - K. Fitzgerald | Travel to Boston for meeting with R. Maloney of Winslow Evans and Crocker regarding broker dealer claims and related issues including status of coverage disputes involving fidelity band carrier.  conduct strategic planning meeting of receiver's counsel regarding inter alia, broker dealer claims and coverage disputes, WBIX transaction, personal property disposition, ▉▉▉ ▉▉▉▉▉▉▉ issues.  Preparation of status report, analysis of potential distribution schemes.  Telephone call to and telephone call from S. Fontes ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ ▉▉▉▉ | 7.70 | 3234.00 | _____ |
| **07/06/05**<br>16046376 | 7293 - S. Fuller | Prepare for meeting with DMC Fidelity carrier. | 4.80 | 2016.00 | _____ |
| **07/07/05**<br>16050852 | 0272 - J. Gilbreth | Locate documents for S. Fuller to prepare for WEC and DMC insurance meetings.  Call with S. Fuller regarding transcripts of B. Bleidt's tapes.  Provide same to S. Fuller. | 0.90 | 220.50 | _____ |
| **07/07/05**<br>16057353 | 7216 - K. Fitzgerald | Correspondence with ▉▉▉▉▉▉ regarding status report. | 0.20 | 84.00 | _____ |
| **07/07/05**<br>16056842 | 7293 - S. Fuller | Prepare for and attend insurance company meetings regarding fidelity bond issues. | 8.90 | 3738.00 | _____ |
| **07/08/05**<br>16057441 | 0272 - J. Gilbreth | Provide documents from victim files to S. Fuller to prepare for broker dealer insurance meetings. | 0.40 | 98.00 | _____ |
| **07/08/05**<br>16056865 | 7293 - S. Fuller | Prepare presentation to Winslow firm insurance carrier.  Attend presentation meeting at Winslow Firm's lawyer office. | 6.80 | 2856.00 | _____ |
| **07/09/05**<br>16056889 | 7293 - S. Fuller | Prepare for, travel to and from and attending meeting with the ▉▉▉▉▉ regarding Broker/Dealer settlement update. | 4.80 | 2016.00 | _____ |

Client number 036552
Prebill Number 2129575

**Matter Fee Detail (Rate Level 1) / 000002 SEC v. Bleidt, et al.**

| Date / ID | Timekeeper | Description | Hrs | Amount | |
|---|---|---|---|---|---|
| 07/11/05<br>16061500 | 7293 - S. Fuller | Work on status report; prepare for and attend meeting with Detwiler Mitchel representatitves. | 4.90 | 2058.00 | _____ |
| 07/21/05<br>16099666 | 7293 - S. Fuller | Draft First Amendment to Tolling Agreement. | 2.30 | 966.00 | _____ |
| 07/26/05<br>16114478 | 7216 - K. Fitzgerald | Telephone call to and multiple correspondence with S. Fontes and M. Perillo regarding request for release of investor loss data in pursuit of Commonwealth fidelity bond claim and report on Bleidt plea agreement in criminal case.  Multiple conferences regarding same and related proposal for stipulation to judgment in civil action. Conference with D. Vicinanzo regarding same. | 1.30 | 546.00 | _____ |
| 07/28/05<br>16133713 | 7216 - K. Fitzgerald | Multiple correspondence with M. Perillo regarding discussion of potential claims. | 0.50 | 210.00 | _____ |
| 07/29/05<br>16134584 | 7216 - K. Fitzgerald | Multiple office meeting and correspondence regarding receiver claims. | 0.90 | 378.00 | _____ |

**Total Matter 000002 Fees** $266,973.00

### Matter Timekeeper Summary

| Atty | Rate | Hrs. | Fees | Edit |
|---|---|---|---|---|
| 5976 - Vicinanzo, David | 420.00 | 3.50 | 1470.00 | _____ |
| 0130 - Morrissey, Francis | 280.00 | 22.80 | 6384.00 | _____ |
| 0272 - Gilbreth, Jeffrey | 245.00 | 25.40 | 6223.00 | _____ |
| 7216 - Fitzgerald, Kevin M. P.C. | 420.00 | 67.00 | 28140.00 | _____ |
| 2346 - Harrington, Lee | 280.00 | 2.00 | 560.00 | _____ |
| 0062 - Berman, Mark | 420.00 | 0.20 | 84.00 | _____ |
| 7329 - Pedone, Richard C. | 420.00 | 14.20 | 5964.00 | _____ |
| 7293 - Fuller, Steven N. | 420.00 | 516.90 | 217098.00 | _____ |
| 7119 - Milione, Victor G. P.C. | 420.00 | 2.50 | 1050.00 | _____ |

**Matter Summary / 000002  SEC v. Bleidt, et al.**

Matter Total          Edit

Client number 036552
Prebill Number 2129575

| | | |
|---|---|---|
| Fees | 266,973.00 | _____ |
| On Account Fees | 0.00 | _____ |
| Disbursements | 0.00 | _____ |
| On Account Disbursements | 0.00 | _____ |
| Matter Credit Applied (Available: $ 0.00) | 0.00 | _____ |
| MATTER 000002 PREBILL TOTAL | $266,973.00 | _____ |

**Matter AR Summary / 000002 SEC v. Bleidt, et al.**
(Note that this summary reflects the outstanding amounts for this matter on each invoice. It is not necessarily reflective of the entire AR amount for a given invoice.)

| Invoice Number | Invoice Date | Amount Outstanding |
|---|---|---|
| 8617369 | 12/20/04 | 116009.30 |

EXHIBIT C-3 (pgs 2-20)

Windup of APAM's and FPPS's Investment Businesses

Client number 036552
Prebill Number 2129625

**Prebill Matter Summary**

| | Claim/ Reference No. | Rate Level | Fees | Disbursements |
|---|---|---|---|---|
| Matter  000002 SEC v. Bleidt, et al. | | 1 | 142,143.50 | 0.00 |

**Matter Trust Information**

| Matter | Trust Balance |
|---|---|
| 000002 – SEC v. Bleidt, et al. | $ 1,267.42 |

**Prebill  Timekeeper Summary**

| Atty. | Rate | Hrs. | Fees | Edit |
|---|---|---|---|---|
| 0130 - Morrissey, Francis | 280.00 | 16.20 | 4536.00 | _____ |
| 0272 - Gilbreth, Jeffrey | 245.00 | 66.60 | 16317.00 | _____ |
| 0529 - Walker, Lauri | 75.00 | 1.50 | 112.50 | _____ |
| 0892 - Firouzbakht, Mahmood | 130.00 | 7.90 | 1027.00 | _____ |
| 0939 - Tarsy, Andrew H. | 265.00 | 11.00 | 2915.00 | _____ |
| 2346 - Harrington, Lee | 280.00 | 6.80 | 1904.00 | _____ |
| 5976 - Vicinanzo, David | 420.00 | 3.00 | 1260.00 | _____ |
| 7216 - Fitzgerald, Kevin M. P.C. | 420.00 | 22.70 | 9534.00 | _____ |
| 7260 - Oberstein, Gary J. | 420.00 | 0.50 | 210.00 | _____ |
| 7264 - McCord, Thomas J. | 420.00 | 109.90 | 46158.00 | _____ |
| 7293 - Fuller, Steven N. | 420.00 | 48.50 | 20370.00 | _____ |
| 7329 - Pedone, Richard C. | 420.00 | 90.00 | 37800.00 | _____ |

| **Payor Billing History - (#036552)  United States District Court (MA) Receiv** | | |
|---|---|---|
| | Year To Date | |
| | Fees | Disbursements |
| Amount Billed | $0.00 | $0.00 |
| Amount Received | $0.00 | $0.00 |
| (Including A/R and Write Offs) | | |

Client number 036552
Prebill Number 2129625

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| Date<br>Time ID | Atty. | Narrative | Hrs. | Fees | Edit |
|---|---|---|---|---|---|
| **12/01/04**<br>15240221 | 7264 - T. McCord | Review payroll information; teleconference with K. Harris and advise regarding wage payment and benefit continuation issues. | 1.80 | 756.00 | _____ |
| **12/02/04**<br>15246186 | 7216 - K. Fitzgerald | Prepare for hearing. Conclude negotiations with Attorney Hamer regarding proposed stipulation with Winslow Evans & Crocker to modify freeze order.  Conference wth counsel regarding same.  Multiple conferences regarding response to apparent breach of injunction by Mrs. Bleidt with respect to storage facilities.  Appear at Court regarding hearing on request for preliminary injunction.  Multiple conferences regarding planning for FPPS and APAM lay-offs and management of related payroll and benefits issues.  Correspondence with A. Langer and counsel regarding WBIX marketing matters. | 6.80 | 2856.00 | _____ |
| **12/02/04**<br>15241747 | 7329 - R. Pedone | Prepare for and attend hearing and discussions with SEC and creditors before and after hearing. | 2.00 | 840.00 | _____ |
| **12/02/04**<br>15247670 | 7264 - T. McCord | Memo to and conference with Receiver regarding wage and benefit issues; telephone call from K. Harris regarding health insurance; review 401(k) termination information. | 1.60 | 672.00 | _____ |
| **12/03/04**<br>15257337 | 7216 - K. Fitzgerald | Multiple conferences regarding status of FPPS and APAM lay-offs and status of wage issues.  Multiple correspondence regarding rejection of assertion by B. Mittman of WBIX brokerage arrangement.  Telephone conference with Attorney Hamer regarding lay-off of FPPS employees. | 1.50 | 630.00 | _____ |
| **12/03/04**<br>15247385 | 7329 - R. Pedone | Conversation with Mr. Harris about impending bank transfers and payment of wages. | 0.40 | 168.00 | _____ |

Client number 036552
Prebill Number 2129625

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | |
|---|---|---|---|---|
| **12/06/04**<br>15251365 | 7329 - R. Pedone | Attention to pay roll issues including conversation with Mr. Harris (.2). Long conversation regarding pay roll, insurance and related issues with Mr. McCord. Follow-up on same (1.1). | 1.30 | 546.00 |
| **12/06/04**<br>15257359 | 7264 - T. McCord | Prepare for and teleconference with K. Harris regarding wage and benefits issues. | 0.90 | 378.00 |
| **12/07/04**<br>15262370 | 7329 - R. Pedone | Draft supplemental memorandum to Mr. Fitzgerald addressing wage issue, ▬▬▬▬▬▬ issues and other strategic issues to resolve case. | 1.40 | 588.00 |
| **12/07/04**<br>15261622 | 7264 - T. McCord | Review health premium information from and teleconference with K. Harris; advise receiver. | 1.30 | 546.00 |
| **12/09/04**<br>15271338 | 7329 - R. Pedone | Conference with new counsel to landlord in Manchester. | 0.30 | 126.00 |
| **12/09/04**<br>15271456 | 7329 - R. Pedone | Review COBRA and wage payment issues with Mr. McCord. | 0.60 | 252.00 |
| **12/09/04**<br>15271460 | 7329 - R. Pedone | Review motion to have funds transferred and for authority to pay wages and health insurance. | 0.90 | 378.00 |
| **12/09/04**<br>15263929 | 7293 - S. Fuller | Work on strategy for windup; attend meeting with R. Pedone, T. McCord, L. Harrington and develop employment issues and strategy for resolution; attention to marshalling of assets and liquidation strategy; attend lengthy meeting at WEC with Fidelity reps; work on strategy to gather account information for certifications; negotiate terms of override on accounts with WEC; meeting with R. Pedone and letter to T. Maloney. | 12.70 | 5334.00 |
| **12/09/04**<br>15270885 | 7264 - T. McCord | Confer with Receiver regarding wage and benefit issues; prepare letter to employees regarding health insurance; review pdated premium information from | 2.30 | 966.00 |

Client number 036552
Prebill Number 2129625

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

and confer with K. Harris.

| | | | | | |
|---|---|---|---|---|---|
| **12/10/04**<br>15277736 | 5976 - D. Vicinanzo | Conference with T. McCord regarding employment/labor issues. Conference with A. Langer regarding WBIX possible buyers. | 0.80 | 336.00 | _____ |
| **12/10/04**<br>15341916 | 7329 - R. Pedone | Revise wage payment motion to incorporate Mr. McCord's comments. | 1.20 | 504.00 | _____ |
| **12/10/04**<br>15276047 | 7264 - T. McCord | Finalize and transmit letter to employees regarding health insurance; review updated wage information; prepare exhibits for motion and revise motion. | 2.20 | 924.00 | _____ |
| **12/13/04**<br>15308968 | 7329 - R. Pedone | Conference with Mr. McCord regarding health insurance. | 0.10 | 42.00 | _____ |
| **12/13/04**<br>15308970 | 7329 - R. Pedone | Conference with Mr. Falk regarding wage motion and revisions to letter to all APAM clients; work on letter. | 0.70 | 294.00 | _____ |
| **12/13/04**<br>15308998 | 7329 - R. Pedone | Continue to work on wage and health insurance issues to avoid claims; further revise motion. | 1.30 | 546.00 | _____ |
| **12/13/04**<br>15281872 | 7293 - S. Fuller | Attend meeting with R. Pedone F. Morrissey regarding wage motion filing; work on wage motion, including multiple conferences with Mr. Harris and T. McCord; meeting at WEC regarding sale of accounts; conference with D. Vicinanzo regarding receivership strategy; analysis of voluminous account records and claims matter; work on periodic and exception distributions; field calls from claimants. | 11.70 | 4914.00 | _____ |
| **12/14/04**<br>15280588 | 5976 - D. Vicinanzo | Strategy/update conference with SEC regarding all issues.  Strategy conference with NP receivership team. Response to former employee regarding COBRA, wage and other matters. | 2.20 | 924.00 | _____ |
| **12/14/04** | 7329 - R. Pedone | Revise and circulate draft wage motion. | 1.70 | 714.00 | _____ |

Client number 036552
Prebill Number 2129625

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

15341786

| | | | | | |
|---|---|---|---|---|---|
| **12/14/04**<br>15341833 | 7329 - R. Pedone | Attention to employee health insurance and payment of Blue Cross. | 0.50 | 210.00 | _____ |
| **12/14/04**<br>15290098 | 7264 - T. McCord | Two teleconferences with and letter to BC/BS regarding health insurance premiums; respond to M. Garvan and R. Robertson and S. McGrory wage/benefit inquiries. | 1.80 | 756.00 | _____ |
| **12/15/04**<br>15309043 | 7329 - R. Pedone | Review Blue Cross status; attention to payment and accounts. | 0.40 | 168.00 | _____ |
| **12/15/04**<br>15296199 | 7264 - T. McCord | Teleconference with BC/BS to obtain health insurance; telephone conference with K. Harris regarding wage calculations; review and revise motion regarding bank accounts. | 0.90 | 378.00 | _____ |
| **12/15/04**<br>15296208 | 7264 - T. McCord | Internal conference, advise regarding independent contractors agreement. | 0.80 | 336.00 | _____ |
| **12/16/04**<br>15300720 | 7264 - T. McCord | Prepare Independent Contractors Agreements - General Administration | 1.40 | 588.00 | _____ |
| **12/17/04**<br>15305427 | 0272 - J. Gilbreth | Telephone call to C. Buonopane regarding COBRA checks.  Review mail, change address for Procter St. mail. Telephone call to Manchester Post Office regarding same. | 2.10 | 514.50 | _____ |
| **12/17/04**<br>15305434 | 0272 - J. Gilbreth | Meet with S. Fuller regarding certs, disbursements, mail, vendor claims. Telephone call to T. Maloney regarding certs. | 1.10 | 269.50 | _____ |
| **12/17/04**<br>15303479 | 7329 - R. Pedone | Conference with Mr. McCord regarding wage issues. | 0.20 | 84.00 | _____ |
| **12/17/04**<br>15304823 | 7264 - T. McCord | Prepare for and meet with K. Harris regarding independent contractor agreement; respond to inquiry. | 2.40 | 1008.00 | _____ |

Client number 036552
Prebill Number 2129625

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | | |
|---|---|---|---|---|---|
| **12/20/04**<br>15305486 | 0272 - J. Gilbreth | Meet with T. McCord regarding COBRA issues.  Email T. McCord regarding same.  Email L. Walker regarding same.  Draft letter of receipt from T. McCord to R. Robertson. | 0.70 | 171.50 | _____ |
| **12/20/04**<br>15305496 | 0272 - J. Gilbreth | Walk-through FPPS and 164 Canal Street with R. Lohwater.  Meet with K. Harris regarding mail.  Meet with R. Pedone regarding checks received in mail.  Meet with T. McCord regarding COBRA issues. | 3.70 | 906.50 | _____ |
| **12/20/04**<br>15305508 | 0272 - J. Gilbreth | Approve requested disbursements. Telephone call with R. Lohwater regarding same.  Fax to M. Perry regarding same. | 0.30 | 73.50 | _____ |
| **12/20/04**<br>15310286 | 7329 - R. Pedone | Review priority of wage payments with Mr. McCord. | 0.30 | 126.00 | _____ |
| **12/20/04**<br>15310323 | 7329 - R. Pedone | Attention to clearing channel creditor and respond to call and email. | 0.30 | 126.00 | _____ |
| **12/20/04**<br>15310328 | 7329 - R. Pedone | Attention to control of accounting. | 0.30 | 126.00 | _____ |
| **12/20/04**<br>15310335 | 7329 - R. Pedone | Attention to avoiding power shutoff and move; conference with K. Harris regarding same. | 0.40 | 168.00 | _____ |
| **12/20/04**<br>15310416 | 7329 - R. Pedone | Conference with Mr. McCord regarding priority of payments to employees. | 0.30 | 126.00 | _____ |
| **12/20/04**<br>15304879 | 7264 - T. McCord | Telephone call from K. Harris regarding utilities issue and wage payment; conference with D. Thomas regarding contractor agreement. | 0.90 | 378.00 | _____ |
| **12/21/04**<br>15316013 | 0272 - J. Gilbreth | Walk-through FPPS, APAM (Portland St.) and 164 Canal Street with R. Pedone.  Telephone call with D. Regan regarding ▇▇▇▇▇▇▇, address COBRA issues, discuss Bleidt Schwab accounts with S. Fuller. | 4.70 | 1151.50 | _____ |

Client number 036552
Prebill Number 2129625

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | | |
|---|---|---|---|---|---|
| **12/21/04**<br>15310571 | 7329 - R. Pedone | Attention to light and power issue. | 0.20 | 84.00 | _____ |
| **12/21/04**<br>15310579 | 7329 - R. Pedone | Review and sign checks for deposit; attention to accounting and mail issues. | 0.50 | 210.00 | _____ |
| **12/21/04**<br>15310601 | 7329 - R. Pedone | Meet with K. Harris regarding move issues and view locations. | 0.70 | 294.00 | _____ |
| **12/21/04**<br>15310606 | 7329 - R. Pedone | Review wage payment breakdown issues. | 0.40 | 168.00 | _____ |
| **12/21/04**<br>15310612 | 7329 - R. Pedone | Conference with representative from Clear Channel regarding lease issues and default; review materials received. | 0.50 | 210.00 | _____ |
| **12/21/04**<br>15310615 | 7329 - R. Pedone | Follow up on wage status ▮▮▮▮▮ | 0.30 | 126.00 | _____ |
| **12/22/04**<br>15323100 | 0130 - F. Morrissey | Revise stipulation with ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ conference with K. Fitzgerald regarding same; conference with Keith Harris regarding payroll issues; telephone conference with R. Gemma (3x) regarding Fleet settlement; conference with S. Fuller, R. Pedone and J. Gilbreth regarding status of receivership proceeding and strategy, including case management order and causes of action D. Vicinanzo succeeds to as receiver. | 6.90 | 1932.00 | _____ |
| **12/22/04**<br>15325669 | 0272 - J. Gilbreth | Edit letter to clients regarding certificates; address COBRA issues for FPPS employees. | 0.50 | 122.50 | _____ |
| **12/22/04**<br>15338854 | 7329 - R. Pedone | Attention to issue in mail and insurance documents. | 0.20 | 84.00 | _____ |
| **12/22/04**<br>15338859 | 7329 - R. Pedone | Attention to "certification" process to release accounts. | 0.30 | 126.00 | _____ |
| **12/22/04** | 7329 - R. Pedone | Attention to WEC check. | 0.20 | 84.00 | _____ |

Client number 036552
Prebill Number 2129625

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

15338865

| | | | | | |
|---|---|---|---|---|---|
| **12/22/04** 15322467 | 7264 - T. McCord | Teleconference with K. Harris regarding wage payment issues; respond to employee inquiries. | 0.80 | 336.00 | _____ |
| **12/23/04** 15323041 | 0892 - M. Firouzbakht | Phone calls to Rob re pick up mail; phone call to Braintree Post Office re forwarding of Bleidt's mail.  Diner's Club account update. | 0.70 | 91.00 | _____ |
| **12/23/04** 15322560 | 7329 - R. Pedone | Conversation with counsel to ▓▓▓▓▓ regarding wages. | 0.20 | 84.00 | _____ |
| **12/23/04** 15322580 | 7329 - R. Pedone | Conversation with Ms. Harris regarding confirming wage data for payment and utility bills. | 0.30 | 126.00 | _____ |
| **12/23/04** 15326259 | 7329 - R. Pedone | Attention to insure product and other products issue and conference regarding same with Tina Maloney. | 0.60 | 252.00 | _____ |
| **12/27/04** 15330006 | 7329 - R. Pedone | Attention to payment of APAM fees. | 0.30 | 126.00 | _____ |
| **12/27/04** 15330009 | 7329 - R. Pedone | Attention to ▓▓▓▓▓ | 0.20 | 84.00 | _____ |
| **12/27/04** 15330032 | 7329 - R. Pedone | Coordinate various account issues and check deposits. | 0.40 | 168.00 | _____ |
| **12/27/04** 15330035 | 7329 - R. Pedone | Coordinate utility payment. | 0.20 | 84.00 | _____ |
| **12/27/04** 15339851 | 7293 - S. Fuller | Review insurance policies and case law. | 2.00 | 840.00 | _____ |
| **12/28/04** 15328699 | 0272 - J. Gilbreth | Conference call with R. Pedone, K. Fitzgerald, L. Harrington and F. Morrissey regarding payroll, K. Harris and SEC issues. | 0.50 | 122.50 | _____ |
| **12/28/04** 15328708 | 0272 - J. Gilbreth | Review email, phone call with H. Lenza regarding NSTAR bill for radio station (x2). | 0.60 | 147.00 | _____ |

Client number 036552
Prebill Number 2129625

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | | |
|---|---|---|---|---|---|
| **12/28/04** 15328715 | 0272 - J. Gilbreth | Receive and process COBRA payments, telephone call with D. Regan regarding victim week and FBI removal of documents from Portland Street. | 1.60 | 392.00 | _____ |
| **12/28/04** 15328164 | 7329 - R. Pedone | Calls regarding power supply and utilities. | 0.30 | 126.00 | _____ |
| **12/28/04** 15328569 | 7329 - R. Pedone | Email exchange with Ms. Maloney at WEC regarding Fleet returned funds. | 0.10 | 42.00 | _____ |
| **12/28/04** 15328570 | 7329 - R. Pedone | Attention to WEC dispute with Paychex and implications for receivers plan to pay employees through Paychex. | 0.40 | 168.00 | _____ |
| **12/28/04** 15328642 | 7329 - R. Pedone | Review questions in mail received and coordinate check deposits; attention to radio station accounting. | 0.40 | 168.00 | _____ |
| **12/28/04** 15328646 | 7329 - R. Pedone | Review payroll data and attention to coordinating payments. | 0.30 | 126.00 | _____ |
| **12/28/04** 15328788 | 7329 - R. Pedone | Conference with Attorney Dillon who represents Peabody landlord. | 0.30 | 126.00 | _____ |
| **12/28/04** 15328794 | 7329 - R. Pedone | Attention to 1099s and reporting issues. | 0.20 | 84.00 | _____ |
| **12/29/04** 15333579 | 0272 - J. Gilbreth | Receive, open and review mail. Meet with R. Pedone regarding mail and give him checks. Discuss accounts payable. | 0.90 | 220.50 | _____ |
| **12/29/04** 15333594 | 0272 - J. Gilbreth | Discuss payroll information with T. McCord. Provide mail to WEC. | 0.50 | 122.50 | _____ |
| **12/29/04** 15333607 | 0272 - J. Gilbreth | Conference call with R. Pedone, F. Morrissey and K. Harris regarding accounts receivable and accounts payable for FPPS, APAM and Shared Visions and key to ▇▇▇▇▇▇ office. Review and approve disbursement requests from WEC clients. Phone call to M. Norman regarding insurance policy for artwork. | 1.70 | 416.50 | _____ |

Client number 036552
Prebill Number 2129625

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | |
|---|---|---|---|---|
| **12/29/04**<br>15341443 | 7329 - R. Pedone | Conference with Mr. Milord regarding payroll issues; attention to fact that funds would be drawn on our account. | 0.40 | 168.00 _____ |
| **12/29/04**<br>15341500 | 7329 - R. Pedone | Continued attention to meeting payroll including conference with accounting regarding Fleet checks; review of issues with Mr. McCord; review of amounts to be paid. | 1.20 | 504.00 _____ |
| **12/29/04**<br>15337473 | 7264 - T. McCord | Teleconference with K. Harris regarding payroll payment procedure; allocate funds among accounts. | 0.80 | 336.00 _____ |
| **12/30/04**<br>15341400 | 0130 - F. Morrissey | Conference with K. Harris regarding schedule of accounts payable and accounts receivable for each of FPPS and APAM; conference with R. Pedone and T. McCord regarding payroll distributions; conference with T. Bida; prepare memo regarding issues to follow up on; attention to updating creditor/investor matrix. | 2.50 | 700.00 _____ |
| **12/30/04**<br>15338006 | 0272 - J. Gilbreth | E-mail team regarding DOL's interest in Gilette/Verizon retirement accounts. Meet with T. McCord regarding same. | 0.50 | 122.50 _____ |
| **12/30/04**<br>15339151 | 7216 - K. Fitzgerald | Multiple conferences regarding Federal Department of Labor inquiry regarding potential benefit plan irregularities. Multiple conferences and office meetings regarding victims' assistant meetings, payroll issues for employees and ████████ ██████████████████████████ ███████████████████████ ████████████████████. Analysis and conference regarding COBRA and potential COBRA termination issues and status of receivership tasks. | 3.60 | 1512.00 _____ |
| **12/30/04**<br>15338325 | 0529 - L. Walker | Finalize payroll numbers per meeting with R. Pedone, initialize wires, cut checks and make deposits transferring monies to cover differ company payrolls. | 1.50 | 112.50 _____ |

Client number 036552
Prebill Number 2129625

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | | |
|---|---|---|---|---|---|
| **12/30/04**<br>15338914 | 7329 - R. Pedone | Conference with Mr. McCord regarding wages to be paid and ADP issues. | 0.40 | 168.00 | _____ |
| **12/30/04**<br>15339005 | 7329 - R. Pedone | Review account balances and payroll mechanisms with Ms. Walker in several calls and meetings (.6); calls to representatives at ADP regarding payment mechanisms and wiring funds (.5); conference with Mr. McCord and Mr. Fitzgerald regarding ▬▬▬▬▬▬ ▬▬▬▬▬▬▬▬▬ (.8); conference with Mr. Harris regarding wage information and payments (.4); continued attention to making payroll and follow-up regarding same; attention to numerous details and logistics (1.6). | 3.90 | 1638.00 | _____ |
| **12/30/04**<br>15339020 | 7329 - R. Pedone | Review memo regarding Stoddard issues from Mr. Harris; review emails from Mr. Stoddard's lawyer; conference with Mr. Stoddard's lawyer. | 0.80 | 336.00 | _____ |
| **12/30/04**<br>15339039 | 7329 - R. Pedone | Attention to WEC/Paychex issue and draft and send letter regarding same to Paychex. | 0.50 | 210.00 | _____ |
| **12/30/04**<br>15339049 | 7329 - R. Pedone | Attention to incoming mail and deposits. | 0.30 | 126.00 | _____ |
| **12/30/04**<br>15339076 | 7329 - R. Pedone | Conference with ▬▬▬▬▬ (employee claiming large commission due). | 0.30 | 126.00 | _____ |
| **12/30/04**<br>15338028 | 7264 - T. McCord | Review information and prepare memo regarding Stoddard claim; advise regarding COBRA health continuation issues; meet with K. Harris to review payroll and work on payment procedure. | 3.40 | 1428.00 | _____ |
| **12/31/04**<br>15338969 | 7264 - T. McCord | Draft letter to representatives regarding commission; advise regarding health flexible spending accounts; review accounts regarding DOL retirement plan inquiry. | 1.40 | 588.00 | _____ |
| **01/03/05**<br>15348914 | 0272 - J. Gilbreth | Meet with T. McCord regarding mail. Call K. Harris regarding stamp machine, Shared Visions payroll. | 0.40 | 98.00 | _____ |

Client number 036552
Prebill Number 2129625

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | |
|---|---|---|---|---|
| **01/03/05** 15348942 | 0272 - J. Gilbreth | Meet with T. McCord regarding 401K information and withhold paychecks for reimbursement of credit card charges. | 1.30 | 318.50 _____ |
| **01/03/05** 15348949 | 0272 - J. Gilbreth | Call with M. Firouzbahkt regarding AMEX charges during receivership and letter to be sent to employees making the charges.  Meet with S. Fuller regarding same. | 0.60 | 147.00 _____ |
| **01/03/05** 15348975 | 0272 - J. Gilbreth | Meet with S. Fuller regarding mail for his review, Amex charges, paychecks issue, cust. certs. | 1.20 | 294.00 _____ |
| **01/03/05** 15348984 | 0272 - J. Gilbreth | Call with T. McCord and B. Riordan of DOL regarding DOL subpoena of documents. | 0.40 | 98.00 _____ |
| **01/03/05** 15348084 | 0892 - M. Firouzbakht | Follow-up with Amex on account. Corresponded with team on best approach for card misuse. | 1.00 | 130.00 _____ |
| **01/03/05** 15444193 | 7329 - R. Pedone | Conference with Peabody landlord and review of stubs at Peabody. | 0.40 | 168.00 _____ |
| **01/03/05** 15444199 | 7329 - R. Pedone | Review of incoming checks and attention to accounting. | 0.30 | 126.00 _____ |
| **01/03/05** 15444207 | 7329 - R. Pedone | Conference with creditors and claimant. | 0.30 | 126.00 _____ |
| **01/03/05** 15444229 | 7329 - R. Pedone | Review COBRA payments received. | 0.20 | 84.00 _____ |
| **01/03/05** 15444237 | 7329 - R. Pedone | Conference with Mr. Harris regarding wages; attention to large commissions. | 0.30 | 126.00 _____ |
| **01/03/05** 15349536 | 7264 - T. McCord | Advise regarding commssion wage payouts; telephone conference with DOL regarding retirement accounts investigation; review 401(k) information. | 1.80 | 756.00 _____ |

Client number 036552
Prebill Number 2129625

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | | |
|---|---|---|---|---|---|
| **01/04/05**<br>15349103 | 0272 - J. Gilbreth | Oversee WEC's movers' removal of client documents from 164 Canal Street. | 1.10 | 269.50 | _____ |
| **01/04/05**<br>15349919 | 0892 - M. Firouzbakht | Drafted letters to ex-employees regarding personal charges.  Prepared for extranet set-up. | 2.00 | 260.00 | _____ |
| **01/04/05**<br>15444376 | 7329 - R. Pedone | Conference with creditors. | 0.20 | 84.00 | _____ |
| **01/04/05**<br>15444384 | 7329 - R. Pedone | Conference with Mr. Gilbreth regarding moving issues and changing keys. | 0.10 | 42.00 | _____ |
| **01/04/05**<br>15444408 | 7329 - R. Pedone | Attention to personal property leases and conference regarding same with Mr. Harris. | 0.20 | 84.00 | _____ |
| **01/04/05**<br>15444421 | 7329 - R. Pedone | Analyze and review documents regarding Peabody real property lease. | 0.20 | 84.00 | _____ |
| **01/04/05**<br>15354992 | 7264 - T. McCord | Review COBRA payments; review 401(k) contribution information; arrange for payroll transmittal. | 1.20 | 504.00 | _____ |
| **01/05/05**<br>15356862 | 0272 - J. Gilbreth | Call M. Rogert regarding Allied Services' claim.  Review Dept. of Insurance filing against Bleidt with S. Fuller. | 0.50 | 122.50 | _____ |
| **01/05/05**<br>15360080 | 7264 - T. McCord | Two telephone conferences with Blue Cross/Blue Sheild regarding COBRA; review COBRA reconciliation; review offsets; telephone call from Dept. of Labor investigator; review 401(k). | 1.20 | 504.00 | _____ |
| **01/06/05**<br>15362059 | 0272 - J. Gilbreth | Call to Electronic Bill Payment Services regarding freeze of accounts. | 0.30 | 73.50 | _____ |
| **01/06/05**<br>15362064 | 0272 - J. Gilbreth | Email team regarding ▋▋▋▋▋▋.  Meet with T. McCord regarding S. Ngan cellphone bill.  Phone call with M. Firouzbahdt regarding certs & client calls. | 0.60 | 147.00 | _____ |

Client number 036552
Prebill Number 2129625

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | |
|---|---|---|---|---|
| **01/06/05** 15362068 | 0272 - J. Gilbreth | Meet with F. Morrissey regarding customer calls. Call K. Harris regarding AP receiver/antenna. | 0.50 | 122.50 _____ |
| **01/06/05** 15379355 | 7329 - R. Pedone | Conference with counsel to Cummings Properties (.2); review lease (.2); attention to strategy for lease (.3). | 0.70 | 294.00 _____ |
| **01/06/05** 15379383 | 7329 - R. Pedone | Call to Mr. Dillon, landlord's counsel. | 0.20 | 84.00 _____ |
| **01/06/05** 15364073 | 7264 - T. McCord | Teleconference with S. Ngan regarding COBRA; review DOL retirement plan subpoena; revise letters to former employees. | 1.80 | 756.00 _____ |
| **01/07/05** 15365548 | 0272 - J. Gilbreth | Email L. Walker regarding S. Ngan's cell phone reimbursement.  Call with C. Kenny regarding freezing of his account at WEC.  Call M. Firouzbahkt regarding same. | 0.60 | 147.00 _____ |
| **01/07/05** 15365560 | 0272 - J. Gilbreth | Telephone call with R. Pedone and K. Harris regarding vacating leases in Beverly, Peabody and Braintree. | 1.00 | 245.00 _____ |
| **01/07/05** 15365578 | 0272 - J. Gilbreth | Meet with R. Pedone regarding checks, vendor claims and account statements. Meet with F. Morrissey regarding accounting statements. | 0.60 | 147.00 _____ |
| **01/07/05** 15454150 | 7329 - R. Pedone | Analyze options under Cummings lease and analysis on strategy; attention to personal property in space. | 0.50 | 210.00 _____ |
| **01/10/05** 15367479 | 0272 - J. Gilbreth | Review and sort mail.  Meet with R. Pedone regarding checks and account statements.  Telephone call with J. Villanucci regarding Copy Cop claim. | 1.60 | 392.00 _____ |
| **01/10/05** 15367536 | 0272 - J. Gilbreth | Call K. Harris regarding Portland Street search.  Meet with L. Walker regarding COBRA update. | 0.70 | 171.50 _____ |
| **01/10/05** | 0272 - J. Gilbreth | Email P. Koski regarding vacating | 0.50 | 122.50 _____ |

Client number 036552
Prebill Number 2129625

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | |
|---|---|---|---|---|
| 15367561 | | FPPS/APAM offices.  Review and sort mail. | | |
| **01/10/05**<br>15370148 | 7329  -  R. Pedone | Review Creative Office documents and analyze strategy on ▬▬▬▬▬▬ | 0.60 | 252.00 |
| **01/10/05**<br>15370182 | 7329  -  R. Pedone | Review mail issues and checks with Mr. Gilbreth. | 0.30 | 126.00 |
| **01/10/05**<br>15370188 | 7329  -  R. Pedone | Attention to Peabody landlord. | 0.30 | 126.00 |
| **01/10/05**<br>15370191 | 7329  -  R. Pedone | Review equipment lease with Mr. Harris. | 0.20 | 84.00 |
| **01/11/05**<br>15377688 | 0272  -  J. Gilbreth | Review and sort mail.  Meet with R. Pedone regarding checks.  Meet with T. McCord regarding payroll.  Meet with S. Fuller regarding Bleidt assets. | 1.90 | 465.50 |
| **01/11/05**<br>15383313 | 7329  -  R. Pedone | Conference call with Braintree landlord (.3); attention to landlord strategy (.2). | 0.50 | 210.00 |
| **01/11/05**<br>15383319 | 7329  -  R. Pedone | Conference with representative from Video Link. | 0.30 | 126.00 |
| **01/11/05**<br>15383346 | 7329  -  R. Pedone | Conference with Mr. Harris regarding various leases and equipment. | 0.30 | 126.00 |
| **01/11/05**<br>15383348 | 7329  -  R. Pedone | Call to Mr. Dillon. | 0.10 | 42.00 |
| **01/11/05**<br>15379967 | 7264  -  T. McCord | Telephone conference with Blue Cross regarding COBRA extension; review file regarding Dept. of Labor retirement plans subpoenas; two telephone calls from former employees regarding wages. | 1.70 | 714.00 |
| **01/12/05**<br>15377767 | 0272  -  J. Gilbreth | Review mail, provide mail to WEC.  Meet with T. McCord regarding workers' compensation policy and COBRA.  Meet with R. Pedone regarding checks. | 1.70 | 416.50 |

Client number 036552
Prebill Number 2129625

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| Date | Staff | Description | Hours | Amount | |
|---|---|---|---|---|---|
| **01/12/05**<br>15382133 | 7329 - R. Pedone | Conference with counsel to Peabody landlord and work on settlement; attention to lease assignment to WEC. | 0.50 | 210.00 | _____ |
| **01/12/05**<br>15382492 | 7329 - R. Pedone | Conference with Mr. Fuller and Mr. Fitzgerald regarding claims against carriers, assignments, personal property issues, claim pross; wage motion issues, negotiations with Broker/Dealers, fact development and interviews needed. | 2.70 | 1134.00 | _____ |
| **01/12/05**<br>15384727 | 7264 - T. McCord | Telephone call from DOL regarding ERISA plan investigation; review wage payment issues; review account records. | 1.10 | 462.00 | _____ |
| **01/13/05**<br>15388366 | 0272 - J. Gilbreth | Review payroll information.  Telephone call with K. Harris regarding packing documents, office supplies.  Review ADP bill and create spreadsheet of invoice accounts for T. McCord.  Review SEC inventory. | 1.20 | 294.00 | _____ |
| **01/13/05**<br>15388633 | 0272 - J. Gilbreth | Meet with R. Pedone regarding checks. | 0.40 | 98.00 | _____ |
| **01/13/05**<br>15383481 | 7329 - R. Pedone | Review accounting issues. | 0.20 | 84.00 | _____ |
| **01/13/05**<br>15383527 | 7329 - R. Pedone | Conference with Mr. Harris regarding vacating properties and landlord issues (.2); attention to landlords and claims. | 0.50 | 210.00 | _____ |
| **01/13/05**<br>15383544 | 7329 - R. Pedone | Review ADP payroll information. | 0.20 | 84.00 | _____ |
| **01/13/05**<br>15390038 | 7264 - T. McCord | Review payroll information; respond to employee inquiries. | 0.80 | 336.00 | _____ |
| **01/14/05**<br>15405762 | 7329 - R. Pedone | Analysis of wage issues and payments to ADP. | 0.30 | 126.00 | _____ |
| **01/14/05**<br>15405775 | 7329 - R. Pedone | Review account backlog data and forward to team. | 0.20 | 84.00 | _____ |

Client number 036552
Prebill Number 2129625

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| Date | ID | Attorney | Description | Hours | Amount | |
|------|-----|----------|-------------|-------|--------|---|
| **01/14/05**<br>15397178 | 7264 | T. McCord | Review post-Receiver compensation claims; review 401(k) contributions; letter to BC/BS regarding health insurance contribution. | 1.20 | 504.00 | _____ |
| **01/18/05**<br>15396776 | 0272 | J. Gilbreth | Meet with R. Pedone regarding checks. Telephone call with T. Jordan regarding ▮▮▮▮ savings bonds.  Letter to K. ▮ regarding COBRA. | 1.40 | 343.00 | _____ |
| **01/18/05**<br>15396784 | 0272 | J. Gilbreth | Pick up check from WEC.  Telephone call with ▮▮▮▮▮▮ regarding frozen account. | 0.40 | 98.00 | _____ |
| **01/18/05**<br>15405315 | 7329 | R. Pedone | Conference with Mr. Dillon. | 0.10 | 42.00 | _____ |
| **01/18/05**<br>15405535 | 7329 | R. Pedone | Review checks that have arrived and follow-up on accounting and attention to payments. | 0.20 | 84.00 | _____ |
| **01/18/05**<br>15404557 | 7264 | T. McCord | Meet with K. Harris to review retirement plan files regarding DOL subpoena and regarding wage payments.  Respond to employee inquiry. | 2.40 | 1008.00 | _____ |
| **01/19/05**<br>15406164 | 0272 | J. Gilbreth | Meet with T. McCord regarding COBRA, ERISA issues; DOL investigation. Telephone call with T. Kietty regarding Amex charges. | 0.90 | 220.50 | _____ |
| **01/19/05**<br>15410285 | 7329 | R. Pedone | Continue to work on lease issues, especially Peabody (.2); work on memo regarding limits on payments of commissions/wages to employees. | 0.60 | 252.00 | _____ |
| **01/19/05**<br>15410293 | 7264 | T. McCord | Internal conference regarding status and assignments (.70).  Respond to unemployment inquiry (.30).  Respond to employee inquiries (.40). | 1.40 | 588.00 | _____ |
| **01/20/05**<br>15415592 | 0272 | J. Gilbreth | COBRA issues.  Phone call with M. Firouzbakht regarding customer certs. | 0.30 | 73.50 | _____ |
| **01/20/05** | 7329 | R. Pedone | Conference with Mr. Harris regarding | 1.30 | 546.00 | _____ |

Client number 036552
Prebill Number 2129625

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | |
|---|---|---|---|---|
| 15410333 | | status of each real estate lease equipment that was leased and return process and pianos to gather facts to complete landlord negotiations (.7); begin review of each lease to draft termination agreements and address deposit and other issues (.6). | | |
| **01/20/05** 15410349 | 7329 - R. Pedone | Conference with Mr. Dillon regarding structure of termination and work drafting termination agreement. | 0.60 | 252.00 _____ |
| **01/20/05** 15415971 | 7264 - T. McCord | Telephone conference with R. Bertone regarding electronic records for DOL investigation; review Workers Compensation coverage. | 0.80 | 336.00 _____ |
| **01/21/05** 15415731 | 0272 - J. Gilbreth | Call with K. Harris regarding employee file.  Call with J. Hannon (IRS) regarding same.  Meet with T. McCord regarding same. | 1.30 | 318.50 _____ |
| **01/21/05** 15429237 | 7329 - R. Pedone | Revise memo on lease liabilities and review leases for security deposit amounts and termination provisions (.6); conference with Mr. Schmitt to negotiate termination (.4); work on draft termination agreement (.2); negotiate termination with Cummings property (.4). | 1.60 | 672.00 _____ |
| **01/21/05** 15429265 | 7329 - R. Pedone | Attention to accounting, checks received and commission statement. | 0.30 | 126.00 _____ |
| **01/21/05** 15420928 | 7264 - T. McCord | Advise regarding IRS employee inquiry; prepare 401(k) information; review Estevian matter. | 0.80 | 336.00 _____ |
| **01/24/05** 15451960 | 0130 - F. Morrissey | Prepare e-mail to S. Fuller regarding move out from 26 Procter and Bleidt schedules. | 0.30 | 84.00 _____ |
| **01/24/05** 15424253 | 0272 - J. Gilbreth | Send radio station mail to H. Lenza. Update victim list. Email A. Hickey regarding move and call verifying A. Esperian's employment duties. | 0.70 | 171.50 _____ |

Client number 036552
Prebill Number 2129625

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | | |
|---|---|---|---|---|---|
| **01/24/05** 15424280 | 0272 - J. Gilbreth | Send accounts to T. Jordan regarding verification. | 0.30 | 73.50 | _____ |
| **01/24/05** 15429844 | 7329 - R. Pedone | Attention to personal property issue; work on lease terminations. | 0.60 | 252.00 | _____ |
| **01/24/05** 15424834 | 7264 - T. McCord | Respond to employee inquiry.  Review receiver contractor info.  Prepare COBRA letter. | 1.30 | 546.00 | _____ |
| **01/25/05** 15427408 | 0272 - J. Gilbreth | Call K. Harris regarding A. Esperian's employment dates.  Telephone call with M. Firouzbahkt regarding client certs. | 0.40 | 98.00 | _____ |
| **01/25/05** 15428774 | 7329 - R. Pedone | Attention to accounting and payments to be made. | 0.50 | 210.00 | _____ |
| **01/25/05** 15428904 | 7329 - R. Pedone | Further work on termination of leases; conference regarding same for Portland with Mr. Braunstein. | 1.30 | 546.00 | _____ |
| **01/26/05** 15433271 | 0892 - M. Firouzbakht | Email correspondence w/R. Pedone, conversation with I. Veiga, client calls.  Drafting of lease termination agreement and copying of document.  Client calls, note taking, filing of client related paper work. | 3.70 | 481.00 | _____ |
| **01/26/05** 15429046 | 7329 - R. Pedone | Conference with Mr. Fuller regarding Portland Street landlord. | 0.20 | 84.00 | _____ |
| **01/26/05** 15429177 | 7329 - R. Pedone | Work on 11 landlord terminations. | 0.40 | 168.00 | _____ |
| **01/26/05** 15429183 | 7329 - R. Pedone | Review orders to evaluate limits on lease termination power and dealings with security deposits. | 0.30 | 126.00 | _____ |
| **01/26/05** 15435959 | 7264 - T. McCord | Respond to employee inquiries; arrange for Forms W-2. | 0.40 | 168.00 | _____ |
| **01/27/05** 15433313 | 7260 - G. Oberstein | Consider issue regarding IRS records request. | 0.10 | 42.00 | _____ |

EXHIBIT C-3 (pgs 21-40)

Windup of APAM's and FPPS's Investment Businesses

M124510.1

Client number 036552
Prebill Number 2129625

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | | |
|---|---|---|---|---|---|
| **01/27/05**<br>15440067 | 0272 - J. Gilbreth | Telephone call with C. Fowlie regarding limo service as creditor. | 0.20 | 49.00 | _____ |
| **01/27/05**<br>15440075 | 0272 - J. Gilbreth | Telephone call with J. Hannon (IRS) regarding employee inquiry.  Meet with T. McCord regarding same and requesting subpoena. | 0.90 | 220.50 | _____ |
| **01/27/05**<br>15444618 | 7329 - R. Pedone | Call to A. Murray from Bank of America. | 0.10 | 42.00 | _____ |
| **01/27/05**<br>15444647 | 7329 - R. Pedone | Further revisions to termination agreement. | 0.50 | 210.00 | _____ |
| **01/27/05**<br>15443352 | 7264 - T. McCord | Telephone call from former employee (Mills); review W-2 information. | 0.80 | 336.00 | _____ |
| **01/28/05**<br>15439411 | 7329 - R. Pedone | Revise Corporate Place/Everest termination; call landlord; forward termination. | 0.50 | 210.00 | _____ |
| **01/28/05**<br>15439420 | 7329 - R. Pedone | Revise Cummings termination; call landlord; forward termination. | 0.50 | 210.00 | _____ |
| **01/28/05**<br>15439431 | 7329 - R. Pedone | Two conferences with Mr. Koski regarding analysis of claims; work on email/memo regarding same. | 0.80 | 336.00 | _____ |
| **01/28/05**<br>15450506 | 7264 - T. McCord | Prepare letters regarding commissions and COBRA. | 0.70 | 294.00 | _____ |
| **01/31/05**<br>15448557 | 7260 - G. Oberstein | Consider potential legal exposure regarding disclosure/production of personnel records. | 0.40 | 168.00 | _____ |
| **01/31/05**<br>15453099 | 0272 - J. Gilbreth | Meet with T. McCord and G. Oberstein regarding employee personnel file, prepare documents to J. Hannon (IRS) regarding same. | 1.50 | 367.50 | _____ |
| **01/31/05** | 0272 - J. Gilbreth | Telephone call to ████████ regarding unfreezing his account.  Update | 0.40 | 98.00 | _____ |

Client number 036552
Prebill Number 2129625

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | | |
|---|---|---|---|---|---|
| 15453114 | | | accounts to be unfrozen and send to S. Minis and M. Viance. | | |
| **01/31/05** 15452233 | 7329 - R. Pedone | | Revise Portland Street least termination. | 0.30 | 126.00 |
| **01/31/05** 15452285 | 7329 - R. Pedone | | Conference with Mr. Harris regarding leased equipment. | 0.30 | 126.00 |
| **01/31/05** 15452291 | 7329 - R. Pedone | | Conference with representative from Creative Office regarding title to property. | 0.30 | 126.00 |
| **01/31/05** 15450685 | 7264 - T. McCord | | Teleconference with K. Harris regarding 401(k), transmit Forms W-2. | 0.60 | 252.00 |
| **02/01/05** 15461156 | 0272 - J. Gilbreth | | Email F. Morrissey regarding K. Harris. Email ▮▮▮▮▮▮ regarding accounts. | 0.20 | 49.00 |
| **02/01/05** 15462210 | 2346 - L. Harrington | | Meeting with K. Harris to discuss preparation of ▮▮▮▮▮▮▮▮▮▮▮; update file management system; telephone calls from various account clients regarding APAM Q4. | 1.30 | 364.00 |
| **02/01/05** 15462439 | 7329 - R. Pedone | | Negotiate, revise and circulate Peabody lease termination. | 0.70 | 294.00 |
| **02/01/05** 15462710 | 7264 - T. McCord | | Telephone conference with K. Harris regarding health insurance conversion and 401(k) termination. Review two employee inquires regarding wages. | 0.90 | 378.00 |
| **02/02/05** 15461382 | 0272 - J. Gilbreth | | Meet with T. McCord regarding 401(k) and payroll.  Meet with R. Pedone regarding checks.  Send mail to WEC. Telephone call with K. Harris regarding vacating Portland Street. | 1.40 | 343.00 |
| **02/02/05** 15461421 | 0272 - J. Gilbreth | | Draft letter to Chase (creditor) regarding freeze order.  Draft letter to Filterfresh regarding same.  Draft letter to F. Rosenberg regarding mail being sent to B. Bleidt. | 0.40 | 98.00 |

Client number 036552
Prebill Number 2129625

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| Date | | | | Hours | Amount | |
|---|---|---|---|---|---|---|
| 02/02/05 15555972 | 7329 | - | R. Pedone | Review revised agreement with Mr. Cummings, landlord for Peabody (.2); negotiate final agreement (.2). | 0.40 | 168.00 | _____ |
| 02/02/05 15555978 | 7329 | - | R. Pedone | Review issues related to finding of 401k and discuss same with Mr. McCord including issue of bounced check. | 0.50 | 210.00 | _____ |
| 02/02/05 15555982 | 7329 | - | R. Pedone | Review correspondence from counsel to Mr. Bower. | 0.30 | 126.00 | _____ |
| 02/02/05 15555995 | 7329 | - | R. Pedone | Attention to sale of computer equipment. | 0.40 | 168.00 | _____ |
| 02/02/05 15469276 | 7264 | - | T. McCord | Review radio station wages. Telephone conference with BC/BS. Letter to employees regarding health insurance conversion opportunity. Review and prepare response to letter from Attorney Matthews regarding commissions and advisory fee. | 2.40 | 1008.00 | _____ |
| 02/03/05 15465254 | 0272 | - | J. Gilbreth | Telephone call with ▮▮▮▮▮▮▮▮ regarding unfreezing client accounts. Update certificaton spreadsheet. | 0.30 | 73.50 | _____ |
| 02/03/05 15475040 | 7329 | - | R. Pedone | Conference with representative from Key Leasing regarding sale of equipment (.3); call with Mr. Carey (.2). | 0.50 | 210.00 | _____ |
| 02/03/05 15475064 | 7329 | - | R. Pedone | Review accounting. | 0.20 | 84.00 | _____ |
| 02/03/05 15471582 | 7264 | - | T. McCord | Telephone conference with K. Harris. Review APAM advisory fees, insurance commissions, and other wage issues. Telephone conference with counsel for two employees. Telephone call from DOL investigator. | 2.70 | 1134.00 | _____ |
| 02/04/05 15476697 | 7329 | - | R. Pedone | Conference with counsel to Peabody landlord; revise and circulate termination agreement. | 0.60 | 252.00 | _____ |

Client number 036552
Prebill Number 2129625

**Matter Fee Detail (Rate Level 1) / 000002 SEC v. Bleidt, et al.**

| | | | | |
|---|---|---|---|---|
| **02/04/05**<br>15476742 | 7264 - T. McCord | Meet with K. Harris. Review accrued commissions, APAM fees, station payments. Prepare for and meet with representatives at WEC. Further confer with K. Harris regarding wage calculation methodology. Reply to employee inquiries. | 5.80 | 2436.00 _____ |
| **02/07/05**<br>15475083 | 7329 - R. Pedone | Revise and forward Peabody termination. | 0.30 | 126.00 _____ |
| **02/07/05**<br>15475110 | 7329 - R. Pedone | Email exchange with Fleet counsel regarding property (.2) conference with Cummings counsel (.2); revise Cummings termination (.2). | 0.60 | 252.00 _____ |
| **02/07/05**<br>15475174 | 7329 - R. Pedone | Conference with attorney for Guardian regarding life insurance. | 0.20 | 84.00 _____ |
| **02/07/05**<br>15481369 | 7264 - T. McCord | Review employee inquiries regarding radio station fees. Review and prepare payments to Receiver independent contractors. | 0.90 | 378.00 _____ |
| **02/08/05**<br>15483708 | 7329 - R. Pedone | Address lease issues and visit Braintree location; review files in Braintree and discuss status with Braintree landlord. | 3.20 | 1344.00 _____ |
| **02/08/05**<br>15481435 | 7264 - T. McCord | Respond to employee inquiries. Review additional contractor payments. Revise Release. | 1.20 | 504.00 _____ |
| **02/09/05**<br>15523063 | 0272 - J. Gilbreth | Telephone call with K. Harris regarding move of boxes from Portland Street to NP (x3). Telephone call with A. Hickey regarding same (x3). Email R. Pedone regarding same (x3). Email K. Harris and R. Pedone regarding same. | 1.40 | 343.00 _____ |
| **02/09/05**<br>15490030 | 7293 - S. Fuller | Multiple conversations and communications with K. Fitzgerald, T. McCord and T. Maloney regarding wage issues; work on status report issues. | 2.00 | 840.00 _____ |
| **02/09/05** | 7264 - T. McCord | Respond to employee inquiries. Meet with K. Harris to review advisory fees | 1.80 | 756.00 _____ |

Client number 036552
Prebill Number 2129625

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | | |
|---|---|---|---|---|---|
| 15490117 | | and commissions for 50 employees. | | | |
| **02/10/05**<br>15496197 | 7329  -  R. Pedone | Meet with Mr. Harris and view status of Canal Street move. | 0.90 | 378.00 | _____ |
| **02/10/05**<br>15496201 | 7329  -  R. Pedone | Several conferences with counsel to Cummings Properties; revise termination agreement and circulate same for signature. | 0.80 | 336.00 | _____ |
| **02/10/05**<br>15496203 | 7329  -  R. Pedone | Conference with counsel to Peabody regarding documents to be moved. | 0.10 | 42.00 | _____ |
| **02/10/05**<br>15490037 | 7293  -  S. Fuller | Work on wage claim issues with T. McCord.  Work on insurance coverage analysis with counsel to brokerages. | 6.50 | 2730.00 | _____ |
| **02/10/05**<br>15496460 | 7264  -  T. McCord | Discuss commissions with K. Harris. Respond to employee inquiries. Pay Receiver contractors. | 0.80 | 336.00 | _____ |
| **02/11/05**<br>15496255 | 7329  -  R. Pedone | Revise Cummings termination; several calls with counsel to Cummings; further revisions to termination and coordinate delivery of same. | 1.20 | 504.00 | _____ |
| **02/11/05**<br>15496261 | 7329  -  R. Pedone | Conference with Mr. Pitts, former occupant of Peabody space. | 0.30 | 126.00 | _____ |
| **02/11/05**<br>15496282 | 7329  -  R. Pedone | Conference with Mr. Harris regarding status of move and various personal property issues. | 0.30 | 126.00 | _____ |
| **02/11/05**<br>15501741 | 7264  -  T. McCord | Arrange for final employee payout. Respond to former employee inquiry. | 0.80 | 336.00 | _____ |
| **02/12/05**<br>15499664 | 0272  -  J. Gilbreth | Pick up boxes at NP, drop off boxes at 164 Canal Street, Enter 100 Cummings Center (Beverly) office of FPS to check for client documents. | 3.30 | 808.50 | _____ |
| **02/14/05** | 7216  -  K. Fitzgerald | Prepare for and conduct telephone meeting with M. Scaglione and J. | 3.80 | 1596.00 | _____ |

Client number 036552
Prebill Number 2129625

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | | |
|---|---|---|---|---|---|
| 15509240 | | | Jenkins regarding review of accounts payable and receivable on account of operation of WBIX by Egan Communications.  Multiple conferences and office meetings regarding same and preparation of spreadsheets tracking deposits, payments and billing activity.  Multiple correspondence with M. Scaglione regarding same.  Analyze Egan reports from M. Scaglione regarding status of accounts.  Multiple conferences and office meeting regarding status report. | | |
| **02/14/05** 15505561 | 7329 - R. Pedone | Conv. with Keith Harris regarding ▮▮▮ and sale of personal property. | 0.20 | 84.00 | _____ |
| **02/14/05** 15505562 | 7329 - R. Pedone | Conv. with ▮▮▮▮▮▮ | 0.10 | 42.00 | _____ |
| **02/14/05** 15505573 | 7329 - R. Pedone | Conv. with counsel to landlord regarding vacating Beverly. | 0.20 | 84.00 | _____ |
| **02/14/05** 15505579 | 7329 - R. Pedone | Review files and items to be stored and to be abandoned with Mr. Harris at Portland and Canal Streets. | 1.80 | 756.00 | _____ |
| **02/14/05** 15505585 | 7329 - R. Pedone | Review documents from Mr. Bleidt's office. | 0.20 | 84.00 | _____ |
| **02/14/05** 15505720 | 7329 - R. Pedone | Conv. with counsel to Cummings regarding surrender of space. | 0.20 | 84.00 | _____ |
| **02/14/05** 15505265 | 7264 - T. McCord | Respond to employee inquiries. Review advisory fees. | 0.40 | 168.00 | _____ |
| **02/15/05** 15510735 | 7264 - T. McCord | Prepare fee statements and explanatory letter to reps; review radio station wage claims; review projected revenue and expenses. | 1.80 | 756.00 | _____ |
| **02/16/05** 15514265 | 0272 - J. Gilbreth | Email R. Pedone regarding move.  Email T. McCord regarding cost of moving documents from Portland/Canal Streets. Telephone call with A. Hicky regarding move from Canal Street. | 0.30 | 73.50 | _____ |

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| Date | | | Description | | |
|---|---|---|---|---|---|
| **02/16/05**<br>15509013 | 7216 - K. Fitzgerald | | Multiple conferences and work on WBIX wage matters, settlement of other wage claims, coordination with additional investor groups ~~about joining the receiving actions of bankruptcy claims and other creditor claims,~~ assessment of potentially necessary FCC reports concerning arrangement with A. Langer for interim management of WBIX, work on court status report and preparation for status conference.  Telephone conference with S. Fontes regarding preparation for status conference.  Office meeting and conference regarding preparation of oppositions to Stoddard Motion to Intervene and purported appearance by B. Mittman. | 3.10 | 1302.00 |
| **02/16/05**<br>15516724 | 7264 - T. McCord | | Prepare releases for wage claims and review tax issues. | 0.60 | 252.00 |
| **02/17/05**<br>15522190 | 0272 - J. Gilbreth | | Meet with K. Harris regarding creditor claims.  Meet with S. Fuller regarding changing mail address to WEC; car insurance; account statements from M. Viana; forward health insurance info to B. Bledit. | 1.30 | 318.50 |
| **02/17/05**<br>15516749 | 0892 - M. Firouzbakht | | Contact from T. McCord regarding Amex statement.  Located, reviewed and copied 4 Amex statements.  Delivered to K. Harris. | 0.50 | 65.00 |
| **02/17/05**<br>15519574 | 7293 - S. Fuller | | Work on wage issues and unfreezing of accounts.  Conference with Mr. Hamer regarding WEC insuranc eissues.  Conference with Mr. Adelman regarding insurance coverage issues.  Work on status report issues. | 7.30 | 3066.00 |
| **02/17/05**<br>15523420 | 7264 - T. McCord | | Meet with K. Harris. Review and revise commission and fee statements.  Examine offsets. | 1.10 | 462.00 |
| **02/18/05**<br>15522337 | 0272 - J. Gilbreth | | Meet with K. Harris regarding vendor claims. | 0.70 | 171.50 |

Client number 036552
Prebill Number 2129625

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | | |
|---|---|---|---|---|---|
| **02/18/05**<br>15522357 | 0272 - J. Gilbreth | Email M. Viana regarding frozen accounts. Telephone call with A. Hickey regarding move of boxes from Canal Street to NP. | 0.70 | 171.50 | _____ |
| **02/18/05**<br>15528248 | 7264 - T. McCord | Meet with K. Harris. Prepare commission and fee statements. | 0.90 | 378.00 | _____ |
| **02/21/05**<br>15528378 | 7264 - T. McCord | Revise employee Release and Settlement Letter. Prepare commission/fee reports. Respond to employee inquiries. | 2.30 | 966.00 | _____ |
| **02/22/05**<br>15533693 | 0130 - F. Morrissey | Substantially revise status report; conference with Michele Perillo, Kevin Fitzgerald and S. Fuller regarding revisions to the status report; prepare exhibits to report; extensive conference with L. Walker and R. Pedone regarding reconciliation of cash in the estate; revise and supplement report. | 6.00 | 1680.00 | _____ |
| **02/22/05**<br>15527070 | 0272 - J. Gilbreth | Meet with movers delivering boxes from 164 Canal Street. | 0.30 | 73.50 | _____ |
| **02/22/05**<br>15533049 | 7264 - T. McCord | Letter to Department of Labor investigator regarding retirement plan information. | 0.50 | 210.00 | _____ |
| **02/23/05**<br>15542072 | 7264 - T. McCord | Respond to employee inquiries. | 0.30 | 126.00 | _____ |
| **02/24/05**<br>15546735 | 7264 - T. McCord | Prepare non-payment letters to former representatives. Respond to employee inquiries. | 0.80 | 336.00 | _____ |
| **02/25/05**<br>15548621 | 7264 - T. McCord | Prepare settlement release for employee claims. | 0.40 | 168.00 | _____ |
| **02/28/05**<br>15555740 | 7329 - R. Pedone | Calls with creditors; review computer equipment sale with Mr. Harris; call to landlord counsel; attention to sale of cars. | 0.90 | 378.00 | _____ |
| **02/28/05** | 7264 - T. McCord | Prepare representation letters. Respond | 0.90 | 378.00 | _____ |

Client number 036552
Prebill Number 2129625

**Matter Fee Detail (Rate Level 1) / 000002 SEC v. Bleidt, et al.**

| | | | | | |
|---|---|---|---|---|---|
| 15556027 | | to employee inquiries. Telephone conference with K. Harris regarding 401(k) plan. | | | |
| **03/01/05**<br>15568875 | 7264 - T. McCord | Review Flexible Spending Account information. Prepare Releases. | 0.50 | 210.00 | _____ |
| **03/02/05**<br>15568330 | 7329 - R. Pedone | Conference with counsel to Fleet (.2); conference with possible new tenant (.2); conference with counsel to landlord (.2) work on sale of personal property issues (.3). | 0.90 | 378.00 | _____ |
| **03/02/05**<br>15568336 | 7329 - R. Pedone | Review video equipment and computer sale issues with Mr. Harris. | 0.50 | 210.00 | _____ |
| **03/02/05**<br>15568342 | 7329 - R. Pedone | Conference with Mr. Dale representing claimants' follow-up with Mr. Fuller. | 0.30 | 126.00 | _____ |
| **03/02/05**<br>15574127 | 7264 - T. McCord | Telephone conference with and letter to 401(k) administrator regarding distribution procedure. Review materials for response to DOL subpoena. Conference with K. Harris regarding health insurance and wage claims. | 2.10 | 882.00 | _____ |
| **03/03/05**<br>15579019 | 7264 - T. McCord | Telephone call from, two letters to 401(k) recordkeeper. Letter to plan participants. | 0.80 | 336.00 | _____ |
| **03/04/05**<br>15583846 | 7264 - T. McCord | Letters to former employees regarding wage claims. Respond to inquiries. | 1.60 | 672.00 | _____ |
| **03/07/05**<br>15581436 | 7293 - S. Fuller | Meeting with T. McCord and K. Harris regarding open items and priorities; review memo regarding McCarty; read Nancy Foss transcript. | 6.30 | 2646.00 | _____ |
| **03/07/05**<br>15589033 | 7264 - T. McCord | Letter to 401(k) participants regarding distribution procedure. Review contractor invoices. Meet with K. Harris regarding radio reconciliation, taxes, and other wind-up issues. | 1.80 | 756.00 | _____ |
| **03/08/05** | 0272 - J. Gilbreth | Meet with K. Harris regarding Canal | 0.30 | 73.50 | _____ |

Client number 036552
Prebill Number 2129625

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | | |
|---|---|---|---|---|---|
| 15590972 | | Street.  Telephone call with M. Garvan regarding frozen accounts. | | | |
| **03/08/05** 15593388 | 7264 - T. McCord | Conference with K. Harris and R. Bertone regarding transfer of Goldmine computer information. Conference with K. Harris regarding Egan Communications invoice. Review flexible spending accounts. | 1.70 | 714.00 | _____ |
| **03/09/05** 15591087 | 0272 - J. Gilbreth | Meet with T. McCord regarding 401(k) and DUA.  Letter to ▮▮▮▮▮▮ recarding ▮▮▮▮▮▮'s W-2.  Email accounts to T. Jordan. | 0.60 | 147.00 | _____ |
| **03/09/05** 15591097 | 0272 - J. Gilbreth | Update creditor list.  Telephone call regarding ▮▮▮▮ account.  Telephone call with Verizon. | 1.40 | 343.00 | _____ |
| **03/09/05** 15660727 | 7329 - R. Pedone | Conference with representative from Art Council regarding claim and sale of art. | 0.30 | 126.00 | _____ |
| **03/09/05** 15598536 | 7264 - T. McCord | Review payroll invoices. Review computer information. | 0.40 | 168.00 | _____ |
| **03/10/05** 15597853 | 0272 - J. Gilbreth | Meet with K. Harris regarding access to Canal Street.  Call ▮▮▮▮▮ regarding frozen account.  Meet with S. Fuller regarding mailing to victims. | 0.60 | 147.00 | _____ |
| **03/10/05** 15604562 | 7264 - T. McCord | Assist with transfer of Goldmine database. Conference with K. Harris regarding Egan Communications reimbursement reconciliation. Respond to employee inquiries. | 1.60 | 672.00 | _____ |
| **03/11/05** 15609439 | 7264 - T. McCord | Review Egan Communications reconciliation information with K. Harris. Process 401(k) distributions. | 0.70 | 294.00 | _____ |
| **03/14/05** 15614400 | 7264 - T. McCord | Respond to employee inquiries. | 0.50 | 210.00 | _____ |
| **03/15/05** | 0272 - J. Gilbreth | Draft letter to Division of Insurance regarding cancelling licenses of FPIA. | 0.80 | 196.00 | _____ |

Client number 036552
Prebill Number 2129625

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | | |
|---|---|---|---|---|---|
| 15616130 | | Meet with T. McCord regarding FPIA. Telephone call with Gentle Giant. | | | |
| **03/16/05** 15616503 | 7216 - K. Fitzgerald | Office meeting regarding U.S. Department of Labor inquiry regarding Landry Architects phantom retirement plan.  Multiple office meetings regarding consultation with K. Harris regarding WBIX/Egan reconciliation.  Work on same. | 2.20 | 924.00 | _____ |
| **03/16/05** 15623676 | 7329 - R. Pedone | Conference with CIT representative regarding leased equipment. | 0.30 | 126.00 | _____ |
| **03/16/05** 15622517 | 7264 - T. McCord | Telephone call from DOL examiner. Review radio station talent claims with K. Harris. Respond to employee inquiries. Review potential loans due Receiver. | 1.20 | 504.00 | _____ |
| **03/17/05** 15627266 | 0272 - J. Gilbreth | Call M. Perillo regarding photocopying bank documents.  Call IKON regarding same.  Email M. Viana regarding frozen accounts. | 0.40 | 98.00 | _____ |
| **03/17/05** 15627283 | 0272 - J. Gilbreth | Call S. Petros regarding Pitney Bowes mail meter.  Call W. Daley regarding Porsche, Mini Cooper.  Call R. Jackson regarding her account. | 1.00 | 245.00 | _____ |
| **03/17/05** 15623640 | 7329 - R. Pedone | Conference with Mr. Carey regarding Boston lease. | 0.20 | 84.00 | _____ |
| **03/17/05** 15623644 | 7329 - R. Pedone | Attention to credit cards. | 0.20 | 84.00 | _____ |
| **03/17/05** 15623647 | 7329 - R. Pedone | Attention to accounting. | 0.20 | 84.00 | _____ |
| **03/18/05** 15627426 | 0272 - J. Gilbreth | Phonecall with ESignal regarding B. Bleidt's account.  Email M. Viara regarding P. Finn account.  Call S. Petros regarding pickup Pitney Bowes mail meter. | 0.50 | 122.50 | _____ |
| **03/18/05** | 0272 - J. Gilbreth | Call D. Regan regarding Safeguard Records and Management and turning | 0.30 | 73.50 | _____ |

Client number 036552
Prebill Number 2129625

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | | |
|---|---|---|---|---|---|
| 15627632 | | | computers over to Fleet. | | |
| **03/18/05**<br>15629339 | 7329 - R. Pedone | | Conference with Mr. Carey regarding Boston leases. | 0.20 | 84.00 _____ |
| **03/18/05**<br>15633996 | 7264 - T. McCord | | Prepare wage settlements. Review radio station talent claims. Review K. Stoddard claim information. Telephone call from employee regarding COBRA. | 1.80 | 756.00 _____ |
| **03/21/05**<br>15642495 | 7329 - R. Pedone | | Attention to consolidation of entities. | 0.30 | 126.00 _____ |
| **03/21/05**<br>15640292 | 7264 - T. McCord | | Meet with K. Harris regarding flexible spending and radio station talent claims. Process 401(k) plan distributions. Review correspondence from Division of Unemployment. | 1.30 | 546.00 _____ |
| **03/22/05**<br>15642575 | 7329 - R. Pedone | | Email to ███████ follow-up with Mr. Braunstein. | 0.50 | 210.00 _____ |
| **03/23/05**<br>15642552 | 7329 - R. Pedone | | Attention to Portland Street and Canal Street issues including conference with Mr. Harris regarding same. | 0.40 | 168.00 _____ |
| **03/23/05**<br>15652560 | 7264 - T. McCord | | Research employee claims regarding APAM and FPPS jointly. Conference with K. Harris regarding Egan Communication reimbursement claim and Form 1099 preparation. | 1.30 | 546.00 _____ |
| **03/24/05**<br>15657378 | 7329 - R. Pedone | | Revise letter to Mr. Braunstein. | 0.50 | 210.00 _____ |
| **03/24/05**<br>15657425 | 7329 - R. Pedone | | Attention to transfer of funds and checks. | 0.20 | 84.00 _____ |
| **03/24/05**<br>15658924 | 7264 - T. McCord | | Make representative payments. Respond to 401(k) inquiries. | 1.00 | 420.00 _____ |
| **03/25/05**<br>15658603 | 7329 - R. Pedone | | Calls regarding personal property and revise letter to Mr. Braunstein. | 0.20 | 84.00 _____ |

Client number 036552
Prebill Number 2129625

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| Date | Code | Attorney | Description | Hours | Amount | |
|------|------|----------|-------------|-------|--------|---|
| **03/28/05**<br>15665592 | 7329 | R. Pedone | Conference with purchaser of video link camera and attention to sale of same. | 0.40 | 168.00 | _____ |
| **03/28/05**<br>15665600 | 7329 | R. Pedone | Review lease and other records regarding sale of equipment by Fleet and Key Finance; conference with Ms. Rodriguez; two conferences with Mr. Harris; email to Mr. Gemma regarding same. | 1.20 | 504.00 | _____ |
| **03/28/05**<br>15670310 | 7264 | T. McCord | Advise regarding IRA tax issues. Respond to radio station employee inquiry. Telephone conference with K. Harris. | 0.60 | 252.00 | _____ |
| **03/29/05**<br>15676668 | 7329 | R. Pedone | Email to Mr. Harris. | 0.20 | 84.00 | _____ |
| **03/30/05**<br>15684413 | 7329 | R. Pedone | Attention to computer removal; conference with Mr. Harris. | 0.50 | 210.00 | _____ |
| **03/31/05**<br>15684582 | 7264 | T. McCord | Process 401(k) distributions. Review Form 1099 information with K. Harris. Review Egan Communications invoice information with K. Harris. | 1.40 | 588.00 | _____ |
| **04/01/05**<br>15695340 | 7264 | T. McCord | Review BC/BS invoice. Memo from B. Kirchner. | 0.30 | 126.00 | _____ |
| **04/04/05**<br>15702162 | 7264 | T. McCord | Review Langer Broadcasting DUA inquiry. | 0.30 | 126.00 | _____ |
| **04/06/05**<br>15708929 | 0272 | J. Gilbreth | Meet with K. Harris regarding electronic files.  Telephone call with P. Saloney regarding vacating EZ storage. | 0.70 | 171.50 | _____ |
| **04/06/05**<br>15726229 | 7329 | R. Pedone | Attention to miscellaneous property issues. | 0.20 | 84.00 | _____ |
| **04/06/05**<br>15711051 | 7264 | T. McCord | Meet with K. Harris regarding Form 1099 information. Review Egan Communications reconciliation. | 1.20 | 504.00 | _____ |

Client number 036552
Prebill Number 2129625

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | | |
|---|---|---|---|---|---|
| **04/07/05** 15726272 | 7329 - R. Pedone | Two conferences with Fleet's counsel regarding stipulation; attention to accounting. | 0.60 | 252.00 | _____ |
| **04/07/05** 15715965 | 7264 - T. McCord | Advise regarding Egan Communications regarding evaluation. Respond to employee inquiries. | 0.90 | 378.00 | _____ |
| **04/08/05** 15719676 | 0272 - J. Gilbreth | Call P. Saloney regarding EZ Storage removal of items.  Email L. Wash regarding copies of files in receiver's possession.  Telephone call with E. Bonoma regarding frozen accounts. Email M. Viana regarding accounts to transfer. | 0.80 | 196.00 | _____ |
| **04/08/05** 15722075 | 7264 - T. McCord | Review B. Kirchner claim, 409A issues. | 0.70 | 294.00 | _____ |
| **04/11/05** 15726479 | 7264 - T. McCord | Review B. Bleidt 401(k) account status. Advise regarding claims against representatives for advance commission. | 0.80 | 336.00 | _____ |
| **04/13/05** 15794141 | 7329 - R. Pedone | Call to Broker regarding furniture. | 0.20 | 84.00 | _____ |
| **04/13/05** 15737539 | 7264 - T. McCord | Respond to Workers Compensation inquiry. Advise regarding taxes. Letter to 401(k) provider. | 0.80 | 336.00 | _____ |
| **04/14/05** 15743260 | 7264 - T. McCord | Advise regarding tax returns and Egan Communication claims. Review flexible spending claims. | 0.60 | 252.00 | _____ |
| **04/18/05** 15751487 | 7264 - T. McCord | Review 401(k) distributions. | 0.30 | 126.00 | _____ |
| **04/19/05** 15756357 | 2346 - L. Harrington | Telephone conference with R. Pedone regarding revisions to stipulation to sell leased property; email to R. Gemma regarding stipulation. | 0.30 | 84.00 | _____ |
| **04/19/05** 15794234 | 7329 - R. Pedone | Email to Mr. Gemma regarding personal property stipulation to release Portland Street. | 0.20 | 84.00 | _____ |

Client number 036552
Prebill Number 2129625

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | |
|---|---|---|---|---|
| 04/19/05 15756636 | 7264 - T. McCord | Meet with K. Harris regarding and review of Egan revenue reevalutations, flexible spending, and 401(k). | 1.10 | 462.00 _____ |
| 04/20/05 15759593 | 2346 - L. Harrington | Revise stipulation with Fleet and Key Leasing regarding sale of leased equipment and furniture. | 2.10 | 588.00 _____ |
| 04/20/05 15794249 | 7329 - R. Pedone | Review various drafts of Fleet stipulations and comment on same to facilitate releasing of Portland Street; calls with Mr. Harrington regarding same. | 0.40 | 168.00 _____ |
| 04/20/05 15760128 | 7264 - T. McCord | Prepare letters regarding flex plan. Prepare letters to representatives regarding commission payments. Telephone call to K. Harris regarding Egan Com. revenue information. | 3.20 | 1344.00 _____ |
| 04/21/05 15791107 | 2346 - L. Harrington | Numerous telephone calls to R. Gemma and J. Carey regarding stipulation to sell office equipment; attention to stipulation to sell office equipment; telephone call to M. Rodriguez regarding sale of office equipment. | 1.80 | 504.00 _____ |
| 04/21/05 15764756 | 7264 - T. McCord | Teleconference with K. Harris regarding Egan reconciliation. Respond to employee inquiries. | 0.80 | 336.00 _____ |
| 04/22/05 15770445 | 7264 - T. McCord | Contact 401(k) administrator. Review Egan Communications reconciliation. | 0.50 | 210.00 _____ |
| 04/25/05 15794310 | 7329 - R. Pedone | Attention to personal property stipulation. | 0.20 | 84.00 _____ |
| 04/26/05 15791008 | 2346 - L. Harrington | Attention to stipulation among Fleet, Key, and Carey & Co. | 0.60 | 168.00 _____ |
| 04/26/05 15795786 | 7329 - R. Pedone | Several calls with Michelle Rodriguez at Key regarding personal property. | 0.30 | 126.00 _____ |

Client number 036552
Prebill Number 2129625

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | |
|---|---|---|---|---|
| **04/28/05**<br>15797707 | 2346 - L. Harrington | Attention to Fleet/Key stipulation and transmittal of settlement checks; telephone call to J. Carey regarding settlement funds. | 0.40 | 112.00 _____ |
| **04/29/05**<br>15802426 | 0130 - F. Morrissey | Conference with R. Pedone regarding aset sales. | 0.50 | 140.00 _____ |
| **04/29/05**<br>15797959 | 2346 - L. Harrington | Transmit settlement funds to Key and Fleet. | 0.30 | 84.00 _____ |
| **04/29/05**<br>15795656 | 7329 - R. Pedone | Work on memo addressing consolidation of entity issues; distribution issues and claims process issues; conference with Mr. Morrissey regarding same. | 1.20 | 504.00 _____ |
| **05/02/05**<br>15810433 | 0272 - J. Gilbreth | Update victim files.  Telephone call with BOA regarding FPPS owing them money.  Call with A. Hickey regarding Walsh Movers' invoices.  Call Allianz regarding FPIA out of business.  Call with W. Daley regarding Honda Civic. Email S. Fuller, D. Vicinanzo, K. Fitzgerald regarding conference call. | 3.20 | 784.00 _____ |
| **05/03/05**<br>15810977 | 7329 - R. Pedone | Follow-up on moving issues. | 0.20 | 84.00 _____ |
| **05/09/05**<br>15833210 | 7264 - T. McCord | Advise regarding B. Bleidt correspondence. Not to 401(k) administrator. | 0.20 | 84.00 _____ |
| **05/11/05**<br>15892155 | 7329 - R. Pedone | Call to Rick Gemma counsel to Fleet. | 0.20 | 84.00 _____ |
| **05/12/05**<br>15858265 | 7329 - R. Pedone | Attention to accounting issues and Bleidt's request to pay his attorney. | 0.20 | 84.00 _____ |
| **05/13/05**<br>15915324 | 7264 - T. McCord | Review 401(k) distributions. Employee inquiry regarding WBIX. | 0.60 | 252.00 _____ |
| **05/16/05**<br>15908470 | 7329 - R. Pedone | Review accounting update and attention to payments. | 0.40 | 168.00 _____ |

Client number 036552
Prebill Number 2129625

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | |
|---|---|---|---|---|
| **05/18/05**<br>15876515 | 7264  -  T. McCord | Memo from 401(k) administrator regarding new information. | 0.30 | 126.00  _____ |
| **05/24/05**<br>15892200 | 7264  -  T. McCord | Prepare wage claim (FSA) responses. | 0.60 | 252.00  _____ |
| **05/25/05**<br>15903885 | 7216  -  K. Fitzgerald | Conference and multiple office meetings regarding ERISA issues with respect to alienation of Bleidt 401(k) funds by receiver and assessment of potential strategy for release of such funds in satisfaction of court order on fees for Bleidt's counsel.  Multiple conferences regarding implementation of process for liquidation of Bleidt personal property. Telephone call from J. Esser regarding further inquiries concerning political WBIX transaction. | 1.10 | 462.00  _____ |
| **05/31/05**<br>15914101 | 7264  -  T. McCord | Review ADP payroll information. Advise regarding personnel information request. | 0.30 | 126.00  _____ |
| **06/06/05**<br>15939829 | 7264  -  T. McCord | Teleconference with 401(k) administrator regarding distributions. Respond to employee inquiries. | 0.90 | 378.00  _____ |
| **06/07/05**<br>15945193 | 7329  -  R. Pedone | Walk thru Canal Street property and meet with landlord regarding personal property and leasing. | 1.40 | 588.00  _____ |
| **06/12/05**<br>15953562 | 0272  -  J. Gilbreth | Fax orders to M. Florence, counsel for Pitney Bowes. | 0.20 | 49.00  _____ |
| **06/15/05**<br>15973388 | 0272  -  J. Gilbreth | Call with S. Ngan regarding accounts. Email M. Viana regarding same. | 0.30 | 73.50  _____ |
| **06/15/05**<br>15974009 | 7264  -  T. McCord | Respond to 401K plan inquiry | 0.20 | 84.00  _____ |
| **06/17/05**<br>15980291 | 7329  -  R. Pedone | Attention to payment of receivership bills and other matters. | 0.40 | 168.00  _____ |
| **06/23/05**<br>16009480 | 7264  -  T. McCord | Two telephone calls from employees regarding 401(k) plan and health plan. Review ADP payroll information. | 0.80 | 336.00  _____ |

Client number 036552
Prebill Number 2129625

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | | |
|---|---|---|---|---|---|
| **06/24/05**<br>16006287 | 7216 - K. Fitzgerald | Conference with T. McCord regarding reconciliation of employee COBRA issue. Office meeting regarding meeting with R. Maloney of WEC. | 0.60 | 252.00 | _____ |
| **06/24/05**<br>16010493 | 7329 - R. Pedone | Conference with Canal Street landlord; attention to disposition of computers; conference with potential tenant; email exchange with landlord regarding tenant email to Bank and leasing company regarding abandoned property. | 0.80 | 336.00 | _____ |
| **06/27/05**<br>16019052 | 7329 - R. Pedone | Various calls coordinating removal and sale of computers and meeting with potential purchaser; call with Mr. Carey to confirm data cleaned off; general attention to computer privacy issues; identify machines for movers at Canal Street; file memo regarding status of computers. | 2.60 | 1092.00 | _____ |
| **06/28/05**<br>16032558 | 7329 - R. Pedone | Prepare for and participate in strategy meeting on claims; personal property and other outstanding issues. | 1.50 | 630.00 | _____ |
| **06/28/05**<br>16032564 | 7329 - R. Pedone | Attention to personal property and sale of computers. | 0.30 | 126.00 | _____ |
| **07/05/05**<br>16089642 | 7329 - R. Pedone | Attention to personal property at Canal Street and email exchange with landlord. | 0.30 | 126.00 | _____ |
| **07/05/05**<br>16047476 | 7264 - T. McCord | Respond to 401(k) inquiry. | 0.20 | 84.00 | _____ |
| **07/07/05**<br>16056737 | 7329 - R. Pedone | Attention to computers, Fleet and landlord email. | 0.30 | 126.00 | _____ |
| **07/12/05**<br>16071404 | 7264 - T. McCord | Respond to 401(k) plan inquiry. | 0.20 | 84.00 | _____ |
| **07/13/05**<br>16070402 | 0939 - A. Tarsy | Conference with R. Pedone. Research regarding ███████████████████ ███████████████████ of | 5.50 | 1457.50 | _____ |

Client number 036552
Prebill Number 2129625

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | |
|---|---|---|---|---|
| **07/13/05**<br>16089784 | 7329  -  R. Pedone | Meeting with Mr. Fuller and review ▓▓▓▓▓ issues and check research needed ▓▓▓▓▓ (.3); work on research of ▓▓▓▓▓ (.5); and review additional research needed with Mr. Tarsey (.3). | 1.10 | 462.00  _____ |
| **07/14/05**<br>16075076 | 0939  -  A. Tarsy | Conference with R. Pedone. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 5.50 | 1457.50  _____ |
| **07/14/05**<br>16084677 | 7329  -  R. Pedone | Several conferences with Mr. Tarsey regarding ▓▓▓▓▓▓▓▓ | 0.80 | 336.00  _____ |
| **07/14/05**<br>16082346 | 7264  -  T. McCord | Review B. Kirchner radio station and commission claims. Research employee inquiry. | 0.50 | 210.00  _____ |
| **07/18/05**<br>16137136 | 7329  -  R. Pedone | Email to Mr. Gemma and attention to property. | 0.20 | 84.00  _____ |
| **07/18/05**<br>16137146 | 7329  -  R. Pedone | Review  offer and forward to Mr. Gemma. | 0.20 | 84.00  _____ |
| **07/19/05**<br>16096342 | 7264  -  T. McCord | Review tax records regarding employee inquiry. | 0.70 | 294.00  _____ |
| **07/20/05**<br>16136734 | 7329  -  R. Pedone | Attention to personal property including call with potential purchaser. | 0.40 | 168.00  _____ |
| **07/20/05**<br>16136888 | 7329  -  R. Pedone | Attention to analysis of ▓▓▓▓▓▓▓▓ | 0.30 | 126.00  _____ |
| **07/27/05**<br>16123297 | 7264  -  T. McCord | Note to 401(k) administrator regarding distributions. | 0.30 | 126.00  _____ |
| **07/28/05**<br>16128127 | 7329  -  R. Pedone | Conference with landlord regarding Canal Street personal property and Pitney Bowes; conference with Mr. Page regarding sale at property. | 0.50 | 210.00  _____ |

Client number 036552
Prebill Number 2129625

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| 07/28/05 | 7264  -  T. McCord | Respond to two employee inquiries regarding 401(k) plan. | 0.30 | 126.00 | _____ |
|---|---|---|---|---|---|
| 16135080 | | | | | |

**Total Matter 000002 Fees**                                                         **$142,143.50**

### Matter Timekeeper Summary

| Atty | Rate | Hrs. | Fees | Edit |
|---|---|---|---|---|
| 0939 - Tarsy, Andrew H. | 265.00 | 11.00 | 2915.00 | _____ |
| 5976 - Vicinanzo, David | 420.00 | 3.00 | 1260.00 | _____ |
| 0130 - Morrissey, Francis | 280.00 | 16.20 | 4536.00 | _____ |
| 7260 - Oberstein, Gary J. | 420.00 | 0.50 | 210.00 | _____ |
| 0272 - Gilbreth, Jeffrey | 245.00 | 66.60 | 16317.00 | _____ |
| 7216 - Fitzgerald, Kevin M. P.C. | 420.00 | 22.70 | 9534.00 | _____ |
| 2346 - Harrington, Lee | 280.00 | 6.80 | 1904.00 | _____ |
| 0529 - Walker, Lauri | 75.00 | 1.50 | 112.50 | _____ |
| 0892 - Firouzbakht, Mahmood | 130.00 | 7.90 | 1027.00 | _____ |
| 7329 - Pedone, Richard C. | 420.00 | 90.00 | 37800.00 | _____ |
| 7293 - Fuller, Steven N. | 420.00 | 48.50 | 20370.00 | _____ |
| 7264 - McCord, Thomas J. | 420.00 | 109.90 | 46158.00 | _____ |

### Matter Summary  /  000002  SEC v. Bleidt, et al.

| | Matter Total | Edit |
|---|---|---|
| Fees | 142,143.50 | _____ |
| On Account Fees | 0.00 | _____ |
| Disbursements | 0.00 | _____ |
| On Account Disbursements | 0.00 | _____ |
| Matter Credit Applied (Available: $ 0.00) | 0.00 | _____ |
| MATTER 000002 PREBILL TOTAL | $142,143.50 | _____ |

### Matter AR Summary  /  000002  SEC v. Bleidt, et al.
(Note that this summary reflects the outstanding amounts for this matter on each invoice.  It is not necessarily reflective of the entire AR amount for a given invoice.)

| Invoice Number | Invoice Date | Amount Outstanding |
|---|---|---|
| 8617369 | 12/20/04 | 116009.30 |

EXHIBIT C-4 (pgs 2-12)

Investor Communications

**Prebill Matter Summary**

| | Claim/<br>Reference No. | Rate Level | Fees | Disbursements |
|---|---|---|---|---|
| Matter  000002 SEC v. Bleidt, et al. | | 1 | 74,281.00 | 0.00 |

**Matter Trust Information**

| Matter | Trust Balance |
|---|---|
| 000002 – SEC v. Bleidt, et al. | $ 1,267.42 |

**Prebill  Timekeeper Summary**

| Atty. | Rate | Hrs. | Fees | Edit |
|---|---|---|---|---|
| 0130 - Morrissey, Francis | 280.00 | 7.20 | 2016.00 | _____ |
| 0272 - Gilbreth, Jeffrey | 245.00 | 87.30 | 21388.50 | _____ |
| 0892 - Firouzbakht, Mahmood | 130.00 | 76.20 | 9906.00 | _____ |
| 2220 - Swiatocha, Michael | 125.00 | 0.50 | 62.50 | _____ |
| 2346 - Harrington, Lee | 280.00 | 15.30 | 4284.00 | _____ |
| 5976 - Vicinanzo, David | 420.00 | 7.80 | 3276.00 | _____ |
| 7216 - Fitzgerald, Kevin M. P.C. | 420.00 | 12.60 | 5292.00 | _____ |
| 7293 - Fuller, Steven N. | 420.00 | 46.40 | 19488.00 | _____ |
| 7329 - Pedone, Richard C. | 420.00 | 20.40 | 8568.00 | _____ |

**Payor Billing History - (#036552)  United States District Court (MA) Receiv**

| | Year To Date | |
|---|---|---|
| | Fees | Disbursements |
| Amount Billed | $0.00 | $0.00 |
| Amount Received | $0.00 | $0.00 |
| (Including A/R and<br>Write Offs) | | |

Client number 036552
Prebill Number 2129700

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| Date Time ID | Atty. | Narrative | Hrs. | Fees | Edit |
|---|---|---|---|---|---|
| **12/07/04** 15262350 | 2346 - L. Harrington | Review and evaluate client documents and draft memorandum setting forth issues to be addressed regarding notification of account holders, distribution of certain checks, and payment of certain outstanding obligations.  Visit site to review FPPS mail.  Participate in receiver team conference call. | 3.00 | 840.00 | _____ |
| **12/07/04** 15255729 | 7293 - S. Fuller | Prepare for meeting with Reciver and with R. Pedone and F. Morrissey; negotiation with landlords and potential subleasors; conference with Receiver; conference with T. Maloney; meeting with FPPS employees; attend defense counsel meeting; analysis of client data; meeting with Winslow, Evans. | 8.30 | 3486.00 | _____ |
| **12/07/04** 15255733 | 7293 - S. Fuller | Meeting with R. Pedone and F. Morrissey; draft memo. | 1.50 | 630.00 | _____ |
| **12/08/04** 15265036 | 5976 - D. Vicinanzo | Strategy conference.  Conference with S. Abbott.  Conference with attorneys for victims, B. Bleidt, landlords, other creditors.  Conference with FBI.  SEC conferences with attorneys regarding various issues. | 2.50 | 1050.00 | _____ |
| **12/09/04** 15271393 | 7329 - R. Pedone | Revise letter to APAM clients. | 0.30 | 126.00 | _____ |
| **12/11/04** 15308903 | 7329 - R. Pedone | Revise letter to APAM clients and forward to Mr. Fuller. | 0.40 | 168.00 | _____ |
| **12/13/04** 15310213 | 2346 - L. Harrington | Draft letters to victims regarding return of stock certificates and savings bonds. | 0.80 | 224.00 | _____ |
| **12/14/04** 15286828 | 2346 - L. Harrington | Revise letter to victims regarding return of stock certificates; revise motion and draft form of order regarding unfreezing Bleidt entities' bank accounts. | 3.10 | 868.00 | _____ |

Client number 036552
Prebill Number 2129700

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| Date | Code | Attorney | Description | Hours | Amount | |
|------|------|----------|-------------|-------|--------|---|
| **12/14/04**<br>15282501 | 2220 - M. Swiatocha | | Prepared Exhibits for Rick Pedone Mailing. | 0.50 | 62.50 | _____ |
| **12/14/04**<br>15341776 | 7329 - R. Pedone | | Work coordinating mailing to 140 victims and work on letter. | 0.50 | 210.00 | _____ |
| **12/15/04**<br>15309056 | 7329 - R. Pedone | | Continue to work on revisions to letter to investors known to be defrauded and address issues regarding who they should contact, calculation of their claim and SEC approval of letter. | 1.20 | 504.00 | _____ |
| **12/15/04**<br>15309073 | 7329 - R. Pedone | | Conference with Mr. Berkshire regarding mailing list to 3,000+ customers. | 0.20 | 84.00 | _____ |
| **12/16/04**<br>15296831 | 0272 - J. Gilbreth | | Telephone call with D. Regan regarding victim weekly status of evidence, letter from D. Vicinanzo. | 0.10 | 24.50 | _____ |
| **12/16/04**<br>15341316 | 7329 - R. Pedone | | Revise letter to 140 victims and attention to mailing. | 0.40 | 168.00 | _____ |
| **12/16/04**<br>15341341 | 7329 - R. Pedone | | Solicit, review and incorporate comments on master letter to 140. | 0.60 | 252.00 | _____ |
| **12/17/04**<br>15305401 | 0272 - J. Gilbreth | | Email team regarding victim week, evidence status, attend conference call regarding response to claim brought by bank. | 0.80 | 196.00 | _____ |
| **12/17/04**<br>15303460 | 7329 - R. Pedone | | Finalize letter and coordinate mailing to all known defrauded investors. | 0.60 | 252.00 | _____ |
| **12/17/04**<br>15303471 | 7329 - R. Pedone | | Work on certification for investors to sign to release funds. | 0.30 | 126.00 | _____ |
| **12/20/04**<br>15305466 | 0272 - J. Gilbreth | | Email T. Maloney and S. Fuller regarding victim list. Email T. Maloney and S. Fuller regarding electronic copy of client certification. Draft confidentiality agreement regarding victim list to be signed by R. Maloney and T. Maloney. | 1.40 | 343.00 | _____ |

Client number 036552
Prebill Number 2129700

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | |
|---|---|---|---|---|
| **12/20/04**<br>15305474 | 0272 - J. Gilbreth | Hand deliver confidentiality agreement and victim list and copy of letter from D. Vicinanzo to former clients, to T. Maloney. | 1.20 | 294.00 |
| **12/20/04**<br>15310281 | 7329 - R. Pedone | Coordinate notice mailing to all former clients. | 0.40 | 168.00 |
| **12/20/04**<br>15310370 | 7329 - R. Pedone | Continued attention to mass mailing to clients. | 0.30 | 126.00 |
| **12/20/04**<br>15310372 | 7329 - R. Pedone | Review of client lists for mass mailing and proof letter. | 0.30 | 126.00 |
| **12/20/04**<br>15310412 | 7329 - R. Pedone | Review WEC issues regarding mail; client depositions, customer rights and certifications needed (.3); conference with Mr. Gilbreth regarding same (.2). | 0.50 | 210.00 |
| **12/20/04**<br>15339832 | 7293 - S. Fuller | Multiple communications with R. Pedone, F. Morrissey and K. Fitzgerald regarding general claims matters and matters pertaining to claims notices to victims; conference with T. Maloney from WEC. | 2.50 | 1050.00 |
| **12/21/04**<br>15310469 | 7329 - R. Pedone | Finalize mass mailing. | 0.20 | 84.00 |
| **12/22/04**<br>15322769 | 2346 - L. Harrington | Prepare document management system; follow up with various parties with respect to return of negotiable instruments. | 1.50 | 420.00 |
| **12/22/04**<br>15338874 | 7329 - R. Pedone | Attention to 12/21 letter and flood of calls to WEC and Receiver; work on response. | 0.70 | 294.00 |
| **12/23/04**<br>15323040 | 0130 - F. Morrissey | Further revise ▓▓▓▓▓▓▓▓; telephone conference with R. Gemma regarding same (3x); e-mail Gary Deutsch; ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓ review correction letters to be served on FPPS and APAM investors; | 7.00 | 1960.00 |

Client number 036552
Prebill Number 2129700

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

conference with R. Pedone and L. Harrington regarding same; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ prepare letter to R. Gemma regarding settlement.

| | | | | | |
|---|---|---|---|---|---|
| **12/23/04**<br>15326628 | 2346 - L. Harrington | Cross reference victim lists and Commonwealth and WEC client account lists to identify those persons who received NP's letter on accounts in error. | 3.50 | 980.00 | _____ |
| **12/23/04**<br>15322570 | 7329 - R. Pedone | Conversation with Apartment 6 investors who received letter from receiver answering questions. | 0.80 | 336.00 | _____ |
| **12/23/04**<br>15322588 | 7329 - R. Pedone | Review and revise classification letter. | 0.50 | 210.00 | _____ |
| **12/23/04**<br>15322705 | 7329 - R. Pedone | Conversation with counsel to Commonwealth and in-house counsel at Commonwealth regarding impact of letter and their view it needed clarification; conversation with Mr. Fitzgerald regarding same (.7); conversation with Mr. Fuller regarding same and about insurance and other products and need for clarification letter (.4); | 1.10 | 462.00 | _____ |
| **12/23/04**<br>15326229 | 7329 - R. Pedone | Coordinate review of lists to compile list of Commonwealth customers who received letter and to avoid disclosing all APAM and FPPS customers to Commonwealth. | 0.80 | 336.00 | _____ |
| **12/23/04**<br>15326267 | 7329 - R. Pedone | Draft "other" products letter and several emails and calls with Ms. Maloney to revise sign; multiple revisions and send to Ms. Maloney. | 1.30 | 546.00 | _____ |
| **12/23/04**<br>15326271 | 7329 - R. Pedone | Revise, multiple edits on letter to Commonwealth customers; several calls with in-house counsel at Commonwealth regarding letter; further work on lists; email final letter to in-house counsel at Commonwealth. | 1.70 | 714.00 | _____ |
| **12/23/04** | 7293 - S. Fuller | Attention to multiple claims issues and | 3.20 | 1344.00 | _____ |

Client number 036552
Prebill Number 2129700

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | |
|---|---|---|---|---|
| 15339847 | | numerous email communications regarding claims administration and wage issues. | | |
| **12/27/04**<br>15329300 | 2346 - L. Harrington | Telephone call to J. Tully regarding additional Commonwealth clients that received N.P.'s letter regarding Bleidt accounts in error; review client account lists to identify WEC and Commonwealth clients. | 1.20 | 336.00 _____ |
| **12/27/04**<br>15326307 | 0892 - M. Firouzbakht | Certification letters, address and correct account numbers, wrote letter to Diner's Club. | 2.50 | 325.00 _____ |
| **12/27/04**<br>15329961 | 7329 - R. Pedone | Revise letter to former clients and forward to Ms. Maloney at WEC. | 0.40 | 168.00 _____ |
| **12/27/04**<br>15329968 | 7329 - R. Pedone | Work setting up website content. | 0.50 | 210.00 _____ |
| **12/27/04**<br>15329973 | 7329 - R. Pedone | Various follow-up calls with Commonwealth regarding mailing and comment names on lists. | 0.50 | 210.00 _____ |
| **12/27/04**<br>15330040 | 7329 - R. Pedone | Series of calls with investors in response to letters. | 0.60 | 252.00 _____ |
| **12/28/04**<br>15328727 | 0272 - J. Gilbreth | Email R. Lohwater regarding disbursements, addresses for customer certifications and mail to Winslow. | 0.50 | 122.50 _____ |
| **12/28/04**<br>15329404 | 2346 - L. Harrington | Review client account lists for mis-identified recipients of letter on account status. | 0.50 | 140.00 _____ |
| **12/28/04**<br>15328769 | 7329 - R. Pedone | Review draft USA letter to victims; work coordinating victim website. | 0.50 | 210.00 _____ |
| **12/28/04**<br>15328773 | 7329 - R. Pedone | Respond to series of calls from victims who received letter. | 0.50 | 210.00 _____ |
| **12/28/04** | 7329 - R. Pedone | Calls with Mr. Tully from Commonwealth; coordinate and review | 0.50 | 210.00 _____ |

Client number 036552
Prebill Number 2129700

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| Date | ID | Timekeeper | Description | Hours | Amount | |
|---|---|---|---|---|---|---|
| | 15328779 | | our lists to address issues of recipient of letter on our list who was not on his list and response. | | | |
| **12/28/04** 15328790 | 7329 | R. Pedone | Further work on setting up website. | 0.30 | 126.00 | _____ |
| **12/29/04** 15341462 | 7329 | R. Pedone | Attention to certifications and disbursement request. | 0.40 | 168.00 | _____ |
| **12/30/04** 15339785 | 0892 | M. Firouzbakht | Corrected mailing addresses for Bleidt's clients. Spoke with M. Green re extranet site for clients. Made phone calls to clients and spoke with 5 regarding their comments with our receivership and the letter they received (1st left message then got into contact with them after phone tag) noted each person's record with conversation key points. Calls to Amex regarding suspicious charges on the account. | 3.60 | 468.00 | _____ |
| **01/03/05** 15351540 | 5976 | D. Vicinanzo | Travel to and from Peabody for U.S. Attorney Office/FBI to meet victims. Follow-up with K. Fitzgerald. Review receivership standing cases. | 5.30 | 2226.00 | _____ |
| **01/03/05** 15351536 | 7216 | K. Fitzgerald | Multiple conferences and office meetings regarding report and recommendations related to victim meetings, ongoing work on scope of receiver's authority concerning third party claims, COBRA questions, payroll issues, possible investor consent to receiver as sole agent/assignee of claims, and reports on status/management of outstanding receivership issues and tasks. Multiple office meetings regarding apparent recurrent charges on Bleidt American Express accounts and notices of cancellation and refund requests related thereto. Multiple conferences and office meetings regarding commission payment issues and review proposed notice to affected employees regarding same. Conference and office meeting regarding vacation by U.S. Postal Service of additional Bleidt post office box and arrangements for inspecting same. Telephone call from M. Indick of Prides Capital regarding additional WBIX document requests. | 5.80 | 2436.00 | _____ |

Client number 036552
Prebill Number 2129700

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| Date | Code | Timekeeper | Description | Hours | Amount | |
|------|------|------------|-------------|-------|--------|---|
| **01/03/05** 15348058 | 0892 - M. Firouzbakht | | Website work on assignment. Met with Rick to talk about client. Phone calls. | 0.70 | 91.00 | _____ |
| **01/03/05** 15349073 | 7293 - S. Fuller | | Attention to various administrative matters; conference with R. Pedone regarding notice to victims issues and labor issues; review and analysis of voluminous documents; work on third party claims issues. | 8.30 | 3486.00 | _____ |
| **01/04/05** 15349921 | 0892 - M. Firouzbakht | | Worked with M. Green to put together the website for Brad Bleidt. | 1.00 | 130.00 | _____ |
| **01/04/05** 15349936 | 0892 - M. Firouzbakht | | Worked on putting the website together including attachments and folders. | 1.00 | 130.00 | _____ |
| **01/05/05** 15356857 | 0272 - J. Gilbreth | | Customer input in spreadsheet for customer certifications. Meet with T. McCord regarding payroll issues. | 0.40 | 98.00 | _____ |
| **01/05/05** 15356866 | 0272 - J. Gilbreth | | Meet with S. Fuller regarding client costs, letter to clients who have not sent in certifications. Fax to Tony Jordan regarding verification of no Bledit activity so as to unfreeze accounts. | 1.10 | 269.50 | _____ |
| **01/05/05** 15355600 | 0892 - M. Firouzbakht | | Spoke with R. Davias about reconfiguring the Bleidt website. Conversation with J. Gilbreth re certifications. Met with T. McCord to go over McCarty expenses on Amex. Went through files to find motion website. Email correspondence with R. Davias and further work on the Bleidt website. Fielded calls re certifications, met with Gilbreth twice to discuss certifications. Drafted memo re Amex charges for J. Esperian, R. Bertone, J. McCarty. Finalized letter to be sent to J. Esperian re unauthorized charges, recalculated his expenses accordingly. | 4.30 | 559.00 | _____ |
| **01/06/05** 15363976 | 0892 - M. Firouzbakht | | Met with T. McCord on credit card charges and memo and letter regarding the matter. Met with R. Pedone to go over new list of people to be contacted. Revised letter and memo to Esperian. | 6.10 | 793.00 | _____ |

Client number 036552
Prebill Number 2129700

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

Revised memo re Amex charges, called clients and took notes on correspondnce.  Spoke with K. Harris re D.M.'s use of McCarty's amex card.  Contacted and spoke with 6 clients, returned calls, spoke with some 2 or 3 times.  Spoke with Jeff G. to review course of action.  Keith Harris and revision of memo.  Finalized letter and memo and delivered to S. Fuller.

| Date | Code | Name | Description | Hours | Amount | |
|------|------|------|-------------|-------|--------|--|
| **01/06/05**<br>15379360 | 7329 | R. Pedone | Respond to calls from investors. | 0.30 | 126.00 | _____ |
| **01/07/05**<br>15365573 | 0272 | J. Gilbreth | Telephone call with B. Morris (victim) regarding status of case. | 0.30 | 73.50 | _____ |
| **01/07/05**<br>15365593 | 0272 | J. Gilbreth | Update WEC and client cert. lists. | 0.40 | 98.00 | _____ |
| **01/10/05**<br>15367527 | 0272 | J. Gilbreth | Meet with S. Fuller regarding mail, and client certs.  Email T. Maloney regarding client certs.  Call A. Horsley regarding 26 Proctor Street.  Call M. Gera regarding SEC investigation before vacating offices. | 0.80 | 196.00 | _____ |
| **01/10/05**<br>15370907 | 0892 | M. Firouzbakht | Collection calls, Esperian letter clarification, note taking on client calls.  Spoke with Keith Harris re lease on copiers and fax machines.  Met with S. Fuller, J. Gilbreth and R. Pedone to go over track list items. | 2.00 | 260.00 | _____ |
| **01/11/05**<br>15377542 | 0272 | J. Gilbreth | Update customer cert. list.  Send same to T. Jordan for verification. | 0.80 | 196.00 | _____ |
| **01/11/05**<br>15379936 | 0892 | M. Firouzbakht | Spoke with ▓▓▓▓▓ re his accounts, took notes, spoke with ▓▓▓▓.  Spoke with J. Gilbreth.  Re: ▓▓▓▓▓▓▓▓, spoke with her via phone about 2 accounts.  Drafted letter and sent to be mailed. | 1.00 | 130.00 | _____ |
| **01/12/05**<br>15377790 | 0272 | J. Gilbreth | Meet with S. Fuller regarding client certs.  Meet with M. Frouzbahkt regarding OnStar question. | 0.60 | 147.00 | _____ |

Client number 036552
Prebill Number 2129700

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | |
|---|---|---|---|---|
| **01/12/05**<br>15377797 | 0272 - J. Gilbreth | Update certification spreadsheet. Send list of accounts to T. Jordan for verification. Telephone call with K. Harris regarding moving artwork from Beverly location. | 2.60 | 637.00 | _____ |
| **01/12/05**<br>15380188 | 0892 - M. Firouzbakht | Drafted certification letter for ▆▆▆▆ arranged for mailing. Arranged files for ultimate files. Processed credit land fraud mail and files.  Drafted certification notice for clients; spoke with J. Esperian re Amex expenses and itemized each; met with J. Gilbreth re certification process. Organized messenger from clients to call tomorrow. | 1.80 | 234.00 | _____ |
| **01/12/05**<br>15382506 | 7329 - R. Pedone | Conference with investor. | 0.20 | 84.00 | _____ |
| **01/12/05**<br>15389899 | 7293 - S. Fuller | Prepare for and attend meeting with Ms. Maloney; analysis of accounting data and work on labor and leasing issues; conference with Mr. Fitzgerald regarding collections strategy and legal standing analysis; work on insurance division enforcement action. | 6.20 | 2604.00 | _____ |
| **01/13/05**<br>15388670 | 0272 - J. Gilbreth | Update cert spreadsheet. Meet with M. Firouzbahkt regarding certs to clients. | 1.20 | 294.00 | _____ |
| **01/13/05**<br>15385226 | 0892 - M. Firouzbakht | Client calls: ▆▆▆▆▆▆ ▆▆▆▆. Drafted and prepared certification letter to clients  Client contact, correspondence with GE Capital, faxed court order and noed account.  Spoke with K. Harris. Certification letters to clients--finding correct addresses, drafting cover letter for 20-30 clients and arrange for mailing. | 4.00 | 520.00 | _____ |
| **01/14/05**<br>15391353 | 0892 - M. Firouzbakht | Certification mailing, phone calls from clients, mail related work with J. Gilbreth. Finished mailing of certifications. | 3.60 | 468.00 | _____ |
| **01/18/05**<br>15405711 | 0892 - M. Firouzbakht | Updated certification lists, drafted certification for 3 clients. Spoke with various clients via phone.  Arranged for mailing of certification forms. | 3.00 | 390.00 | _____ |

Client number 036552
Prebill Number 2129700

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| Date | Code / Name | Description | Hours | Amount | |
|------|-------------|-------------|-------|--------|---|
| **01/18/05**<br>15405303 | 7329 - R. Pedone | Three separate calls from investors. | 0.40 | 168.00 | _____ |
| **01/19/05**<br>15405974 | 0892 - M. Firouzbakht | Met with J. Gilbreth.  Revised B. Bliedt's property list, had conversation with J. Esperian re Amex charges.  Organized certification to go back to J. Gilbreth.  Attention to messenger & letter.  Client calls, explanation of certification process.  Meeting with S. Fuller, R. Pedone, T. McCord, F. Morrissey, L. Harrington, J. Gilbreth re various issues, planning for next steps and assignment of tasks. | 3.20 | 416.00 | _____ |
| **01/19/05**<br>15410191 | 7329 - R. Pedone | Attend to various calls from investors. | 0.50 | 210.00 | _____ |
| **01/20/05**<br>15410881 | 0892 - M. Firouzbakht | Phone call with client explaning certification process.  Preparation of Certifications and cover letter for clients.  Met with J. Gilbreth and discussed to do items and certification of client accounts.  Met briefly with R. Pedone to retrieve phone messages.  Email correspondence with S. Fuller re Jeanne Lawlor.  Client calls and recording of information. | 2.00 | 260.00 | _____ |
| **01/21/05**<br>15415724 | 0272 - J. Gilbreth | Update certs.  Fax certs to T. Jordan for verification. | 0.50 | 122.50 | _____ |
| **01/21/05**<br>15415759 | 0272 - J. Gilbreth | Phone call with customers regarding certs (x2).  Send letter to D. Bleidt's attorney regarding life insurance. | 0.80 | 196.00 | _____ |
| **01/24/05**<br>15424259 | 0272 - J. Gilbreth | Telephone call with ███████ (customer).  Telephone call with B. Kirchner regarding move. | 0.30 | 73.50 | _____ |
| **01/24/05**<br>15421151 | 0892 - M. Firouzbakht | Contacted several of Bleidt's account reps and requested cancellation of services and accounts.  Prepared faxes for each one that accepted faxes and prepared mailing package for the others.  Spoke via phone w/several account reps on on other matters. | 3.00 | 390.00 | _____ |

EXHIBIT C-4 (pgs 13-23)

Investor Communications

Client number 036552
Prebill Number 2129700

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| Date / ID | Staff | Description | Hours | Amount | |
|---|---|---|---|---|---|
| **01/25/05**<br>15431119 | 0892 - M. Firouzbakht | Read over T. McCord email and make changes to Esperian letter.  Client phone calls and prep of correspondence with Amex.  Confered with R. Pedone re change on lease termination; review doc and finalized.  Spoke with J. Gilbreth and contacted two clients re certification issues. | 1.30 | 169.00 | _____ |
| **01/27/05**<br>15440087 | 0272 - J. Gilbreth | Update certifications.  Send same to T. Jordan. | 1.10 | 269.50 | _____ |
| **01/27/05**<br>15440092 | 0272 - J. Gilbreth | Fax copy of freeze order and Receivership Order to creditors.  Review and sort mail. | 0.70 | 171.50 | _____ |
| **01/27/05**<br>15436782 | 0892 - M. Firouzbakht | Attention to emails and clients, spoke with J. Gilbreth, Client calls and recording of information; conversation with J. Gilbreth re clinet accounts.  Preparation of certification forms for clients.  Follow up client calls.  Preparation of Amex statement with redaction for J. Gilbreth.  Email correspondence re client certifications.  Emailled J. Gilbreth and R. Lohwater. | 3.00 | 390.00 | _____ |
| **01/28/05**<br>15452513 | 2346 - L. Harrington | Prepare and mail APAM Q4 statements to all account clients with cover letter from Receiver. | 1.20 | 336.00 | _____ |
| **01/28/05**<br>15450040 | 0892 - M. Firouzbakht | Email correspondence, attention to client calls and account updating. | 0.80 | 104.00 | _____ |
| **02/01/05**<br>15461206 | 0272 - J. Gilbreth | Send accounts to S. Mini and M. Viana to unfreeze. | 0.30 | 73.50 | _____ |
| **02/01/05**<br>15463265 | 0892 - M. Firouzbakht | Attention to client calls, address updates and account updates including Amex and Discover. | 1.50 | 195.00 | _____ |
| **02/01/05**<br>15462431 | 7329 - R. Pedone | Revise Extranet site text. | 0.70 | 294.00 | _____ |
| **02/02/05**<br>15461413 | 0272 - J. Gilbreth | Update certification spreadsheet.  Send accounts to T. Jordan for certificaton.  Meet with M. Firouzbahkt regarding | 0.50 | 122.50 | _____ |

Client number 036552
Prebill Number 2129700

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

credit card accounts.

| Date | Timekeeper | Description | Hours | Amount | |
|---|---|---|---|---|---|
| **02/02/05**<br>15464854 | 0892 - M. Firouzbakht | Attention to extranet site. Client calls and internal calls.  Attention to Bleidt credit card accounts.  Follow up on remittance of credit.  Attention to internal emails.  Met with J. Gilbreth to discuss various account related issues. | 1.40 | 182.00 | _____ |
| **02/03/05**<br>15472851 | 0892 - M. Firouzbakht | Client calls, note taking on client issues and preparation of paperwork for S. Fuller. Drafting of Certification form and letter.  Account calls and updates of: Discover card, NY Times, Nextel and Diner's Club. | 3.70 | 481.00 | _____ |
| **02/03/05**<br>15475051 | 7329 - R. Pedone | Conference with Mr. ███████ creditor of FPPS. | 0.20 | 84.00 | _____ |
| **02/04/05**<br>15471652 | 0272 - J. Gilbreth | Update certification chart.  Email M. Firouzbahkt regarding customer certifications. | 0.20 | 49.00 | _____ |
| **02/04/05**<br>15472270 | 2346 - L. Harrington | Review APAM Q4 notices; update file system. | 0.50 | 140.00 | _____ |
| **02/04/05**<br>15477273 | 0892 - M. Firouzbakht | Client calls and note taking.  Phone conversation with J. Gilbreth regarding drafting of certification for 2 accounts. Drafted certification letter and forms; attention to collection calls from vendor. Met with S. Fuller regarding victim information and file as well as client related matters.  Fielded phone calls from victims and prepared notes. | 1.80 | 234.00 | _____ |
| **02/07/05**<br>15477351 | 0892 - M. Firouzbakht | Met with R. Pedone re Bleidt website and relevant changes to incorporate before launching site. | 0.30 | 39.00 | _____ |
| **02/08/05**<br>15491249 | 0892 - M. Firouzbakht | Spoke with ██ Daviar regarding edits to the website.  Incorporated edits to the site and email changes to Daviar. Emailed R. Pedone to clarify changes. Drafting of certification form and letters; client call backs.  Work on Extranet site. Prepared Extranet site for changes and | 1.40 | 182.00 | _____ |

Client number 036552
Prebill Number 2129700

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

left messages for M. Green.

| | | | | | |
|---|---|---|---|---|---|
| **02/09/05** 15522500 | 0272 - J. Gilbreth | Update certifications.  Email accounts to M. Viana for unfreezing. | 0.40 | 98.00 | _____ |
| **02/09/05** 15491360 | 0892 - M. Firouzbakht | Gathered client info on ▮▮▮▮ and sent email with attachment to S. Fuller. Drafted certification letter and form, printed and prepped for mailing. | 0.60 | 78.00 | _____ |
| **02/10/05** 15495832 | 0892 - M. Firouzbakht | Client calls regrarding certification provisions.  Client calls. | 0.60 | 78.00 | _____ |
| **02/11/05** 15499117 | 0272 - J. Gilbreth | Email ▮▮▮▮ regarding changes to her accounts.  Review and sort mail. | 0.80 | 196.00 | _____ |
| **02/11/05** 15499221 | 0272 - J. Gilbreth | Email J. Flynn regarding frozen accounts.  Email accounts to T. Jordan review and sort mail, update certs. | 1.50 | 367.50 | _____ |
| **02/11/05** 15496848 | 0892 - M. Firouzbakht | Met with J. Gilbreth to take Diner's Club info, contacted R. Pedone re website, fielded client calls - ▮▮▮▮ Call back and dialogue regarding investor questions. | 0.50 | 65.00 | _____ |
| **02/14/05** 15506963 | 0272 - J. Gilbreth | Telephone call with ▮▮▮▮ regarding frozen accounts.  Telephone call with S. Ngan regarding call phone bill. | 0.30 | 73.50 | _____ |
| **02/14/05** 15501438 | 0892 - M. Firouzbakht | Attention to organizing certification forms and files.  Attention to updating Bleidt extranet site.  Phone call wtih T. McCord re Esperian paycheck and W-2. Preparation of Amex statement for T. McCord. | 0.50 | 65.00 | _____ |
| **02/15/05** 15507016 | 0272 - J. Gilbreth | Update certifications.  Send accounts to T. Jordan for verification. | 0.80 | 196.00 | _____ |
| **02/15/05** 15511912 | 0892 - M. Firouzbakht | Email correspondence to R. Daviar re extranet site.  Met with T. McCrd re Esperian Amex expenses.  Recalculated | 0.60 | 78.00 | _____ |

Client number 036552
Prebill Number 2129700

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | |
|---|---|---|---|
| | expenses from statements and resubmitted to T. McCord for final approval. | | |
| **02/16/05**<br>15514230 | 0272 - J. Gilbreth | Telephone call with ▓▓▓▓k regarding his frozen account. Telephone call with ▓▓▓▓▓ (victim) regarding her questions. Email team regarding same. | 0.60   147.00   _____ |
| **02/16/05**<br>15514252 | 0272 - J. Gilbreth | Call with ▓▓▓▓ regarding frozen account. Telephone call with ▓▓▓▓▓ regarding frozen accounts. Send certifications to M. Firouzbahkt. | 0.70   171.50   _____ |
| **02/18/05**<br>15522332 | 0272 - J. Gilbreth | Telephone call with Fidelity regarding ▓▓ ▓▓▓▓ account. Email T. Maloney regarding change of address. Telephone call with A. Hickey regarding move of documents from 164 Canal Street. Telephone call with W. Daley regarding cars. | 1.00   245.00   _____ |
| **02/18/05**<br>15521712 | 0892 - M. Firouzbakht | Spoke with R. Daviar to implement R. Pedone's changes to the Bleidt extranet website. Screening client and vendor calls, taking notes, reviewing past notes and records, faxing the court order to vendor and doing follow up calls. Phone conversatin with J. Gilbreth re Bleidt extranet site. | 1.50   195.00   _____ |
| **02/21/05**<br>15522445 | 0272 - J. Gilbreth | Email ▓▓▓▓ regarding ▓▓▓▓ account. Letter to AP regarding their claim against Shared Visions. Telephone call to collection agency hired by AP. Create creditor's list. | 1.10   269.50   _____ |
| **02/21/05**<br>15521796 | 0892 - M. Firouzbakht | Drafting of multiple certification letters and forms; search and recording of client addresses; email correspondence with J Gilbreth re edits to certification cover letters. | 8.00   1040.00   _____ |
| **02/22/05**<br>15527068 | 0272 - J. Gilbreth | Draft letter for certs to be sent to accounts already unfrozen. | 0.40   98.00   _____ |
| **02/22/05** | 0272 - J. Gilbreth | Update cert spreadsheet. Send | 0.50   122.50   _____ |

Client number 036552
Prebill Number 2129700

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| Date | Attorney | Description | Hours | Amount | |
|---|---|---|---|---|---|
| 15527075 | | accounts to T. Jordan for unfreezing. | | | |
| **02/22/05**<br>15533977 | 0892 - M. Firouzbakht | Work on certification of accounts. Review of new cover letter. Calls to and follow up with various accounts of Bleidt to close and have monies refunded. | 2.40 | 312.00 | _____ |
| **02/23/05**<br>15541505 | 0272 - J. Gilbreth | Telephone call with T. Jordan regarding frozen accounts. Email to M. Viana regarding same. Mail to WEC. | 0.50 | 122.50 | _____ |
| **02/23/05**<br>15541509 | 0272 - J. Gilbreth | Telephone call with ▮▮▮▮▮▮ regarding frozen account. Update certification spreadsheet. | 0.30 | 73.50 | _____ |
| **02/23/05**<br>15541514 | 0272 - J. Gilbreth | Telephone call with ▮▮▮▮. Fax cert. to same. Review and sort mail. | 0.90 | 220.50 | _____ |
| **02/23/05**<br>15543496 | 0892 - M. Firouzbakht | Engaging vendors to close out accounts and refund monies. Drafting fax covers, faxing info and putting together mail packages for vendors. Conversations with J. Gilbreth re background info for vendors and discussions wtih F. Morrissey re Diner's Club. Performed final edits and work on the Bleidt extranet site. Uploaded letters from the Receiver and 90-day report. | 3.50 | 455.00 | _____ |
| **02/24/05**<br>15548996 | 7329 - R. Pedone | Calls with various creditors and victims. | 0.40 | 168.00 | _____ |
| **02/25/05**<br>15549262 | 0272 - J. Gilbreth | Telephone call with ▮▮▮▮ and ▮▮▮▮ ▮▮▮▮▮ regarding frozen accounts. Review and sort mail. Email S. Mini regarding frozen accounts. | 1.70 | 416.50 | _____ |
| **02/25/05**<br>15549202 | 7329 - R. Pedone | Conference with defrauded investor regarding status and current broker. | 0.20 | 84.00 | _____ |
| **02/25/05**<br>15547648 | 7293 - S. Fuller | Communications with investors. Meeting with T. McCord regarding wage issues. Analysis of wage data. Attention to Stoddard and Stoyanvich matters. | 2.70 | 1134.00 | _____ |

Client number 036552
Prebill Number 2129700

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | |
|---|---|---|---|
| 02/28/05<br>15557345 | 0272 - J. Gilbreth | Update certification spreadsheet; telephone call with T. Jordan regarding frozen accounts and ▉▉▉▉▉▉ Telephone call with ▉▉▉▉▉ regarding losses of money from account. | 1.90    465.50    _____ |
| 03/01/05<br>15570985 | 7216 - K. Fitzgerald | Telephone conference with Attorney Moccia (▉▉▉▉▉▉▉▉▉▉▉) regarding status of potential claims. Multiple conferences and office meetings regarding victim communications and arrangement for service of Initial Report of Receiver on investors.  Conference regarding work on presentation to carriers for broker/dealers.  Conference and telephone call to S. Fontes regarding Bleidt counsel issues, IRS position on taxability of defrauded funds and ▉▉▉▉▉▉▉▉ | 2.80    1176.00    _____ |
| 03/03/05<br>15680540 | 0130 - F. Morrissey | E-mail ▉▉▉▉▉▉▉▉▉ regarding receivership website and publication of status report. | 0.20    56.00    _____ |
| 03/07/05<br>15585771 | 0272 - J. Gilbreth | Email ▉▉▉▉▉ regarding frozen accounts. Email V. Viana regarding same.  Update list of creditors. | 0.70    171.50    _____ |
| 03/07/05<br>15585783 | 0272 - J. Gilbreth | Meet with K. Harris regarding mail, creditors and customers.  Telephone call with ▉▉▉▉▉ regarding frozen accounts.  Telephone call with ▉▉▉▉ regarding accounts.  Meet with S. Fuller, T. McCord and K. Harris regarding Goldmine database. | 1.10    269.50    _____ |
| 03/07/05<br>15585794 | 0272 - J. Gilbreth | Review and sort mail.  Telephone call with ▉▉▉▉▉▉ (victim) regarding Receiver activities.  Telephone call with Home Health Care Staffing regarding ▉▉▉▉▉▉ | 0.60    147.00    _____ |
| 03/08/05<br>15590935 | 0272 - J. Gilbreth | Send accounts to T. Jordan.  Telephone call with K. Stoddard regarding Home Health Care bill for ▉▉▉▉▉▉. Telephone call with ▉▉▉▉▉ regarding ▉▉▉ and ▉▉▉ accounts. | 0.50    122.50    _____ |

Client number 036552
Prebill Number 2129700

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| Date | ID | Name | Description | Hours | Amount | |
|---|---|---|---|---|---|---|
| 03/08/05 15590950 | 0272 | J. Gilbreth | Telephone call with D. Jamros regarding cancelling insurance.  Telephone call with ▓▓▓▓ regarding frozen accounts.  Telephone call with K. Harris regarding Pitney Bowes.  Telephone call with ▓▓▓▓ regarding frozen accounts. | 0.60 | 147.00 | _____ |
| 03/08/05 15590966 | 0272 | J. Gilbreth | Review and sort mail.  Meet with S. Fuller regarding letter to B. Bleidt.  Call with ▓▓▓▓ regarding frozen accounts. | 0.30 | 73.50 | _____ |
| 03/09/05 15591063 | 0272 | J. Gilbreth | Letter to K. Stoddard regarding ▓▓▓▓.  Letter to S. Spina with certification.  Mail to radio station. | 0.70 | 171.50 | _____ |
| 03/09/05 15591069 | 0272 | J. Gilbreth | Email M. Viana regarding frozen accounts.  Email G. Bowen regarding account certifications. | 0.40 | 98.00 | _____ |
| 03/09/05 15591327 | 7293 | S. Fuller | Communications with T. Maloney and Mr. Maloney at WEC; telephone conference with T. McCord regarding computer data and records; edit and revise communication with victims; attention to issues regarding APAM internal email; letter to MSD; communications with Mr. Cahill at MSD. | 6.70 | 2814.00 | _____ |
| 03/10/05 15597850 | 0272 | J. Gilbreth | Mail to WEC.  Draft letter and send to ▓▓▓▓.  Telephone call with ▓▓▓▓ (victim). | 0.70 | 171.50 | _____ |
| 03/14/05 15613376 | 0272 | J. Gilbreth | Draft letter to ▓▓▓▓ (victim) regarding 90 day report.  Letter to ▓▓▓▓ regarding long term disability insurance. | 0.60 | 147.00 | _____ |
| 03/14/05 15613489 | 0272 | J. Gilbreth | Email M. Viana regarding frozen accounts.  Prepare list of victims for mailing.  Meet with art appraisers. | 2.10 | 514.50 | _____ |
| 03/15/05 15616499 | 7216 | K. Fitzgerald | Multple office meetings regarding posting of victim communications on NP/Bleidt website and sharing of documents received from victims with | 4.00 | 1680.00 | _____ |

Client number 036552
Prebill Number 2129700

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

FBI, SEC and U.S. Attorney.  Work on potential E&O insurance claim theories arising out of FPPS compliance failures.

| Date | Code | Attorney | Description | Hours | Amount | |
|---|---|---|---|---|---|---|
| 03/18/05<br>15627627 | 0272 | J. Gilbreth | Meet with L. Marshall regarding sending certs to account holders who have transferred their accounts.  Telephone call with M. Perillo.  Update certification spreadsheet. | 1.20 | 294.00 | _____ |
| 03/21/05<br>15632631 | 0272 | J. Gilbreth | Telephone call to ▆▆▆ regarding frozen account.  Email M. Viana regarding same.  Telephone call to eSignal regarding B. Bleidt account.  Telephone call with ▆▆▆▆▆ regarding ▆▆▆▆ account.  Send certs to Hagess at LT's.  Telephone call with Jane at Hotel Coolidge and phone call with IKON regarding document delivery. | 1.30 | 318.50 | _____ |
| 03/22/05<br>15644529 | 0272 | J. Gilbreth | Telephone call with ▆▆▆▆▆.  Email ▆▆▆▆ | 0.40 | 98.00 | _____ |
| 03/24/05<br>15657375 | 7329 | R. Pedone | Conference with Investor. | 0.20 | 84.00 | _____ |
| 03/25/05<br>15657292 | 0272 | J. Gilbreth | Call ▆▆▆▆▆ regarding frozen account.  Call ▆▆▆▆ regarding M. ▆▆▆▆ response to mailing to victims.  Review and sort mail.  Accounts to T. Jordan for verification.  Update certification spreadsheet. | 1.60 | 392.00 | _____ |
| 04/04/05<br>15693775 | 0272 | J. Gilbreth | Email R. Lohwater regarding document review.  Email M. Viana regarding frozen accounts.  Review and sort mail.  Telephone call with M. Stevens regarding  DHL Express. | 1.30 | 318.50 | _____ |
| 04/05/05<br>15700123 | 0272 | J. Gilbreth | Create victim files in preparation for presentation to broker dealers' insurance companies. | 6.30 | 1543.50 | _____ |
| 04/06/05<br>15708933 | 0272 | J. Gilbreth | Create files for each victim; review documents provided by victims. | 3.50 | 857.50 | _____ |

Client number 036552
Prebill Number 2129700

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | |
|---|---|---|---|---|
| **04/07/05** 15708948 | 0272 - J. Gilbreth | Create victim files | 3.70 | 906.50 | _____ |
| **04/07/05** 15708954 | 0272 - J. Gilbreth | Telephone call with M. Perillo regarding copying documents.  Accounts to M. Viana.  Cert to M. Chapman.  Update cert spreadsheet. | 1.10 | 269.50 | _____ |
| **04/12/05** 15734401 | 0272 - J. Gilbreth | Telephone call with J. Lawlor regarding providing victim information to Receiver.  Create victim files. | 1.10 | 269.50 | _____ |
| **04/13/05** 15734754 | 0272 - J. Gilbreth | Telephone call with R. Lohwater regarding reviewing files.  Meet with R. Lohwater regarding same.  Send accounts to M. Viana.  Call ███████ regarding ███████ account.  Call ███████ regarding frozen account. | 1.00 | 245.00 | _____ |
| **04/13/05** 15734759 | 0272 - J. Gilbreth | Create victim files. | 2.30 | 563.50 | _____ |
| **04/14/05** 15739672 | 0272 - J. Gilbreth | Send account to M. Viana for unfreezing; phone call to T. Jordan regarding picking up documents; pick up bank documents from T. Jordan at SEC; review/sort mail; call K. Harris regarding pick up of camera; call ███████ regarding ███ account; call ███████ regarding frozen account; call C. Faro regarding Honda Civic.  Create victim files. | 3.80 | 931.00 | _____ |
| **04/15/05** 15739712 | 0272 - J. Gilbreth | Email M. Viara regarding accounts to transfer; mail to radio station; email to K. Fitzgerald regarding assessment to radio station; review and sort mail; update victim contact list; mail cert form to ███████.  Create victim files. | 2.50 | 612.50 | _____ |
| **04/22/05** 15763955 | 0272 - J. Gilbreth | Create victim files.  Review and sort mail.  Send accounts to ███████ regarding unfreezing. | 5.40 | 1323.00 | _____ |
| **04/24/05** 15763980 | 0272 - J. Gilbreth | Create victim files. | 4.30 | 1053.50 | _____ |
| **05/20/05** 15878260 | 7293 - S. Fuller | Various communications with victims; attend Mason conference; conference with counsel to ███████████████ work | 4.70 | 1974.00 | _____ |

Client number 036552
Prebill Number 2129700

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

on production to Commonwealth.

| | | | | | |
|---|---|---|---|---|---|
| 05/24/05 15890467 | 0272 - J. Gilbreth | Email M. Viana regarding frozen accounts. | 0.10 | 24.50 | _____ |
| 06/07/05 15947505 | 0272 - J. Gilbreth | Telephone call with ████████ (victim) regarding information to Receiver. | 0.20 | 49.00 | _____ |
| 06/10/05 15953554 | 0272 - J. Gilbreth | Email M. Viana  regarding frozen accounts | 0.40 | 98.00 | _____ |
| 06/13/05 15960383 | 7293 - S. Fuller | Multiple conferences with victims; conference with T. Maloney; conference with M. Collora; telephone to Mr. Rogers; meeting with Mr. Unger and work on claims matters. | 2.30 | 966.00 | _____ |
| 06/14/05 15973317 | 0272 - J. Gilbreth | Call with ████████ regarding frozen accounts.  Call with WEC (P Matheson) regarding same.  Update account spreadsheet. | 0.60 | 147.00 | _____ |
| 06/21/05 15992066 | 0272 - J. Gilbreth | Meet with S. Fuller and review victim files.   Call victims who have not submitted information.  Review and sort mail. | 5.40 | 1323.00 | _____ |
| 06/24/05 16008213 | 0272 - J. Gilbreth | Telephone call with M. Perillo regarding victim waivers.  Accessing victim documents and providing questionnaires to SEC.  Email S. Fuller regarding same. | 0.30 | 73.50 | _____ |
| 07/25/05 16108688 | 0272 - J. Gilbreth | Review and sort mail.  Update mailing list based on victim provided information to mail 2nd Receiver report to victims. | 1.20 | 294.00 | _____ |

**Total Matter 000002 Fees**                                                    **$74,281.00**

**Matter Timekeeper Summary**

| Atty | Rate | Hrs. | Fees | Edit |
|---|---|---|---|---|
| 5976 - Vicinanzo, David | 420.00 | 7.80 | 3276.00 | _____ |
| 0130 - Morrissey, Francis | 280.00 | 7.20 | 2016.00 | _____ |

Client number 036552
Prebill Number 2129700

**Matter Timekeeper Summary**

| Atty | Rate | Hrs. | Fees | Edit |
|------|------|------|------|------|
| 0272 - Gilbreth, Jeffrey | 245.00 | 87.30 | 21388.50 | _____ |
| 7216 - Fitzgerald, Kevin M. P.C. | 420.00 | 12.60 | 5292.00 | _____ |
| 2346 - Harrington, Lee | 280.00 | 15.30 | 4284.00 | _____ |
| 0892 - Firouzbakht, Mahmood | 130.00 | 76.20 | 9906.00 | _____ |
| 2220 - Swiatocha, Michael | 125.00 | 0.50 | 62.50 | _____ |
| 7329 - Pedone, Richard C. | 420.00 | 20.40 | 8568.00 | _____ |
| 7293 - Fuller, Steven N. | 420.00 | 46.40 | 19488.00 | _____ |

**Matter Summary  /  000002  SEC v. Bleidt, et al.**

| | Matter Total | Edit |
|------|------|------|
| Fees | 74,281.00 | _____ |
| On Account Fees | 0.00 | _____ |
| Disbursements | 0.00 | _____ |
| On Account Disbursements | 0.00 | _____ |
| Matter Credit Applied (Available: $ 0.00) | 0.00 | _____ |
| MATTER 000002 PREBILL TOTAL | $74,281.00 | _____ |

**Matter AR Summary  /  000002  SEC v. Bleidt, et al.**
(Note that this summary reflects the outstanding amounts for this matter on each invoice.  It is not necessarily reflective of the entire AR amount for a given invoice.)

| Invoice Number | Invoice Date | Amount Outstanding |
|------|------|------|
| 8617369 | 12/20/04 | 116009.30 |

EXHIBIT C-5 (pgs 2-20)

General Case Administration

Client number 036552
Prebill Number 2129706

**Prebill Matter Summary**

|  | Claim/<br>Reference No. | Rate Level | Fees | Disbursements |
|---|---|---|---|---|
| Matter  000002 SEC v. Bleidt, et al. |  | 1 | 202,682.50 | 0.00 |

**Matter Trust Information**

| Matter | Trust Balance |
|---|---|
| 000002 – SEC v. Bleidt, et al. | $ 1,267.42 |

**Prebill  Timekeeper Summary**

| Atty. | Rate | Hrs. | Fees | Edit |
|---|---|---|---|---|
| 0130 - Morrissey, Francis | 280.00 | 196.80 | 55104.00 | _____ |
| 0272 - Gilbreth, Jeffrey | 245.00 | 209.30 | 51278.50 | _____ |
| 0529 - Walker, Lauri | 75.00 | 4.50 | 337.50 | _____ |
| 0785 - Sensale, Connie | 130.00 | 2.00 | 260.00 | _____ |
| 0841 - Cornell, Michael | 280.00 | 1.00 | 280.00 | _____ |
| 0852 - Warren, Pamela | 130.00 | 3.80 | 494.00 | _____ |
| 0892 - Firouzbakht, Mahmood | 130.00 | 20.20 | 2626.00 | _____ |
| 0961 - Ahern, Veronica M | 420.00 | 1.20 | 504.00 | _____ |
| 0971 - Marshall, Lizabeth | 130.00 | 2.10 | 273.00 | _____ |
| 2220 - Swiatocha, Michael | 125.00 | 16.10 | 2012.50 | _____ |
| 2346 - Harrington, Lee | 280.00 | 22.90 | 6412.00 | _____ |
| 5972 - Murphy, Stephanie Godley | 130.00 | 1.20 | 156.00 | _____ |
| 5976 - Vicinanzo, David | 420.00 | 10.50 | 4410.00 | _____ |
| 7014 - Moynihan, Cornelius J. Jr.P.C. | 420.00 | 0.10 | 42.00 | _____ |
| 7216 - Fitzgerald, Kevin M. P.C. | 420.00 | 75.00 | 31500.00 | _____ |
| 7293 - Fuller, Steven N. | 420.00 | 83.70 | 35154.00 | _____ |
| 7302 - Gustini, Raymond J. | 420.00 | 3.60 | 1512.00 | _____ |
| 7325 - Hood, James C. | 420.00 | 0.10 | 42.00 | _____ |
| 7329 - Pedone, Richard C. | 420.00 | 22.50 | 9450.00 | _____ |
| 7413 - Keefe, Christopher P. | 280.00 | 0.80 | 224.00 | _____ |
| 7506 - Moore, Carlene | 130.00 | 0.20 | 26.00 | _____ |
| 7773 - Bruce, Amy | 130.00 | 0.50 | 65.00 | _____ |
| 8666 - LaMonday, Jennifer | 130.00 | 1.40 | 182.00 | _____ |
| 8743 - Woodbury, Deborah | 130.00 | 2.60 | 338.00 | _____ |

**Payor Billing History - (#036552)  United States District Court**

Client number 036552
Prebill Number 2129706

| (MA) Receiv | Year To Date | |
|---|---|---|
| | Fees | Disbursements |
| Amount Billed | $0.00 | $0.00 |
| Amount Received (Including A/R and Write Offs) | $0.00 | $0.00 |

Client number 036552
Prebill Number 2129706

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| Date<br>Time ID | Atty. | Narrative | Hrs. | Fees | Edit |
|---|---|---|---|---|---|
| **11/15/04**<br>15225028 | 0130 - F. Morrissey | Various internal and external conferences regarding SEC engagement.<br><br>TRANSFERRED | 2.00 | 560.00 | _____ |
| **11/16/04**<br>15225044 | 0130 - F. Morrissey | Further internal and external conferences regarding receivership.<br><br>TRANSFERRED | 2.00 | 560.00 | _____ |
| **11/17/04**<br>15225068 | 0130 - F. Morrissey | Further conferences with SEC.<br><br>TRANSFERRED | 2.00 | 560.00 | _____ |
| **12/01/04**<br>15241204 | 5976 - D. Vicinanzo | Analyze employee payment and benefit issues.  Review WEC motions, negotiate stipulations for Judge Gertner.  Review SEC Supplemental Memo and attachments.  Negotiate with landlord.  Conference with A. Langer and counsel.  Inventory artwork collection and protection.  Conferences with FBI regarding computers and records, etc.  SEC strategy conference. | 6.80 | 2856.00 | _____ |
| **12/01/04**<br>15242167 | 0130 - F. Morrissey | Conference call with SEC and receivership team regarding status of case, upcoming preliminary injunction hearing and other next steps; review SEC motion for relief from asset freeze injunction; conference with S. Fuller regarding same; review receiver's letter to Manchester Chief of Police; respond to inquiry from Michael Ktona regarding sale of the radio station; respond to inquiry from Nancy Foss regarding payment of FPPS wages; briefly review Bonnie Bleidt and Maja Stojanovic deposition transcripts; review SEC spreadsheets regarding FPPS and APAM accounts; extensive conference with J. Gilbreth regarding inventory of 26 Procter Street; telephone B. Bleidt regarding same; review e-mail from Stephanie DeSisto regarding 8 Norton Point; review various e-mails from A. Langer,  K. Fitzgerald and D. Vicinanzo regarding sale of radio station; extensive conference with D. Vicinanzo regarding turnover of 26 Procter Street and Bonnie Bleidt's personal property; review draft Gera Affidavit; research regarding scope of the order appointing receiver; review SEC access letter; extensive telephone | 9.00 | 2520.00 | _____ |

Client number 036552
Prebill Number 2129706

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | | |
|---|---|---|---|---|---|
| | | call with S. Abbot regarding 26 Procter Street. | | | |
| **12/01/04** 15238225 | 0272 - J. Gilbreth | Conference call with R. Pedone, F. Morrissey, T. McCord, D. Vicinanzo regarding status of Bleidt matter. | 1.40 | 343.00 | _____ |
| **12/01/04** 15242637 | 7216 - K. Fitzgerald | Telephone conference with SEC staff regarding status and strategy matters. Conference regarding organization and staffing of task areas including WBIX matters, personal property, receivership legal issues, broker/dealer issues, assessment of potential value of FPPS, APAM or account relationships.  Analyze proposed SEC pleadings/filings in connection with hearing on request for preliminary injunction.  Multiple conferences regarding meeting with FPPS representatives and representatives of Winslow, Evans and Crocker.  Conference regarding receiver's obligations relative to involuntary transfer of FCC license. Multiple telephone conferences and correspondence with K. Harris regarding assessment of FPPS/APAM payroll and employee benefits issues.  Prepare for hearing on preliminary injunction. | 8.70 | 3654.00 | _____ |
| **12/01/04** 15232760 | 2220 - M. Swiatocha | Updated Pleadings Files. | 0.80 | 100.00 | _____ |
| **12/01/04** 15266694 | 0852 - P. Warren | Conduct research into receiverships | 2.00 | 260.00 | _____ |
| **12/01/04** 15241704 | 7329 - R. Pedone | Conference call with SEC regarding status and strategy. | 1.20 | 504.00 | _____ |
| **12/01/04** 15241715 | 7329 - R. Pedone | Team conference call to create task list and divide tasks and develop strategy. | 1.20 | 504.00 | _____ |
| **12/01/04** 15241717 | 7329 - R. Pedone | Draft task list for various items of personal property and legal issues to be addressed. | 0.90 | 378.00 | _____ |
| **12/01/04** 15241724 | 7329 - R. Pedone | Review primary and secondary sources on source and scope of receiver powers, statutes governing exercise, and equity | 2.80 | 1176.00 | _____ |

Client number 036552
Prebill Number 2129706

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  | rules on practice; review law on out of state property and steps that might be necessary to protect property located in other jurisdictions. |  |  |
| **12/01/04** 15238062 | 5972 - S. Murphy | | Obtain all news articles regarding Bradford Bleidt in the New York Times, Wall Street Journal, Boston Globe and Boston Herald using Lexis and Westlaw. Set up weekly search to obtain all articles on Lexis. | 0.60 | 78.00 _____ |
| **12/01/04** 15293478 | 0961 - V. Ahern | | Telephone call with Fitzgerald; check on Form 316 requirements. | 1.00 | 420.00 _____ |
| **12/02/04** 15238402 | 2220 - M. Swiatocha | | Updating Pleadings Binders (1.8) Obtaining Copies of Documents in District Court of Massachusetts Civil Action 01-10751. (.4) | 2.20 | 275.00 _____ |
| **12/02/04** 15241904 | 7329 - R. Pedone | | Further review of general receivership law sources to outline issues and plan going forward including Clark on receivership. | 0.60 | 252.00 _____ |
| **12/03/04** 15243486 | 2220 - M. Swiatocha | | Monitored PACER Docket. | 0.20 | 25.00 _____ |
| **12/05/04** 15247496 | 7329 - R. Pedone | | Review strategy memorandum. | 0.20 | 84.00 _____ |
| **12/05/04** 15247528 | 7329 - R. Pedone | | Revise strategy memorandum to Mr. Fitzgerald and discuss same with Mr. Morrissey. | 0.40 | 168.00 _____ |
| **12/06/04** 15251348 | 7329 - R. Pedone | | Begin review of Foss deposition. | 0.40 | 168.00 _____ |
| **12/06/04** 15251359 | 7329 - R. Pedone | | Attention to strategy memorandum and begin drafting sections to supplement same to Mr. Fitzgerald. | 0.80 | 336.00 _____ |
| **12/07/04** 15257911 | 5976 - D. Vicinanzo | | Review internal memo regarding legal/fact issues facing receivership regarding employment, securities, power of receiver, management of receivables, paying bills, etc.  Strategy conference | 2.20 | 924.00 _____ |

Client number 036552
Prebill Number 2129706

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

with NP team, assignments and reports.
Conference with FBI.  Conference with
SEC.  Conference with counsel to
various creditors, victims.

| | | | | | |
|---|---|---|---|---|---|
| **12/07/04**<br>15253375 | 2220 - M. Swiatocha | Monitored Case Docket. | 0.20 | 25.00 | _____ |
| **12/07/04**<br>15262386 | 7329 - R. Pedone | Meet with Mr. Fuller and review status of wage issues, notice issues and other matters to be addressed immediately.<br><br>TRANSFERRED | 0.80 | 336.00 | _____ |
| **12/07/04**<br>15262425 | 7329 - R. Pedone | Conference with Mr. Fuller and Mr. Morrissey developing task list, reviewing lease issues, address D&O claim issues, reviewing discovery that is needed. | 0.80 | 336.00 | _____ |
| **12/08/04**<br>15259627 | 2220 - M. Swiatocha | Monitored Docket on PACER Website. | 0.30 | 37.50 | _____ |
| **12/08/04**<br>15265416 | 7329 - R. Pedone | Review series of memoranda from Mr. Morrissey (.2).  Review wage/payment demand for employee (.1).  Review master task list (.8).  Further revise task list (.3). | 1.30 | 546.00 | _____ |
| **12/08/04**<br>15265448 | 7329 - R. Pedone | Further work on master task memorandum. | 0.30 | 126.00 | _____ |
| **12/09/04**<br>15280129 | 7216 - K. Fitzgerald | Multiple conferences regarding status of matters.  Review correspondence from Attorney Rose regarding B. Bleidt account management.  Telephone conference with S. Fontes and M. Perillo regarding same.  Correspondence from M. Indick regarding request for meeting with receiver regarding WBIX. | 1.80 | 756.00 | _____ |
| **12/09/04**<br>15262788 | 2220 - M. Swiatocha | Updated Pleadings Binders. | 0.30 | 37.50 | _____ |
| **12/09/04**<br>15271374 | 7329 - R. Pedone | Team meeting to update trust list and strategy. | 0.70 | 294.00 | _____ |
| **12/13/04**<br>15277431 | 2220 - M. Swiatocha | Obtained Copies of Pleadings and Monitored Docket for New Filings. | 0.50 | 62.50 | _____ |

Client number 036552
Prebill Number 2129706

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | |
|---|---|---|---|---|
| **12/14/04**<br>15283973 | 0130 - F. Morrissey | Conference call with SEC regarding various receivership issues (1.0); internal conference call with D. Vicinanzo, K. Fitzgerald, S. Fuller and R. Pedone regarding next steps and exit strategy (1.0). | 2.00 | 560.00 | _____ |
| **12/14/04**<br>15283997 | 0130 - F. Morrissey | Work on Bleidt and McCarty deposition summaries. | 3.00 | 840.00 | _____ |
| **12/14/04**<br>15282491 | 2220 - M. Swiatocha | Monitored Docket. | 0.20 | 25.00 | _____ |
| **12/14/04**<br>15341836 | 7329 - R. Pedone | Review of law on receiver standing. | 0.40 | 168.00 | _____ |
| **12/15/04**<br>15299452 | 0130 - F. Morrissey | Meeting with S. Fuller, R. Pedone, L. Harrington and J. Gilbreth regarding next steps, including providing notice, letter and appointment order to interested parties; collection of APAM and FPPS receivables and securing various Bleidt personal property. | 2.00 | 560.00 | _____ |
| **12/15/04**<br>15299465 | 0130 - F. Morrissey | Review ▬▬ Statement of Claim; prepare e-mail regarding same. | 1.40 | 392.00 | _____ |
| **12/15/04**<br>15291508 | 0272 - J. Gilbreth | Meet with S. Fuller and Boston team regarding division of tasks. | 2.10 | 514.50 | _____ |
| **12/15/04**<br>15289212 | 0892 - M. Firouzbakht | Group/Team meeting and division of tasks; visit to WEC, Portland St. to carry out mail duties. | 3.00 | 390.00 | _____ |
| **12/15/04**<br>15294828 | 2220 - M. Swiatocha | PACER Research: Updated pleadings binders. | 0.60 | 75.00 | _____ |
| **12/15/04**<br>15309052 | 7329 - R. Pedone | Review task issues and status with Mr. Fuller. | 0.30 | 126.00 | _____ |
| **12/16/04**<br>15341667 | 0130 - F. Morrissey | Obtain certified order appointing receiver; forward same to R. Ahern. | 0.20 | 56.00 | _____ |

Client number 036552
Prebill Number 2129706

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | |
|---|---|---|---|---|
| **12/16/04**<br>15296797 | 0272 - J. Gilbreth | Meet with F. Morrissey to discuss arbitration filing. | 0.50 | 122.50  _____ |
| **12/16/04**<br>15294858 | 2220 - M. Swiatocha | Updated Pleadings Binders. | 0.70 | 87.50  _____ |
| **12/16/04**<br>15341324 | 7329 - R. Pedone | Review raw data from Mr. Tractenberg payment out and analysis of same. | 0.50 | 210.00  _____ |
| **12/17/04**<br>15302022 | 7216 - K. Fitzgerald | Multiple conferences and office meetings regarding scope of necessary research in support of motion to clarify/declare rights and standing of receiver and preparation of arguments in opposition to Fleet Motion for Offset.  Review multiple office memoranda regarding FPPS/NASD registration fees, various claims and impending claims against receivership assets, WEC account certifications, discovery of additional stored records and referral to FBI and SEC.  Redraft and proposed agency agreement with R. L. Sharpe, Ltd. regarding sale of WBIX. Correspondence with R.L. Sharpe regarding same. | 3.80 | 1596.00  _____ |
| **12/17/04**<br>15309889 | 2346 - L. Harrington | Participate in conference call regarding response to Fleet set off motion; prepare system for document management. | 1.40 | 392.00  _____ |
| **12/17/04**<br>15303401 | 2220 - M. Swiatocha | Updated Docket and Pleadings Binders. | 0.30 | 37.50  _____ |
| **12/17/04**<br>15303468 | 7329 - R. Pedone | Review complaint filed against employees and analyze strategy. | 0.30 | 126.00  _____ |
| **12/17/04**<br>15303473 | 7329 - R. Pedone | Meet with Mr. Fuller to discuss strategy on ▮▮▮▮and review all items on master task list. | 0.60 | 252.00  _____ |
| **12/20/04**<br>15313836 | 7216 - K. Fitzgerald | Review Court Order allowing Motion for Relief from Injunction.  Revise response to Defendant's Second Emergency Motion to Conduct Discovery Work on Objection to Recommendation. Work on office memos.  Multiple conferences regarding analysis of Langer/WBIX perfection issues as they relate to | 1.60 | 672.00  _____ |

Client number 036552
Prebill Number 2129706

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

|  |  |  | proposed Langer settlement/management agreements and potential legal/operational strategies.  Conference and correspondence regarding Canal Street tenancy issues and receiver's position regarding necessary tenancy expenses., WBIX obligations and Egan LMA responsibilities.  Correspondence with A. Langer regarding same.  Multiple conferences and office meetings regarding ▓▓▓▓▓▓▓▓▓▓ subsequent negotiations with Fleet regarding Fleet Motion for set-off.  Correspondence and conference regarding ▓▓▓▓▓▓WEC issues and possible Schwab accounts related to receivership.  Correspondence from M. Indick (Prides Capital) regarding ongoing WBIX negotiations/due diligence. |  |  |  |
|---|---|---|---|---|---|---|
| **12/20/04** 15312571 | 2346 - L. Harrington | | Prepare document management system; process checks received in mail; transmit recovered negotiable instruments to owners. | 1.70 | 476.00 | _____ |
| **12/20/04** 15307974 | 0892 - M. Firouzbakht | | Found cases for F. Morrissey; printed out with key cites, organized. | 0.30 | 39.00 | _____ |
| **12/21/04** 15316001 | 0272 - J. Gilbreth | | Notify R. Redone, D. Regan, P. Koski regarding Sig. Guarantee File. | 0.50 | 122.50 | _____ |
| **12/21/04** 15319242 | 7216 - K. Fitzgerald | | Multiple conferences regarding status report on receivership issues in preparation for conference with SEC. Conference call with SEC regarding same. Multiple office meetings and correspondence with P. Koski regarding possible Schwab accounts implicated by receivership and preliminary review of Nixon Peabody statement.  Multiple conferences and correspondence regarding ongoing negotiations with Fleet Bank regarding Motion for Set-Off.  Multiple telephone conferences with Judge Gertner's clerk regarding status of same. Correspondence with SEC regarding report of successful negotiations with Fleet Bank securing withdrawal of Set-Off Motion.  Multiple conferences regarding work on terms of proposed Fleet stipulation.  Review correspondence regarding terms of Clear Channel Communications tower | 4.80 | 2016.00 | _____ |

Client number 036552
Prebill Number 2129706

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

and studio lease arrangements for WBIX.  Conference regarding inititiation of negotiations with ▮▮▮▮▮▮

| | | | | | |
|---|---|---|---|---|---|
| **12/21/04**<br>15312594 | 2346 - L. Harrington | Prepare document management system; update files. | 3.50 | 980.00 | _____ |
| **12/21/04**<br>15333829 | 0529 - L. Walker | Review process of accounts and write memo to R. Pedone to determine best practices for moving forward. | 0.50 | 37.50 | _____ |
| **12/22/04**<br>15314127 | 7773 - A. Bruce | Conduct online research for cases in Federal District Court dealing with receivership for Mr. Morrissey. | 0.50 | 65.00 | _____ |
| **12/22/04**<br>15316039 | 0272 - J. Gilbreth | Email SEC regarding possible pseudonym used by B. Bleidt.  Email SEC regarding B. Bleidt's insurance license arbitration.  Contact S. Fuller regarding One Beacon documents.  Telephone call with R. Lohwater regarding mail for WEC.  Meet with L. Harrington regarding distribution requests.  Email A. Horsly regarding entry to 26 Proctor St. and removal of Bonnie Bleidt's property.  Telephone call with C. Rumpf regarding same. | 3.30 | 808.50 | _____ |
| **12/22/04**<br>15325676 | 0272 - J. Gilbreth | Meet with M. Firouzbahkt regarding mail, Diner's Club Credit Card, certifications.  Meet with R. Pedone regarding mail. | 1.40 | 343.00 | _____ |
| **12/22/04**<br>15318304 | 0892 - M. Firouzbakht | Met with Jeff and went over mail procedure, met with Lee and discussed billing procedure, met with Jeff again and went over necessary task list items, certification, mailing, Diner's Club credit, Braintree Post Office. | 1.50 | 195.00 | _____ |
| **12/22/04**<br>15313379 | 2220 - M. Swiatocha | Monitored Docket on PACER and Updated Docket. | 0.60 | 75.00 | _____ |
| **12/22/04**<br>15332228 | 0852 - P. Warren | Find UCC filings | 0.50 | 65.00 | _____ |

Client number 036552
Prebill Number 2129706

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | |
|---|---|---|---|---|
| **12/23/04**<br>15333791 | 0529 - L. Walker | Make deposit and cut check for FPPS (#3) | 0.50 | 37.50 | _____ |
| **12/27/04**<br>15327136 | 8666 - J. LaMonday | Reviewed and analyzed court mail and docketed date(s) to the litigation calendar. | 0.20 | 26.00 | _____ |
| **12/28/04**<br>15328742 | 0272 - J. Gilbreth | Meet with R. Pedone regarding mail. Review B. Bleidt American Express bill. | 0.60 | 147.00 | _____ |
| **12/28/04**<br>15328744 | 0272 - J. Gilbreth | Approve disbursements. | 0.50 | 122.50 | _____ |
| **12/28/04**<br>15328751 | 0272 - J. Gilbreth | Meet with R. Lohwater regarding mail. Meet with M. Firouzbahkt regarding Maridrosian certifications. | 0.60 | 147.00 | _____ |
| **12/28/04**<br>15328761 | 0272 - J. Gilbreth | Telephone call with L. Walsh regarding off-site record storage.  Meet with R. Pedone regarding Diner's Club credit and customer certifications, email R. Lohwater regarding moving documents out of Canal Street.  Telephone call with ▉▉▉▉▉ regarding mail to him and ▉ | 1.70 | 416.50 | _____ |
| **12/28/04**<br>15334158 | 0892 - M. Firouzbakht | Met with Jeff and discussed mail and various to do items. | 0.60 | 78.00 | _____ |
| **12/28/04**<br>15328233 | 7329 - R. Pedone | Review correspondence from Fleet with checks' attention to incorrect endorsement on checks; coordinate deposit of checks. | 0.30 | 126.00 | _____ |
| **12/29/04**<br>15332901 | 8743 - D. Woodbury | Communication with F. Morrissey regarding pleadings.  Research and obtain copies of pleadings in/for receivership case. | 2.50 | 325.00 | _____ |
| **12/29/04**<br>15333443 | 0785 - C. Sensale | Receive e-mail from D. Woodbury regarding assignment.  Meet with D. Woodbury to receive assignment for Lancer Receivership printing all docket entries from 5/2004 to 10/2004. | 2.00 | 260.00 | _____ |

Client number 036552
Prebill Number 2129706

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | | |
|---|---|---|---|---|---|
| **12/29/04**<br>15333591 | 0272 - J. Gilbreth | Telephone call to R. Liebranti regading mail addressed to him.  Email Bonnie Bledit regarding her personal mail. | 0.50 | 122.50 | _____ |
| **12/29/04**<br>15339168 | 2346 - L. Harrington | Update file index and revise document management system. | 1.30 | 364.00 | _____ |
| **12/29/04**<br>15334391 | 0892 - M. Firouzbakht | Met with Jeff, reviewed revised Diner's Club letter; read over Order and letter to Clients.  Prepared certification letters and set up the mailing of them. Followed up w/Columbia House and noting Bleidt's account; emailed M. _____ regarding setting up the website; met with R. Pedone to go over task items and prep for receiving client phone calls. | 3.00 | 390.00 | _____ |
| **12/29/04**<br>15333168 | 2220 - M. Swiatocha | Monitored Docket on PACER and Updated Pleadings Binders. | 0.70 | 87.50 | _____ |
| **12/30/04**<br>15338075 | 0272 - J. Gilbreth | Fax to E. MacPherson regarding obtaining Bleidt insurance policies. Phone call regarding same. | 0.60 | 147.00 | _____ |
| **12/30/04**<br>15338093 | 0272 - J. Gilbreth | Phone call with M. Firouzbahkt regarding charges on Bleidt American Express card after Bleidt's arrest.  E-mail M. Firouzbahkt regarding same. | 0.50 | 122.50 | _____ |
| **12/30/04**<br>15339220 | 2346 - L. Harrington | Update files. | 0.50 | 140.00 | _____ |
| **12/30/04**<br>15333800 | 0529 - L. Walker | Review checks received over last few days, update spreadsheet and work on ADP transfer instructions. | 1.00 | 75.00 | _____ |
| **12/30/04**<br>15335341 | 2220 - M. Swiatocha | Monitored Docket on PACER. | 0.20 | 25.00 | _____ |
| **01/02/05**<br>15338186 | 0272 - J. Gilbreth | Review and sort mail. | 0.30 | 73.50 | _____ |
| **01/04/05**<br>15349091 | 0272 - J. Gilbreth | Meeting with S. Fuller, R. Pedone, T. McCord, F. Morrissey and M. Firouzbahkt regarding mail, cust. certs, Amex charges, victims, etc. | 1.80 | 441.00 | _____ |

Client number 036552
Prebill Number 2129706

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | | |
|---|---|---|---|---|---|
| **01/04/05**<br>15349098 | 0272 - J. Gilbreth | Review and sort mail.  Review email. | 0.50 | 122.50 | _____ |
| **01/04/05**<br>15349108 | 0272 - J. Gilbreth | Review and sort mail.  Reivew and approve client distribution requests, update certification spreadsheet. | 1.90 | 465.50 | _____ |
| **01/04/05**<br>15349932 | 0892 - M. Firouzbakht | Meeting with S. Fuller, R. Pedone, F. Morrissey, J. Gilbreth , T. McCord. | 2.20 | 286.00 | _____ |
| **01/04/05**<br>15347213 | 2220 - M. Swiatocha | Obtained latest copy of Docket for matter from PACER Website. | 0.20 | 25.00 | _____ |
| **01/04/05**<br>15444398 | 7329 - R. Pedone | Meet with Mr. Fuller and Mr. Morrissey and analyze options to handle claims in one consolidated proceeding, review of task list; moving issues, etc. | 1.60 | 672.00 | _____ |
| **01/05/05**<br>15356855 | 0272 - J. Gilbreth | Meet with M. Firouzbahkt regarding Amex charges and customer certifications. | 0.30 | 73.50 | _____ |
| **01/05/05**<br>15356859 | 0272 - J. Gilbreth | Sort and review mail. | 0.30 | 73.50 | _____ |
| **01/05/05**<br>15356869 | 0272 - J. Gilbreth | Meet with M. Firouzbahkt regarding Amex charges and letters and certifications to clients to unfreeze accounts. | 0.50 | 122.50 | _____ |
| **01/05/05**<br>15351961 | 2220 - M. Swiatocha | Monitored District Court Docket. | 0.20 | 25.00 | _____ |
| **01/06/05**<br>15365035 | 0130 - F. Morrissey | Further review pleadings in Lancer receivership case; revise memo regarding same; revise and supplement memo regarding receiver's power and Court's jurisdiction to sell assets free and clear. | 3.00 | 840.00 | _____ |
| **01/06/05**<br>15362042 | 0272 - J. Gilbreth | Meet with R. Pedone regarding mail. | 0.30 | 73.50 | _____ |
| **01/06/05** | 0272 - J. Gilbreth | Mail to radio station, checks to L. Walker, call with D. Regan regarding | 0.60 | 147.00 | _____ |

Client number 036552
Prebill Number 2129706

**Matter Fee Detail (Rate Level 1) / 000002 SEC v. Bleidt, et al.**

| | | | | | |
|---|---|---|---|---|---|
| 15362050 | | Masons. Email team regarding Masons. | | | |
| **01/06/05**<br>15359772 | 2220 - M. Swiatocha | Monitored District Court Docket for Latest Filings. | 0.20 | 25.00 | _____ |
| **01/06/05**<br>15365291 | 0961 - V. Ahern | Checked status of involuntary applications, telephone calls with Allan Moskowitz. | 0.20 | 84.00 | _____ |
| **01/07/05**<br>15365551 | 0272 - J. Gilbreth | Review and sort mail. | 0.60 | 147.00 | _____ |
| **01/07/05**<br>15365571 | 0272 - J. Gilbreth | Provide WEC mail to R. Lohwater. Review disbursement requests. | 0.50 | 122.50 | _____ |
| **01/07/05**<br>15364127 | 0892 - M. Firouzbakht | Called Bank of America representative re her clients and certification process. Spoke with S. Gilbert re WBIX. Spoke with ██████████ left message from J. Gilbreth. Spoke with WEC client. | 1.20 | 156.00 | _____ |
| **01/07/05**<br>15359791 | 2220 - M. Swiatocha | Monitored District Court Docket for New Filings. | 0.20 | 25.00 | _____ |
| **01/07/05**<br>15370254 | 7293 - S. Fuller | Legal research; meeting with R. Pedone and F. Morrissey regarding status of leases, legal research assignments and memo regarding liquidation strategy; analysis of documents and attention to processing of account transfer request; outline strategy regarding third-party claims; analysis of channeling injunction option. | 7.80 | 3276.00 | _____ |
| **01/11/05**<br>15451914 | 0130 - F. Morrissey | Review S. Fuller's memorandum regarding third party claims and status; report on receivership case (1.1); conference with R. Pedone and S. Fuller regarding same (.3); extensive telephone with Alan Horsley regarding 26 Procter issues (.4). | 1.80 | 504.00 | _____ |
| **01/11/05**<br>15377525 | 0272 - J. Gilbreth | Review and sort mail. Provide mail to WEC. | 0.50 | 122.50 | _____ |

Client number 036552
Prebill Number 2129706

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | | |
|---|---|---|---|---|---|
| **01/11/05**<br>15378805 | 2346 - L. Harrington | Update file management system. | 1.30 | 364.00 | _____ |
| **01/11/05**<br>15370644 | 2220 - M. Swiatocha | Monitored Docket filings. | 0.20 | 25.00 | _____ |
| **01/12/05**<br>15378360 | 2220 - M. Swiatocha | Monitored Docket for Case on PACER Website. | 0.20 | 25.00 | _____ |
| **01/13/05**<br>15384567 | 2220 - M. Swiatocha | Monitored District Court Docket for Updated Filings. | 0.10 | 12.50 | _____ |
| **01/13/05**<br>15383542 | 7329 - R. Pedone | Review incoming mail issues with Mr. Gilbreth. | 0.20 | 84.00 | _____ |
| **01/14/05**<br>15388711 | 0272 - J. Gilbreth | Update cert list, email accounts to S. Fuller and T. Jordan for verification. Email B. Kirchner and S. Fuller regarding property. | 1.30 | 318.50 | _____ |
| **01/14/05**<br>15388720 | 0272 - J. Gilbreth | Review and sort mail. | 0.80 | 196.00 | _____ |
| **01/14/05**<br>15384580 | 2220 - M. Swiatocha | Monitored District Court Docket for New Entries. | 0.10 | 12.50 | _____ |
| **01/16/05**<br>15390377 | 7293 - S. Fuller | Travel to and attend meeting with Masons in Lynn. | 2.80 | 1176.00 | _____ |
| **01/17/05**<br>15396752 | 0272 - J. Gilbreth | Meet with S. Fuller regarding certs. | 0.50 | 122.50 | _____ |
| **01/18/05**<br>15451614 | 0130 - F. Morrissey | Prepare for status conference and extensive conference with K. Fitzgerald regarding same (1.0); attend status conference before Judge Gertner (1.0). | 2.00 | 560.00 | _____ |
| **01/18/05**<br>15396779 | 0272 - J. Gilbreth | Review and sort mail.  Meet with S. Fuller regarding B. Kirchner's property claims.  Telephone call with ▮▮▮▮▮ regarding his clients' frozen accounts. Telephone call with AMEX collection agency. | 2.50 | 612.50 | _____ |
| **01/18/05** | 0272 - J. Gilbreth | Review and sort mail. | 1.00 | 245.00 | _____ |

Client number 036552
Prebill Number 2129706

**Matter Fee Detail (Rate Level 1) / 000002 SEC v. Bleidt, et al.**

15396785

| | | | | | |
|---|---|---|---|---|---|
| **01/19/05**<br>15406169 | 0272 - J. Gilbreth | Review mail, meet with R. Pedone regarding checks. Meet with S. Fuller regarding property seizure. Meet with Bleidt team regarding division of work. | 2.20 | 539.00 | _____ |
| **01/19/05**<br>15406175 | 0272 - J. Gilbreth | Update cert spreadsheet. | 1.40 | 343.00 | _____ |
| **01/19/05**<br>15428245 | 8666 - J. LaMonday | Reviewed and analyzed court mail and docketed date(s) to the litigation calendar. | 0.20 | 26.00 | _____ |
| **01/19/05**<br>15410086 | 2346 - L. Harrington | Attend meeting to set project and assign tasks; update file management system. | 0.80 | 224.00 | _____ |
| **01/19/05**<br>15405697 | 2220 - M. Swiatocha | Monitored PACER Docket for Case. | 0.20 | 25.00 | _____ |
| **01/19/05**<br>15410177 | 7329 - R. Pedone | Meet with Mr. Fuller and team regarding status, task list and strategy. | 0.80 | 336.00 | _____ |
| **01/19/05**<br>15398101 | 7302 - R. Gustini | Prepare for and participate in conference call. | 1.00 | 420.00 | _____ |
| **01/20/05**<br>15415697 | 0130 - F. Morrissey | Meeting with S. Fuller and R. Pedone. | 1.00 | 280.00 | _____ |
| **01/20/05**<br>15415601 | 0272 - J. Gilbreth | Update certified spreadsheet, review and sort mail. | 0.20 | 49.00 | _____ |
| **01/20/05**<br>15415614 | 0272 - J. Gilbreth | E-mail P. Koski regarding Brad Bleidt's address. Update customer certs. Meet with R. Pedone regarding vacating leases. | 1.30 | 318.50 | _____ |
| **01/21/05**<br>15415711 | 0130 - F. Morrissey | Conference with J. Gilbreth, B. Bleidt regarding 26 Proctor Street move out; work on schedules for various Bleidt entities; review corporate minute books for FPPS and APAM. | 2.00 | 560.00 | _____ |
| **01/21/05** | 0272 - J. Gilbreth | Call D. Regan regarding B. Bleidt being out of country. | 0.20 | 49.00 | _____ |

Client number 036552
Prebill Number 2129706

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

15415740

| Date | | | Description | | | |
|------|---|---|-------------|---|---|---|
| **01/21/05**<br>15419025 | 7216 | K. Fitzgerald | Multiple telephone conferences and correspondence with F. Libby and IRS Agent Hannon regarding request for interviews. | 0.50 | 210.00 | _____ |
| **01/21/05**<br>15421117 | 0892 | M. Firouzbakht | Met with T. McCord re Esperian payout. Corresponded via email and sent T. McCord relevant info. Met with J. Gilbreth and discussed contacting the IRS re ▓▓▓▓▓▓ Met with J. Gilbreth and T. McCord on ▓▓▓▓▓ issue. Provided J. Gilbreth background docs. Followed up with Bleidt accounts including Diner's Club and Columbia House. Organized files. Met with R. Pedone to discuss lease termination agreement. Met with L. Harrington and F. Morrissey. Reviewed Peabody lease and sample lease termination. Drafted lease termination for R. Pedone's review. Met with R. Pedone to get this assignment. Spoke with clients and faxed certification form to one, forwarded the other's social security number to S. Fuller. Drafted ltr to Esperian re repayment of Amex expenses, put together package for mailing, provided T. McCord with a copy for his review. Highlighted expenses on account statement and copied for record. | 7.30 | 949.00 | _____ |
| **01/21/05**<br>15414445 | 2220 | M. Swiatocha | Monitored Docket for Frank Morrissey. | 0.20 | 25.00 | _____ |
| **01/25/05**<br>15427430 | 0272 | J. Gilbreth | Telephone call with J. Bishop regarding plowing 26 Procter Street. Telephone call to verify A. Esperian's dates of employment. Send certs to T. Jordan. Review mail. | 0.60 | 147.00 | _____ |
| **01/25/05**<br>15427433 | 0272 | J. Gilbreth | Telephone call with R. Lohwater regarding mail. Telelphone call with M. Firouzbahkt regarding certs. | 0.50 | 122.50 | _____ |
| **01/25/05**<br>15427437 | 0272 | J. Gilbreth | Telephone call with C. Faro regarding D. Bleidt's role in Cushing. Update certs. | 0.70 | 171.50 | _____ |
| **01/25/05** | 2220 | M. Swiatocha | Monitored Docket for new Filings. | 0.20 | 25.00 | _____ |

Client number 036552
Prebill Number 2129706

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

15425944

| | | | | |
|---|---|---|---|---|
| **01/26/05**<br>15435447 | 7216 - K. Fitzgerald | Multiple office meetings regarding assessment of duties with respect to receivership filing of Bleidt 2004 tax returns.  Review correspondence from B. Bleidt regarding same.  Complete preparation for conference with counsel to broker-dealers.  Telephone conference with S. Fontes and conference regarding response to Stoddard complaint.  Multiple telephone calls to and from Attorney J. Jenkins (Egan counsel), M. Scaglione (Egan accountant) and WBIX customers regarding ongoing acounting on amounts due from and to Mr. Egan under WBIX LMA. | 5.60 | 2352.00 | _____ |
| **01/27/05**<br>15440048 | 0272 - J. Gilbreth | Research files on Golden Fleece.  Telephone call with T. Jordan regarding certs and J. Lawlor. | 0.40 | 98.00 | _____ |
| **01/27/05**<br>15440100 | 0272 - J. Gilbreth | Email team regarding letter from B. Bleidt to D. Vicinanzo.  Transcribe same. | 0.60 | 147.00 | _____ |
| **01/28/05**<br>15436007 | 7506 - C. Moore | Discussion with F. Morrissey regarding MA entities.  Check MA Secty State office website for (5) corporations with evidence to F.M.  Check City of Boston website on business certificates for one listing. | 0.20 | 26.00 | _____ |
| **01/28/05**<br>15451694 | 7413 - C. Keefe | Review and analysis of forms ADV and corporate records; confer with F. Morrissey regarding same. | 0.80 | 224.00 | _____ |
| **01/28/05**<br>15452512 | 0272 - J. Gilbreth | Emails from team regarding letter from B. Bleidt to D. Vicinanzo.  Email D. Vininanzo, K. Fitzgerald regarding move from 26 Proctor Street. | 0.60 | 147.00 | _____ |
| **01/31/05**<br>15453149 | 0272 - J. Gilbreth | Review and sort mail from 26 Proctor Street. | 0.50 | 122.50 | _____ |
| **01/31/05**<br>15450061 | 7293 - S. Fuller | Attention to termination of 26 Proctor Street lease, including supervising move of Ms. Bleidt, property inspection and travel to and from property; work on | 6.50 | 2730.00 | _____ |

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

various insurance coverage issues regarding brokerages, including conferences with Mr. Adelman and Mr. Unger.

| | | | | | |
|---|---|---|---|---|---|
| **02/01/05** 15461201 | 0272 - J. Gilbreth | Meet with S. Fuller regarding move, mail.  Sort mail.  Return mail. | 0.70 | 171.50 | _____ |
| **02/01/05** 15461212 | 0272 - J. Gilbreth | Review and sort mail taken from 26 Proctor Street. | 0.50 | 122.50 | _____ |
| **02/01/05** 15457975 | 2220 - M. Swiatocha | Monitored Case Docket. | 0.30 | 37.50 | _____ |
| **02/02/05** 15461397 | 0272 - J. Gilbreth | Review and sort mail.  Email B. Kirchner regarding DVD player. | 1.00 | 245.00 | _____ |
| **02/02/05** 15461406 | 0272 - J. Gilbreth | Meet with Frank Morrissey and telephone D. Regan regarding competency hearing for B. Bleidt.  Telephone call with ▮▮▮▮▮▮ regarding accounts still frozen.  Telephone call with ▮▮▮▮ (client) regarding frozen account.  Telephone call with ▮▮▮▮ (client) regarding frozen account. | 1.40 | 343.00 | _____ |
| **02/02/05** 15465939 | 7216 - K. Fitzgerald | Multiple office meetings regarding filing of police report concerning items missing from Proctor Street.  Multiple office meetings regarding position on asserting receiver's claim to post-receivership income of Bleidt.  Multiple office meetings regarding employee commission claims and analysis of same.  Multiple office meetings regarding process for liquidation of Bleidt automobiles and payoff of related loans.  Office meeting regarding COBRA termination in light of resignation of S. Ngan. | 3.00 | 1260.00 | _____ |
| **02/02/05** 15467354 | 0529 - L. Walker | Update spreadsheet with new deposits and reconcile accounts. | 1.50 | 112.50 | _____ |
| **02/02/05** 15460836 | 2220 - M. Swiatocha | Monitored Docket | 0.20 | 25.00 | _____ |

EXHIBIT C-5 (pgs 21-40)

General Case Administration

Client number 036552
Prebill Number 2129706

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | | |
|---|---|---|---|---|---|
| **02/03/05**<br>15465262 | 0272 - J. Gilbreth | Review mail.  Telephone call with ███ ████ regarding ████████ (client). | 0.60 | 147.00 | _____ |
| **02/03/05**<br>15465284 | 0272 - J. Gilbreth | Letter to Bank of America regarding reversing debits to B. Bleidt's account. Create file for tax documents for B. Bleidt. | 0.50 | 122.50 | _____ |
| **02/03/05**<br>15471834 | 2346 - L. Harrington | Update file management system. | 1.40 | 392.00 | _____ |
| **02/03/05**<br>15467343 | 0529 - L. Walker | Sort through copies of checks and reprint spreadsheets for deposits only to provide to R. Pedone. | 1.00 | 75.00 | _____ |
| **02/03/05**<br>15467214 | 7293 - S. Fuller | Travel to New Hampshire for meeting with K. Fitzgerald.  Meeting with K. Fitzgerald and return to office. | 4.50 | 1890.00 | _____ |
| **02/04/05**<br>15471659 | 0272 - J. Gilbreth | Review and sort mail.  Telephone call with M. Borelli regarding ████████ accounts.  Telephone call with K. Harris regarding vendor claims. | 0.90 | 220.50 | _____ |
| **02/04/05**<br>15471661 | 0272 - J. Gilbreth | Review and send mail to radio station. Meet with S. Fuller rgarding ███ ████████. | 0.80 | 196.00 | _____ |
| **02/04/05**<br>15468329 | 7302 - R. Gustini | Telephone conference with S. Fuller. | 0.10 | 42.00 | _____ |
| **02/07/05**<br>15482279 | 0130 - F. Morrissey | Work on receivership status report. | 3.00 | 840.00 | _____ |
| **02/07/05**<br>15476446 | 0272 - J. Gilbreth | Review and sort mail.  Meet with T. McCord regarding B. Bleidt's medical bills. | 1.10 | 269.50 | _____ |
| **02/07/05**<br>15476447 | 0272 - J. Gilbreth | Send FCC letter to K. Fitzgerald | 0.10 | 24.50 | _____ |
| **02/07/05**<br>15480708 | 7216 - K. Fitzgerald | Work on status report.  Conference regarding same. | 1.40 | 588.00 | _____ |
| **02/07/05** | 7302 - R. Gustini | Begin research. | 1.00 | 420.00 | _____ |

Client number 036552
Prebill Number 2129706

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

15480726

| | | | | |
|---|---|---|---|---|
| **02/08/05**<br>15486905 | 0130 - F. Morrissey | Work on status report. | 3.00 | 840.00 |
| **02/08/05**<br>15479769 | 0272 - J. Gilbreth | Email ▆▆▆ regarding changes to ▆▆ ▆▆▆ accounts.  Telephone call with ▆▆ ▆▆▆▆▆ regarding frozen accounts. Email accounts to T. Jordan for verification.  Review and sort mail. | 1.30 | 318.50 |
| **02/08/05**<br>15487249 | 7216 - K. Fitzgerald | Multiple office meetings and conferences regarding status report argument structure, lease termination issues. Multiple telephone calls to and from M. Indick regarding WBIX discussion status. | 1.30 | 546.00 |
| **02/08/05**<br>15478463 | 2220 - M. Swiatocha | Monitored Docket. | 0.20 | 25.00 |
| **02/09/05**<br>15490995 | 0130 - F. Morrissey | Work on status report. | 4.50 | 1260.00 |
| **02/09/05**<br>15490401 | 7216 - K. Fitzgerald | Multiple conferences and office meetings regarding work on status report and coordination of same with SEC. Conference regarding work on presentations in support of potential bank claim.  Review, approve and execute FPPS Peabody lease termination agreement.  Telephone call from M. Indick regarding WBIX discussions with A. Langer. | 4.40 | 1848.00 |
| **02/10/05**<br>15497762 | 0130 - F. Morrissey | Review prebill for the first quarter of the receivership; review pleadings filed in the SEC enforcement action; work on initial report of receiver. | 6.00 | 1680.00 |
| **02/11/05**<br>15497775 | 0130 - F. Morrissey | Substantially revise and supplement status report; extensive conference with S. Fuller regarding same; review draft agreement between Receiver and Langer; review Bleidt cash spreadsheet. | 8.00 | 2240.00 |
| **02/11/05**<br>15499413 | 7216 - K. Fitzgerald | Multiple office meetings and conferences regarding analysis of tax reporting required by reasons of settlement of employee commission claims.  Multiple conferences regarding work on status | 2.10 | 882.00 |

Client number 036552
Prebill Number 2129706

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

report.  Respond to press inquiries (Associated Press) regarding same. Multiple office meetings regarding disposition of personal property and abandonment by Fleet Bank of security interest in same.  Multiple telephone calls to and from M. Indick of Prides· Capital regarding ongoing negotiations concerning potential offer for WBIX. Office meeting regarding required FCC filings for WBIX.

| Date | | | Description | Hours | Amount | |
|------|---|---|-------------|-------|--------|---|
| 02/11/05 15496508 | 2346 | - L. Harrington | Update file management system. | 0.60 | 168.00 | _____ |
| 02/11/05 15508161 | 7302 | - R. Gustini | Gather and forward materials for S. Fuller. | 1.50 | 630.00 | _____ |
| 02/14/05 15506925 | 0130 | - F. Morrissey | Substantially revise and supplement status report; attention to FCC issues; extensive conference with R. Ahearn regarding FCC issues; extensive telephone call with Bill Rawlins regarding claims of ▬▬▬▬ and ▬▬▬ ▬▬▬against receivership estate; further review of spread sheets concerning monies in the out of APAM Sovereign Account. | 9.00 | 2520.00 | _____ |
| 02/14/05 15522658 | 2346 | - L. Harrington | Update file management system. | 1.10 | 308.00 | _____ |
| 02/14/05 15505539 | 7329 | - R. Pedone | Work on drafting status report. | 0.60 | 252.00 | _____ |
| 02/15/05 15506937 | 0130 | - F. Morrissey | Substantially revise and supplement status report; attention to FCC issues; conference with S. Fuller and K. Fitzgerald; extensive telephone conference with▬▬▬▬regarding status of the Receivership estate and claims against third parties; extensive telephone call with ▬▬▬▬ regarding claims of ▬▬▬▬▬ ▬▬▬▬▬▬, ▬▬▬▬▬▬▬▬▬▬▬▬ ▬▬▬▬▬ and ▬▬▬▬against receivership estate and status of receiver's liquidation efforts. | 7.50 | 2100.00 | _____ |
| 02/15/05 15507010 | 0272 | - J. Gilbreth | Review and sort mail. | 0.70 | 171.50 | _____ |

Client number 036552
Prebill Number 2129706

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | |
|---|---|---|---|
| **02/15/05**<br>15511040 | 7293 - S. Fuller | Work on receiver report.  Work on communications with investors regarding global settlement.  Conference with various counsel to brokers regarding claim detail. | 7.90    3318.00    _____ |
| **02/16/05**<br>15516435 | 2346 - L. Harrington | Telephone call to K. Harris regarding asset analysis; review and revise Receiver's report. | 1.30    364.00    _____ |
| **02/17/05**<br>15523431 | 0130 - F. Morrissey | Work on receivership reports; revise in accordance with S. Fuller's comments; attend status conference before Judge Gertner; conference with M. Perillo, S. Fontes and U.S. Attorney's Office.. | 9.00    2520.00    _____ |
| **02/17/05**<br>15522179 | 0272 - J. Gilbreth | Review and sort mail.  Meet with F. Morrissey regarding CTI claims.  Meet with R. Pedone regarding same.  Draft and fax letter to CTI counsel with Receiver's Order and Asset Freeze Order. | 1.90    465.50    _____ |
| **02/17/05**<br>15522196 | 0272 - J. Gilbreth | Review and sort mail.  Meet with R. Pedone regarding cars. | 1.20    294.00    _____ |
| **02/17/05**<br>15507417 | 7216 - K. Fitzgerald | Prepare for and travel to status conference at U.S. District Court. Appear at court regarding same. Conference with S. Fontes, et al regarding coordination of prospective efforts to interview/depose B. Bleidt in pursuit of possible consent order and review of status report to court. Conference regarding Receiver's initial report and work on same. | 5.80    2436.00    _____ |
| **02/17/05**<br>15522917 | 5972 - S. Murphy | Print and Shepardize case using Lexis. | 0.10    13.00    _____ |
| **02/18/05**<br>15548358 | 2346 - L. Harrington | Update file management system; revise Receiver's report. | 4.10    1148.00    _____ |
| **02/20/05**<br>15528574 | 7293 - S. Fuller | Work on Receivership report. | 2.30    966.00    _____ |

Client number 036552
Prebill Number 2129706

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| Date | Code | Timekeeper | Description | Hours | Amount | |
|------|------|-----------|-------------|-------|--------|--|
| **02/21/05**<br>15528585 | 7293 | S. Fuller | Work on Receivership report. | 1.10 | 462.00 | _____ |
| **02/22/05**<br>15527072 | 0272 | J. Gilbreth | Research number of accounts unfrozen for court report. | 0.20 | 49.00 | _____ |
| **02/22/05**<br>15527078 | 0272 | J. Gilbreth | Check to L. Walker for deposit. Telephone call to K. Frazies regarding CTI claims. | 0.20 | 49.00 | _____ |
| **02/22/05**<br>15527085 | 0272 | J. Gilbreth | Review and sort mail. Update creditor lists. Telephone call to Nextel regarding frozen accounts. Fax orders to Nextel. | 2.00 | 490.00 | _____ |
| **02/22/05**<br>15535704 | 7216 | K. Fitzgerald | Revise the Initial Report of Receiver. Multiple office meetings regarding same. | 1.80 | 756.00 | _____ |
| **02/22/05**<br>15533549 | 2346 | L. Harrington | Finalize and file receiver's report. | 1.00 | 280.00 | _____ |
| **02/22/05**<br>15542734 | 7329 | R. Pedone | Work on status report and summary of accounting issues; discuss same with Mr. Morrissey. | 0.80 | 336.00 | _____ |
| **02/23/05**<br>15543088 | 7329 | R. Pedone | Address issues regarding status report. | 0.30 | 126.00 | _____ |
| **02/23/05**<br>15550502 | 5972 | S. Murphy | Obtain copies of thirteen cases using Lexis. | 0.50 | 65.00 | _____ |
| **02/24/05**<br>15541961 | 8743 | D. Woodbury | Communication with F. Morrissey regarding documents and pleadings in related action. | 0.10 | 13.00 | _____ |
| **02/24/05**<br>15557229 | 0130 | F. Morrissey | Prepare letter to R. Quinn; extensive telephone call regarding the status of the receivership. | 0.50 | 140.00 | _____ |
| **02/24/05**<br>15541549 | 0272 | J. Gilbreth | Review and sort mail. Send mail to Langer Broadcasting. Notify NFS of unfrozen accounts. Update certification spreadsheet. Send accounts to T. Jordan. Meet with M. Firouzbahkt regarding assuming his duties. | 1.90 | 465.50 | _____ |

Client number 036552
Prebill Number 2129706

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | |
|---|---|---|---|---|
| 02/24/05<br>15539382 | 7216 - K. Fitzgerald | Multiple conferences and office meetings regarding potential third party claims and protocol concerning potential conflict issues.  Telephone conference with counsel to Mr. McCarty regarding discussion of potential claim against him and follow-up negotiations regarding same.  Prepare for meeting with A. Langer and L. Litwak regarding possible WBIX purchases.  Telephone call with Attorney Meyer regarding representation of investor (████████).  Management of various press inquiries.  Conference regarding communication with counsel ████████████████████████ ████████ regarding potential claims. | 5.50 | 2310.00 | _____ |
| 02/24/05<br>15544026 | 0892 - M. Firouzbakht | Called Diner's club to address refund of invoices, left messages.  Spoke with Verizon Wireless rep re Bleidt account and claiming it.  Met with J. Gilbreth to transfer all files and issues.  Met with S. Fuller re victim. | 1.10 | 143.00 | _____ |
| 02/24/05<br>15540962 | 2220 - M. Swiatocha | Updated Pleadings Binders. | 1.20 | 150.00 | _____ |
| 02/25/05<br>15549085 | 0130 - F. Morrissey | Review motion to dismiss in Lawrence v. McCarty case; research regarding in pari delecto defense; extensive call with Michael Smith regarding potential rollover penalties imposed on defrauded investors by Massachusetts Department of Revenue and other taxing authorities and prepare memorandum regarding same; conf. with ████████ and ████ ████████ regarding status of case and potential claims against third parties. | 3.00 | 840.00 | _____ |
| 02/25/05<br>15550486 | 2220 - M. Swiatocha | Monitored Docket and Updated Pleadings Binders. | 0.30 | 37.50 | _____ |
| 02/26/05<br>15549288 | 0272 - J. Gilbreth | Update creditors' list. | 0.80 | 196.00 | _____ |
| 02/28/05<br>15557331 | 0272 - J. Gilbreth | Email to J. Flynn regarding unfreezing accounts; email with M. Viana regarding same; email T. Jordan regarding same.  Review and sort mail; meet with S. Fuller regarding letter from victim; update list of creditors; telephone call with PFG | 3.00 | 735.00 | _____ |

Client number 036552
Prebill Number 2129706

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | regarding orders.  Telephone call with ██ ████████ regarding accounts; telephone call with T. Maloney regarding ██████████ accounts. |  |  |
| **02/28/05** 15559842 | 2220 - M. Swiatocha | Obtained Copy of Docket from PACER. | 0.20 | 25.00 |
| **03/01/05** 15568869 | 0130 - F. Morrissey | Further revise Lawrence memo. | 1.00 | 280.00 |
| **03/01/05** 15566053 | 0272 - J. Gilbreth | Telephone call with ████████ regarding certification for frozen accounts. Forward Inventories of items in storage to F. Morrissey.  Telephone call with M. Saperstein regarding appraising items in storage.  Telephone call with T. Hudkins regarding same. Email accounts to T. Jordan for verification. | 0.80 | 196.00 |
| **03/01/05** 15566084 | 0272 - J. Gilbreth | Review and sort mail.  Telephone call with B. Kirchner regarding check and piano.  Create NSTAR file for R. Pedone.  Check to L. Walker for deposit. Telephone call with ████████ regarding account certificatons.  Call to ██████ regarding ██ Morah.  Send certification to ████████.  Update list of creditors of B. Bleidt. | 2.10 | 514.50 |
| **03/02/05** 15576227 | 0272 - J. Gilbreth | Update certification chart. | 0.30 | 73.50 |
| **03/03/05** 15576327 | 0272 - J. Gilbreth | Reivew and sort mail.  Create files regarding Bleidt family accounts.  Email ████████ regarding frozen accounts. Meet with T. McCord regarding OSHA survey. | 0.70 | 171.50 |
| **03/03/05** 15573219 | 2220 - M. Swiatocha | Monitored Court Docket. | 0.20 | 25.00 |
| **03/04/05** 15583411 | 0272 - J. Gilbreth | Meet with R. Pedone regarding bills. Respond to J. Hannon's request for personnel file.  Telephone call with R. Gibson (client) re: frozen account. | 0.70 | 171.50 |
| **03/04/05** 15583414 | 0272 - J. Gilbreth | Telephone call with J. Allendorf regarding Verizon account.  Update credit list. | 0.40 | 98.00 |

Client number 036552
Prebill Number 2129706

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | |
|---|---|---|---|---|
| **03/04/05**<br>15582756 | 2220 - M. Swiatocha | Monitored Docket and Updated Pleadings Binders. | 0.20 | 25.00 _____ |
| **03/04/05**<br>15581345 | 7293 - S. Fuller | Attention to document control; conference with staff about document release issues; work on insurance memo. | 7.30 | 3066.00 _____ |
| **03/05/05**<br>15576474 | 0272 - J. Gilbreth | Draft letters to B. Bleidt regarding health insurance matters the receiver will not pay for; letter to H. Veldez informing her that FPIA # exists; letter to C. Faro regarding Travis Bleidt health insurance; OSHA regarding FPPS and completing survey.   Update creditor lists.  Review and sort mail. | 2.80 | 686.00 _____ |
| **03/08/05**<br>15591292 | 7293 - S. Fuller | Work on memo to investors and analysis; work on document control; meeting with K. Harris and T. McCord; communications with K. Fitzgerald; analysis of McCarty order and related memo from F. Morrissey. | 7.60 | 3192.00 _____ |
| **03/09/05**<br>15591058 | 0272 - J. Gilbreth | Review and sort mail. | 0.50 | 122.50 _____ |
| **03/10/05**<br>15602902 | 0130 - F. Morrissey | Conference with S. Fuller; review Bleidt schedules; conference with J. Gilbreth. | 1.00 | 280.00 _____ |
| **03/10/05**<br>15597851 | 0272 - J. Gilbreth | Update creditor files. | 1.00 | 245.00 _____ |
| **03/10/05**<br>15597860 | 0272 - J. Gilbreth | Review and sort mail.  Call with ▮▮▮▮ regarding frozen account.  Call Chase Automotive Finance regarding loan on minicooper.  Update certs for frozen accounts.  Send accounts to T. Jordan for verification.  Call ▮▮▮▮▮ regarding frozen accounts. | 1.60 | 392.00 _____ |
| **03/10/05**<br>15597865 | 0272 - J. Gilbreth | Meet with K. Harris regarding FPPS liabilities.  Telephone call with Guardian Life Insurance of WI. | 0.70 | 171.50 _____ |

Client number 036552
Prebill Number 2129706

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| Date | Atty | Description | Hours | Amount | |
|------|------|-------------|-------|--------|---|
| **03/10/05**<br>15597869 | 0272 - J. Gilbreth | Call Bloomberg regarding recouping erroneous charges to account.  Update creditor list. | 1.30 | 318.50 | _____ |
| **03/11/05**<br>15600671 | 0272 - J. Gilbreth | Update creditor files.  Email B. Kirchner regarding missing page from credit card statement. | 0.60 | 147.00 | _____ |
| **03/11/05**<br>15600714 | 0272 - J. Gilbreth | Email ▓▓▓▓ regarding frozen accounts.  Telephone call with K. MacNulty regarding ▓▓▓▓ accounts.  Email K. Fitzgerald regarding radio license.  Cancel Investor Bus. Daily newspaper.  Cancel Wall Street Journal.  Shut down service for 800 response. | 1.30 | 318.50 | _____ |
| **03/11/05**<br>15600719 | 0272 - J. Gilbreth | Review and sort mail.  Meet with K. Harris regarding creditors. Meet with T. McCord regarding employee issues. | 0.90 | 220.50 | _____ |
| **03/11/05**<br>15600735 | 0272 - J. Gilbreth | Call with ▓▓▓▓ regarding ▓▓▓▓ accounts.  Call with C. Miles at International Demographics regarding termination of contract with Shared Visions (x3).  Telephone call regarding ▓▓▓▓<br><br>TRANSFERRED | 1.70 | 416.50 | _____ |
| **03/14/05**<br>15613499 | 0272 - J. Gilbreth | Meet with S. Fuller regarding mail, creditors, radio issues and victim files.  Call T. Hudkins regarding appraisers to Gentle Giant. | 1.30 | 318.50 | _____ |
| **03/14/05**<br>15605149 | 0971 - L. Marshall | Verifying mailing list with Jeff Gilbreth | 0.80 | 104.00 | _____ |
| **03/15/05**<br>15616126 | 0272 - J. Gilbreth | Call Division of Insurance regarding FPIA terminating licenses.  Email notices of complaint to ▓▓▓▓.  Email K. Fitzgerald regarding storage at Safeguard and Amerivault.  Call Regan regarding Safeguard. | 1.20 | 294.00 | _____ |
| **03/15/05**<br>15616207 | 0272 - J. Gilbreth | Email regarding ▓▓▓▓ account (x5).  Call with C. Faro regarding tire for Mini Cooper and mail for D. Bleidt.  Letter to B. Bleidt regarding personal bills.  Accounts to T. Jordan. Update creditor list.  Call J. Villanaria regarding Copy | 3.40 | 833.00 | _____ |

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | Cop.  Email to S. Fuller, F. Morrissey and R. Pedone regarding personal items, cars, insurance. |  |  |
| **03/15/05** 15616224 | 0272 - J. Gilbreth | Letter to estate of ▮▮▮▮ regarding Brown's Home Healthcare.  Letter to J. Legier regarding tax document sent to B. Bleidt.  Letter to J. Cordon regarding same.  Review and sort mail. | 1.30 | 318.50 |
| **03/16/05** 15616351 | 0272 - J. Gilbreth | Draft letter to Stuart and Connie Rosenberg regarding changing address of bills sent to B. Bleidt.  Meet with R. Pedone regarding checks. | 0.60 | 147.00 |
| **03/16/05** 15616371 | 0272 - J. Gilbreth | Call G.E. Capital regarding claims form.  Update cert spreadsheet.  Call Beverly and Boston post offices regarding change of address. | 0.70 | 171.50 |
| **03/17/05** 15627306 | 0272 - J. Gilbreth | Review and sort mail.  Telephone call M. Perillo regarding copying documents.  Telephone call ▮▮▮▮ regarding frozen account. | 1.20 | 294.00 |
| **03/17/05** 15627328 | 0272 - J. Gilbreth | Meet with T. McCord regarding Brad Bleidt uncashed checks.  Email M. Viana regarding frozen accounts.  Email S. Fuller and R. Pedone regarding cars.  Cal Adelphia regarding charges. | 1.70 | 416.50 |
| **03/17/05** 15627336 | 0272 - J. Gilbreth | Review documents removed from storage locker. | 1.30 | 318.50 |
| **03/17/05** 15616506 | 7216 - K. Fitzgerald | Review file regarding investigative detail concerning J. McCarty including deposition testimony in preparation for meeting with McCarty counsel (M. Tuteur).  Multiple office meetings regarding direction concerning liquidation of Bleidt automobiles and demands from B. Bleidt for additional WBIX related compensation.  Office meeting regarding preparation of FCC form 323 regarding station ownership and management. | 2.50 | 1050.00 |

Client number 036552
Prebill Number 2129706

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | |
|---|---|---|---|---|
| **03/18/05**<br>15627430 | 0272 - J. Gilbreth | Telephone call with ████ regarding frozen account.  Arrange for mail to be forwarded from B. Bleidt P.O. Box in Boston. | 1.70 | 416.50 |
| **03/18/05**<br>15627438 | 0272 - J. Gilbreth | Review document removed from storage lockers. | 4.90 | 1200.50 |
| **03/18/05**<br>15631210 | 2220 - M. Swiatocha | Monitored District Court docket. | 0.20 | 25.00 |
| **03/18/05**<br>15629342 | 7329 - R. Pedone | Attention to Bonnie Bleidt issues. | 0.20 | 84.00 |
| **03/21/05**<br>15632641 | 0272 - J. Gilbreth | Meet with K. Harris regarding Bloomberg, Bodoff Stavit and Golden Fleece.  Call J. Gilbert regarding Golden Fleece.  Call Bodoff and Slavit.  Update creditors. | 1.50 | 367.50 |
| **03/21/05**<br>15632661 | 0272 - J. Gilbreth | Review and sort mail.  Call Safeguard Records Management.  Fax Receiver and Asset Freeze Order to same.  Letter to C. Faro regarding Cushing Academy.  Email S. Fuller regarding cars.  Call ██ ████ regarding account. | 2.80 | 686.00 |
| **03/21/05**<br>15632666 | 0272 - J. Gilbreth | Review documents from storage locker.  Email S. Fuller regarding mail forwarding.  Read email from B. Whilee. | 0.90 | 220.50 |
| **03/21/05**<br>15637825 | 7216 - K. Fitzgerald | Review appearance of Attorney Oberhauser for B. Bleidt, Motion for Funding and Motion for Library Access.  Telephone call to M. Perillo and S. Fontes regarding same.  Office meeting regarding work on FCC Form 323. | 1.10 | 462.00 |
| **03/22/05**<br>15644504 | 0272 - J. Gilbreth | Review storage documents. | 0.80 | 196.00 |
| **03/22/05**<br>15640714 | 2220 - M. Swiatocha | PACER Research, Pulled Copies of Pleadings. | 0.30 | 37.50 |
| **03/23/05**<br>15682021 | 0130 - F. Morrissey | Revise opposition to turn over funds to Bleidt's counsel; extensive conference with M. Perillo. | 2.00 | 560.00 |

Client number 036552
Prebill Number 2129706

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | | | |
|---|---|---|---|---|---|---|
| **03/23/05**<br>15649967 | 7216 - K. Fitzgerald | Multiple conferences regarding analysis of issues with respect to potentially under-funded wage obligations. Analyze draft opposition to Bleidt Motion to Unfreeze. Conference regarding status of release and government victim documents to assist in broker dealer claim presentation and related presentation matters. | 3.10 | 1302.00 | _____ |
| **03/24/05**<br>15652876 | 0272 - J. Gilbreth | Facilitate account transfer of ▓▓▓▓. | 0.30 | 73.50 | _____ |
| **03/25/05**<br>15658644 | 7014 - C. Moynihan | Conference with Steve Fuller regarding handwriting expert. | 0.10 | 42.00 | _____ |
| **03/25/05**<br>15662420 | 7293 - S. Fuller | Drafting to subpoena. Communications with K. Fitzgerald and T. McCord. | 2.30 | 966.00 | _____ |
| **03/28/05**<br>15662592 | 0272 - J. Gilbreth | Review and sort mail. Letter to ▓▓▓▓ regarding frozen accounts. | 0.50 | 122.50 | _____ |
| **03/28/05**<br>15664989 | 2220 - M. Swiatocha | Updated Pleadings Binders. | 0.70 | 87.50 | _____ |
| **03/29/05**<br>15667378 | 0272 - J. Gilbreth | Bank Statements to L. Walker; letter to M.F. Bleidt regarding personal items. Mail to radio station. Approved accounts to M. Viana. Update victim addresses. Telephone call with ▓▓▓▓▓▓ regarding ▓▓ ▓▓▓▓▓ address. Telephone call with ▓▓▓▓▓▓▓ regarding ▓▓▓▓▓▓▓▓▓ Update cert. spreadsheet. | 1.50 | 367.50 | _____ |
| **03/30/05**<br>15674858 | 0272 - J. Gilbreth | Telephone call with ▓▓▓▓▓ regarding ▓▓▓▓ ▓▓▓▓ ▓▓▓▓▓▓▓ account being frozen. Telephone call with W. Daley regarding automobiles. Email S. Fuller regarding meeting. | 1.00 | 245.00 | _____ |
| **04/01/05**<br>15690921 | 0272 - J. Gilbreth | Review and sort mail. Fax copies of orders to M. Stevens regarding DHL claim. Call Claudia at AT&T regarding WBIX account. Email licensing issue to D. Vicinanzo and K. Fitzgerald. Telephone call ▓▓▓▓▓▓▓ regarding account. Call Chase regarding payoff | 2.00 | 490.00 | _____ |

Client number 036552
Prebill Number 2129706

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

amount.  Organize victim responses.

| | | | | | |
|---|---|---|---|---|---|
| **04/01/05**<br>15692754 | 2220 - M. Swiatocha | Monitored Docket for United States District Court, District of Massachusetts. | 0.30 | 37.50 | _____ |
| **04/04/05**<br>15754227 | 0272 - J. Gilbreth | Call K. Harris regarding computer files. Email L. Wash regarding  copying documents.  Telephone call K. Blossom regarding same.  Telephone call ▆▆ ▆▆▆▆▆ (victim) regarding website. Create files for each victim  regarding claims against DMC, CFN and WEC. | 3.40 | 833.00 | _____ |
| **04/04/05**<br>15697346 | 2220 - M. Swiatocha | Monitored District Court Case Docket. | 0.20 | 25.00 | _____ |
| **04/05/05**<br>15700122 | 0272 - J. Gilbreth | Email L. Wash regarding computer files. Call with ▆▆▆▆▆▆▆ regarding cert form.  Telephone conference with M. Derusha regarding cert. | 0.70 | 171.50 | _____ |
| **04/06/05**<br>15707587 | 2220 - M. Swiatocha | Monitored Case Docket for recent filings. | 0.20 | 25.00 | _____ |
| **04/07/05**<br>15708980 | 0272 - J. Gilbreth | Create master contact list for S. Fuller. Create victim files. | 1.30 | 318.50 | _____ |
| **04/07/05**<br>15709833 | 7293 - S. Fuller | Conference with K. Fitzgerald. | 0.20 | 84.00 | _____ |
| **04/08/05**<br>15711782 | 2220 - M. Swiatocha | Monitored District Court Docket for Filings. | 0.20 | 25.00 | _____ |
| **04/08/05**<br>15726317 | 7329 - R. Pedone | Conference call with team regarding strategy and tasks to be completed; attention to claims process. | 0.80 | 336.00 | _____ |
| **04/11/05**<br>15723435 | 0272 - J. Gilbreth | Call with S. Fuller regarding ▆▆▆▆▆ call with M.F. Bleidt regarding victim information; call with C. Miles regarding orders; call BOA regarding same; review and sort mail. | 1.10 | 269.50 | _____ |
| **04/11/05**<br>15723442 | 0272 - J. Gilbreth | Call ▆▆▆▆ regarding ▆▆▆▆ account transfer; sends accounts to T. Jordan; fax orders to C. Miles. | 0.50 | 122.50 | _____ |

Client number 036552
Prebill Number 2129706

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| Date / ID | Code - Name | Description | Hours | Amount | |
|---|---|---|---|---|---|
| **04/11/05** 15723561 | 0272 - J. Gilbreth | Send account to T. Jordan.  Call with J. Braun, attorney for Verizon Info Services; fax orders to same. | 0.70 | 171.50 | _____ |
| **04/11/05** 15723564 | 0272 - J. Gilbreth | Create victim files. | 2.90 | 710.50 | _____ |
| **04/12/05** 15734313 | 0272 - J. Gilbreth | Email accounts to M. Viana.  Call Gentle Giant regarding bill.  Cal F. DiNapoli regarding transferring accounts. | 0.60 | 147.00 | _____ |
| **04/12/05** 15734396 | 0272 - J. Gilbreth | Meet with S. Fuller regarding tire and locating checks from victim to B. Bleidt.  Review and sort mail.  Letter to C. Faro regarding Cushing.  Forward mail to Brad Bleidt.  Call to ██████ regarding frozen account.  Phone call with Chase Automotive Finance regarding MiniCooper payoff and title. | 1.70 | 416.50 | _____ |
| **04/13/05** 15731921 | 2220 - M. Swiatocha | Monitored Docket for this Case on PACER. | 0.20 | 25.00 | _____ |
| **04/13/05** 15731674 | 7293 - S. Fuller | Travel to meeting with K. Fitzgerald; return to office. | 4.60 | 1932.00 | _____ |
| **04/14/05** 15737474 | 7293 - S. Fuller | Read McCarty transcript; work on issues discussed with K. Fitzgerald. | 2.40 | 1008.00 | _____ |
| **04/18/05** 15747063 | 0272 - J. Gilbreth | Update creditor list.  Telephone call with Bloomberg regarding orders.  Create victim files.  Telephone call with D. Jamros regarding cancellation of renter's insurance.  Meet with S. Fuller regarding victim files. | 3.20 | 784.00 | _____ |
| **04/19/05** 15753593 | 0272 - J. Gilbreth | Review and sort mail.  Telephone call with One Beacon regarding cancellation of insurance policy. Update creditor list.  Telephone call with ██████ regarding frozen account.  Fax orders to Bloomberg.  Update victim files. | 3.40 | 833.00 | _____ |
| **04/19/05** | 2220 - M. Swiatocha | Monitored Case Docket on PACER. | 0.20 | 25.00 | _____ |

Client number 036552
Prebill Number 2129706

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

15751914

| | | | | |
|---|---|---|---|---|
| **04/20/05**<br>15754806 | 0272 - J. Gilbreth | Create victim files.  Review and sort mail.  Email Board of Financial Planners action to K. Fitzgerald and S. Fuller. Email accounts to M. Vinace for unfreezing.  Telephone call to National Business Machines regarding Receivership and Freeze Orders. | 6.00 | 1470.00 | _____ |
| **04/20/05**<br>15786470 | 8666 - J. LaMonday | Reviewed and analyzed court mail and docketed date(s) to the litigation calendar. | 0.20 | 26.00 | _____ |
| **04/21/05**<br>15759526 | 0272 - J. Gilbreth | Create victim files.  Review and sort mail.  Telephone call with M.F. Bleidt regarding 4th quarter APAM; letter to same regarding signed statement. Telephone call to C. Faro regarding childrens' accounts being released. Meet with S. Fuller regarding victim documents sent to M. Perillo @ SEC. Sale of cars. | 7.50 | 1837.50 | _____ |
| **04/21/05**<br>15761308 | 0971 - L. Marshall | Pulling and photocopying the privacy waivers. | 1.30 | 169.00 | _____ |
| **04/22/05**<br>15761264 | 2220 - M. Swiatocha | Monitored Docket on PACER Website. | 0.20 | 25.00 | _____ |
| **04/25/05**<br>15770585 | 0272 - J. Gilbreth | Create victim files.  Review and sort mail.  Update creditor list.  Call Chase regarding Mini Cooper title.  Meet with T. McCord regarding FPPS 401K | 4.80 | 1176.00 | _____ |
| **04/26/05**<br>15782464 | 0272 - J. Gilbreth | Email S. Fuller regarding employee computers given to Fleet and transfer of Bleidt's children's accounts.  Call with ▉▉▉▉▉▉▉ regarding frozen account. Email M. Viana regarding frozen accounts.  Send letter to C. Faro regarding transfer of Bleidt's children's accounts.  Email B. Kirchner regarding computer.  Call victims regarding mailing.  Update creditor list.  Review and sort mail. | 2.30 | 563.50 | _____ |
| **04/27/05** | 0272 - J. Gilbreth | Reivew and sort mail.  Telephone call with victims regarding response to | 2.60 | 637.00 | _____ |

Client number 036552
Prebill Number 2129706

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | |
|---|---|---|---|---|
| 15782513 | | Receiver's mailing.  Update victim files.  Telephone call with S. McCarthy and R. Morris (victims).  Email polling form to R. Morris.  Fax orders to Pitney Bowes. | | |
| **04/28/05** 15794973 | 0130 - F. Morrissey | Work on memoranda analyzing claims resolution process including substantially consolidating Bleidt estates' and how administrative costs will be recouped from settlement with broker/dealers. | 4.00 | 1120.00 |
| **04/28/05** 15794443 | 0272 - J. Gilbreth | Telephone call with W. Daley regarding Honda Civic.  Email R. Pedone regarding same.  Meet with K. Harris regarding accounts receivable.  Telephone call with ~~████████~~ regarding 401(k) distribution.  Telephone call with T. McCord regarding same.  Send copies of orders to BOA.  Telephone call with M. Battay at Foley Hoag regarding ~~████████~~ (victim).  Mail health insurance information to B. Bleidt. | 2.00 | 490.00 |
| **04/29/05** 15794561 | 0272 - J. Gilbreth | Telephone call with Boston Business Journal regarding cancelling subsription.  Review and sort mail.  Telephone call with C. Faro regarding Honda Civic.  Create victim files.  Email S. Fuller regarding Honda Civic.  Travel to SEC to meet with ~~████████~~ (victim) and pick up documents. | 2.20 | 539.00 |
| **05/02/05** 15816295 | 0852 - P. Warren | Obtain a variety of information on ~~████████~~ | 1.30 | 169.00 |
| **05/03/05** 15810541 | 0272 - J. Gilbreth | Call with M. Perillo regarding J. Esperian's home address.  Meet with T. McCord regarding same.  Email S. Fuller and L. Nash regarding transcipts of McCarthy and Scanlon depositions.  Forward mail to B. Bleidt.  Update victim contact list.  Telephone call with ~~████~~ ~~████████~~ regarding ~~████████~~.  Review and sort mail.  Update victim files.  Forward accounts to M. Viance for unfreezing. | 1.70 | 416.50 |
| **05/03/05** | 7293 - S. Fuller | Attend SEC conference; telephone conference with P. Koski; conference | 2.40 | 1008.00 |

Client number 036552
Prebill Number 2129706

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | |
|---|---|---|---|---|
| 15809825 | | with F. Morrissey; review open items and related matters. | | |
| **05/04/05**<br>15818814 | 0272 - J. Gilbreth | Update victim files and contact list. Review and sort mail. Telephone call regarding ▓▓▓▓ acct. transfer. Email ▓▓▓▓ regarding frozen account. Email S. Fuller regarding $18K attached in D. Bleidt's bank account. Call with W. Daley regarding car. | 1.20 | 294.00 |
| **05/05/05**<br>15823899 | 0272 - J. Gilbreth | Review and sort mail. Update victim files. Update cert. spreadsheet. | 0.50 | 122.50 |
| **05/05/05**<br>15816952 | 2220 - M. Swiatocha | Monitored District Court Docket. | 0.20 | 25.00 |
| **05/06/05**<br>15833058 | 7216 - K. Fitzgerald | Review Court Order granting Bleidt Motion for access to receivership funds to fund personal counsel. Conference regarding analysis of issues suggested by order and reconsideration arguments. Multiple office meetings regarding negotiation of fee arrangement with Winslow Evans and Crocker in response to NASD objections. | 1.10 | 462.00 |
| **05/09/05**<br>15836166 | 0272 - J. Gilbreth | Review and sort mail. Update victim files. Call with R. Buckley regarding providing information. Update contact list. Draft letter to B. Bleidt regarding return of Bureau of Prisons funds. Fax orders to V. Hughes at G.E. Captial. Call Winthrop Corp. regarding notices sent to ▓▓▓▓. Call collection agency regarding debt to AT&T victims. Meet with T. McCord regarding letter to B. Bleidt regarding Bureau of Prisons funds. Email Fuller & Pedone regarding Honda Civic. | 3.40 | 833.00 |
| **05/10/05**<br>15836248 | 0272 - J. Gilbreth | Email accounts to M. Viana for unfreezing. Meet with T. McCord regarding letter to B.. Bleidt regarding Bureau of Prisons check. Review and sort mail. Update victim files. | 1.00 | 245.00 |
| **05/10/05**<br>15840455 | 7216 - K. Fitzgerald | Work on arguments in support of Motion to Reconsider or Clarify Order regarding Release of Funds for Bleidt's counsel. | 1.40 | 588.00 |

Client number 036552
Prebill Number 2129706

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | |
|---|---|---|---|---|
| | | Multiple conferences regarding analysis of pending Langer proposal and development of counterproposal. | | |
| **05/10/05** 15831416 | 2220 - M. Swiatocha | Monitored Docket. | 0.20 | 25.00 |
| **05/11/05** 15911149 | 0130 - F. Morrissey | Work on memorandum regarding plan of liquidation, classification issues, and distribution of proceeds of broker dealer settlement. | 3.50 | 980.00 |
| **05/11/05** 15839839 | 0272 - J. Gilbreth | Telephone call with C. Faro regarding unfreezing money transferred to D. Bleidt. E-mail to M. Viana regarding ██ ██████ account. Fax orders to Verizon. Telephone call with Verizon regarding creditors' claims process. Meet with R. Pedone regarding repossession of Honda Civic. Mail to WEC. Review and sort mail. Pick-up documents at SEC regarding Bleidt money transfer to D. Bleidt. Mail to ██ ██████. Accounts to T. Jordan. | 2.60 | 637.00 |
| **05/11/05** 15840462 | 7216 - K. Fitzgerald | Review and revise draft Motion to Reconsider and Supporting Memorandum. Telephone call to and with S. Fontes regarding same. Office meeting regarding potential commission claim by ████ █████ and response to same. | 1.00 | 420.00 |
| **05/12/05** 15850598 | 0130 - F. Morrissey | Prepare for and attend status conference; conference with K. Fitzgerald; prepare form of order. | 2.00 | 560.00 |
| **05/12/05** 15911105 | 0130 - F. Morrissey | Further work on plan of liquidation and claims resolution process. | 2.00 | 560.00 |
| **05/12/05** 15841216 | 2220 - M. Swiatocha | PACER research: Obtained Copy of Motion for Funds and associated filings for Frank Morrissey in preparation for hearing. | 0.40 | 50.00 |
| **05/13/05** 15853046 | 0130 - F. Morrissey | Revise and supplement order regarding funds motion. | 2.00 | 560.00 |

Client number 036552
Prebill Number 2129706

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | | |
|---|---|---|---|---|---|
| **05/13/05**<br>15852170 | 0272 - J. Gilbreth | Telephone call with ████████ regarding court order permitting B. Bledit to access funds for defense attorney. | 0.50 | 122.50 | _____ |
| **05/16/05**<br>15853092 | 0130 - F. Morrissey | Telephone conference with S. Fontes, M. Perillo (2x) regarding order; telephone conference with G. Oberhauser (2x); telephone conference with L. Bridgman regarding order regarding Funds Motion; conference with K. Fitzgerald regarding Funds Motion Order; revise order in light of conference; conference with R. Pedone regarding funds held in Bleidt's name; prepare letter to Court. | 4.00 | 1120.00 | _____ |
| **05/16/05**<br>15852294 | 0272 - J. Gilbreth | Review and sort mail.  Update creditor list.  Draft letter to C. Faro regarding wire by B. Bleidt to D. Bleidt.  Telephone call with ████████ at Bloomberg regarding creditor claims.  Telephone call with ████████ regarding frozen account.  Email ████████ regarding same.  Complete verification of Scanlon employment.  Meet with S. Fuller regarding letter to C. Faro wire from B. Bleidt to D. Bleidt. | 2.60 | 637.00 | _____ |
| **05/16/05**<br>15859386 | 8666 - J. LaMonday | Reviewed and analyzed court mail and docketed date(s) to the litigation calendar. | 0.20 | 26.00 | _____ |
| **05/16/05**<br>15871813 | 0841 - M. Cornell | Assist F. Morrissey with edits to proposed order and e-filing of same. | 1.00 | 280.00 | _____ |
| **05/16/05**<br>15908474 | 7329 - R. Pedone | Review various account statements and other financial information in connection with Mr. Bleidt's request for funds to pay counsel. | 0.80 | 336.00 | _____ |
| **05/18/05**<br>15865601 | 0272 - J. Gilbreth | Prepare victim files for ████████ to review on behalf of Commonwealth Financial.  Meet with S. Fuller regarding same.  Review documents taken from FPPS's Beverly location.  Telephone call with C. Faro regarding keys to Honda Civic.  Telephone call with D. Odack at CTC regarding WBIX.  Fax copy of Receiver & Asset Freeze Orders to | 2.60 | 637.00 | _____ |

Client number 036552
Prebill Number 2129706

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | | |
|---|---|---|---|---|---|
| | | | same.  Telephone call with ███████ rgarding ████████ Trust document. Provide ████████ files to ████████ | | |
| **05/19/05**<br>15870288 | 0272 - J. Gilbreth | | Send victim documents to ████████. Prepare same.  Draft letter to ██ ████████ regarding same.  Review and sort mail.  Forward accounts to M. Viara for unfreezing. | 1.00 | 245.00 |
| **05/23/05**<br>15881125 | 0272 - J. Gilbreth | | Review and sort mail.  Call with ██ Fully regarding inforamtion submitted to receiver. | 0.50 | 122.50 |
| **05/25/05**<br>15898645 | 0130 - F. Morrissey | | Work on Plan of Liquidation. | 4.00 | 1120.00 |
| **05/25/05**<br>15890506 | 0272 - J. Gilbreth | | Review and sort mail.  Telephone call with M. Perillo regarding ████████. Meet with T. McCord regarding same. | 0.70 | 171.50 |
| **05/26/05**<br>15905432 | 0130 - F. Morrissey | | Extensive conference with S. Fuller; work on plan of liquidation. | 2.50 | 700.00 |
| **05/26/05**<br>15897879 | 0272 - J. Gilbreth | | Review and sort mail.  Fax orders to NBM.  Send bill to B. Bleidt.  Review disks taken from FPPS Beverly office. Update client files.  Review and sort mail.  Send copy of ████████ family trust documents to ████████. Email M. Viana regarding frozen █████ accounts.  Telephone call from reps regarding frozen accounts. | 2.20 | 539.00 |
| **05/27/05**<br>15917908 | 0130 - F. Morrissey | | Work on Plan of Liquidation; research regarding classification and settlement issues. | 3.00 | 840.00 |
| **05/27/05**<br>15911348 | 0272 - J. Gilbreth | | Review and sort mail.  Telephone call with ████████ regarding accounts. | 0.50 | 122.50 |
| **05/31/05**<br>15917850 | 0130 - F. Morrissey | | Work on Plan of Liquidation. | 2.00 | 560.00 |
| **05/31/05** | 0272 - J. Gilbreth | | Review and sort mail.  Email ████████ regarding account transfer (x3).  Call | 1.10 | 269.50 |

EXHIBIT C-5 (pgs 41-63)

General Case Administration

.

Client number 036552
Prebill Number 2129706

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | | |
|---|---|---|---|---|---|
| 15911465 | | with ██████ regarding same.  Email ██ ██████ regarding WEC/Receiver agreement.  Meet with T. McCord regarding loss of corporate standing for FPPS and APAM. | | | |
| **06/01/05** 15921561 | 0272 - J. Gilbreth | Reivew and sort mail.  Telephone call with ██████ (victim).  Provide bank statements to L. Walker.  Meet with R. Pedone regarding corporate documents. | 1.10 | 269.50 | _____ |
| **06/01/05** 15934356 | 8666 - J. LaMonday | Reviewed and analyzed court mail and docketed date(s) to the litigation calendar. | 0.20 | 26.00 | _____ |
| **06/02/05** 15922918 | 0272 - J. Gilbreth | Review and sort mail.  Email ██ ██████ regarding ███A call. | 0.50 | 122.50 | _____ |
| **06/02/05** 15934372 | 8666 - J. LaMonday | Reviewed and analyzed court mail and docketed date(s) to the litigation calendar. | 0.20 | 26.00 | _____ |
| **06/03/05** 15929307 | 0272 - J. Gilbreth | Call P. Saloney regarding EZ storage bill.  Email R. ███████ regarding receiver contact with WEC clients.  Email ████████ regarding same.  Review and sort mail.  Call with A. Moccia attorney for ████████ | 0.60 | 147.00 | _____ |
| **06/08/05** 15947714 | 0272 - J. Gilbreth | Review and sort mail.  Email M. Viana and S. Fuller regarding frozen accounts. | 0.60 | 147.00 | _____ |
| **06/09/05** 15955819 | 0130 - F. Morrissey | Substantially revise and supplement Plan of Distribution and memo regarding same. | 4.00 | 1120.00 | _____ |
| **06/09/05** 15953503 | 0272 - J. Gilbreth | Review/sort mail.  Call with K. Griffin at USAO regarding website.  Email ██████ regarding frozen account.  Mail to WEC.  Mail to Langer.  Fax orders to Amex. | 1.20 | 294.00 | _____ |
| **06/10/05** 15961027 | 0130 - F. Morrissey | Substantially revise and supplement plan of distribution. | 5.50 | 1540.00 | _____ |

Client number 036552
Prebill Number 2129706

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| 06/10/05 | 7329 - R. Pedone | Attention to global strategy memo. | 0.20 | 84.00 | _____ |
| 15953560 | | | | | |
| 06/13/05 | 0130 - F. Morrissey | Substantially revise and supplement plan of distribution. | 9.00 | 2520.00 | _____ |
| 15966051 | | | | | |
| 06/13/05 | 0272 - J. Gilbreth | Prepare files for M. Unger's review. | 0.30 | 73.50 | _____ |
| 15961037 | | | | | |
| 06/13/05 | 2346 - L. Harrington | Review and revise Plan of Liquidation. | 1.60 | 448.00 | _____ |
| 15990649 | | | | | |
| 06/14/05 | 0130 - F. Morrissey | Further revise and supplement plan of distribution. | 6.00 | 1680.00 | _____ |
| 15966062 | | | | | |
| 06/14/05 | 8666 - J. LaMonday | Reviewed and analyzed court mail and docketed date(s) to the litigation calendar. | 0.20 | 26.00 | _____ |
| 15966984 | | | | | |
| 06/14/05 | 2346 - L. Harrington | Revise memo of law and documents regarding plan of distribution. | 1.30 | 364.00 | _____ |
| 15965454 | | | | | |
| 06/15/05 | 7293 - S. Fuller | Conference with Mr. Morrissey and review memo. | 0.60 | 252.00 | _____ |
| 15974050 | | | | | |
| 06/16/05 | 0272 - J. Gilbreth | Update victim files.  Organize same for review by WEC.  Organize same for copying by IKON.  Review and sort mail. Update frozen account list. | 3.10 | 759.50 | _____ |
| 15977604 | | | | | |
| 06/17/05 | 0272 - J. Gilbreth | Prepare victim files for IKON to make copy sets for WEC, DMC and CFN. Meet with IKON regarding same.  Email SEC regarding copy of indictment for files.  Email M. Viana regarding frozen accounts.  Respond to employment verification form.  Update victim list. Mail.  Telephone call with L. Rosenberg regarding ▬▬▬▬▬ insurance form. Fax same to ▬▬▬▬▬.  Update creditor list. | 3.50 | 857.50 | _____ |
| 15985125 | | | | | |
| 06/20/05 | 0272 - J. Gilbreth | Review and sort mail.  Send copies of victim files to CFS, WEC and DMC. Email S. Fuller regarding Bleidt divorce agreement.  Update frozen account list. | 2.40 | 588.00 | _____ |
| 15991828 | | | | | |

Client number 036552
Prebill Number 2129706

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

Email SEC regarding indictment.

| | | | | | |
|---|---|---|---|---|---|
| **06/20/05**<br>15980975 | 7325  -  J. Hood | Review file.  Email to K. Fitzgerald. | 0.10 | 42.00 | _____ |
| **06/22/05**<br>15997692 | 0272  -  J. Gilbreth | Prepare files for Fuller meeting with CFN.  Call with D. Regan with stock certificates.  Call ▬▬▬▬ regarding ▬▬▬▬ (victim).  Draft letter to M. Perillo regarding access to victim files.  Review and sort mail.  Call with ▬▬▬ regarding Reid account.  Meet with F. Morrissey regarding sale of personal property.  Draft email to Bleidt team regarding same. | 3.30 | 808.50 | _____ |
| **06/23/05**<br>16010817 | 0130  -  F. Morrissey | Work on second status report. | 3.00 | 840.00 | _____ |
| **06/23/05**<br>16007787 | 0272  -  J. Gilbreth | Meet with S. Fuller, CFN and CFN's insurance company regarding possible global settlement.  Review and sort mail.  Meet with S. Fuller regarding victim files.  Telephone call with ▬▬▬▬ regarding information from ▬▬▬▬ to receiver. | 1.90 | 465.50 | _____ |
| **06/27/05**<br>16012448 | 0272  -  J. Gilbreth | Review and sort mail.  Review B. Bleidt's personal items in anticipation of the sale of all property.  Draft memo regarding sale of cars to R. Pedone.  Telephone call with W. Daley regarding personal items found in cars.  Telephone call with ▬▬▬▬ regarding victim information.  Meet with Casey & Hayes regarding artwork. | 2.80 | 686.00 | _____ |
| **06/28/05**<br>16020093 | 7293  -  S. Fuller | Prepare for and attend meeting with Bob Maloney and Kevin Fitzgerald; attend meeting with Nixon Peabody Bleidt team. | 6.00 | 2520.00 | _____ |
| **06/29/05**<br>16022416 | 0272  -  J. Gilbreth | Email S. Fuller, Bonnie Bledit and C. Faro regarding home address of Bonnie Bleidt and D. Bleidt.  Review and sort mail.  Telephone call with S. McCarty regarding additional money lost. | 0.70 | 171.50 | _____ |
| **07/05/05** | 0272  -  J. Gilbreth | Review case law regarding Fidelity bond | 1.30 | 318.50 | _____ |

Client number 036552
Prebill Number 2129706

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | | |
|---|---|---|---|---|---|
| 16041659 | | and direct loss.   Telephone call with ▓▓ ▓▓▓▓ of ▓▓▓▓▓▓▓▓▓▓▓ regarding participation in group settlement.  Telephone call with Pitney Bowes.  Email R. Pedone and K. Harris regarding Pitney Bowes picking up mail meter.  Fax orders to Pitney Bowes. Unfreeze all accounts.  Review and sort mail. | | | |
| **07/08/05** 16057378 | 7216  -  K. Fitzgerald | Conference regarding work on status report. | 0.40 | 168.00 | _____ |
| **07/11/05** 16063274 | 0130  -  F. Morrissey | Work on Second Status Report; review Saperstein report. | 7.60 | 2128.00 | _____ |
| **07/11/05** 16064500 | 0272  -  J. Gilbreth | Arrange for victim questionnaires to be copied for SEC.  Review and sort mail. Call with D. Regan regarding stock certificates (x3).  Deliver questionnaires to SEC.  Travel to FBI to search for stock certificates in materials taken from B. Bleidt's office. | 3.10 | 759.50 | _____ |
| **07/11/05** 16089495 | 7329  -  R. Pedone | Gather information for status report. | 0.20 | 84.00 | _____ |
| **07/12/05** 16070003 | 0130  -  F. Morrissey | Sevise and supplement Second Status Report. | 7.00 | 1960.00 | _____ |
| **07/12/05** 16070531 | 7293  -  S. Fuller | Edit and revise status report. | 4.30 | 1806.00 | _____ |
| **07/13/05** 16072500 | 0130  -  F. Morrissey | Substantially revise Second Status Report; extensive conference with S. Fuller. | 6.50 | 1820.00 | _____ |
| **07/13/05** 16069156 | 0272  -  J. Gilbreth | Draft letter to ▓▓▓▓▓▓ regarding ▓▓▓▓▓ stock certificates. Look up value of same.  Review and sort mail. Telephone call from J. Fitzgerald of Boston Herald. | 1.10 | 269.50 | _____ |
| **07/13/05** 16071367 | 7293  -  S. Fuller | Work on status report. | 4.50 | 1890.00 | _____ |
| **07/14/05** | 0130  -  F. Morrissey | Substantially revise and supplement status report; conference with ▓▓▓ ▓▓▓▓▓ | 6.90 | 1932.00 | _____ |

Client number 036552
Prebill Number 2129706

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

| | | | | | |
|---|---|---|---|---|---|
| 16073953 | | regarding report; e-mail S. Muller and K. Fitzgerald regarding same. | | | |
| **07/14/05**<br>16077482 | 0272 - J. Gilbreth | Review J. McCarty's personnel file regarding W-2 from 1999. Review and sort mail. Provide S. Fuller with bank statements showing B. Bleidt's misappropriation of investor funds. | 0.90 | 220.50 | _____ |
| **07/14/05**<br>16084670 | 7329 - R. Pedone | Proof and revise status report; emails regarding same. | 1.20 | 504.00 | _____ |
| **07/14/05**<br>16081971 | 7293 - S. Fuller | Work on status report; conference with K. Fitzgerald. | 5.30 | 2226.00 | _____ |
| **07/15/05**<br>16081297 | 0272 - J. Gilbreth | Review and sort mail; fax Receivership and Freeze orders to Bank One; phone call regarding same | 0.40 | 98.00 | _____ |
| **07/15/05**<br>16080902 | 7216 - K. Fitzgerald | Complete drafting review and revision of Receiver's Interim Report.  Multiple conferences and office meetings regarding same.  Attend to filing of same.  Correspondence with M. Perillo and S. Fontes regarding same. Respond to numerous press and public inquiries regarding same.  Review of correspondence to L. Litwak regarding proposed amendments of draft Recission Agreement. | 6.20 | 2604.00 | _____ |
| **07/15/05**<br>16081978 | 7293 - S. Fuller | Finalize, edit and proof status report; negotiations with Ms. Bleidt's lawyer. | 3.30 | 1386.00 | _____ |
| **07/18/05**<br>16087158 | 0130 - F. Morrissey | Extensive conference with ██████ and D. Vicinanzo. | 0.80 | 224.00 | _____ |
| **07/18/05**<br>16086959 | 0272 - J. Gilbreth | Review and sort mail; call with D. Vishno from Allied Office Products; fax Receivership and Asset Freeze orders to same; email S. Fuller and R. Davias regarding Bleidt website update; update victim files. | 1.00 | 245.00 | _____ |
| **07/19/05** | 0130 - F. Morrissey | Conference with K. Fitzgerald; review letter from ████ forward same to Bleidt | 0.60 | 168.00 | _____ |

Client number 036552
Prebill Number 2129706

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

16091679                                                Group.

| | | | | | |
|---|---|---|---|---|---|
| **07/19/05**<br>16088931 | 0272 - J. Gilbreth | Review and sort mail; meet with T. McCord regarding McCarthy tax docs; email M. Perillo regarding tolling agreement; email Harrison regarding tape transcripts. | 1.70 | 416.50 | _____ |
| **07/19/05**<br>16093890 | 7216 - K. Fitzgerald | Multiple conferences regarding work on matters surrounding issuance of Receiver's interim report.  Multiple conferences regarding response to Langer counsel with respect to WBIX transaction and review correspondence with L. Litwak regarding same. | 5.50 | 2310.00 | _____ |
| **07/20/05**<br>16101340 | 0130 - F. Morrissey | Research regarding ~~████████████████████████████████████~~, conference with R. Pedone. | 2.50 | 700.00 | _____ |
| **07/21/05**<br>16104942 | 7216 - K. Fitzgerald | Telephone conference with S. Fontes regarding agreement by G. Oberhauser to interview of Bleidt and potential agreement regarding stipulation to judgment.  Conference regarding same. | 0.60 | 252.00 | _____ |
| **07/25/05**<br>16113074 | 5976 - D. Vicinanzo | Status conference update regarding all matters with K. Fitzgerald and F. Morrissey. | 1.50 | 630.00 | _____ |
| **07/25/05**<br>16111679 | 0130 - F. Morrissey | Work on fee application. | 3.00 | 840.00 | _____ |
| **07/26/05**<br>16138089 | 0130 - F. Morrissey | Revise and supplement first Interim Fee Application. | 6.00 | 1680.00 | _____ |
| **07/26/05**<br>16115565 | 0272 - J. Gilbreth | Updating victim mailing list.  Review and sort mail. | 0.40 | 98.00 | _____ |
| **07/27/05**<br>16124410 | 0272 - J. Gilbreth | Review and sort mail.  Update victim contact list and victim files.  Email K. Fitzgerald regarding FCC fees. | 1.60 | 392.00 | _____ |
| **07/28/05** | 0130 - F. Morrissey | Revise and supplement first interim fee application. | 6.50 | 1820.00 | _____ |

Client number 036552
Prebill Number 2129706

**Matter Fee Detail (Rate Level 1)  /  000002 SEC v. Bleidt, et al.**

16138190

| | | | | |
|---|---|---|---|---|
| **07/28/05** | 0272 - J. Gilbreth | Review and sort mail. | 0.20 | 49.00 | _____ |
| 16131785 | | | | |
| **07/29/05** | 0130 - F. Morrissey | Attention to disposing of residual inventory; extensive conference with ~~redacted~~ regarding status of case. | 2.00 | 560.00 | _____ |
| 16138528 | | | | |
| **07/29/05** | 0272 - J. Gilbreth | Review and sort mail.  Update victim files. | 0.20 | 49.00 | _____ |
| 16132160 | | | | |

**Total Matter 000002 Fees**                    **$202,682.50**

**Matter Timekeeper Summary**

| Atty | Rate | Hrs. | Fees | Edit |
|---|---|---|---|---|
| 8743 - Woodbury, Deborah | 130.00 | 2.60 | 338.00 | _____ |
| 7773 - Bruce, Amy | 130.00 | 0.50 | 65.00 | _____ |
| 0785 - Sensale, Connie | 130.00 | 2.00 | 260.00 | _____ |
| 7014 - Moynihan, Cornelius J. Jr.P.C. | 420.00 | 0.10 | 42.00 | _____ |
| 7506 - Moore, Carlene | 130.00 | 0.20 | 26.00 | _____ |
| 7413 - Keefe, Christopher P. | 280.00 | 0.80 | 224.00 | _____ |
| 5976 - Vicinanzo, David | 420.00 | 10.50 | 4410.00 | _____ |
| 0130 - Morrissey, Francis | 280.00 | 196.80 | 55104.00 | _____ |
| 0272 - Gilbreth, Jeffrey | 245.00 | 209.30 | 51278.50 | _____ |
| 7325 - Hood, James C. | 420.00 | 0.10 | 42.00 | _____ |
| 8666 - LaMonday, Jennifer | 130.00 | 1.40 | 182.00 | _____ |
| 7216 - Fitzgerald, Kevin M. P.C. | 420.00 | 75.00 | 31500.00 | _____ |
| 2346 - Harrington, Lee | 280.00 | 22.90 | 6412.00 | _____ |
| 0971 - Marshall, Lizabeth | 130.00 | 2.10 | 273.00 | _____ |
| 0529 - Walker, Lauri | 75.00 | 4.50 | 337.50 | _____ |
| 0841 - Cornell, Michael | 280.00 | 1.00 | 280.00 | _____ |
| 0892 - Firouzbakht, Mahmood | 130.00 | 20.20 | 2626.00 | _____ |
| 2220 - Swiatocha, Michael | 125.00 | 16.10 | 2012.50 | _____ |
| 0852 - Warren, Pamela | 130.00 | 3.80 | 494.00 | _____ |
| 7329 - Pedone, Richard C. | 420.00 | 22.50 | 9450.00 | _____ |
| 7302 - Gustini, Raymond J. | 420.00 | 3.60 | 1512.00 | _____ |
| 5972 - Murphy, Stephanie Godley | 130.00 | 1.20 | 156.00 | _____ |
| 7293 - Fuller, Steven N. | 420.00 | 83.70 | 35154.00 | _____ |
| 0961 - Ahern, Veronica M | 420.00 | 1.20 | 504.00 | _____ |

Client number 036552
Prebill Number 2129706

**Matter Summary / 000002 SEC v. Bleidt, et al.**

| | Matter Total | Edit |
|---|---|---|
| Fees | 202,682.50 | _____ |
| On Account Fees | 0.00 | _____ |
| Disbursements | 0.00 | _____ |
| On Account Disbursements | 0.00 | _____ |
| Matter Credit Applied (Available: $ 0.00) | 0.00 | _____ |
| MATTER 000002 PREBILL TOTAL | $202,682.50 | _____ |

**Matter AR Summary / 000002 SEC v. Bleidt, et al.**
(Note that this summary reflects the outstanding amounts for this matter on each invoice.  It is not necessarily reflective of the entire AR amount for a given invoice.)

| Invoice Number | Invoice Date | Amount Outstanding |
|---|---|---|
| 8617369 | 12/20/04 | 116009.30 |

FEDERAL I.D. NO. 16-0764720

# Nixon Peabody LLP
### Attorneys at Law
889 ELM STREET
MANCHESTER, NH 03101
(603) 628-4000
Fax: (603) 628-4040

December 20, 2004

Michele T. Perillo, Esq.
United States District Court (MA) Receivership
c/o Securities and Exchange Commission
Division of Enforcement
73 Tremont Street
Boston, MA 02108-3912

Invoice No. 8617369
Account: 036552
Vicinanzo, David
Terms: Due Upon Receipt

---

**FOR PROFESSIONAL SERVICES RENDERED through November 30, 2004, including:**

---

**MATTER NO.    000002    SEC V. BLEIDT, ET AL.**

**For Professional Fees:**

| Date | Timekeeper | Hours | Fees | Description of Services |
|------|-----------|-------|------|------------------------|
| 11/16/04 | K. Fitzgerald | 3.50 | 1470.00 | Work on assessment of potential SEC receiverhsip matter.  Multiple office meetings, telephone conferences and correspondence regarding same including multiple communications with M. Perillo. |
| 11/17/04 | D. Thaxter | 1.00 | 420.00 | (WBLIX) Review emails regarding receivership position; Numerous conferences with F.Morrissey regarding same. |
| 11/17/04 | K. Fitzgerald | 7.00 | 2940.00 | Draft, review and revise correspondence with SEC regarding parameters of retention as receiver and related attorney-client issues.  Mutliple telephone conferences with SEC counsel regarding same.  Work on factual investigation and matters relating to proposed order to appoint receiver.  Review proposed pleadings regarding same.  Review proposed court order making appointment.  Multiple telephone conferences regarding showing of SEC investigation data to date.  Multiple conferences regarding development of triage plan and staffing of same. |
| 11/18/04 | F. Morrissey | 6.00 | 1680.00 | Research regarding receivership powers; |

| | | | | |
|---|---|---|---|---|
| | | | | review pleadings in Bleidt matter, including receivership order; extensive conferences with Kevin Fitzgerald regarding next steps; review Egan APA and LMA.  Conference with K. Fitzgerald regarding same. |
| 11/18/04 | D. Vicinanzo | 2.40 | 1008.00 | Conferences with SEC.  Conferences with K. Fitzgerald.  Conference with F. Morrissey.  Review motion papers and order. |
| 11/18/04 | D. Thaxter | 1.50 | 630.00 | (WBIX) Numerous conferences with F.Morrissey, T.Mungovan, K.Fitzgerald and Sklar regarding obtaining receivership of station; Review numerous emails regarding same. |
| 11/18/04 | K. Fitzgerald | 10.80 | 4536.00 | Continue work on initial factual investigation, related legal research regarding rights and claims as receiver.  Multiple telephone conferences, conference and correspondence regarding purported action by C. Egan to terminate Agreement to purchase WBIX and to immediately terminate Local Marketing Agreement.  Multiple conferences and research regarding Egan's purported rights and conduct investigation for deal document.  Analyze documents discovered (partial).  Multiple conferences and correspondence regarding status of WBIX deal, possible station closure and related issues.  Multiple correspondence regarding Egan deal parameters and assessment of proposed purchase price, outstanding Bleidt debt on WBIX and valuation of WBIX assets.  Review 2003 WBIX valuation and multiple conferences regarding analysis of same. Multiple conferences regarding related FCC operations, valuation matters and licensing issues.  Multiple correspondence regarding commuinications from Winslow, Evans and Crocker, former Bleidt brokerage affiliation.  Multiple conferences and correspondence with SEC counsel regarding asset reports/investigation. |
| 11/19/04 | M. Berman | 0.20 | 84.00 | Meeting with F. Morrissey, would like to get basic business information on station operation, payroll, etc.  Will provide a |

Nixon Peabody LLP
Invoice # 8617369    Page 3

| | | | | |
|---|---|---|---|---|
| | | | | copy of the Receivership Order. |
| 11/19/04 | M. Berman | 0.60 | 252.00 | Review Order and e-mail to K. Fitzgerald regarding concerns. |
| 11/19/04 | M. Berman | 0.40 | 168.00 | Telephone call from K. Fitzgerald, discuss concerns. Telephone call to M. Swiatocha and request copies of motion, order and memorandum. |
| 11/19/04 | M. Berman | 0.70 | 294.00 | Telephone call to M. Mills, dicuss payroll, weekend programing, general manager, etc. E-mail information to K. Fitzgerald. |
| 11/19/04 | M. Berman | 0.20 | 84.00 | Review Motion seeking appointment of receiver. E-mail to K. Fitzgerald. |
| 11/19/04 | F. Morrissey | 13.00 | 3640.00 | Further review of Egan APA and LMA; work on motion to enjoin termination of APA; conference with D. Thaxter, K. Fitzgerald and D. Vicinanzo regarding same; meet with Phil Koski, Marty Healey and Mark Gera of the SEC; extensive meeting with Keith Harris. |
| 11/19/04 | M. Swiatocha | 1.10 | 143.00 | Created Pleadings Book For Matter. |
| 11/19/04 | S. LaRose | 0.90 | 252.00 | Research caselaw regarding standard for preliminary injunction in lst Circuit. Conference with Attorney Morrissey regarding the same. |
| 11/19/04 | D. Vicinanzo | 7.70 | 3234.00 | Strategy with Nixon Peabody lawyers. Meeting and conferences with SEC lawyer regarding status. Develop plan to receive accounts and documents. Meeting/interview of Bleidt employees. In-house conferences regarding FCC issues, bank deposit issues, etc. Visit to WBIX. Meetings with employees. Press and victim calls. Draft and issue press advisory regarding leads and information. (WBIX) |
| 11/19/04 | D. Thaxter | 3.90 | 1638.00 | Review various emails regarding receivership and funding of station expenses; Review Egan P&S and interim operating agreement; Conference with F.Morrissey regarding same; Meet with K.Fitzgerald, D.Vincenzo and F.Morrissey regarding overall strategy, scope of receivership order and court options. |
| 11/19/04 | D. Sklar | 0.60 | 252.00 | Telephone conference and conference with Attorney Fitzgerald relative to disposition alternatives for WBIX radio. |
| 11/19/04 | K. Fitzgerald | 10.40 | 4368.00 | Continue investigative efforts and triage. Multiple telephone conferences with J. |

| | | | | |
|---|---|---|---|---|
| | | | | Jenkins (counsel for C. Egan) regarding negotiations to assure uninterrupted operation of WBIX.  Evaluation of defects in receiversip order relating to Bleidt and non-APAM matters.  Conference regarding request for amendment to order to be filed by SEC. Continue research regarding executed version of Egan/Bleidt purchase documents and LMA.  Travel to meeting with SEC invetigators and counsel to review status of investigation and commence custodial activities and document review by receiver with respect to Bleidt assets.  Multiple telephone conferences and correspondence with WBIX employees regarding status of receivership and efforts to secure continued operations.  Multiple conferences regarding preparation of informational public statements on SEC web site and press release for benefit of defrauded investors.  Multiple office meetings regarding ongoing review of FCC issues regarding ability of Bleidt to grant security interest in license. Travel to FPPS, APAM and WBIX offices for employee interviews and records review including WBIX acquisition documents and related records and extended interview with K. Harris, FPPS controller/CFO regarding same. |
| 11/20/04 | F. Morrissey | 2.90 | 812.00 | Extensive conference with D. Vicinanzo regarding next steps regarding WBIX.  Further research regarding receivership and Bleidt business meeting.  Revise motion to enjoin termination of APA. |
| 11/20/04 | D. Vicinanzo | 4.50 | 1890.00 | Conferences with Langer attorneys.  Conferences with station employees.  Conference with SEC attorneys.  Continue development of plan to maintain WBIX and get receivables on Monday.  Plan for setting up receivership accounts and transfer/collection of deposits and moneys received. |
| 11/20/04 | K. Fitzgerald | 4.00 | 1680.00 | Legal research.  Multiple conferences and office meetings regarding ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |

Nixon Peabody LLP
Invoice # 8617369    Page 5

~~Conference and office~~
meeting regarding development of
resulting strategy.

| | | | | |
|---|---|---|---|---|
| 11/21/04 | F. Morrissey | 1.00 | 280.00 | Follow up with Steven Vicinanzo regarding LMA Agreement with Lungo and Egan. |
| 11/21/04 | K. Fitzgerald | 2.40 | 1008.00 | Multiple office meetings and telephone conferences regarding strategy development and interim communications with WBIX employees regarding possible action to compel Egan to operate under LMA. |
| 11/22/04 | F. Morrissey | 3.50 | 980.00 | Extensive conference with Gary Deutsch regarding Bleidt's Sovereign accounts. Prepare letter to Deutsch regarding same. Work on FPPS APAM.  Meeting with Nancy Voll and Keith Harris.  Meet with Lee Harrington regarding custody issues. Extensive conference with K. Fitzgerald and D. Vicinanzo regarding strategies to keep WBIX from going dark. |
| 11/22/04 | M. Swiatocha | 0.60 | 78.00 | Performed PACER research and obtained copies of Pleadings on Docket for Francis Morrissey. |
| 11/22/04 | L. Harrington | 4.30 | 1204.00 | Travel to FPPS offices and WBIX Radio Station to review mail and related documents; report to D. Viicinanzo on same. |
| 11/22/04 | D. Vicinanzo | 9.30 | 3906.00 | Negotiations for sale of WBIX.  Arranging for new accounts, receipt of checks and mail to Bleidt entities.  Working out payroll for pay day 11/25.  Contact with station manager and employees.  In-office conference at security/UCC, FCC issues. Conferences with numerous SEC personnel.  Negotiations with Winslow attorneys regarding 1400 FPPS accounts, etc.  Conference with Fidelity lawyers. Lengthy strategy conference wit SEC lawyers. |
| 11/22/04 | D. Thaxter | 0.60 | 252.00 | (WBIX) Review continued exchanges of emails regarding radio station; Conference with F.Morrissey regarding same and issues of court's enforcement of Egan's obligation to fund. |
| 11/22/04 | D. Sklar | 0.90 | 378.00 | Conference with Attorneys Fitzgerald and Vicinanzo relative to disposition of radio |

| | | | | |
|---|---|---|---|---|
| | | | | station and related claims. Conference with Attorney Fitzgerald. Review electronic mail from Attorneys Morrissey and Pedone. |
| 11/22/04 | K. Fitzgerald | 11.30 | 4746.00 | Multiple conferences, correspondence and telephone conferences with Attorney J. Jenkins (counsel to C. Egan) and B. Mittman regarding extended negotiations to assert termination notice provisions of LMA to assure continuing funding of WBIX for termination period. Legal research and multiple conferences regarding development of possible fraudulent conveyance and recission theories as to Langer. Multiple conferences, office meetings, and telephone conferences with M. Indick of Prides Capital regarding status of WBIX and discussion of possible interest in formulating offer for same. Multiple office meetings and preliminary assessment of potential claims against third party broker/dealers on theories of failure of supervision/respondeat superior. Multiple conferences and office meetings regarding records research to determine whether Langer is properly perfected in stock pledge. Multiple conferences and telephone calls to Attorneys Langer and Thompson regarding Winslow Evans & Crocker/FIdelity account freeze issues. Correspondence with D. Anthony of WBIX regarding employee and operational issues. Multiple conferences regarding same. Multiple conferences regarding custodial tasks of receiver and organization of same. Multiple conferences and telephone conference with Langer counsel (F. Libby) regarding preliminary negotiations relating to possible recovery from A. Langer. Prepare for further negotiation meeting with A. Langer and counsel. Extended telephone conference with SEC staff regarding status report exchange and discussion of strategic plan. |
| 11/22/04 | R. Pedone | 2.50 | 1050.00 | Analysis of ~~perfection of Langer in stock~~ ~~and FCC license and option regarding~~ |

|  |  |  |  | same; order and review SEC documents; review P&S; ~~review perfection authority~~. |
|---|---|---|---|---|
| 11/23/04 | F. Morrissey | 7.90 | 2212.00 | Substantially revise and supplement motion to enjoin termination of HPA and compel performance of LMA. Extensive conference with K. Fitzgerald and D. Vicinanzo regarding same. Further conference with Fitzgerald, Vicinanzo and Rick Pedone regarding LLMA with Langer. |
| 11/23/04 | L. Harrington | 2.80 | 784.00 | Research on motion executory contract treatment; revise motion regarding executory contracts; meeting with F. Morrissey and D. Vicinanzo regarding case status and strategy; go to cite to review documents. |
| 11/23/04 | D. Vicinanzo | 11.50 | 4830.00 | Meetings at WBIX with General Manager and employees. Reviewing books and records. Meeting at FPPS. Negotiations at Langer lawyer's office regarding future of station, LMA, brokering partnership. Conferences with SEC. Conferences with FCC lawyers. Conference with C. Egan attorneys regarding continue obligations and funding. Conferences with Jenkins. Conference with D. Brooks (Langer). Conference with victims' lawyers. Review and edit draft motion to compel Egan to pay on obligation. Conferences with K. Harris regarding payroll, downsizing FFPS. Conference with FBI records and imaging of hard drives, etc. Conferences with F. Morrissey regarding receivables and plan for collection/record keeping. |
| 11/23/04 | K. Fitzgerald | 12.80 | 5376.00 | Multiple telephone conferences and correspondence with Attorney Jenkins, et al regarding negotiation of continued LMA operations by Egan and related matters including payroll logistics, documentation of understanding and related communications and press statements. Multiple conferences, correspondence and conference with Attorneys Brooks and Litwak regarding negotiation of transition arrangements to LMA under Mr. Langer and related sale agreement. Multiple conferences and |

work on plan for assessment, custody and disposition of other receivership property. Telephone conference with SEC staff regarding status reports and postponement of Langer deposition. Multiple office meetings, correspondence and conferences regarding assessment and action plan regarding FPPS, APAM, WEC frozen accounts. Conferences and office meetings regarding legal research on claims and avoidance powers of receiver. Conference regarding assessment of potential forensic accounting tasks and correspondence with P. Koski regarding SEC staff accountants. Research, and multiple office meetings and conferences regarding ████████████████████.

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 11/23/04 | R. Pedone | 1.70 | 714.00 | Review available documents and continue to analyze ████████████████; email to Mr. Vicinanzo and Mr. Fitzgerald regarding strategies. |
| 11/23/04 | R. Pedone | 2.30 | 966.00 | Conference with Mr. Sklar regarding possibility of ███████████████████ ████████████████████████ ████████████████████████ ████████████████████████. |
| 11/23/04 | R. Pedone | 0.70 | 294.00 | Meet with Mr. Vicinanzo and Mr. Fitzgerald regarding strategies. |
| 11/24/04 | F. Morrissey | 8.00 | 2240.00 | Meet with J. McCarthy and K. Harris regarding WEC employment and operational issues; conference call with SEC regarding frozen accounts at WEC and National, sale of WBIX and related issues; extensive conference with David Louge regarding frozen accounts issue; extensive conference with Michelle Perrillo, Marty Healey and David Vicinanzo regarding same. |
| 11/24/04 | L. Harrington | 2.50 | 700.00 | Meeting with F. Morrissey and D. Vicinanzo to discuss strategy regarding liquidating assets; visit site to review documents. |
| 11/24/04 | D. Vicinanzo | 7.80 | 3276.00 | Negotiations with J. Jenkins (Egan lawyer) regarding continuing LMA and making payroll checks Friday. Arranging mechanics of payroll with K. Harris, ADP, Fleet, etc. Conference with SEC |

| | | | | |
|---|---|---|---|---|
| | | | | regarding all matters.  Conferences with Fidelity and Winslow regarding 1500 seized accounts and what can be done regarding non-involved accounts. Negotiations and editing proposals for LMA/sale agreement with A. Langer. |
| 11/24/04 | D. Sklar | 0.80 | 336.00 | Conference with Attorney Vicinanzo. Telephone conference with Mr. Darr relative to forensic accounting services. Review engagement letter.  Electronic mail to Mr. Darr and Attorney Morrissey. |
| 11/24/04 | K. Fitzgerald | 7.10 | 2982.00 | Multiple telephone conferences, conferences and correspondence regarding work on WBIX payroll matters and negotiations with Attorney Jenkins regarding same.  Analzye multiple correspondence and Langer perfection documents from Attorney Litwak. Multiple conferences regarding perfection and priority assessment.  Office meeting regarding related FCC security issues. Analyze underlying Langer/Bleidt transaction documents and correspondence with Attorney Litwak, D'Ambrosio regarding same.  Office meeting regarding Bloomberg feeds status. |
| 11/24/04 | S. Fuller | 2.80 | 1176.00 | Review various regulatory issues with D. Vicinanzo and multiple conferences with F. Morrissey. |
| 11/24/04 | R. Pedone | 1.70 | 714.00 | Review ███████████████████ ████████████████████████████ ████████ and emails with those in department with experience. |
| 11/24/04 | R. Pedone | 1.60 | 672.00 | Continue review of ███████████ ████████████████████████████ ██████ |
| 11/24/04 | R. Pedone | 0.60 | 252.00 | Attention to status of perfection and other issues; conference with Mr. Morrissey. |
| 11/25/04 | K. Fitzgerald | 1.00 | 420.00 | Multiple office meetings regarding work on WBIX payroll issues, strategy for approaching broker/dealer issues and assessment of documentation and legal issues related to ████████████████ |
| 11/26/04 | F. Morrissey | 5.50 | 1540.00 | Extensive conference with S. Fuller regarding status of receivership including operating at FPPS and APAM and WBIX; meet with Jim McCarthy, Joe DeLuca, J. Harris and J. Keefe; conference with D. |

| | | | | |
|---|---|---|---|---|
| | | | | Vicinanzo regarding same; meet with T. McCord and discuss responsible person for liability for receiver and employees at FPPS and APAM.  Telephone conference with Mr. Lougee regarding WEC account issues.  Review corresondence. |
| 11/26/04 | K. Fitzgerald | 2.60 | 1092.00 | Multiple telephone conferences and office meetings regarding issues with issuance of WBIX payroll and resolution of same.  Multiple office meetings regarding Langer perfection analysis and Egan to Langer transition issues.  Work on assessment of broker/dealer issues.  Office meeting regarding same.  Work on global receivership tasks/triage. |
| 11/26/04 | T. McCord | 0.80 | 336.00 | Review Receivers scope of authority regarding wage and benefit liability issues. |
| 11/26/04 | S. Fuller | 3.50 | 1470.00 | Multiple conferences and witness interviews. |
| 11/26/04 | R. Pedone | 0.60 | 252.00 | Various calls with Mr. Morrissey regarding status; attention to ▬▬▬▬ |
| 11/27/04 | F. Morrissey | 2.90 | 812.00 | Extensive conference with D. Vicinanzo regarding next steps regarding WBIX.  Further reserach regarding receivership and Bleidt business metting.  Revise motion to enjoin termination of APA. Review form of order. |
| 11/28/04 | F. Morrissey | 3.00 | 840.00 | Extensive conference with S. Fuller regarding strategy in matter and next steps; review status of WEC account, potential claims against WEC, ▬▬▬▬ ▬▬▬▬▬▬▬▬ of ▬▬▬▬ outline of next steps. Further review of relevant receivership law. |
| 11/28/04 | S. Fuller | 8.30 | 3486.00 | Meeting with F. Morrissey; analysis of documents and attention to strategic issues and regulatory issues; draft lengthy strategic outline for D. Vicinanzo. |
| 11/28/04 | R. Pedone | 0.30 | 126.00 | Emails and calls with Mr. Morrissey regarding perfection. |
| 11/28/04 | R. Pedone | 0.30 | 126.00 | Conference with Receiver regarding ▬▬▬▬▬▬▬▬ |
| 11/28/04 | R. Pedone | 0.60 | 252.00 | Review ▬▬▬▬▬▬ |
| 11/29/04 | M. Berman | 0.20 | 84.00 | Review e-mail from R. Pedone regarding receiver liability for wages and taxes. |

| | | | | |
|---|---|---|---|---|
| | | | | Respond with reference to 28 USC Sections 959, 960. |
| 11/29/04 | F. Morrissey | 1.50 | 420.00 | Extensive conference with K. Fitzgerald, S. Fuller Tom McCord and D. Vicinanzo regarding status of WC accounts, sale of APAM and FPPS accounts and responsible personl inability issues. |
| 11/29/04 | D. Vicinanzo | 8.50 | 3570.00 | Conferences with R. Pedone regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ Lengthy conference regarding all pending issues with SEC. Continued negotiation with F. Libby (Langer counsel).  Dealing with house lease and all personal property within. Dealing with account issues for 10 plus receivership entities.  Conference with landlord.  Conference with FBI. Conference with K.Harris regarding payroll. Bills to victims.  Conference with FPPS employees.  Strategy regarding insurance and broker/dealer with S. Fuller, et al. |
| 11/29/04 | D. Sklar | 0.80 | 336.00 | Telephone conference with Mr. Darr. Conference with Attorneys Fitzgerald and Vicinanzo.  Telephone conference with Attorney Pedone.  Electronic mail to and from client team relative to sale of WBIX. |
| 11/29/04 | K. Fitzgerald | 12.50 | 5250.00 | Continue work on global receivership triage.  Time in status call with SEC. Multiple conferences and office meetings regarding work on examination of legal issues and potential broker/dealer claims and insurance coverage.  Commence analysis of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮.  Multiple telephone conferences and correspondence with Attorneys Libby and Litwak and A. Langer regarding WBIX transition issues, operational plan and interim operating authority.  Conference and multiple correspondence regarding landlord issues with respect to Bleidt Manchester, Massachusetts rental and development of plan for surrendering tenancy, conducting inventory of contents and conducting sale of personalty.  Multiple conferences regarding assessment of potential employee wage and benefit plan |

Nixon Peabody LLP
Invoice #  8617369     Page 12

obligations.  Multiple conferences and telephone conference with Messrs. Harris and McCarty regarding FPPS and APAM income and expense analysis and detail of relationships, contracts with WEC and staff advisors.  Conference regarding preparation for meeting with WEC and response to WEC proposed Motion regarding relief from freeze.  Office meeting and conferences regarding response to same and implications for impact on FPPS/APAM as going concerns.

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 11/29/04 | G. Oberstein | 0.20 | 84.00 | Consider issues regarding Wage Act applicability. |
| 11/29/04 | T. McCord | 2.60 | 1092.00 | Teleconference with SEC; teleconference with FPPS managers; advise regarding wage and benefits payments issues. |
| 11/29/04 | S. Fuller | 11.60 | 4872.00 | Attend various meetings; travel to and meet with SEC staff; analysis of documents; attend defense meeting; respond to letter from SEC's counsel. |
| 11/29/04 | R. Pedone | 1.20 | 504.00 | Further analysis of ▮▮▮▮▮▮▮▮▮ including conference with ▮▮▮▮▮ regarding same. |
| 11/29/04 | R. Pedone | 0.40 | 168.00 | Conference call with Mr. Fitzgerald and Receiver regarding options for dealing with Langan perfection. |
| 11/29/04 | R. Pedone | 0.80 | 336.00 | Conference call with SEC. |
| 11/29/04 | R. Pedone | 0.30 | 126.00 | Conference call with Mr. Fitzgerald regarding strategy for Langan perfection. |
| 11/29/04 | R. Pedone | 0.50 | 210.00 | Conference with Mr. McCord regarding Receiver's liability for Trust Fund taxes and wages (.2); attention to issues. |
| 11/29/04 | R. Pedone | 0.40 | 168.00 | Work on establishing bank accounts. |
| 11/29/04 | R. Pedone | 0.50 | 210.00 | Review order appointing Receiver and pleadings for Receiver and injunction to analyze perfection issue and strategy as well as successor liability issue; attention to notice issues. |
| 11/30/04 | M. Berman | 0.20 | 84.00 | Meeting with R. Pedone and discuss receiver's use of corporate tax identification number, pay taxes and file tax returns. |
| 11/30/04 | F. Morrissey | 1.00 | 280.00 | Conference with R. Pedone regarding banking issues; telephone conference with K. Fitzgerald regarding same. |

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 11/30/04 | J. Gilbreth | 3.60 | 1008.00 | Take custody of inventory and secure Bleidt fine art collection. |
| 11/30/04 | M. Swiatocha | 4.10 | 533.00 | Oversaw Removal of WBIX Equipment from old facility to make sure nothing was stolen by former employees. Took inventory of artwork in WBIX and Financial Perspectives Offices. |
| 11/30/04 | L. Harrington | 1.20 | 336.00 | Visit site to review mail and client documents. |
| 11/30/04 | D. Vicinanzo | 7.70 | 3234.00 | Conference with SEC regarding pleading issues. Review depo transcripts for asset issues. Travel to WBIX. Meeting with general manager regarding status of station. Meeting with all employees regarding lay-offs, benefits, etc. Conferences with A. Langer, F. Libby. Conference with C. Egan. Draft public statements. Conferences and e-mails with Bleidt landlord, managing personal property issues. Manage retrieval of all artwork from Canal Street offices of WBIX and FPPS/allocation. Conference with S. Fuller regarding accounts, WEC and allocation securities issues. |
| 11/30/04 | K. Fitzgerald | 12.50 | 5250.00 | Telephone conference with SEC staff regarding status. Ongoing work on WBIX management transition, notice to employees, press information assessment of wage and hour issues, studio closure and transfer. Multiple office meetings, correspondence and telephone conferences with A. Langer and counsel regarding same. Multiple conferences, office meetings and telephone conferences regarding assessment of FPPS and APAM operations, valuation and development of dispositional recommendation and assessment of related contractual and personnel issues. Conference and office meetings regarding FCC license transfer issues. Work on and multiple conferences regarding assessment of WEC operational issues and mechanism for proposed relief from account freeze. Work on arrangements for reversal and redirection to receiver's trust account funds from NFS/WEC to FPPS. Multiple correspondence with Bank of America |

Nixon Peabody LLP
Invoice # 8617369     Page 14

|  |  |  |  | regarding same. Meeting with M. Indick of Prides Capital regarding potential acquisition of WBIX and related discussions. Multiple office meetings, correspondence and conferences regarding investigative organization and development of revised and updated receivership strategy and task map. Multiple conferences, correspondence and office memoranda regarding Manchester tenancy and personal property issues. |
| 11/30/04 | T. McCord | 0.40 | 168.00 | Advise regarding health plan continuation rules. |
| 11/30/04 | S. Fuller | 6.40 | 2688.00 | Prepare for and meet with WEC counsel; attend meeting with WEC counsel and representative of WEC; travel to WEC and meet with FPS and APAM representatives with WEC staff; memo regarding issues and meetings; conference with K. Fitzgerald; F. Morrissey and D. Vicinanzo. |
| 11/30/04 | R. Pedone | 0.30 | 126.00 | Attention to law on receiver's obligation for wages and taxes. |
| 11/30/04 | R. Pedone | 0.50 | 210.00 | Work on notice issues required by order and draft letter to go with notice. |
| 11/30/04 | R. Pedone | 0.50 | 210.00 | Participate in conference call with SEC regarding strategy. |
| 11/30/04 | R. Pedone | 1.50 | 630.00 | Work setting up new bank accounts including: attention to information needed (.3); work on need for tax ID No. and receiver liability (.6); attention to mechanics including conference with Mr. Harris and review of emails regarding money coming in (.6). |
| 11/30/04 | R. Pedone | 0.20 | 84.00 | Conference with Mr. Fitzgerald regarding money coming in. |

TOTAL HOURS:     303.80     $115,904.00

TOTAL FEES:                                                          $115,904.00

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | Fees |
|---|---|---|
| **Partners** | | |
| M. Berman | 2.50 | 1,050.00 |
| D. Vicinanzo | 59.40 | 24,948.00 |

Nixon Peabody LLP
Invoice # 8617369    Page 15

| | | |
|---|---|---|
| D. Thaxter | 7.00 | 2,940.00 |
| D. Sklar | 3.10 | 1,302.00 |
| K. Fitzgerald | 97.90 | 41,118.00 |
| G. Oberstein | 0.20 | 84.00 |
| T. McCord | 3.80 | 1,596.00 |
| S. Fuller | 32.60 | 13,692.00 |
| R. Pedone | 20.00 | 8,400.00 |
| **Partners Totals** | **226.50** | **95,130.00** |
| **Associates** | | |
| F. Morrissey | 56.20 | 15,736.00 |
| L. Harrington | 10.80 | 3,024.00 |
| S. LaRose | 0.90 | 252.00 |
| **Associates Totals** | **67.90** | **19,012.00** |
| **Law Clerk** | | |
| J. Gilbreth | 3.60 | 1,008.00 |
| **Paralegals** | | |
| M. Swiatocha | 5.80 | 754.00 |
| **Total All Timekeepers:** | **303.80** | **115,904.00** |

**For Charges and Disbursements:**

| Description | Amount |
|---|---|
| Copier | 14.60 |
| Fax - domestic | 6.00 |
| Long Distance Calls | 12.95 |
| Travel | 71.75 |
| TOTAL CHARGES AND DISBURSEMENTS: | $ 105.30 |

**TOTAL FOR MATTER -- SEC V. BLEIDT, ET AL.:**    **$116,009.30**

| | | |
|---|---|---|
| Total Fees............................................................ | $ | 115,904.00 |
| Total Charges and Disbursements ............................................. | $ | 105.30 |
| Total Time and Costs ............................................................ | $ | 116,009.30 |
| **TOTAL FOR STATEMENT:** | | **$116,009.30** |

EXHIBIT D (Summary; pgs 4-11)

Out-of-Pocket Expenses

EXHIBIT D

Detailed Itemization of NP's out-of-pocket expenses during the Application Period

| | |
|---|---|
| Total Out-of-Pocket Expenses during the Application Period | $21,599.96 |

Expense Reimbursement Sought:

| | |
|---|---|
| Express Delivery Service | $634.64 |
| Filing & Recording Fees | $168.00 |
| Messenger Service | $48.95 |
| Postage | $144.57 |
| Outside Copying | $6,579.66 |
| Police Detail | $179.90 |
| | |
| Total Expenses Sought: | $7,755.72 |
| | |
| Total Discount: | $13,844.24 |

M124510.1

**Matter Disbursement Detail / 000002 SEC v. Bleidt, et al.**

| Date Disb ID | Atty. | Description | Narrative | Amount | Edit |
|---|---|---|---|---|---|
| **11/29/04** 11422816 | 7216 - K. Fitzgerald | Long Distance Calls | Telephone 11/29/2004 *Number Dialed: 212-329-1409    Duration in Minutes: 34.0* | 11.90 | _____ |
| **12/01/04** 11362174 | 0272 - J. Gilbreth | Copier | Photocopy *Number of Copies: 4* | 0.80 | _____ |
| **12/01/04** 11350455 | 7216 - K. Fitzgerald | Copier | Photocopy *Number of Copies: 1* | 0.20 | _____ |
| **12/01/04** 11350456 | 2220 - M. Swiatocha | Copier | Photocopy - (ECF.MAD.USCOURTS) *Number of Copies: 4* | 0.80 | _____ |
| **12/01/04** 11350457 | 2220 - M. Swiatocha | Copier | Photocopy - (ECF.NHB.USCOURTS) *Number of Copies: 10* | 2.00 | _____ |
| **12/01/04** 11350458 | 7329 - R. Pedone | Copier | Photocopy *Number of Copies: 66* | 13.20 | _____ |
| **12/01/04** 11362175 | 7293 - S. Fuller | Copier | Photocopy *Number of Copies: 166* | 33.20 | _____ |
| **12/01/04** 11362176 | 7293 - S. Fuller | Copier | Photocopy *Number of Copies: 20* | 4.00 | _____ |
| **12/01/04** 11350997 | 5976 - D. Vicinanzo | Fax - domestic | Fax Sent To: 1-978-526-2002  12/1/2004 *Number Dialed: 1 978-526-2002    Number of Pages: 3* | 3.00 | _____ |
| **12/01/04** 11350999 | 5976 - D. Vicinanzo | Fax - domestic | Fax Sent To: 1-978-526-2002  12/1/2004 *Number Dialed: 1 978-526-2002    Number of Pages: 2* | 2.00 | _____ |
| **12/01/04** 11350998 | 7216 - K. Fitzgerald | Fax - domestic | Fax Sent To: 1-508-651-5222  12/1/2004 *Number Dialed: 1 508-651-5222    Number of Pages: 2* | 2.00 | _____ |
| **12/02/04** 11362177 | 0581 - A. Manto | Copier | Photocopy *Number of Copies: 45* | 9.00 | _____ |
| **12/02/04** 11362181 | 0581 - A. Manto | Copier | Photocopy *Number of Copies: 2* | 0.40 | _____ |
| **12/02/04** 11362178 | 8099 - I. Veiga | Copier | Photocopy *Number of Copies: 89* | 17.80 | _____ |
| **12/02/04** 11362179 | 8099 - I. Veiga | Copier | Photocopy *Number of Copies: 48* | 9.60 | _____ |
| **12/02/04** 11362183 | 8099 - I. Veiga | Copier | Photocopy *Number of Copies: 40* | 8.00 | _____ |

| Date | Person | Type | Description | Amount | |
|------|--------|------|-------------|--------|---|
| **12/02/04**<br>11362184 | 8099  - I. Veiga | Copier | Photocopy<br>*Number of Copies: 54* | 10.80 | _____ |
| **12/02/04**<br>11362185 | 8099  - I. Veiga | Copier | Photocopy<br>*Number of Copies: 3* | 0.60 | _____ |
| **12/02/04**<br>11362182 | 0272  - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 1* | 0.20 | _____ |
| **12/02/04**<br>11352712 | 2220  - M. Swiatocha | Copier | Photocopy - (ECF.MAD.USCOURTS)<br>*Number of Copies: 4* | 0.80 | _____ |
| **12/02/04**<br>11352713 | 2220  - M. Swiatocha | Copier | Photocopy - (ECF.MAD.USCOURTS)<br>*Number of Copies: 6* | 1.20 | _____ |
| **12/02/04**<br>11362180 | 7293  - S. Fuller | Copier | Photocopy<br>*Number of Copies: 5* | 1.00 | _____ |
| **12/02/04**<br>11366686 | 2346  - L. Harrington | Express Delivery Service | Postage 12/2/2004 CLERK OF THE COURT UNITED STATES DISTRICT COURT NORTHERN D | 16.21 | _____ |
| **12/02/04**<br>11356492 | 7329  - R. Pedone | Postage | Postage 12/2/2004 | 106.93 | _____ |
| **12/03/04**<br>11362186 | 7293  - S. Fuller | Copier | Photocopy<br>*Number of Copies: 125* | 25.00 | _____ |
| **12/03/04**<br>11355784 | 5976  - D. Vicinanzo | Fax - domestic | Fax Sent To:  1-941-255-0344  12/3/2004<br>*Number Dialed: 1 941-255-0344      Number of Pages: 2* | 2.00 | _____ |
| **12/03/04**<br>11354552 | 7216  - K. Fitzgerald | Travel | Expense Reimbursement, Kevin Fitzgerald: Travel to Concord for TRO Filing, 11/24/04 - 34 Miles and Tolls | 14.25 | _____ |
| **12/03/04**<br>11354553 | 7216  - K. Fitzgerald | Travel | Expense Reimbursement, Kevin Fitzgerald: Travel to Boston for Meeting, 11/23/04 - 106 Miles and Parking | 71.75 | _____ |
| **12/06/04**<br>11376272 | 5976  - D. Vicinanzo | Express Delivery Service | VENDOR: Federal Express Corp.; INVOICE#: 7-884-34747; DATE: 12/6/2004  -  Fedex Overnight Shipment 11/29/04 David Vicinanzo NP Man to Bruce Mittman (Mittman Consulting Group) | 7.70 | _____ |
| **12/06/04**<br>11376276 | 7216  - K. Fitzgerald | Express Delivery Service | VENDOR: Federal Express Corp.; INVOICE#: 7-884-34747; DATE: 12/6/2004  -  Fedex Overnight Shipment 12/1/04 Kevin Fitzgerald NP Man to Bruce Mittman | 7.70 | _____ |
| **12/07/04**<br>11362187 | 0581  - A. Manto | Copier | Photocopy<br>*Number of Copies: 48* | 9.60 | _____ |
| **12/07/04** | 0272  - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 78* | 15.60 | _____ |

Client number 036552
Prebill Number 2129648

| | | | | | |
|---|---|---|---|---|---|
| 11387858 | | | | | |
| **12/07/04** | 7293 - S. Fuller | Copier | Photocopy | 3.60 | _____ |
| 11362188 | | | *Number of Copies: 18* | | |
| **12/07/04** | 7293 - S. Fuller | Fax - domestic | Fax Sent To: 617-896-3502  12/7/2004 | 4.00 | _____ |
| 11363672 | | | *Number Dialed: 617-896-3502      Number of Pages: 4* | | |
| **12/07/04** | 7293 - S. Fuller | Fax - domestic | Fax Sent To: 617-385-1115  12/7/2004 | 3.00 | _____ |
| 11363673 | | | *Number Dialed: 617-385-1115      Number of Pages: 3* | | |
| **12/07/04** | 0272 - J. Gilbreth | Long Distance Calls | Telephone 12/7/2004 | 0.26 | _____ |
| 11364017 | | | *Number Dialed: 978-532-0222      Duration in Minutes: .4* | | |
| **12/08/04** | 0581 - A. Manto | Copier | Photocopy | 0.20 | _____ |
| 11387859 | | | *Number of Copies: 1* | | |
| **12/08/04** | 0581 - A. Manto | Copier | Photocopy | 2.00 | _____ |
| 11387860 | | | *Number of Copies: 10* | | |
| **12/08/04** | 7293 - S. Fuller | Fax - domestic | Fax Sent To: 617-896-3502  12/8/2004 | 2.00 | _____ |
| 11365855 | | | *Number Dialed: 617-896-3502      Number of Pages: 2* | | |
| **12/08/04** | 7329 - R. Pedone | Filing/Recording Fees | Expense Reimbursement, Richard Pedone: Miscellaneous Filing Fees, 12/2/04 | 39.00 | _____ |
| 11364820 | | | | | |
| **12/08/04** | 7329 - R. Pedone | Copy Service | Expense Reimbursement, Richard Pedone: Copies of Documents at U.S. District Court, 12/2/04 | 18.70 | _____ |
| 11364819 | | | | | |
| **12/09/04** | 0581 - A. Manto | Copier | Photocopy | 0.40 | _____ |
| 11387861 | | | *Number of Copies: 2* | | |
| **12/09/04** | 0581 - A. Manto | Copier | Photocopy | 0.20 | _____ |
| 11387862 | | | *Number of Copies: 1* | | |
| **12/09/04** | 0130 - F. Morrissey | Copier | Photocopy | 28.40 | _____ |
| 11367401 | | | *Number of Copies: 142* | | |
| **12/09/04** | 2220 - M. Swiatocha | Copier | Photocopy | 70.00 | _____ |
| 11367402 | | | *Number of Copies: 350* | | |
| **12/09/04** | 2220 - M. Swiatocha | Copier | Photocopy | 6.20 | _____ |
| 11367403 | | | *Number of Copies: 31* | | |
| **12/09/04** | 0581 - A. Manto | Fax - domestic | Fax Sent To: 917813560794  12/9/2004 | 2.00 | _____ |
| 11367912 | | | *Number Dialed: 917813560794      Number of Pages: 2* | | |
| **12/09/04** | 0130 - F. Morrissey | Secretarial Overtime | Barbara Fortin. Revise, proof and e-mail the case analysis memo and task list for Frank Morrissey. 12/6/04 | 70.00 | _____ |
| 11366928 | | | | | |

Client number 036552
Prebill Number 2129648

| | | | | | |
|---|---|---|---|---|---|
| **12/09/04**<br>11368358 | 0272 - J. Gilbreth | Long Distance Calls | Telephone 12/9/2004<br>*Number Dialed: 978-397-5966      Duration in Minutes: 2.0* | 0.61 | _____ |
| **12/10/04**<br>11387864 | 2338 - L. Gilcreast | Copier | Photocopy<br>*Number of Copies: 54* | 10.80 | _____ |
| **12/10/04**<br>11387865 | 7293 - S. Fuller | Copier | Photocopy<br>*Number of Copies: 1* | 0.20 | _____ |
| **12/10/04**<br>11387863 | 7293 - S. Fuller | Copier | Photocopy<br>*Number of Copies: 7* | 1.40 | _____ |
| **12/10/04**<br>11386741 | 2346 - L. Harrington | Express Delivery Service | Postage 12/10/2004 FRANCIS C. MORRISSEY(GUEST)   C/O THE WESTIN ST. FRANCIS   335 | 29.00 | _____ |
| **12/10/04**<br>11415209 | 2338 - L. Gilcreast | Fax - domestic | Network Fax sent to 16172236025<br>*Number Dialed: 1 617-223-6025      Number of Pages: 14* | 14.00 | _____ |
| **12/10/04**<br>11370167 | 7293 - S. Fuller | Fax - domestic | Fax Sent To:  617-896-3502  12/10/2004<br>*Number Dialed: 617-896-3502      Number of Pages: 2* | 2.00 | _____ |
| **12/10/04**<br>11370168 | 7293 - S. Fuller | Fax - domestic | Fax Sent To:  617-896-3502  12/10/2004<br>*Number Dialed: 617-896-3502      Number of Pages: 2* | 2.00 | _____ |
| **12/10/04**<br>11370632 | 0272 - J. Gilbreth | Long Distance Calls | Telephone 12/10/2004<br>*Number Dialed: 978-397-5966      Duration in Minutes: 3.1* | 0.75 | _____ |
| **12/11/04**<br>11369140 | 7216 - K. Fitzgerald | Conference Calls | Kevin Fitzgerald - Spiderphone conference call 11/29/04 | 32.45 | _____ |
| **12/11/04**<br>11369141 | 7216 - K. Fitzgerald | Conference Calls | Kevin Fitzgerald - Spiderphone conference call 11/30/04 | 12.95 | _____ |
| **12/13/04**<br>11372339 | 2346 - L. Harrington | Copier | Photocopy<br>*Number of Copies: 210* | 42.00 | _____ |
| **12/13/04**<br>11415210 | 2338 - L. Gilcreast | Fax - domestic | Network Fax sent to 12129403111<br>*Number Dialed: 1 212-940-3111      Number of Pages: 19* | 19.00 | _____ |
| **12/13/04**<br>11373229 | 0272 - J. Gilbreth | Long Distance Calls | Telephone 12/13/2004<br>*Number Dialed: 505-992-8610      Duration in Minutes: .4* | 0.35 | _____ |
| **12/13/04**<br>11371466 | 2346 - L. Harrington | Travel | VENDOR: Harrington, Lee; INVOICE#: HAR120304; DATE: 12/13/2004  -  Lee Harrington - Expense reimbursement - cab to 205 Portland St., Boston to review mail 11/22/04 $6.50 | 6.50 | _____ |

Client number 036552
Prebill Number 2129648

| | | | | | |
|---|---|---|---|---|---|
| **12/13/04**<br>11371467 | 2346 - L. Harrington | Travel | VENDOR: Harrington, Lee; INVOICE#: HAR120304; DATE: 12/13/2004 - Lee Harrington - Expense reimbursement - cab to 205 Portland, Boston to review mail 11/23 $6.00 | 6.00 | _____ |
| **12/13/04**<br>11371468 | 2346 - L. Harrington | Travel | VENDOR: Harrington, Lee; INVOICE#: HAR120304; DATE: 12/13/2004 - Lee Harrington - Expense reimbursement - cab to 205 Portland St., Boston to review mail 11/30/04 $6.50 | 6.50 | _____ |
| **12/13/04**<br>11371469 | 2346 - L. Harrington | Travel | VENDOR: Harrington, Lee; INVOICE#: HAR120304; DATE: 12/13/2004 - Lee Harrington - Expense reimbursement - cab to/from 205 Portland St., Boston to review mail 12/1/04 $ 12.75 | 12.75 | _____ |
| **12/14/04**<br>11387866 | 2220 - M. Swiatocha | Copier | Photocopy<br>*Number of Copies: 27* | 5.40 | _____ |
| **12/14/04**<br>11387867 | 7264 - T. McCord | Copier | Photocopy<br>*Number of Copies: 5* | 1.00 | _____ |
| **12/14/04**<br>11387868 | 7264 - T. McCord | Copier | Photocopy<br>*Number of Copies: 5* | 1.00 | _____ |
| **12/14/04**<br>11387869 | 7264 - T. McCord | Copier | Photocopy<br>*Number of Copies: 2* | 0.40 | _____ |
| **12/14/04**<br>11387870 | 7264 - T. McCord | Copier | Photocopy<br>*Number of Copies: 3* | 0.60 | _____ |
| **12/14/04**<br>11375173 | 7264 - T. McCord | Fax - domestic | Fax Sent To: 916172465838  12/14/2004<br>*Number Dialed: 916172465838       Number of Pages: 15* | 15.00 | _____ |
| **12/14/04**<br>11375567 | 0272 - J. Gilbreth | Long Distance Calls | Telephone 12/14/2004<br>*Number Dialed: 978-397-5966       Duration in Minutes: .5* | 0.19 | _____ |
| **12/15/04**<br>11387877 | 8099 - I. Veiga | Copier | Photocopy<br>*Number of Copies: 42* | 8.40 | _____ |
| **12/15/04**<br>11387878 | 8099 - I. Veiga | Copier | Photocopy<br>*Number of Copies: 114* | 22.80 | _____ |
| **12/15/04**<br>11387879 | 0272 - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 10* | 2.00 | _____ |
| **12/15/04**<br>11387880 | 0272 - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 375* | 75.00 | _____ |
| **12/15/04**<br>11387876 | 2346 - L. Harrington | Copier | Photocopy<br>*Number of Copies: 84* | 16.80 | _____ |
| **12/15/04** | 7293 - S. Fuller | Copier | Photocopy<br>*Number of Copies: 4* | 0.80 | _____ |

Client number 036552
Prebill Number 2129648

11387875

| | | | | | |
|---|---|---|---|---|---|
| **12/15/04** 11387871 | 7264 - T. McCord | Copier | Photocopy *Number of Copies: 3* | 0.60 | _____ |
| **12/15/04** 11387872 | 7264 - T. McCord | Copier | Photocopy *Number of Copies: 19* | 3.80 | _____ |
| **12/15/04** 11387873 | 7264 - T. McCord | Copier | Photocopy *Number of Copies: 1* | 0.20 | _____ |
| **12/15/04** 11387874 | 7264 - T. McCord | Copier | Photocopy *Number of Copies: 6* | 1.20 | _____ |
| **12/15/04** 11377394 | 7293 - S. Fuller | Fax - domestic | Fax Sent To: 617-896-3502 12/15/2004 *Number Dialed: 617-896-3502     Number of Pages: 2* | 2.00 | _____ |
| **12/15/04** 11377864 | 0272 - J. Gilbreth | Long Distance Calls | Telephone 12/15/2004 *Number Dialed: 978-397-5966     Duration in Minutes: 2.8* | 0.61 | _____ |
| **12/15/04** 11374218 | 7216 - K. Fitzgerald | Travel | Expense Reimbursement, Kevin Fitzgerald: Travel to Boston Regarding Hearing, 12/2/04 - 106 Miles and Parking | 71.75 | _____ |
| **12/16/04** 11387884 | 2338 - L. Gilcreast | Copier | Photocopy *Number of Copies: 8* | 1.60 | _____ |
| **12/16/04** 11387888 | 8099 - I. Veiga | Copier | Photocopy *Number of Copies: 12* | 2.40 | _____ |
| **12/16/04** 11387889 | 0272 - J. Gilbreth | Copier | Photocopy *Number of Copies: 99* | 19.80 | _____ |
| **12/16/04** 11387883 | 0272 - J. Gilbreth | Copier | Photocopy *Number of Copies: 297* | 59.40 | _____ |
| **12/16/04** 11385746 | 7216 - K. Fitzgerald | Copier | Photocopy *Number of Copies: 1* | 0.20 | _____ |
| **12/16/04** 11387890 | 2346 - L. Harrington | Copier | Photocopy *Number of Copies: 7* | 1.40 | _____ |
| **12/16/04** 11387885 | 2346 - L. Harrington | Copier | Photocopy *Number of Copies: 4* | 0.80 | _____ |
| **12/16/04** 11387891 | 2220 - M. Swiatocha | Copier | Photocopy - (ECF.MAD.USCOURTS) *Number of Copies: 14* | 2.80 | _____ |
| **12/16/04** 11387886 | 7293 - S. Fuller | Copier | Photocopy *Number of Copies: 2* | 0.40 | _____ |
| **12/16/04** 11387887 | 7293 - S. Fuller | Copier | Photocopy *Number of Copies: 2* | 0.40 | _____ |
| **12/16/04** 11387882 | 7293 - S. Fuller | Copier | Photocopy *Number of Copies: 20* | 4.00 | _____ |

Client number 036552
Prebill Number 2129648

| | | | | | |
|---|---|---|---|---|---|
| **12/16/04**<br>11387881 | 7264 - T. McCord | Copier | Photocopy<br>*Number of Copies: 78* | 15.60 | _____ |
| **12/16/04**<br>11399798 | 7293 - S. Fuller | Express<br>Delivery Service | Postage 12/16/2004 RONALD E. MOILANEN<br>ASHBURNHAM   MA | 1.75 | _____ |
| **12/16/04**<br>11399799 | 7293 - S. Fuller | Express<br>Delivery Service | Postage 12/16/2004 RONALD E. MOILANEN<br>CUSHING ACADEMY   39 SCHOOL STREET<br>ASH | 11.07 | _____ |
| **12/16/04**<br>11388842 | 7293 - S. Fuller | Fax - domestic | Fax Sent To:  617-896-3502  12/16/2004<br>*Number Dialed: 617-896-3502      Number of<br>Pages: 3* | 3.00 | _____ |
| **12/16/04**<br>11389277 | 0272 - J. Gilbreth | Long Distance<br>Calls | Telephone 12/16/2004<br>*Number Dialed: 978-590-4693      Duration in<br>Minutes: 6.7* | 0.64 | _____ |
| **12/16/04**<br>11428471 | 7264 - T. McCord | Long Distance<br>Calls | Telephone 12/16/2004<br>*Number Dialed: 978-397-5966      Duration in<br>Minutes: 16.9* | 2.52 | _____ |
| **12/16/04**<br>11428472 | 7264 - T. McCord | Long Distance<br>Calls | Telephone 12/16/2004<br>*Number Dialed: 978-397-5966      Duration in<br>Minutes: 4.8* | 0.88 | _____ |
| **12/17/04**<br>11389713 | 2338 - L. Gilcreast | Copier | Photocopy<br>*Number of Copies: 1* | 0.20 | _____ |
| **12/17/04**<br>11389714 | 2338 - L. Gilcreast | Copier | Photocopy<br>*Number of Copies: 2* | 0.40 | _____ |
| **12/17/04**<br>11389715 | 2338 - L. Gilcreast | Copier | Photocopy<br>*Number of Copies: 2* | 0.40 | _____ |
| **12/17/04**<br>11389716 | 2338 - L. Gilcreast | Copier | Photocopy<br>*Number of Copies: 1* | 0.20 | _____ |
| **12/17/04**<br>11387899 | 5976 - D. Vicinanzo | Copier | Photocopy<br>*Number of Copies: 2* | 0.40 | _____ |
| **12/17/04**<br>11387892 | 0272 - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 6* | 1.20 | _____ |
| **12/17/04**<br>11389717 | 0272 - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 6* | 1.20 | _____ |
| **12/17/04**<br>11387897 | 2346 - L. Harrington | Copier | Photocopy<br>*Number of Copies: 23* | 4.60 | _____ |
| **12/17/04**<br>11387898 | 7329 - R. Pedone | Copier | Photocopy<br>*Number of Copies: 499* | 99.80 | _____ |
| **12/17/04**<br>11389711 | 7293 - S. Fuller | Copier | Photocopy<br>*Number of Copies: 7* | 1.40 | _____ |

Client number 036552
Prebill Number 2129648

| Date | Code | Category | Description | Amount | |
|---|---|---|---|---|---|
| **12/17/04** 11389712 | 7293 - S. Fuller | Copier | Photocopy *Number of Copies: 10* | 2.00 | _____ |
| **12/17/04** 11387893 | 7293 - S. Fuller | Copier | Photocopy *Number of Copies: 2* | 0.40 | _____ |
| **12/17/04** 11387894 | 7293 - S. Fuller | Copier | Photocopy *Number of Copies: 18* | 3.60 | _____ |
| **12/17/04** 11387895 | 7264 - T. McCord | Copier | Photocopy *Number of Copies: 10* | 2.00 | _____ |
| **12/17/04** 11387896 | 7264 - T. McCord | Copier | Photocopy *Number of Copies: 1* | 0.20 | _____ |
| **12/17/04** 11415211 | 2338 - L. Gilcreast | Fax - domestic | Network Fax sent to 19785269244 *Number Dialed: 1 978-526-9244    Number of Pages: 3* | 3.00 | _____ |
| **12/17/04** 11415212 | 2338 - L. Gilcreast | Fax - domestic | Network Fax sent to 19785268144 *Number Dialed: 1 978-526-8144    Number of Pages: 15* | 15.00 | _____ |
| **12/17/04** 11389788 | 0272 - J. Gilbreth | Fax - domestic | Fax Sent To:  916172236025  12/17/2004 *Number Dialed: 916172236025    Number of Pages: 3* | 3.00 | _____ |
| **12/17/04** 11389787 | 7293 - S. Fuller | Fax - domestic | Fax Sent To:  617-896-3502  12/17/2004 *Number Dialed: 617-896-3502    Number of Pages: 1* | 1.00 | _____ |
| **12/17/04** 11388843 | 7293 - S. Fuller | Fax - domestic | Fax Sent To:  617-896-3502  12/17/2004 *Number Dialed: 617-896-3502    Number of Pages: 2* | 2.00 | _____ |
| **12/17/04** 11388844 | 7293 - S. Fuller | Fax - domestic | Fax Sent To:  617-896-3502  12/17/2004 *Number Dialed: 617-896-3502    Number of Pages: 3* | 3.00 | _____ |
| **12/17/04** 11386932 | 0130 - F. Morrissey | Filing/Recording Fees | VENDOR: United States District Court; INVOICE#: CKRQ2-12/17/04-FM; DATE: 12/17/04 - Certification fee | 9.00 | _____ |
| **12/17/04** 11389855 | 9999 - . Nixon Peabody LLP | Long Distance Calls | Telephone 12/17/2004 *Number Dialed: 978-827-7000    Duration in Minutes: 2.0* | 0.61 | _____ |
| **12/17/04** 11389856 | 0272 - J. Gilbreth | Long Distance Calls | Telephone 12/17/2004 *Number Dialed: 978-397-5966    Duration in Minutes: 2.3* | 0.61 | _____ |
| **12/17/04** 11389857 | 0272 - J. Gilbreth | Long Distance Calls | Telephone 12/17/2004 *Number Dialed: 978-590-4693    Duration in Minutes: .4* | 0.34 | _____ |
| **12/17/04** 11389858 | 0272 - J. Gilbreth | Long Distance Calls | Telephone 12/17/2004 *Number Dialed: 978-768-0097    Duration in Minutes: .9* | 0.34 | _____ |

EXHIBIT D (pgs 12-31)

Out-of-Pocket Expenses

M124510.1

Client number 036552
Prebill Number 2129648

| | | | | | |
|---|---|---|---|---|---|
| **12/17/04** 11389859 | 0272 - J. Gilbreth | Long Distance Calls | Telephone 12/17/2004 *Number Dialed: 978-526-4357* *Duration in Minutes: 1.3* | 0.48 | _____ |
| **12/17/04** 11389860 | 0272 - J. Gilbreth | Long Distance Calls | Telephone 12/17/2004 *Number Dialed: 240-386-4848* *Duration in Minutes: 11.9* | 4.20 | _____ |
| **12/17/04** 11389861 | 0272 - J. Gilbreth | Long Distance Calls | Telephone 12/17/2004 *Number Dialed: 202-942-7820* *Duration in Minutes: 2.6* | 1.05 | _____ |
| **12/17/04** 11389862 | 0272 - J. Gilbreth | Long Distance Calls | Telephone 12/17/2004 *Number Dialed: 978-397-5966* *Duration in Minutes: 4.2* | 0.88 | _____ |
| **12/20/04** 11396044 | 5976 - D. Vicinanzo | Copier | Photocopy *Number of Copies: 1* | 0.20 | _____ |
| **12/20/04** 11396051 | 8099 - I. Veiga | Copier | Photocopy *Number of Copies: 164* | 32.80 | _____ |
| **12/20/04** 11396042 | 0272 - J. Gilbreth | Copier | Photocopy *Number of Copies: 20* | 4.00 | _____ |
| **12/20/04** 11396046 | 7216 - K. Fitzgerald | Copier | Photocopy *Number of Copies: 17* | 3.40 | _____ |
| **12/20/04** 11396048 | 2346 - L. Harrington | Copier | Photocopy *Number of Copies: 979* | 195.80 | _____ |
| **12/20/04** 11396050 | 2346 - L. Harrington | Copier | Photocopy *Number of Copies: 601* | 120.20 | _____ |
| **12/20/04** 11396041 | 7293 - S. Fuller | Copier | Photocopy *Number of Copies: 209* | 41.80 | _____ |
| **12/20/04** 11396043 | 7293 - S. Fuller | Copier | Photocopy *Number of Copies: 17* | 3.40 | _____ |
| **12/20/04** 11396045 | 7293 - S. Fuller | Copier | Photocopy *Number of Copies: 194* | 38.80 | _____ |
| **12/20/04** 11396049 | 7264 - T. McCord | Copier | Photocopy *Number of Copies: 6* | 1.20 | _____ |
| **12/20/04** 11396047 | 7264 - T. McCord | Copier | Photocopy *Number of Copies: 12* | 2.40 | _____ |
| **12/20/04** 11391713 | 0961 - V. Ahern | Copier | Photocopy *Number of Copies: 5* | 1.00 | _____ |
| **12/20/04** 11406565 | 7329 - R. Pedone | Express Delivery Service | Postage 12/20/2004 RICHARD L. GEMMA, ESQ. MACADAMS & WIECK INC.    101 DYER STRE | 16.50 | _____ |
| **12/20/04** 11415213 | 2338 - L. Gilcreast | Fax - domestic | Network Fax sent to 19785269244 *Number Dialed: 1 978-526-9244* *Number of Pages: 3* | 3.00 | _____ |

Client number 036552
Prebill Number 2129648

| | | | | | |
|---|---|---|---|---|---|
| **12/20/04**<br>11396715 | 0272 - J. Gilbreth | Fax - domestic | Fax Sent To: 916172275505 12/20/2004<br>*Number Dialed: 916172275505    Number of<br>Pages: 2* | 2.00 | _____ |
| **12/20/04**<br>11396716 | 7329 - R. Pedone | Fax - domestic | Fax Sent To: 1-401-454-8755 12/20/2004<br>*Number Dialed: 1 401-454-8755    Number of<br>Pages: 42* | 42.00 | _____ |
| **12/20/04**<br>11390764 | 0961 - V. Ahern | Filing/Recording<br>Fees | VENDOR: Federal Communications Commission;<br>INVOICE#: FCC122004; DATE: 12/20/2004 -<br>FCC Filing Fee for WBIX Corp. (client) | 120.00 | _____ |
| **12/20/04**<br>11390666 | 2346 - L. Harrington | Messenger<br>Service | VENDOR: Mercury Business Services Inc;<br>INVOICE#: 165253; DATE: 12/4/04  -  Delivery<br>11/29/04 thru 12/5/04 - shipment received by Lee<br>Harrington on 12/2/04 | 16.21 | _____ |
| **12/20/04**<br>11397148 | 7566 - C. Buonopane | Long Distance<br>Calls | Telephone 12/20/2004<br>*Number Dialed: 978-921-4945    Duration in<br>Minutes: 2.0* | 0.70 | _____ |
| **12/20/04**<br>11397145 | 0272 - J. Gilbreth | Long Distance<br>Calls | Telephone 12/20/2004<br>*Number Dialed: 978-397-5966    Duration in<br>Minutes: 1.1* | 0.48 | _____ |
| **12/20/04**<br>11397146 | 0272 - J. Gilbreth | Long Distance<br>Calls | Telephone 12/20/2004<br>*Number Dialed: 802-253-2990    Duration in<br>Minutes: 2.6* | 1.05 | _____ |
| **12/20/04**<br>11397147 | 0272 - J. Gilbreth | Long Distance<br>Calls | Telephone 12/20/2004<br>*Number Dialed: 978-526-4693    Duration in<br>Minutes: .7* | 0.34 | _____ |
| **12/20/04**<br>11428473 | 7264 - T. McCord | Long Distance<br>Calls | Telephone 12/20/2004<br>*Number Dialed: 978-397-5966    Duration in<br>Minutes: 6.6* | 1.16 | _____ |
| **12/20/04**<br>11428474 | 7264 - T. McCord | Long Distance<br>Calls | Telephone 12/20/2004<br>*Number Dialed: 978-397-5966    Duration in<br>Minutes: 3.5* | 0.75 | _____ |
| **12/20/04**<br>11428475 | 7264 - T. McCord | Long Distance<br>Calls | Telephone 12/20/2004<br>*Number Dialed: 978-397-5966    Duration in<br>Minutes: 10.8* | 1.70 | _____ |
| **12/20/04**<br>11397585 | 9999 - . Nixon<br>Peabody LLP | Westlaw<br>Research | Westlaw | 77.00 | _____ |
| **12/21/04**<br>11396053 | 2338 - L. Gilcreast | Copier | Photocopy<br>*Number of Copies: 27* | 5.40 | _____ |
| **12/21/04**<br>11396060 | 8099 - I. Veiga | Copier | Photocopy<br>*Number of Copies: 2* | 0.40 | _____ |
| **12/21/04**<br>11396058 | 8099 - I. Veiga | Copier | Photocopy<br>*Number of Copies: 58* | 11.60 | _____ |

Client number 036552
Prebill Number 2129648

| | | | | | |
|---|---|---|---|---|---|
| **12/21/04**<br>11396059 | 0272 - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 1* | 0.20 | _____ |
| **12/21/04**<br>11396061 | 0272 - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 189* | 37.80 | _____ |
| **12/21/04**<br>11396056 | 0272 - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 4* | 0.80 | _____ |
| **12/21/04**<br>11396057 | 0272 - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 1* | 0.20 | _____ |
| **12/21/04**<br>11396052 | 0272 - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 442* | 88.40 | _____ |
| **12/21/04**<br>11396054 | 7216 - K. Fitzgerald | Copier | Photocopy<br>*Number of Copies: 1* | 0.20 | _____ |
| **12/21/04**<br>11396055 | 7293 - S. Fuller | Copier | Photocopy<br>*Number of Copies: 84* | 16.80 | _____ |
| **12/21/04**<br>11406566 | 0272 - J. Gilbreth | Express<br>Delivery Service | Postage 12/21/2004 VERONICA AHERN<br>NIXON PEABODY LLP   5471 31ST  STREET<br>N.W. | 11.07 | _____ |
| **12/21/04**<br>11415214 | 2338 - L. Gilcreast | Fax - domestic | Network Fax sent to 16172236025<br>*Number Dialed: 1 617-223-6025      Number of<br>Pages: 4* | 4.00 | _____ |
| **12/22/04**<br>11398507 | 0581 - A. Manto | Copier | Photocopy<br>*Number of Copies: 213* | 42.60 | _____ |
| **12/22/04**<br>11398508 | 2338 - L. Gilcreast | Copier | Photocopy<br>*Number of Copies: 13* | 2.60 | _____ |
| **12/22/04**<br>11398510 | 0581 - A. Manto | Copier | Photocopy<br>*Number of Copies: 8* | 1.60 | _____ |
| **12/22/04**<br>11398509 | 8099 - I. Veiga | Copier | Photocopy<br>*Number of Copies: 4* | 0.80 | _____ |
| **12/22/04**<br>11398511 | 0272 - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 2* | 0.40 | _____ |
| **12/22/04**<br>11398506 | 0272 - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 2* | 0.40 | _____ |
| **12/22/04**<br>11401412 | 7216 - K. Fitzgerald | Copier | Photocopy<br>*Number of Copies: 27* | 5.40 | _____ |
| **12/22/04**<br>11401413 | 7216 - K. Fitzgerald | Copier | Photocopy<br>*Number of Copies: 2* | 0.40 | _____ |
| **12/22/04**<br>11398504 | 2220 - M. Swiatocha | Copier | Photocopy - (ECF.MAD.USCOURTS)<br>*Number of Copies: 14* | 2.80 | _____ |
| **12/22/04** | 7264 - T. McCord | Copier | Photocopy<br>*Number of Copies: 21* | 4.20 | |

Client number 036552
Prebill Number 2129648

11398505

| Date | Staff | Type | Description | Amount | |
|---|---|---|---|---|---|
| **12/22/04** 11399415 | 0272 - J. Gilbreth | Long Distance Calls | Telephone 12/22/2004 *Number Dialed: 978-590-4693    Duration in Minutes: .9* | 0.34 | _____ |
| **12/22/04** 11399416 | 0272 - J. Gilbreth | Long Distance Calls | Telephone 12/22/2004 *Number Dialed: 978-397-5966    Duration in Minutes: .6* | 0.34 | _____ |
| **12/23/04** 11398512 | 2338 - L. Gilcreast | Copier | Photocopy *Number of Copies: 2* | 0.40 | _____ |
| **12/23/04** 11398514 | 0581 - A. Manto | Copier | Photocopy *Number of Copies: 163* | 32.60 | _____ |
| **12/23/04** 11398515 | 0581 - A. Manto | Copier | Photocopy *Number of Copies: 6* | 1.20 | _____ |
| **12/23/04** 11401414 | 7216 - K. Fitzgerald | Copier | Photocopy *Number of Copies: 4* | 0.80 | _____ |
| **12/23/04** 11401415 | 7216 - K. Fitzgerald | Copier | Photocopy *Number of Copies: 2* | 0.40 | _____ |
| **12/23/04** 11401416 | 7216 - K. Fitzgerald | Copier | Photocopy *Number of Copies: 1* | 0.20 | _____ |
| **12/23/04** 11398513 | 7293 - S. Fuller | Copier | Photocopy *Number of Copies: 90* | 18.00 | _____ |
| **12/23/04** 11399062 | 2346 - L. Harrington | Fax - domestic | Fax Sent To:  9-617-227-5505  12/23/2004 *Number Dialed: 9 617-227-5505    Number of Pages: 2* | 2.00 | _____ |
| **12/27/04** 11401418 | 8115 - E. Gershman | Copier | Photocopy *Number of Copies: 12* | 2.40 | _____ |
| **12/27/04** 11401417 | 2346 - L. Harrington | Copier | Photocopy *Number of Copies: 1* | 0.20 | _____ |
| **12/27/04** 11417155 | 8115 - E. Gershman | Express Delivery Service | Postage 12/27/2004 MS. TINA B. MALONEY WINSLOW, EVANS & CROCKER, INC.    175 FED | 11.07 | _____ |
| **12/28/04** 11405168 | 2338 - L. Gilcreast | Copier | Photocopy *Number of Copies: 25* | 5.00 | _____ |
| **12/28/04** 11405169 | 0272 - J. Gilbreth | Copier | Photocopy *Number of Copies: 2* | 0.40 | _____ |
| **12/28/04** 11405170 | 0272 - J. Gilbreth | Copier | Photocopy *Number of Copies: 7* | 1.40 | _____ |
| **12/28/04** 11405167 | 0272 - J. Gilbreth | Copier | Photocopy *Number of Copies: 2* | 0.40 | _____ |
| **12/28/04** | 2338 - L. Gilcreast | Fax - domestic | Network Fax sent to 19412550344 *Number Dialed: 1 941-255-0344    Number of* | 3.00 | _____ |

Client number 036552
Prebill Number 2129648

| | | | | | |
|---|---|---|---|---|---|
| 11415215 | | | *Pages: 3* | | |
| **12/28/04**<br>11405794 | 0272 - J. Gilbreth | Fax - domestic | Fax Sent To: 916172275505  12/28/2004<br>*Number Dialed: 916172275505      Number of*<br>*Pages: 2* | 2.00 | _____ |
| **12/28/04**<br>11406061 | 0272 - J. Gilbreth | Long Distance<br>Calls | Telephone 12/28/2004<br>*Number Dialed: 941-255-8200      Duration in*<br>*Minutes: 2.1* | 1.05 | _____ |
| **12/28/04**<br>11406062 | 0272 - J. Gilbreth | Long Distance<br>Calls | Telephone 12/28/2004<br>*Number Dialed: 941-255-8200      Duration in*<br>*Minutes: 1.4* | 0.70 | _____ |
| **12/28/04**<br>11406063 | 0272 - J. Gilbreth | Long Distance<br>Calls | Telephone 12/28/2004<br>*Number Dialed: 941-255-8200      Duration in*<br>*Minutes: .3* | 0.35 | _____ |
| **12/29/04**<br>11405173 | 2220 - M. Swiatocha | Copier | Photocopy - (ECF.MAD.USCOURTS)<br>*Number of Copies: 14* | 2.80 | _____ |
| **12/29/04**<br>11405174 | 0029 - P. Logan | Copier | Photocopy<br>*Number of Copies: 14* | 2.80 | _____ |
| **12/29/04**<br>11405172 | 7329 - R. Pedone | Copier | Photocopy<br>*Number of Copies: 123* | 24.60 | _____ |
| **12/29/04**<br>11405171 | 7293 - S. Fuller | Copier | Photocopy<br>*Number of Copies: 3* | 0.60 | _____ |
| **12/29/04**<br>11405796 | 0272 - J. Gilbreth | Fax - domestic | Fax Sent To: 916172275505  12/29/2004<br>*Number Dialed: 916172275505      Number of*<br>*Pages: 2* | 2.00 | _____ |
| **12/29/04**<br>11405795 | 0892 - M. Firouzbakht | Fax - domestic | Fax Sent To: 1-812-466-8613  12/29/2004<br>*Number Dialed: 1 812-466-8613      Number of*<br>*Pages: 15* | 15.00 | _____ |
| **12/29/04**<br>11406064 | 0272 - J. Gilbreth | Long Distance<br>Calls | Telephone 12/29/2004<br>*Number Dialed: 850-410-9805      Duration in*<br>*Minutes: 1.3* | 0.70 | _____ |
| **12/29/04**<br>11406065 | 0272 - J. Gilbreth | Long Distance<br>Calls | Telephone 12/29/2004<br>*Number Dialed: 978-590-4693      Duration in*<br>*Minutes: .6* | 0.34 | _____ |
| **12/29/04**<br>11406066 | 0272 - J. Gilbreth | Long Distance<br>Calls | Telephone 12/29/2004<br>*Number Dialed: 978-397-5966      Duration in*<br>*Minutes: 2.9* | 0.61 | _____ |
| **12/29/04**<br>11428476 | 7264 - T. McCord | Long Distance<br>Calls | Telephone 12/29/2004<br>*Number Dialed: 978-397-5966      Duration in*<br>*Minutes: 18.3* | 2.78 | _____ |
| **12/30/04**<br>11407673 | 0581 - A. Manto | Copier | Photocopy<br>*Number of Copies: 4* | 0.80 | _____ |
| **12/30/04**<br>11407676 | 0272 - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 1* | 0.20 | _____ |

| | | | | | |
|---|---|---|---|---|---|
| **12/30/04**<br>11407674 | 7264 - T. McCord | Copier | Photocopy<br>*Number of Copies: 4* | 0.80 | _____ |
| **12/30/04**<br>11407675 | 7264 - T. McCord | Copier | Photocopy<br>*Number of Copies: 3* | 0.60 | _____ |
| **12/30/04**<br>11407672 | 7264 - T. McCord | Copier | Photocopy<br>*Number of Copies: 13* | 2.60 | _____ |
| **12/30/04**<br>11417156 | 7329 - R. Pedone | Express<br>Delivery Service | Postage 12/30/2004 PHYLLISI CASHMAN<br>AUTOMATIC DATA PROCESSING    NEW<br>ENGLAND REG | 11.07 | _____ |
| **12/30/04**<br>11408055 | 0272 - J. Gilbreth | Fax - domestic | Fax Sent To: 916172696969  12/30/2004<br>*Number Dialed: 916172696969        Number of<br>Pages: 2* | 2.00 | _____ |
| **12/30/04**<br>11408056 | 0272 - J. Gilbreth | Fax - domestic | Fax Sent To: 916179693030  12/30/2004<br>*Number Dialed: 916179693030        Number of<br>Pages: 14* | 14.00 | _____ |
| **12/30/04**<br>11408057 | 0272 - J. Gilbreth | Fax - domestic | Fax Sent To: 916172275505  12/30/2004<br>*Number Dialed: 916172275505        Number of<br>Pages: 2* | 2.00 | _____ |
| **12/30/04**<br>11415216 | 0529 - L. Walker | Fax - domestic | Network Fax sent to 17816723745<br>*Number Dialed: 1 781-672-3745        Number of<br>Pages: 5* | 5.00 | _____ |
| **12/30/04**<br>11415217 | 0529 - L. Walker | Fax - domestic | Network Fax sent to 17816723745<br>*Number Dialed: 1 781-672-3745        Number of<br>Pages: 4* | 4.00 | _____ |
| **12/30/04**<br>11408054 | 0892 - M. Firouzbakht | Fax - domestic | Fax Sent To: 1-602-744-8778  12/30/2004<br>*Number Dialed: 1 602-744-8778        Number of<br>Pages: 15* | 15.00 | _____ |
| **12/30/04**<br>11408058 | 7329 - R. Pedone | Fax - domestic | Fax Sent To: 1-303-307-8151  12/30/2004<br>*Number Dialed: 1 303-307-8151        Number of<br>Pages: 31* | 31.00 | _____ |
| **12/30/04**<br>11428477 | 7264 - T. McCord | Long Distance<br>Calls | Telephone 12/30/2004<br>*Number Dialed: 978-397-5966        Duration in<br>Minutes: 3.1* | 0.75 | _____ |
| **12/30/04**<br>11428478 | 7264 - T. McCord | Long Distance<br>Calls | Telephone 12/30/2004<br>*Number Dialed: 978-397-5966        Duration in<br>Minutes: 9.5* | 1.56 | _____ |
| **12/30/04**<br>11428479 | 7264 - T. McCord | Long Distance<br>Calls | Telephone 12/30/2004<br>*Number Dialed: 978-397-5966        Duration in<br>Minutes: 3.3* | 0.75 | _____ |
| **01/01/05**<br>11411452 | 7216 - K. Fitzgerald | Copy Service | VENDOR: Copy Express; INVOICE#: 3824;<br>DATE: 12/22/2004  -  Cost to have the vendor<br>create copies relative to the client's file. | 27.60 | _____ |

Client number 036552
Prebill Number 2129648

| | | | | | |
|---|---|---|---|---|---|
| **01/03/05**<br>11410122 | 0272 - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 13* | 2.60 | _____ |
| **01/03/05**<br>11410124 | 0272 - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 3* | 0.60 | _____ |
| **01/03/05**<br>11410123 | 7293 - S. Fuller | Copier | Photocopy<br>*Number of Copies: 2* | 0.40 | _____ |
| **01/03/05**<br>11410656 | 0272 - J. Gilbreth | Fax - domestic | Fax Sent To: 916172275505 1/3/2005<br>*Number Dialed: 916172275505      Number of<br>Pages: 1* | 1.00 | _____ |
| **01/03/05**<br>11410987 | 0272 - J. Gilbreth | Long Distance<br>Calls | Telephone 1/3/2005<br>*Number Dialed: 978-397-5966      Duration in<br>Minutes: 14.5* | 2.24 | _____ |
| **01/03/05**<br>11410988 | 0272 - J. Gilbreth | Long Distance<br>Calls | Telephone 1/3/2005<br>*Number Dialed: 978-397-5966      Duration in<br>Minutes: .7* | 0.34 | _____ |
| **01/03/05**<br>11411251 | 7216 - K. Fitzgerald | Postage | Postage: 12/22/04 | 7.80 | _____ |
| **01/03/05**<br>11411252 | 7216 - K. Fitzgerald | Postage | Postage: 12/23/04 | 3.85 | _____ |
| **01/03/05**<br>11409520 | 7329 - R. Pedone | Stationary/Suppl<br>ies (Invoice<br>Payments) | VENDOR: ExecuPrint; INVOICE#: 17758; DATE:<br>12/17/04  -  Charges for self seal envelopes<br>purchased | 809.55 | _____ |
| **01/04/05**<br>11412190 | 0892 - M. Firouzbakht | Copier | Photocopy<br>*Number of Copies: 4* | 0.80 | _____ |
| **01/04/05**<br>11412191 | 7293 - S. Fuller | Copier | Photocopy<br>*Number of Copies: 20* | 4.00 | _____ |
| **01/04/05**<br>11412774 | 0272 - J. Gilbreth | Fax - domestic | Fax Sent To: 916172275505 1/4/2005<br>*Number Dialed: 916172275505      Number of<br>Pages: 2* | 2.00 | _____ |
| **01/05/05**<br>11416091 | 0892 - M. Firouzbakht | Copier | Photocopy<br>*Number of Copies: 3* | 0.60 | _____ |
| **01/05/05**<br>11416092 | 0892 - M. Firouzbakht | Copier | Photocopy<br>*Number of Copies: 2* | 0.40 | _____ |
| **01/05/05**<br>11416879 | 0272 - J. Gilbreth | Long Distance<br>Calls | Telephone 1/5/2005<br>*Number Dialed: 973-594-3332      Duration in<br>Minutes: .4* | 0.35 | _____ |
| **01/05/05**<br>11468195 | 7264 - T. McCord | Long Distance<br>Calls | Telephone 1/5/2005<br>*Number Dialed: 978-397-5966      Duration in<br>Minutes: 1.2* | 0.48 | _____ |
| **01/05/05**<br>11468196 | 7264 - T. McCord | Long Distance<br>Calls | Telephone 1/5/2005<br>*Number Dialed: 978-397-5966      Duration in<br>Minutes: 2.3* | 0.61 | _____ |

| Date | Code | Type | Description | Amount | |
|---|---|---|---|---|---|
| **01/06/05** 11418411 | 0272 - J. Gilbreth | Copier | Photocopy *Number of Copies: 13* | 2.60 | _____ |
| **01/06/05** 11418412 | 0272 - J. Gilbreth | Copier | Photocopy *Number of Copies: 14* | 2.80 | _____ |
| **01/06/05** 11418413 | 0892 - M. Firouzbakht | Copier | Photocopy *Number of Copies: 11* | 2.20 | _____ |
| **01/06/05** 11418410 | 7293 - S. Fuller | Copier | Photocopy *Number of Copies: 217* | 43.40 | _____ |
| **01/06/05** 11474343 | 2338 - L. Gilcreast | Fax - domestic | Network Fax sent to 19789227389 *Number Dialed: 1 978-922-7389      Number of Pages: 15* | 15.00 | _____ |
| **01/06/05** 11419321 | 0272 - J. Gilbreth | Fax - domestic | Fax Sent To: 916172275505  1/6/2005 *Number Dialed: 916172275505      Number of Pages: 2* | 2.00 | _____ |
| **01/06/05** 11419669 | 0272 - J. Gilbreth | Long Distance Calls | Telephone 1/6/2005 *Number Dialed: 978-397-5966      Duration in Minutes: .5* | 0.34 | _____ |
| **01/06/05** 11419670 | 0272 - J. Gilbreth | Long Distance Calls | Telephone 1/6/2005 *Number Dialed: 978-922-4533      Duration in Minutes: 2.2* | 0.61 | _____ |
| **01/06/05** 11419671 | 0272 - J. Gilbreth | Long Distance Calls | Telephone 1/6/2005 *Number Dialed: 212-226-0629      Duration in Minutes: .3* | 0.35 | _____ |
| **01/06/05** 11419672 | 0272 - J. Gilbreth | Long Distance Calls | Telephone 1/6/2005 *Number Dialed: 978-397-5966      Duration in Minutes: 3.6* | 0.75 | _____ |
| **01/06/05** 11419673 | 0272 - J. Gilbreth | Long Distance Calls | Telephone 1/6/2005 *Number Dialed: 941-255-8200      Duration in Minutes: .3* | 0.35 | _____ |
| **01/07/05** 11421389 | 2338 - L. Gilcreast | Copier | Photocopy *Number of Copies: 15* | 3.00 | _____ |
| **01/07/05** 11421390 | 0272 - J. Gilbreth | Copier | Photocopy *Number of Copies: 2* | 0.40 | _____ |
| **01/07/05** 11421387 | 7216 - K. Fitzgerald | Copier | Photocopy *Number of Copies: 82* | 16.40 | _____ |
| **01/07/05** 11421388 | 7293 - S. Fuller | Copier | Photocopy *Number of Copies: 15* | 3.00 | _____ |
| **01/07/05** 11421972 | 0272 - J. Gilbreth | Fax - domestic | Fax Sent To:  916174245940  1/7/2005 *Number Dialed: 916174245940      Number of Pages: 3* | 3.00 | _____ |
| **01/07/05** | 7216 - K. Fitzgerald | Conference Calls | Kevin Fitzgerald - Spiderphone conference call 12/14/04 | 40.28 | _____ |

Client number 036552
Prebill Number 2129648

11420625

| Date | Timekeeper | Category | Description | Amount | |
|------|-----------|----------|-------------|--------|---|
| **01/07/05** 11420627 | 7216 - K. Fitzgerald | Conference Calls | Kevin Fitzgerald - Spiderphone conference call 12/17/04 | 18.10 | _____ |
| **01/07/05** 11420628 | 7216 - K. Fitzgerald | Conference Calls | Kevin Fitzgerald - Spiderphone conference call 12/21/04 | 20.12 | _____ |
| **01/07/05** 11420629 | 7216 - K. Fitzgerald | Conference Calls | Kevin Fitzgerald - Spiderphone conference call 12/28/04 | 14.50 | _____ |
| **01/07/05** 11420630 | 7216 - K. Fitzgerald | Conference Calls | Kevin Fitzgerald - Spiderphone conference call 12/29/04 | 12.49 | _____ |
| **01/07/05** 11422391 | 0272 - J. Gilbreth | Long Distance Calls | Telephone 1/7/2005 *Number Dialed: 978-397-5966    Duration in Minutes: 11.6* | 1.84 | _____ |
| **01/07/05** 11422392 | 0272 - J. Gilbreth | Long Distance Calls | Telephone 1/7/2005 *Number Dialed: 978-250-4255    Duration in Minutes: 1.4* | 0.48 | _____ |
| **01/07/05** 11422393 | 0272 - J. Gilbreth | Long Distance Calls | Telephone 1/7/2005 *Number Dialed: 978-250-4255    Duration in Minutes: .3* | 0.34 | _____ |
| **01/07/05** 11422394 | 0272 - J. Gilbreth | Long Distance Calls | Telephone 1/7/2005 *Number Dialed: 978-250-4255    Duration in Minutes: .2* | 0.34 | _____ |
| **01/07/05** 11422395 | 0272 - J. Gilbreth | Long Distance Calls | Telephone 1/7/2005 *Number Dialed: 978-532-3209    Duration in Minutes: 2.1* | 0.49 | _____ |
| **01/10/05** 11424345 | 0272 - J. Gilbreth | Copier | Photocopy *Number of Copies: 29* | 5.80 | _____ |
| **01/10/05** 11424346 | 0272 - J. Gilbreth | Copier | Photocopy *Number of Copies: 10* | 2.00 | _____ |
| **01/10/05** 11424349 | 0892 - M. Firouzbakht | Copier | Photocopy *Number of Copies: 3* | 0.60 | _____ |
| **01/10/05** 11424347 | 7293 - S. Fuller | Copier | Photocopy *Number of Copies: 40* | 8.00 | _____ |
| **01/10/05** 11424348 | 7293 - S. Fuller | Copier | Photocopy *Number of Copies: 58* | 11.60 | _____ |
| **01/10/05** 11474344 | 2338 - L. Gilcreast | Fax - domestic | Network Fax sent to 16177450031 *Number Dialed: 1 617-745-0031    Number of Pages: 14* | 14.00 | _____ |
| **01/10/05** 11474345 | 2338 - L. Gilcreast | Fax - domestic | Network Fax sent to 16175217773 *Number Dialed: 1 617-521-7773    Number of Pages: 1* | 1.00 | _____ |

Client number 036552
Prebill Number 2129648

| 01/10/05 11424939 | 0272 - J. Gilbreth | Fax - domestic | Fax Sent To: 916172275505 1/10/2005 *Number Dialed: 916172275505 Number of Pages: 1* | 1.00 | _____ |
| 01/10/05 11424938 | 0892 - M. Firouzbakht | Fax - domestic | Fax Sent To: 1-904-620-7683 1/10/2005 *Number Dialed: 1 904-620-7683 Number of Pages: 14* | 14.00 | _____ |
| 01/10/05 11423504 | 7293 - S. Fuller | Meals | VENDOR: Fuller, Steven; INVOICE#: FUL010505; DATE: 1/10/2005 - Steven Fuller - Expense reimbursement - lunch at mtg with client at clients office 12/8/04 $9.21 | 9.21 | _____ |
| 01/10/05 11425258 | 0272 - J. Gilbreth | Long Distance Calls | Telephone 1/10/2005 *Number Dialed: 978-397-5966 Duration in Minutes: 3.9* | 0.75 | _____ |
| 01/10/05 11423502 | 7293 - S. Fuller | Travel | VENDOR: Fuller, Steven; INVOICE#: FUL010505; DATE: 1/10/2005 - Steven Fuller - Expense reimbursement - cab to FPPS Portland St 12/1/04 $10.00 | 10.00 | _____ |
| 01/10/05 11423503 | 7293 - S. Fuller | Travel | VENDOR: Fuller, Steven; INVOICE#: FUL010505; DATE: 1/10/2005 - Steven Fuller - Expense reimbursement - cabs from Portland St. to office & return 12/8/04 | 20.00 | _____ |
| 01/11/05 11426669 | 5976 - D. Vicinanzo | Copier | Photocopy *Number of Copies: 17* | 3.40 | _____ |
| 01/11/05 11427105 | 5976 - D. Vicinanzo | Fax - domestic | Fax Sent To: 224-8350 1/11/2005 *Number Dialed: 224-8350 Number of Pages: 14* | 14.00 | _____ |
| 01/11/05 11429485 | 0272 - J. Gilbreth | Fax - domestic | Fax Sent To: 916174245940 1/11/2005 *Number Dialed: 916174245940 Number of Pages: 2* | 2.00 | _____ |
| 01/11/05 11429807 | 0272 - J. Gilbreth | Long Distance Calls | Telephone 1/11/2005 *Number Dialed: 978-397-5966 Duration in Minutes: .4* | 0.19 | _____ |
| 01/11/05 11468197 | 7264 - T. McCord | Long Distance Calls | Telephone 1/11/2005 *Number Dialed: 978-397-5966 Duration in Minutes: 11.2* | 1.84 | _____ |
| 01/11/05 11468198 | 7264 - T. McCord | Long Distance Calls | Telephone 1/11/2005 *Number Dialed: 978-397-5966 Duration in Minutes: 3.1* | 0.75 | _____ |
| 01/11/05 11468199 | 7264 - T. McCord | Long Distance Calls | Telephone 1/11/2005 *Number Dialed: 978-397-5966 Duration in Minutes: .8* | 0.34 | _____ |
| 01/11/05 11468200 | 7264 - T. McCord | Long Distance Calls | Telephone 1/11/2005 *Number Dialed: 978-397-5966 Duration in Minutes: 6.4* | 1.16 | _____ |

Client number 036552
Prebill Number 2129648

| Date / ID | Timekeeper | Category | Description | Amount | |
|---|---|---|---|---|---|
| **01/12/05**<br>11446839 | 7566  - C. Buonopane | In-house provided meals, snacks, beverages (BOS office) | Hutchins Room - Food/Beverages | 70.00 | _____ |
| **01/12/05**<br>11446842 | 7566  - C. Buonopane | In-house provided meals, snacks, beverages (BOS office) | Knight Room - Beverages | 4.00 | _____ |
| **01/12/05**<br>11428993 | 5976  - D. Vicinanzo | Copier | Photocopy<br>*Number of Copies: 1* | 0.20 | _____ |
| **01/12/05**<br>11431077 | 0272  - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 18* | 3.60 | _____ |
| **01/12/05**<br>11431078 | 0272  - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 18* | 3.60 | _____ |
| **01/12/05**<br>11431074 | 7293  - S. Fuller | Copier | Photocopy<br>*Number of Copies: 27* | 5.40 | _____ |
| **01/12/05**<br>11431075 | 7293  - S. Fuller | Copier | Photocopy<br>*Number of Copies: 10* | 2.00 | _____ |
| **01/12/05**<br>11431076 | 7293  - S. Fuller | Copier | Photocopy<br>*Number of Copies: 116* | 23.20 | _____ |
| **01/12/05**<br>11431739 | 0272  - J. Gilbreth | Fax - domestic | Fax Sent To:  916172275505  1/12/2005<br>*Number Dialed: 916172275505        Number of Pages: 2* | 2.00 | _____ |
| **01/12/05**<br>11431740 | 0272  - J. Gilbreth | Fax - domestic | Fax Sent To:  916174245940  1/12/2005<br>*Number Dialed: 916174245940        Number of Pages: 3* | 3.00 | _____ |
| **01/12/05**<br>11431738 | 7293  - S. Fuller | Fax - domestic | Fax Sent To:  1-212-428-6898  1/12/2005<br>*Number Dialed: 1 212-428-6898        Number of Pages: 28* | 28.00 | _____ |
| **01/12/05**<br>11428311 | 0130  - F. Morrissey | Secretarial Overtime | Anna Manto. Typing and Edits. 1/8/05 | 140.00 | _____ |
| **01/12/05**<br>11432167 | 0272  - J. Gilbreth | Long Distance Calls | Telephone 1/12/2005<br>*Number Dialed: 978-397-5966        Duration in Minutes: 6.1* | 1.16 | _____ |
| **01/12/05**<br>11432168 | 0272  - J. Gilbreth | Long Distance Calls | Telephone 1/12/2005<br>*Number Dialed: 978-465-5411        Duration in Minutes: 2.2* | 0.61 | _____ |
| **01/12/05**<br>11430091 | 0961  - V. Ahern | Postage | Postage 1/12/2005 | 13.65 | _____ |
| **01/13/05**<br>11431079 | 8676  - G. Johnson | Copier | Photocopy<br>*Number of Copies: 4* | 0.80 | _____ |
| **01/13/05** | 0892  - M. Firouzbakht | Copier | Photocopy | 0.20 | _____ |

Client number 036552
Prebill Number 2129648

| | | | | | |
|---|---|---|---|---|---|
| 11431080 | | | Number of Copies: 1 | | |
| **01/13/05** 11431741 | 0892 - M. Firouzbakht | Fax - domestic | Fax Sent To: 1-617-764-2584  1/13/2005 Number Dialed: 1 617-764-2584     Number of Pages: 4 | 4.00 | _____ |
| **01/13/05** 11431742 | 0892 - M. Firouzbakht | Fax - domestic | Fax Sent To:  1-866-577-4656  1/13/2005 Number Dialed: 1 866-577-4656     Number of Pages: 14 | 14.00 | _____ |
| **01/13/05** 11432169 | 0272 - J. Gilbreth | Long Distance Calls | Telephone 1/13/2005 Number Dialed: 978-397-5966     Duration in Minutes: 13.1 | 2.11 | _____ |
| **01/13/05** 11432170 | 0272 - J. Gilbreth | Long Distance Calls | Telephone 1/13/2005 Number Dialed: 978-397-5966     Duration in Minutes: 1.8 | 0.48 | _____ |
| **01/13/05** 11468201 | 7264 - T. McCord | Long Distance Calls | Telephone 1/13/2005 Number Dialed: 978-397-5966     Duration in Minutes: 17.3 | 2.65 | _____ |
| **01/14/05** 11433348 | 8676 - G. Johnson | Copier | Photocopy Number of Copies: 2 | 0.40 | _____ |
| **01/14/05** 11433346 | 0272 - J. Gilbreth | Copier | Photocopy Number of Copies: 2 | 0.40 | _____ |
| **01/14/05** 11433349 | 0892 - M. Firouzbakht | Copier | Photocopy Number of Copies: 58 | 11.60 | _____ |
| **01/14/05** 11433347 | 7329 - R. Pedone | Copier | Photocopy Number of Copies: 107 | 21.40 | _____ |
| **01/14/05** 11433345 | 7293 - S. Fuller | Copier | Photocopy Number of Copies: 2 | 0.40 | _____ |
| **01/14/05** 11434240 | 0272 - J. Gilbreth | Long Distance Calls | Telephone 1/14/2005 Number Dialed: 978-397-5966     Duration in Minutes: 3.3 | 0.75 | _____ |
| **01/14/05** 11434241 | 0272 - J. Gilbreth | Long Distance Calls | Telephone 1/14/2005 Number Dialed: 978-397-5966     Duration in Minutes: .3 | 0.34 | _____ |
| **01/15/05** 11434463 | 7293 - S. Fuller | Travel | VENDOR: Fuller, Steven; INVOICE#: FUL011005; DATE: 1/15/2005  -  Steven Fuller - Expense reimbursement - Airline Charge: cancellation and repurchased charge for ticket from Florida - Return early from trip 11/27/04 $271.60 | 271.60 | _____ |
| **01/17/05** 11434665 | 7293 - S. Fuller | Copier | Photocopy Number of Copies: 36 | 7.20 | _____ |
| **01/17/05** 11434715 | 7293 - S. Fuller | Fax - domestic | Fax Sent To: 617-896-3502  1/17/2005 Number Dialed: 617-896-3502     Number of Pages: 2 | 2.00 | _____ |

Client number 036552
Prebill Number 2129648

| | | | | | |
|---|---|---|---|---|---|
| **01/17/05**<br>11434716 | 7293 - S. Fuller | Fax - domestic | Fax Sent To:  617-896-3502  1/17/2005<br>*Number Dialed: 617-896-3502      Number of*<br>*Pages: 2* | 2.00 | _____ |
| **01/17/05**<br>11434717 | 7293 - S. Fuller | Fax - domestic | Fax Sent To:  617-896-3502  1/17/2005<br>*Number Dialed: 617-896-3502      Number of*<br>*Pages: 2* | 2.00 | _____ |
| **01/18/05**<br>11459766 | 7566 - C. Buonopane | In-house<br>provided meals,<br>snacks,<br>beverages (BOS<br>office) | Fischer Room - Food/Beverages | 14.00 | _____ |
| **01/18/05**<br>11435710 | 7293 - S. Fuller | Copier | Photocopy<br>*Number of Copies: 16* | 3.20 | _____ |
| **01/18/05**<br>11435711 | 7293 - S. Fuller | Copier | Photocopy<br>*Number of Copies: 2* | 0.40 | _____ |
| **01/18/05**<br>11435712 | 7293 - S. Fuller | Copier | Photocopy<br>*Number of Copies: 5* | 1.00 | _____ |
| **01/18/05**<br>11435713 | 7293 - S. Fuller | Copier | Photocopy<br>*Number of Copies: 8* | 1.60 | _____ |
| **01/18/05**<br>11435714 | 7293 - S. Fuller | Copier | Photocopy<br>*Number of Copies: 10* | 2.00 | _____ |
| **01/18/05**<br>11435715 | 7293 - S. Fuller | Copier | Photocopy<br>*Number of Copies: 32* | 6.40 | _____ |
| **01/18/05**<br>11474346 | 2338 - L. Gilcreast | Fax - domestic | Network Fax sent to 18003197680<br>*Number Dialed: 1 800-319-7680      Number of*<br>*Pages: 14* | 14.00 | _____ |
| **01/18/05**<br>11436340 | 7264 - T. McCord | Fax - domestic | Fax Sent To: 916036475430  1/18/2005<br>*Number Dialed: 916036475430      Number of*<br>*Pages: 2* | 2.00 | _____ |
| **01/18/05**<br>11486986 | 7264 - T. McCord | Long Distance<br>Calls | Telephone 1/18/2005<br>*Number Dialed: 978-397-5966      Duration in*<br>*Minutes: 16.7* | 2.52 | _____ |
| **01/19/05**<br>11439246 | 7293 - S. Fuller | Copier | Photocopy<br>*Number of Copies: 3* | 0.60 | _____ |
| **01/19/05**<br>11439247 | 7293 - S. Fuller | Copier | Photocopy<br>*Number of Copies: 295* | 59.00 | _____ |
| **01/19/05**<br>11439811 | 0892 - M. Firouzbakht | Fax - domestic | Fax Sent To:  1-972-518-8186  1/19/2005<br>*Number Dialed: 1 972-518-8186      Number of*<br>*Pages: 14* | 14.00 | _____ |
| **01/19/05**<br>11439810 | 7293 - S. Fuller | Fax - domestic | Fax Sent To:  617-896-3502  1/19/2005<br>*Number Dialed: 617-896-3502      Number of*<br>*Pages: 2* | 2.00 | _____ |
| **01/19/05**<br>11440172 | 0272 - J. Gilbreth | Long Distance<br>Calls | Telephone 1/19/2005<br>*Number Dialed: 212-687-3000      Duration in*<br>*Minutes: 1.6* | 0.70 | _____ |

Client number 036552
Prebill Number 2129648

| Date | | Timekeeper | Type | Description | Amount | |
|---|---|---|---|---|---|---|
| **01/19/05** 11440173 | 0272 - J. Gilbreth | Long Distance Calls | Telephone 1/19/2005 *Number Dialed: 401-524-9121        Duration in Minutes: 1.4* | 0.70 | _____ |
| **01/19/05** 11437878 | 7216 - K. Fitzgerald | Travel | Expense Reimbursement, Kevin Fitzgerald: Travel to Boston for Meeting, 1/12/05 - Mileage and Parking | 20.50 | _____ |
| **01/20/05** 11448197 | 2338 - L. Gilcreast | Copier | Photocopy *Number of Copies: 9* | 1.80 | _____ |
| **01/20/05** 11448196 | 5976 - D. Vicinanzo | Copier | Photocopy *Number of Copies: 2* | 0.40 | _____ |
| **01/20/05** 11445606 | 0272 - J. Gilbreth | Copier | Photocopy *Number of Copies: 4* | 0.80 | _____ |
| **01/20/05** 11445980 | 0272 - J. Gilbreth | Fax - domestic | Fax Sent To: 916174245940  1/20/2005 *Number Dialed: 916174245940        Number of Pages: 4* | 4.00 | _____ |
| **01/20/05** 11445981 | 0272 - J. Gilbreth | Fax - domestic | Fax Sent To: 916174245940  1/20/2005 *Number Dialed: 916174245940        Number of Pages: 1* | 1.00 | _____ |
| **01/20/05** 11486987 | 7264 - T. McCord | Long Distance Calls | Telephone 1/20/2005 *Number Dialed: 978-397-5966        Duration in Minutes: 10.7* | 1.70 | _____ |
| **01/21/05** 11448198 | 0272 - J. Gilbreth | Copier | Photocopy *Number of Copies: 3* | 0.60 | _____ |
| **01/21/05** 11448199 | 0892 - M. Firouzbakht | Copier | Photocopy *Number of Copies: 35* | 7.00 | _____ |
| **01/21/05** 11448200 | 0892 - M. Firouzbakht | Copier | Photocopy *Number of Copies: 36* | 7.20 | _____ |
| **01/21/05** 11448201 | 0892 - M. Firouzbakht | Copier | Photocopy *Number of Copies: 2* | 0.40 | _____ |
| **01/21/05** 11448202 | 0892 - M. Firouzbakht | Copier | Photocopy *Number of Copies: 2* | 0.40 | _____ |
| **01/21/05** 11448814 | 0272 - J. Gilbreth | Fax - domestic | Fax Sent To: 916174245940  1/21/2005 *Number Dialed: 916174245940        Number of Pages: 2* | 2.00 | _____ |
| **01/21/05** 11448815 | 0892 - M. Firouzbakht | Fax - domestic | Fax Sent To: 1-505-424-7824  1/21/2005 *Number Dialed: 1 505-424-7824        Number of Pages: 2* | 2.00 | _____ |
| **01/21/05** 11448813 | 0892 - M. Firouzbakht | Fax - domestic | Fax Sent To: 1-816-505-6969  1/21/2005 *Number Dialed: 1 816-505-6969        Number of Pages: 16* | 16.00 | _____ |
| **01/21/05** | 0130 - F. Morrissey | Word | Ltr 12/23/04 | 7.00 | _____ |

| | | | | | |
|---|---|---|---|---|---|
| 11446712 | | Processing OT | | | |
| **01/21/05** 11449160 | 0272 - J. Gilbreth | Long Distance Calls | Telephone 1/21/2005 *Number Dialed: 603-890-6414* *Minutes: 2.6* *Duration in* | 1.05 | _____ |
| **01/21/05** 11486988 | 7264 - T. McCord | Long Distance Calls | Telephone 1/21/2005 *Number Dialed: 978-397-5966* *Minutes: .8* *Duration in* | 0.34 | _____ |
| **01/21/05** 11486989 | 7264 - T. McCord | Long Distance Calls | Telephone 1/21/2005 *Number Dialed: 978-397-5966* *Minutes: 1.2* *Duration in* | 0.48 | _____ |
| **01/21/05** 11486990 | 7264 - T. McCord | Long Distance Calls | Telephone 1/21/2005 *Number Dialed: 978-397-5966* *Minutes: .3* *Duration in* | 0.34 | _____ |
| **01/21/05** 11446733 | 0581 - A. Manto | Reimburse Employee/Firm | VENDOR: Russell Brown, Petty Cash Cashier; INVOICE#: PC012105-T; DATE: 1/21/05 - Boston office petty cash transctions through 1/20/05 mileage, parking and lunch 1/9 | 22.92 | _____ |
| **01/22/05** 11447350 | 0272 - J. Gilbreth | Miscellaneous | VENDOR: Gilbreth, Jeffrey; INVOICE#: GIL012005; DATE: 1/22/2005 - Jeffrey Gilbreth - Expense reimbursement - Photo Development - Walgreens 12/1/04 $12.59 | 12.59 | _____ |
| **01/22/05** 11447354 | 0272 - J. Gilbreth | Miscellaneous | VENDOR: Gilbreth, Jeffrey; INVOICE#: GIL012005A; DATE: 1/22/2005 - Jeffrey Gilbreth - Expense reimbursement - Walgreens - Photo developing 12/8/04 $7.34 | 7.34 | _____ |
| **01/22/05** 11447355 | 0272 - J. Gilbreth | Travel | VENDOR: Gilbreth, Jeffrey; INVOICE#: GIL012005A; DATE: 1/22/2005 - Jeffrey Gilbreth - Expense reimbursement - mileage (Boston to Manchester, Manchester to Ipswich, Ipswich to Peabody, Peabody to Wilmington, Wilmington to Boston); Parking $6.50 12/8/04 | 39.05 | _____ |
| **01/22/05** 11447351 | 0272 - J. Gilbreth | Travel | VENDOR: Gilbreth, Jeffrey; INVOICE#: GIL012005; DATE: 1/22/2005 - Jeffrey Gilbreth - Expense reimbursement - cabfare (working late) 11/30/04 $11.00 | 11.00 | _____ |
| **01/22/05** 11447352 | 0272 - J. Gilbreth | Travel | VENDOR: Gilbreth, Jeffrey; INVOICE#: GIL012005; DATE: 1/22/2005 - Jeffrey Gilbreth - Expense reimbursement - parking 12/20/04 $12.15 | 12.15 | _____ |
| **01/22/05** 11447348 | 0272 - J. Gilbreth | Travel | VENDOR: Gilbreth, Jeffrey; INVOICE#: GIL012005; DATE: 1/22/2005 - Jeffrey Gilbreth - Expense reimbursement - parking ($8.00);mileage (71 miles x .375 - Boston to Ipswich: Ipswich to Peabody; Peabody to Boston) 12/2/04 $34.63 | 34.63 | _____ |

Client number 036552
Prebill Number 2129648

| Date | Timekeeper | Category | Description | Amount | |
|---|---|---|---|---|---|
| **01/22/05**<br>11447349 | 0272 - J. Gilbreth | Travel | VENDOR: Gilbreth, Jeffrey; INVOICE#: GIL012005; DATE: 1/22/2005  -  Jeffrey Gilbreth - Expense reimbursement - parking ($12.15); tolls ($3.00); mileage (60 x .375 = $22.50 - Boston to Manchester, Manchester to Boston 12/1/04) $33.50 | 33.50 | _____ |
| **01/24/05**<br>11451022 | 0272 - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 35* | 7.00 | _____ |
| **01/24/05**<br>11451024 | 0892 - M. Firouzbakht | Copier | Photocopy<br>*Number of Copies: 2* | 0.40 | _____ |
| **01/24/05**<br>11451023 | 7264 - T. McCord | Copier | Photocopy<br>*Number of Copies: 2* | 0.40 | _____ |
| **01/24/05**<br>11451585 | 0272 - J. Gilbreth | Fax - domestic | Fax Sent To: 916174245940  1/24/2005<br>*Number Dialed: 916174245940       Number of Pages: 2* | 2.00 | _____ |
| **01/24/05**<br>11451583 | 0892 - M. Firouzbakht | Fax - domestic | Fax Sent To:  1-908-203-5876  1/24/2005<br>*Number Dialed: 1 908-203-5876       Number of Pages: 15* | 15.00 | _____ |
| **01/24/05**<br>11451584 | 0892 - M. Firouzbakht | Fax - domestic | Fax Sent To:  1-508-853-1009  1/24/2005<br>*Number Dialed: 1 508-853-1009       Number of Pages: 15* | 15.00 | _____ |
| **01/24/05**<br>11449990 | 7216 - K. Fitzgerald | Travel | Expense Reimbursement, Kevin Fitzgerald: Travel to Boston to Attend Hearing, 1/18/05 - Bus Fare and Parking at Bus Station | 19.50 | _____ |
| **01/25/05**<br>11453285 | 5976 - D. Vicinanzo | Copier | Photocopy<br>*Number of Copies: 6* | 1.20 | _____ |
| **01/25/05**<br>11453284 | 0272 - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 1* | 0.20 | _____ |
| **01/25/05**<br>11453283 | 0892 - M. Firouzbakht | Copier | Photocopy<br>*Number of Copies: 15* | 3.00 | _____ |
| **01/25/05**<br>11453838 | 0272 - J. Gilbreth | Fax - domestic | Fax Sent To: 916174245940  1/25/2005<br>*Number Dialed: 916174245940       Number of Pages: 2* | 2.00 | _____ |
| **01/25/05**<br>11453839 | 0272 - J. Gilbreth | Fax - domestic | Fax Sent To: 916174245940  1/25/2005<br>*Number Dialed: 916174245940       Number of Pages: 2* | 2.00 | _____ |
| **01/25/05**<br>11452317 | 0130 - F. Morrissey | Messenger Service | VENDOR: GEF Courier; INVOICE#: 1528; DATE: 12/30/04  -  Delivery 12/1/04 thru 12/30/04 to SEC | 5.00 | _____ |
| **01/25/05**<br>11452540 | 0272 - J. Gilbreth | Travel | VENDOR: Boston Cab Dispatch, Inc.; INVOICE#: BCAB01/2005; DATE: 1/9/05  -  Travel from 07/06/04 - 1/08/05 Boston/NP 12/20 | 8.65 | _____ |

Client number 036552
Prebill Number 2129648

| | | | | | |
|---|---|---|---|---|---|
| **01/25/05**<br>11452541 | 0272 - J. Gilbreth | Travel | VENDOR: Boston Cab Dispatch, Inc.; INVOICE#: BCAB01/2005; DATE: 1/9/05 - Travel from 07/06/04 - 1/08/05 Boston 12/29 | 7.35 | _____ |
| **01/25/05**<br>11452542 | 0272 - J. Gilbreth | Travel | VENDOR: Boston Cab Dispatch, Inc.; INVOICE#: BCAB01/2005; DATE: 1/9/05 - Travel from 07/06/04 - 1/08/05 Boston 12/20 | 7.45 | _____ |
| **01/25/05**<br>11452544 | 0272 - J. Gilbreth | Travel | VENDOR: Boston Cab Dispatch, Inc.; INVOICE#: BCAB01/2005; DATE: 1/9/05 - Travel from 07/06/04 - 1/08/05 Two hundred and five Portland 12/22 | 15.95 | _____ |
| **01/25/05**<br>11452545 | 0272 - J. Gilbreth | Travel | VENDOR: Boston Cab Dispatch, Inc.; INVOICE#: BCAB01/2005; DATE: 1/9/05 - Travel from 07/06/04 - 1/08/05 Boston/NP 12/29 | 7.15 | _____ |
| **01/25/05**<br>11452547 | 0272 - J. Gilbreth | Travel | VENDOR: Boston Cab Dispatch, Inc.; INVOICE#: BCAB01/2005; DATE: 1/9/05 - Travel from 07/06/04 - 1/08/05 NP/Boston 1/3 | 7.05 | _____ |
| **01/26/05**<br>11458253 | 0272 - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 4* | 0.80 | _____ |
| **01/26/05**<br>11458256 | 0272 - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 1* | 0.20 | _____ |
| **01/26/05**<br>11458254 | 0892 - M. Firouzbakht | Copier | Photocopy<br>*Number of Copies: 28* | 5.60 | _____ |
| **01/26/05**<br>11458255 | 0892 - M. Firouzbakht | Copier | Photocopy<br>*Number of Copies: 2* | 0.40 | _____ |
| **01/26/05**<br>11458252 | 7293 - S. Fuller | Copier | Photocopy<br>*Number of Copies: 1* | 0.20 | _____ |
| **01/27/05**<br>11458258 | 8676 - G. Johnson | Copier | Photocopy<br>*Number of Copies: 2* | 0.40 | _____ |
| **01/27/05**<br>11458259 | 0892 - M. Firouzbakht | Copier | Photocopy<br>*Number of Copies: 2* | 0.40 | _____ |
| **01/27/05**<br>11458260 | 0892 - M. Firouzbakht | Copier | Photocopy<br>*Number of Copies: 1* | 0.20 | _____ |
| **01/27/05**<br>11458257 | 0892 - M. Firouzbakht | Copier | Photocopy<br>*Number of Copies: 2* | 0.40 | _____ |
| **01/27/05**<br>11463839 | 7293 - S. Fuller | Copier | Photocopy<br>*Number of Copies: 1* | 0.20 | _____ |
| **01/27/05**<br>11458719 | 0272 - J. Gilbreth | Fax - domestic | Fax Sent To: 916174245940  1/27/2005<br>*Number Dialed: 916174245940       Number of Pages: 2* | 2.00 | _____ |

Client number 036552
Prebill Number 2129648

| Date | Code / Name | Type | Description | Amount | |
|---|---|---|---|---|---|
| 01/27/05<br>11458720 | 0272 - J. Gilbreth | Fax - domestic | Fax Sent To: 916178870896  1/27/2005<br>*Number Dialed: 916178870896     Number of Pages: 20* | 20.00 | _____ |
| 01/27/05<br>11459097 | 0272 - J. Gilbreth | Long Distance Calls | Telephone 1/27/2005<br>*Number Dialed: 914-337-9090     Duration in Minutes: 12.6* | 4.55 | _____ |
| 01/28/05<br>11460347 | 8676 - G. Johnson | Copier | Photocopy<br>*Number of Copies: 2* | 0.40 | _____ |
| 01/28/05<br>11460348 | 8676 - G. Johnson | Copier | Photocopy<br>*Number of Copies: 2* | 0.40 | _____ |
| 01/28/05<br>11463842 | 0272 - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 13* | 2.60 | _____ |
| 01/28/05<br>11463843 | 2346 - L. Harrington | Copier | Photocopy<br>*Number of Copies: 86* | 17.20 | _____ |
| 01/28/05<br>11463840 | 2346 - L. Harrington | Copier | Photocopy<br>*Number of Copies: 301* | 60.20 | _____ |
| 01/28/05<br>11463841 | 7293 - S. Fuller | Copier | Photocopy<br>*Number of Copies: 2* | 0.40 | _____ |
| 01/28/05<br>11461568 | 8099 - I. Veiga | Fax - domestic | Fax Sent To: 915082815765  1/28/2005<br>*Number Dialed: 915082815765     Number of Pages: 4* | 4.00 | _____ |
| 01/28/05<br>11461569 | 0272 - J. Gilbreth | Fax - domestic | Fax Sent To: 912126873601  1/28/2005<br>*Number Dialed: 912126873601     Number of Pages: 20* | 20.00 | _____ |
| 01/28/05<br>11464498 | 7293 - S. Fuller | Fax - domestic | Fax Sent To:  617-896-3502  1/28/2005<br>*Number Dialed: 617-896-3502     Number of Pages: 2* | 2.00 | _____ |
| 01/28/05<br>11460752 | 0272 - J. Gilbreth | Long Distance Calls | Telephone 1/28/2005<br>*Number Dialed: 207-255-3843     Duration in Minutes: 1.3* | 0.70 | _____ |
| 01/30/05<br>11463844 | 7293 - S. Fuller | Copier | Photocopy<br>*Number of Copies: 31* | 6.20 | _____ |
| 01/30/05<br>11464499 | 7293 - S. Fuller | Fax - domestic | Fax Sent To: 1-781-398-9905  1/30/2005<br>*Number Dialed: 1 781-398-9905     Number of Pages: 24* | 24.00 | _____ |
| 01/31/05<br>11463845 | 2338 - L. Gilcreast | Copier | Photocopy<br>*Number of Copies: 17* | 3.40 | _____ |
| 01/31/05<br>11463846 | 0272 - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 3* | 0.60 | _____ |
| 01/31/05<br>11464867 | 0272 - J. Gilbreth | Long Distance Calls | Telephone 1/31/2005<br>*Number Dialed: 205-428-4046     Duration in Minutes: .7* | 0.35 | _____ |

| Date | Code | Type | Description | Amount | |
|---|---|---|---|---|---|
| **01/31/05** 11464868 | 0272 - J. Gilbreth | Long Distance Calls | Telephone 1/31/2005 *Number Dialed: 207-454-3287     Duration in Minutes: 1.3* | 0.70 | _____ |
| **01/31/05** 11464869 | 0272 - J. Gilbreth | Long Distance Calls | Telephone 1/31/2005 *Number Dialed: 917-327-8212     Duration in Minutes: 1.0* | 0.70 | _____ |
| **01/31/05** 11486991 | 7264 - T. McCord | Long Distance Calls | Telephone 1/31/2005 *Number Dialed: 978-397-5966     Duration in Minutes: 7.8* | 1.29 | _____ |
| **02/01/05** 11466160 | 7293 - S. Fuller | Copier | Photocopy *Number of Copies: 2* | 0.40 | _____ |
| **02/01/05** 11466161 | 7293 - S. Fuller | Copier | Photocopy *Number of Copies: 44* | 8.80 | _____ |
| **02/01/05** 11466756 | 0272 - J. Gilbreth | Fax - domestic | Fax Sent To: 916174245940  2/1/2005 *Number Dialed: 916174245940     Number of Pages: 2* | 2.00 | _____ |
| **02/01/05** 11466758 | 0892 - M. Firouzbakht | Fax - domestic | Fax Sent To:  1-215-658-7547  2/1/2005 *Number Dialed: 1 215-658-7547     Number of Pages: 14* | 14.00 | _____ |
| **02/01/05** 11466757 | 7293 - S. Fuller | Fax - domestic | Fax Sent To:  617-896-3502  2/1/2005 *Number Dialed: 617-896-3502     Number of Pages: 16* | 16.00 | _____ |
| **02/02/05** 11469017 | 2338 - L. Gilcreast | Copier | Photocopy *Number of Copies: 5* | 1.00 | _____ |
| **02/02/05** 11469018 | 2338 - L. Gilcreast | Copier | Photocopy *Number of Copies: 26* | 5.20 | _____ |
| **02/02/05** 11469015 | 8659 - M. Wallace | Copier | Photocopy *Number of Copies: 292* | 58.40 | _____ |
| **02/02/05** 11469016 | 5976 - D. Vicinanzo | Copier | Photocopy *Number of Copies: 1* | 0.20 | _____ |
| **02/02/05** 11469019 | 7264 - T. McCord | Copier | Photocopy *Number of Copies: 20* | 4.00 | _____ |
| **02/02/05** 11469020 | 7264 - T. McCord | Copier | Photocopy *Number of Copies: 20* | 4.00 | _____ |
| **02/02/05** 11469014 | 7264 - T. McCord | Copier | Photocopy *Number of Copies: 5* | 1.00 | _____ |
| **02/02/05** 11469991 | 0272 - J. Gilbreth | Fax - domestic | Fax Sent To: 916174245940  2/2/2005 *Number Dialed: 916174245940     Number of Pages: 1* | 1.00 | _____ |
| **02/02/05** 11469992 | 0272 - J. Gilbreth | Fax - domestic | Fax Sent To: 916174245940  2/2/2005 *Number Dialed: 916174245940     Number of Pages: 1* | 1.00 | _____ |

Client number 036552
Prebill Number 2129648

| | | | | | |
|---|---|---|---|---|---|
| **02/02/05**<br>11469993 | 0272 - J. Gilbreth | Fax - domestic | Fax Sent To: 916174245940  2/2/2005<br>*Number Dialed: 916174245940      Number of*<br>*Pages: 2* | 2.00 | _____ |
| **02/02/05**<br>11469990 | 7264 - T. McCord | Fax - domestic | Fax Sent To: 916172463859  2/2/2005<br>*Number Dialed: 916172463859      Number of*<br>*Pages: 2* | 2.00 | _____ |
| **02/02/05**<br>11470375 | 0272 - J. Gilbreth | Domestic<br>telephone calls | Telephone 2/2/2005<br>*Number Dialed: 770-840-7444      Duration in*<br>*Minutes: 6.5* | 0.36 | _____ |
| **02/02/05**<br>11470376 | 0272 - J. Gilbreth | Domestic<br>telephone calls | Telephone 2/2/2005<br>*Number Dialed: 239-513-0446      Duration in*<br>*Minutes: 10.2* | 0.60 | _____ |
| **02/03/05**<br>11471500 | 7293 - S. Fuller | In-house<br>provided meals,<br>snacks,<br>beverages (BOS<br>office) | 15 Attendees Cont. Breakfast Maidrand Room<br>1/27/05 | 52.50 | _____ |
| **02/03/05**<br>11472380 | 0272 - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 3* | 0.60 | _____ |
| **02/03/05**<br>11472381 | 7293 - S. Fuller | Copier | Photocopy<br>*Number of Copies: 1* | 0.20 | _____ |
| **02/03/05**<br>11472864 | 0892 - M. Firouzbakht | Fax - domestic | Fax Sent To:  1-302-323-7616  2/3/2005<br>*Number Dialed: 1 302-323-7616      Number of*<br>*Pages: 14* | 14.00 | _____ |
| **02/03/05**<br>11473177 | 0272 - J. Gilbreth | Domestic<br>telephone calls | Telephone 2/3/2005<br>*Number Dialed: 603-889-8800      Duration in*<br>*Minutes: 3.7* | 0.24 | _____ |
| **02/03/05**<br>11471167 | 7216 - K. Fitzgerald | Travel | Expense Reimbursement, Kevin Fitzgerald:<br>Travel to Boston for Brokerage Meeting, 1/27/05 -<br>106 Miles | 42.93 | _____ |
| **02/03/05**<br>11471168 | 7216 - K. Fitzgerald | Travel | Expense Reimbursement, Kevin Fitzgerald:<br>Travel to Boston for Brokerage Meeting, 1/27/05 -<br>Parking | 32.00 | _____ |
| **02/04/05**<br>11475308 | 8676 - G. Johnson | Copier | Photocopy<br>*Number of Copies: 2* | 0.40 | _____ |
| **02/04/05**<br>11475309 | 8676 - G. Johnson | Copier | Photocopy<br>*Number of Copies: 1* | 0.20 | _____ |
| **02/04/05**<br>11475305 | 0272 - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 32* | 6.40 | _____ |
| **02/04/05**<br>11475304 | 7293 - S. Fuller | Copier | Photocopy<br>*Number of Copies: 10* | 2.00 | _____ |
| **02/04/05**<br>11475303 | 7264 - T. McCord | Copier | Photocopy<br>*Number of Copies: 212* | 42.40 | _____ |

EXHIBIT D (pgs 32-52)

Out-of-Pocket Expenses

Client number 036552
Prebill Number 2129648

| | | | | | |
|---|---|---|---|---|---|
| 11475306 | | | | | |
| **02/04/05** | 7264 - T. McCord | Copier | Photocopy<br>*Number of Copies: 38* | 7.60 | _____ |
| 11475307 | | | | | |
| **02/04/05** | 0272 - J. Gilbreth | Fax - domestic | Fax Sent To: 915088423279 2/4/2005<br>*Number Dialed: 915088423279      Number of Pages: 2* | 2.00 | _____ |
| 11475768 | | | | | |
| **02/04/05** | 7566 - C. Buonopane | Domestic telephone calls | Telephone 2/4/2005<br>*Number Dialed: 617-338-9300      Duration in Minutes: 1.0* | 0.06 | _____ |
| 11476149 | | | | | |
| **02/04/05** | 0272 - J. Gilbreth | Domestic telephone calls | Telephone 2/4/2005<br>*Number Dialed: 941-255-8200      Duration in Minutes: 1.2* | 0.06 | _____ |
| 11476150 | | | | | |
| **02/07/05** | 0272 - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 8* | 1.60 | _____ |
| 11477601 | | | | | |
| **02/07/05** | 0272 - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 4* | 0.80 | _____ |
| 11477603 | | | | | |
| **02/07/05** | 7293 - S. Fuller | Copier | Photocopy<br>*Number of Copies: 12* | 2.40 | _____ |
| 11477602 | | | | | |
| **02/07/05** | 8115 - E. Gershman | Express Delivery Service | Postage 2/7/2005 MS. MAGGIE FOSTER BLUE CROSS/BLUE SHIELD OF MASS LANDMARK | 11.12 | _____ |
| 11495861 | | | | | |
| **02/07/05** | 7293 - S. Fuller | Fax - domestic | Fax Sent To: 617-796-7979 2/7/2005<br>*Number Dialed: 617-796-7979      Number of Pages: 16* | 16.00 | _____ |
| 11478155 | | | | | |
| **02/08/05** | 0130 - F. Morrissey | In-house provided meals, snacks, beverages (BOS office) | 4 Attendees Beverages Knight Room staff meeting 2/1/05 | 4.00 | _____ |
| 11478753 | | | | | |
| **02/08/05** | 7216 - K. Fitzgerald | Conference Calls | Kevin Fitzgerald - Spiderphone conference call 1/04/05 | 6.67 | _____ |
| 11479017 | | | | | |
| **02/08/05** | 7216 - K. Fitzgerald | Conference Calls | Kevin Fitzgerald - Spiderphone conference call 1/11/05 | 34.92 | _____ |
| 11479018 | | | | | |
| **02/08/05** | 7216 - K. Fitzgerald | Conference Calls | Kevin Fitzgerald - Spiderphone conference call 1/14/05 | 9.87 | _____ |
| 11479019 | | | | | |
| **02/08/05** | 7293 - S. Fuller | Conference Calls | Steven Fuller - Spiderphone conference call 1/19/05 | 9.64 | _____ |
| 11478920 | | | | | |
| **02/08/05** | 0272 - J. Gilbreth | Domestic telephone calls | Telephone 2/8/2005<br>*Number Dialed: 212-286-5460      Duration in Minutes: 3.1* | 0.18 | _____ |
| 11480809 | | | | | |

Client number 036552
Prebill Number 2129648

| | | | | | |
|---|---|---|---|---|---|
| **02/08/05**<br>11479363 | 7329  - R. Pedone | Other Professional Services | VENDOR: Ikon Office Solutions (Philadelphia); INVOICE#: BOS056437; DATE: 12/22/2004  - Cost of copies and postage related to copying and mailing job done by vendor. | 6579.56 | _____ |
| **02/09/05**<br>11482945 | 5976  - D. Vicinanzo | Copier | Photocopy<br>*Number of Copies: 1* | 0.20 | _____ |
| **02/09/05**<br>11483884 | 7566  - C. Buonopane | Domestic telephone calls | Telephone 2/9/2005<br>*Number Dialed: 617-570-9111        Duration in Minutes: 1.0* | 0.06 | _____ |
| **02/09/05**<br>11483885 | 7566  - C. Buonopane | Domestic telephone calls | Telephone 2/9/2005<br>*Number Dialed: 617-350-6882        Duration in Minutes: 1.0* | 0.06 | _____ |
| **02/11/05**<br>11487444 | 0272  - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 20* | 4.00 | _____ |
| **02/11/05**<br>11487445 | 0272  - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 2* | 0.40 | _____ |
| **02/11/05**<br>11487939 | 0272  - J. Gilbreth | Fax - domestic | Fax Sent To: 916516902390  2/11/2005<br>*Number Dialed: 916516902390        Number of Pages: 2* | 2.00 | _____ |
| **02/11/05**<br>11487940 | 0272  - J. Gilbreth | Fax - domestic | Fax Sent To: 916516902390  2/11/2005<br>*Number Dialed: 916516902390        Number of Pages: 2* | 2.00 | _____ |
| **02/11/05**<br>11488227 | 0272  - J. Gilbreth | Domestic telephone calls | Telephone 2/11/2005<br>*Number Dialed: 732-326-4213        Duration in Minutes: .6* | 0.06 | _____ |
| **02/11/05**<br>11488228 | 0272  - J. Gilbreth | Domestic telephone calls | Telephone 2/11/2005<br>*Number Dialed: 651-690-2390        Duration in Minutes: 4.9* | 0.30 | _____ |
| **02/14/05**<br>11489742 | 7293  - S. Fuller | Copier | Photocopy<br>*Number of Copies: 25* | 5.00 | _____ |
| **02/14/05**<br>11508663 | 7293  - S. Fuller | Express Delivery Service | Postage 2/14/2005 ATTN:  DONNA   PORSCHE FINANCIAL SERVICES   4343 COMMERCE COUR | 11.12 | _____ |
| **02/14/05**<br>11490280 | 7293  - S. Fuller | Fax - domestic | Fax Sent To: 9-617-951-7050  2/14/2005<br>*Number Dialed: 9 617-951-7050        Number of Pages: 2* | 2.00 | _____ |
| **02/15/05**<br>11491808 | 0272  - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 2* | 0.40 | _____ |
| **02/15/05**<br>11491807 | 7293  - S. Fuller | Copier | Photocopy<br>*Number of Copies: 16* | 3.20 | _____ |
| **02/15/05**<br>11491809 | 7264  - T. McCord | Copier | Photocopy<br>*Number of Copies: 22* | 4.40 | _____ |

Client number 036552
Prebill Number 2129648

| Date / ID | Code - Name | Type | Description | Amount | |
|---|---|---|---|---|---|
| **02/15/05** 11508664 | 8115 - E. Gershman | Express Delivery Service | Postage 2/15/2005 MR. JOHN ESPERIAN       7 TWINS CIRCLE   ATTLEBORO   MA   02 | 11.12 | _____ |
| **02/15/05** 11528629 | 2338 - L. Gilcreast | Fax - domestic | Network Fax sent to 16174245940 *Number Dialed: 1 617-424-5940       Number of Pages: 2* | 2.00 | _____ |
| **02/15/05** 11492652 | 0272 - J. Gilbreth | Domestic telephone calls | Telephone 2/15/2005 *Number Dialed: 207-272-0010       Duration in Minutes: .5* | 0.06 | _____ |
| **02/16/05** 11494502 | 0130 - F. Morrissey | Copier | Photocopy *Number of Copies: 219* | 43.80 | _____ |
| **02/16/05** 11538835 | 0272 - J. Gilbreth | Copier | Photocopy *Number of Copies: 15* | 3.00 | _____ |
| **02/16/05** 11494499 | 7293 - S. Fuller | Copier | Photocopy *Number of Copies: 4* | 0.80 | _____ |
| **02/16/05** 11494500 | 7293 - S. Fuller | Copier | Photocopy *Number of Copies: 50* | 10.00 | _____ |
| **02/16/05** 11494501 | 7264 - T. McCord | Copier | Photocopy *Number of Copies: 6* | 1.20 | _____ |
| **02/16/05** 11495483 | 0272 - J. Gilbreth | Domestic telephone calls | Telephone 2/16/2005 *Number Dialed: 207-272-0010       Duration in Minutes: .7* | 0.06 | _____ |
| **02/17/05** 11496898 | 0130 - F. Morrissey | Copier | Photocopy *Number of Copies: 4* | 0.80 | _____ |
| **02/17/05** 11496896 | 0892 - M. Firouzbakht | Copier | Photocopy *Number of Copies: 14* | 2.80 | _____ |
| **02/17/05** 11496897 | 0892 - M. Firouzbakht | Copier | Photocopy *Number of Copies: 14* | 2.80 | _____ |
| **02/17/05** 11496895 | 7293 - S. Fuller | Copier | Photocopy *Number of Copies: 67* | 13.40 | _____ |
| **02/17/05** 11497472 | 0272 - J. Gilbreth | Fax - domestic | Fax Sent To:  919739846640  2/17/2005 *Number Dialed: 919739846640       Number of Pages: 19* | 19.00 | _____ |
| **02/17/05** 11497473 | 0272 - J. Gilbreth | Fax - domestic | Fax Sent To:  919739846640  2/17/2005 *Number Dialed: 919739846640       Number of Pages: 19* | 19.00 | _____ |
| **02/17/05** 11497823 | 0272 - J. Gilbreth | Domestic telephone calls | Telephone 2/17/2005 *Number Dialed: 973-984-2588       Duration in Minutes: 1.2* | 0.06 | _____ |
| **02/17/05** 11497824 | 0272 - J. Gilbreth | Domestic telephone calls | Telephone 2/17/2005 *Number Dialed: 315-738-5847       Duration in Minutes: 2.5* | 0.12 | _____ |

Client number 036552
Prebill Number 2129648

| 02/17/05 | 7293 - S. Fuller | Other Professional Services | Expense Reimbursement, Steven Fuller: Manchester-by-the-Sea Police Department, Special Police Detail - Clearning of House in Receivership - 26 Proctor Street, Manchester, MA, 1/30/05 | 180.00 | _____ |
|---|---|---|---|---|---|
| 11496024 | | | | | |
| 02/18/05 | 8099 - I. Veiga | Copier | Photocopy *Number of Copies: 4* | 0.80 | _____ |
| 11499122 | | | | | |
| 02/18/05 | 8099 - I. Veiga | Copier | Photocopy *Number of Copies: 2* | 0.40 | _____ |
| 11499123 | | | | | |
| 02/18/05 | 8099 - I. Veiga | Copier | Photocopy *Number of Copies: 2* | 0.40 | _____ |
| 11499124 | | | | | |
| 02/18/05 | 0272 - J. Gilbreth | Copier | Photocopy *Number of Copies: 4* | 0.80 | _____ |
| 11499127 | | | | | |
| 02/18/05 | 0961 - V. Ahern | Copier | Photocopy *Number of Copies: 7* | 1.40 | _____ |
| 11499125 | | | | | |
| 02/18/05 | 0961 - V. Ahern | Copier | Photocopy *Number of Copies: 1* | 0.20 | _____ |
| 11499126 | | | | | |
| 02/18/05 | 7329 - R. Pedone | Express Delivery Service | Postage 2/18/2005 WAYNE DALEY     395 WASHINGTON STREET    CANTON    MA 0202 | 7.85 | _____ |
| 11508665 | | | | | |
| 02/18/05 | 0892 - M. Firouzbakht | Fax - domestic | Fax Sent To: 1-781-687-8344  2/18/2005 *Number Dialed: 1 781-687-8344      Number of Pages: 14* | 14.00 | _____ |
| 11499703 | | | | | |
| 02/18/05 | 0272 - J. Gilbreth | Domestic telephone calls | Telephone 2/18/2005 *Number Dialed: 904-620-7598      Duration in Minutes: .3* | 0.06 | _____ |
| 11500027 | | | | | |
| 02/18/05 | 0272 - J. Gilbreth | Postage | Postage 2/18/2005 | 4.65 | _____ |
| 11500300 | | | | | |
| 02/18/05 | 0272 - J. Gilbreth | Travel | VENDOR: Boston Cab Dispatch, Inc.; INVOICE#: BCAB02/2005; DATE: 2/6/05 - Travel from 12/8/04 thru 2/5/05 - from NP to Boston | 7.65 | _____ |
| 11498136 | | | | | |
| 02/18/05 | 0272 - J. Gilbreth | Travel | VENDOR: Boston Cab Dispatch, Inc.; INVOICE#: BCAB02/2005; DATE: 2/6/05 - Travel from 12/8/04 thru 2/5/05 - from NP to Boston | 6.75 | _____ |
| 11498196 | | | | | |
| 02/18/05 | 0272 - J. Gilbreth | Travel | VENDOR: Boston Cab Dispatch, Inc.; INVOICE#: BCAB02/2005; DATE: 2/6/05 - Travel from 12/8/04 thru 2/5/05 - from Boston to NP | 8.85 | _____ |
| 11498198 | | | | | |
| 02/22/05 | 8676 - G. Johnson | Copier | Photocopy *Number of Copies: 5* | 1.00 | _____ |
| 11502011 | | | | | |
| 02/22/05 | 8676 - G. Johnson | Copier | Photocopy *Number of Copies: 5* | 1.00 | _____ |

Client number 036552
Prebill Number 2129648

| | | | | | |
|---|---|---|---|---|---|
| 11502008 | | | | | |
| **02/22/05**<br>11502012 | 0130 - F. Morrissey | Copier | Photocopy<br>*Number of Copies: 135* | 27.00 | _____ |
| **02/22/05**<br>11502009 | 7293 - S. Fuller | Copier | Photocopy<br>*Number of Copies: 98* | 19.60 | _____ |
| **02/22/05**<br>11502010 | 7293 - S. Fuller | Copier | Photocopy<br>*Number of Copies: 11* | 2.20 | _____ |
| **02/22/05**<br>11502628 | 0581 - A. Manto | Fax - domestic | Fax Sent To: 918669471911  2/22/2005<br>*Number Dialed: 918669471911      Number of<br>Pages: 2* | 2.00 | _____ |
| **02/22/05**<br>11502629 | 0581 - A. Manto | Fax - domestic | Fax Sent To: 918669471911  2/22/2005<br>*Number Dialed: 918669471911      Number of<br>Pages: 21* | 21.00 | _____ |
| **02/22/05**<br>11528630 | 2338 - L. Gilcreast | Fax - domestic | Network Fax sent to 19413635490<br>*Number Dialed: 1 941-363-5490      Number of<br>Pages: 20* | 20.00 | _____ |
| **02/22/05**<br>11528631 | 2338 - L. Gilcreast | Fax - domestic | Network Fax sent to 16174245940<br>*Number Dialed: 1 617-424-5940      Number of<br>Pages: 2* | 2.00 | _____ |
| **02/22/05**<br>11502630 | 0272 - J. Gilbreth | Fax - domestic | Fax Sent To: 918662903326  2/22/2005<br>*Number Dialed: 918662903326      Number of<br>Pages: 16* | 16.00 | _____ |
| **02/22/05**<br>11501378 | 2220 - M. Swiatocha | Copy Service | VENDOR: Ikon Office Solutions (Philadelphia);<br>INVOICE#: BOS056240; DATE: 12/15/04  -<br>Printing service charges 12/14 autofeed copies | 396.90 | _____ |
| **02/23/05**<br>11505200 | 0130 - F. Morrissey | Copier | Photocopy<br>*Number of Copies: 3* | 0.60 | _____ |
| **02/23/05**<br>11505201 | 9999 - . Nixon<br>Peabody LLP | Copier | Photocopy<br>*Number of Copies: 1* | 0.20 | _____ |
| **02/23/05**<br>11505198 | 0892 - M. Firouzbakht | Copier | Photocopy<br>*Number of Copies: 15* | 3.00 | _____ |
| **02/23/05**<br>11505199 | 0892 - M. Firouzbakht | Copier | Photocopy<br>*Number of Copies: 1* | 0.20 | _____ |
| **02/23/05**<br>11505848 | 0892 - M. Firouzbakht | Fax - domestic | Fax Sent To:  1-908-203-5364  2/23/2005<br>*Number Dialed: 1 908-203-5364      Number of<br>Pages: 16* | 16.00 | _____ |
| **02/23/05**<br>11513468 | 5972 - S. Murphy | Lexis | Lexis | 21.45 | _____ |
| **02/23/05**<br>11503783 | 0272 - J. Gilbreth | Travel | VENDOR: Boston Cab Dispatch, Inc.; INVOICE#:<br>BCAB02/2005; DATE: 2/6/05  -  Travel from<br>12/8/04 thru 2/5/05 - from Boston to NP | 8.65 | _____ |

Client number 036552
Prebill Number 2129648

| Date | Person | Type | Description | Amount | |
|------|--------|------|-------------|--------|---|
| **02/23/05**<br>11503784 | 0272 - J. Gilbreth | Travel | VENDOR: Boston Cab Dispatch, Inc.; INVOICE#: BCAB02/2005; DATE: 2/6/05 - Travel from 12/8/04 thru 2/5/05 - from NP to Boston | 8.25 | _____ |
| **02/24/05**<br>11507451 | 0581 - A. Manto | Copier | Photocopy<br>*Number of Copies: 14* | 2.80 | _____ |
| **02/24/05**<br>11507452 | 0581 - A. Manto | Copier | Photocopy<br>*Number of Copies: 10* | 2.00 | _____ |
| **02/24/05**<br>11507453 | 0581 - A. Manto | Copier | Photocopy<br>*Number of Copies: 4* | 0.80 | _____ |
| **02/24/05**<br>11507454 | 0130 - F. Morrissey | Copier | Photocopy<br>*Number of Copies: 21* | 4.20 | _____ |
| **02/24/05**<br>11507450 | 2220 - M. Swiatocha | Copier | Photocopy - (ECF.MAD.USCOURTS)<br>*Number of Copies: 8* | 1.60 | _____ |
| **02/24/05**<br>11508009 | 0272 - J. Gilbreth | Fax - domestic | Fax Sent To: 916174245940 2/24/2005<br>*Number Dialed: 916174245940     Number of Pages: 2* | 2.00 | _____ |
| **02/24/05**<br>11506556 | 0130 - F. Morrissey | Secretarial Overtime | Anna Manto. Typing/edits. 2/14/05 | 105.00 | _____ |
| **02/24/05**<br>11506558 | 0130 - F. Morrissey | Secretarial Overtime | Anna Manto. Typing/edits. 2/15/05 | 122.50 | _____ |
| **02/24/05**<br>11506560 | 0130 - F. Morrissey | Secretarial Overtime | Anna Manto. Typing/edits. 2/16/05 | 70.00 | _____ |
| **02/24/05**<br>11508325 | 7566 - C. Buonopane | Domestic telephone calls | Telephone 2/24/2005<br>*Number Dialed: 617-570-1032     Duration in Minutes: 1.0* | 0.06 | _____ |
| **02/25/05**<br>11515460 | 8794 - K. Carter | In-house provided meals, snacks, beverages (BOS office) | Storey Room - Beverages | 3.00 | _____ |
| **02/25/05**<br>11514446 | 9999 - . Nixon Peabody LLP | Copier | Photocopy<br>*Number of Copies: 2* | 0.40 | _____ |
| **02/25/05**<br>11514891 | 0272 - J. Gilbreth | Fax - domestic | Fax Sent To: 916036347191 2/25/2005<br>*Number Dialed: 916036347191     Number of Pages: 2* | 2.00 | _____ |
| **02/25/05**<br>11515171 | 7566 - C. Buonopane | Domestic telephone calls | Telephone 2/25/2005<br>*Number Dialed: 617-723-9770     Duration in Minutes: 1.0* | 0.06 | _____ |
| **02/25/05**<br>11515172 | 0272 - J. Gilbreth | Domestic telephone calls | Telephone 2/25/2005<br>*Number Dialed: 239-513-0446     Duration in Minutes: 4.8* | 0.30 | _____ |
| **02/28/05**<br>11516497 | 9999 - . Nixon Peabody LLP | Copier | Photocopy<br>*Number of Copies: 1* | 0.20 | _____ |

Client number 036552
Prebill Number 2129648

| | | | | | |
|---|---|---|---|---|---|
| 02/28/05<br>11516498 | 9999 - . Nixon Peabody LLP | Copier | Photocopy<br>*Number of Copies: 1* | 0.20 | _____ |
| 02/28/05<br>11516499 | 0272 - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 3* | 0.60 | _____ |
| 02/28/05<br>11528632 | 2338 - L. Gilcreast | Fax - domestic | Network Fax sent to 18882712089<br>*Number Dialed: 1 888-271-2089    Number of Pages: 20* | 20.00 | _____ |
| 02/28/05<br>11528633 | 2338 - L. Gilcreast | Fax - domestic | Network Fax sent to 16174245940<br>*Number Dialed: 1 617-424-5940    Number of Pages: 2* | 2.00 | _____ |
| 02/28/05<br>11528634 | 2338 - L. Gilcreast | Fax - domestic | Network Fax sent to 18007934201<br>*Number Dialed: 1 800-793-4201    Number of Pages: 20* | 20.00 | _____ |
| 02/28/05<br>11517114 | 0272 - J. Gilbreth | Fax - domestic | Fax Sent To: 916036347191  2/28/2005<br>*Number Dialed: 916036347191    Number of Pages: 2* | 2.00 | _____ |
| 02/28/05<br>11520874 | 0272 - J. Gilbreth | Lexis | Lexis | 151.20 | _____ |
| 02/28/05<br>11540712 | 0961 - V. Ahern | Messenger Service | VENDOR: Washington Express Service, Inc.; INVOICE#: 25022-11070; DATE: 2/28/2005 - Messenger service on 2/18/05 from NP to FCC Portals | 13.74 | _____ |
| 02/28/05<br>11517523 | 0272 - J. Gilbreth | Domestic telephone calls | Telephone 2/28/2005<br>*Number Dialed: 212-586-5100    Duration in Minutes: 1.4* | 0.06 | _____ |
| 02/28/05<br>11517524 | 0272 - J. Gilbreth | Domestic telephone calls | Telephone 2/28/2005<br>*Number Dialed: 239-513-0446    Duration in Minutes: .3* | 0.06 | _____ |
| 02/28/05<br>11517525 | 0272 - J. Gilbreth | Domestic telephone calls | Telephone 2/28/2005<br>*Number Dialed: 603-634-7102    Duration in Minutes: .6* | 0.06 | _____ |
| 02/28/05<br>11513917 | 7216 - K. Fitzgerald | Travel | VENDOR: Fitzgerald, Kevin; INVOICE#: FIT022305; DATE: 2/28/2005 - Kevin Fitzgerald - Expense reimbursement - travel re: meeting 2/4/05 - 106 miles $42.93 | 42.93 | _____ |
| 02/28/05<br>11513918 | 7216 - K. Fitzgerald | Travel | VENDOR: Fitzgerald, Kevin; INVOICE#: FIT022305; DATE: 2/28/2005 - Kevin Fitzgerald - Expense reimbursement - travel re: meeting 2/4/05 - pakring $32.00 | 32.00 | _____ |
| 03/01/05<br>11518952 | 9999 - . Nixon Peabody LLP | Copier | Photocopy<br>*Number of Copies: 4* | 0.80 | _____ |
| 03/01/05 | 0581 - A. Manto | Fax - domestic | Fax Sent To: 917815928669  3/1/2005<br>*Number Dialed: 917815928669    Number of* | 21.00 | _____ |

Client number 036552
Prebill Number 2129648

11519453                *Pages: 21*

| Date | Timekeeper | Category | Description | Amount | |
|---|---|---|---|---|---|
| **03/01/05** 11519787 | 0272 - J. Gilbreth | Domestic telephone calls | Telephone 3/1/2005 *Number Dialed: 603-860-0964   Duration in Minutes: 1.7* | 0.12 | _____ |
| **03/01/05** 11632237 | 0272 - J. Gilbreth | Domestic telephone calls | Telephone 3/1/2005 *Number Dialed: 603-860-0964   Duration in Minutes: 1.0* | 0.06 | _____ |
| **03/01/05** 11668943 | 0272 - J. Gilbreth | Domestic telephone calls | Credit Telephone 3/1/2005 *Number Dialed: 603-860-0964   Duration in Minutes: 1.0* | -0.06 | _____ |
| **03/02/05** 11521792 | 0581 - A. Manto | Copier | Photocopy *Number of Copies: 3* | 0.60 | _____ |
| **03/02/05** 11521793 | 0581 - A. Manto | Copier | Photocopy *Number of Copies: 5* | 1.00 | _____ |
| **03/02/05** 11521794 | 0581 - A. Manto | Copier | Photocopy *Number of Copies: 28* | 5.60 | _____ |
| **03/02/05** 11521791 | 5976 - D. Vicinanzo | Copier | Photocopy *Number of Copies: 20* | 4.00 | _____ |
| **03/02/05** 11521795 | 7216 - K. Fitzgerald | Copier | Photocopy *Number of Copies: 1* | 0.20 | _____ |
| **03/02/05** 11522390 | 0581 - A. Manto | Fax - domestic | Fax Sent To: 917817679686   3/2/2005 *Number Dialed: 917817679686   Number of Pages: 8* | 8.00 | _____ |
| **03/02/05** 11522389 | 7216 - K. Fitzgerald | Fax - domestic | Fax Sent To: 1-978-921-4584   3/2/2005 *Number Dialed: 1 978-921-4584   Number of Pages: 22* | 22.00 | _____ |
| **03/02/05** 11521090 | 0272 - J. Gilbreth | Miscellaneous | Expense Reimbursement, Jeffrey Gilbreth: Padlocks for Bleidt Property, 1/29/05 | 38.02 | _____ |
| **03/02/05** 11522732 | 7566 - C. Buonopane | Domestic telephone calls | Telephone 3/2/2005 *Number Dialed: 203-264-9380   Duration in Minutes: 1.0* | 0.06 | _____ |
| **03/02/05** 11522733 | 7566 - C. Buonopane | Domestic telephone calls | Telephone 3/2/2005 *Number Dialed: 617-748-9152   Duration in Minutes: 5.0* | 0.30 | _____ |
| **03/02/05** 11522734 | 7566 - C. Buonopane | Domestic telephone calls | Telephone 3/2/2005 *Number Dialed: 617-748-4871   Duration in Minutes: 4.0* | 0.24 | _____ |
| **03/02/05** 11632238 | 7566 - C. Buonopane | Domestic telephone calls | Telephone 3/2/2005 *Number Dialed: 203-264-9380   Duration in Minutes: 1.0* | 0.06 | _____ |
| **03/02/05** 11632239 | 7566 - C. Buonopane | Domestic telephone calls | Telephone 3/2/2005 *Number Dialed: 617-748-9152   Duration in Minutes: 5.0* | 0.30 | _____ |

Client number 036552
Prebill Number 2129648

| | | | | | |
|---|---|---|---|---|---|
| **03/02/05**<br>11632240 | 7566 - C. Buonopane | Domestic telephone calls | Telephone 3/2/2005<br>*Number Dialed: 617-748-4871    Duration in Minutes: 4.0* | 0.24 | _____ |
| **03/02/05**<br>11668264 | 7566 - C. Buonopane | Domestic telephone calls | Credit Telephone 3/2/2005<br>*Number Dialed: 203-264-9380    Duration in Minutes: 1.0* | -0.06 | _____ |
| **03/02/05**<br>11668265 | 7566 - C. Buonopane | Domestic telephone calls | Credit Telephone 3/2/2005<br>*Number Dialed: 617-748-9152    Duration in Minutes: 5.0* | -0.30 | _____ |
| **03/02/05**<br>11668266 | 7566 - C. Buonopane | Domestic telephone calls | Credit Telephone 3/2/2005<br>*Number Dialed: 617-748-4871    Duration in Minutes: 4.0* | -0.24 | _____ |
| **03/02/05**<br>11521091 | 0272 - J. Gilbreth | Travel | Expense Reimbursement, Jeffrey Gilbreth: Parking (2 Receipts), Boston, 1/28/05 | 15.55 | _____ |
| **03/02/05**<br>11521086 | 0272 - J. Gilbreth | Travel | Expense Reimbursement, Jeffrey Gilbreth: 80.4 Miles and Tolls, Manchester, 1/28/05 | 35.56 | _____ |
| **03/02/05**<br>11521087 | 0272 - J. Gilbreth | Travel | Expense Reimbursement, Jeffrey Gilbreth: 80.4 Miles and Tolls, Manchester, 1/30/05 | 35.56 | _____ |
| **03/02/05**<br>11521089 | 0272 - J. Gilbreth | Travel | Expense Reimbursement, Jeffrey Gilbreth: Parking (2 Receipts), Boston, 2/1/05 | 17.90 | _____ |
| **03/03/05**<br>11524353 | 0581 - A. Manto | Copier | Photocopy<br>*Number of Copies: 1* | 0.20 | _____ |
| **03/03/05**<br>11524351 | 5976 - D. Vicinanzo | Copier | Photocopy<br>*Number of Copies: 40* | 8.00 | _____ |
| **03/03/05**<br>11524352 | 9999 - . Nixon Peabody LLP | Copier | Photocopy<br>*Number of Copies: 7* | 1.40 | _____ |
| **03/03/05**<br>11524902 | 9999 - . Nixon Peabody LLP | Fax - domestic | Fax Sent To: 919207309464  3/3/2005<br>*Number Dialed: 919207309464    Number of Pages: 2* | 2.00 | _____ |
| **03/03/05**<br>11524903 | 9999 - . Nixon Peabody LLP | Fax - domestic | Fax Sent To: 919207309464  3/3/2005<br>*Number Dialed: 919207309464    Number of Pages: 31* | 31.00 | _____ |
| **03/04/05**<br>11526912 | 0272 - J. Gilbreth | Fax - domestic | Fax Sent To: 916036431981  3/4/2005<br>*Number Dialed: 916036431981    Number of Pages: 2* | 2.00 | _____ |
| **03/07/05**<br>11529621 | 9999 - . Nixon Peabody LLP | Copier | Photocopy<br>*Number of Copies: 3* | 0.60 | _____ |
| **03/07/05**<br>11529622 | 9999 - . Nixon Peabody LLP | Copier | Photocopy<br>*Number of Copies: 3* | 0.60 | _____ |

Client number 036552
Prebill Number 2129648

| 03/07/05 | 7216 - K. Fitzgerald | Copier | Photocopy | 0.40 | _____ |
| 11529623 | | | *Number of Copies: 2* | | |
| 03/07/05 | 9999 - . Nixon | Fax - domestic | Fax Sent To: 919207309464  3/7/2005 | 3.00 | _____ |
| 11530154 | Peabody LLP | | *Number Dialed: 919207309464*      *Number of* | | |
| | | | *Pages: 3* | | |
| 03/07/05 | 9999 - . Nixon | Fax - domestic | Fax Sent To: 919207309464  3/7/2005 | 2.00 | _____ |
| 11530155 | Peabody LLP | | *Number Dialed: 919207309464*      *Number of* | | |
| | | | *Pages: 2* | | |
| 03/07/05 | 9999 - . Nixon | Fax - domestic | Fax Sent To: 915088983005  3/7/2005 | 2.00 | _____ |
| 11530156 | Peabody LLP | | *Number Dialed: 915088983005*      *Number of* | | |
| | | | *Pages: 2* | | |
| 03/07/05 | 7566 - C. Buonopane | Domestic telephone calls | Telephone 3/7/2005 | 0.24 | _____ |
| 11530524 | | | *Number Dialed: 617-342-4000*      *Duration in* | | |
| | | | *Minutes: 4.0* | | |
| 03/07/05 | 7566 - C. Buonopane | Domestic telephone calls | Telephone 3/7/2005 | 0.24 | _____ |
| 11632242 | | | *Number Dialed: 617-342-4000*      *Duration in* | | |
| | | | *Minutes: 4.0* | | |
| 03/07/05 | 7566 - C. Buonopane | Domestic telephone calls | Credit Telephone 3/7/2005 | -0.24 | _____ |
| 11668267 | | | *Number Dialed: 617-342-4000*      *Duration in* | | |
| | | | *Minutes: 4.0* | | |
| 03/07/05 | 9999 - . Nixon | Domestic telephone calls | Credit Telephone 3/7/2005 | -0.06 | _____ |
| 11668944 | Peabody LLP | | *Number Dialed: 603-997-1429*      *Duration in* | | |
| | | | *Minutes: 1.0* | | |
| 03/07/05 | 9999 - . Nixon | Domestic telephone calls | Telephone 3/7/2005 | 0.06 | _____ |
| 11632241 | Peabody LLP | | *Number Dialed: 603-997-1429*      *Duration in* | | |
| | | | *Minutes: 1.0* | | |
| 03/07/05 | 9999 - . Nixon | Domestic telephone calls | Telephone 3/7/2005 | 0.06 | _____ |
| 11530523 | Peabody LLP | | *Number Dialed: 603-997-1429*      *Duration in* | | |
| | | | *Minutes: 1.2* | | |
| 03/07/05 | 0272 - J. Gilbreth | Domestic telephone calls | Credit Telephone 3/7/2005 | -0.78 | _____ |
| 11668945 | | | *Number Dialed: 603-373-0031*      *Duration in* | | |
| | | | *Minutes: 13.0* | | |
| 03/07/05 | 0272 - J. Gilbreth | Domestic telephone calls | Telephone 3/7/2005 | 0.78 | _____ |
| 11632243 | | | *Number Dialed: 603-373-0031*      *Duration in* | | |
| | | | *Minutes: 13.0* | | |
| 03/07/05 | 0272 - J. Gilbreth | Domestic telephone calls | Telephone 3/7/2005 | 0.78 | _____ |
| 11530525 | | | *Number Dialed: 603-373-0031*      *Duration in* | | |
| | | | *Minutes: 13.2* | | |
| 03/08/05 | 2338 - L. Gilcreast | Copier | Photocopy | 4.40 | _____ |
| 11532084 | | | *Number of Copies: 22* | | |
| 03/08/05 | 9999 - . Nixon | Copier | Photocopy | 0.20 | _____ |
| 11532080 | Peabody LLP | | *Number of Copies: 1* | | |
| 03/08/05 | 9999 - . Nixon | Copier | Photocopy | 1.20 | _____ |
| | | | *Number of Copies: 6* | | |

Client number 036552
Prebill Number 2129648

| | | | | | |
|---|---|---|---|---|---|
| | 11532081 | Peabody LLP | | | |
| **03/08/05** 11532082 | 9999 - . Nixon Peabody LLP | Copier | Photocopy *Number of Copies: 288* | 57.60 | _____ |
| **03/08/05** 11532083 | 9999 - . Nixon Peabody LLP | Copier | Photocopy *Number of Copies: 31* | 6.20 | _____ |
| **03/08/05** 11588441 | 2338 - L. Gilcreast | Fax - domestic | Network Fax sent to 19783560214 *Number Dialed: 1 978-356-0214 Number of Pages: 20* | 20.00 | _____ |
| **03/08/05** 11632244 | 7566 - C. Buonopane | Domestic telephone calls | Telephone 3/8/2005 *Number Dialed: 617-342-4000 Duration in Minutes: 1.0* | 0.06 | _____ |
| **03/08/05** 11532949 | 7566 - C. Buonopane | Domestic telephone calls | Telephone 3/8/2005 *Number Dialed: 617-342-4000 Duration in Minutes: 1.0* | 0.06 | _____ |
| **03/08/05** 11668268 | 7566 - C. Buonopane | Domestic telephone calls | Credit Telephone 3/8/2005 *Number Dialed: 617-342-4000 Duration in Minutes: 1.0* | -0.06 | _____ |
| **03/08/05** 11668946 | 0272 - J. Gilbreth | Domestic telephone calls | Credit Telephone 3/8/2005 *Number Dialed: 239-289-2005 Duration in Minutes: 4.0* | -0.24 | _____ |
| **03/08/05** 11532950 | 0272 - J. Gilbreth | Domestic telephone calls | Telephone 3/8/2005 *Number Dialed: 239-289-2005 Duration in Minutes: 4.4* | 0.24 | _____ |
| **03/08/05** 11632245 | 0272 - J. Gilbreth | Domestic telephone calls | Telephone 3/8/2005 *Number Dialed: 239-289-2005 Duration in Minutes: 4.0* | 0.24 | _____ |
| **03/09/05** 11534510 | 2338 - L. Gilcreast | Copier | Photocopy *Number of Copies: 21* | 4.20 | _____ |
| **03/09/05** 11534513 | 2338 - L. Gilcreast | Copier | Photocopy *Number of Copies: 4* | 0.80 | _____ |
| **03/09/05** 11534514 | 9999 - . Nixon Peabody LLP | Copier | Photocopy *Number of Copies: 81* | 16.20 | _____ |
| **03/09/05** 11534511 | 9999 - . Nixon Peabody LLP | Copier | Photocopy *Number of Copies: 4* | 0.80 | _____ |
| **03/09/05** 11534512 | 9999 - . Nixon Peabody LLP | Copier | Photocopy *Number of Copies: 52* | 10.40 | _____ |
| **03/10/05** 11536604 | 0272 - J. Gilbreth | Copier | Photocopy *Number of Copies: 3004* | 600.80 | _____ |
| **03/10/05** 11588442 | 2338 - L. Gilcreast | Fax - domestic | Network Fax sent to 18002559502 *Number Dialed: 1 800-255-9502 Number of Pages: 21* | 21.00 | _____ |
| **03/10/05** | 9999 - . Nixon Peabody LLP | Fax - domestic | Fax Sent To: 919207309464 3/10/2005 *Number Dialed: 919207309464 Number of* | 9.00 | _____ |

Client number 036552
Prebill Number 2129648

| | | | | | |
|---|---|---|---|---|---|
| 11537162 | | | *Pages: 9* | | |
| **03/10/05** 11537163 | 9999 - . Nixon Peabody LLP | Fax - domestic | Fax Sent To: 919207309464 3/10/2005 *Number Dialed: 919207309464     Number of Pages: 2* | 2.00 | _____ |
| **03/10/05** 11535630 | 8806 - S. Boehs | Meals | Expense Reimbursement, Sarah Boehs: Dining In - Working Late, 2/23/05 | 18.49 | _____ |
| **03/10/05** 11537507 | 0272 - J. Gilbreth | Domestic telephone calls | Telephone 3/10/2005 *Number Dialed: 603-890-6414     Duration in Minutes: .7* | 0.06 | _____ |
| **03/10/05** 11537508 | 0272 - J. Gilbreth | Domestic telephone calls | Telephone 3/10/2005 *Number Dialed: 603-890-6414     Duration in Minutes: .3* | 0.06 | _____ |
| **03/10/05** 11537509 | 0272 - J. Gilbreth | Domestic telephone calls | Telephone 3/10/2005 *Number Dialed: 212-318-2500     Duration in Minutes: 5.4* | 0.30 | _____ |
| **03/10/05** 11632246 | 0272 - J. Gilbreth | Domestic telephone calls | Telephone 3/10/2005 *Number Dialed: 212-318-2500     Duration in Minutes: 5.0* | 0.30 | _____ |
| **03/10/05** 11668947 | 0272 - J. Gilbreth | Domestic telephone calls | Credit Telephone 3/10/2005 *Number Dialed: 212-318-2500     Duration in Minutes: 5.0* | -0.30 | _____ |
| **03/11/05** 11539776 | 0272 - J. Gilbreth | Domestic telephone calls | Telephone 3/11/2005 *Number Dialed: 713-626-0333     Duration in Minutes: .7* | 0.06 | _____ |
| **03/11/05** 11539777 | 0272 - J. Gilbreth | Domestic telephone calls | Telephone 3/11/2005 *Number Dialed: 561-995-9696     Duration in Minutes: 1.8* | 0.12 | _____ |
| **03/11/05** 11632247 | 0272 - J. Gilbreth | Domestic telephone calls | Telephone 3/11/2005 *Number Dialed: 561-995-9696     Duration in Minutes: 1.0* | 0.06 | _____ |
| **03/11/05** 11668948 | 0272 - J. Gilbreth | Domestic telephone calls | Credit Telephone 3/11/2005 *Number Dialed: 561-995-9696     Duration in Minutes: 1.0* | -0.06 | _____ |
| **03/14/05** 11541175 | 5976 - D. Vicinanzo | Copier | Photocopy *Number of Copies: 2* | 0.40 | _____ |
| **03/14/05** 11541176 | 9999 - . Nixon Peabody LLP | Copier | Photocopy *Number of Copies: 18* | 3.60 | _____ |
| **03/14/05** 11541177 | 9999 - . Nixon Peabody LLP | Copier | Photocopy *Number of Copies: 198* | 39.60 | _____ |
| **03/14/05** 11541178 | 9999 - . Nixon Peabody LLP | Copier | Photocopy *Number of Copies: 1* | 0.20 | _____ |
| **03/14/05** | 9999 - . Nixon | Copier | Photocopy *Number of Copies: 1* | 0.20 | _____ |

Client number 036552
Prebill Number 2129648

| | | | | | |
|---|---|---|---|---|---|
| 11542871 | Peabody LLP | | | | |
| **03/14/05**<br>11541174 | 9999 - . Nixon<br>Peabody LLP | Copier | Photocopy<br>*Number of Copies: 1728* | | 345.60 |
| **03/14/05**<br>11541172 | 0272 - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 31* | | 6.20 |
| **03/14/05**<br>11541173 | 0272 - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 20* | | 4.00 |
| **03/14/05**<br>11632248 | 0272 - J. Gilbreth | Domestic<br>telephone calls | Telephone 3/14/2005<br>*Number Dialed: 207-774-1104*<br>*Minutes: 1.0* | *Duration in* | 0.06 |
| **03/14/05**<br>11668949 | 0272 - J. Gilbreth | Domestic<br>telephone calls | Credit Telephone 3/14/2005<br>*Number Dialed: 207-774-1104*<br>*Minutes: 1.0* | *Duration in* | -0.06 |
| **03/14/05**<br>11541960 | 0272 - J. Gilbreth | Domestic<br>telephone calls | Telephone 3/14/2005<br>*Number Dialed: 207-774-1104*<br>*Minutes: 1.6* | *Duration in* | 0.12 |
| **03/15/05**<br>11545981 | 9999 - . Nixon<br>Peabody LLP | Copier | Photocopy<br>*Number of Copies: 165* | | 33.00 |
| **03/15/05**<br>11545982 | 9999 - . Nixon<br>Peabody LLP | Copier | Photocopy<br>*Number of Copies: 172* | | 34.40 |
| **03/15/05**<br>11545983 | 9999 - . Nixon<br>Peabody LLP | Copier | Photocopy<br>*Number of Copies: 4* | | 0.80 |
| **03/15/05**<br>11588443 | 2338 - L. Gilcreast | Fax - domestic | Network Fax sent to 19784622475<br>*Number Dialed: 1 978-462-2475*<br>*Pages: 2* | *Number of* | 2.00 |
| **03/15/05**<br>11547040 | 9999 - . Nixon<br>Peabody LLP | Fax - domestic | Fax Sent To: 1-781-665-6897 3/15/2005<br>*Number Dialed: 1 781-665-6897*<br>*Pages: 3* | *Number of* | 3.00 |
| **03/15/05**<br>11547512 | 0272 - J. Gilbreth | Domestic<br>telephone calls | Telephone 3/15/2005<br>*Number Dialed: 802-295-3118*<br>*Minutes: 1.3* | *Duration in* | 0.06 |
| **03/15/05**<br>11547513 | 0272 - J. Gilbreth | Domestic<br>telephone calls | Telephone 3/15/2005<br>*Number Dialed: 603-890-6414*<br>*Minutes: .4* | *Duration in* | 0.06 |
| **03/15/05**<br>11632249 | 0272 - J. Gilbreth | Domestic<br>telephone calls | Telephone 3/15/2005<br>*Number Dialed: 802-295-3118*<br>*Minutes: 1.0* | *Duration in* | 0.06 |
| **03/15/05**<br>11668950 | 0272 - J. Gilbreth | Domestic<br>telephone calls | Credit Telephone 3/15/2005<br>*Number Dialed: 802-295-3118*<br>*Minutes: 1.0* | *Duration in* | -0.06 |
| **03/16/05**<br>11553450 | 2338 - L. Gilcreast | Copier | Photocopy<br>*Number of Copies: 3* | | 0.60 |
| **03/16/05** | 9999 - . Nixon | Copier | Photocopy | | 0.60 |

Client number 036552
Prebill Number 2129648

| | | | | | |
|---|---|---|---|---|---|
| 11553451 | Peabody LLP | | *Number of Copies: 3* | | |
| **03/16/05**<br>11553446 | 9999 - . Nixon<br>Peabody LLP | Copier | Photocopy<br>*Number of Copies: 90* | 18.00 | _____ |
| **03/16/05**<br>11553447 | 9999 - . Nixon<br>Peabody LLP | Copier | Photocopy<br>*Number of Copies: 240* | 48.00 | _____ |
| **03/16/05**<br>11553448 | 9999 - . Nixon<br>Peabody LLP | Copier | Photocopy<br>*Number of Copies: 5* | 1.00 | _____ |
| **03/16/05**<br>11553449 | 9999 - . Nixon<br>Peabody LLP | Copier | Photocopy<br>*Number of Copies: 32* | 6.40 | _____ |
| **03/16/05**<br>11554541 | 9999 - . Nixon<br>Peabody LLP | Fax - domestic | Fax Sent To: 9-617-350-4050  3/16/2005<br>*Number Dialed: 9 617-350-4050     Number of<br>Pages: 1* | 1.00 | _____ |
| **03/16/05**<br>11554542 | 9999 - . Nixon<br>Peabody LLP | Fax - domestic | Fax Sent To: 919207309464  3/16/2005<br>*Number Dialed: 919207309464     Number of<br>Pages: 8* | 8.00 | _____ |
| **03/16/05**<br>11554544 | 9999 - . Nixon<br>Peabody LLP | Fax - domestic | Fax Sent To: 919207309464  3/16/2005<br>*Number Dialed: 919207309464     Number of<br>Pages: 33* | 33.00 | _____ |
| **03/16/05**<br>11549367 | 9999 - . Nixon<br>Peabody LLP | Domestic<br>telephone calls | Telephone 3/16/2005<br>*Number Dialed: 813-884-4433     Duration in<br>Minutes: 1.6* | 0.12 | _____ |
| **03/16/05**<br>11549368 | 9999 - . Nixon<br>Peabody LLP | Domestic<br>telephone calls | Telephone 3/16/2005<br>*Number Dialed: 813-884-4433     Duration in<br>Minutes: 1.3* | 0.06 | _____ |
| **03/16/05**<br>11632251 | 9999 - . Nixon<br>Peabody LLP | Domestic<br>telephone calls | Telephone 3/16/2005<br>*Number Dialed: 813-884-4433     Duration in<br>Minutes: 1.0* | 0.06 | _____ |
| **03/16/05**<br>11632252 | 9999 - . Nixon<br>Peabody LLP | Domestic<br>telephone calls | Telephone 3/16/2005<br>*Number Dialed: 813-884-4433     Duration in<br>Minutes: 1.0* | 0.06 | _____ |
| **03/16/05**<br>11668952 | 9999 - . Nixon<br>Peabody LLP | Domestic<br>telephone calls | Credit Telephone 3/16/2005<br>*Number Dialed: 813-884-4433     Duration in<br>Minutes: 1.0* | -0.06 | _____ |
| **03/16/05**<br>11668953 | 9999 - . Nixon<br>Peabody LLP | Domestic<br>telephone calls | Credit Telephone 3/16/2005<br>*Number Dialed: 813-884-4433     Duration in<br>Minutes: 1.0* | -0.06 | _____ |
| **03/16/05**<br>11668951 | 0272 - J. Gilbreth | Domestic<br>telephone calls | Credit Telephone 3/16/2005<br>*Number Dialed: 239-513-0446     Duration in<br>Minutes: 1.0* | -0.06 | _____ |
| **03/16/05**<br>11632250 | 0272 - J. Gilbreth | Domestic<br>telephone calls | Telephone 3/16/2005<br>*Number Dialed: 239-513-0446     Duration in<br>Minutes: 1.0* | 0.06 | _____ |
| **03/16/05** | 0272 - J. Gilbreth | Domestic | Telephone 3/16/2005<br>*Number Dialed: 239-513-0446     Duration in* | 0.06 | _____ |

Client number 036552
Prebill Number 2129648

| | | | | | |
|---|---|---|---|---|---|
| 11549366 | | telephone calls | *Minutes: 1.1* | | |
| **03/16/05**<br>11544601 | 7216  - K. Fitzgerald | Travel | Expense Reimbursement, Kevin Fitzgerald:<br>Travel to Boston for Meeting, 2/25/05 - 106 Miles<br>and Parking | 74.93 | _____ |
| **03/17/05**<br>11553452 | 0272  - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 9* | 1.80 | _____ |
| **03/17/05**<br>11588444 | 2338  - L. Gilcreast | Fax - domestic | Network Fax sent to 17813989961<br>*Number Dialed: 1 781-398-9961      Number of<br>Pages: 2* | 2.00 | _____ |
| **03/17/05**<br>11632253 | 0272  - J. Gilbreth | Domestic<br>telephone calls | Telephone 3/17/2005<br>*Number Dialed: 239-596-3303      Duration in<br>Minutes: 1.0* | 0.06 | _____ |
| **03/17/05**<br>11632254 | 0272  - J. Gilbreth | Domestic<br>telephone calls | Telephone 3/17/2005<br>*Number Dialed: 239-513-0446      Duration in<br>Minutes: 2.0* | 0.12 | _____ |
| **03/17/05**<br>11668954 | 0272  - J. Gilbreth | Domestic<br>telephone calls | Credit Telephone 3/17/2005<br>*Number Dialed: 239-596-3303      Duration in<br>Minutes: 1.0* | -0.06 | _____ |
| **03/17/05**<br>11668955 | 0272  - J. Gilbreth | Domestic<br>telephone calls | Credit Telephone 3/17/2005<br>*Number Dialed: 239-513-0446      Duration in<br>Minutes: 2.0* | -0.12 | _____ |
| **03/17/05**<br>11549369 | 0272  - J. Gilbreth | Domestic<br>telephone calls | Telephone 3/17/2005<br>*Number Dialed: 239-596-3303      Duration in<br>Minutes: 1.8* | 0.12 | _____ |
| **03/17/05**<br>11549370 | 0272  - J. Gilbreth | Domestic<br>telephone calls | Telephone 3/17/2005<br>*Number Dialed: 239-513-0446      Duration in<br>Minutes: 2.0* | 0.12 | _____ |
| **03/18/05**<br>11555553 | 7566  - C. Buonopane | In-house<br>provided meals,<br>snacks,<br>beverages (BOS<br>office) | Brown Room - Beverages | 5.00 | _____ |
| **03/18/05**<br>11553453 | 2338  - L. Gilcreast | Copier | Photocopy<br>*Number of Copies: 1* | 0.20 | _____ |
| **03/18/05**<br>11553454 | 9999  - . Nixon<br>Peabody LLP | Copier | Photocopy<br>*Number of Copies: 26* | 5.20 | _____ |
| **03/18/05**<br>11553455 | 9999  - . Nixon<br>Peabody LLP | Copier | Photocopy<br>*Number of Copies: 15* | 3.00 | _____ |
| **03/18/05**<br>11553456 | 9999  - . Nixon<br>Peabody LLP | Copier | Photocopy<br>*Number of Copies: 14* | 2.80 | _____ |
| **03/18/05**<br>11588445 | 2338  - L. Gilcreast | Fax - domestic | Network Fax sent to 16038944358<br>*Number Dialed: 1 603-894-4358      Number of<br>Pages: 2* | 2.00 | _____ |

Client number 036552
Prebill Number 2129648

| Date | Staff | Type | Description | Amount | |
|---|---|---|---|---|---|
| **03/18/05**<br>11554545 | 9999 - . Nixon Peabody LLP | Fax - domestic | Fax Sent To: 1-617-371-1037  3/18/2005<br>*Number Dialed: 1 617-371-1037      Number of Pages: 6* | 6.00 | _____ |
| **03/18/05**<br>11549727 | 0130 - F. Morrissey | Meals | Expense Reimbursement, Francis Morrissey: Meals While Working Late, 2/14/05 | 41.65 | _____ |
| **03/18/05**<br>11551488 | 9999 - . Nixon Peabody LLP | Domestic telephone calls | Telephone 3/18/2005<br>*Number Dialed: 941-312-0060      Duration in Minutes: 13.4* | 0.78 | _____ |
| **03/18/05**<br>11632256 | 9999 - . Nixon Peabody LLP | Domestic telephone calls | Telephone 3/18/2005<br>*Number Dialed: 941-312-0060      Duration in Minutes: 13.0* | 0.78 | _____ |
| **03/18/05**<br>11668957 | 9999 - . Nixon Peabody LLP | Domestic telephone calls | Credit Telephone 3/18/2005<br>*Number Dialed: 941-312-0060      Duration in Minutes: 13.0* | -0.78 | _____ |
| **03/18/05**<br>11668956 | 0272 - J. Gilbreth | Domestic telephone calls | Credit Telephone 3/18/2005<br>*Number Dialed: 510-264-1700      Duration in Minutes: 12.0* | -0.72 | _____ |
| **03/18/05**<br>11632255 | 0272 - J. Gilbreth | Domestic telephone calls | Telephone 3/18/2005<br>*Number Dialed: 510-264-1700      Duration in Minutes: 12.0* | 0.72 | _____ |
| **03/18/05**<br>11551486 | 0272 - J. Gilbreth | Domestic telephone calls | Telephone 3/18/2005<br>*Number Dialed: 510-264-1700      Duration in Minutes: 12.9* | 0.78 | _____ |
| **03/18/05**<br>11551487 | 0272 - J. Gilbreth | Domestic telephone calls | Telephone 3/18/2005<br>*Number Dialed: 603-890-6414      Duration in Minutes: .4* | 0.06 | _____ |
| **03/18/05**<br>11549735 | 0581 - A. Manto | Travel | VENDOR: Boston Cab Dispatch, Inc.; INVOICE#: BCAB03/2005; DATE: 3/6/05 - Travel from 1/31/05 thru 3/4/05 - from NP to Quincy Adams | 33.85 | _____ |
| **03/21/05**<br>11553457 | 9999 - . Nixon Peabody LLP | Copier | Photocopy<br>*Number of Copies: 5* | 1.00 | _____ |
| **03/21/05**<br>11553458 | 9999 - . Nixon Peabody LLP | Copier | Photocopy<br>*Number of Copies: 163* | 32.60 | _____ |
| **03/21/05**<br>11553459 | 9999 - . Nixon Peabody LLP | Copier | Photocopy<br>*Number of Copies: 35* | 7.00 | _____ |
| **03/21/05**<br>11553460 | 9999 - . Nixon Peabody LLP | Copier | Photocopy<br>*Number of Copies: 32* | 6.40 | _____ |
| **03/21/05**<br>11553461 | 9999 - . Nixon Peabody LLP | Copier | Photocopy<br>*Number of Copies: 30* | 6.00 | _____ |
| **03/21/05**<br>11553462 | 9999 - . Nixon Peabody LLP | Copier | Photocopy<br>*Number of Copies: 2* | 0.40 | _____ |

| | | | | | |
|---|---|---|---|---|---|
| **03/21/05**<br>11553463 | 9999 - . Nixon<br>Peabody LLP | Copier | Photocopy<br>*Number of Copies: 2* | 0.40 | _____ |
| **03/21/05**<br>11553464 | 9999 - . Nixon<br>Peabody LLP | Copier | Photocopy<br>*Number of Copies: 6* | 1.20 | _____ |
| **03/21/05**<br>11588446 | 2338 - L. Gilcreast | Fax - domestic | Network Fax sent to 15089875887<br>*Number Dialed: 1 508-987-5887    Number of<br>Pages: 2* | 2.00 | _____ |
| **03/21/05**<br>11588447 | 2338 - L. Gilcreast | Fax - domestic | Network Fax sent to 16172693223<br>*Number Dialed: 1 617-269-3223    Number of<br>Pages: 20* | 20.00 | _____ |
| **03/21/05**<br>11632257 | 0272 - J. Gilbreth | Domestic<br>telephone calls | Telephone 3/21/2005<br>*Number Dialed: 510-264-1700    Duration in<br>Minutes: 7.0* | 0.42 | _____ |
| **03/21/05**<br>11632258 | 0272 - J. Gilbreth | Domestic<br>telephone calls | Telephone 3/21/2005<br>*Number Dialed: 207-774-1104    Duration in<br>Minutes: 3.0* | 0.18 | _____ |
| **03/21/05**<br>11632259 | 0272 - J. Gilbreth | Domestic<br>telephone calls | Telephone 3/21/2005<br>*Number Dialed: 802-295-3118    Duration in<br>Minutes: 6.0* | 0.36 | _____ |
| **03/21/05**<br>11632260 | 0272 - J. Gilbreth | Domestic<br>telephone calls | Telephone 3/21/2005<br>*Number Dialed: 818-769-2010    Duration in<br>Minutes: 1.0* | 0.06 | _____ |
| **03/21/05**<br>11632261 | 0272 - J. Gilbreth | Domestic<br>telephone calls | Telephone 3/21/2005<br>*Number Dialed: 804-644-4711    Duration in<br>Minutes: 7.0* | 0.42 | _____ |
| **03/21/05**<br>11668958 | 0272 - J. Gilbreth | Domestic<br>telephone calls | Credit Telephone 3/21/2005<br>*Number Dialed: 510-264-1700    Duration in<br>Minutes: 7.0* | -0.42 | _____ |
| **03/21/05**<br>11668959 | 0272 - J. Gilbreth | Domestic<br>telephone calls | Credit Telephone 3/21/2005<br>*Number Dialed: 207-774-1104    Duration in<br>Minutes: 3.0* | -0.18 | _____ |
| **03/21/05**<br>11668960 | 0272 - J. Gilbreth | Domestic<br>telephone calls | Credit Telephone 3/21/2005<br>*Number Dialed: 802-295-3118    Duration in<br>Minutes: 6.0* | -0.36 | _____ |
| **03/21/05**<br>11668961 | 0272 - J. Gilbreth | Domestic<br>telephone calls | Credit Telephone 3/21/2005<br>*Number Dialed: 818-769-2010    Duration in<br>Minutes: 1.0* | -0.06 | _____ |
| **03/21/05**<br>11668962 | 0272 - J. Gilbreth | Domestic<br>telephone calls | Credit Telephone 3/21/2005<br>*Number Dialed: 804-644-4711    Duration in<br>Minutes: 7.0* | -0.42 | _____ |
| **03/21/05**<br>11554921 | 0272 - J. Gilbreth | Domestic<br>telephone calls | Telephone 3/21/2005<br>*Number Dialed: 603-890-6414    Duration in<br>Minutes: .6* | 0.06 | _____ |
| **03/21/05** | 0272 - J. Gilbreth | Domestic<br>telephone calls | Telephone 3/21/2005<br>*Number Dialed: 510-264-1700    Duration in<br>Minutes: 7.2* | 0.42 | _____ |

Client number 036552
Prebill Number 2129648

11554922

| Date | Code / Name | Type | Description | Amount | |
|---|---|---|---|---|---|
| **03/21/05** 11554923 | 0272 - J. Gilbreth | Domestic telephone calls | Telephone 3/21/2005 *Number Dialed: 207-774-1104   Duration in Minutes: 3.5* | 0.24 | _____ |
| **03/21/05** 11554924 | 0272 - J. Gilbreth | Domestic telephone calls | Telephone 3/21/2005 *Number Dialed: 802-295-3118   Duration in Minutes: 6.6* | 0.42 | _____ |
| **03/21/05** 11554925 | 0272 - J. Gilbreth | Domestic telephone calls | Telephone 3/21/2005 *Number Dialed: 818-769-2010   Duration in Minutes: 1.1* | 0.06 | _____ |
| **03/21/05** 11554926 | 0272 - J. Gilbreth | Domestic telephone calls | Telephone 3/21/2005 *Number Dialed: 804-644-4711   Duration in Minutes: 7.5* | 0.48 | _____ |
| **03/21/05** 11552118 | 0581 - A. Manto | Travel | VENDOR: Boston Cab Dispatch, Inc.; INVOICE#: BCAB03/2005; DATE: 3/6/05 - Travel from 1/31/05 thru 3/4/05 - from NP to Quincy Adams Garage | 34.45 | _____ |
| **03/22/05** 11557941 | 2338 - L. Gilcreast | Copier | Photocopy *Number of Copies: 2* | 0.40 | _____ |
| **03/22/05** 11557942 | 9999 - . Nixon Peabody LLP | Copier | Photocopy *Number of Copies: 2* | 0.40 | _____ |
| **03/22/05** 11556160 | 0961 - V. Ahern | Copier | Photocopy *Number of Copies: 13* | 2.60 | _____ |
| **03/22/05** 11588448 | 2338 - L. Gilcreast | Fax - domestic | Network Fax sent to 17813410507 *Number Dialed: 1 781-341-0507   Number of Pages: 2* | 2.00 | _____ |
| **03/23/05** 11559148 | 9999 - . Nixon Peabody LLP | Copier | Photocopy *Number of Copies: 12* | 2.40 | _____ |
| **03/23/05** 11559149 | 9999 - . Nixon Peabody LLP | Copier | Photocopy *Number of Copies: 7* | 1.40 | _____ |
| **03/23/05** 11559150 | 9999 - . Nixon Peabody LLP | Copier | Photocopy *Number of Copies: 3* | 0.60 | _____ |
| **03/23/05** 11559151 | 9999 - . Nixon Peabody LLP | Copier | Photocopy *Number of Copies: 10* | 2.00 | _____ |
| **03/23/05** 11559152 | 9999 - . Nixon Peabody LLP | Copier | Photocopy *Number of Copies: 1* | 0.20 | _____ |
| **03/23/05** 11559776 | 9999 - . Nixon Peabody LLP | Fax - domestic | Fax Sent To: 1-800-337-4903  3/23/2005 *Number Dialed: 1 800-337-4903   Number of Pages: 1* | 1.00 | _____ |
| **03/23/05** 11559777 | 9999 - . Nixon Peabody LLP | Fax - domestic | Fax Sent To: 1-617-439-9556  3/23/2005 *Number Dialed: 1 617-439-9556   Number of Pages: 7* | 7.00 | _____ |

Client number 036552
Prebill Number 2129648

| Date | Timekeeper | Type | Description | Amount | |
|------|-----------|------|-------------|--------|---|
| 03/23/05<br>11559778 | 9999 - . Nixon Peabody LLP | Fax - domestic | Fax Sent To: 1-781-398-9905  3/23/2005<br>*Number Dialed: 1 781-398-9905        Number of Pages: 7* | 7.00 | _____ |
| 03/23/05<br>11558281 | 7264 - T. McCord | Messenger Service | VENDOR: GEF Courier; INVOICE#: 1529; DATE: 1/31/05 -  Delivery  1/3/05 - 1/31/05 - to Blue Cross | 14.00 | _____ |
| 03/23/05<br>11560159 | 9999 - . Nixon Peabody LLP | Domestic telephone calls | Telephone 3/23/2005<br>*Number Dialed: 941-255-8200        Duration in Minutes: 18.2* | 1.08 | _____ |
| 03/23/05<br>11632262 | 9999 - . Nixon Peabody LLP | Domestic telephone calls | Telephone 3/23/2005<br>*Number Dialed: 941-255-8200        Duration in Minutes: 18.0* | 1.08 | _____ |
| 03/23/05<br>11668963 | 9999 - . Nixon Peabody LLP | Domestic telephone calls | Credit Telephone 3/23/2005<br>*Number Dialed: 941-255-8200        Duration in Minutes: 18.0* | -1.08 | _____ |
| 03/24/05<br>11561952 | 9999 - . Nixon Peabody LLP | Copier | Photocopy<br>*Number of Copies: 36* | 7.20 | _____ |
| 03/24/05<br>11561953 | 9999 - . Nixon Peabody LLP | Copier | Photocopy<br>*Number of Copies: 60* | 12.00 | _____ |
| 03/24/05<br>11561954 | 9999 - . Nixon Peabody LLP | Copier | Photocopy<br>*Number of Copies: 12* | 2.40 | _____ |
| 03/24/05<br>11563000 | 0272 - J. Gilbreth | Domestic telephone calls | Telephone 3/24/2005<br>*Number Dialed: 603-890-6414        Duration in Minutes: 2.0* | 0.12 | _____ |
| 03/24/05<br>11632263 | 0272 - J. Gilbreth | Domestic telephone calls | Telephone 3/24/2005<br>*Number Dialed: 603-890-6414        Duration in Minutes: 2.0* | 0.12 | _____ |
| 03/24/05<br>11668964 | 0272 - J. Gilbreth | Domestic telephone calls | Credit Telephone 3/24/2005<br>*Number Dialed: 603-890-6414        Duration in Minutes: 2.0* | -0.12 | _____ |
| 03/25/05<br>11569228 | 2338 - L. Gilcreast | Copier | Photocopy<br>*Number of Copies: 44* | 8.80 | _____ |
| 03/25/05<br>11569229 | 2338 - L. Gilcreast | Copier | Photocopy<br>*Number of Copies: 18* | 3.60 | _____ |
| 03/25/05<br>11569227 | 9999 - . Nixon Peabody LLP | Copier | Photocopy<br>*Number of Copies: 362* | 72.40 | _____ |
| 03/25/05<br>11573102 | 7293 - S. Fuller | Express Delivery Service | Postage 3/25/2005 DAVID A. KATZ   U.S. DEPT. OF JUSTICE   ONE CENTER PLAZA    BO | 11.12 | _____ |
| 03/25/05<br>11569781 | 9999 - . Nixon Peabody LLP | Fax - domestic | Fax Sent To: 914014213570  3/25/2005<br>*Number Dialed: 914014213570        Number of Pages: 4* | 4.00 | _____ |

Client number 036552
Prebill Number 2129648

| | | | | | |
|---|---|---|---|---|---|
| **03/25/05** 11570011 | 0272 - J. Gilbreth | Domestic telephone calls | Telephone 3/25/2005 *Number Dialed: 207-854-3685* *Minutes: .5* | *Duration in* | 0.06 |
| **03/28/05** 11571752 | 2338 - L. Gilcreast | Copier | Photocopy *Number of Copies: 7* | | 1.40 |
| **03/28/05** 11571753 | 9999 - . Nixon Peabody LLP | Copier | Photocopy *Number of Copies: 2* | | 0.40 |
| **03/28/05** 11571751 | 9999 - . Nixon Peabody LLP | Copier | Photocopy *Number of Copies: 2* | | 0.40 |
| **03/28/05** 11572713 | 0272 - J. Gilbreth | Domestic telephone calls | Telephone 3/28/2005 *Number Dialed: 202-347-0826* *Minutes: 1.0* | *Duration in* | 0.06 |
| **03/28/05** 11632264 | 0272 - J. Gilbreth | Domestic telephone calls | Telephone 3/28/2005 *Number Dialed: 202-347-0826* *Minutes: 1.0* | *Duration in* | 0.06 |
| **03/28/05** 11668965 | 0272 - J. Gilbreth | Domestic telephone calls | Credit Telephone 3/28/2005 *Number Dialed: 202-347-0826* *Minutes: 1.0* | *Duration in* | -0.06 |
| **03/29/05** 11574354 | 9999 - . Nixon Peabody LLP | Copier | Photocopy *Number of Copies: 4* | | 0.80 |
| **03/29/05** 11575330 | 0272 - J. Gilbreth | Domestic telephone calls | Telephone 3/29/2005 *Number Dialed: 603-362-6325* *Minutes: 9.1* | *Duration in* | 0.54 |
| **03/29/05** 11632265 | 0272 - J. Gilbreth | Domestic telephone calls | Telephone 3/29/2005 *Number Dialed: 603-362-6325* *Minutes: 9.0* | *Duration in* | 0.54 |
| **03/29/05** 11668966 | 0272 - J. Gilbreth | Domestic telephone calls | Credit Telephone 3/29/2005 *Number Dialed: 603-362-6325* *Minutes: 9.0* | *Duration in* | -0.54 |
| **03/30/05** 11577076 | 2338 - L. Gilcreast | Copier | Photocopy *Number of Copies: 21* | | 4.20 |
| **03/30/05** 11577077 | 9999 - . Nixon Peabody LLP | Copier | Photocopy *Number of Copies: 8* | | 1.60 |
| **03/30/05** 11577078 | 9999 - . Nixon Peabody LLP | Copier | Photocopy *Number of Copies: 11* | | 2.20 |
| **03/30/05** 11588449 | 2338 - L. Gilcreast | Fax - domestic | Network Fax sent to 16177429969 *Number Dialed: 1 617-742-9969* *Pages: 20* | *Number of* | 20.00 |
| **03/31/05** 11579424 | 2338 - L. Gilcreast | Copier | Photocopy *Number of Copies: 70* | | 14.00 |
| **03/31/05** 11579425 | 2338 - L. Gilcreast | Copier | Photocopy *Number of Copies: 1* | | 0.20 |

Client number 036552
Prebill Number 2129648

| | | | | | |
|---|---|---|---|---|---|
| **03/31/05**<br>11579426 | 2338  - L. Gilcreast | Copier | Photocopy<br>*Number of Copies: 1* | 0.20 | _____ |
| **03/31/05**<br>11579427 | 2338  - L. Gilcreast | Copier | Photocopy<br>*Number of Copies: 4* | 0.80 | _____ |
| **03/31/05**<br>11579428 | 9999  - . Nixon<br>Peabody LLP | Copier | Photocopy<br>*Number of Copies: 5* | 1.00 | _____ |
| **03/31/05**<br>11579421 | 9999  - . Nixon<br>Peabody LLP | Copier | Photocopy<br>*Number of Copies: 24* | 4.80 | _____ |
| **03/31/05**<br>11579422 | 9999  - . Nixon<br>Peabody LLP | Copier | Photocopy<br>*Number of Copies: 4* | 0.80 | _____ |
| **03/31/05**<br>11579423 | 9999  - . Nixon<br>Peabody LLP | Copier | Photocopy<br>*Number of Copies: 38* | 7.60 | _____ |
| **03/31/05**<br>11588450 | 2338  - L. Gilcreast | Fax - domestic | Network Fax sent to 16172276365<br>*Number Dialed: 1 617-227-6365    Number of<br>Pages: 20* | 20.00 | _____ |
| **03/31/05**<br>11588451 | 2338  - L. Gilcreast | Fax - domestic | Network Fax sent to 13033694061<br>*Number Dialed: 1 303-369-4061    Number of<br>Pages: 20* | 20.00 | _____ |
| **03/31/05**<br>11580068 | 9999  - . Nixon<br>Peabody LLP | Fax - domestic | Fax Sent To: 919207309464  3/31/2005<br>*Number Dialed: 919207309464    Number of<br>Pages: 39* | 39.00 | _____ |
| **03/31/05**<br>11580419 | 9999  - . Nixon<br>Peabody LLP | Domestic<br>telephone calls | Telephone 3/31/2005<br>*Number Dialed: 212-617-3949    Duration in<br>Minutes: 10.4* | 0.60 | _____ |
| **03/31/05**<br>11632266 | 9999  - . Nixon<br>Peabody LLP | Domestic<br>telephone calls | Telephone 3/31/2005<br>*Number Dialed: 212-617-3949    Duration in<br>Minutes: 10.0* | 0.60 | _____ |
| **03/31/05**<br>11668967 | 9999  - . Nixon<br>Peabody LLP | Domestic<br>telephone calls | Credit Telephone 3/31/2005<br>*Number Dialed: 212-617-3949    Duration in<br>Minutes: 10.0* | -0.60 | _____ |
| **03/31/05**<br>11580420 | 0272  - J. Gilbreth | Domestic<br>telephone calls | Telephone 3/31/2005<br>*Number Dialed: 818-487-1153    Duration in<br>Minutes: .6* | 0.06 | _____ |
| **03/31/05**<br>11576545 | 7216  - K. Fitzgerald | Travel | Expense Reimbursement, Kevin Fitzgerald:<br>Travel to Boston for Meeting, 3/18/05 - Parking | 32.00 | _____ |
| **03/31/05**<br>11576546 | 7216  - K. Fitzgerald | Travel | Expense Reimbursement, Kevin Fitzgerald:<br>Travel to Boston for Meeting, 3/18/05 - 106 Miles | 42.93 | _____ |
| **04/01/05**<br>11619599 | 0065  - J. Clymer | In-house<br>provided meals,<br>snacks,<br>beverages (BOS<br>office) | 4 Attendees Lunch  Fischer Room  Client Meeting | 108.00 | _____ |

EXHIBIT D (pgs 53-73)

Out-of-Pocket Expenses

Client number 036552
Prebill Number 2129648

| | | | | | |
|---|---|---|---|---|---|
| **04/01/05**<br>11581479 | 5976 - D. Vicinanzo | Copier | Photocopy<br>*Number of Copies: 1* | 0.20 | _____ |
| **04/01/05**<br>11581480 | 9999 - . Nixon<br>Peabody LLP | Copier | Photocopy<br>*Number of Copies: 2* | 0.40 | _____ |
| **04/01/05**<br>11581481 | 9999 - . Nixon<br>Peabody LLP | Copier | Photocopy<br>*Number of Copies: 4* | 0.80 | _____ |
| **04/01/05**<br>11581478 | 9999 - . Nixon<br>Peabody LLP | Copier | Photocopy<br>*Number of Copies: 1531* | 306.20 | _____ |
| **04/01/05**<br>11581482 | 0272 - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 2* | 0.40 | _____ |
| **04/01/05**<br>11581959 | 9999 - . Nixon<br>Peabody LLP | Fax - domestic | Fax Sent To: 917816723734  4/1/2005<br>*Number Dialed: 917816723734      Number of<br>Pages: 6* | 6.00 | _____ |
| **04/01/05**<br>11580785 | 7216 - K. Fitzgerald | Postage | Postage: 3/2/05 | 1.06 | _____ |
| **04/04/05**<br>11583469 | 2338 - L. Gilcreast | Copier | Photocopy<br>*Number of Copies: 3* | 0.60 | _____ |
| **04/04/05**<br>11583470 | 2338 - L. Gilcreast | Copier | Photocopy<br>*Number of Copies: 22* | 4.40 | _____ |
| **04/04/05**<br>11583471 | 2338 - L. Gilcreast | Copier | Photocopy<br>*Number of Copies: 13* | 2.60 | _____ |
| **04/04/05**<br>11649807 | 2338 - L. Gilcreast | Fax - domestic | Network Fax sent to 17326796965<br>*Number Dialed: 1 732-679-6965      Number of<br>Pages: 20* | 20.00 | _____ |
| **04/04/05**<br>11649808 | 2338 - L. Gilcreast | Fax - domestic | Network Fax sent to 16175527944<br>*Number Dialed: 1 617-552-7944      Number of<br>Pages: 2* | 2.00 | _____ |
| **04/04/05**<br>11649809 | 2338 - L. Gilcreast | Fax - domestic | Network Fax sent to 17326796965<br>*Number Dialed: 1 732-679-6965      Number of<br>Pages: 20* | 20.00 | _____ |
| **04/04/05**<br>11668968 | 0272 - J. Gilbreth | Domestic<br>telephone calls | Credit Telephone 4/4/2005<br>*Number Dialed: 732-679-0042      Duration in<br>Minutes: 1.0* | -0.06 | _____ |
| **04/04/05**<br>11668969 | 0272 - J. Gilbreth | Domestic<br>telephone calls | Credit Telephone 4/4/2005<br>*Number Dialed: 203-264-9380      Duration in<br>Minutes: 4.0* | -0.24 | _____ |
| **04/04/05**<br>11584262 | 0272 - J. Gilbreth | Domestic<br>telephone calls | Telephone 4/4/2005<br>*Number Dialed: 732-679-0042      Duration in<br>Minutes: 1.5* | 0.12 | _____ |
| **04/04/05**<br>11584263 | 0272 - J. Gilbreth | Domestic<br>telephone calls | Telephone 4/4/2005<br>*Number Dialed: 203-264-9380      Duration in<br>Minutes: 4.0* | 0.24 | _____ |

Client number 036552
Prebill Number 2129648

| 04/04/05 11632267 | 0272 - J. Gilbreth | Domestic telephone calls | Telephone 4/4/2005 *Number Dialed: 732-679-0042* *Duration in Minutes: 1.0* | 0.06 | _____ |
|---|---|---|---|---|---|
| 04/04/05 11632268 | 0272 - J. Gilbreth | Domestic telephone calls | Telephone 4/4/2005 *Number Dialed: 203-264-9380* *Duration in Minutes: 4.0* | 0.24 | _____ |
| 04/05/05 11586401 | 2338 - L. Gilcreast | Copier | Photocopy *Number of Copies: 6* | 1.20 | _____ |
| 04/06/05 11589336 | 2338 - L. Gilcreast | Copier | Photocopy *Number of Copies: 1* | 0.20 | _____ |
| 04/06/05 11589337 | 9999 - . Nixon Peabody LLP | Copier | Photocopy *Number of Copies: 6* | 1.20 | _____ |
| 04/06/05 11589338 | 9999 - . Nixon Peabody LLP | Copier | Photocopy *Number of Copies: 28* | 5.60 | _____ |
| 04/06/05 11589335 | 9999 - . Nixon Peabody LLP | Copier | Photocopy *Number of Copies: 16* | 3.20 | _____ |
| 04/06/05 11590204 | 7566 - C. Buonopane | Domestic telephone calls | Telephone 4/6/2005 *Number Dialed: 323-782-2291* *Duration in Minutes: 1.0* | 0.06 | _____ |
| 04/06/05 11590205 | 7566 - C. Buonopane | Domestic telephone calls | Telephone 4/6/2005 *Number Dialed: 323-782-2291* *Duration in Minutes: 1.0* | 0.06 | _____ |
| 04/06/05 11590206 | 7566 - C. Buonopane | Domestic telephone calls | Telephone 4/6/2005 *Number Dialed: 323-782-2291* *Duration in Minutes: 1.0* | 0.06 | _____ |
| 04/06/05 11632269 | 7566 - C. Buonopane | Domestic telephone calls | Telephone 4/6/2005 *Number Dialed: 323-782-2291* *Duration in Minutes: 1.0* | 0.06 | _____ |
| 04/06/05 11632270 | 7566 - C. Buonopane | Domestic telephone calls | Telephone 4/6/2005 *Number Dialed: 323-782-2291* *Duration in Minutes: 1.0* | 0.06 | _____ |
| 04/06/05 11632271 | 7566 - C. Buonopane | Domestic telephone calls | Telephone 4/6/2005 *Number Dialed: 323-782-2291* *Duration in Minutes: 1.0* | 0.06 | _____ |
| 04/06/05 11668269 | 7566 - C. Buonopane | Domestic telephone calls | Credit Telephone 4/6/2005 *Number Dialed: 323-782-2291* *Duration in Minutes: 1.0* | -0.06 | _____ |
| 04/06/05 11668270 | 7566 - C. Buonopane | Domestic telephone calls | Credit Telephone 4/6/2005 *Number Dialed: 323-782-2291* *Duration in Minutes: 1.0* | -0.06 | _____ |
| 04/06/05 11668271 | 7566 - C. Buonopane | Domestic telephone calls | Credit Telephone 4/6/2005 *Number Dialed: 323-782-2291* *Duration in Minutes: 1.0* | -0.06 | _____ |

Client number 036552
Prebill Number 2129648

| Date | Code / Name | Type | Description | Amount | |
|---|---|---|---|---|---|
| 04/07/05<br>11591978 | 9999 - . Nixon<br>Peabody LLP | Copier | Photocopy<br>*Number of Copies: 16* | 3.20 | _____ |
| 04/07/05<br>11592945 | 0272 - J. Gilbreth | Domestic<br>telephone calls | Telephone 4/7/2005<br>*Number Dialed: 202-347-0826    Duration in*<br>*Minutes: .8* | 0.06 | _____ |
| 04/07/05<br>11592946 | 0272 - J. Gilbreth | Domestic<br>telephone calls | Telephone 4/7/2005<br>*Number Dialed: 603-679-1884    Duration in*<br>*Minutes: 1.6* | 0.12 | _____ |
| 04/07/05<br>11632272 | 0272 - J. Gilbreth | Domestic<br>telephone calls | Telephone 4/7/2005<br>*Number Dialed: 603-679-1884    Duration in*<br>*Minutes: 1.0* | 0.06 | _____ |
| 04/07/05<br>11668970 | 0272 - J. Gilbreth | Domestic<br>telephone calls | Credit Telephone 4/7/2005<br>*Number Dialed: 603-679-1884    Duration in*<br>*Minutes: 1.0* | -0.06 | _____ |
| 04/08/05<br>11593941 | 2338 - L. Gilcreast | Copier | Photocopy<br>*Number of Copies: 8* | 1.60 | _____ |
| 04/08/05<br>11593942 | 2338 - L. Gilcreast | Copier | Photocopy<br>*Number of Copies: 5* | 1.00 | _____ |
| 04/08/05<br>11593943 | 2338 - L. Gilcreast | Copier | Photocopy<br>*Number of Copies: 274* | 54.80 | _____ |
| 04/08/05<br>11593944 | 9999 - . Nixon<br>Peabody LLP | Copier | Photocopy<br>*Number of Copies: 3* | 0.60 | _____ |
| 04/08/05<br>11593945 | 9999 - . Nixon<br>Peabody LLP | Copier | Photocopy<br>*Number of Copies: 2* | 0.40 | _____ |
| 04/11/05<br>11596332 | 2338 - L. Gilcreast | Copier | Photocopy<br>*Number of Copies: 2* | 0.40 | _____ |
| 04/11/05<br>11596334 | 2338 - L. Gilcreast | Copier | Photocopy<br>*Number of Copies: 8* | 1.60 | _____ |
| 04/11/05<br>11596335 | 9999 - . Nixon<br>Peabody LLP | Copier | Photocopy<br>*Number of Copies: 60* | 12.00 | _____ |
| 04/11/05<br>11596336 | 9999 - . Nixon<br>Peabody LLP | Copier | Photocopy<br>*Number of Copies: 28* | 5.60 | _____ |
| 04/11/05<br>11596333 | 9999 - . Nixon<br>Peabody LLP | Copier | Photocopy<br>*Number of Copies: 674* | 134.80 | _____ |
| 04/11/05<br>11596330 | 9999 - . Nixon<br>Peabody LLP | Copier | Photocopy<br>*Number of Copies: 364* | 72.80 | _____ |
| 04/11/05<br>11596331 | 9999 - . Nixon<br>Peabody LLP | Copier | Photocopy<br>*Number of Copies: 273* | 54.60 | _____ |
| 04/11/05<br>11649810 | 2338 - L. Gilcreast | Fax - domestic | Network Fax sent to 17135521412<br>*Number Dialed: 1 713-552-1412    Number of*<br>*Pages: 20* | 20.00 | _____ |

Client number 036552
Prebill Number 2129648

| | | | | | |
|---|---|---|---|---|---|
| **04/11/05**<br>11649811 | 2338  - L. Gilcreast | Fax - domestic | Network Fax sent to 14407355110<br>*Number Dialed: 1 440-735-5110*<br>*Pages: 20* | *Number of* | 20.00  _____ |
| **04/11/05**<br>11668971 | 0272  - J. Gilbreth | Domestic<br>telephone calls | Credit Telephone 4/11/2005<br>*Number Dialed: 304-343-1414*<br>*Minutes: 4.0* | *Duration in* | -0.24  _____ |
| **04/11/05**<br>11597184 | 0272  - J. Gilbreth | Domestic<br>telephone calls | Telephone 4/11/2005<br>*Number Dialed: 304-343-1414*<br>*Minutes: 4.4* | *Duration in* | 0.24  _____ |
| **04/11/05**<br>11597185 | 0272  - J. Gilbreth | Domestic<br>telephone calls | Telephone 4/11/2005<br>*Number Dialed: 603-634-7102*<br>*Minutes: .7* | *Duration in* | 0.06  _____ |
| **04/11/05**<br>11632273 | 0272  - J. Gilbreth | Domestic<br>telephone calls | Telephone 4/11/2005<br>*Number Dialed: 304-343-1414*<br>*Minutes: 4.0* | *Duration in* | 0.24  _____ |
| **04/12/05**<br>11598395 | 2338  - L. Gilcreast | Copier | Photocopy<br>*Number of Copies: 119* | | 23.80  _____ |
| **04/12/05**<br>11598396 | 2338  - L. Gilcreast | Copier | Photocopy<br>*Number of Copies: 30* | | 6.00  _____ |
| **04/12/05**<br>11598394 | 9999  - . Nixon<br>Peabody LLP | Copier | Photocopy<br>*Number of Copies: 18* | | 3.60  _____ |
| **04/12/05**<br>11649812 | 2338  - L. Gilcreast | Fax - domestic | Network Fax sent to 16179292872<br>*Number Dialed: 1 617-929-2872*<br>*Pages: 2* | *Number of* | 2.00  _____ |
| **04/12/05**<br>11649813 | 2338  - L. Gilcreast | Fax - domestic | Network Fax sent to 16179292670<br>*Number Dialed: 1 617-929-2670*<br>*Pages: 2* | *Number of* | 2.00  _____ |
| **04/12/05**<br>11599172 | 0272  - J. Gilbreth | Domestic<br>telephone calls | Telephone 4/12/2005<br>*Number Dialed: 603-634-7102*<br>*Minutes: .6* | *Duration in* | 0.06  _____ |
| **04/13/05**<br>11600698 | 2338  - L. Gilcreast | Copier | Photocopy<br>*Number of Copies: 1* | | 0.20  _____ |
| **04/13/05**<br>11600701 | 2338  - L. Gilcreast | Copier | Photocopy<br>*Number of Copies: 5* | | 1.00  _____ |
| **04/13/05**<br>11600702 | 9999  - . Nixon<br>Peabody LLP | Copier | Photocopy<br>*Number of Copies: 3* | | 0.60  _____ |
| **04/13/05**<br>11600699 | 9999  - . Nixon<br>Peabody LLP | Copier | Photocopy<br>*Number of Copies: 2* | | 0.40  _____ |
| **04/13/05**<br>11600700 | 0272  - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 1* | | 0.20  _____ |
| **04/13/05**<br>11601417 | 9999  - . Nixon<br>Peabody LLP | Fax - domestic | Fax Sent To:  919207309464  4/13/2005<br>*Number Dialed: 919207309464*<br>*Pages: 6* | *Number of* | 6.00  _____ |

Client number 036552
Prebill Number 2129648

| | | | | | |
|---|---|---|---|---|---|
| 04/13/05<br>11601418 | 9999 - . Nixon<br>Peabody LLP | Fax - domestic | Fax Sent To: 919207309464  4/13/2005<br>Number Dialed: 919207309464          Number of<br>Pages: 6 | 6.00 | _____ |
| 04/13/05<br>11601732 | 0272 - J. Gilbreth | Domestic<br>telephone calls | Telephone 4/13/2005<br>Number Dialed: 650-857-4016          Duration in<br>Minutes: .6 | 0.06 | _____ |
| 04/14/05<br>11603180 | 2338 - L. Gilcreast | Copier | Photocopy<br>Number of Copies: 2 | 0.40 | _____ |
| 04/14/05<br>11604109 | 0272 - J. Gilbreth | Domestic<br>telephone calls | Telephone 4/14/2005<br>Number Dialed: 202-452-4767          Duration in<br>Minutes: .7 | 0.06 | _____ |
| 04/15/05<br>11605170 | 2338 - L. Gilcreast | Copier | Photocopy<br>Number of Copies: 2 | 0.40 | _____ |
| 04/15/05<br>11605171 | 2338 - L. Gilcreast | Copier | Photocopy<br>Number of Copies: 88 | 17.60 | _____ |
| 04/15/05<br>11605172 | 2338 - L. Gilcreast | Copier | Photocopy<br>Number of Copies: 11 | 2.20 | _____ |
| 04/15/05<br>11605174 | 2338 - L. Gilcreast | Copier | Photocopy<br>Number of Copies: 11 | 2.20 | _____ |
| 04/15/05<br>11605175 | 9999 - . Nixon<br>Peabody LLP | Copier | Photocopy<br>Number of Copies: 7 | 1.40 | _____ |
| 04/15/05<br>11605173 | 9999 - . Nixon<br>Peabody LLP | Copier | Photocopy<br>Number of Copies: 5 | 1.00 | _____ |
| 04/15/05<br>11605169 | 9999 - . Nixon<br>Peabody LLP | Copier | Photocopy<br>Number of Copies: 6 | 1.20 | _____ |
| 04/18/05<br>11611151 | 9999 - . Nixon<br>Peabody LLP | Copier | Photocopy<br>Number of Copies: 12 | 2.40 | _____ |
| 04/18/05<br>11611152 | 9999 - . Nixon<br>Peabody LLP | Copier | Photocopy<br>Number of Copies: 24 | 4.80 | _____ |
| 04/18/05<br>11611153 | 9999 - . Nixon<br>Peabody LLP | Copier | Photocopy<br>Number of Copies: 1 | 0.20 | _____ |
| 04/18/05<br>11611155 | 9999 - . Nixon<br>Peabody LLP | Copier | Photocopy<br>Number of Copies: 2 | 0.40 | _____ |
| 04/18/05<br>11611156 | 0272 - J. Gilbreth | Copier | Photocopy<br>Number of Copies: 894 | 178.80 | _____ |
| 04/18/05<br>11611154 | 0272 - J. Gilbreth | Copier | Photocopy<br>Number of Copies: 1040 | 208.00 | _____ |
| 04/18/05<br>11611517 | 9999 - . Nixon<br>Peabody LLP | Fax - domestic | Fax Sent To: 916175564178  4/18/2005<br>Number Dialed: 916175564178          Number of<br>Pages: 2 | 2.00 | _____ |

Client number 036552
Prebill Number 2129648

| 04/18/05 11611518 | 9999 - . Nixon Peabody LLP | Fax - domestic | Fax Sent To: 1-781-398-9905  4/18/2005 *Number Dialed: 1 781-398-9905       Number of Pages: 6* | 6.00 | _____ |
|---|---|---|---|---|---|
| 04/18/05 11611519 | 9999 - . Nixon Peabody LLP | Fax - domestic | Fax Sent To: 1-508-427-4444  4/18/2005 *Number Dialed: 1 508-427-4444       Number of Pages: 3* | 3.00 | _____ |
| 04/18/05 11611624 | 0272 - J. Gilbreth | Domestic telephone calls | Telephone 4/18/2005 *Number Dialed: 212-617-3949       Duration in Minutes: 2.5* | 0.12 | _____ |
| 04/18/05 11632274 | 0272 - J. Gilbreth | Domestic telephone calls | Telephone 4/18/2005 *Number Dialed: 212-617-3949       Duration in Minutes: 2.0* | 0.12 | _____ |
| 04/18/05 11668972 | 0272 - J. Gilbreth | Domestic telephone calls | Credit Telephone 4/18/2005 *Number Dialed: 212-617-3949       Duration in Minutes: 2.0* | -0.12 | _____ |
| 04/18/05 11607391 | 7293 - S. Fuller | Travel | VENDOR: Fuller, Steven; INVOICE#: FUL041205; DATE: 4/18/2005  -  Steven Fuller - Expense reimbursement - attend meeting in Burlington, MA 4/11/05 - 30 miles x .405 $12.15 | 12.15 | _____ |
| 04/19/05 11611158 | 2338 - L. Gilcreast | Copier | Photocopy *Number of Copies: 4* | 0.80 | _____ |
| 04/19/05 11611159 | 2338 - L. Gilcreast | Copier | Photocopy *Number of Copies: 8* | 1.60 | _____ |
| 04/19/05 11611160 | 2338 - L. Gilcreast | Copier | Photocopy *Number of Copies: 2* | 0.40 | _____ |
| 04/19/05 11611157 | 0272 - J. Gilbreth | Copier | Photocopy *Number of Copies: 2910* | 582.00 | _____ |
| 04/19/05 11649814 | 2338 - L. Gilcreast | Fax - domestic | Network Fax sent to 19173693612 *Number Dialed: 1 917-369-3612       Number of Pages: 20* | 20.00 | _____ |
| 04/19/05 11608483 | 0272 - J. Gilbreth | Travel | VENDOR: Boston Cab Dispatch, Inc.; INVOICE#: BCAB04/2005; DATE: 4/3/05 -  Travel from 2/28/05 thru 4/3/05 - from Boston to NP on 3/31/05 | 16.65 | _____ |
| 04/20/05 11612688 | 2338 - L. Gilcreast | Copier | Photocopy *Number of Copies: 27* | 5.40 | _____ |
| 04/20/05 11615761 | 2338 - L. Gilcreast | Copier | Photocopy *Number of Copies: 10* | 2.00 | _____ |
| 04/20/05 11612687 | 9999 - . Nixon Peabody LLP | Copier | Photocopy *Number of Copies: 1* | 0.20 | _____ |
| 04/20/05 | 0272 - J. Gilbreth | Copier | Photocopy *Number of Copies: 4* | 0.80 | _____ |

Client number 036552
Prebill Number 2129648

11615762

| Date | Code | Type | Description | Amount | |
|---|---|---|---|---|---|
| **04/20/05** | 0272 - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 2* | 0.40 | _____ |
| 11612689 | | | | | |
| **04/20/05** | 0272 - J. Gilbreth | Copier | Photocopy - (VICTIM CHECK)<br>*Number of Copies: 1* | 0.20 | _____ |
| 11612685 | | | | | |
| **04/20/05** | 0272 - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 1* | 0.20 | _____ |
| 11612686 | | | | | |
| **04/20/05** | 0272 - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 5* | 1.00 | _____ |
| 11614487 | | | | | |
| **04/20/05** | 7216 - K. Fitzgerald | Copier | Photocopy<br>*Number of Copies: 490* | 98.00 | _____ |
| 11614486 | | | | | |
| **04/20/05** | 7264 - T. McCord | Fax - domestic | Fax Sent To: 919207309464  4/20/2005<br>*Number Dialed: 919207309464      Number of Pages: 9* | 9.00 | _____ |
| 11613167 | | | | | |
| **04/21/05** | 2338 - L. Gilcreast | Copier | Photocopy<br>*Number of Copies: 9* | 1.80 | _____ |
| 11614491 | | | | | |
| **04/21/05** | 2338 - L. Gilcreast | Copier | Photocopy<br>*Number of Copies: 4* | 0.80 | _____ |
| 11615763 | | | | | |
| **04/21/05** | 8495 - D. Aviles | Copier | Photocopy - (COPY)<br>*Number of Copies: 24* | 4.80 | _____ |
| 11615765 | | | | | |
| **04/21/05** | 8099 - I. Veiga | Copier | Photocopy<br>*Number of Copies: 6* | 1.20 | _____ |
| 11615766 | | | | | |
| **04/21/05** | 0272 - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 3* | 0.60 | _____ |
| 11615767 | | | | | |
| **04/21/05** | 0272 - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 3* | 0.60 | _____ |
| 11614488 | | | | | |
| **04/21/05** | 0272 - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 1* | 0.20 | _____ |
| 11614489 | | | | | |
| **04/21/05** | 0272 - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 4* | 0.80 | _____ |
| 11614490 | | | | | |
| **04/21/05** | 0272 - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 2* | 0.40 | _____ |
| 11614498 | | | | | |
| **04/21/05** | 0272 - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 6* | 1.20 | _____ |
| 11614499 | | | | | |
| **04/21/05** | 0272 - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 2* | 0.40 | _____ |
| 11614500 | | | | | |
| **04/21/05** | 0272 - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 1* | 0.20 | _____ |
| 11614501 | | | | | |
| **04/21/05** | 0272 - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 2* | 0.40 | _____ |

Client number 036552
Prebill Number 2129648

| | | | | | |
|---|---|---|---|---|---|
| 11614502 | | | | | |
| **04/21/05** | 0272 - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 2* | 0.40 | _____ |
| 11614503 | | | | | |
| **04/21/05** | 0272 - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 4* | 0.80 | _____ |
| 11614504 | | | | | |
| **04/21/05** | 0272 - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 15* | 3.00 | _____ |
| 11614505 | | | | | |
| **04/21/05** | 0272 - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 1* | 0.20 | _____ |
| 11614506 | | | | | |
| **04/21/05** | 0272 - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 2* | 0.40 | _____ |
| 11614507 | | | | | |
| **04/21/05** | 0272 - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 9* | 1.80 | _____ |
| 11615764 | | | | | |
| **04/21/05** | 0971 - L. Marshall | Copier | Photocopy<br>*Number of Copies: 4* | 0.80 | _____ |
| 11614492 | | | | | |
| **04/21/05** | 0971 - L. Marshall | Copier | Photocopy<br>*Number of Copies: 11* | 2.20 | _____ |
| 11614493 | | | | | |
| **04/21/05** | 0971 - L. Marshall | Copier | Photocopy<br>*Number of Copies: 9* | 1.80 | _____ |
| 11614494 | | | | | |
| **04/21/05** | 0971 - L. Marshall | Copier | Photocopy<br>*Number of Copies: 6* | 1.20 | _____ |
| 11614495 | | | | | |
| **04/21/05** | 0971 - L. Marshall | Copier | Photocopy<br>*Number of Copies: 27* | 5.40 | _____ |
| 11614496 | | | | | |
| **04/21/05** | 0971 - L. Marshall | Copier | Photocopy<br>*Number of Copies: 11* | 2.20 | _____ |
| 11614497 | | | | | |
| **04/21/05** | 2346 - L. Harrington | Express<br>Delivery Service | Postage 4/21/2005 RICHARD L. GEMMA, ESQ.<br>MACADAMS & WIECK INC.    101 DYER STRE | 11.12 | _____ |
| 11624115 | | | | | |
| **04/21/05** | 8099 - I. Veiga | Fax - domestic | Fax Sent To:  9-617-523-9292  4/21/2005<br>*Number Dialed: 9 617-523-9292      Number of Pages: 2* | 2.00 | _____ |
| 11614877 | | | | | |
| **04/21/05** | 0272 - J. Gilbreth | Fax - domestic | Fax Sent To:  919784622475  4/21/2005<br>*Number Dialed: 919784622475        Number of Pages: 4* | 4.00 | _____ |
| 11614878 | | | | | |
| **04/21/05** | 7293 - S. Fuller | Fax - domestic | Fax Sent To:  1-781-398-9905  4/21/2005<br>*Number Dialed: 1 781-398-9905      Number of Pages: 6* | 6.00 | _____ |
| 11614875 | | | | | |
| **04/21/05** | 7293 - S. Fuller | Fax - domestic | Fax Sent To:  617-439-9556  4/21/2005<br>*Number Dialed: 617-439-9556        Number of Pages: 7* | 7.00 | _____ |
| 11614876 | | | | | |
| **04/21/05** | 7293 - S. Fuller | Travel | Expense Reimbursement, Steven Fuller: Travel to<br>Manchester, NH for Meeting, 4/13/05 - 112 Miles | 45.36 | _____ |

Client number 036552
Prebill Number 2129648

11611976

| 04/22/05 | 2338  - L. Gilcreast | Copier | Photocopy<br>*Number of Copies: 35* | 7.00 | _____ |
| 11615772 | | | | | |
| 04/22/05 | 0272  - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 11* | 2.20 | _____ |
| 11615773 | | | | | |
| 04/22/05 | 0272  - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 1002* | 200.40 | _____ |
| 11615774 | | | | | |
| 04/22/05 | 0272  - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 1* | 0.20 | _____ |
| 11615775 | | | | | |
| 04/22/05 | 0272  - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 1* | 0.20 | _____ |
| 11615776 | | | | | |
| 04/22/05 | 0272  - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 2* | 0.40 | _____ |
| 11615777 | | | | | |
| 04/22/05 | 0272  - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 3* | 0.60 | _____ |
| 11615778 | | | | | |
| 04/22/05 | 0272  - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 1* | 0.20 | _____ |
| 11615779 | | | | | |
| 04/22/05 | 0272  - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 4* | 0.80 | _____ |
| 11615780 | | | | | |
| 04/22/05 | 0272  - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 2* | 0.40 | _____ |
| 11615781 | | | | | |
| 04/22/05 | 0272  - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 1* | 0.20 | _____ |
| 11615770 | | | | | |
| 04/22/05 | 0272  - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 2* | 0.40 | _____ |
| 11615771 | | | | | |
| 04/22/05 | 0272  - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 3* | 0.60 | _____ |
| 11615768 | | | | | |
| 04/22/05 | 0272  - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 1* | 0.20 | _____ |
| 11615769 | | | | | |
| 04/24/05 | 0272  - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 4* | 0.80 | _____ |
| 11617088 | | | | | |
| 04/24/05 | 0272  - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 2* | 0.40 | _____ |
| 11617089 | | | | | |
| 04/24/05 | 0272  - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 2* | 0.40 | _____ |
| 11617090 | | | | | |
| 04/25/05 | 2338  - L. Gilcreast | Copier | Photocopy<br>*Number of Copies: 10* | 2.00 | _____ |
| 11617965 | | | | | |
| 04/25/05 | 9999  - . Nixon<br>Peabody LLP | Copier | Photocopy<br>*Number of Copies: 12* | 2.40 | _____ |

Client number 036552
Prebill Number 2129648

| | | | | | |
|---|---|---|---|---|---|
| 11617964 | | | | | |
| **04/25/05** | 0272 - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 1* | 0.20 | _____ |
| 11617966 | | | | | |
| **04/25/05** | 0272 - J. Gilbreth | Domestic telephone calls | Telephone 4/25/2005<br>*Number Dialed: 303-839-0609      Duration in Minutes: 1.0* | 0.06 | _____ |
| 11632275 | | | | | |
| **04/26/05** | 2338 - L. Gilcreast | Copier | Photocopy<br>*Number of Copies: 2* | 0.40 | _____ |
| 11622958 | | | | | |
| **04/26/05** | 0272 - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 8* | 1.60 | _____ |
| 11622959 | | | | | |
| **04/26/05** | 0272 - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 2* | 0.40 | _____ |
| 11622960 | | | | | |
| **04/26/05** | 0272 - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 3* | 0.60 | _____ |
| 11622957 | | | | | |
| **04/26/05** | 0272 - J. Gilbreth | Fax - domestic | Fax Sent To:  919784622475  4/26/2005<br>*Number Dialed: 919784622475      Number of Pages: 2* | 2.00 | _____ |
| 11623598 | | | | | |
| **04/27/05** | 2338 - L. Gilcreast | Copier | Photocopy<br>*Number of Copies: 2* | 0.40 | _____ |
| 11624856 | | | | | |
| **04/27/05** | 2338 - L. Gilcreast | Copier | Photocopy<br>*Number of Copies: 8* | 1.60 | _____ |
| 11624857 | | | | | |
| **04/27/05** | 2338 - L. Gilcreast | Copier | Photocopy<br>*Number of Copies: 40* | 8.00 | _____ |
| 11624858 | | | | | |
| **04/27/05** | 2338 - L. Gilcreast | Copier | Photocopy<br>*Number of Copies: 10* | 2.00 | _____ |
| 11624859 | | | | | |
| **04/27/05** | 0272 - J. Gilbreth | Domestic telephone calls | Telephone 4/27/2005<br>*Number Dialed: 859-278-7361      Duration in Minutes: 1.0* | 0.06 | _____ |
| 11632276 | | | | | |
| **04/28/05** | 9999 - . Nixon Peabody LLP | Copier | Photocopy<br>*Number of Copies: 1* | 0.20 | _____ |
| 11627032 | | | | | |
| **04/28/05** | 0272 - J. Gilbreth | Copier | Photocopy - (STOYANOVICH)<br>*Number of Copies: 9* | 1.80 | _____ |
| 11627034 | | | | | |
| **04/28/05** | 7293 - S. Fuller | Copier | Photocopy<br>*Number of Copies: 5* | 1.00 | _____ |
| 11627033 | | | | | |
| **04/28/05** | 7293 - S. Fuller | Fax - domestic | Fax Sent To: 1-617-316-2606  4/28/2005<br>*Number Dialed: 1 617-316-2606      Number of Pages: 4* | 4.00 | _____ |
| 11627565 | | | | | |
| **04/28/05** | 7293 - S. Fuller | Fax - domestic | Fax Sent To:  617-316-2605  4/28/2005<br>*Number Dialed: 617-316-2605      Number of Pages: 25* | 25.00 | _____ |
| 11627566 | | | | | |
| **04/28/05** | 7264 - T. McCord | Fax - domestic | Fax Sent To:  919207309464  4/28/2005<br>*Number Dialed: 919207309464      Number of* | 9.00 | _____ |

Client number 036552
Prebill Number 2129648

| | | | | | |
|---|---|---|---|---|---|
| 11627564 | | | *Pages: 9* | | |
| **04/29/05**<br>11628528 | 2338  - L. Gilcreast | Copier | Photocopy<br>*Number of Copies: 13* | 2.60 | _____ |
| **04/29/05**<br>11628530 | 2338  - L. Gilcreast | Copier | Photocopy<br>*Number of Copies: 2* | 0.40 | _____ |
| **04/29/05**<br>11628529 | 8099  - I. Veiga | Copier | Photocopy<br>*Number of Copies: 12* | 2.40 | _____ |
| **04/29/05**<br>11639951 | 2346  - L. Harrington | Express<br>Delivery Service | Postage 4/29/2005 MICHELLE RODRIGUEZ<br>KEY EQUIPMENT FINANCE    600 TRAVIS<br>STREET | 11.12 | _____ |
| **04/29/05**<br>11639952 | 2346  - L. Harrington | Express<br>Delivery Service | Postage 4/29/2005 RICHARD L. GEMMA, ESQ.<br>MACADAMS & WIECK    101 DYER STREET, S | 11.12 | _____ |
| **04/29/05**<br>11649815 | 2338  - L. Gilcreast | Fax - domestic | Network Fax sent to 14407355110<br>*Number Dialed: 1 440-735-5110      Number of<br>Pages: 20* | 20.00 | _____ |
| **04/29/05**<br>11649816 | 2338  - L. Gilcreast | Fax - domestic | Network Fax sent to 16025972196<br>*Number Dialed: 1 602-597-2196      Number of<br>Pages: 20* | 20.00 | _____ |
| **05/02/05**<br>11636390 | 2338  - L. Gilcreast | Copier | Photocopy<br>*Number of Copies: 3* | 0.60 | _____ |
| **05/02/05**<br>11636392 | 2338  - L. Gilcreast | Copier | Photocopy<br>*Number of Copies: 15* | 3.00 | _____ |
| **05/02/05**<br>11636393 | 2338  - L. Gilcreast | Copier | Photocopy<br>*Number of Copies: 6* | 1.20 | _____ |
| **05/02/05**<br>11636391 | 8099  - I. Veiga | Copier | Photocopy<br>*Number of Copies: 48* | 9.60 | _____ |
| **05/02/05**<br>11636395 | 0272  - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 10* | 2.00 | _____ |
| **05/02/05**<br>11636396 | 0272  - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 1* | 0.20 | _____ |
| **05/02/05**<br>11636394 | 7264  - T. McCord | Copier | Photocopy<br>*Number of Copies: 2* | 0.40 | _____ |
| **05/03/05**<br>11638276 | 2338  - L. Gilcreast | Copier | Photocopy<br>*Number of Copies: 38* | 7.60 | _____ |
| **05/03/05**<br>11638277 | 2338  - L. Gilcreast | Copier | Photocopy<br>*Number of Copies: 2* | 0.40 | _____ |
| **05/03/05**<br>11696852 | 2338  - L. Gilcreast | Fax - domestic | Network Fax sent to 16038903675<br>*Number Dialed: 1 603-890-3675      Number of<br>Pages: 2* | 2.00 | _____ |

Client number 036552
Prebill Number 2129648

| | | | | | |
|---|---|---|---|---|---|
| **05/03/05**<br>11696853 | 2338 - L. Gilcreast | Fax - domestic | Network Fax sent to 17635826005<br>*Number Dialed: 1 763-582-6005      Number of*<br>*Pages: 20* | 20.00 | _____ |
| **05/03/05**<br>11639817 | 0272 - J. Gilbreth | Domestic<br>telephone calls | Telephone 5/3/2005<br>*Number Dialed: 603-890-4948      Duration in*<br>*Minutes: 8.0* | 0.48 | _____ |
| **05/04/05**<br>11641043 | 0272 - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 1* | 0.20 | _____ |
| **05/05/05**<br>11643425 | 0272 - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 3* | 0.60 | _____ |
| **05/06/05**<br>11647585 | 2338 - L. Gilcreast | Copier | Photocopy<br>*Number of Copies: 20* | 4.00 | _____ |
| **05/09/05**<br>11647586 | 2338 - L. Gilcreast | Copier | Photocopy<br>*Number of Copies: 2* | 0.40 | _____ |
| **05/09/05**<br>11647587 | 0272 - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 2* | 0.40 | _____ |
| **05/09/05**<br>11696854 | 2338 - L. Gilcreast | Fax - domestic | Network Fax sent to 16307187213<br>*Number Dialed: 1 630-718-7213      Number of*<br>*Pages: 20* | 20.00 | _____ |
| **05/10/05**<br>11650570 | 2338 - L. Gilcreast | Copier | Photocopy<br>*Number of Copies: 19* | 3.80 | _____ |
| **05/10/05**<br>11650569 | 0272 - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 2* | 0.40 | _____ |
| **05/10/05**<br>11696855 | 2338 - L. Gilcreast | Fax - domestic | Network Fax sent to 16179464390<br>*Number Dialed: 1 617-946-4390      Number of*<br>*Pages: 4* | 4.00 | _____ |
| **05/11/05**<br>11653101 | 2338 - L. Gilcreast | Copier | Photocopy<br>*Number of Copies: 1* | 0.20 | _____ |
| **05/11/05**<br>11653102 | 2338 - L. Gilcreast | Copier | Photocopy<br>*Number of Copies: 29* | 5.80 | _____ |
| **05/11/05**<br>11653103 | 2338 - L. Gilcreast | Copier | Photocopy<br>*Number of Copies: 44* | 8.80 | _____ |
| **05/11/05**<br>11696856 | 2338 - L. Gilcreast | Fax - domestic | Network Fax sent to 13098207044<br>*Number Dialed: 1 309-820-7044      Number of*<br>*Pages: 20* | 20.00 | _____ |
| **05/11/05**<br>11654147 | 0272 - J. Gilbreth | Domestic<br>telephone calls | Telephone 5/11/2005<br>*Number Dialed: 603-890-4948      Duration in*<br>*Minutes: 2.0* | 0.12 | _____ |
| **05/12/05**<br>11655806 | 0527 - K. Artz | Copier | Photocopy<br>*Number of Copies: 2* | 0.40 | _____ |
| **05/12/05** | 0527 - K. Artz | Copier | Photocopy<br>*Number of Copies: 4* | 0.80 | _____ |

Client number 036552
Prebill Number 2129648

11655807

| Date | Code | Name | Type | Description | Amount | |
|------|------|------|------|-------------|--------|---|
| **05/12/05** 11656371 | 0527 | - K. Artz | Fax - domestic | Fax Sent To: 919785268144 5/12/2005 *Number Dialed: 919785268144      Number of Pages: 14* | 14.00 | _____ |
| **05/13/05** 11657600 | 5976 | - D. Vicinanzo | Copier | Photocopy *Number of Copies: 3* | 0.60 | _____ |
| **05/16/05** 11660086 | 0272 | - J. Gilbreth | Domestic telephone calls | Telephone 5/16/2005 *Number Dialed: 212-617-7894      Duration in Minutes: 6.0* | 0.36 | _____ |
| **05/17/05** 11661044 | 0581 | - A. Manto | Copier | Photocopy *Number of Copies: 36* | 7.20 | _____ |
| **05/18/05** 11686378 | 7293 | - S. Fuller | In-house provided meals, snacks, beverages (BOS office) | 3 Attendees Beverages Knight Room Client Meeting | 3.00 | _____ |
| **05/18/05** 11663916 | 0272 | - J. Gilbreth | Copier | Photocopy *Number of Copies: 1* | 0.20 | _____ |
| **05/18/05** 11663917 | 8049 | - L. Feeney | Copier | Photocopy *Number of Copies: 70* | 14.00 | _____ |
| **05/18/05** 11696857 | 2338 | - L. Gilcreast | Fax - domestic | Network Fax sent to 17813937808 *Number Dialed: 1 781-393-7808      Number of Pages: 20* | 20.00 | _____ |
| **05/18/05** 11664524 | 7293 | - S. Fuller | Fax - domestic | Fax Sent To: 1-978-462-2475 5/18/2005 *Number Dialed: 1 978-462-2475      Number of Pages: 15* | 15.00 | _____ |
| **05/18/05** 11663049 | 0272 | - J. Gilbreth | Travel | VENDOR: Boston Cab Dispatch, Inc.; INVOICE#: BCAB052005; DATE: 5/1/05 - Travel from 3/24 thru 4/29/05 - from NP to Boston on 3/31/05 | 7.35 | _____ |
| **05/19/05** 11673796 | 0272 | - J. Gilbreth | Copier | Photocopy *Number of Copies: 1042* | 208.40 | _____ |
| **05/19/05** 11673797 | 0272 | - J. Gilbreth | Copier | Photocopy *Number of Copies: 271* | 54.20 | _____ |
| **05/20/05** 11696858 | 2338 | - L. Gilcreast | Fax - domestic | Network Fax sent to 18882438067 *Number Dialed: 1 888-243-8067      Number of Pages: 20* | 20.00 | _____ |
| **05/23/05** 11704014 | 7293 | - S. Fuller | In-house provided meals, snacks, beverages (BOS office) | 2 Attendees Beverages Liberty Room | 2.00 | _____ |
| **05/23/05** 11677492 | 7293 | - S. Fuller | Copier | Photocopy *Number of Copies: 6* | 1.20 | _____ |
| **05/24/05** 11680532 | 7293 | - S. Fuller | Fax - domestic | Fax Sent To: 9-617-439-9556 5/24/2005 *Number Dialed: 9 617-439-9556      Number of Pages: 5* | 5.00 | _____ |

Client number 036552
Prebill Number 2129648

| | | | | | |
|---|---|---|---|---|---|
| **05/26/05**<br>11684982 | 0272 - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 21* | 4.20 | _____ |
| **05/26/05**<br>11684983 | 0272 - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 3* | 0.60 | _____ |
| **05/26/05**<br>11684984 | 0272 - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 66* | 13.20 | _____ |
| **05/26/05**<br>11694026 | 0272 - J. Gilbreth | Express Delivery Service | Postage 5/26/2005 JAMES B. ADELMAN COMMONWEALTH FINANCIAL NETWORK 29 SAWYER | 10.04 | _____ |
| **05/26/05**<br>11696859 | 2338 - L. Gilcreast | Fax - domestic | Network Fax sent to 17812709799<br>*Number Dialed: 1 781-270-9799      Number of Pages: 20* | 20.00 | _____ |
| **05/29/05**<br>11688450 | 7216 - K. Fitzgerald | Travel | VENDOR: Fitzgerald, Kevin; INVOICE#: FIT051305A; DATE: 5/29/2005 - Kevin Fitzgerald - Expense reimbursement - travel: re Hearing - Boston 106 miles = $42.95 and parking $23.00 - 5/12/05 | 65.95 | _____ |
| **06/03/05**<br>11696304 | 0272 - J. Gilbreth | Express Delivery Service | VENDOR: Mercury Business Services Inc; INVOICE#: 175381; DATE: 5/21/05 - Deliveries 5/16/05 - 5/21/05 - shipment to Commonwealth Financial Network on 5/19/05 | 21.93 | _____ |
| **06/06/05**<br>11701063 | 0272 - J. Gilbreth | Domestic telephone calls | Telephone 6/6/2005<br>*Number Dialed: 802-295-3118      Duration in Minutes: 1.0* | 0.06 | _____ |
| **06/09/05**<br>11714412 | 7293 - S. Fuller | CD Burning | 1 CD | 25.00 | _____ |
| **06/09/05**<br>11737134 | 7293 - S. Fuller | In-house provided meals, snacks, beverages (BOS office) | 3 Attendees Beverages/snacks Berkeley Room Client Meeting | 9.75 | _____ |
| **06/09/05**<br>11709303 | 2338 - L. Gilcreast | Copier | Photocopy<br>*Number of Copies: 42* | 8.40 | _____ |
| **06/09/05**<br>11709302 | 7293 - S. Fuller | Copier | Photocopy<br>*Number of Copies: 3* | 0.60 | _____ |
| **06/09/05**<br>11751105 | 2338 - L. Gilcreast | Fax - domestic | Network Fax sent to 12018180397<br>*Number Dialed: 1 201-818-0397      Number of Pages: 20* | 20.00 | _____ |
| **06/10/05**<br>11709304 | 7293 - S. Fuller | Copier | Photocopy<br>*Number of Copies: 6* | 1.20 | _____ |
| **06/10/05**<br>11708909 | 7216 - K. Fitzgerald | Conference Calls | Spiderphone conference call 5/03/05 | 26.51 | _____ |

Client number 036552
Prebill Number 2129648

| Date | Code / Name | Type | Description | Amount | |
|---|---|---|---|---|---|
| 06/12/05<br>11709305 | 0272 - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 1* | 0.20 | _____ |
| 06/13/05<br>11713484 | 7293 - S. Fuller | Copier | Photocopy<br>*Number of Copies: 2* | 0.40 | _____ |
| 06/13/05<br>11713485 | 7293 - S. Fuller | Copier | Photocopy<br>*Number of Copies: 3* | 0.60 | _____ |
| 06/13/05<br>11751106 | 2338 - L. Gilcreast | Fax - domestic | Network Fax sent to 18189024281<br>*Number Dialed: 1 818-902-4281    Number of Pages: 20* | 20.00 | _____ |
| 06/14/05<br>11715521 | 2338 - L. Gilcreast | Copier | Photocopy<br>*Number of Copies: 1* | 0.20 | _____ |
| 06/14/05<br>11715523 | 5975 - D. Lawrence | Copier | Photocopy<br>*Number of Copies: 148* | 29.60 | _____ |
| 06/14/05<br>11715524 | 7216 - K. Fitzgerald | Copier | Photocopy<br>*Number of Copies: 4* | 0.80 | _____ |
| 06/14/05<br>11715522 | 7293 - S. Fuller | Copier | Photocopy<br>*Number of Copies: 4* | 0.80 | _____ |
| 06/16/05<br>11720374 | 0272 - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 4* | 0.80 | _____ |
| 06/16/05<br>11720375 | 0272 - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 4* | 0.80 | _____ |
| 06/17/05<br>11721655 | 7293 - S. Fuller | Travel | Expense Reimbursement, Steven Fuller: Travel to Manchester for Meeting with K. Fitzgerald, 6/10/05 - 120 Miles | 48.60 | _____ |
| 06/20/05<br>11724996 | 7293 - S. Fuller | Copier | Photocopy<br>*Number of Copies: 343* | 68.60 | _____ |
| 06/20/05<br>11724997 | 7293 - S. Fuller | Copier | Photocopy<br>*Number of Copies: 4* | 0.80 | _____ |
| 06/20/05<br>11744789 | 0272 - J. Gilbreth | Express Delivery Service | Postage 6/20/2005 MICHAEL UNGER    RUBIN & RUDMAN    50 ROWES WHARF    BOSTON M | 21.43 | _____ |
| 06/20/05<br>11744790 | 0272 - J. Gilbreth | Express Delivery Service | Postage 6/20/2005 MICHAEL UNGER    RUBIN & RUDMAN    50 ROWES WHARF    BOSTON M | 20.40 | _____ |
| 06/20/05<br>11744791 | 0272 - J. Gilbreth | Express Delivery Service | Postage 6/20/2005 MICHAEL UNGER    RUBIN & RUDMAN    50 ROWES WHARF    BOSTON M | 19.89 | _____ |
| 06/20/05<br>11744792 | 0272 - J. Gilbreth | Express Delivery Service | Postage 6/20/2005 MICHAEL UNGER    RUBIN & RUDMAN    50 ROWES WHARF    BOSTON M | 19.89 | _____ |

Client number 036552
Prebill Number 2129648

| | | | | | |
|---|---|---|---|---|---|
| **06/20/05** 11744793 | 0272 - J. Gilbreth | Express Delivery Service | Postage 6/20/2005 MICHAEL UNGER    RUBIN & RUDMAN    50 ROWES WHARF    BOSTON M | 20.92 | _____ |
| **06/20/05** 11744794 | 0272 - J. Gilbreth | Express Delivery Service | Postage 6/20/2005 MICHAEL UNGER    RUBIN & RUDMAN    50 ROWES WHARF    BOSTON M | 18.88 | _____ |
| **06/20/05** 11744795 | 0272 - J. Gilbreth | Express Delivery Service | Postage 6/20/2005 ROBERT L. HAMER MIRICK O'CONNELL DEMALLIE & LO    100 FRONT S | 19.39 | _____ |
| **06/20/05** 11744796 | 0272 - J. Gilbreth | Express Delivery Service | Postage 6/20/2005 ROBERT L. HAMER MIRICK O'CONNELL DEMALLIE & LO    100 FRONT S | 16.67 | _____ |
| **06/20/05** 11744797 | 0272 - J. Gilbreth | Express Delivery Service | Postage 6/20/2005 ROBERT L. HAMER MIRICK O'CONNELL DEMALLIE & LO    100 FRONT S | 17.17 | _____ |
| **06/20/05** 11744798 | 0272 - J. Gilbreth | Express Delivery Service | Postage 6/20/2005 ROBERT L. HAMER MIRICK O'CONNELL DEMALLIE & LO    100 FRONT S | 17.68 | _____ |
| **06/20/05** 11744799 | 0272 - J. Gilbreth | Express Delivery Service | Postage 6/20/2005 MICHAEL UNGER    RUBIN & RUDMAN    50 ROWES WHARF    BOSTON M | 20.92 | _____ |
| **06/20/05** 11744800 | 0272 - J. Gilbreth | Express Delivery Service | Postage 6/20/2005 MICHAEL UNGER    RUBIN & RUDMAN    50 ROWES WHARF    BOSTON M | 20.40 | _____ |
| **06/20/05** 11744801 | 8036 - P. DiBella | Express Delivery Service | Postage 6/20/2005 JAMES B. ADELMAN, ESQUIRE    COMMONWEALTH FINANCIAL NETWORK    2 | 19.89 | _____ |
| **06/20/05** 11744802 | 8036 - P. DiBella | Express Delivery Service | Postage 6/20/2005 JAMES B. ADELMAN, ESQUIRE    COMMONWEALTH FINANCIAL NETWORK    2 | 16.16 | _____ |
| **06/20/05** 11744803 | 8036 - P. DiBella | Express Delivery Service | Postage 6/20/2005 JAMES B. ADELMAN, ESQUIRE    COMMONWEALTH FINANCIAL NETWORK    2 | 18.20 | _____ |
| **06/20/05** 11744804 | 8036 - P. DiBella | Express Delivery Service | Postage 6/20/2005 JAMES B. ADELMAN, ESQUIRE    COMMONWEALTH FINANCIAL NETWORK    2 | 18.88 | _____ |

Client number 036552
Prebill Number 2129648

| Date | Code | Timekeeper | Type | Description | Amount | |
|------|------|------------|------|-------------|--------|---|
| 06/20/05 11744805 | 8036 | - P. DiBella | Express Delivery Service | Postage 6/20/2005 JAMES B. ADELMAN, ESQUIRE   COMMONWEALTH FINANCIAL NETWORK   2 | 19.89 | _____ |
| 06/20/05 11744806 | 8036 | - P. DiBella | Express Delivery Service | Postage 6/20/2005 JAMES B. ADELMAN, ESQUIRE   COMMONWEALTH FINANCIAL NETWORK   2 | 18.88 | _____ |
| 06/20/05 11725512 | 7293 | - S. Fuller | Fax - domestic | Fax Sent To:  1-617-969-3030  6/20/2005 *Number Dialed: 1 617-969-3030     Number of Pages: 2* | 2.00 | _____ |
| 06/21/05 11728939 | 0272 | - J. Gilbreth | Copier | Photocopy *Number of Copies: 21* | 4.20 | _____ |
| 06/21/05 11728940 | 0272 | - J. Gilbreth | Copier | Photocopy *Number of Copies: 141* | 28.20 | _____ |
| 06/21/05 11728941 | 0272 | - J. Gilbreth | Copier | Photocopy *Number of Copies: 6* | 1.20 | _____ |
| 06/21/05 11728942 | 0272 | - J. Gilbreth | Copier | Photocopy *Number of Copies: 94* | 18.80 | _____ |
| 06/22/05 11731471 | 0272 | - J. Gilbreth | Copier | Photocopy *Number of Copies: 2* | 0.40 | _____ |
| 06/22/05 11731472 | 0272 | - J. Gilbreth | Copier | Photocopy *Number of Copies: 2* | 0.40 | _____ |
| 06/22/05 11731473 | 0272 | - J. Gilbreth | Copier | Photocopy *Number of Copies: 227* | 45.40 | _____ |
| 06/22/05 11732359 | 0272 | - J. Gilbreth | Domestic telephone calls | Telephone 6/22/2005 *Number Dialed: 770-916-9220     Duration in Minutes: 4.4* | 0.24 | _____ |
| 06/22/05 11732360 | 0272 | - J. Gilbreth | Domestic telephone calls | Telephone 6/22/2005 *Number Dialed: 804-868-2290     Duration in Minutes: 6.0* | 0.36 | _____ |
| 06/23/05 11747191 | 7293 | - S. Fuller | In-house provided meals, snacks, beverages (BOS office) | 4 Attendees Beverages Storey Room | 8.00 | _____ |
| 06/23/05 11733821 | 7293 | - S. Fuller | Copier | Photocopy *Number of Copies: 8* | 1.60 | _____ |
| 06/23/05 11751107 | 8115 | - E. Gershman | Fax - domestic | Network Fax sent to 17045908999 *Number Dialed: 1 704-590-8999     Number of Pages: 2* | 2.00 | _____ |
| 06/23/05 11734548 | 0272 | - J. Gilbreth | Domestic telephone calls | Telephone 6/23/2005 *Number Dialed: 804-868-2290     Duration in Minutes: .4* | 0.06 | _____ |

Client number 036552
Prebill Number 2129648

| Date | | Code | Attorney | Category | Description | Amount | |
|------|--|------|----------|----------|-------------|--------|--|
| 06/28/05 | 11768415 | 7216 | - K. Fitzgerald | In-house provided meals, snacks, beverages (BOS office) | 6 Attendees Lunch  Maidrand Room | 48.00 | _____ |
| 06/28/05 | 11740997 | 7293 | - S. Fuller | Copier | Photocopy *Number of Copies: 1* | 0.20 | _____ |
| 06/28/05 | 11758733 | 0272 | - J. Gilbreth | Express Delivery Service | Postage 6/28/2005 GREGORY D. OBERHAUSER,ESQ    .    10 GEORGE STREET LOWELL | 8.95 | _____ |
| 06/28/05 | 11758734 | 0272 | - J. Gilbreth | Express Delivery Service | Postage 6/28/2005 CHRISTINE ANN FARO 79 STATE STREET    NEWBURYPORT   MA | 8.95 | _____ |
| 06/28/05 | 11758735 | 0272 | - J. Gilbreth | Express Delivery Service | Postage 6/28/2005 ALAN D. ROSE, JR., ESQ. ROSE & ASSOCIATES   29 COMMONWEALTH | 8.95 | _____ |
| 06/30/05 | 11745894 | 7293 | - S. Fuller | Copier | Photocopy *Number of Copies: 39* | 7.80 | _____ |
| 07/01/05 | 11749601 | 7293 | - S. Fuller | Copier | Photocopy *Number of Copies: 42* | 8.40 | _____ |
| 07/01/05 | 11758736 | 0272 | - J. Gilbreth | Express Delivery Service | Postage 7/1/2005 CLODAGH MCCORMACK GENTLE GIANT MOVING COMPANY    29 HARDING S | 21.45 | _____ |
| 07/05/05 | 11753069 | 7216 | - K. Fitzgerald | Copier | Photocopy *Number of Copies: 1* | 0.20 | _____ |
| 07/05/05 | 11753068 | 7293 | - S. Fuller | Copier | Photocopy *Number of Copies: 3* | 0.60 | _____ |
| 07/05/05 | 11754151 | 7264 | - T. McCord | Postage | Postage 7/5/2005 | 4.42 | _____ |
| 07/06/05 | 11755222 | 0272 | - J. Gilbreth | Copier | Photocopy *Number of Copies: 2* | 0.40 | _____ |
| 07/07/05 | 11772400 | 7293 | - S. Fuller | In-house provided meals, snacks, beverages (BOS office) | 8 Attendees Breakfast Wheeler Room | 24.00 | _____ |
| 07/11/05 | 11762198 | 0272 | - J. Gilbreth | Copier | Photocopy *Number of Copies: 400* | 80.00 | _____ |
| 07/11/05 | 11762996 | 7566 | - C. Buonopane | Domestic telephone calls | Telephone 7/11/2005 *Number Dialed: 781-593-5938        Duration in Minutes: 1.0* | 0.06 | _____ |
| 07/12/05 | 11764376 | 7325 | - J. Hood | Copier | Photocopy *Number of Copies: 19* | 3.80 | _____ |

Client number 036552
Prebill Number 2129648

| Date | | | | Amount | |
|---|---|---|---|---|---|
| 07/13/05<br>11766879 | 2338 - L. Gilcreast | Copier | Photocopy<br>*Number of Copies: 8* | 1.60 | _____ |
| 07/13/05<br>11766878 | 7293 - S. Fuller | Copier | Photocopy<br>*Number of Copies: 154* | 30.80 | _____ |
| 07/13/05<br>11772103 | 9999 - . Nixon<br>Peabody LLP | Lexis | Lexis | 702.30 | _____ |
| 07/14/05<br>11770844 | 7293 - S. Fuller | Copier | Photocopy<br>*Number of Copies: 17* | 3.40 | _____ |
| 07/14/05<br>11770845 | 7293 - S. Fuller | Copier | Photocopy<br>*Number of Copies: 2* | 0.40 | _____ |
| 07/14/05<br>11776271 | 9999 - . Nixon<br>Peabody LLP | Lexis | Lexis | 631.65 | _____ |
| 07/15/05<br>11772951 | 7293 - S. Fuller | Copier | Photocopy<br>*Number of Copies: 5* | 1.00 | _____ |
| 07/15/05<br>11800754 | 2338 - L. Gilcreast | Fax - domestic | Network Fax sent to 15088969123<br>*Number Dialed: 1 508-896-9123      Number of<br>Pages: 17* | 17.00 | _____ |
| 07/15/05<br>11800755 | 2338 - L. Gilcreast | Fax - domestic | Network Fax sent to 17164042116<br>*Number Dialed: 1 716-404-2116      Number of<br>Pages: 20* | 20.00 | _____ |
| 07/15/05<br>11800756 | 2338 - L. Gilcreast | Fax - domestic | Network Fax sent to 15088969123<br>*Number Dialed: 1 508-896-9123      Number of<br>Pages: 17* | 17.00 | _____ |
| 07/15/05<br>11800757 | 2338 - L. Gilcreast | Fax - domestic | Network Fax sent to 17164042116<br>*Number Dialed: 1 716-404-2116      Number of<br>Pages: 20* | 20.00 | _____ |
| 07/18/05<br>11800758 | 8115 - E. Gershman | Fax - domestic | Network Fax sent to 12038761565<br>*Number Dialed: 1 203-876-1565      Number of<br>Pages: 21* | 21.00 | _____ |
| 07/19/05<br>11777343 | 0272 - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 1* | 0.20 | _____ |
| 07/20/05<br>11779776 | 7293 - S. Fuller | Copier | Photocopy<br>*Number of Copies: 2* | 0.40 | _____ |
| 07/21/05<br>11781654 | 7216 - K. Fitzgerald | Copier | Photocopy<br>*Number of Copies: 49* | 9.80 | _____ |
| 07/21/05<br>11782203 | 7293 - S. Fuller | Fax - domestic | Fax Sent To: 1-781-398-9905 7/21/2005<br>*Number Dialed: 1 781-398-9905      Number of<br>Pages: 3* | 3.00 | _____ |
| 07/21/05<br>11782204 | 7293 - S. Fuller | Fax - domestic | Fax Sent To: 617-371-1037 7/21/2005<br>*Number Dialed: 617-371-1037      Number of<br>Pages: 3* | 3.00 | _____ |
| 07/25/05 | 9999 - . Nixon | Lexis | Lexis | 19.80 | _____ |

Client number 036552
Prebill Number 2129648

11792008     Peabody LLP

| | | | | | | |
|---|---|---|---|---|---|---|
| **07/26/05** | 2338  - L. Gilcreast | Copier | Photocopy<br>*Number of Copies: 16* | 3.20 | _____ |
| 11787856 | | | | | |
| **07/27/05** | 0272  - J. Gilbreth | Copier | Photocopy<br>*Number of Copies: 11* | 2.20 | _____ |
| 11790541 | | | | | |
| **07/28/05** | 7216  - K. Fitzgerald | Postage | Postage: 7/21/05 | 2.21 | _____ |
| 11797505 | | | | | |

**Total Matter 000002 Disb**                                                    **$21,599.96**

### Matter Disbursement Summary

| Code | Description | Amount | Edit |
|---|---|---:|---|
| CDBURN | CD Burning | 25.00 | _____ |
| DINE | In-house provided meals, snacks, beverages (BOS office) | 355.25 | _____ |
| DUPL | Copier | 6492.60 | _____ |
| EXPR | Express Delivery Service | 634.64 | _____ |
| FAXD | Fax - domestic | 1690.00 | _____ |
| FILE | Filing/Recording Fees | 168.00 | _____ |
| LEXIS | Lexis | 1526.40 | _____ |
| MEAL | Meals | 69.35 | _____ |
| MISC | Miscellaneous | 57.95 | _____ |
| MSOS | Messenger Service | 48.95 | _____ |
| OTSE | Secretarial Overtime | 507.50 | _____ |
| OTWP | Word Processing OT | 7.00 | _____ |
| PHCNF | Conference Calls | 238.50 | _____ |
| PHONE | Long Distance Calls | 82.83 | _____ |
| PHONED | Domestic telephone calls | 15.36 | _____ |
| POST | Postage | 144.57 | _____ |
| PRINT | Copy Service | 443.20 | _____ |
| PSERV | Other Professional Services | 6759.56 | _____ |
| RMB | Reimburse Employee/Firm | 22.92 | _____ |
| STAT | Stationary/Supplies (Invoice Payments) | 809.55 | _____ |
| TRVL | Travel | 1423.83 | _____ |
| WEST | Westlaw Research | 77.00 | _____ |

### Matter Summary  /  000002  SEC v. Bleidt, et al.

| | Matter Total | Edit |
|---|---:|---|
| Fees | 0.00 | _____ |
| On Account Fees | 0.00 | _____ |
| Disbursements | 21,599.96 | _____ |
| On Account Disbursements | 0.00 | _____ |
| Matter Credit Applied (Available: $ 0.00) | 0.00 | _____ |
| MATTER 000002 PREBILL TOTAL | $21,599.96 | _____ |

Client number 036552
Prebill Number 2129648

**Matter AR Summary  /  000002  SEC v. Bleidt, et al.**
(Note that this summary reflects the outstanding amounts for this matter on each invoice.  It is not necessarily reflective of the entire AR amount for a given invoice.)

| Invoice Number | Invoice Date | Amount Outstanding |
|---|---|---|
| 8617369 | 12/20/04 | 116009.30 |