100 Summer Street  
Boston, MA 02110  
(617) 345-1000  
Fax: (866) 947-1074  
Kevin M. Fitzgerald  
Direct Dial:  (603) 628-4016  
E-Mail:  kfitzgerald@nixonpeabody.com

September 28, 2005

Ms. Maryellen Molloy  
Chambers of the Honorable Nancy Gertner  
United States District Court  
of the District of Massachusetts  
John Joseph Moakley United States Courthouse  
1 Courthouse Way, Suite 2300  
Boston, MA 02210

   RE: Securities and Exchange Commission v. Bradford C. Bleidt, et al  
      Civil Action No. 0412415-NG

Dear Maryellen:

  As you know, this firm represents David A. Vicinanzo in his capacity as the court-appointed Receiver in the above-captioned litigation.  On September 21, 2005 the Receiver caused to be filed with this Court notice of the First Interim Application of Nixon Peabody LLP, Counsel for the Receiver for Compensation and Reimbursement of Expenses.  As discussed by phone with you, this letter will confirm that at this juncture neither the Receiver nor Nixon Peabody LLP seeks to have the Court schedule a hearing or call for responsive pleadings on the Application or to enter any order of relief.  Rather, the Application has been filed to provide this Court and interested parties with an adequate opportunity to consider the merits of the Application in advance of an eventual hearing in the context of the status of the Receivership generally.  In this connection, the Receiver intends to make a further filing with this Court specifically requesting a hearing on the Application and calling at that point for the filing of any responsive pleadings either in support or in opposition in advance of the requested hearing on the Application. The Receiver does not contemplate making such a filing until further progress has been made with respect to the recovery of assets for investors.

  Thank you for your cooperation and assistance.  Please feel free to call if you have additional questions.Sincerely yours,

            /s/Kevin M. Fitzgerald

cc: Counsel of record by Electronic Mail  
   Richard L. Gemma by First Class Mail

M125107.1