UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
SECURITIES AND EXCHANGE COMMISSION, )
         Plaintiff,                         )
                                            )
v.                                          )   Civil Action No. 04-12415-NG
                                            )
BRADFORD C. BLEIDT and                      )
ALLOCATION PLUS ASSET MANAGEMENT            )
COMPANY, INC.,                              )
         Defendants.                        )
_____)

NOTICE OF APPEARANCE OF LAWRENCE G. GREEN, ESQ.,
ON BEHALF OF JOAN M. PATSOS

     The undersigned hereby enters his appearance in the above-entitled receivership proceedings on behalf of Joan M. Patsos of Hingham, Massachusetts.  Mrs. Patsos is a party-in-interest in the above-entitled receivership proceedings as she had a contractual entitlement pursuant to a contract with The Greek Orthodox Church of Weston, Inc. (the "Church") to receive substantial funds, and the Church is claiming that it cannot perform under the contract because the funds were invested with Bradford C. Bleidt ("Bleidt") or another entity controlled by Bleidt and are no longer available.  It is the position of Mrs. Patsos that the Church is obligated to her under the contract in question in any event, but the Church has contested this position.  The matter is now the subject of a civil action filed with Massachusetts Superior Court, Middlesex County, Civil Action No. 2005-2080.

     Because the Church, which is already represented in these proceedings, may not necessarily fully protect the interests of Mrs. Patsos, she has retained the undersigned counsel to protect her interests in these proceedings.

                                  /s/ Lawrence G. Green
                                  Lawrence G. Green, BBO# 209060
                                  PERKINS SMITH & COHEN LLP
                                  One Beacon Street, 30th Fl.
                                  Boston, MA  02108
Dated: September 29, 2005             (617) 854-4000

2

CERTIFICATE OF SERVICE

  I, Lawrence G. Green, Esq., hereby certify that on September 29, 2005, I served the foregoing Notice of Appearance of Lawrence G. Green, Esq., on Behalf of Joan M. Patsos by electronic filing service and by mailing a copy thereof, postage prepaid, to:

Richard L. Gemma
MacAdams & Wieck
101 Dyer Street - Suite 400
Providence, RI  02903

            /s/ Lawrence G. Green

31765-2-NoticeAppearance.doc