**BINGHAM McCUTCHEN**

William N. Berkowitz
Direct Phone: (617) 951-8375
Direct Fax:    (617) 951-8736
bill.berkowitz@bingham.com

October 3, 2005

**BY HAND DELIVERY**

The Honorable Nancy Gertner
United States District Court for the District of Massachusetts
Joseph J. Moakley Courthouse
One Courthouse Way
Boston, MA 02110

Re: *Securities and Exchange Commission v. Bradford C. Bleidt and Allocation Plus Asset Management Co., Inc.,* Civil Action No. 04-12415-NG

Dear Judge Gertner:

    This office is counsel to the Greek Orthodox Church of Weston, Inc. (the "Church") in litigation pending in the Massachusetts Superior Court for Middlesex County. I write to correct a misstatement contained in the Notice of Appearance of Lawrence G. Green, filed in the above-referenced matter on September 29, 2005 as it relates to the Church. Specifically, the Church has never claimed that it "cannot perform under the contract because the funds were invested with Bradford C. Bleidt . . . or another entity controlled by Bleidt and are no longer available," as stated by Mr. Green. Rather, the Church has honored, and will continue to honor, its obligations under the referenced contract.

    Thank you for your attention to this matter.

Sincerely yours,

William N. Berkowitz

cc: Lawrence G. Green, Esq.
      Anthony M. Moccia, Esq.

Bingham McCutchen LLP
150 Federal Street
Boston, MA
02110-1726

617.951.8000
617.951.8736 fax

bingham.com

Boston
Hartford
London
Los Angeles
New York
Orange County
San Francisco
Silicon Valley
Tokyo
Walnut Creek
Washington

LITDOCS/617382.1