UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BRADFORD C. BLEIDT and )<br>ALLOCATION PLUS ASSET MANAGEMENT )<br>COMPANY, INC. )<br>)<br>Defendants. )<br>) | Civil Action No. 04-12415-NG |

### RECEIVER'S ASSENTED-TO MOTION TO EXTEND THE DEADLINE
### TO FILE HIS THIRD INTERIM REPORT

David A. Vicinanzo, the Court-appointed receiver (the "Receiver") for defendants Bradford C. Bleidt ("Bleidt") and Allocation Plan Asset Management Company, Inc. ("APAM") respectfully requests that the deadline to file his Third Interim Report in this case be extended approximately two weeks – from October 14, 2005 to November 14, 2005. As detailed below, during the next two weeks, there will be significant activity in this proceeding, and the requested extension will allow the Receiver to provide a much more comprehensive and meaningful report to the Court and other parties-in-interest. In addition, Plaintiff Securities and Exchange Commission assents to the requested extension. In support of his request, the Receiver respectfully states as follows:

### BACKGROUND

1. On November 22, 2004, the Court entered an order appointing the Receiver in the above-captioned case (the "Appointment Order").

BOS1535436.1

2. Pursuant to the Appointment Order, the Receiver is required, among things, to "file a Report with the Court summarizing his activities, providing an accounting of the funds, assets and property in his possession, and reporting on the status of any legal claims."

3. On February 22, 2005, and July 15, 2005,[1] the Receiver timely filed his First and Second Interim Reports.

4. Since the filing of the Receiver's Second Interim Report, the Receiver's counsel, Nixon Peabody, LLP filed its First Interim Application for Compensation and Reimbursement of Expenses ("Interim Application") and the Receiver filed a Motion for an Order (A) Approving the WBIX Recission Agreement and the Retransfer of all of the stock in WBIX Corp. to Alexander G. Langer Free and Clear of Liens, Claims, Encumbrances and Interests (the Rescission Motion") and (B) Granting Related Relief (the Rescission Motion").

5. Both the Interim Application and the Rescission Motion were served on all defrauded investors identified to date and brought those parties-in-interest current on significant events in this proceeding, which occurred subsequent to the period covered by the Receiver's Second Interim Report.

6. In addition, the Receiver is scheduled to complete his examination of Mr. Bleidt at the Essex County House of Corrections on Friday, October 14, 2005 and Monday, October 17, 2005 ,and a hearing to consider the Rescission Motion is scheduled for October 24, 2005. The Receiver also expects developments his negotiations with Mr. Bleidt's and APAM's former broker-dealers on or before October 31, 2005.

**REQUEST FOR AN EXTENSION**

---

[1] By order dated May 12, 2005, the court extended the deadline for the Receiver to file his Second Interim Report to July 15, 2005.

7. By this motion, the Receiver seeks to continue the deadline to file his Third Interim Report for approximately one month – from Friday October 14, 2005 to Monday, November 14, 2005. The requested extension will allow the Receiver to provide the Court and parties-in-interest in this case with a much more comprehensive and meaningful summary of his activities in this case and the potential assets available to defrauded investors. Specifically, such an extension will allow the Receiver to report on the results of the hearing on the Rescission Motion, the information obtained from his examination of Mr. Bleidt, and whether or not a global settlement with Bleidt's and APAM's former broker-dealers is possible.

8. Finally, the Securities and Exchange Commission assents to the requested extension.

WHEREFORE, the Receiver, David A. Vicinanzo respectfully requests that the Court enter an order:

 A. Extending the deadline for him to file his Third Interim Report from October 14, 2005 to November 14, 2005; and

 B. Granting such other and further relief as is deemed appropriate and just.

October 13, 2005                                        DAVID A. VICINANZO, RECEIVER

                                                          By his attorneys,

/s/ Francis C. Morrissey
Kevin M. Fitzgerald (admitted pro hac vice)
Steven N. Fuller (BBO #550224)
Francis C. Morrissey (BBO #567589)
Nixon Peabody LLP
100 Summer Street
Boston, MA  02110
(617) 345-1000