UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>    Plaintiff,<br><br>v.<br><br>BRADFORD C. BLEIDT and<br>ALLOCATIONS PLUS ASSET MANAGEMENT<br>COMPANY, INC.,<br>    Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 04-12415-NG<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF APPEARANCE

The undersigned, Robert M. Thomas, Jr., and Rory Delaney, hereby enter their appearances in the above-entitled receivership proceedings on behalf of Donna Brandt Lawrence of Portsmouth, New Hampshire. Ms. Lawrence is a party-in-interest in the above-entitled receivership proceedings holding a contractual entitlement to funds invested with Allocation Plus Asset Management, Inc. ("APAM"), under the management of Bradford C. Bleidt. The matter is now the subject of a civil action filed in Suffolk Superior Court (Civil Action No. 04-5432) against the officers of APAM.

                                                      DONNA BRANDT LAWRENCE,
                                                      By her attorneys,

                                                      /s/ Rory Delaney
                                                      Robert M. Thomas, Jr., BBO# 645600
                                                      Rory Delaney, BBO# 655666
                                                      Thomas & Associates
                                                      Federal Reserve Building
                                                      600 Atlantic Avenue
                                                      Boston, MA 02210

Dated: October 20, 2005                                  (617) 371-1072

## CERTIFICATE OF SERVICE

I, Rory Delaney, hereby certify that a true copy of the above document was served upon the attorney of record for each other party by electronic filing service on October 20, 2005.

/s/ Rory Delaney