10/23/2005  06:50   7708312188                    BETH                                PAGE  02

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>BRADFORD C. BLEIDT and ALLOCATION PLUS ASSET MANAGEMENT COMPANY, INC.,<br><br>Defendants. | Civil Action No. 04-12415-NG |

**AFFIDAVIT OF PUBLICATION OF BETH DELL'ISOLA IN INSIDE RADIO**

Beth Dell'Islola, on oath, deposes and says:

I am the Director of Sales for Inside Radio/M Street Journal, and I hereby certify that the advertisement annexed hereto as Exhibit A was published in *Inside Radio*, on October 17, 2005.

Sworn to under the pains and penalties of perjury this 24th day of October, 2005.

_____
Beth Dell'Isola

# EXHIBIT A

Case 1:04-cv-12415-NG    Document 64    Filed 10/24/2005    Page 3 of 9

www.InsideRadio.com                                                                 Page 1 of 7

# INSIDE RADIO

Monday, October 17, 2005                              Editor: Tom Taylor (609) 883-3321

**Trend watch — more FM talk stations coming, in some very big markets.** It's not just Infinity at the new 106.9 in San Francisco and Clear Channel at the current WJZI in Minneapolis. We think Infinity — partly fueled by the arrival of recently-signed talker Jay Severin — has even more ambitious plans for hot talk on FM. And we suspect that Clear Channel's also strongly considering converting more music FMs to talk. (Is one of 'em in a top 10 market, where it would compete with an Infinity talker?) The appeal of talk is that it's unique content and can be aggressively sold beyond its actual ratings share. Clear Channel saw that in Pittsburgh after it flipped "The Beat" WJJJ to hot talk WPGB in early 2004.

**"Where's my TV?" A rival's troubles with payola turn into a joke on Hot 97.** Last Thursday morning Hot 97's Miss Jones featured a brief visit from a "Michael Saunders" (the former PD at rival Power 105.1) — an obvious dig at Saunders' appearance in the Eliot Spitzer transcripts and his recent departure from WWPR, New York. The fake "Saunders" asked "where's my TV?" and there was some joking about why Power had been playing a particular tune. Power 105 owner Clear Channel didn't announce the names of the two PDs terminated after its internal investigation. But we know that Saunders is no longer at Power.

**Arbitron's Summer book for New York — Jack's first — lands today.** Here's the timeline — Infinity flipped oldies WCBS-FM to a "play anything" Jack FM format on June 3. The Summer survey began June 30 (kinda late, actually) and ended on September 21. The Phase II Trends for New York's Jack weren't kind — but Infinity's Les Hollander (quite properly) pleaded for more time before judging it. Today will be a milepost for "Jack" in New York — with more to come. Summer-book markets due today — New York, Los Angeles, Chicago, Nassau-Suffolk, Hamptons-Riverhead, Middlesex and Wilkes-Barre/Scranton. Check "InsideRadio.com" after 5pm Eastern for all the new ratings.

**Stern is yakking even more about Sirius.** And that's with or without Bubba The Love Sponge as a guest. What's going on here? Check last Friday's show — nearly half of Stern's total showtime was devoted to his future employer. That ranged from discussions on what he plans to do at Sirius to the work of recent ship-jumper Tim Sabean (his new PD at Sirius) to fellow Sirius host Bubba The Love Sponge — who sat in for nearly an hour. Stern cooled it through most of the Summer (after talking up Sirius incessantly last Fall). How long will Infinity put up with



**Change The Subject!**

THESE STATIONS DECIDED TO GIVE THEIR LISTENERS A BREAK WITH THE DAVE RAMSEY SHOW.

THE DAVE RAMSEY SHOW
"Where life happens; caller after caller..."

