FROM : JUNE BARNES          FAX NO. : 8037315982          Oct. 24 2005 08:23AM  P1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BRADFORD C. BLEIDT and )<br>ALLOCATION PLUS ASSET MANAGEMENT )<br>COMPANY, INC., )<br>)<br>Defendants. )<br>) | Civil Action No. 04-12415-NG |

**AFFIDAVIT OF PUBLICATION OF JUNE BARNES IN RADIO BUSINESS REPORT**

June Barnes, on oath, deposes and says:

I am the Director of Sales for Radio and Television Business Report, and I hereby certify that the advertisement annexed hereto as Exhibit 1 was published in the *Radio Business Report*, everyday from October 18, 2005 through October 21, 2005.

Sworn to under the pains and penalties of perjury this 24th day of October, 2005.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　June Barnes

BOS1537939.1

# EXHIBIT A

**Gilbreth, Jeffrey**

| | |
|---|---|
| **From:** | cjcarnegie [cjcarnegie@rbr.com] |
| **Sent:** | Thursday, October 20, 2005 2:25 PM |
| **To:** | Gilbreth, Jeffrey |
| **Subject:** | 7:30 RAB and TVB time to Talk Biz newsletter |



Good Morning - Thanks for your loyal RBR readership.
RBR EPAPER - Gaining a personal edge on today's business day. Are you reading this from a forwarded email?
New readers can receive our RBR Morning Epaper for the next 30 Business days! **SIGN UP HERE**



Volume 22, Issue 206, Jim Carnegie, Editor & Publisher                Thursday Morning October 20th, 2005

## Radio News®

### Emmis bulges in Bulgaria

Everyone has been waiting for word from Emmis, on television stations it wants to sell, radio stations it may want to buy, even major league baseball teams it may take a stake in. Now there's word of some action, but it's on the other side of the Atlantic, and well inland from there. The group will spend 3M for a controlling 66.5% share of Radio FM Plus AD, billed as the first licensed commercial FM radio station in the country with a network of stations spreading its programming throughout the country. Radio FM Plus is also said to hold a 40% interest in a CHR format known as Fresh FM. The move adds the fourth European country to the Emmis portfolio. It also has interests in Belgium, Hungary and Slovakia.





### RAB starts CEO search

The Radio Advertising Bureau has hired the Spencer Stuart Executive Search Firm to identify candidates for the post of President & CEO, succeeding Gary Fries who announced in August that he would not seek a renewal of his contract when it expires at the end of 2006 (8/15/05 RBR #159). "The search committee is committed to giving proper due diligence to the process of filling this position. This is the first step in a methodical course of action that will ensure we ascertain the highest qualified candidates who can fulfill the goals the industry has set for the RAB, said Search Committee Chair Joe Bilotta (pictured), COO of Buckley Broadcasting.

**RBR observation:** Big shoes to fill after Fries' 15 years at RAB. This traditionally has been a job for a "radio guy." But with all of the challenges facing the radio industry for accountability, ROI, EDI and such, it would be a good thing for RAB to also look at candidates from the marketing side who have a perspective on radio from the buy side, rather than the sell side.

**Publihser note:** Last but not least consideration for the future, which is today, it would be worth breaking bread over for both the Executive Committees of RAB and TVB to

## Bounceback



**We want to hear from you.**
This is your column, so send your comments to radionews@rbr.com

Whether public or private (10/18/05 RBR #204), this reader says the CEO of Emmis Communications is a class act.

People who know Jeff by either reputation or personally, know that he is one of the nicest men in the industry. He will do what is right for all.... not what is right for Jeff. Whatever he elects to do with or for EMMIS, it will be the right thing for the entire team...stockholders, employees, and his lieutenants. If the Nationals are lucky enough to have him as their owner, they will be the luckiest team in baseball. And if EMMIS is part owner of the team, so much the better for both parties. Rest assured, that thru reputation, and acts of brilliance and kindness...the greed factor will not supercede what is best for all at EMMIS and its stockholders. There is a leader in the front office. He is not self absorbed.

