10/24/2005 12:01 FAX 617 929 1511    BOSTON GLOBE CLASSIFIED    ☑001
Fax Ad - 05AQ0011.TIF At 2005-10-24 09:54:08 6173451301    T-089  P.002/002  F-885

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BRADFORD C. BLEIDT and ) <br> ALLOCATION PLUS ASSET MANAGEMENT ) <br> COMPANY, INC., ) <br> ) <br> Defendants. ) | Civil Action No. 04-12415-NG |

**AFFIDAVIT OF PUBLICATION OF CATHERINE SHEEDY IN BOSTON GLOBE**

Catherine Sheedy, on oath, deposes and says:

I am a Sales Representative for the Boston Globe, and I hereby certify that the advertisement annexed hereto as Exhibit A was published in the Boston Globe on October 2, 2005 and October 16, 2005.

Sworn to under the pains and penalties of perjury this 24th day of October, 2005.

*Catherine Sheedy* (signature)
Catherine Sheedy

BOS1538017.1

# EXHIBIT A

OCTOBER 2, 2005

BOSTON SUNDAY GLO[BE]

# AUCTIONS

## PAUL E. SAPERSTEIN CO., INC.
AUCTIONEERS • APPRAISERS
144 Centre Street, Holbrook, MA 02343
Tel: 617-227-6553 • Mass Lic. #295 • www.pesco.com

**Trustee In Bankruptcy Sale @ Public Auction – Re: Dixon's Market, Inc., Case #05-14771-JNF**

### CITY OF LYNN – BEER & WINE LICENSE
Offices of Murtha Cullina, 99 High St., Boston, MA
**Tuesday, October 11, 2005 at 12 Noon**

The Trustee will offer their right, title and interest to a City of Lynn Retail Package beer & wine license to be sold free and clear of any liens and/or encumbrances. Terms: A deposit in the amount of $10,000.00 in cash or certified funds will be required to bid. Balance and all other terms will be announced at sale. Honorable Joan N Feeney, Bankruptcy Judge, Mark DeGiacomo, Trustee, Murtha Cullina Roache Carens DeGiacomo LLP, Boston, MA.

---

**MORTGAGEE'S SALE OF REAL ESTATE & SECURED PARTY SALE AT PUBLIC AUCTION**

### CANTON - 100,000 SF OFFICE/R&D/IND BLDG
275 Dan Road, Canton, MA • Tues., Oct. 18, 2005 at 11 AM

Approx 10.5 acres of land in an established industrial park improved by a single story flex type bldg having approx 99,869sf of rentable area. Bldg was built in 1989, has 4 dock doors, masonry construction and has large parking area. A segment of the building is believed to have undergone various renovation work to accommodate a new tenant occupying approx 58,000sf under a recent 3 year lease. Part of the renovation work is believed to segregate out the leased part of the building. The renovation work was believed to start Feb. 2005 and was believed to be scheduled to be completed by June 2005. Contact auctioneer's office for information packet. Terms of Sale: A deposit of $50,000 by cash, certified, bank treasurer's or cashier's check will be required at the time & place of sale. The deposit shall be increased to an amount equal to ten percent (10%) of the purchase price within seven (7) business days from the date of sale. Balance due within 30 days. All other terms announced at sale. Gadsby Hannah LLP, 225 Franklin St., Boston, MA, Attorney for Mortgagee & Secured Party.

---

**MORTGAGEE'S SALE OF REAL ESTATE AT PUBLIC AUCTION**

### WILMINGTON – 10.69 RESIDENTIAL ACRES
22 Suncrest Ave., Wilmington, MA • Wed., Oct. 5, 2005 at 10AM

Approx 10.69 acres of undeveloped residential land. Mort Ref: Bk 13028, Pg 106, Middlesex North Reg of Deeds. Terms of Sale: A deposit of $5,000 by cash, certified, bank treasurer's or cashier's check will be required at the time & place of sale & balance within 30 days. All other terms announced at sale. R. David Cohen, Esq., 92 High St., Medford, MA, Attorney for Mortgagee.

