UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) ) Plaintiff, ) ) vs. ) ) BRADFORD C. BLEIDT and ) ALLOCATION PLUS ASSET MANAGEMENT ) COMPANY, INC., ) ) Defendants. ) | Civil Action No. 04-12415-NG |

**AFFIDAVIT OF PUBLICATION OF KAREN MUMAW IN RADIO AND RECORDS**

Karen Mumaw, on oath, deposes and says:

I am the _Sales Rep_ for Radio and Records, and I hereby certify that the advertisement annexed hereto as Exhibit A was published in *Radio and Records*, on October 21, 2005.

Sworn to under the pains and penalties of perjury this 24th day of October, 2005.

_Karen Mumaw_
Karen Mumaw

BOS1537941.1

# EXHIBIT A

Case 1:04-cv-12415-NG    Document 68    Filed 10/24/2005    Page 2 of 3

10/24/2005 09:30 FAX 13102038450 ☐002

October 21, 2005  Radio & Records

# LEGAL NOTICE

## UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

SECURITIES AND EXCHANGE COMMISSION,
Plaintiff,

vs.   Civil Action No. 04-12415-NG

BRADFORD C. BLEIDT and
ALLOCATION PLUS ASSET MANAGEMENT
COMPANY, INC.,
Defendants.

NOTICE OF RECEIVER'S MOTION FOR AN ORDER (A) APPROVING THE WBIX RESCISSION AGREEMENT AND THE RETRANSFER OF ALL OF THE STOCK IN WBIX CORP. TO ALEXANDER G. LANGER FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS, AND (B) GRANTING RELATED RELIEF.

PLEASE TAKE NOTICE THAT on September 27, 2005, David A. Vicinanzo, the court appointed receiver in the above-captioned civil action filed a Motion for an Order: (A) Approving the WBIX Rescission Agreement and the Retransfer of all of the Stock in WBIX Corp. to Alexander G. Langer Free and Clear of Liens, Claims, Encumbrances and Interests, and (B) Granting Related Relief (the "Approval Motion"). PLEASE TAKE FURTHER NOTICE THAT is the Approval Motion, the Receiver seeks an Order: (a) approving the rescission of the sale of all issued and outstanding capital stock of WBIX Corp. from Alexander G. Langer ("Langer") to Perspectives Broadcasting Inc. ("PBI") in accordance with the terms and conditions of the WBIX Rescission Agreement; (b) approving the retransfer of the stock to Langer free and clear of all rights of any other alleged equityholders or creditors, with all such rights attaching to the proceeds of the proposed rescission transaction; (c) permanently enjoining all persons with claims against Defendants Bradford C. Bleidt ("Bleidt") and Allocation Plus Asset Management Company, Inc. ("APAM"), or any entity owned or operated by Bleidt or APAM, from taking any action to enforce such claims against Langer or WBIX Corp. or their respective property following the closing of the rescission transaction contemplated by the Agreement and requiring that such claims be satisfied exclusively from the proceeds of that transaction; (d) determining that upon the closing of the proposed transaction, WBIX Corp. shall hold title to its assets free and clear of all liens, claims, encumbrances and interests, with all such liens, claims, encumbrances and interests to attach to the proceeds of the transaction; and (e) extinguishing the claims of any person or entity other than Alexander G. Langer to an ownership interest in WBIX Corp. or its assets. PLEASE TAKE FURTHER NOTICE THAT a hearing will be held to consider the relief sought in the Approval Motion on Monday, October 24, 2005 at 2:30 p.m. (the "Hearing") before the Honorable Nancy Gertner at United States District Court for the District of Massachusetts, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Boston, Massachusetts 02210 (the "District Court").

PLEASE TAKE FURTHER NOTICE THAT objections, if any, to the relief requested in the Approval Motion, or to the final approval of the Rescission Agreement, must be filed with the Clerk of the District Court and a copy of any objection must also be served by hand, facsimile, e-mail or overnight mail on counsel to the Receiver, Francis C. Morrissey, Nixon Peabody LLP, 100 Summer Street, Boston, MA 02110-2131, Fax: (866) 369-4742, e-mail: fmorrissey@nixonpeabody.com; and on counsel to Alexander G. Langer, Lawrence Litwak, Esq., 77 North Washington Street, Boston, MA 02114, Fax: (617) 722-4490, email: glitwaklaw@gis.net, so as to be received before the Hearing. PLEASE TAKE FURTHER NOTICE THAT the Approval Motion and the Rescission Agreement are on file with the District Court and are available for review during regular business hours. Copies of the Approval Motion and the Rescission Agreement are also available (free of charge) upon request to Jeffrey R. Gilbreth, Nixon Peabody LLP, 100 Summer Street, Boston, MA 02110-2131, Tel: (617) 345-1000, Fax: (866) 812-3847, email: jgilbreth@nixonpeabody.com or by downloading a copy at the following website: http://extranet30.nixonpeabody.com/

September 29, 2005   DAVID A. VICINANZO, RECEIVER