UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BRADFORD C. BLEIDT and )<br>ALLOCATION PLUS ASSET MANAGEMENT )<br>COMPANY, INC., )<br>)<br>Defendants. )<br>) | Civil Action No. 04-12415-NG |

**RECEIVER'S ASSENTED-TO MOTION TO IMPOUND CERTAIN CERTIFICATES OF SERVICE FOR HIS MOTION FOR AN ORDER: (A) APPROVING THE WBIX RESCISSION AGREEMENT AND THE RETRANSFER OF ALL OF THE STOCK IN WBIX CORP. TO ALEXANDER G. LANGER FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS, AND (B) GRANTING RELATED RELIEF**

Pursuant to Local Rule 7.2, David A. Vicinanzo, the Court-appointed Receiver in the above-captioned case (the "Receiver") respectfully requests that the Court impound certain Certificates of Service for his Motion for an Order : (A) Approving the WBIX Rescission Agreement and the Restransfer of all of the Stock in WBIX Corp. to Alexander G. Langer Free and Clear of Liens, Claims, Encumbrances and Interests, and (B) Granting Related Relief (the "Rescission Motion"). In support of his request, the Receiver respectfully states as follows:

1. A copy of the Rescission Motion, the WBIX Rescission Agreement and the proposed Free and Clear Order and were served on all of the defrauded investors identified to date on September 28, 2005. And on September 29, 2005 defrauded investors were served with a notice of hearing on the Rescission Motion

BOS1537955.1

2. In addition, on September 23, 2005 defrauded investors were also served with a copy of the Receiver's Second Interim Report.

3. Both the Securities and Exchange Commission and a number of defrauded investors have requested that the Receiver not publicize the identities of persons victimized by Mr. Bleidt and that the Receiver keep the financial affairs of those investors confidential.

4. To protect the privacy of defrauded investors, therefore, the Receiver respectfully requests that the Court enter an order impounding the Certificates of Service which identify those investors until further order of the Court. The Receiver further requests that such impounded Certificates of Service be maintained under clerk custody separate and apart from files to which the public has access and no computer or other images thereof be made for public viewing.

WHEREFORE, the Receiver respectfully requests that the Court enter and Order:

A. Impounding the Certificates of Service for the Rescission Motion and related documents which identify the investors defrauded by Mr. Bleidt until further order of the Court; and

B. Granting such other and further relief as is deemed appropriate and just.

Respectfully submitted,

DAVID A. VICINANZO, RECEIVER

By his attorneys,

Dated: October 24, 2001

/s/ Francis C. Morrissey
Kevin M. Fitzgerald (admitted pro hac vice)
Francis C. Morrissey (BBO #567589)
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
(617) 345-1000