UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br><br>Plaintiff, )<br><br>vs. )<br><br>BRADFORD C. BLEIDT and )<br>ALLOCATION PLUS ASSET MANAGEMENT )<br>COMPANY, INC., )<br><br>Defendants. ) | Civil Action No. 04-12415-NG |

## AFFIDAVIT OF DAVID A. VICINANZO, RECEIVER

David A. Vicinanzo, being duly sworn, deposes and says:

### A.    Foundation

1.    I am the Court-appointed Receiver in the above-captioned case.

2.    In my capacity as receiver in this case, I succeeded to, among other things, Defendant Bradford C. Bleidt's investments in Perspectives Broadcasting, Inc. ("PBI"), Shared Visions, Inc. ("SVI") and WBIX Corp.

3.    I make this Affidavit in Support of: (A) Approving the WBIX Rescission Agreement and the Retransfer of all of the Stock in WBIX Corp. to Alexander G. Langer Free and Clear of Liens, Encumbrances and Interests, and (B) Granting Related Relief (the "Rescission Motion" or the "Motion").

4.    Except as otherwise indicated, all of the facts set forth herein are based on my personal knowledge or a review of PBI's, SVI's, WBIX Corp.'s and this estates business records

kept in the ordinary course. If called upon to testify, accordingly, I could and would testify competently to the facts set forth below.

5.    Capitalized words not otherwise defined have the meanings ascribed to them in the Motion.

**B.    Bleidt's Pre-Receivership Operation and Acquisition of the Station**

6.    On or about July 16, 2002, Defendant Bradford C. Bleidt entered into a Stock Purchase and Sale Agreement with Alexander G. Langer to acquire all of the stock of Langer Broadcasting Corp. (whose name was changed after the closing under the Stock Purchase and Sale Agreement to WBIX Corp. (hereinafter "WBIX Corp.")) for a purchase price of approximately $10,000,000.

7.    Simultaneously, as part of that transaction, WBIX Corp. and SVI, a corporation wholly owned by Bleidt, entered into a Time Brokerage Agreement whereby SVI undertook to manage the Station in anticipation of the eventual closing of the sale the WBIX Corp. stock to Bleidt or his nominee. Prior to the transaction, beginning in 2000, SVI had operated the Station through other temporary arrangements with Langer.

8.    Subsequently, Bleidt formed PBI for the express purpose of acquiring WBIX Corp.'s stock and the Station's FCC license. On or about January 13, 2004, PBI, a corporation wholly owned by Bleidt, acquired all of the issued and outstanding shares of stock of WBIX Corp. from Langer.

9.    At the closing of the transaction, Bleidt tendered $1,300,000 in cash. The remaining portion of the purchase price for the WBIX stock was satisfied by:

- Credits of $750,000 and $1,000,000, respectively for Bleidt's pre-closing deposits and for monies expended by Bleidt for capital improvements and operating deficits at the Station; and

- A note in the favor of Langer in the principal amount of $7,318,000 (the "Langer Note").

10.    Transaction documents also recite that PBI's obligations under the Langer Note were secured by a pledge of 100% of the issued and outstanding shares of the stock in both WBIX Corp. and PBI, a security interest in all of PBI's and WBIX Corp.'s assets and a guaranty from Bleidt in favor of Langer.

11.    Shortly thereafter, in or about the spring of 2004, Bleidt, PBI and SVI entered into an Asset Purchase Agreement (the "APA") for WBIX Corp. and the Station with Egan Communications, LLC ("Egan"). Although in January 2004, Bleidt exchanged consideration with a recited aggregate value of $10,368,000, for the stock in WBIX Corp., just months later, pursuant to the APA, Bleidt, PBI and SVI agreed to sell all their interest in the Station and WBIX Corp. for an aggregate purchase price of only $7,000,000.

12.    As part of that transaction, Bleidt, PBI and SVI entered in a local marketing agreement ("LMA") with Egan that allowed Egan to program all of the airtime at the Station for the term of the LMA and to retain a percentage of the revenues derived from that airtime.  In exchange, Egan agreed to reimburse WBIX Corp., PBI and SVI (or pay directly) the costs of personnel, tower and antenna rental expenses and other operating costs incurred in the operation of the Station.

13.    Under Bleidt's stewardship the Station incurred substantial losses.  Specifically, for the period from December 31, 2001 through November 12, 2004, the Station incurred operational losses of not less than $7,152,816.00.

