UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BRADFORD C. BLEIDT and )<br>ALLOCATION PLUS ASSET MANAGEMENT )<br>COMPANY, INC., )<br>)<br>Defendants. )<br>) | Civil Action No. 04-12415-NG |

## CERTIFICATE OF SERVICE

I, Francis C. Morrissey, hereby certify that on September 28, 2005, I served a copy of the Receiver's Motion for an Order: (A) Approving the WBIX Rescission Agreement and the Retransfer of all of the Stock in WBIX Corp. to Alexander G. Langer Free and Clear of Liens, Claims, Encumbrances and Interests, and (B) Granting Related Relief by first class mail, postage pre-paid on the parties identified in the service list attached hereto as Exhibit A.

Francis C. Morrissey (BBO #567589)
Nixon Peabody LLP
100 Summer Street
Boston, MA  02110
(617) 345-1000

October 24, 2005

BOS1537932.1

# EXHIBIT A

Robert Glovsky, Esq.
Mintz Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111

United States Attorney
Attention: Mark Balthazard
John Joseph Moakley United States Courthouse
One Courthouse Way, Suite 9200
Boston, MA 02210

Office of the Secretary of the Commonwealth of Massachusetts
State House, Room 337
Boston, MA 02133

Office of the Attorney General of the United States
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

Christopher Egan
Egan Communications
c/o Corruth Capital LLC
116 Flanders Road, Suite 2000
Westborough, MA 01581

Michele Perillo
Securities and Exchange Commission
Boston District Office
73 Tremont Street
Boston, MA 02108

Dennis Regan, Special Agent
Federal Bureau of Investigation
One Center Place, Suite 600
Boston, MA 02108

Bradford C. Bleidt MSA 064-8368
Unit 240D, Cell #841
Essex County Correctional Facility
20 Manning Street
P.O. Box 807
Middleton, MA 01949

Jeffrey D. Ganz
Reimer and Braunstein LLP
3 Center Plaza
Boston, MA 02108

Bruce Mittman
Mittcom Consulting Group
7 Wells Avenue
Newton, MA 02459

Regan Communications
106 Union Wharf
Boston, MA 02109

Boston Harbor Hotel
70 Rowes Wharf
Boston, MA 02110

Greater Boston Chamber of Commerce
75 State Street, 2nd Floor
Boston, MA 02109

NSTAR
One NSTAR Way
Westwood, MA 02090

Network Music
P.O. Box 31001-1697
Pasadena CA 91110-1697

Verizon
P.O. Box 1100
Albany NY 12250-0001

Omnium Worldwide, Inc.
7171 Mercy Road
Omaha, NE 68106

Omnium Worldwide, Inc.
95 Concord Street
Framingham, MA 01701

NCO Financial Systems
507 Prudential Road
Horsham, PA 19044

New England Trade, Inc.
926 Eastern Avenue
Malden, MA 02148

Silvestre A. Fontes
Securities and Exchange Commission
73 Tremont Street, 6th Floor
Boston, MA 02108

Walter G. Ricciardi
Securities and Exchange Commission
73 Tremont Street, 6th Floor
Boston, MA 02108

Richard L. Gemma
MacAdams & Wieck
101 Dyer Street, Suite 400
Providence, RI 02903

Louis M. Ciavarra, Esq.
Bowditch & Dewey, LLP
311 Main Street
P.O. Box 15156
Worcester, MA 01615

Robert L. Hamer, Esq.
Mirick, O'Connell, DeMallie & Lougee, LLP
1700 Bank of Boston Tower
100 Front Street
Worcester, MA 01608

William S. Rogers, Jr., Esq.
Mirick, O'Connell, DeMallie & Lougee, LLP
1700 Bank of Boston Tower
100 Front Street
Worcester, MA 01608

Richard J. Innis, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Allan G. Moskowitz
Kaye Scholer LLP
The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005

Joseph R. Jenkins, Esq.
116 Flanders Road
Westborough, MA 01581

Marlene Dortch
Secretary
Federal Communications Commission
Washington, DC 20554