UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BRADFORD C. BLEIDT and )<br>ALLOCATION PLUS ASSET MANAGEMENT )<br>COMPANY, INC., )<br>)<br>Defendants. )<br>) | Civil Action No. 04-12415-NG |

**CERTIFICATE OF SERVICE**

I, Francis C. Morrissey, hereby certify that on September 29, 2005, I served a copy of the Notice of the Receiver's Motion for an Order: (A) Approving the WBIX Rescission Agreement and the Retransfer of all of the Stock in WBIX Corp. to Alexander G. Langer Free and Clear of Liens, Claims, Encumbrances and Interests, and (B) Granting Related Relief, attached hereto as Exhibit A, by first class mail, postage pre-paid on the parties identified in the service list attached hereto as Exhibit B.

Francis C. Morrissey (BBO #567589)
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
(617) 345-1000

October 24, 2005

BOS1537932.1

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>BRADFORD C. BLEIDT and<br>ALLOCATION PLUS ASSET MANAGEMENT<br>COMPANY, INC.,<br><br>Defendants. | Civil Action No. 04-12415-NG |

### NOTICE OF RECEIVER'S MOTION FOR AN ORDER (A) APPROVING THE WBIX RESCISSION AGREEMENT AND THE RETRANSFER OF ALL OF THE STOCK IN WBIX CORP. TO ALEXANDER G. LANGER FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS, AND (B) GRANTING RELATED RELIEF

PLEASE TAKE NOTICE THAT on September 27, 2005, David A. Vicinanzo, the court-appointed receiver in the above-captioned civil action filed a Motion for an Order: (A) Approving the WBIX Rescission Agreement and the Retransfer of all of the Stock in WBIX Corp. to Alexander G. Lange Free and Clear of Liens, Claims, Encumbrances and Interests, and (B) Granting Related Relief (the "Approval Motion").

PLEASE TAKE FURTHER NOTICE THAT in the Approval Motion, the Receiver seeks an Order: (a) approving the rescission of the sale of all issued and outstanding capital stock of WBIX Corp. from Alexander G. Langer ("Langer") to Perspectives Broadcasting Inc. ("PBI") in accordance with the terms and conditions of the WBIX Rescission Agreement (the "Rescission Agreement"); (b) approving the retransfer of the stock to Langer free and clear of all rights of any other alleged equity holders or creditors, with all such rights attaching to the proceeds of the proposed rescission transaction; (c) permanently enjoining all persons with claims against

BOS1530671.1

Defendants Bradford C. Bleidt ("Bleidt") and Allocation Plus Asset Management Company, Inc. ("APAM"), or any entity owned or operated by Bleidt or APAM, from taking any action to enforce such claims against Langer or WBIX Corp. or their respective property following the closing of the rescission transaction contemplated by the Agreement and requiring that such claims be satisfied exclusively from the proceeds of that transaction; (d) determining that upon the closing of the proposed transaction, WBIX Corp. shall hold title to its assets free and clear of all liens, claims, encumbrances and interests, with all such liens, claims, encumbrances and interests to attach to the proceeds of the transaction; and (e) extinguishing the claims of any person or entity other than Alexander G. Langer to an ownership interest in WBIX Corp. or its assets.

PLEASE TAKE FURTHER NOTICE THAT a hearing will be held to consider the relief sought in the Approval Motion on **Monday, October 24, 2005 at 2:30 p.m.** (the "Hearing") before the Honorable Nancy Gertner at United States District Court for the District of Massachusetts, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Boston, Massachusetts 02210 (the "District Court").

