UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BRADFORD C. BLEIDT and )<br>ALLOCATION PLUS ASSET MANAGEMENT )<br>COMPANY, INC., )<br>)<br>Defendants. )<br>) | Civil Action No. 04-12415-NG |

**CERTIFICATE OF SERVICE**

I, Francis C. Morrissey, hereby certify that on October 4, 2005, I served a copy of the Notice of the Receiver's Motion for an Order: (A) Approving the WBIX Rescission Agreement and the Retransfer of all of the Stock in WBIX Corp. to Alexander G. Langer Free and Clear of Liens, Claims, Encumbrances and Interests, and (B) Granting Related Relief, attached hereto as Exhibit A, by first class mail, postage pre-paid on the parties identified in the service list attached hereto as Exhibit B.

/s/ Francis C. Morrissey
Francis C. Morrissey (BBO #567589)
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
(617) 345-1000

October 24, 2005

BOS1537932.1

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>vs.<br><br>BRADFORD C. BLEIDT and<br>ALLOCATION PLUS ASSET MANAGEMENT<br>COMPANY, INC.,<br><br>  Defendants. | Civil Action No. 04-12415-NG |

### NOTICE OF RECEIVER'S MOTION FOR AN ORDER (A) APPROVING THE WBIX RESCISSION AGREEMENT AND THE RETRANSFER OF ALL OF THE STOCK IN WBIX CORP. TO ALEXANDER G. LANGER FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS, AND (B) GRANTING RELATED RELIEF

PLEASE TAKE NOTICE THAT on September 27, 2005, David A. Vicinanzo, the court-appointed receiver in the above-captioned civil action filed a Motion for an Order: (A) Approving the WBIX Rescission Agreement and the Retransfer of all of the Stock in WBIX Corp. to Alexander G. Lange Free and Clear of Liens, Claims, Encumbrances and Interests, and (B) Granting Related Relief (the "Approval Motion").

PLEASE TAKE FURTHER NOTICE THAT in the Approval Motion, the Receiver seeks an Order: (a) approving the rescission of the sale of all issued and outstanding capital stock of WBIX Corp. from Alexander G. Langer ("Langer") to Perspectives Broadcasting Inc. ("PBI") in accordance with the terms and conditions of the WBIX Rescission Agreement (the "Rescission Agreement"); (b) approving the retransfer of the stock to Langer free and clear of all rights of any other alleged equity holders or creditors, with all such rights attaching to the proceeds of the proposed rescission transaction; (c) permanently enjoining all persons with claims against

BOS1530671.1

Defendants Bradford C. Bleidt ("Bleidt") and Allocation Plus Asset Management Company, Inc. ("APAM"), or any entity owned or operated by Bleidt or APAM, from taking any action to enforce such claims against Langer or WBIX Corp. or their respective property following the closing of the rescission transaction contemplated by the Agreement and requiring that such claims be satisfied exclusively from the proceeds of that transaction; (d) determining that upon the closing of the proposed transaction, WBIX Corp. shall hold title to its assets free and clear of all liens, claims, encumbrances and interests, with all such liens, claims, encumbrances and interests to attach to the proceeds of the transaction; and (e) extinguishing the claims of any person or entity other than Alexander G. Langer to an ownership interest in WBIX Corp. or its assets.

PLEASE TAKE FURTHER NOTICE THAT a hearing will be held to consider the relief sought in the Approval Motion on **Monday, October 24, 2005 at 2:30 p.m.** (the "Hearing") before the Honorable Nancy Gertner at United States District Court for the District of Massachusetts, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Boston, Massachusetts 02210 (the "District Court").

PLEASE TAKE FURTHER NOTICE THAT objections, if any, to the relief requested in the Approval Motion, or to the final approval of the Rescission Agreement, must be filed with the Clerk of the District Court and a copy of any objection must also be served by hand, facsimile, e-mail, or overnight mail on counsel to the Receiver, Francis C. Morrissey, Nixon Peabody LLP, 100 Summer Street, Boston, MA 02110-2131, Fax: (866) 369-4742, e-mail: fmorrissey@nixonpeabody.com, and on counsel to Alexander G. Langer, Lawrence Litwak, Esq., 77 North Washington Street, Boston, MA 02114, Fax: (617) 723-9490, email: gltaxlaw@gis.net so **as to be received before the Hearing.**

2

PLEASE TAKE FURTHER NOTICE THAT the Approval Motion and the Rescission Agreement are on file with the District Court and are available for review during regular business hours. Copies of the Approval Motion and the Rescission Agreement are also available (free of charge) upon request to Jeffrey B. Gilbreth, Nixon Peabody LLP, 100 Summer Street, Boston, MA 02110-2131, Tel: (617) 345-1000, Fax: (866) 812-3847, email: jgilbreth@nixonpeabody.com or by downloading a copy at the following website: http://extranet30.nixonpeabody.com

September 29, 2005

DAVID A. VICINANZO, RECEIVER
By his attorneys

/S/ Francis C. Morrissey
Kevin M. Fitzgerald (admitted pro hac vice)
Francis C. Morrissey (BBO #567589)
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
(617) 345-1000

# EXHIBIT B

| | |
|---|---|
| Christine Baratta<br>830 Westford St.<br>Lowell, MA 01851 | Gerald Charm<br>91 Grove St.<br>Chestnut Hill, MA 02467 |
| Chance Clutter<br>32 Parker Street<br>Charlestown, MA 02129 | Bernice Corpuz<br>15 Morrison Ave.<br>Somerville, MA 02144 |
| Scott Couper<br>234 Kendrick Street<br>Needham, MA 02494 | Robert Floyd<br>10 Water Street<br>Marlboro, MA 01752 |
| James Harris<br>32 Barker Road<br>Malden, MA 02148 | Christopher A. Kelley<br>60 South Gate<br>Dedham, MA 02026 |
| Jonathan Marable<br>37 Juniper Lane<br>Framingham, MA 01701 | Steve McGrory<br>9 Fieldstone Drive<br>Medfield, MA 02052 |

Mark Mills
990 Centre Street
#4
Jamaica Plain, MA 02130

Robert B. Robertson
7 Water Street
Townsend, MA 01469

Kim Roz
59 Beacon St.
#1
Boston, MA 02108

Howard Simpson
60 Westland St.
#6
Brockton, MA 02301

Souper Salad
Corporate Office
140 Heimes Road
Suite 400
San Antonio, TX 78232

SecondLife Exhibits, Inc.
82 Sanderson Avenue
Suite 102
Lynn, MA 01902

Rony Pierrot
5 Sachem Street #7
Boston, MA 02128

Anna Pereira
130 Bowdoin Street, #904
Boston, MA 02108

Boston Marriott Newton
2345 Commonwealth Avenue
Newton, MA 02446

Charles J. Stein
50 Watertown Street
Apt. 502
Watertown, MA 02458

SR Media
101 Southwourk Street
London, UK SE1 0JF