UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BRADFORD C. BLEIDT and )<br>ALLOCATION PLUS ASSET MANAGEMENT )<br>COMPANY, INC., )<br>)<br>Defendants. )<br>) | Civil Action No. 04-12415-NG |

## CERTIFICATE OF SERVICE

I, Francis C. Morrissey, hereby certify that on October 4, 2005, I served a copy of the Receiver's Motion for an Order: (A) Approving the WBIX Rescission Agreement and the Retransfer of all of the Stock in WBIX Corp. to Alexander G. Langer Free and Clear of Liens, Claims, Encumbrances and Interests, and (B) Granting Related Relief by first class mail, postage pre-paid on the parties identified in the service list attached hereto as Exhibit A.

Francis C. Morrissey (BBO #567589)
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
(617) 345-1000

October 24, 2005

BOS1537932.1

# EXHIBIT A

Christine Baratta
830 Westford St.
Lowell, MA 01851

Gerald Charm
91 Grove St.
Chestnut Hill, MA 02467

Chance Clutter
32 Parker Street
Charlestown, MA 02129

Bernice Corpuz
15 Morrison Ave.
Somerville, MA 02144

Scott Couper
234 Kendrick Street
Needham, MA 02494

Robert Floyd
10 Water Street
Marlboro, MA 01752

James Harris
32 Barker Road
Malden, MA 02148

Christopher A. Kelley
60 South Gate
Dedham, MA 02026

Jonathan Marable
37 Juniper Lane
Framingham, MA 01701

Steve McGrory
9 Fieldstone Drive
Medfield, MA 02052

Mark Mills
990 Centre Street
#4
Jamaica Plain, MA 02130

Robert B. Robertson
7 Water Street
Townsend, MA 01469

Kim Roz
59 Beacon St.
#1
Boston, MA 02108

Howard Simpson
60 Westland St.
#6
Brockton, MA 02301

Souper Salad
Corporate Office
140 Heimes Road
Suite 400
San Antonio, TX 78232

SecondLife Exhibits, Inc.
82 Sanderson Avenue
Suite 102
Lynn, MA 01902

Rony Pierrot
5 Sachem Street #7
Boston, MA 02128

Anna Pereira
130 Bowdoin Street, #904
Boston, MA 02108

Boston Marriott Newton
2345 Commonwealth Avenue
Newton, MA 02446

Charles J. Stein
50 Watertown Street
Apt. 502
Watertown, MA 02458

SR Media
101 Southwourk Street
London, UK SE1 0JF