UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>BRADFORD C. BLEIDT and<br>ALLOCATION PLUS ASSET MANAGEMENT<br>COMPANY, INC.,<br><br>Defendants. | Civil Action No. 04-12415-NG |

**CERTIFICATE OF SERVICE**

I, Francis C. Morrissey, hereby certify that on September 29, 2005, I served a copy of the Notice of the Receiver's Motion for an Order: (A) Approving the WBIX Rescission Agreement and the Retransfer of all of the Stock in WBIX Corp. to Alexander G. Langer Free and Clear of Liens, Claims, Encumbrances and Interests, and (B) Granting Related Relief, attached hereto as Exhibit A, by first class mail, postage pre-paid on the parties identified in the service list attached hereto as Exhibit B.

_____
Francis C. Morrissey (BBO #567589)
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
(617) 345-1000

October 24, 2005

BOS1537932.1

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BRADFORD C. BLEIDT and )<br>ALLOCATION PLUS ASSET MANAGEMENT )<br>COMPANY, INC., )<br>)<br>Defendants. )<br>) | Civil Action No. 04-12415-NG |

**NOTICE OF RECEIVER'S MOTION FOR AN ORDER (A) APPROVING THE WBIX RESCISSION AGREEMENT AND THE RETRANSFER OF ALL OF THE STOCK IN WBIX CORP. TO ALEXANDER G. LANGER FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS, AND (B) GRANTING RELATED RELIEF**

PLEASE TAKE NOTICE THAT on September 27, 2005, David A. Vicinanzo, the court-appointed receiver in the above-captioned civil action filed a Motion for an Order: (A) Approving the WBIX Rescission Agreement and the Retransfer of all of the Stock in WBIX Corp. to Alexander G. Lange Free and Clear of Liens, Claims, Encumbrances and Interests, and (B) Granting Related Relief (the "Approval Motion").

PLEASE TAKE FURTHER NOTICE THAT in the Approval Motion, the Receiver seeks an Order: (a) approving the rescission of the sale of all issued and outstanding capital stock of WBIX Corp. from Alexander G. Langer ("Langer") to Perspectives Broadcasting Inc. ("PBI") in accordance with the terms and conditions of the WBIX Rescission Agreement (the "Rescission Agreement"); (b) approving the retransfer of the stock to Langer free and clear of all rights of any other alleged equity holders or creditors, with all such rights attaching to the proceeds of the proposed rescission transaction; (c) permanently enjoining all persons with claims against

Defendants Bradford C. Bleidt ("Bleidt") and Allocation Plus Asset Management Company, Inc. ("APAM"), or any entity owned or operated by Bleidt or APAM, from taking any action to enforce such claims against Langer or WBIX Corp. or their respective property following the closing of the rescission transaction contemplated by the Agreement and requiring that such claims be satisfied exclusively from the proceeds of that transaction; (d) determining that upon the closing of the proposed transaction, WBIX Corp. shall hold title to its assets free and clear of all liens, claims, encumbrances and interests, with all such liens, claims, encumbrances and interests to attach to the proceeds of the transaction; and (e) extinguishing the claims of any person or entity other than Alexander G. Langer to an ownership interest in WBIX Corp. or its assets.

PLEASE TAKE FURTHER NOTICE THAT a hearing will be held to consider the relief sought in the Approval Motion on **Monday, October 24, 2005 at 2:30 p.m.** (the "Hearing") before the Honorable Nancy Gertner at United States District Court for the District of Massachusetts, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Boston, Massachusetts 02210 (the "District Court").

