UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BRADFORD C. BLEIDT and )<br>ALLOCATION PLUS ASSET MANAGEMENT )<br>COMPANY, INC. )<br>)<br>Defendants. )<br>) | Civil Action No. 04-12415-NG |

## RECEIVER'S REQUEST FOR A HEARING ON HIS FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES (EXPEDITED DETERMINATION REQUESTED)

David A. Vicinanzo, the Court-appointed Receiver in the above-captioned case respectfully requests that the Court schedule a hearing on his First Interim Application for Compensation and Reimbursement of Expenses (the "First Interim Application") during the first two weeks of January 2006.  In support of his request, the Receiver respectfully states as follows:

1. By order dated November 18, 2004, the Court appointed the Receiver in this case and approved the retention of his counsel Nixon Peabody LLP.

2. Although they were appointed more than a year ago and have spent thousands of hours providing services in this case, to date, neither the Receiver nor Nixon Peabody have received any compensation  for their extensive efforts on behalf of defrauded investors, creditors and other parties-in-interest in this case.

3. On September 27, 2005, the Receiver filed his First Interim Application but deferred seeking a hearing on the application. Given the progress of the case, the Receiver now believes that a hearing on the First Interim Application is appropriate.

4. Receiver, accordingly, respectfully requests that the Court schedule a hearing on the First Interim Application during the first two weeks of January. He anticipates the hearing on the application will take not more than an hour. In addition, in order to give parties-in-interest sufficient notice to participate meaningfully at the hearing, the Receiver respectfully requests that the Court act on this request for a hearing on an expedited basis so he can promptly notice out any hearing scheduled by the Court.

WHEREFORE, the Receiver respectfully requests that the Court enter an order:

A. Scheduling a hearing on the First Interim Application during the first two weeks of January 2006; and

B. Granting such other and further relief as is deemed appropriate and just.

/s/Kevin M. Fitzgerald
Kevin M. Fitzgerald (admitted pro hac vice)
Francis C. Morrissey (BBO #567589)
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
(617) 345-1000

Date: December 16, 2005