LAW OFFICES OF

# DAVID J. FINE

Three Center Plaza, Suite 400
Boston, Massachusetts 02108-2003

Tel: (617) 720-2942
Fax: (617) 720-0987
E-Mail: dvdfine@aol.com

Delivery By Hand

December 27, 2005

Honorable Nancy Gertner
United States District Court
 for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

    Re:    Receivership in SEC v. Bradford C. Bleidt, et al.,
             Civil Action No. 04-12415-NG

Dear Judge Gertner:

       On November 18, 2004, upon motion of the SEC, this Court appointed David A. Vicinanzo as Receiver in the above matter. I represent Mr. Vicinanzo in this matter.

       As part of his duties, Mr. Vicinanzo has wound down several companies affiliated with Mr. Bleidt, managed and negotiated a successful rescission agreement for WBIX (a radio station purchased by a Bliedt-controlled entity), and negotiated toward a settlement agreement on behalf of defrauded investors with certain Broker/Dealers that is near completion.

       As reported in Interim Reports to the Court in July and November 2005, in the course of their ongoing investigation, the SEC and the Receiver have learned of information suggesting possible liability of two entities, Bank of America and Sovereign Bank, with which Bliedt or his affiliated entities had a relationship.

       Mr. Vicinanzo is a partner in the law firm of Nixon Peabody LLP. Nixon Peabody has performed most of the legal services required by the receivership.

Honorable Nancy Gertner
December 27, 2005
Page 2

      Both Bank of America and Sovereign Bank have used and continue to use Nixon Peabody for certain legal services. Although Mr. Vicinanzo has never performed any work for either bank, concern for any conflict or appearance of conflict led him to specially retain the undersigned attorney to represent the receivership in matters pertaining to both banks. As such, Nixon Peabody is not involved in matters pertaining to the banks, and Mr. Vicinanzo, as Receiver, is acting as a Court-appointed fiduciary, not as an attorney with Nixon Peabody.

      On November 18, 2005, the undersigned filed a Complaint against Bank of America in this Court on behalf of the receivership. In that suit, the Receiver is the Plaintiff and the undersigned is trial counsel representing him. Additionally, the undersigned will be engaged in discussions with Sovereign Bank, which has executed a tolling agreement making the filing of suit unnecessary at this time.

      The Receiver alerts the Court to the issue and requests the Court's guidance for two reasons. First, there is an issue of potential conflict arising from the Receiver's role as a Plaintiff-Receiver in a suit against Bank of America at the same time that Mr. Vicinanzo is a partner at Nixon Peabody, a firm that continues to represent Bank of America in other matters.

      Second, Mr. Vicinanzo is concerned that the relationship of his law firm with both banks may create an appearance of conflict in the mind of investor/victims of Bleidt or his entities. The Receiver's ability to pursue any and all causes of action against either bank or to settle or dispose of the same should not be vulnerable to second-guessing about his independence and commitment.

      Bank of America has not yet been served in the matter referenced above, primarily to allow the Receiver time to seek outside professional responsibility counsel and to ask for the Court's guidance. Accordingly, Bank of America has not yet appeared through counsel before the Court. Bank of America, however, is represented by Frank Sally, Esq. of Sally & Fitch, 225 Franklin Street, Boston, MA 02110 (617-542-5542). Sovereign Bank is not a party to any action, but is represented by Richard Innis, Esq., Wilmer, Cutler, Pickering, Hale and Dorr, 60 State Street, Boston, MA 02109 (617) 526-6000.

      Mr. Vicinanzo requests a chambers conference with the Court to address the issue and seek the Court's guidance. The undersigned has not informed the above-named bank

Honorable Nancy Gertner
December 27, 2005
Page 3

counsel of this request. Given that Mr. Vicinanzo serves as Receiver by appointment of the Court, given that neither bank has been served in any action, and given that the issue prompting this request for a chambers conference is a sensitive one, the undersigned believed that the Court should be informed of the situation first, and that the Court should make the decision whether counsel for either bank should be contacted or their positions solicited.

    Thank you for your attention.

                                      Respectfully submitted,

                                      David J. Fine

DJF/ejd

xc:    David A. Vicinanzo, Esq.
       Michele Perillo, Esq. (SEC)
       Philip Koski, Esq. (SEC)