## SALLY & FITCH LLP

COUNSELORS AT LAW
225 FRANKLIN STREET
BOSTON, MASSACHUSETTS 02110-2804

Francis J. Sally
fjs@sally-fitch.com

TEL: (617) 542-5542
FAX: (617) 542-1542

FILED
CLERKS OFFICE

IN PROVIDENCE, R.I.

2006 JAN -6  A 10: 44

56 PINE STREET
PROVIDENCE, R.I. 02903
TEL: (401) 521-6500
FAX: (401) 274-2780

DISTRICT COURT
DISTRICT OF MASS.

January 6, 2006

BY HAND DELIVERY

Honorable Nancy Gertner
United States District Court
for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re:  Receivership in SEC v. Bradford C. Bleidt, et al.
     Civil Action No. 04-12415-NG

Dear Judge Gertner:

This firm represents Bank of America, N.A. ("BOA"). Through the Court's on-line docket system, we have obtained a copy of the letter that David J. Fine, Esquire sent you in the above-referenced matter on December 27, 2005. In that letter, Mr. Fine requests that a "chambers conference with the Court" be scheduled to address various ethical and other issues relative to a Complaint that the Receiver has recently filed against BOA.

Because BOA has not yet been served with the Receiver's Complaint, this firm has not formally appeared as counsel for BOA in the matter. Nonetheless, I would respectfully request that this firm be notified of and permitted to attend any "chambers conference" that the Court ultimately schedules in response to Attorney Fine's request.

Thank you for your attention hereto.

Respectfully submitted,

*Frank Sally*

Francis J. Sally

FJS/kk
cc:  David J. Fine, Esquire (by regular mail)
     Richard J. Innis, Esquire (by regular mail)
     Stephen C. Reilly, Esquire