FILED
Clerk's Office
USDC, Mass.
Date 1/10/06 @ 2:02pm
By_____
Deputy Clerk

**WILMERHALE**

Richard J. Innis

+1 617 526 6796 (t)
+1 617 526 5000 (f)
richard.innis@wilmerhale.com

January 10, 2006

**By Hand**

Honorable Nancy Gertner
United States District Court
for the District of Massachusetts
One Courthouse Way
Boston, MA 02210

Re: Receivership in SEC v. Bradford C. Bleidt, et al
    Civil Action No. 04-12415-NG

Dear Judge Gertner:

This office represents Sovereign Bank ("Sovereign"). We are writing with respect to the letter dated December 27, 2005 that David J. Fine, Esq. sent to you in the above-entitled matter. In that letter, Mr. Fine requested a "chambers conference" with the Court to address the ethical issues described in his letter.

Although the Receiver has not yet filed a complaint against Sovereign, he has advised the bank that he may do so. To give the Receiver more time to investigate the facts and research the law, Sovereign executed a tolling agreement at his request.

In the event that the Court decides to schedule the "chambers conference" requested by the Receiver's counsel, we respectfully request that this firm be notified of, and be permitted to attend, any such conference.

Thank you.

Very truly yours,

Richard J. Innis

RJI:bd
cc:   David J. Fine, Esq.
      Francis J. Sally, Esq.
      Stephen C. Reilly, Esq.