UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BRADFORD C. BLEIDT and )<br>ALLOCATION PLUS ASSET MANAGEMENT )<br>COMPANY, INC., )<br>)<br>Defendants. ) | Civil Action No. 04-12415-NG |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as attorney for Interested Party, St. Demetrios Greek Orthodox Church, Inc., in the above matter.

        ST. DEMETRIOS GREEK ORTHODOX CHURCH, INC.

        By its attorney,

        _/s/ Anthony M. Moccia_
        Anthony M. Moccia, BBO #350225
        **ECKERT SEAMANS CHERIN & MELLOTT, LLC**
        One International Place
        Boston, Massachusetts 02110
        617.342.6800
        Facsimile: 617.342.6899

Dated: January 12, 2006

{K0317199.1}