UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BRADFORD C. BLEIDT and )<br>ALLOCATION PLUS ASSET MANAGEMENT )<br>COMPANY, INC., )<br>)<br>Defendants. ) | Civil Action No. 04-12415-NG |

## RESPONSE OF ST. DEMETRIOS GREEK ORTHODOX CHURCH OF WESTON, INC. TO FIRST INTERIM APPLICATION OF NIXON PEABODY LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

This Response is being respectfully submitted by St. Demetrios Greek Orthodox Church of Weston, Inc. ("St. Demetrios"), one of the victims of the fraudulent investment scheme perpetrated by Bradford C. Bleidt. St. Demetrios makes this filing in response to the First Interim Application of Nixon Peabody, LLP, Counsel for the Receiver for Compensation and Reimbursement of Expenses (the "Application"). In support of this Response, St. Demetrios submits as follows:

1.  Although the Application was filed on September 21, 2005, by letter dated September 28, 2005, counsel for the Receiver advised the Court that it was not, at that time, seeking to have the Court schedule a hearing or call for responsive pleadings on the Application. The letter explains that:

> the Application has been filed to provide this Court and interested parties with an adequate opportunity to consider the merits of the Application in advance of an eventual hearing in the context of the status of the Receivership generally. In this connection, the Receiver intends to make a further filing with this Court specifically requesting a hearing

{K0317661.1}

on the Application and calling at that point for the filing of any responsive pleadings either in support or in opposition in advance of the requested hearing on the Application.

2. Subsequently, on December 22, 2005, the Receiver filed "Receiver's Request for Hearing on His First Interim Application for Compensation and Reimbursement of Expenses (Expedited Determination Requested)".

3. In Paragraph 4 of the Request, the Receiver asked for a hearing on the Application on an expedited basis "in order to give parties-in-interest sufficient notice to participate meaningfully at the hearing" and so that the Receiver "can promptly notice out any hearing scheduled by the Court".

4. Notwithstanding counsel for the Receiver's representation in its letter of September 28, 2005 that the Receiver would notify interested parties of their opportunity "for the filing of any responsive pleadings either in support or in opposition in advance of the requested hearing on the Application", and notwithstanding the representation made in the Receiver's Request for Hearing that he would "promptly notice out any hearing scheduled by the Court", no such notice has been transmitted to any of the victims.

5. Although the Receiver's Third Interim Report refers to a "potential settlement" with Bleidt's former broker-dealers, the victims have not been formally notified of any such settlement or potential settlement.

6. Although St. Demetrios does not hereby challenge the amount of time and disbursements expended by the Receiver in furtherance of his Receivership duties, St. Demetrios respectfully suggests that the Application be held in abeyance until an updated accounting and status report can be filed and provided to the victims by the Receiver.

7. In the alternative, St. Demetrios respectfully suggests that that portion of the Application attributable to the Receiver's efforts to assert claims against third parties ($245,469.00) be

{K0317661.1}

deferred until all interested parties have had an opportunity to consider an updated report on these efforts.

8. St. Demetrios appreciates the effort which has been undertaken by the Receiver, and, in no way seeks to prevent the Receiver from fair compensation for his services, but in the interest of fairness to the victims, including St. Demetrios, a fee application seeking almost $1,000,000.00 must be evaluated, at least in part, upon the results obtained.

WHEREFORE, St. Demetrios Greek Orthodox Church of Weston, Inc. respectfully requests that this Court defer decision on the First Interim Application of Nixon Peabody LLP, Counsel for the Receiver, for Compensation and Reimbursement of Expenses. In the alternative, St. Demetrios requests that that portion of the Application set forth in Section C (pages 10-12) of the Application in the amount of $245,469.00 be withheld until notification by the Receiver to the victims as to the results obtained concerning claims against third parties.

ST. DEMETRIOS GREEK ORTHODOX CHURCH OF WESTON, INC.

By its attorney,

/s/ Anthony M. Moccia
Anthony M. Moccia, BBO #350225
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
One International Place
Boston, Massachusetts 02110
617.342.6800
Facsimile: 617.342.6899

Dated: January 18, 2006

{K0317661.1}

## CERTIFICATE OF SERVICE

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 18, 2006.

              /s/ Anthony M. Moccia

{K0317661.1}