UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BRADFORD C. BLEIDT and )<br>ALLOCATION PLUS ASSET MANAGEMENT )<br>COMPANY, INC., )<br>)<br>Defendants. ) | Civil Action No. 04-12415-NG |

**RESPONSE OF DONNA BRANDT LAWRENCE
TO FIRST INTERIM APPLICATION OF NIXON PEABODY LLP FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Donna Brandt Lawrence, one of the victims in the above-captioned matter, hereby responds, through counsel, to the request of the Receiver's counsel for interim payment of fees and expenses. For the reasons set forth below, Ms. Lawrence does not object to the payment of *some* fees and expenses, subject to the Court's assessment of reasonableness.

1. The undersigned recognizes the substantial amount of work that has been required of the Receiver's counsel to prosecute the victims' claims, and that apparently that work has led to a proposed settlement with certain broker-dealers.

2. The imminent settlement with the broker-dealers represents a substantial achievement in the attempt to compensate the victims of this tragedy, allowing for compensation in the range of 20-23% of losses. In light of this accomplishment and the effort expended, the undersigned believes that it is appropriate for the Court to permit

payment of at least some of the fees requested.

3. The issue of how much of the fee request to honor is of course a matter for the Court's discretion. In re Lloyd, Carr & Co., 2 B.R. 714 (D.Mass. 1979). The undersigned has no access to the underlying timesheets that are the basis of the request, but believes that the Court does have access to these materials. Ms. Lawrence merely asks that the Court review that underlying documentation for reasonableness.

4. Further, the undersigned respectfully suggests that the Court consider deferring a portion of the fee request pending completion of the Receiver's work.

5. The undersigned would have no objection to an interim payment of a substantial portion of Nixon Peabody's fees at this time (subject to the Court's review) and a deferral of the remainder until the completion of the Receiver's work.

                Respectfully submitted,

                /s/ Robert M. Thomas, Jr.
                Robert M. Thomas, Jr. (BBO# 645600)
                Rory H. Delaney (BBO# 655666)
                THOMAS & ASSOCIATES
                Federal Reserve Building
                600 Atlantic Avenue
                Boston, MA 02210
                (617) 371-1072
                rmt@thomasandassoc.net

                *COUNSEL FOR DONNA BRANDT LAWRENCE*

Dated: January 19, 2006

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 19, 2006.

                                                    /s/    Robert M. Thomas, Jr.
                                                  Robert M. Thomas, Jr.