UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br>v.<br><br>BRADFORD C. BLEIDT and<br>ALLOCATION PLUS ASSET MANAGEMENT<br>COMPANY, INC.<br><br>Defendants. | )<br>)<br>)<br>)<br>)  Case No. CA-04-12415-NG<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT NOTICE OF RECEIVER AND SECURITIES AND EXCHANGE COMMISSION
TO CLARIFY RECORD OF JANUARY 20, 2006 HEARING**

Receiver David A. Vicinanzo and the Securities and Exchange Commission, in order to clarify the oral record before the Court at the January 20, 2006 hearing on the First Interim Application of Nixon Peabody LLP, Counsel for the Receiver, for Compensation and Reimbursement of Expenses (the "Application"), note that one of the two attorneys who interposed an objection at the hearing, Lawrence G. Green, neither represents a defrauded investor or other creditor of these estates. Instead, Attorney Green represents Joan Patsos, who,

according to the Notice of Appearance dated September 29, 2005, is a creditor to one of the defrauded investors.

    Respectfully submitted,

    DAVID A. VICINANZO, RECEIVER

    /s/ Kevin Fitzgerald
    Kevin Fitzgerald (admitted pro hac vice)
    Francis C. Morrissey (BBO #567589)
    Nixon Peabody LLP
    100 Summer Street
    Boston, MA  02110
    (617) 345-1000

    SECURITIES AND EXCHANGE COMMISSION
    /s/ Silvestre A. Fontes
    Silvestre A. Fontes (BBO #627971)
    Senior Trial Counsel
    Michele T. Perillo (BBO #629343)
    Senior Counsel
    Securities and Exchange Commission
    73 Tremont St., 6th Floor
    Boston, MA 02108
    (617) 573-8991
    Fax: (617) 424-5940
    Email: fontess@sec.gov

January 23, 2006

## Certificate of Service

      I, Silvestre A. Fontes, hereby certify that on January 23, 2006, a copy of the Joint Notice of Receiver and Securities and Exchange Commission to Clarify Record of January 20, 2006 Hearing has been served upon the parties by electronic filing service and a copy mailed via first class prepaid mail to:

Richard L. Gemma  
MacAdams & Wieck  
101 Dyer Street – Suite 400  
Providence, RI 02903

                                                       /s/ Silvestre A. Fontes  
                                                       Silvestre A. Fontes