**UNITED STATES**
## SECURITIES AND EXCHANGE COMMISSION
Boston District Office
73 Tremont St., 6th Floor
Boston, MA 02108
Telecopier:  (617) 424-5940

**ENFORCEMENT DIVISION**

Silvestre A. Fontes
Senior Trial Counsel
(617) 573-8991

February 2, 2006

Honorable Nancy Gertner
United States District Court
for the District of Massachusetts
One Courthouse Way
Boston, MA  02110

Re:     Receivership in *SEC v. Bradford C. Bleidt, et al*
        Civil Action No. 04-12415-NG

Dear Judge Gertner:

    As discussed today with your Courtroom Clerk, Maryellen Molloy, I am writing in connection with your request at the January 20, 2006 chambers conference that the Commission recommend an ancillary receiver as to all matters pertaining to claims and potential claims against certain banks.  The Commission staff is currently working through some legal and administrative matters related to such a recommendation and anticipates that it will be able to recommend an ancillary receiver to the Court by March 3, 2006.  I will update the Court if, for any reason, it appears that the staff will not be able to meet the March 3 deadline.

                                Very truly yours,

                                /s/ Silvestre A. Fontes

                                Silvestre A. Fontes
                                Senior Trial Counsel