UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION )<br><br>Plaintiff,<br><br>vs.<br><br>BRADFORD C. BLEIDT and<br>ALLOCATION PLUS ASSET MANAGEMENT<br>COMPANY, INC.<br><br>Defendants. | )<br>)<br>)  Case No. CA-04-12415-NG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for Sovereign Bank.

SOVEREIGN BANK

By its attorneys,

/s/ Michael R. Heyison
Michael R. Heyison (BBO #232950)
Wilmer Cutler Pickering Hale and Dorr
60 State Street
Boston, MA 02102
(617) 526-6000

DATED: March 9, 2006

US1DOCS 5496279v1