UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION ) | |
| ) | Case No. CA-04-12415-NG |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| BRADFORD C. BLEIDT and ) | |
| ALLOCATION PLUS ASSET MANAGEMENT ) | |
| COMPANY, INC. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please enter my withdrawal of appearance as counsel for Sovereign Bank.

SOVEREIGN BANK

By its attorneys,

/s/Richard J. Innis_____
Richard J. Innis (BBO #247160)
Wilmer Cutler Pickering Hale and Dorr
60 State Street
Boston, MA 02102
(617) 526-6000

DATED: March 10, 2006

US1DOCS 5507950v1