UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
SECURITIES AND EXCHANGE COMMISSION, )
                                    )
        Plaintiff,                  )
                                    )
                                    )
        v                           )   Case No. CA-04-12415-NG
                                    )
BRADFORD C. BLEIDT and              )
ALLOCATION PLUS ASSET MANAGEMENT    )
COMPANY, INC.                       )
                                    )
        Defendants.                 )
_____ )

NOTICE OF APPEARANCE

To the Clerk

   Please enter my appearance as Ancillary Receiver pursuant to the Court's Order dated March 22, 2006.

Dated: March 28, 2006

                                        /s/ David J. Fine
                                        _____
                                        David J. Fine, BBO #165120
                                        Law Offices of David J. Fine
                                        3 Center Plaza, Suite 400
                                        Boston, MA 02108-2003
                                        (617) 720-2941