UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> BRADFORD C. BLEIDT and ) <br> ALLOCATION PLUS ASSET MANAGEMENT ) <br> COMPANY, INC., ) <br> ) <br> Defendants. ) | Case No. CA-04-12415-NG |

**SECURITIES AND EXCHANGE COMMISSION'S**
**NOTICE OF CHANGE OF ADDRESS**

To the Clerk of this Court and all parties of record:

Please note that the Boston District Office of the Securities and Exchange Commission has relocated. The new address is:

> 33 Arch Street
> 23rd Floor
> Boston, MA 02110-1424

The new facsimile number will be 617-573-4590. The telephone numbers for Silvestre A. Fontes (617-573-8991) and Michele Perillo (617-573-5916), will remain the same.

Respectfully submitted,

/s/ Silvestre A. Fontes
Silvestre A. Fontes (BBO# 627971)
Senior Trial Counsel
fontess@sec.gov
Attorney for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
33 Arch Street, 23rd Floor
Boston, MA  02110
(617) 573-8991
(617) 573-4590 fax

May 4, 2006