- ▲ UP 300%  WTOD  Toledo
- ▲ UP 155%  WTRU  Winston Salem
- ▲ UP 275%  KWAM  Memphis
- ▲ UP 114%  WETR  Knoxville
- ▲ UP 230%  WTKG  Grand Rapids
- ▲ UP 420%  WLFJ  Greenville
- ▲ UP 475%  KQNT  Spokane

*Arbitron sp'05. increase represents previous hour to Ramsey first hour

JUST ADDED: KTSA SAN ANTONIO - 3 HRS LIVE!    Weekdays 2-5 PM/ET    Bob Borquez @ 1-877-410-DAVE (3283)    daveramsey.com

**Inside Radio** by Tom Taylor — www.InsideRadio.com — **NEWS** — Monday, October 17, 2005 — Page 2 of 7

this? Probably — until the bitter end. Stern bills millions. Plus his exit is certainly no secret from his audience. One more note on Bubba — he revealed that when he was fired by Clear Channel two years ago he held onto the intellectual property rights of his show from WXTB, Tampa. Now they're re-running those old shows on Sirius. And check the calendar — it's now been over a year since Stern rocked the industry by announcing he'd leave for Sirius at the end of his contract in December 2005. That was October 6, 2004. Sirius has reaped a fortune in free publicity on Stern's show since then.

**Infinity tested or thought about personalities like Penn Jillette, Colin Quinn and David Cassidy.** But still hasn't officially announced any Stern replacements — even Adam Carolla, who squirmed when David Letterman mentioned it Thursday night. Looks like Carolla will replace Stern on several West Coast affiliates (he asks Letterman's audience "wouldn't you guys wanna do it?"). Stern himself says that David Lee Roth will follow him in the chair at WXRK, New York. If Infinity's worried that its departing star will trash his replacements once they're named — Stern says "by the way, I haven't goofed on it once. I say good luck to both these gentlemen and then let 'em have a good run."

**New Kagan research — satellite radio could pull in $850 million in ad revenue by 2014.** Advertising revenues for XM and Sirius will likely total just $27.9M this year. (Think about how many terrestrial stations will bill more than that. And remember that radio will do $20+ billion in 2005.) But Kagan Research figures the subscriber base for the two satcasters will hit 47 million by 2014 — and pull ad revenues with it.

**But Kagan's Michael Buckley predicts more years of "gushing red ink" for XM and Sirius.** He thinks satellite radio will go cash-flow positive in 2008 — more than two years into the future. Buckley figures they'll have more than $1.5 billion in combined deficits over the next two years because of intense competition for subscribers that will inflate marketing and programming expenses. (Like Howard Stern's $500M deal with Sirius and XM's $650M contract with Major League Baseball.) But Buckley does foresee satellite moving into the black in 2008 with $454 million in earnings. Then earnings growing rapidly to $1.4 billion in 2010 and $3.4 billion by 2014. *Inside Radio* still thinks that wireless broadband, Wi-Fi and heaven knows what else will radically affect satellite's business model. Philly's moving toward universally-available wireless broadband access at $10 a month. Some of rural Oregon's already got it — for free.

**Clear Channel aims to raise $350 million from its outdoor IPO for "CCO."** This is a "spinout" and not a "spinoff", remember — San Antonio's only putting about a 10% minority stake in its big outdoor division up for the public to buy as a separate stock (named "CCO"). The parent will still own 100% of the super-voting Class B stock — where each share is worth 20 votes. That's not terribly unusual. The "CXR" Cox Radio stock is also a minority spinout and is still ultimately controlled by Atlanta. Clear Channel will keep control of the "pure-play" outdoor company and decide who sits on the board of directors. They say they remain on-course for a debut on the New York Stock Exchange by year-end. Senior book-running manager for the offering (as detailed in a just-filed S-1) is Goldman Sachs. In 2004 Clear Channel's outdoor division produced $2.4 billion in revenue.