10/20/2005

talk about how each others business is performing and does anyone see a potential plan working together. I can now state that it will be one year that RAB's Gary Fries, TVB's Chris Rohrs and I had a dinner to discuss this issue of problems within the radio and television business. Nobody knew except us three, as both only knew one another from business events. Now they know one another and this dinner was productive. Fall 2006 NAB Radio convention now has R&R merged into their fold but where does this leave the Management, Sales, and Marketing arms of our business? Come on RAB - TVB we should become stronger allies at least once a year and compare notes and business ideas with joint strategy. Worth a try f! or RAB and TVB to do a joint conference together as it would be good for everyone to network for our free Radio and TV business.

## Tough times for NY Times TV

Soft TV ad sales are continuing into Q4 after the New York Times Company reported Q3 TV revenues down "only" 5.4% in Q3 to 33.3 million bucks. "The pacings in October are [down] in the high single digits...the fourth quarter is down in the mid single digits right now. They are performing better, even though they are up against those tough comps with political and Olympics," said CEO Janet Robinson of the TV group. She also added that the TV group's "pretty aggressive pursuit of automotive" is producing better revenues than had been expected. Meanwhile, newspaper ad revenues were up slightly, with revenues for the News Media Group (print/radio/Internet) up 0.7% to 743.6 million. Ad revenues rose 1.7%, due to online growth and higher print ad rates. Circulation revenues decreased 1.2%.



## S&P lowers Tribune's ratings

Standard & Poor's lowered its ratings on Tribune Company, reducing its long term credit rating to A- from A and its short-term rating to A-2 from A-1. "The lower ratings reflect Tribune's weaker financial position resulting from a recent debt-financed income tax liability payment due to a US Tax Court's ruling," S&P said. "In addition, we expect that the company will not restore its financial profile to levels consistent with the former ratings in the intermediate term," said S&P analyst Donald Wong.



### Kidvertising: ANA follows nets to court

Upset with new FCC rules which "...would impose a dramatic new squeeze on the amount of advertising available during children's programming," the Association of National Advertisers has followed the lead and gone to court to stop the rules from being implemented as scheduled in 1/1/06. A big ABA objection to the new rules is that it takes already limited television spot inventory - - 12 minutes an hour on weekdays and 10.5 minutes an hour on weekends - - and constricts it further by adding in-house promos for other shows into the count. Writing last February on behalf of ANA, Davis Wright Tremaine LLP attorney Robert Corn Revere told the FCC that its action would be a "double whammy," both hurting income and driving up costs. "This will almost certainly make it more expensive and difficult for broadcasters to provide quality children's programming." ANA further objects to restrictions on progr! am websites, calling them "overbroad and counterproductive," and further noting that it may "...eliminate a potential revenue stream that can support the programs as well." ANA will be joining Viacom in an attack on the rules in the US Court of Appeals for the District of Columbia Circuit. They are also under attack from the exact opposite direction by the United Church of Christ in the Sixth Circuit - - UCC thinks the rules do not go far enough.

What a concept!

Shari Greer
Account Executive
Total Traffic Networks

### Radio Media Moves



**First Lady moves up**

Khris Raye, known on the air as "First Lady" for her midday shift on WTLC-FM Indianapolis, has been named Music Director and Assistant PD of the Radio One station. First Lady has been in radio for over 12 years in New York, Michigan, Wisconsin and her home town, Chicago, before coming to 'TLC.

### Stations for Sale

**AZ C2 - 60 DBU**
covers 2.1M in Phoenix Metro
plus N. Tucson. #1 growth metro
new freq. and facilities.
Call Linda Corso, Tri-Media, Inc.
928-473-4390, 928-425-4800 or
kevlin@theriver.net.

**New Listing:**
California Central Coast
Class A FM. Rated Market.
Asking $1.5M w/terms available.
Brett Miller, MCH Enterprises, Inc
(805) 237-0952 www.mchentinc.com

### More News Headlines

**Mike Jorgenson, 58 passes**

Former Sundance Broadcasting principal Mike Jorgenson died at his home in San Miguel, Mexico 10/13 from an apparent suicide, Detroit Radio Advertising Group President Bill Burton tells us. His home was near former AOL exec Bob Pittman there. Says Burton, on losing one of his best friends: "Mike Jorgenson was a great guy. We shot the Colorado River for three days together, white water rafting. We did 100 things together. He unquestionably was the most

10/20/2005

"interesting, unique, funniest, craziest wild and sometimes-you-wanted-to-hit-him-with-a-baseball-bat guy that I ever hung out with in all my years in this business."