---

**MORTGAGEE'S SALE OF REAL ESTATE AT PUBLIC AUCTION**

### HAMPTON – 3 BEDROOM TOWNHOUSE
### OCEAN VIEW – WALK TO BEACH
Luxury Townhouses at the Piers, 536 High St., Hampton, NH
**Thursday, October 6, 2005 at 10AM**

An approx 1964sf GLA, 3 level, 6 year old, townhouse condo in a 2 unit bldg having 6 rooms, 3 bedrooms, 2.5 baths, gas fireplace, full basement, cent a/c, porch, deck & 2 car tandem garage. Home has some ocean view, open marsh views & is a short walk to North Beach. Mort. Ref: Bk 4341, Pgs 2538, Rockingham Cty Reg of Deeds. Terms of Sale: A deposit of $5,000 by cash, certified, bank treasurer's or cashier's check will be required at the time & place of sale & balance within 45 days. All other terms announced at sale. George H. Thompson, Esq., 29 Factory St., Nashua, NH, Attorney for Mortgagee.

---

**SALE OF REAL ESTATE – UNDER M.G.L. C. 183A:6**

### EVERETT – 2 BDRM CONDO W/PARKING
Unit 14, 859 Broadway, Everett, MA • North Hill Condominium
**Thursday, October 6, 2005 at 11AM**

An approx 830sf condo having 2 bedrooms, bath, living rm, kitchen, balcony & deeded parking space. Unit is on the 3rd floor of a 3 story brick & masonry bldg w/ laundry room in a 32 unit complex. Terms of Sale: A deposit of $5,000 by certified check or bank treasurer's or cashier's check will be required at the time & place of sale & balance within 30 days. All other terms announced at sale. Paul J. Barresi, Esq., Marcus, Errico, Emmer & Brooks, P.C., 45 Braintree Hill Office Park, Braintree, MA, Attorney for the Condominium Trust.

---

**MORTGAGEE'S SALE OF REAL ESTATE AT PUBLIC AUCTION**

### GLOUCESTER – 3 BDRM HOME W/POOL
631 Essex Ave., Gloucester, MA • Thurs., Oct. 13, 2005 at 10AM

Approx 20,000 sf of land improved with a ranch style home having 3 bedrooms, 1.5 baths, full basement & inground swimming pool. Mort. Ref: Bk 10340, Pg 65, Essex South Dist Reg of Deeds. Terms of Sale: A deposit of $10,000 by cash, certified, bank treasurer's or cashier's check will be required at the time & place of sale & balance within 30 days. All other terms announced at sale. J. Michael Faherty, Esq., 111 Main St., Gloucester, MA, Attorney for Mortgage.

---

### MORTGAGEES' REAL ESTATE AUCTIONS TO BE SOLD ON THE PREMISES

**WEDNESDAY OCTOBER 5, 2005**
5:00PM-BOSTON, MA
572 EAST BROADWAY, UNIT #4, 572 EAST BROADWAY
CONDOMINIUM-DEPOSIT $5,000

**THURSDAY OCTOBER 6, 2005**
10:00AM-NORTON, MA
3 SHELLY ROAD-DEPOSIT $5,000

**FRIDAY OCTOBER 7, 2005**
4:00PM-BOURNE, MA
223 COUNTY ROAD-DEPOSIT $5,000

**MONDAY OCTOBER 10, 2005**
11:00AM-MILLBURY, MA

---

### JOAN C. GREENE, AUCTIONEER
687 HIGHLAND AVENUE
NEEDHAM, MASSACHUSETTS 02494
781-449-6050 MA Lic# 2168

**Mortgagee's Sale of Real Estate at Public Auction**

### GLOUCESTER
Condominium unit to be sold on premises at:
**WESLEY CONDOMINIUM**
80 Prospect Street, Unit 7

**Thursday, October 6, 2005 at 11:00 a.m.**

An approximately 1,575 +/- sf unit consisting of 5 rooms 2 bdrms & 2 bathrooms.