**C.    Operation and Marketing of the Station During this Case**

14.    Immediately following the commencement of this receivership proceeding, Egan publicly notified the Station's employees, advertisers, and antenna and tower lessors of his intent to terminate both the APA and the LMA and to stop funding the Station's personnel and other operating costs.  Compounding matters in the wake of Bleidt's public confession of fraud, neither WBIX Corp., SVI nor PBI had sufficient cash flow to replace Egan and to fund operations at the Station.

15.    In response, I initiated discussions with Egan and was able to successfully negotiate an agreement whereby Egan agreed to fund the Station's operations through November 30, 2004. Simultaneously, I had discussions with Langer to step in as the manager of the Station.  These discussions culminated in an arrangement with Langer to manage the Station on behalf of the Receiver on an interim basis and to assist the Receiver in the marketing of the Station.  Since December 1, 2004, in accordance with the terms of that agreement, Langer has managed operations of the Station and has funded the Station's operating expenses.  Although, the Station incurred substantial operating deficits while operated by Bleidt, the receivership, with Langer's financial and operational assistance, has been able to operate the Station on a break-even basis since December 1, 2004, without being required to draw on any estate funds to finance the Station's operation.  Specifically, the Station has had a small profit of $61,932 during this case, exclusive of the salary of employees Langer has paid to assist in the management of the Station.

16.    Immediately upon my appointment, I also began to aggressively market the Station with the aim of finding a cash buyer who might offer a price sufficient to satisfy the Langer's lien and, if possible, provide some additional recovery.  Specifically, the Receiver

4

engaged RL Sharpe Associates, a business broker specializing in the sale of radio stations and other media businesses, to sell the Station on a commission basis. At the same time, I and my counsel, Nixon Peabody LLP, with the assistance of Langer, also directly marketed the Station to various private equity funds and other interested parties, and pursued numerous expressions of interest received from potential buyers since entry of the Appointment Order. To date, however, none of these efforts have produced formal offers, much less an offer in excess of Langer's asserted lien on the Station. One informal proposal was made jointly to the Receiver and to Langer by a private equity firm, which proposed that the Station be sold to its nominee at a steeply discounted price (and less than Langer's asserted lien on the Station) and that Langer convert his debt claims against WBIX Corp. to an equity interest in the purchaser and thereafter manage the Station for the purchaser, all for an undetermined amount of cash to come to the Receiver and these estates. That proposal was never formalized and was, on information and belief, not of interest to Langer.

### D.    The WBIX Rescission Agreement.

17.    Faced with absence of a cash buyer for the Station, I began exploring alternatives to a sale that might create a recovery of some sort to these estates and, thus potentially help fund distributions to defrauded investors and other estate creditors.  Following extensive discussions with Langer and consultation with my counsel and counsel to Langer over several months, those efforts culminated in the WBIX Rescission Agreement.  In short, as described in detail in the pending Motion, the Rescission Agreement is structured to produce a recovery to the receivership estates comparable to that which would be generated by a cash offer of more than $10,500,000, while concurrently resolving the significant legal and business impediments which accompany a sale from receivership.  In essence, the proposed Agreement contemplates that

PBI's purchase of the WBIX Corp. stock be rescinded and that such stock be retransferred to Langer. In exchange, as detailed in §4 of the Agreement, Langer will:

- Make cash payments to these estates totaling $1,500,000. The first payment in the amount of $1,100,000 is due at the closing of the rescission transaction. The remaining payments of $400,000 will be evidenced by a Promissory Note of Langer and will be made in four separate installments of $100,000 each and are due 90 days from the closing date, and on the first, second and third anniversaries of the closing date. In addition, Langer's obligations to make post-closing payments will be secured by a pledge of WBIX stock, first priority security interest in all of the tangible and intangible personal property of WBIX Corp. (excluding the license), and Langer's personal obligation to pay such installments under his Promissory Note;

- Cancel the Note from PBI in favor of Langer and release Langer's liens on the WBIX Corp. stock and assets;

- Assume Station liabilities of $433,000; and

- Pay the Receiver 25% of the net proceeds of the sale of the Station in excess of $10,000,000 made within 36 months of the closing of the rescission transaction.

**E.    Notice of the Motion**

18.    The essential terms of the proposed rescission transaction were identified and discussed in my Second Interim Report which was filed with the Court on July 15, 2005 and posted on the receivership's website http://extranet30.nixonpeabody.com on July 18, 2005.  A copy of the Second Interim Report was also served on all defrauded investors identified to date on September 23, 2005.