PLEASE TAKE FURTHER NOTICE THAT objections, if any, to the relief requested in the Approval Motion, or to the final approval of the Rescission Agreement, must be filed with the Clerk of the District Court and a copy of any objection must also be served by hand, facsimile, e-mail, or overnight mail on counsel to the Receiver, Francis C. Morrissey, Nixon Peabody LLP, 100 Summer Street, Boston, MA 02110-2131, Fax: (866) 369-4742, e-mail: fmorrissey@nixonpeabody.com, and on counsel to Alexander G. Langer, Lawrence Litwak, Esq., 77 North Washington Street, Boston, MA 02114, Fax: (617) 723-9490, email: gltaxlaw@gis.net so **as to be received before the Hearing.**

2

PLEASE TAKE FURTHER NOTICE THAT the Approval Motion and the Rescission Agreement are on file with the District Court and are available for review during regular business hours. Copies of the Approval Motion and the Rescission Agreement are also available (free of charge) upon request to Jeffrey B. Gilbreth, Nixon Peabody LLP, 100 Summer Street, Boston, MA 02110-2131, Tel: (617) 345-1000, Fax: (866) 812-3847, email: jgilbreth@nixonpeabody.com or by downloading a copy at the following website: http://extranet30.nixonpeabody.com

September 29, 2005

DAVID A. VICINANZO, RECEIVER
By his attorneys

/S/ Francis C. Morrissey
Kevin M. Fitzgerald (admitted pro hac vice)
Francis C. Morrissey (BBO #567589)
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
(617) 345-1000

# EXHIBIT B

Robert Glovsky, Esq.
Mintz Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111

Office of the Secretary of the Commonwealth of Massachusetts
State House, Room 337
Boston, MA 02133

Christopher Egan
Egan Communications
c/o Corruth Capital LLC
116 Flanders Road, Suite 2000
Westborough, MA 01581

Dennis Regan, Special Agent
Federal Bureau of Investigation
One Center Place, Suite 600
Boston, MA 02108

Jeffrey D. Ganz
Reimer and Braunstein LLP
3 Center Plaza
Boston, MA 02108

Regan Communications
106 Union Wharf
Boston, MA 02109

Greater Boston Chamber of Commerce
75 State Street, 2nd Floor
Boston, MA 02109

United States Attorney
Attention: Mark Balthazard
John Joseph Moakley United States Courthouse
One Courthouse Way, Suite 9200
Boston, MA 02210

Office of the Attorney General of the United States
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

Michele Perillo
Securities and Exchange Commission
Boston District Office
73 Tremont Street
Boston, MA 02108

Bradford C. Bleidt MSA 064-8368
Unit 240D, Cell #841
Essex County Correctional Facility
20 Manning Street
P.O. Box 807
Middleton, MA 01949

Bruce Mittman
Mittcom Consulting Group
7 Wells Avenue
Newton, MA 02459

Boston Harbor Hotel
70 Rowes Wharf
Boston, MA 02110

NSTAR
One NSTAR Way
Westwood, MA 02090

Network Music
P.O. Box 31001-1697
Pasadena CA 91110-1697

Verizon
P.O. Box 1100
Albany NY 12250-0001

Omnium Worldwide, Inc.
7171 Mercy Road
Omaha, NE 68106

Omnium Worldwide, Inc.
95 Concord Street
Framingham, MA 01701

NCO Financial Systems
507 Prudential Road
Horsham, PA 19044

New England Trade, Inc.
926 Eastern Avenue
Malden, MA 02148

Silvestre A. Fontes
Securities and Exchange Commission
73 Tremont Street, 6th Floor
Boston, MA 02108

Walter G. Ricciardi
Securities and Exchange Commission
73 Tremont Street, 6th Floor
Boston, MA 02108

Richard L. Gemma
MacAdams & Wieck
101 Dyer Street, Suite 400
Providence, RI 02903

Louis M. Ciavarra, Esq.
Bowditch & Dewey, LLP
311 Main Street
P.O. Box 15156
Worcester, MA 01615

Robert L. Hamer, Esq.
Mirick, O'Connell, DeMallie & Lougee, LLP
1700 Bank of Boston Tower
100 Front Street
Worcester, MA 01608

William S. Rogers, Jr., Esq.
Mirick, O'Connell, DeMallie & Lougee, LLP
1700 Bank of Boston Tower
100 Front Street
Worcester, MA 01608

Richard J. Innis, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Allan G. Moskowitz
Kaye Scholer LLP
The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005

Joseph R. Jenkins, Esq.
116 Flanders Road
Westborough, MA 01581

Marlene Dortch
Secretary
Federal Communications Commission
Washington, DC 20554