PLEASE TAKE FURTHER NOTICE THAT objections, if any, to the relief requested in the Approval Motion, or to the final approval of the Rescission Agreement, must be filed with the Clerk of the District Court and a copy of any objection must also be served by hand, facsimile, e-mail, or overnight mail on counsel to the Receiver, Francis C. Morrissey, Nixon Peabody LLP, 100 Summer Street, Boston, MA 02110-2131, Fax: (866) 369-4742, e-mail: fmorrissey@nixonpeabody.com, and on counsel to Alexander G. Langer, Lawrence Litwak, Esq., 77 North Washington Street, Boston, MA 02114, Fax: (617) 723-9490, email: gltaxlaw@gis.net **so as to be received before the Hearing.**

2

PLEASE TAKE FURTHER NOTICE THAT the Approval Motion and the Rescission Agreement are on file with the District Court and are available for review during regular business hours. Copies of the Approval Motion and the Rescission Agreement are also available (free of charge) upon request to Jeffrey B. Gilbreth, Nixon Peabody LLP, 100 Summer Street, Boston, MA 02110-2131, Tel: (617) 345-1000, Fax: (866) 812-3847, email: jgilbreth@nixonpeabody.com or by downloading a copy at the following website: http://extranet30.nixonpeabody.com

September 29, 2005

DAVID A. VICINANZO, RECEIVER
By his attorneys

/S/ Francis C. Morrissey
Kevin M. Fitzgerald (admitted pro hac vice)
Francis C. Morrissey (BBO #567589)
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
(617) 345-1000

3

# EXHIBIT B

ASCAP
ASCAP Building - One Lincoln P
New York, NY  10023

AT&T
P.O. Box 78314
Phoenix, AZ  85062-8314

AT&T
P O Box 2969
Omaha, NE  68103-2969

Adam Lanthier
116 Middlesex Ave.
Reading, MA  01867

Advi Applegarth
176 Mystic Valley Parkway
Winchester, MA  01890

Afni, Inc.
P.O. Box 3427
Bloomington, IL  61702-3427 USA

Allied Office Products, Inc.
PO Box 31533
Hartford, CT  06150

AlphaGraphics
74 Canal Street
Boston, MA  02114

American Tent & Table, Inc.
P.O. Box 1348
381 Old Falmouth Rd., #41
Marstons Mills, MA  02648

Andover Townsman
P.O 1986
Andover, MA  01810

Anna Pereira
130 Bowdoin Street, #904
Boston, MA 02108

Vin Ciavatta
Aribtron, Inc.
9705 Patuxent Woods Drive
Columbia, MD 21046-1572 USA