**We've Changed Radio Barter Forever.**

Get AP Radio News for a fraction of the inventory. Let us help you turn your time into money. Call us at 800-527-7234 or visit apradio.com to learn more.  AP Radio News

**Inside Radio**
by Tom Taylor

www.InsideRadio.com

**NEWS**

Monday, October 17, 2005

Page 3 of 7

**How's business? Analyst Jonathan Jacoby spots a "weakening trend" for Q4.** The national pacing needle is now heading south — while local also seems soft after what the Banc of America Securities analyst terms a "strong" finish in September with revenues up mid-single digits. In fact Jacoby says September could even beat his 2% growth forecast. But that's where the good news stalls out.
The national spot market pacing is weakening for October and November. October national radio business is pacing down low-single digits. Overall, November and December are each pacing down low-single digits. A top ten agency media director tells *Inside Radio* the market "is the same as it's been. It's not moving anywhere fast." He says there's still "a glut" of inventory in the local market despite inventory-reduction initiatives.

**Floodwaters force Long Island's WMJC off the air for several days.** PD Jon Daniels says (on Island943.com) that the transmitter building had three feet of water in it — and the jokingly-named "Lake Commack" surrounding the building was up to five feet deep. Last night Barnstable was trying to get a new transmitter through U.S. Customs and thanking another Long Island owner (the Morey Organization) for loaning them a temporary transmitter that got the Hot AC back on the air Sunday at 1/8 normal power.

**Classical giants WQXR and WFMT are cooperating.** The agreement between New York Times-owned WQXR and Window to the World's WFMT, Chicago will put the two stations in collaboration on a number of initiatives involving production, promotion and national distribution of classical music programming. WQXR will mostly handle the production and promotion side and WFMT will focus on syndication. WQXR GM Tom Bartunek says the pact will provide a "springboard for us to pool our resources more efficiently and systematically in the future." It's been a year of trying new things for both. WFMT had a much-publicized search for a new sponsor for the Metropolitan Opera broadcasts. WQXR signed a content deal with XM and agreed to manage Interep's Concert Music Network — which is syndicated by WFMT.

**The Mike Kinosian Interview:  Michael Savage.** In the early 1990s Michael (who holds a Ph.D. in epidemiology and nutrition science from Berkeley) was writing popular books about health — but couldn't find a publisher for a book about "the rising occurrence of certain epidemics with unscreened immigrants." It was politically incorrect — and Michael says "I got very angry" and "made a demo tape [of 'Savage Nation'] and sent it to 400 stations." KGO, San Francisco's Ken Beck liked it and offered Savage a fill-in gig. But the audience gave him "hatred that I'd never encountered in my life. . . I said I'd never do radio again." Then KGO called and said they loved his act — and gave him better shifts. Later he grew frustrated that he wasn't syndicated — and tells Mike how his son got him acquainted with TRN's Mark Masters.
The rest is history. (And he's now based at KNEW.) Savage may surprise you in this exclusive interview with Mike Kinosian — online at "www.InsideRadio.com." Sponsored by ASCAP.

**Creditor D.W. Zwirn is top bidder in the court-ordered auction of two Dallas AMs.** Actually there's one on-air station here (talker KFCD, Farmersville, TX at 990). And one future station (KHSE, Wylie, whose construction permit authorizes it for 1500 watts daytime, 920 watts nighttime, at 700). The debtor in both cases was The Watch, Ltd. Its principal Dave Schum was reportedly at last Thursday afternoon's auction.



**INSIDE RADIO**
by Tom Taylor

www.InsideRadio.com

**NEWS**

Monday, October 17, 2005

Page 4 of 7

The bidding field for one or both stations included Mortenson Broadcasting, John Douglas (bidding as Mercury Radio), Radio Xavier, Everest Theaters and Metro Broadcasting. But it was creditor D.B. Zwirn (May 31 *Inside Radio*) who put the most dollars on the table. Zwirn claims it was owed about $8 million and had alleged "gross mismanagement." Now the apparent high bid goes to a court for approval. Maryland-based Larry Patrick of Patrick Communications was the broker.

**Latest radio format counts — Spanish is at 705 stations and booming.** 705 commercial stations, that is. Another 105 non-coms do some version of Spanish-language programming. The growth curve is impressive. In 2000 there were about 550 Spanish stations. Ten years ago (1995) there were 427. In 1990 fewer than 300. Those numbers are all from the *Inside Radio* Database monthly format counts. But you have to look inside the raw number of stations to see the size of the markets (and quality of the signals) where new Spanish outlets are blooming. That's partly thanks to general-market operators like Clear Channel and Infinity.