### Watchdog wants to shut P&G's word of mouth

Commercial Alert has complained to the FTC about Tremor, a marketing wing of Procter & Gamble which uses the talents of some 250K teenagers to talk up the company's teen-oriented products. CA thinks it's deceptive advertising. According to USA Today, Tremor does not pay its teens cash, but does offer product samples and other incentives. It also takes clients other than P&G. The complaint is based on the fact that the relationship between the marketer and the agent doing the marketing must be disclosed. According to Word of Mouth Marketing Association, that is part of the word-of-mouth industry's code of ethics. In other words, if buzz marketers agents are telling their friends that they are working on behalf of Buzzcompany and that Kidwidgit is a great product, that's fine. If it really IS a great product, the hope is that individuals without any relationship to Buzzcompany keep the momentum going - - and since they have nothing to disclos! e, no disclosure is necessary.

**RBR observation:** Based on the USA Today article, it's possible Tremor is in a gray area. On one hand, it apparently doesn't tell its teens to say they're talking on behalf of Tremor. On the other, it doesn't tell them to say anything at all. They simply give the teens some sort of advance access to the product that is a buzz candidate, and hope that they'll take it from there on their own. There has been no indication from the FTC that this topic has yet made it onto the radar screen.



### Conference Calls Q2 2005
### Bullish on duopoly

New York Times Company CEO Janet Robinson told analysts in her Q3 conference call that the company expects to close on its 22 million bucks purchase of KAUT-TV (Ch. 32, UPN) Oklahoma City from Viacom (9/16/05 TVBR #182) by the end of this year, creating the company's first duopoly with KFOR-TV (Ch. 4, NBC). "We believe that our ownership of both KFOR and KAUT will enable us to achieve operating efficiencies and offer advertisers more and varied ways to reach their audiences in this market," Robinson said.

### Adbiz©

### Readers respond to Home Depot-spot radio issue

More readers chimed in with opinions on Home Depot's switch from spot radio to network radio and the effect it and other similar moves may have on radio's bottom line.
| Read them here |

### Philips Electronics sole sponsor of 60 Minutes installment



For the first time in its 37-year history, 60 Minutes will feature an exclusive advertiser, Philips, which will give back half of the program's commercial time to allow the news magazine's stories to run longer. Under the arrangement, Philips will purchase all of the commercial time typically allotted to 60 Minutes, but only use half the time for ads. The result will be longer stories and only half the usual commercials, with the first two



PATRICK COMMUNICATIONS

Do you know what your station is worth?

*We own them*
*We appraise them*
*We sell them*

We understand radio and television and can get top dollar for your station.

(410) 740-0250
www.patcomm.com



NOBODY

POINT-TO-POINT
DIRECT MARKETING SOLUTIONS
GREAT CLIENTS. GREAT MARKETING.

MARK HEIDEN    970-472-0131
RICK TORCASSO  972-661-1361
ELIZABETH HAMILTON  703-757-9866

WWW.PTPMARKETING.COM

DIRECT MAIL. TELEMARKETING.

**OFFICIAL COURT NOTICE OF**

10/20/2005

stories airing uninterrupted. The sponsorship is for Philips' "Sense & Simplicity" branding campaign. Philips is committed to delivering applications and solutions that are easy to experience, advanced, and designed around users. Among those stories scheduled to be broadcast on this particular edition 60 Minutes are the nightmarish story of former Army Sgt. Robert Jenkins, whose Cold War-era desertion to North Korea turned into 40 years of captivity in the communist dictatorship, as well as a rare ! and candid interview with basketball legend Michael Jordan, and a report about musical savants whose impaired brains make living normally impossible but their musical prowess incredible. "We chose to underwrite 60 Minutes due to its simple, yet straightforward format," said Andrea Ragnetti, Chief Marketing Officer, Royal Philips Electronics. "By reducing commercials, we could actually help the show extend the length of the stories, thus simplifying and enhancing the viewing experience for the audience."