Mortgage ref: Essex County South Registry of Deeds at Book 23621, Page 272.

Terms: $5,000.00 cash or certified check required to register to bid. This deposit is non-refundable to the successful high bidder. Balance due within 30 days. All other terms to be announced at the time of Sale.

Mortgagee's attorney: Suzanne Brunelle, Esq., Portnoy & Greene, P.C. 687 Highland Avenue, Needham, MA 02494, tel 781-449-6050.

**Mortgagee's Sale of Real Estate at Public Auction**

### SHARON

---

## LEGAL NOTICES

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

SECURITIES AND EXCHANGE COMMISSION,
   Plaintiff

vs.                                Civil Action No. 04-12415-NG

BRADFORD C. BLEIDT and
ALLOCATION PLUS ASSET MANAGEMENT
COMPANY, INC.,
   Defendants.

**NOTICE OF RECEIVER'S MOTION FOR AN ORDER (A) APPROVING THE WBIX RESCISSION AGREEMENT AND THE RE-TRANSFER OF ALL OF THE STOCK IN WBIX CORP. TO ALEXANDER G. LANGER FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS, AND (B) GRANTING RELATED RELIEF**

PLEASE TAKE NOTICE THAT on September 27, 2005, David A. Vicinanzo, the court-appointed receiver in the above-captioned civil action filed a Motion for an Order: (A) Approving the WBIX Rescission Agreement and the Re-transfer of all of the Stock in WBIX Corp. to Alexander G. Langer Free and Clear of Liens, Claims, Encumbrances and Interests, and (B) Granting Related Relief (the "Approval Motion").

PLEASE TAKE FURTHER NOTICE THAT in the Approval Motion, the Receiver seeks an Order: (a) approving the rescission of the sale of all issued and outstanding capital stock of WBIX Corp. from Alexander G. Langer ("Langer") to Perspectives Broadcasting Inc. ("PBI") in accordance with the terms and conditions of the WBIX Rescission Agreement (the "Rescission Agreement"); (b) approving the re-transfer of the stock to Langer free and clear of all rights of any other alleged equity holders or creditors, with all such rights attaching to the proceeds of the proposed rescission transaction; (c) permanently enjoining all persons with claims against Defendants Bradford C. Bleidt ("Bleidt") and Allocation Plus Asset Management Company, Inc. ("APAM"), or any entity owned or operated by Bleidt or APAM, from taking any action to enforce such claims against Langer or WBIX Corp. or their respective property following the closing of the rescission transaction contemplated by the Agreement and requiring that such claims be satisfied exclusively from the proceeds of that transaction; (d) determining that upon the closing of the proposed transaction, WBIX Corp. shall hold title to its assets free and clear of all liens, claims, encumbrances and interests, with all such liens, claims, encumbrances and interests to attach to the proceeds of the transaction; and (e) extinguishing the claims of any person or entity other than Alexander G. Langer to an ownership interest in WBIX Corp. or its assets.

PLEASE TAKE FURTHER NOTICE THAT a hearing will be held to consider the relief sought in the Approval Motion on Monday, October 24, 2005 at 2:30 p.m. (the "Hearing") before the Honorable Nancy Gertner at United States District Court for the District of Massachusetts, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Boston, Massachusetts 02210 (the "District Court").

PLEASE TAKE FURTHER NOTICE THAT objections, if any, to the relief requested in the Approval Motion, or to the final approval of the Rescission Agreement, must be filed with the Clerk of the District Court and a copy of any objection must also be served by hand, facsimile, e-mail, or overnight mail on counsel to the Receiver, Francis C. Morrissey, Nixon Peabody LLP, 100 Summer Street, Boston, MA 02110-2131, Fax: (866) 369-4742, e-mail: fmorrissey@nixonpeabody.com, and on counsel to Alexander G. Langer, Lawrence Litwak, Esq., 77 North Washington Street, Boston, MA 02114, Fax: (617) 723 9490, email: gltaxlaw@gis.net so as to be received before the Hearing.