19.     In addition, on September 27, 2005 a copy of the Rescission Motion, the Rescission Agreement and the proposed Free and Clear Order were served on all of PBI, SVI and WBIX Corp.'s creditors and all defrauded investors identified to date.  In addition, on September 27, 2005 a copy of the Rescission Motion, the Rescission Agreement and the proposed Free and Clear Order was posted on the receivership's website.  Subsequently, on September 29, 2005, a Notice of Hearing was served on all of the creditors of PBI, SVI and WBIX Corp. and all defrauded investors identified to date.  Finally, on October 4, 2005, all former employees of PBI, SVI and WBIX Corp. were served with copies of the Rescission Motion, the Rescission Agreement, the proposed Free and Clear Order and a Notice of Hearing on the Rescission Motion.

20.     In addition, a copy of the Notice of Hearing on the Rescission Motion attached hereto as Exhibit A was published in the following newspapers and journals on the following dates:

- Boston Globe:          October 2, 2005 and October 16, 2005
- Boston Herald:         October 2, 2005 and October 16, 2005
- Inside Radio:          October 17, 2005
- Radio and Records:     October 21, 2005
- Radio Business Report: Daily from October 18, 2005 to October 21, 2005

21.     Finally, the rescission transaction was the subject of news articles published in these following newspapers and periodicals on the following dates:

- "Radio Station WBIX to Revert to Langer,"     September 28, 2005
  Retained Business Format,"
  Boston Business Journal

- "Old Owner to Get WBIX in Bleidt Case Deal,"     September 28, 2005
  Boston Herald

- Northeast RadioWatch                          October 3, 2005

Copies of those news articles are attached hereto as <u>Exhibits</u> <u>B</u>, <u>C</u> and <u>D</u> respectively.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 24, 2005.

_____

David A. Vicinanco,
Receiver

SWORN TO AND SUBSCRIBED
BEFORE ME, the undersigned
authority, on the 24th day of
October, 2005.

_Dolores M Antonino_
Notary Public Dolores M. Antonino
Commonwealth of Massachusetts
My Commission expires June 1, 2012

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>BRADFORD C. BLEIDT and<br>ALLOCATION PLUS ASSET MANAGEMENT<br>COMPANY, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 04-12415-NG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

NOTICE OF RECEIVER'S MOTION FOR AN ORDER (A) APPROVING THE WBIX
RESCISSION AGREEMENT AND THE RETRANSFER OF ALL OF THE STOCK IN WBIX
CORP. TO ALEXANDER G. LANGER FREE AND CLEAR OF LIENS, CLAIMS,
ENCUMBRANCES AND INTERESTS, AND (B) GRANTING RELATED RELIEF

PLEASE TAKE NOTICE THAT on September 27, 2005, David A. Vicinanzo, the court-

appointed receiver in the above-captioned civil action filed a Motion for an Order: (A)

Approving the WBIX Rescission Agreement and the Retransfer of all of the Stock in WBIX

Corp. to Alexander G. Lange Free and Clear of Liens, Claims, Encumbrances and Interests, and

(B) Granting Related Relief (the "Approval Motion").

PLEASE TAKE FURTHER NOTICE THAT in the Approval Motion, the Receiver seeks

an Order:  (a) approving the rescission of the sale of all issued and outstanding capital stock of

WBIX Corp. from Alexander G. Langer ("Langer") to Perspectives Broadcasting Inc. ("PBI") in

accordance with the terms and conditions of the WBIX Rescission Agreement (the "Rescission

Agreement"); (b) approving the retransfer of the stock to Langer free and clear of all rights of

any other alleged equity holders or creditors, with all such rights attaching to the proceeds of the

proposed rescission transaction; (c) permanently enjoining all persons with claims against

BOS1530671.1

Defendants Bradford C. Bleidt ("Bleidt") and Allocation Plus Asset Management Company, Inc. ("APAM"), or any entity owned or operated by Bleidt or APAM, from taking any action to enforce such claims against Langer or WBIX Corp. or their respective property following the closing of the rescission transaction contemplated by the Agreement and requiring that such claims be satisfied exclusively from the proceeds of that transaction; (d) determining that upon the closing of the proposed transaction, WBIX Corp. shall hold title to its assets free and clear of all liens, claims, encumbrances and interests, with all such liens, claims, encumbrances and interests to attach to the proceeds of the transaction; and (e) extinguishing the claims of any person or entity other than Alexander G. Langer to an ownership interest in WBIX Corp. or its assets.