Associated Press
P.O. BOX 19199
Newark, NJ 07195-9199

BMI Radio
PO Box 406833
Atlanta, GA 30384-6833

Bilmar Sales
39 Bradford Rd.
Natick, MA 01760

Bloomberg, LP
PO Box 30244
Hartford, CT 06150

Bodoff & Slavitt LLP
77 North Washington St
Boston, MA 02114-1908

DH
Boston Business Printing
115 Broad Street
Boston, MA 02110

Boston Magazine
P.O. Box 7693
Red Oak, IA 51591-0693

Boston Marriott Newton
2345 Commonwealth Avenue
Newton, MA 02446

Boston.com
P.O. Box 3074
Boston, MA  02241-3074

Broadcast Signal Lab, LLP
64 Richdale Ave
Cambridge, MA  02140-2629

Broadcasters General Store
P.O. Box 116084
Atlanta, GA  30368-6084

Bruce Gellerman
Bruce Gellerman
21 Hall Ave.
Watertown, MA  02472

CSC
PO Box 13397
Philadelphia, MA  19101-3397

Central Parking/Kinney System
50 New Sudbury St.
Boston, MA  02114

Charles A. Jaffe
PO Box 70
Cohasset, MA  02025

Charles J. Stein
50 Watertown Street
Apt. 502
Watertown, MA  02458

Chart Productions Inc.
20 Park Plaza
Ste 720
Boston, MA  02116

Aviana Zorbas
Clear Channel
99 Revere Beach Parkway
Medford, MA  02155 USA

Clear Channel
200 Basse Road
San Antonio, TX 78209

Cris Warren
Community Newspaper Co.
P.O. Box 845908
Boston, MA 02284-5908

Comrex Corporation
19 Pine Road
Devens, MA 01432

Copy Cop
815 Boylston Street
Boston, MA 02116

D.D. Bucklin, Inc.
Forbes Industrial Park
Chelsea, MA 02150

Darlene McCarthy
20 Rowes Wharf
Townhouse # 13
Boston, MA 02110

Dave Anthony
33 Maplewood Ave
#13
Gloucester, MA 01930

David L. Sutherland
4 Brownfield Lane
Georgetown, MA 01833

Deluxe Business Forms
P.O. Box 742572
Cincinnati, OH 45274-2572

Dolores Kong

Duncan's American Radio
P.O. Box 8428
Cincinnati, OH  45208

Lou Eagle
Eagle Leasing Company
Eagle Place
Orange, CT  06477

Egan Communications
116 Flanders Road
Suite 2000
Westborough, MA  01581 USA

GBArc
221 North Beacon St.
Boston, MA  02135-1943

GE Capital Commercial Services
PO Box 402325
Atlanta, GA  30384-2325

Games Away Tours, Inc
177 Milk St.
Boston, MA  02109

Gardner & Lynch Electrical
P.O. Box 133
Stoneham, MA  02180

Gemini Productions
5 Crafts Road
Gloucester, MA  01930

Graham Brock, Inc.
100 Sylvan Drive, Ste 260
St. Simmons Island, GA  31522 USA

Greif & Litwak, PC
77 North Washington St
Boston, MA 02114-1993

Handy House, Inc.
P.O. Box 9131
Foxboro, MA 02035-91 USA

Harris Corporation
PO Box 96776
Chicago, IL 60693

Hi-Tech Reps, Inc.
Box 3488
Fayville, MA 01745-0488

Ian Barrett Agency, Inc.
16 Hodder Lane
Framingham, MA 01701

International Demographics Inc.
P.O. Box 203047
Houston, TX 77216-3047

James S Smith
10 Morse Rd.
Sherborn, MA 01770

Jonathan Pond
Jonathan Pond
Financial Planning Information
9 Galen St. Ste 250
Watertown, MA 02472

K-COM
P.O. BOX 82
Randolph, OH 44265

Kaleel Sakakeeny
168 Beech Street
Boston, MA 02131

Katz Radio
12019 Collections Center Drive
Chicago,, IL  60693-0120

Kaye Scholer LLP
The McPherson Building
901 Fifteenth St, N.W.
Washington, DC  20005-2327

Kemper Sales Company
P.O. Box 710158
North Quincy, MA  02171

Kennedy Carpet sales
221 Libbey Parkway
Weymouth, MA  02189

Kenneth Hendrick
17708 46th Ct. N.
Loxahatchee, FL  33470

Killeen Electrical Service
PO Box 797
Everett, MA  02149

Mike Sinnet
LT's Inc.
37 Danforth St.
Portland, ME  04101

La Semana
903 Albany St.
Boston, MA  02119

Lindsy Parker
Lindsy Parker
36 Heritage Dr.
North Easton, MA  02356-2215

Lori Geishecker
Primerica Financial Services
505 Shawinut Ave. #4
Boston, MA  02118

Grady Moates
Loud & Clean
290 Oak St.
Randolph, MA  02368-3862

P. Cleworth
Loudeye Corp.
Dept CH 17164
Palatine, IL  60055-7164

MCI
PO Box 600607
Jacksonville, FL  32260-0670

MCI
PO Box 856059
Louisville, KY  40285-6059

Makeup by Tricia
14B Nicholson Hill
Marblehead, MA  01945

Mary Gillespie
Mary Helen Gillespie
59 Prince Circle
Marshfield, MA  02050

Master Printers
100 Main Street
Suite 250
Reading, MA  01867

Miller, Kaplan, Arase & Co. LLP
4123 Lankershim Boulevard
North Hollywood, CA  91602