**Inside Radio's Deal Machine —**
**The other "Las Vegas", in New Mexico —** Joseph and Loretta Baca buy country/Tejano KFUN, Las Vegas, NM (1230) from William Sims' Meadows Media for $400,000. KFUN becomes the first station for Baca Broadcasting. Meadows will still own AC KLVF (100.7) in Las Vegas, NM — 70 miles east of Santa Fe.

**People Moves —** **Madonna** joins **Ryan Seacrest** at noon today (Eastern) for a 10-minute live radio special keyed to her new "Hung Up" album. It's available to all stations (from Ryan Seacrest Productions working with Premiere)...**Ron Raybourne** takes over as Entercom's market manager for Madison, succeeding Lindsay Wood Davis (September 26 *Inside Radio*). Ron has managed for Cumulus since 2001, most recently in Ft. Walton Beach/Destin, FL. Weezie Kramer is Entercom's Regional VP there...**Chris Williams**, who's been the APD at Susquehanna's 99X, Atlanta, crosses to Clear Channel's WBZY (105.3) as its new PD and PM driver. The Buzz also got a new GSM last week (Hugh McPherson)...**Tom Candiotti** gets the nod to join Arizona Diamondbacks play-by-play man Ken "Digger" Phelps as the analyst in the radio booth. Candiotti's the former knuckleball pitcher who spent 16 years in Major League Baseball.

*You want inside the news? You read INSIDE RADIO — every day. Call 800-248-4242 to subscribe or renew.*

**\* Inside the Radio stocks —** Most radio stocks finally got some oxygen on Friday, refreshed by the optimistic tone of the broader market (the Dow Jones, Nasdaq and S&P 500 indexes were all up). But Radio One closed at a new 52-week low and hit an intraday low of $11.91.

**BROADCAST STOCKS**

Dow close from Friday, 10/14/05: 10287.34 ▲70.75
Nasdaq 2064.83 ▲17.61   S&P 500 1186.57 ▲9.73

|  | Close | Change |  | Close | Change |  | Close |  | Change |
|---|---|---|---|---|---|---|---|---|---|
| Arbitron | 38.00 | ▼ -0.20 | Entercom | 29.02 | ▼ -0.12 | Saga | 12.45 | ▲ | 0.06 |
| Beasley | 14.25 | ▲ 0.31 | Entravision | 7.45 | ▼ -0.06 | Salem | 18.14 | ▲ | 0.24 |
| Citadel | 13.86 | ▲ 0.03 | Fisher | 46.44 | ▲ 0.24 | SBS | 6.78 | ▲ | 0.18 |
| Clear Chan | 31.57 | ▲ 0.62 | Interep | 0.52 | 0.00 | Sirius | 6.17 | ▲ | 0.06 |
| Cox Radio | 14.52 | ▲ 0.08 | Jeff-Pilot | 52.91 | ▲ 0.41 | Univision | 25.08 | ▲ | 0.05 |
| Cumulus | 11.30 | ▲ 0.21 | Journal | 13.76 | ▲ 0.32 | Viacom | 31.27 | ▲ | 0.32 |
| Disney/ABC | 23.39 | ▼ -0.04 | Radio One | 11.94 | ▼ -0.12 | Westwood | 18.62 | ▼ | -0.10 |
| Emmis | 20.05 | ▲ 0.45 | Regent | 5.07 | ▲ 0.11 | WorldSpace | 13.13 | ▲ | 0.13 |
|  |  |  |  |  |  | XM Satellite | 31.40 | ▲ | 0.46 |



Coming January 2006

*Daddy Yankee* en Fuego Radio Show

Listen up for Yankee's new singles "Rompe" and "Gangsta Zone" on Interscope Records

abc RADIO NETWORKS *español*

To affiliate call Elisa Torres 305-460-2143

**INSIDE RADIO**
by Tom Taylor

**LEGAL NOTICE**

Monday, October 17, 2005

Page 5 of 7

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Civil Action No. 04-12415-NG

SECURITIES AND EXCHANGE COMMISSION vs. BRADFORD C. BLEIDT
and ALLOCATION PLUS ASSET MANAGEMENT CO, INC.