### Internet's influence on in-store purchasing behavior is rising

A new study that explores the impact of the Internet on in-store purchasing reveals a shifting landscape of media influence on consumers: The web's power in shaping in-store sales is growing rapidly. The CMO Council's Summer RetailFluency Report shows that more than half of the 322 post-purchase shoppers polled consulted the Internet before purchasing at an offline location. Half of this group reported spending 1-3 hours conducting their online research. The exit poll, commissioned by Yahoo! and fielded in partnership with The ConsumerEdge Research Group, polled retail shoppers exiting BestBuy, CompUSA and Circuit City stores during Dads and Grads season in 2005.
| Read More... |

**How big is your online audience?**
**Webcast Metrics**

## Media Business Report



### Stevens wants 3B DTV subsidy
Three billion bucks is the subsidy amount Sen. Ted Stevens (R-AK) says he'll proposed today as the Senate Commerce Committee marks up legislation which would set a firm deadline for the conversion to digital television (DTV). The subsidy would be used to help lower income people pay for the conversion boxes needed to receive broadcast TV when analog signals are shut off so the spectrum can be auctioned by the US Government. The subsidy amount is certain to be contentious. Other lawmakers have been pushing for a much smaller figure. Sen. John Sununu (R-NH) wants one billion and Sen. John McCain (R-AZ) wants only a half billion. Also contentious is the DTV transition hard date. McCain is also pushing for a much earlier date than the April 2009 date specified in Steven's bill.

## Media Markets & Money™

### EMF strikes yet again
Educational Media Foundation has found yet another station to buy. This time it's landing way upstate in New York, all the way up in the very small Arbitron market of Watertown. The group - - known for operating on both the reserved and unreserved

**INTENDED RESCISSION OF SALE OF WBIX (1060 AM) RADIO STATION**

A hearing to consider the proposed rescission of WBIX has been set for **October 24, 2005**. All objections must be raised at the hearing, which shall be held at the U.S. District Court in Boston, Massachusetts.

**Important:**
You must act by October 24, 2005

| Go here for official court notice |

### RBR Radar 2005
Radio News you won't read any where else. RBR--First, Accurate, and Independently Owned.

**It is Not Free, Here is Jay Severin**
Don't look for Infinity to launch 22 "Free FM" FM talk stations across the country, as was the rumor printed by Inside Radio, owned by Infinity's rival Clear Channel. Rather, Infinity CEO Joel Hollander told RBR the rumor had much more to do with launching Jay Severin from WTKK-FM Boston on -AM Dallas, WPHT-AM Philadelphia, WJFK-FM Washington, D.C., and KMOX-AM St. Louis beginning Tuesday, January 3, 2006. **RBR observation:** The big issue that Infinity still needs to deal with is what its 22 stations are going to run come January 3rd in the morning drive slot where they now carry Howard Stern. There have been plenty of rumors, but so far no official announcements. Advertisers are already making Q1 buys and sales execs for those stations can't even tell potential ad buyers what's going to be on the air. But with Severin on key stations mentioned abo! ve this also brings the speculation and talk around the water coolers that Infinity will launch a new Hot Talker network. Seems the talk or the game plan with Infinity is getting out of the starting gate first as again the speculation has Clear

portions of the FM dial - - is down on the left-hand noncom side this time with 90.1 mHz WWJS-FM. The seller is Liberty Communications Family Broadcasting Network. Broker John Pierce will be paid by EMF, based on a valuation of 300K for the station, half of which will be in the form of a promissory note.



## Washington Beat

### Kingman KS FM owes 10K

Maria L. Salazar has been on notice by the FCC that she owed money for various violations for some time, and the Commission now wants some cash. The station is KTCM-FM Kingman KS, in the Wichita area. As far back in 2002, it was hit with a 39K laundry list, including broadcasting from an unauthorized location (4K), tower lighting/marking violation (10K), an EAS violation (8K), a main studio violation (7K), and the absence of a public file (10K). The FCC is now notifying her that it wants only 10K, on EAS and public file grounds. The 1.7M sale of station to the second version of Jeff Warshaw's Connousseur Media was announced last spring.

**RBR observation:** There it is again - - public file. All those complaints and that's one of the ones that sticks. So easy to maintain. So expensive when you don't.