PLEASE TAKE FURTHER NOTICE THAT the Approval Motion and the Rescission Agreement are on file with the District Court and are available for review during regular business hours. Copies of the Approval Motion and the Rescission Agreement are also available (free of charge) upon request to Jeffrey B. Gilbreth, Nixon Peabody LLP, 100 Summer Street, Boston, MA 02110-2131, Tel: (617) 345-1000, Fax: (866) 812-3847, email: jgilbreth@nixonpeabody.com or by downloading a copy at the following website:
http://extranet30.nixonpeabody.com

September 29, 2005

DAVID A. VICINANZO, RECEIVER
By his attorneys
/S/ Francis C. Morrissey
Kevin M. Fitzgerald (admitted pro hac vice)
Francis C. Morrissey (BBO #567589)
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
(617) 345-1000

---

**Advertisement for Bid**

The Westborough Treatment Plant Board is accepting Sealed Bids for three (3) 1987 Ashbrook-Hartley Filter presses. Specifications of the presses are the same, namely: Size 3, Mark II Klampress, 2.0 meter effective Belt Width 0-160 GPM.

Includes:
• Hydraulic Power Unit
  440 Volt, 1½ HP Motor
  20 Gallon Reservoir
• Wash Water Pump
  5 HP-230-460Volt
  80 GPM @ 104' diff. Head
• One Set of New Belts

Belt Filter Press # 1 w/1894 Hours
Belt Filter Press # 2 w/922 Hours
Belt Filter Press # 3 w/439 Hours

The Westborough Treatment Plant Board will receive bids to purchase these presses in two categories, namely bids to purchase all three presses, or bids to purchase only one press. Bidders at their option may submit bids in one or two categories.

The intent of the Westborough Treatment Plant Board is to obtain the greatest aggregate price for the three presses and, therefore, it will accept as such one or more bids which will produce the highest aggregate amount.

Each bid must specify whether it is a bid for three presses or only one press.

Sealed Bids are due to the Westborough Treatment Plant Board, 238 Turnpike Road, Westborough, MA 01581 no later than 2:00 P.M. on Friday, October 28, 2005. Bids are to be clearly marked "Press Bid" on the outside of the envelope. The presses may be seen Monday - Friday, 8 A.M. to 3 P.M. at the Wastewater Treatment Plant, 238 Turnpike Road.

---

## FLEA MARKET

### ABC FLEA MART
Sunday 8-4
**SPECIAL SALES OCT. 2ND**
ADMISSION 50¢
Off Walker Brook Dr., Reading
Exit 39 Off I-95 (Rte 128)
For Info See Gordon
Or Call 603-918-6470

### GRAFTON FLEA MARKET, INC
Every Sunday 7-4
Exit 21B off 495
to Rt 140
Huge crowds,
35th season
(508) 839-2217
www.graftonflea.com

### HOLLIS FLEA MARKET
Route 122 • Hollis, NH
Open Sundays 7 AM
603-465-7813
*(Weather Permitting)

### RAYNHAM FLEA
OVER 700 DEALERS. SUNDAYS
RTES 24 & 44W EXIT 13B
508-823-8923
www.raynhamflea.com

To advertise in this
please call 617-92[...]

### ANTIQUES

**CASH FOR MILITARY!**
Best cash paid for swords, medals, flags, helmets, guns, etc. Will travel & pay best cash.
617-785-1694.

**STANLEY J. PAINE**
Buying contents of estates: antique furn, paintings, oriental rugs, porcelain, silver. Immed pymt. 617-731-4455
Visit our gallery at 373 Boylston St, Rt 9, Newton

**$$ CASH PAID $$**
For old Furniture & antiques
Rugs, Glass. 617-312-5356

**MILITARY ITEMS WANTED!**
Highest prices paid for guns daggers, swords, helmets, flags, etc. Call Military Antiques 508-450-5702.