PLEASE TAKE FURTHER NOTICE THAT a hearing will be held to consider the relief sought in the Approval Motion on **Monday, October 24, 2005 at 2:30 p.m.** (the "Hearing") before the Honorable Nancy Gertner at United States District Court for the District of Massachusetts, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Boston, Massachusetts 02210 (the "District Court").

PLEASE TAKE FURTHER NOTICE THAT objections, if any, to the relief requested in the Approval Motion, or to the final approval of the Rescission Agreement, must be filed with the Clerk of the District Court and a copy of any objection must also be served by hand, facsimile, e-mail, or overnight mail on counsel to the Receiver, Francis C. Morrissey, Nixon Peabody LLP, 100 Summer Street, Boston, MA 02110-2131, Fax: (866) 369-4742, e-mail: fmorrissey@nixonpeabody.com, and on counsel to Alexander G. Langer, Lawrence Litwak, Esq., 77 North Washington Street, Boston, MA 02114, Fax: (617) 723-9490, email: gltaxlaw@gis.net so **as to be received before the Hearing.**

PLEASE TAKE FURTHER NOTICE THAT the Approval Motion and the Rescission Agreement are on file with the District Court and are available for review during regular business hours.  Copies of the Approval Motion and the Rescission Agreement are also available (free of charge) upon request to Jeffrey B. Gilbreth, Nixon Peabody LLP, 100 Summer Street, Boston, MA 02110-2131, Tel: (617) 345-1000, Fax: (866) 812-3847, email: jgilbreth@nixonpeabody.com or by downloading a copy at the following website: http://extranet30.nixonpeabody.com

September 29, 2005

DAVID A. VICINANZO, RECEIVER
By his attorneys

/S/ Francis C. Morrissey
Kevin M. Fitzgerald (admitted pro hac vice)
Francis C. Morrissey (BBO #567589)
Nixon Peabody LLP
100 Summer Street
Boston, MA  02110
(617) 345-1000

# EXHIBIT B

Radio station WBIX to revert to Langer, retain business format - 2005-09-28 - Boston Business Journal

**Boston Business Journal - September 28, 2005**
http://boston.bizjournals.com/boston/stories/2005/09/26/daily53.html

# Boston Business Journal

LATEST NEWS
September 28, 2005

## Radio station WBIX to revert to Langer, retain business format

Boston Business Journal

The original owner of troubled WBIX-AM 1060 is close to reclaiming ownership of the radio station and operating it under an all-business news format.

Alex Langer, chairman and CEO of Langer Broadcasting Corp., said Wednesday that he'll buy back the station pending approval from the Federal Communications Commission. He launched the station in 1997.

The sale already has the approval of David Vicinanzo, a court-appointed receiver overseeing assets of the disgraced former money manager Bradford Bleidt, who in January 2004 bought the station from Langer for $10 million. Vicinanzo, an attorney with Nixon Peabody LLP, filed a motion with the FCC to transfer WBIX-AM ownership back to Langer Broadcasting.

According to an agreement filed in court, Langer would pay $1.5 million for the station. He also would assume $433,000 of the station's debt. At the same time, he would give up his claim to what he claims Bleidt owes him -- $7.5 million of the $10 million sale price. If Langer sells the station within three years, the receiver would get 25 percent above $10 million -- if it fetches that -- to settle claims by defrauded investors.

Langer has managed the station since Dec. 1.

© 2005 American City Business Journals Inc.



**Add RSS Headlines**

---

**Today's Featured Jobs** powered by bizjournalsHire

- Senior Division Vice President - MFS Investment Management
- Program Manager - Navic Networks

---

**Now Hiring**
**Brooke Insurance Agency Ownership**
**Opportunity**
Market Access
Access to Capital

# EXHIBIT C

2 of 134 DOCUMENTS

Copyright 2005 Boston Herald Inc.
The Boston Herald

September 28, 2005 Wednesday
ALL EDITIONS

**SECTION:** FINANCE; Pg. 031

**LENGTH:** 255 words

**HEADLINE:** Old owner to get WBIX in Bleidt case deal

**BYLINE:** By DONNA GOODISON

**BODY:**

Original WBIX (AM 1060) owner Alex Langer moved a step closer to regaining ownership of the Boston business radio station yesterday.