Mittcom
c/o Bruce Mittman
14 Longmeadow Rd.
Newton, MA  02459

Mittcom Consulting
12 Mercer Rd.
Natick, MA  01760

Monster
P.O. Box 13645
Newark, NJ  07188-0645

Morrison & Abraham, Inc.
P.O. Box 117
Mansfield, MA  02048-0117

NSTAR
PO Box 4508
Woburn, MA  01888-4508

NSTAR
PO Box 4508
Woburn, MA  01888-4508

NSTAR
PO Box 4508
Woburn, MA  01888-4508

NSTAR
P. O. Box 4508
Woburn, MA  01888

CJ
Nationwide Audio
P.O. Box 354625
Palm Coast, FL  32135-4625

Network Music, Inc.
15150 Avenue of Science
San Diego, CA  92128

New England Trade
926 Eastern Avenue
Malden, MA  02148 USA

Organization By Design, Inc.
P.O. Box 920885
Needham, MA  02492-0009

Print Promotional Services
328 Commercial Street
Boston, MA  02109

Pro Digital Inc.
700 B Parkway Blvd.
Broomall, PA  19008

Quinn Printing Company Inc.
165 Needham Street
Newton, MA  02464

R.L. Sharpe, Ltd.
6 Morgan Lane
Locust Valley, NY  11560

Radio Music License Committee
P.O. Box 34655
Newark, NJ  07189-4655

Rebecca's Cafe
P.O. Box 845681
Boston, MA  02284-5681

Regan Communications
106 Union Wharf
Boston, MA  02109

Robert J. Glovsky
One Financial Center
Boston, MA  02111

Robert Powell
70 Fuller Ave.
Swampscott, MA  01907

Robert Powell
70 Fuller Avenue
Swampscott, MA  01907 USA

Rony Pierrot
5 Sachem Street #7
Boston, MA 02128

S.R. Dodge, Inc.
12 Spencer Street
Stoneham, MA 02180

SESAC
PO Box 440236
Nashville, TN 37244-0236

SR Media
101 Southwourk Street
London, UK SE1 0JF

Seaport Graphics
12 Channel Street, Suite 802
Boston, MA 02210

SecondLife Exhibits, Inc.
82 Sanderson Avenue
Suite 102
Lynn, MA 01902

Sir Speedy Printing #8146
77 No Washington Street
Boston, MA 02114

Souper Salad
Corporate Office
63 Chapel St
Newton, MA 02458

Sprint
PO Box 600607
Jacksonville, FL 32260-0670

Stephen J. Bailey

Steve Weisman
20 Sherry Circle
Amherst, MA 01002

Talamas Company Inc.
145 California Street
Newton, MA 02458

The Boston Globe
P.O. Box 4074
Woburn, MA 01888-4074

The Boston Globe
PO Box 2378
Boston, MA 02107-2378

The Irwin Pollack Co.
297 Weston Road
Sales Management Center
Wellesley, MA 02482

Thomas P. Glynn
145 Pinckney St.
#222
Boston, MA 02114

Mary Heller Halcomb
Tower Sites Ltd.
PO Box 814850
Dallas, TX 75381

TrueAdvantage
30 Lyman Street
Westboro, MA 01581

Verizon
P.O. BOX 1100
Albany, NY 12250-0001

Verizon
PO Box 1
Worcester, MA 01654-0001

Verizon
PO Box 1
Worcester, MA  01654-0001

Verizon
185 Franklin Street
Boston, MA  02110

Verizon
PO Box 1
Worcester, MA  01654-0001

James Robinson
VideoLink
50 Hunt Street
Watertown, MA  02472-4625

W.W. Grainger, Inc
P.O. Box 419267
Dept 088 - 850841487
Kansas City, MO  64141-6267

WEZE WROL
308 Victory
North Quincy, MA  02171

Lisa Cassidy
WKOX
99 Revere Beach Parkway
Medford, MA  02155

Wellington News
P.O. Box 15727
Boston, MA  02215

Pat Polite
William Morris Agency, Inc.
1325 Avenue of the Americas
New York, NY  10019

Women's Business - Boston
One Pond Park Road
Hingham, MA  02043