NOTICE OF RECEIVER'S MOTION FOR AN ORDER (A) APPROVING THE WBIX RESCISSION AGREEMENT AND THE RETRANSFER OF ALL OF THE STOCK IN WBIX CORP. TO ALEXANDER G. LANGER FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS, AND (B) GRANTING RELATED RELIEF

PLEASE TAKE NOTICE THAT on September 27, 2005, David A. Vicinanzo, the court-appointed receiver in the above-captioned civil action filed a Motion for an Order: (A) Approving the WBIX Rescission Agreement and the Retransfer of all of the Stock in WBIX Corp. to Alexander G. Langer Free and Clear of Liens, Claims, Encumbrances and Interests, and (B) Granting Related Relief (the "Approval Motion").

PLEASE TAKE FURTHER NOTICE THAT in the Approval Motion, the Receiver seeks an Order: (a) approving the rescission of the sale of all issued and outstanding capital stock of WBIX Corp. from Alexander G. Langer ("Langer") to Perspectives Broadcasting Inc. ("PBI") in accordance with the terms and conditions of the WBIX Rescission Agreement (the "Rescission Agreement"); (b) approving the retransfer of the stock to Langer free and clear of all rights of any other alleged equity holders or creditors, with all such rights attaching to the proceeds of the proposed rescission transaction; (c) permanently enjoining all persons with claims against Defendants Bradford C. Bleidt ("Bleidt") and Allocation Plus Asset Management Company, Inc. ("APAM"), or any entity owned or operated by Bleidt or APAM, from taking any action to enforce such claims against Langer or WBIX Corp. or their respective property following the closing of the rescission transaction contemplated by the Agreement and requiring that such claims be satisfied exclusively from the proceeds of that transaction; (d) determining that upon the closing of the proposed transaction, WBIX Corp. shall hold title to its assets free and clear of all liens, claims, encumbrances and interests, with all such liens, claims, encumbrances and interests to attach to the proceeds of the transaction; and (e) extinguishing the claims of any person or entity other than Alexander G. Langer to an ownership interest in WBIX Corp. or its assets.

PLEASE TAKE FURTHER NOTICE THAT a hearing will be held to consider the relief sought in the Approval Motion on **Monday, October 24, 2005 at 2:30 p.m.** (the "Hearing") before the Honorable Nancy Gertner at United States District Court for the District of Massachusetts, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Boston, Massachusetts 02210 (the "District Court").

PLEASE TAKE FURTHER NOTICE THAT objections, if any, to the relief requested in the Approval Motion, or to the final approval of the Rescission Agreement, must be filed with the Clerk of the District Court and a copy of any objection must also be served by hand, facsimile, e-mail, or overnight mail on counsel to the Receiver, Francis C. Morrissey, Nixon Peabody LLP, 100 Summer Street, Boston, MA 02110-2131, Fax: (866) 369-4742, e-mail: fmorrissey@nixonpeabody.com, and on counsel to Alexander G. Langer, Lawrence Litwak, Esq., 77 North Washington Street, Boston, MA 02114, Fax: (617) 723-9490, email: gltaxlaw@gis.net so **as to be received before the Hearing.**

PLEASE TAKE FURTHER NOTICE THAT the Approval Motion and the Rescission Agreement are on file with the District Court and are available for review during regular business hours. Copies of the Approval Motion and the Rescission Agreement are also available (free of charge) upon request to Jeffrey B. Gilbreth, Nixon Peabody LLP, 100 Summer Street, Boston, MA 02110-2131, Tel: (617) 345-1000, Fax: (866) 812-3847, email: jgilbreth@nixonpeabody.com or by downloading a copy at the following website: http://extranet30.nixonpeabody.com.