## Programming



### Al Roker joins CD101.9 NYC team

WQCD-FM NY "Smooth Jazz CD101.9" announced the addition of United Stations' syndicated weatherman Al Roker to the on-air team as Smooth Jazz CD101.9 Weatherman beginning 10/27. The daily weather forecasts will emphasize Roker's personality & tri-state CD101.9 weather forecasts, and will broadcast locally from New York where he resides. Said Roker: "I've always been a CD101.9 listener - - it's programmed on both my car radio and my home stereo - - so I'm really excited to be doing smooth weather for Smooth Jazz, CD 101.9. Now that we're heading into the winter, I get to forecast the big chills on the station that's New York's place to chill!"

## Ratings & Research

### New insights on PPM vs. diary

You've read Arbitron's take on the initial data from its Portable People Meter (PPM) test in Houston (9/21/05 RBR #185). Now Coleman has done its own number crunching and says it's found some new insights into the differences between diary and PPM measurement. According to the research firm:

- The 12+ AQH share differences between diary and PPM are more dramatic in Houston than they were in Philadelphia.
- Commercial English-language music stations in Houston benefit the most from PPM vs. diary measurement.
- Almost all stations in Houston have larger Cume audiences in PPM than diary, but commercial English-language stations experience larger than average Cume increases.

Channel ready to toss the switch on a similar Hot Talk FM network. Ah, don't touch that dial - Stay tuned with us as this is in RBR's Business power rotation.
10/19/05 RBR #205

**Affiliates fret about iPod deal**
Disney/ABC may be embracing new media with last week's deal to sell video downloads for Apple computer's new video iPods, but what' in it for ABC Television affiliates? Nothing, apparently, and the affiliates are letting the Mouse House know they are none too pleased about it. A letter to Disney management from its affiliate association board of governors complained that the affiliates weren't even consulted about the deal, let alone included in a share of the proceeds. **TVBR observation:** The dollars, at this point, don't amount to much, but the affiliates know that will change in time. It's hard to imagine that large numbers of people will want to watch half hour or hour shows on tiny iPod screens after shelling out big bucks for a plasma set at home. But iPod downloads now could lead to hi-def downloads for full-size screens in the future. The affiliates ! are correct in deducing that if they're going to get a share of the proceeds, they're going to have to act now. Otherwise, the value of their network affiliations will gradually erode. Can not say RBR/TVBR did not warn you well in advance.
10/18/05 RBR #204

**Stern blasts CBS**
**Sirius Media Blitz begins**
As the countdown begins for his New Year's move to Sirius Satellite Radio, Howard Stern has charged that his current employer, Viacom's Infinity Radio, has it in for him. **RBR observation:** The two rejected Sirius ads apparently went afoul of CBS rules for different reasons. Only one was turned down because it promoted offensive language. The other was bounced because it was overly disparaging of terrestrial radio. That's not because CBS's parent company also owns radio

10/20/2005

- All Houston stations have lower TSL in PPM than in diary, but Spanish-language stations generall experience larger declines in TSL than do English-language stations.

"As Arbitron releases more data from the Houston trial, we will learn more about how PPM and diary measurements differ. In will be interesting to see if some of our findings hold up over time," said Coleman senior research analyst John Boyne, who authored the report. The entire report is available at www.colemaninsights.com.



## RBR Stats
### Hispanic College Grads Outpacing Hispanic Adult Population Growth

In the metropolitan markets surveyed by The Media Audit From 2002 to 2004, the Hispanic adult population increased by 16% while the number of Hispanic college graduates increased by 22%. The number of Hispanic college graduates increased by 806,000 from approximately 3.6 million to 4.4 million. The 4.4 million includes more than 1.3 million with advanced degrees. In the markets surveyed there are approximately 48.3 million adults, 35% of the adult population, with one or more college degrees. The Hispanic college graduate is significantly younger than college graduates in the general population. In the general population 38.4% of college graduates are age 50 plus. Among Hispanics just 23.0% of college graduates are age 50 plus. The media habits of the Hispanic college graduates are also significantly different. | Read More... |