Attorneys for the receivership controlling WBIX and the rest of former owner Brad Bleidt's estate filed a proposed sales agreement for the court's approval.

The station has been in receivership since last November, after Bleidt confessed to swindling his financial advisory and management customers of millions of dollars. Bleidt, who authorities say stole more than $30 million from 140 customers, is awaiting sentencing next month after pleading guilty to mail fraud and money laundering in July.

Langer has been managing the station and paying its expenses since December under an agreement with the receivership.

"We're running it lean and mean, and the station is paying its bills and starting to do better," Langer said.

Under the agreement filed in court - which also requires Federal Communications Commission approval - Langer would pay $1.5 million for the station, assume $433,000 of its debt, and relinquish claim to $7.5 million that Bleidt owes him for his $10 million purchase of the station last year.

The $1.5 million would be used to pay receivership attorneys' fees and perhaps some of what is owed to Bleidt's former investors. If Langer sells WBIX within three years, the receiver also would get 25 percent of proceeds above $10 million to help settle claims.

Ten months of marketing the station to potential buyers yielded no offer that exceeded Langer's $7.5 million lien on WBIX.

**LOAD-DATE:** September 28, 2005

# EXHIBIT D



# NORTH EAST RADIOWATCH

fybush.com

**HOME NERW**

ABOUT NERW
NERW ARCHIVES
SUPPORT NERW

## Shively Labs®
www.shively.com
FM Antennas · Filters and Combiners · IBOC Solutions

**Tower Site Calendar 2006**
MORE GREAT TOWERS! MORE HISTORY!
AVAILABLE NOW AT FYBUSH.COM!

### NERW CLASSIFIEDS

Buying? Selling? Hiring?
Connect with radio and TV
people throughout the region!
*FROM JUST $5 A WEEK*

You can have your ad here! Click here for complete information on the most economical
way to reach tens of thousands of Northeast radio and TV people each week.

**Recent Issues:**

September 26, 2005

September 19, 2005

September 12, 2005

September 5, 2005

2004 In Review

9/11 Plus One: The
World Trade Center
Broadcasters Recover

## October 3, 2005

## Sarandis, Blute out in Boston

- MAINE
- NEW HAMPSHIRE
- MASSACHUSETTS
- VERMONT
- RHODE ISLAND
- CONNECTICUT
- NEW YORK
- NEW JERSEY
- PENNSYLVANIA
- CANADA
- CLASSIFIEDS

*Even leaving aside the thrilling conclusion of the Red Sox' regular season (on to Chicago!),



it's been a most interesting week in eastern **MASSACHUSETTS** radio.

At Entercom, two well-known talk hosts are out. First, WRKO (680 Boston) announced on Monday that morning co-host Peter Blute wasn't renewing his contract, which was to expire today. Blute joined the station from the world of politics in 1999, working first with the late Andy Moes, then with John Osterlind before WRKO launched him on his current partnership with Scott Allen Miller in 2003. Miller will continue doing mornings solo for now; we wouldn't be surprised to see Blute re-enter the political arena. (And we're most curious to see what other moves WRKO's new operations manager, Brian Whittemore, has up his sleeve.)

A few days later, down the hall at sports giant WEEI (850 Boston), came word that longtime night host Ted Sarandis was, er, "leaving to pursue other interests." Sarandis joined WEEI in 1992, not long after the station's shift to sports, and his "Ted Nation" show had been a 7-midnight fixture there even as much of the rest of WEEI's schedule shifted. There's no word yet on a permanent replacement, or on what Sarandis will do next. He'll remain the voice of Boston College basketball, and it's not hard to imagine that he'll be talking to the new "ESPN Boston" (WAMG 890 Dedham/WLLH 1400 Lowell), too.



**Sarandis** WEEI

The next chapter in the sad saga of Brad Bleidt and WBIX (1060 Natick) unfolded last week, as former WBIX owner Alex Langer announced that he'll be regaining control of the station through an agreement with Bleidt's court-appointed bankruptcy trustee. Langer has been operating WBIX for the trustee since Bleidt was charged with defrauding his investment clients last year. The deal still needs FCC approval. (NERW expects WBIX's current mix of business talk and leased-time programming to continue unchanged.)