**INSIDE RADIO**
by Tom Taylor

**EMPLOYMENT**

Monday, October 17, 2005

Page 6 of 7

### NRG MEDIA - GENERAL MANAGER

**NRG Media** is looking for a **General Manager** for our three-station cluster in the beautiful Spirit Lake/Lake Okoboji area of Iowa. This is a unique opportunity with a company that still believes in the concept of Great Local Radio and believes in the people who create it. Our successful candidate will have a winning track record of leading a diverse group of talented sellers and programmers and will possess the strategic thinking and leadership skills necessary to take this group to the next level. We are looking for someone who understands the need to drive profitability, but knows that the best way to achieve it is to help our stations be great places to work and to provide superior service to our markets, listeners, and advertisers.



If the opportunity to work with America's fastest growing privately held radio company appeals to you, please send your resume and cover letter to: **recruiting@nrgbroadcast.com** or mail to: NRG Media, 2875 Mt. Vernon Road SE, Cedar Rapids, Iowa 52403. NRG Media is an Equal Opportunity Employer.

### OUTSTANDING SALES OPPORTUNITIES!

**KFWB/The Dodgers Radio Network** is looking for a **SPORTS SALES EXPERT** with:

1. **ENERGY** - Do you have the Drive and Will to MAKE IT HAPPEN?
2. **EXECUTION** - Do you deliver RESULTS?
3. **EDGE** - Do you make tough, solid BUSINESS DECISIONS?

If you are the best of the best, self-motivated and approach your job as if you are your own CEO, then we would like to make you a part of our successful sales organization! KFWB has the latest tools and technology, the most knowledgeable management, pays great commissions, and is known to offer the best work environment for selling radio advertising in the industry. Candidates should have a minimum of two years spot or sports sales experience in a top ten market. Rush your resume today to: **Justin.Schaflander@kfwb.com.**
Equal Opportunity Employer



### GENERAL MANAGER

**Allied Broadcasting** is looking for a bottom line-oriented **GM** with strong leadership qualities for its stations in **Roswell, NM**. Our ideal candidate will have a sales track record of increasing revenue while keeping expenses in check, plus experience in hiring, training, motivating and managing a sales force. Strong people skills and a sense of community a must. Resume to: Weston Entertainment, 112 Seaboard LN, Franklin, TN 37067 or email to: **broadcast@westonentertainment.net**
Allied Broadcasting is an Equal Opportunity Employer.

### GENERAL SALES MANAGER

Foster Communications Co. Inc.
100,000+ University town.
Lead AEs to maximize
local and regional revenues.
Excellent and experienced?
We need a creative leader,
trainer, developer, team-builder.
Send resume and cover letter to:
**shannonroach@
fostercommunications.us**
- EOE -

### GENERAL SALES MANAGER

- Cumulus-Grand Junction -
We're looking for a proven
team-leader with a desire to
succeed. Manage the sales
team of our 5-station cluster.
Enjoy the lifestyle of beautiful
Western Colorado.
E-Mail:
**pat.cantwell@cumulus.com**
Equal Opportunity Employer

### WRITER/PRODUCER

**Clear Channel Radio** in Greenville, SC has a rare opportunity for an experienced **writer/producer**. Must be efficient in Cool Edit Pro & Nex-Gen; knowledge of Saw-Pro is a plus. Must be able to voice commercials, work closely with clients and Account Executives to write, create and produce effective commercial campaigns. At least five years experience preferred and a good attitude required. Please send resume & cover letter to: Clear Channel Radio-Creative, PO Box 100 Greenville, SC 29602 or **carolesloan@clearchannel.com**
Clear Channel is an EOE.