## Engineering
### Australia picks Eureka-147 over IBOC

The Australian Federal Minister for Communications Helen Coonan announced that country will use the Eureka-147 system for its DAB system. DAB will be introduced in phases, beginning with large metro. New commercial license allocations will be frozen for six years once the digital broadcasts begin. Coonan's said the digital radio policy was supplementary, not replacement. This means no switch-off of analog stations is contemplated and digital radio will become another consumer choice. This is a whole new mind-set, brought about by the Government's dissatisfaction with the rate of uptake of digital television. The analogue TV switch-off date, presently the end of 2008, will soon be pushed out, at least to 2012, in recognition of the fact consumers have been slow to embrace the new technology. Said The Australian: "The Government, quite understandably, does not want to be saddled with a similar dilemma on radio. So the s! upplementary, not replacement, policy firmly puts the future of digital radio into the hands of the radio industry. The message is: 'Take it or leave it. You asked for it, here it is; now, you make it work.' So we can now look forward to a three-tier radio system where, at a touch of a button, we will be able to choose AM, FM or digital signals." Australia proposes to use two different parts of the broadcast spectrum for digital - VHF Band III and L Band for fill-in or overcrowded locations - and entertains the idea that Digital Radio Mondiale may be used in remote locations because of its wider coverage.

stations. The network's standards and practices rules forbid one company in any field from overly disparaging a competitor in its advertising. Howard is grabbing the Press and look out as Stern hits the TV talk show circuit.
10/18/05 RBR #204

**RBR - Radio News**
**Infinity update: research and Stern**
An industry source tells RBR Infinity is in the midst of replacing the three "corporate research" folks that were let go. And official announcements about Stern replacements will come mid-November. **RBR observation:** There is no Mr. Smile face you can put on the cutting of the research executives and with saying we will be replacing them soon. Retired Roy Shapiro is a top line broadcaster and has seen it all going back to his days at Westinghouse Broadcasting then renamed Group W Radio and Group W Radio Rep firm and all know the end to the story - Westinghouse sold out. As for Shapiro he has seen all forms of audience measurement over the last 30 some years and if he is giving 100 percent to improve Infinity's research department we say good. But the man is retired and early this year RBR spoke with Mr. Shapiro at the RAB and he was enjoying retir! ement. When Shapiro's address changes from Florida to 1515 Broadway, NYC with a phone extension then believe it. On Stern - face it there is only one Stern and we doubt there could be any one talent or talents who could replace him as a whole. It might be a prudent move to develop local talent to fit the market and build with the markets over time. Developing a local morning program that will build the rest of each stations day parts instead of an entire station's ratings and revenues are hooked to just one person like Stern. Those days are gone and so is the revenue. Infinity and Hollander have had what - 12 to 14 months to get this Stern stuff out of the way. Na, something just does not smell right.
10/15/05 RBR #203

10/20/2005



## Marketing

### Sears announces new team of execs; CMO to leave



Sears Holdings Corporation announced a team of execs that will lead marketing, strategy, and Lands' End, reporting to Chairman Edward Lampert. Maureen McGuire will assume the newly-created position of executive vice president and chief marketing officer. She joins Sears from IBM, where she served as president, strategy and marketing, worldwide systems and technology group. Reporting to Maureen will be the chief marketing officers for Sears, Roebuck and for Kmart, as well as customer direct. Corwin Yulinsky will join Sears Holdings as executive vice president, customer strategy and insight. He joins Sears Holdings from McKinsey and Co., where he was a leader of the financial institutions practice and consulted with a variety of national financial institutions developing customer relationship and distribution strategies. Sears Holdings announced that David McCreight has been formally named president of Lands' End. He's been a! cting as interim President of Lands' End since 8/4. He joined Lands' End in 2003 as Chief Merchant. Sears Holdings also announced that Luis Padilla, president and Sears' chief merchant will be leaving the company, effective 10/31. The company is currently evaluating leadership alternatives and a search for his replacement is underway. In the interim, the senior merchants leading Sears' home and apparel businesses will report to Lampert.

## Transactions

**22.575M KFOX-AM** Los Angeles (Torrance CA). 70% of Chagal Communications Inc. from Warren Chang (30% to 0%), The Siegal Family Trust (30% to 0%), and Thomas V. Chung (10% to 0%) to Hyun Joo Chang (0% to 70%). Stock transaction. Interest of Jae Min Chang remains at 20%, Nicolas Chang and Grant S. Chang at 5%. Expanded AM band station at 1650 kHz. [File date 9/22/05.]

**875K WMRZ-FM** Albany GA (Dawson GA) from Staton Broadcasting Inc. (Cecil Staton) to Clear Channel Broadcasting Licenses Inc., a subsidiary of Clear Channel Communications (Mark Mays). 25K escrow, balance in cash at closing. Superduopoly with WJIZ-FM, WJYZ-AM, WOBB-FM & WRAK-FM. LMA until closing. [File date 9/22/05.]