**Lapierre** WBZ

Our best wishes for a speedy recovery go out to WBZ (1030 Boston) morning institution Gary LaPierre, who underwent triple-bypass surgery last week after suffering a heart attack. He's recovering and resting at his North Shore home, and we hope he's back in the anchor chair soon.

Elsewhere in the Infinity cluster, WODS (103.3 Boston) is spinning its afternoon drive chair, sending J.J. Wright to overnights as it brings in market veteran Karen Blake (WJMN, WQSX, etc.). Meanwhile, WBMX (98.5 Boston) overnighter Dan O'Brien moves over to WBCN (104.1 Boston) to serve as music director, replacing



Is NOW the time to sell your station?

Find out how to get top $$$$

Call George Kimble
520-465-4302



COMPLETE US TV/RADIO DIRECTORY
100000 WATTS

DC Baltimore Radio & TV

Your message here – contact fybush.com to reach thousands of NERW readers every week!

Steven Strick, who's taken a new job with *Radio & Records* magazine.

And we've been terribly remiss in failing to note that the FCC approved the move of WFNX (101.7 Lynn) from its current site in Medford to the One Financial Center tower in Boston a few weeks ago. Construction's now underway at One Financial Center, and we look forward to bringing you pictures soon.

Speaking of signal upgrades, Costa-Eagle's WNNW (800 Lawrence) is applying to triple its daytime power. The proposed upgrade from 1 kW to 3 kW at the station's current site in Andover won't give WNNW the Boston signal Pat Costa has said he wants (the poor ground conductivity between Andover and Boston is the issue here; ironically, it's that same poor conductivity that makes it possible for a higher-powered WNNW to coexist with Providence's WSKO on 790), but it should at least improve WNNW's signal up and down the Merrimack Valley. WNNW will remain at 244 watts after dark.

* A well-known morning show is returning to the airwaves in **NEW HAMPSHIRE**'s Lakes Region. Allan Harrison's "Lakes Region Newsday" used to be on WEMJ (1490 Laconia) until an ownership change there displaced it; now the show's moving to WEZS (1350 Laconia), where Harrison will lease the 6–9 AM slot on weekdays for the broadcast.

Clear Channel's WHEB (100.3 Portsmouth) and WGIR-FM (101.1 Manchester) are getting a new evening show. Sister station WHJY (94.1) in Providence, **RHODE ISLAND** will turn its "Quinn and Cantara Show" into a network broadcast that will also be heard on the New Hampshire rockers from 7-midnight weeknights.

*From **CONNECTICUT** comes word that a well-known morning voice has been silent. Ron Rohmer came to the New Haven area from his native Canada to play hockey in the fifties, but moved into radio at WELI (960 New Haven) in 1961. He became the city's most popular radio personality during his long run in morning drive there, but an ownership change in 1995 pushed him out of the slot. Rohmer sued Clear Channel for age discrimination, and the company soon brought him back at sister station WAVZ (1300), from which he retired in 1999. Rohmer died last Sunday (Sept. 25); he was 74.



**Quinn and Cantara**

Ads by Goooooogle

**Syndication.net**
Free facts on radio syndication. Free database of syndicated shows.
*www.syndication.net*

**First time radio owner?**
You can buy an AM/FM radio station. How-to DVD, links. contracts, more.
Radio-Station-for-sale.com

**Delicious Audio Show Prep**
The Complete Sheet's audio service. Begin your two week trial now!
*www.DeliciousAudio.com*

**Talk Radio Recorder**
Record 1000s of shows. Listen anytime. Skip the ads. Try Now!
Replay-Radio.com



*The memory of legendary inventor Edwin Howard Armstrong will be saluted again next weekend in **NEW**

**YORK** at the Audio Engineering Society's annual convention, which gets underway Friday at the Javits Convention Center.

The Armstrong commemoration will take place Sunday (Oct. 9) from 5:30-7:30 PM, reuniting the panelists who discussed Armstrong's life and legacy in June at his historic tower in Alpine, N.J. This panel will give the group (including Armstrong's colleagues Henry Dietz, Gil Houck and Ren McMann, his nephew Bob Brecht, his lawyer Jerry Minter, tower owner Chuck Sackermann, replica transmitter builder Steve Hemphill and historian Mike Katzdorn) more time to reflect on Armstrong's contributions to the radio industry - and, oh yes, it will be moderated by yours truly, in my capacity as a contributing writer for *Radio World*.