### GET RESULTS!
INSIDE RADIO CLASSIFIEDS
CALL 800-640-8852 or
email your ad copy to:
ads@insideradio.com

Case 1:04-cv-12415-NG    Document 64    Filed 10/24/2005    Page 9 of 9

**INSIDE RADIO**
by Tom Taylor

Monday, October 17, 2005

# EMPLOYMENT

Page 7 of 7

### GENERAL SALES MANAGERS - GREENVILLE, SC

Clear Channel Radio in Greenville, SC is looking for **General Sales Managers** to represent our legendary stations. Experience in Country, AC and Rock a plus. Must have great inventory and yield management skills. If you can demonstrate a successful record of consistently over-delivering expectations, leading and motivating a sales team to success and creative problem solving, this could be the right opportunity for you. This is a great challenge in a fast-growing southern market.
Please send cover letter and resume to:
Clear Channel Radio-GSM, PO Box 100, Greenville, SC 29602
or **carolesloan@clearchannel.com**.
Clear Channel is an Equal Opportunity Employer.

### GENERAL SALES MANAGER - LEXINGTON, KY

We have a **General Sales Manager** position in **Lexington, Kentucky** for a success-driven, highly-motivated individual who has the right qualifications. Candidates must have a minimum of at least 5 years successful radio sales experience and at least 2 years experience as a successful sales manager. Individual would be responsible for developing and achieving station revenue goals along with training, recruitment and development of sales staff. If you can handle multiple responsibilities in a fast-paced environment,
then we want to talk to you.   EOE
Send resume to: **chris.clendenen@cumulus.com.**

### RADIO SALES ACCOUNT EXECUTIVES

*Do you or someone you know exhibit the following characteristics:*

**Do you like to make money?**
**Do you have a history of success in sales?**
**Do you always end up with the sales order**?

Riviera Broadcast Group seeks **Radio Sales Account Executives**. We operate two FM stations in Las Vegas, and one FM station in Phoenix. If you or someone you know meets these requirements, send resumes in complete confidence to:
Riviera Broadcast Group LLC,
2725 E. Desert Inn Road, #180, Las Vegas, NV 89121.
Attn: Cheryl Seminara/Ken Christensen.
E-Mail: **Cheryl@rbgvegas.com**. Fax: (702) 784-4040.
***No phone calls, please***. Riviera Broadcast Group LLC is an EOE.

### STATION MANAGER

**New Jersey** Greater Media is seeking a dynamic leader for its New Jersey heritage combo, WDHA-FM & WMTR-AM. Suburban management experience a plus. All inquiries will be kept strictly confidential. Equal Opportunity Employer
**danfinn@greatermedianj.com**.

### MARKET MANAGER

Cumulus Media's cluster in **Fort Walton Beach/Destin, FL** is in need of an experienced **Market Manager.**

A proven track record of success is a must.
Live in one of the most desirable beach communities in the world and work at the premier media group in town.

Please rush resume to:
Mark Sullivan, Regional V.P.
**Mark.Sullivan@cumulus.com**
Cumulus is an EOE.

### LOCAL SALES MANAGER MINNEAPOLIS

**KFAN-AM 1130**, America's premiere sports talk radio station, home of the Minnesota Vikings and Minnesota Timberwolves in **Minneapolis-St. Paul**, is looking for an experienced **Local Sales Manager.**

Do you have first-hand experience with developing direct sales?

Do you understand what sports marketing can do for your clients?
Can you build, lead and motivate a winning sales team?
Are you a natural creative problem solver who strives to be the best at everything you do?
Then this may be the team for you. Bring your winning attitude and your business savvy and join KFAN! Send your resume to:

**carriemartinson@clearchannel.com**
Equal Opportunity Employer



INSIDE RADIO, Copyright 2005. On the web: www.insideradio.com. All rights reserved. No part of this publication may be copied, reproduced, refaxed, or retransmitted in any form. Address: P.O. Box 442, Littleton, NH 03561. To advertise, call 800-640-8852. **Subscribe to INSIDE RADIO for 12 months with online access: $455; Online version: $375; Monthly recurring subscription $39.95** billed to your credit card. Call (800) 248-4242 to subscribe. INSIDE RADIO Editor Tom Taylor (609) 883-3321. General Manager, Gene McKay 800-640-8852.