## Stock Talk

### A most peculiar day

Stock prices had slumped in early trading Wednesday. But then the "Beige Book" from the Federal Reserve was released, showing economic growth continuing in many parts of the country despite high energy prices. Also, oil prices dropped sharply after the US Energy Department reported larger-than-expected inventories of oil, gasoline and heating oil. The Dow Industrials ended the day up 129 points, or 1.3%, at 10,414.

---

### Local Sales Manager

Twin Cities at KFAN-AM 1130, America's premiere Sports Talk station, home of the Minnesota Vikings and Timberwolves. LSM needed at Clear Channel Radio Minneapolis-St. Paul. Have first hand experience developing direct sales with an understanding of Sports marketing and what it can do for your clients? Can you build, lead and motivate a winning Sports sales team? Got Game? Bring your winning attitude and business savvy to KFAN. See Radio Careers

When you need to find the executive to help you grow in any position within your media organization - Then come to where over 35,000 executives read first their 7:30am morning RBR & TVBR E-paper and then 4:30pm afternoon Media Mix news and information:

### Media HeadHunters
### Delivering results.

For Confidential Placement Contact:
Cathy Carnegie, VP,
cjcarnegie@mediaheadhunters.com



### Other Links
State Associations

Contact Us

**Publisher question:**
Reading RBR from a friend?
Receive your own morning copy at
www.rbr.com

### Help Desk

Radio stocks enjoyed the ride higher. The Radio Index gained 3.371, or 1.8%, to 190.776. Beasley led the advance, up 8.2%. Entravision gained 5.1% and Saga rose 4%.

## Radio Stocks

### Here's how stocks fared on Wednesday

| Company | Symbol | Close | Change | Company | Symbol | Close | Change |
|---|---|---|---|---|---|---|---|
| Arbitron | ARB | $38.58 | +0.68 | Jeff-Pilot | JP | $53.50 | +0.71 |
| Beasley | BBGI | $14.94 | +1.13 | Journal Comm. | JRN | $13.72 | +0.32 |
| Citadel | CDL | $13.76 | +0.10 | Radio One, Cl. A | ROIA | $11.49 | -0.10 |
| Clear Channel | CCU | $32.05 | +0.64 | Radio One, Cl. D | ROIAK | $11.49 | -0.11 |
| Cox Radio | CXR | $14.33 | +0.23 | Regent | RGCI | $5.05 | +0.03 |
| Cumulus | CMLS | $11.13 | +0.13 | Saga Commun. | SGA | $12.85 | +0.49 |
| Disney | DIS | $23.44 | +0.05 | Salem Comm. | SALM | $18.08 | +0.39 |
| Emmis | EMMS | $19.59 | +0.23 | Sirius Sat. Radio | SIRI | $6.08 | +0.11 |
| Entercom | ETM | $28.50 | +0.29 | Spanish Bcg. | SBSA | $6.55 | -0.08 |
| Entravision | EVC | $7.70 | +0.37 | Univision | UVN | $24.59 | -0.34 |
| Fisher | FSCI | $46.61 | +1.51 | Viacom, Cl. A | VIA | $30.93 | -0.11 |
| Gaylord | GET | $44.39 | +1.09 | Viacom, Cl. B | VIAb | $30.86 | -0.04 |
| Hearst-Argyle | HTV | $24.32 | +0.28 | Westwood One | WON | $18.43 | -0.10 |
| Interep | IREP | $0.46 | -0.06 | XM Sat. Radio | XMSR | $30.94 | +0.19 |
| International Bcg. | IBCS | $0.01 | unch | - | - | - - | - |

**Having problems with our epapers?**
Please send Questions/Concerns to:
Memberships@rbr.com

If you wish to unsubscribe
to **RBR ONLY**, use this link

If you wish to remove your name completely from our database use this link Unsubscribe

RBR Epaper -- $108 annual or just $9 a month

©2005 Radio Business Report, Inc. All rights reserved.
Radio Business Report -- 2050 Old Bridge Road, Suite B-01, Lake Ridge, VA 22192 -- Phone: 703-492-8191