It will also be broadcast live on WA2XMN, the Armstrong commemorative station operating at 42.8 MHz, through a nifty hookup that will send the audio to the APT booth on the AES show floor, from there over a RedLine radio hookup to the Empire State Building (specifically to the 85th floor, where Armstrong did his early experiments and where WPLJ now has its transmitter facility), and from there to WPLJ's backup site at the Alpine tower and then to the WA2XMN transmitter. WA2XMN will likely be on the air quite a bit next weekend, so if you can tune in 42.8, you'll probably enjoy what you hear. (Well, maybe not if you're named Sarnoff or DeForest...)

And as exciting as the Armstrong panel will be, it's only one of the historic events AES will be offering. On Friday afternoon, Himan Brown, the creator of the CBS Mystery Theater, will be staging a recording of a brand-new radio drama called "Rockets Red Glare."

It should be a good time, and we look forward to seeing you there. (There's plenty of information at www.aes.org.)

While we're in New York, we'll be checking out that

new tower for WFUV (90.7) - and perhaps also WFUV's new studios. While the attention last week was focused on the new tower that went up on a Gun Hill Road apartment building, WFUV was also moving out of its longtime home on the top floor of Fordham University's Keating Hall and into a new studio complex in the building's basement.

(Thanks to Bill Weeks for sharing his picture with us!)

We'll also be listening for WNYH (740 Huntington), which fired up again last week after several months of silence. The former WGSM has been testing with gospel music, on and off.

We'll look for WNET-DT (Channel 61), which is reportedly just about to fire up its full-power service from the Empire State Building. WNET had just finished building its DTV installation at the World Trade Center when the buildings were destroyed four years ago; since then, it's been operating at flea power from the roof of the station's studio building at 450 W. 33rd St.

And we'll be sure to stop by and congratulate John Lyons, who's just been promoted to assistant VP/Director of Broadcast/Communications for the Durst Organization, which owns the Four Times Square tower site that he's worked so hard to build into an impressive auxiliary facility for many of the city's broadcasters.

Upstate, Holy Family's WHIC (1460 Rochester) has filed an application to leave the three-tower site in Brighton that's been the station's home since 1947. (It was WHEC back then.) The station's losing its lease on the site, but it's found a new location a mile or so to the west at the four-tower site of Entercom's WROC (950). WHIC would use the three in-line towers at that site, running 4500 watts non-directional from the center tower by day and 3000 watts directional at night, more or less replicating its current 5 kW DA-N signal from its existing site.

Kevin Legrett's been promoted to regional president at Citadel, with responsibility for the company's stations in Buffalo, Syracuse, Binghamton and Erie, Pennsylvania.

In Albany, WAJZ (96.3 Voorheesville) moves from urban to more of a rhythmic top 40 approach, still as "Jamz." (We also hear that WZMR 104.9, the Albany-market relay of approach, still as "Jamz." (We also hear that WZMR 104.9, the Albany-market relay of WFFG 107.1 from Glens Falls, was instead relaying WZLF 107.1 Bellows Falls, Vermont for

a while last week when WFFG was off the air.)

*A format change on the **NEW JERSEY** shore: WADB (1310 Asbury Park) flipped from standards to country early last week.



*Today's launch day for **PENNSYLVANIA**'s newest sports station. WPEN (950 Philadelphia) said goodbye to its oldies format, with Jim Nettleton as the last live jock Friday night, and today it enters the battle against entrenched market leader WIP (610).

In Scranton, the "Chet" stunt at WWRR (104.9) came to an end on Monday, when the station relaunched as "105 the River." At least in its initial days - it's kicking things off with a 5,000-song "River Cruise" - the station's music mix seems like the "variety hits" formats known elsewhere as "Jack," "Ben," "Mike," and so on. GM Bob VanDerheyden tells the local papers that the River won't have the same attitude as the "Jack" clones, though, and he prefers to think of it as an AC with a particularly broad playlist.

Is a format change coming to the Lehigh Valley? Nassau has applied to change the calls of WYNS (1160 Lehighton) to WBYN, which leads us to think that the station will be dropping its sports simulcast with WEEX (1230 Easton) and WTKZ (1320 Allentown) in favor of a simulcast with religious WBYN-FM (107.5 Boyertown). Could a sale be next?

On the other side of the state, WZUM (1590 Carnegie) changes hands from Horvath Broadcasting to Starboard Communications. Starboard had been LMA'ing the station for its "Relevant Radio" Catholic programming, so no changes will be evident for Pittsburgh listeners.