10/20/2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) ) Plaintiff, ) ) vs. ) ) BRADFORD C. BLEIDT and ) ALLOCATION PLUS ASSET MANAGEMENT ) COMPANY, INC., ) ) Defendants. ) ) | Civil Action No. 04-12415-NG |

NOTICE OF RECEIVER'S MOTION FOR AN ORDER (A) APPROVING THE WBIX RESCISSION AGREEMENT AND THE RETRANSFER OF ALL OF THE STOCK IN WBIX CORP. TO ALEXANDER G. LANGER FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS, AND (B) GRANTING RELATED RELIEF

PLEASE TAKE NOTICE THAT on September 27, 2005, David A. Vicinanzo, the court-appointed receiver in the above-captioned civil action filed a Motion for an Order: (A) Approving the WBIX Rescission Agreement and the Retransfer of all of the Stock in WBIX Corp. to Alexander G. Langer Free and Clear of Liens, Claims, Encumbrances and Interests, and (B) Granting Related Relief (the "Approval Motion").

PLEASE TAKE FURTHER NOTICE THAT in the Approval Motion, the Receiver seeks an Order: (a) approving the rescission of the sale of all issued and outstanding capital stock of WBIX Corp. from Alexander G. Langer ("Langer") to Perspectives Broadcasting Inc. ("PBI") in accordance with the terms and conditions of the WBIX Rescission Agreement (the "Rescission Agreement"); (b) approving the retransfer of the stock to Langer free and clear of all rights of any other alleged equity holders or creditors, with all such rights attaching to the proceeds of the proposed rescission transaction; (c) permanently enjoining all persons with claims against Defendants Bradford C. Bleidt ("Bleidt") and Allocation Plus Asset Management Company, Inc. ("APAM"), or any entity owned or operated by Bleidt or APAM, from taking any action to enforce such claims against Langer or WBIX Corp. or their respective property following the closing of the rescission transaction contemplated by the Agreement and requiring that such claims be satisfied exclusively from the proceeds of that transaction; (d) determining that upon the closing of the proposed transaction, WBIX Corp. shall hold title to its assets free and clear of all liens, claims, encumbrances and

interests, with all such liens, claims, encumbrances and interests to attach to the proceeds of the transaction; and (e) extinguishing the claims of any person or entity other than Alexander G. Langer to an ownership interest in WBIX Corp. or its assets.

PLEASE TAKE FURTHER NOTICE THAT a hearing will be held to consider the relief sought in the Approval Motion on **Monday, October 24, 2005 at 2:30 p.m.** (the "Hearing") before the Honorable Nancy Gertner at United States District Court for the District of Massachusetts, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Boston, Massachusetts 02210 (the "District Court").

PLEASE TAKE FURTHER NOTICE THAT objections, if any, to the relief requested in the Approval Motion, or to the final approval of the Rescission Agreement, must be filed with the Clerk of the District Court and a copy of any objection must also be served by hand, facsimile, e-mail, or overnight mail on counsel to the Receiver, Francis C. Morrissey, Nixon Peabody LLP, 100 Summer Street, Boston, MA 02110-2131, Fax: (866) 369-4742, e-mail: fmorrissey@nixonpeabody.com, and on counsel to Alexander G. Langer, Lawrence Litwak, Esq., 77 North Washington Street, Boston, MA 02114, Fax: (617) 723-9490, email: gltaxlaw@gis.net so **as to be received before the Hearing**.

PLEASE TAKE FURTHER NOTICE THAT the Approval Motion and the Rescission Agreement are on file with the District Court and are available for review during regular business hours. Copies of the Approval Motion and the Rescission Agreement are also available (free of charge) upon request to Jeffrey B. Gilbreth, Nixon Peabody LLP, 100 Summer Street, Boston, MA 02110-2131, Tel: (617) 345-1000, Fax: (866) 812-3847, email: jgilbreth@nixonpeabody.com or by downloading a copy at the following website: http://extranet30.nixonpeabody.com

DAVID A. VICINANZO, RECEIVER
By his attorneys

/S/ Francis C. Morrissey
Kevin M. Fitzgerald (admitted pro hac vice)
Francis C. Morrissey (BBO #567589)
Nixon Peabody LLP
100 Summer Street
Boston, MA  02110
(617) 345-1000