And we note the passing of former station owner Nelson Goldberg. Goldberg, who died last Sunday (Sept. 25) at age 76, owned WKPA (1150 New Kensington, now WGBN) and WYDD (104.7 Pittsburgh, now WPGB).

*In **CANADA**, we're just over a week away from the launch of Rogers' new news outlets in the Maritimes. "News 95.7" (CJNI Halifax), "News 88.9" (CHNI Saint John) and "News 91.9" (CKNI Moncton) will sign on October 11, with similar news wheels to Rogers' "680 News" in Toronto and "News 1130" in Vancouver.

In Toronto, Rogers has pulled the jocks from its "Jack FM" (CJAQ 92.5), and the station's running with just liners, listener phone calls and music for now, fueling rumors of a possible format change.

Over in Hamilton, CIWV (Wave 94.7) wants to increase its power from 11.3 kW to 45 kW, with a directional antenna at 136 meters above average terrain. And in Wingham, Blackburn's CIBU (94.5) has been granted an increase in power from 21.2 kW to 70.14 kW, dropping its antenna to a lower height.

*And we'll close this week with a look at the first NHL broadcast lineup in NERW-land in two years, with many thanks to Joseph Gallant and his diligent research on the subject:

- The **Boston Bruins** continue on WBZ (1030) and NESN, with Jack Edwards replacing Dave Shea on play-by-play duty for road games.
- The **New York Rangers** are now on WEPN (1050), with some conflicts moving to WABC (770) when the Knicks are also playing. TV, of course, is co-owned MSG Network.
- The **New York Islanders** are on WBBR (1130) and Fox Sports New York.
- The **New Jersey Devils** return to action with a new flagship, WFAN (660); some games that conflict with WFAN's Nets broadcasts will be moved, probably to WQEW (1560).
- The **Buffalo Sabres** have new radio and TV homes, since their old ones (WNSA 107.7 and Empire Sports Network) disappeared as part of the bankruptcy of former team owner Adelphia. Radio coverage moves to WGR (550), while most games will be seen on a regional split of the MSG Network in western and central New York.
- The **Philadelphia Flyers** continue on WIP (610) and Comcast Sportsnet; ten games get broadcast coverage on WPSG (Channel 57), and there will be a few conflicts with WIP's 76ers broadcasts that will likely end up on WPHT (1210).
- The **Pittsburgh Penguins** are on WBGG (970) and WWSW (94.5), with TV coverage on Fox Sports Pittsburgh and six Saturday night games on WNPA (Channel 19).
- The **Toronto Maple Leafs** continue on CFMJ (640), with TV rights divided among the CBC, Rogers Sportsnet, TSN and the team's own Leafs TV network.
- The **Ottawa Senators** will be heard on CFGO (Team 1200), with TV rights divided among the CBC, "A Channel" CHRO-TV, Rogers Sportsnet and TSN. Some games

will also be seen in French on RDS.

- The **Montreal Canadiens** are on CJAD 800 in English and CKAC 730 in French (and Joseph notes that the schedule posted on CJAD's website includes a Stanley Cup parade June 201); there are no full-season TV deals, but RDS has about half the games in French, while TSN and the CBC share English-language coverage.

That's it for another week - see you back here on Monday!



*Tower Site Calendar 2006** is just back from the printer, and we've got to say, we're especially proud of the way this one turned out.

Once again, we bring you more than a dozen images from the fybush.com collection that have never seen print before, including that nifty nighttime view of New York's WMCA that graces the cover. You also get to see WSB, KTAR, Mount Wilson, CBV and many, many more, plus all those fun dates in radio and TV history, civil and religious holidays, a handy full-page 2007 calendar, and the always-popular hole for hanging.

And we do it all with no increase in price, for the fourth year running!

The calendars are shipping now, so there's no need to wait until the holidays to enjoy all that tall steel and all that broadcast history. Order now and beat the rush!

You can get one *free* with your 2006 subscription to NERW at the $60 level, or order the calendar (plus other goodies) at our brand new **fybush.com Store**! We think you'll like this one - and as always, we thank you for your support.

*NorthEast Radio Watch* **is made possible by the generous contributions of our regular readers. If you enjoy NERW, please click here to learn how you can help make continued publication possible. NERW is copyright 2005 by Scott Fybush.**