UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) ) Plaintiff, ) ) ) v. ) ) BRADFORD C. BLEIDT and ) ALLOCATION PLUS ASSET MANAGEMENT ) COMPANY, INC. ) ) Defendants. ) | Case No. CA-04-12415-NG |

FIRST INTERIM APPLICATION OF ANCILLARY RECEIVER
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Pursuant to the Court's March 22, 2006 Order for Appointment, David J. Fine, the Court-appointed Ancillary Receiver, hereby submits his First Interim Application for Compensation and Reimbursement of Expenses.

Through this Application, Ancillary Receiver Fine seeks entry of an order:

1.    awarding him a total of $146,966.90, consisting of

    a.    $146,287.50 as compensation for legal services rendered during the period from November 15, 2005 through June 1, 2006 (the "Application Period"); plus

b.    $679.40 for reimbursement of reasonable and actual out-of-pocket expenses incurred during the Application Period; and

2.    authorizing him to withdraw the amount awarded from the special fiduciary IOLTA account described in paragraphs 23 and 24 of the Ancillary Receiver's First Interim Report submitted herewith.

In support of this Application, the Ancillary Receiver submits, and relies on, the following:

1.    the Ancillary Receiver's First Interim Report, submitted simultaneously herewith.  This Report describes the background for the appointment of attorney Fine as Ancillary Receiver, and also describes, in narrative form, the legal services performed by Ancillary Receiver Fine and the attorneys, Paula Bonnell and David L. Arnheim, and the paralegal/legal assistant, Emily DeGraff Bass, working with him on this matter, during the Application Period.

2.    Exhibit A to this Application:  profiles of Ancillary Receiver Fine, attorney Paula Bonnell, attorney David L. Arnheim, and paralegal/legal assistant Emily DeGraff Bass.

3.    Exhibit B through E to this Application:  day-by-day itemization of work done respectively during the Application Period by Ancillary Receiver Fine (Exhibit B); attorney Bonnell (Exhibit C); attorney Arnheim (Exhibit D); and paralegal/legal assistant Bass (Exhibit E).

4.      Exhibit F to this Application:  itemization of out-of-pocket expenses during the Application Period.

Further, Ancillary Receiver Fine states that he arrived at the amount of compensation for legal services he is seeking in this Application ($146,287.50) as follows:  First, he took the total number of hours worked during the Application Period by Paula Bonnell, David L. Arnheim and himself (173.5 + 137.9 + 172.7 = 484.1) and multiplied that total by the hourly rate ($275/hour) approved for Ancillary Receiver Fine and senior lawyers working with him in paragraph 8.b. of the Court's March 22, 2006 Order for Appointment (484.1 x $275/hour = $133,127.50).  Second, he took the hours worked during the Application Period by Emily DeGraff Bass (164.5) and multiplied that by the hourly rate ($80/hour) approved for paralegals and legal assistants in the foregoing paragraph of the Court's March 22, 2006 Order (164.5 hours x $80/hour = $13,160.00). Third, Ancillary Receiver Fine added the foregoing figures to arrive at the total compensation amount he is seeking ($133,127.50 + $13,160.00 = $146,287.50).

In accordance with paragraph 8.b. of the Court's March 22, 2006 Order for Appointment, Ancillary Receiver Fine submitted this Application to counsel for the SEC for review and approval as to reasonableness, prior to filing this Application with the

Court.  In addition, Ancillary Receiver Fine is serving this Application on all parties who have filed appearances in this case and, without exhibits, on the 125 Bleidt victims identified by the SEC and Nixon Peabody in connection with the settlement with the broker-dealers.

Dated: June 14, 2006

Respectfully submitted,

David J. Fine, BBO #165120
Law Offices of David J. Fine
3 Center Plaza, Suite 400
Boston, MA 02108-2003
(617) 720-2941

Ancillary Receiver

4

Exhibit A:
Profiles

### David J. Fine

Litigator with over 30 years experience.  Has handled a wide range of litigation matters including suits against banks and suits involving claims of unfair and deceptive acts and practices by lenders and mortgagees.

Law clerk, United District Court Judge John F. Dooling, Jr., EDNY, September 1973 - August 1974.
Associate, Paul, Weiss, Rifkind, Wharton & Garrison, New York, New York, September 1974 - March 1976.
Partner, Rosenberg, Baker & Fine and Baker & Fine, Cambridge, Massachusetts, April 1976 - December 1982.
Partner, Silverglate, Gertner, Baker & Fine, and successor firms, Boston, Massachusetts, January 1983 - May 1993.
Partner, Dangel & Fine, Boston, Massachusetts, June 1993 - July 2001.
Proprietor, Law Offices of David J. Fine, Boston, Massachusetts, August 2001 - present.

Yale College, B.A., summa cum laude, 1970.
Harvard Law School, J.D., magna cum laude, 1973.

### Paula Bonnell

Private law practice representing creditors and other parties in debtor-creditor matters in bankruptcy, state and federal courts in Massachusetts and New Hampshire.  In her work as counsel to the United States Trustee, the federal official with oversight of the bankruptcy court and the fiduciaries who serve in bankruptcy cases, a recurring theme has been pursuit of remedies for fraud and recovery of diverted assets.

Texas Commerce Bank, N.A.  Last title:  Corporate Trust Officer.  Served as Assistant Manager of 52-person mutual funds department, 1968 - 1973.
Associate, Brown & Stadfeld, Boston, Massachusetts, 1981 - 1982.
Department of Justice lawyer representing the United States Trustee for Maine, Massachusetts, New Hampshire, and Rhode Island, 1982 - 1989.
Paula Bonnell Professional Corporation, May 1, 1989 - present.

University of Houston, B.A., 1972.
Harvard Law School, J.D., 1976.

<u>David L. Arnheim</u>

Business lawyer with over 20 years experience in structuring, negotiating, documenting and closing a wide range of business transactions in all phases of the economic cycle.

Associate, Parker, Milliken, Clark & O'Hara, Los Angeles, California, 1981 - 1983.
Associate (1983 - 1988) and Partner (1989 - 1995), Choate, Hall & Stewart, Boston, Massachusetts.
David L. Arnheim, P.C., Weston, Massachusetts, 1995 - present.

Yale College, B.A., magna cum laude, 1970.
Harvard Law School, J.D., cum laude, 1981.


<u>Emily DeGraff Bass</u>

Emily DeGraff Bass has handled a wide range of litigation-related paralegal and legal assistant projects in over six years of work with lawyers in Boston.

Law Offices of Marc Redlich, 1999 - 2000.
Robinson & Cole, LLP, 2000 - 2002.
Elizabeth C. Kelly, Esq., 2004 - 2005
Law Offices of David J. Fine, March 2005 - present.

Lincoln High School, Lincoln, Nebraska, diploma, 1997.

Exhibit B:
<u>Hours Worked By David J. Fine</u>

| <u>Date</u> | <u>Description</u> | <u>Hours</u> |
|---|---|---|
| 11/15/05 | telecon w/D. Vicinanzo ("DV"); related work | 1.0 |
| 11/16/05 | reviewing papers; legal research | 1.9 |
| 11/17/05 | reading papers; legal research; drafting Complaint against Bank of America | 3.5 |
| 11/18/05 | completing first draft of Complaint, e-mailing to DV; meeting w/DV; revising Complaint; preparing cover sheet; filing Complaint in Court | 10.7 |
| 11/20/05 | organizing, reviewing docs. | 0.4 |
| 11/21/05 | telecon w/DV; related work | 0.7 |
| 11/23/05 | telecon w/DV; related work | 0.4 |
| 11/30/05 | e-mail to DV; factual research | 0.5 |
| 12/1/05 | legal research; telecon w/DV | 1.1 |
| 12/6/05 | e-mail to DV | 0.1 |
| 12/7/05 | e-mail to DV; related work | 0.2 |
| 12/8/05 | legal research; telecon w/DV, M. Perillo | 0.6 |
| 12/12/05 | telecon w/DV; related work | 1.0 |
| 12/13/05 | factual research; legal research; meeting w/M. Perillo, T. Jordan | 2.6 |
| 12/14/05 | telecon w/M. Perillo | 0.1 |
| 12/17/05 | work re docs. | 0.1 |
| 12/19/05 | reading papers | 0.3 |

| Date | Description | Hours |
|------|-------------|-------|
| 12/20/05 | reading papers; legal research; prep. for meeting; meeting w/M. Perillo, T. Jordan | 5.4 |
| 12/21/05 | work re letter to Court; telecons w/DV | 0.6 |
| 12/22/05 | work re letter to Court; telecons w/DV | 0.7 |
| 12/23/05 | e-mail to DV | 0.1 |
| 12/24/05 | legal research | 0.3 |
| 12/27/05 | completing letter to Court | 0.8 |
| 12/28/05 | prep. for review; reviewing docs. at Nixon, Peabody | 2.8 |
| 12/29/05 | prep. for review; further review of docs. at Nixon, Peabody | 3.8 |
| 1/3/06 | e-mail to DV | 0.1 |
| 1/9/06 | work re docs. | 0.1 |
| 1/10/06 | work w/E. DeGraff ("ED") re review, analysis of docs. | 0.8 |
| 1/11/06 | disc. w/ED | 0.1 |
| 1/19/06 | telecon w/DV | 0.2 |
| 1/20/06 | telecon w/DV; other prep. for conf.; conf. w/Court, DV, et al. re conflict issue | 1.5 |
| 1/24/06 | review tolling agreement w/Sovereign Bank | 0.1 |
| 1/26/06 | telecon w/Sovereign Bank's counsel M. Heyison ("MH") | 0.1 |
| 1/30/06 | telecons w/DV, MH; e-mail to MH | 0.5 |
| 1/31/06 | forward MH e-mail to DV | 0.1 |
| 2/1/06 | fact research | 0.2 |

| Date | Description | Hours |
|------|-------------|-------|
| 2/2/06 | telecon w/D. Arnheim ("DA"); receiving e-mail from M. Perillo, replying | 0.6 |
| 2/3/06 | e-mail to DA; selecting docs., sending to DA; telecon w/M. Perillo | 0.3 |
| 2/6/06 | telecons w/MH, P. Bonnell ("PB"); related work | 0.6 |
| 2/7/06 | prep. for meeting; meeting w/DA, PB | 2.6 |
| 2/8/06 | prepare tolling agreement form to extend tolling period; e-mail to MH, DV; telecon w/PB | 1.0 |
| 2/9/06 | factual research | 0.3 |
| 2/10/06 | telecon w/DA | 0.1 |
| 2/13/06 | e-mail to MH; e-mail to K. Fitzgerald re meeting w/Bleidt victims | 0.3 |
| 2/14/06 | visiting Receiver website; prep. for meeting; telecon w/K. Fitzgerald; reading PB mem.; telecon w/PB | 1.5 |
| 2/15/06 | reviewing docs.; legal research; prep. for meeting; attending meeting w/Bleidt victims at Nixon Peabody re settlement w/broker-dealers; discs. w/DV, K. Fitzgerald, M. Perillo, T. Jordan, certain victims, et al. | 5.6 |
| 2/17/06 | telecons w/DA, PB | 0.3 |
| 2/19/06 | e-mail to DA | 0.1 |
| 2/20/06 | telecon w/PB; related work | 0.3 |
| 2/21/06 | identifying additional docs. for DA, PB | 0.1 |
| 2/22/06 | factual research; prep. for meeting; meeting w/PB, DA | 3.2 |

| Date | Description | Hours |
|------|-------------|-------|
| 2/23/06 | telecon w/T. Jordan; e-mail to T. Jordan; related work | 0.6 |
| 2/24/06 | e-mail to T. Jordan | 0.1 |
| 2/25/06 | factual research | 0.9 |
| 2/28/06 | factual research; reading PB memos; legal research; telecons w/M. Perillo, K. Fitzgerald | 2.0 |
| 3/1/06 | telecons w/DA, PB; factual research | 0.9 |
| 3/2/06 | telecon w/M. Perillo, S. Fontes; factual research | 0.6 |
| 3/3/06 | review SEC's draft motion for appointment of ancillary receiver, proposed order; drafting proposed revisions; e-mail to M. Perillo; telecons w/M. Perillo | 2.1 |
| 3/4/06 | telecon w/PB; reading PB memos; work re docs. | 1.1 |
| 3/6/06 | prep. for meeting; meeting w/T. Jordan | 0.9 |
| 3/7/06 | telecon w/DA; prep. for meeting; meeting w/DA, PB; legal research | 3.5 |
| 3/8/06 | telecons w/T. Jordan; e-mail to T. Jordan; telecons w/DA, PB; factual research | 0.6 |
| 3/9/06 | telecon w/T. Jordan, factual research | 1.3 |
| 3/12/06 | legal research; work re docs. | 2.5 |
| 3/13/06 | prep. for doc. review; doc. review at SEC w/ED, PB, DA; reading DA's mem. | 5.8 |
| 3/14/06 | telecon w/M. Perillo; discs. w/ED re document work; factual research | 3.6 |

4

| Date | Description | Hours |
|------|-------------|-------|
| 3/15/06 | prepare Summons, other work re serving Complaint on Bank of America; read PB memos.; telecon w/K. Fitzgerald | 2.9 |
| 3/16/06 | further work re serving Complaint; telecons w/S. Reilly ("SR"), M. Perillo, factual research | 1.8 |
| 3/18/06 | work re service | 0.1 |
| 3/19/06 | work on letter to MH | 1.6 |
| 3/20/06 | work on letter to MH; telecons w/M. Perillo | 1.7 |
| 3/21/06 | revising, sending letter to MH; telecon w/SR re stip.; reviewing memos from PB, DA; factual research | 4.0 |
| 3/27/06 | telecons w/MH, SR, M. Tenney; letter to S. Reilly | 0.8 |
| 3/28/06 | factual research; preparing, filing Notice of Appearance as Ancillary Receiver | 2.5 |
| 3/29/06 | drafting mem. to Bleidt victims; telecons w/MH, SR; fact work | 2.1 |
| 3/30/06 | work re mem. to victims; sending draft mem. to M. Perillo, DV, PB, DA; draft extension of tolling agreement w/Sovereign Bank | 2.0 |
| 3/31/06 | telecons w/MH, M. Perillo, M. Tenney; fact work | 0.9 |
| 4/1/06 | legal research | 0.2 |
| 4/3/06 | telecons w/M. Tenney, K. Fitzgerald; reading PB mems.; related work | 1.1 |
| 4/4/06 | meeting w/PB, DA; telecons w/various Bleidt victims, victim's attorneys | 1.5 |

| Date | Description | Hours |
|------|-------------|-------|
| 4/7/06 | telecons w/Bleidt victims, victim's attorneys | 1.5 |
| 4/9/06 | discs. w/ED re record-keeping re victim authorizations; prep. for meeting; meeting w/Bleidt victims in Lynn; reading PB mems. | 5.0 |
| 4/10/06 | telecons w/Bleidt victims, victim's attorneys; telecon w/K. Fitzgerald; fact work | 1.5 |
| 4/11/06 | telecons w/Bleidt victims, victim's attorneys; related work | 0.8 |
| 4/12/06 | e-mail to K. Fitzgerald; telecons w/M. Perillo, SR; meeting w/PB; telecons w/Bleidt victims, victim's attorneys | 2.2 |
| 4/13/06 | letter to SR; draft follow-up mem. to Bleidt victims; sending draft to M. Perillo, K. Fitzgerald; fact work | 2.9 |
| 4/14/06 | letter to Nixon Peabody transmitting signed authorizations; telecon w/K. Fitzgerald; telecons w/Bleidt victims, victim's attorneys | 2.1 |
| 4/15/06 | draft letter to MH; telecon w/DA; e-mail to DA; work re authorizations | 2.8 |
| 4/17/06 | completing, reading letter to MH; work re authorizations | 0.6 |
| 4/18/06 | fact work | 1.0 |
| 4/19/06 | fact work | 0.2 |
| 4/20/06 | telecon w/PB; fact work | 0.2 |
| 4/21/06 | fact work; telecon w/MH's assistant re scheduling meeting | 0.2 |
| 4/22/06 | fact work | 0.2 |

| Date | Description | Hours |
|------|-------------|-------|
| 4/24/06 | telecons w/Bleidt victims, victim's attorneys; telecons w/M. Perillo, PB; e-mail to MH; letter transmitting additional signed authorizations | 2.2 |
| 4/25/06 | reading PB mem.; e-mail to DA; telecons w/MH, PB; e-mail to MH; legal research; review Sovereign Bank docs. w/ED at Wilmer Hale | 4.3 |
| 4/26/06 | legal research; telecon w/SR; letter to SR; telecon w/PB | 1.7 |
| 4/27/06 | telecon w/PB; reading DA mem.; legal research; prep. for meeting; meeting w/Sovereign Bank's in-house counsel G. Deutsch and outside counsel MH; post-meeting disc. w/ED; fact work | 3.8 |
| 4/28/06 | e-mail to M. Tenney; fact work | 0.4 |
| 4/30/06 | work on letter to SR | 1.0 |
| 5/1/06 | work on letter to MH; sending letter to MH making follow-up requests re docs.; e-mail to T. Jordan; fact work | 3.1 |
| 5/2/06 | telecons w/PB, DA; fact work; telecon w/SR; e-mail to P. Koski, T. Jordan | 1.2 |
| 5/3/06 | telecon w/P. Koski; fact work | 0.5 |
| 5/4/06 | telecons w/SR, S. Fontes; e-mail to SR, K. Fitzgerald; fact work | 1.1 |
| 5/5/06 | arranging for pick up of docs.; review docs. produced by Bank of America; fact work | 1.7 |
| 5/8/06 | fact work | 1.8 |
| 5/9/06 | telecon w/J. Gilbreth | 0.1 |

| Date | Description | Hours |
|------|-------------|-------|
| 5/10/06 | fact work; telecons w/M. Perillo, PB | 2.1 |
| 5/11/06 | work re setting up special litigation fund bank account; fact work; telecon w/M. Tenney | 1.9 |
| 5/12/06 | e-mail to M. Tenney; work on letters to victims re receipt of 10% checks from Nixon Peabody; letter to M. Perillo | 2.3 |
| 5/16/06 | letter to attorney for victim acknowledging receipt of funds for special account | 0.2 |
| 5/20/06 | fact work | 0.2 |
| 5/22/06 | work on letter to SR, sending letter; e-mail to MH; telecon w/MH | 3.2 |
| 5/24/06 | e-mail to MH; telecon w/MH; fact work | 0.5 |
| 5/25/06 | work re letter to Bleidt victim; telecon w/SR | 0.3 |
| 5/26/06 | telecon w/MH; commun. w/Bleidt victims | 0.8 |
| 5/29/06 | work on first interim status report | 1.4 |
| 5/30/06 | work on status report; prepare tolling agreement extension; work re sending to MH | 1.9 |
| 5/31/06 | work on status report | 2.2 |
| 6/1/06 | work on status report; letter to Bleidt victim | 1.5 |
| | Total Hours: | 172.7 |

Exhibit C:
<u>Hours Worked By Paula Bonnell</u>

| <u>Date</u> | <u>Description</u> | <u>Hours</u> |
|---|---|---|
| 2/6/06 | telecon w/D. Fine | 0.50 |
| 2/7/06 | meet w/D. Fine, D. Arnheim; voice-mails to D. Fine | 2.00 |
| 2/8/06 | telecon w/D. Fine; review documents | 1.70 |
| 2/9/06 | review documents; memo to D. Fine; telecon w/D. Fine | 2.80 |
| 2/10/06 | review documents; voice-mails to D. Fine; | 1.10 |
| 2/14/06 | legal research | 1.10 |
| 2/15/06 | telecons w/D. Fine | 0.10 |
| 2/16/06 | telecons w/D. Fine | 0.10 |
| 2/17/06 | review file and related material; research; voice-mail from D. Fine | 2.75 |
| 2/19/06 | legal research work | 0.25 |
| 2/20/06 | review cases; telecons w/D. Fine; draft memo to D. Fine | 3.00 |
| 2/21/06 | legal research | 5.20 |
| 2/22/06 | fact work; work on memo to D. Fine; prepare for and attend meeting w/D. Fine, D. Arnheim | 4.65 |
| 2/23/06 | review documents | 0.10 |
| 2/24/06 | research | 3.55 |
| 2/27/06 | review docs., cases; memos to D. Fine | 2.15 |

| Date | Description | Hours |
|------|-------------|-------|
| 2/28/06 | draft fact/law memo; review docs.; prepare for, attend meeting w/D. Fine, D. Arnheim | 3.15 |
| 3/1/06 | review cases, case law, cites; telecon w/ E. DeGraff | 2.45 |
| 3/2/06 | review materials, file; telecons w/E. DeGraff; draft memo to D. Fine | 5.00 |
| 3/3/06 | draft and complete memos to D. Fine | 1.75 |
| 3/4/06 | review research; telecons w/D. Fine | 1.40 |
| 3/5/06 | review notes | 1.25 |
| 3/6/06 | research; transmit material to D. Fine | 6.15 |
| 3/7/06 | telecons w/E. DeGraff; review research; prepare for, attend meeting w/D. Fine, D. Arnheim; | 4.00 |
| 3/8/06 | telecons w/D. Fine; review notes and memo.; voice-mail to E. DeGraff | 0.85 |
| 3/9/06 | review research, file; telecons w/ E. DeGraff | 2.00 |
| 3/10/06 | research; meet w/D. Fine | 5.15 |
| 3/12/06 | review case | 0.90 |
| 3/13/06 | prepare for and attend meeting, document review w/D. Fine, D. Arnheim, E. DeGraff | 4.15 |
| 3/14/06 | telecons w/E. DeGraff; review D. Arnheim memo; memo to D. Fine; review research; notes | 2.80 |
| 3/15/06 | review case; memos to D. Fine | 2.15 |
| 3/16/06 | review document; legal research; memo to D. Fine | 3.90 |

| Date | Description | Hours |
|------|-------------|-------|
| 3/17/06 | review research, related material; notes; legal research; draft memo; telecons w/D. Fine | 4.05 |
| 3/18/06 | review research; draft memos to D. Fine | 1.40 |
| 3/20/06 | draft, revise memo to D. Fine; read research material; research | 3.75 |
| 3/21/06 | review research, related material; research; meet w/D. Fine, D. Arnheim | 3.60 |
| 3/22/06 | legal research | 0.25 |
| 3/23/06 | legal research | 1.85 |
| 3/24/06 | review cases, notes; draft memos to D. Fine; memo to file | 5.95 |
| 3/27/06 | telecon w/E. DeGraff; review cases; draft, review, revise  memos to D. Fine; legal research | 2.75 |
| 3/28/06 | prepare for, attend meeting w/D. Fine, D. Arnheim; review notes; legal research | 2.25 |
| 3/29/06 | voice-mails to D. Fine; review D. Arnheim memos, D. Fine letter; review correspondence | 0.40 |
| 3/30/06 | draft, review, revise memo to D. Fine; research | 3.25 |
| 3/31/06 | review research; , read cases | 1.90 |
| 4/1/06 | legal research; draft, review, revise memos to D. Fine | 1.30 |
| 4/3/06 | memos to D. Fine; review materials from D. Fine; telecon w/E. DeGraff; reading, research | 4.45 |

3

| Date | Description | Hours |
|------|-------------|-------|
| 4/4/06 | review, read research; memo to D. Fine; revise 4/3 memo; prepare for, attend meeting w/D. Fine, D. Arnheim; research | 6.00 |
| 4/5/06 | review research; revise draft memo to D. Fine; add. memo to D. Fine | 3.35 |
| 4/6/06 | review, revise draft memo; draft additions; telecon w/E. DeGraff; review research | 4.10 |
| 4/7/06 | review, revise draft memo and attachments; telecon w/E. DeGraff; review research, cases | 4.75 |
| 4/8/06 | draft memo to D. Fine; review law, research provided by D. Fine | 1.10 |
| 4/9/06 | review cases, material | 0.40 |
| 4/10/06 | review cases, law; draft, revise memos to D. Fine | 3.55 |
| 4/11/06 | review, revise memos to D. Fine; legal research | 3.75 |
| 4/12/06 | prepare for, attend meeting w/D. Fine; research | 2.00 |
| 4/13/06 | notes | 0.10 |
| 4/14/06 | issues work | 0.20 |
| 4/19/06 | work on memos | 0.10 |
| 4/20/06 | draft memo to D. Fine; telecon w/D. Fine | 1.20 |
| 4/21/06 | prepare memo; research; draft new memo to D. Fine | 4.45 |
| 4/22/06 | legal research; draft memo to D. Fine | 1.30 |
| 4/24/06 | review notes, research; telecons w/D. Fine; revise memo to D. Fine | 1.40 |

4

| Date | Description | Hours |
|------|-------------|-------|
| 4/25/05 | telecon w/D. Fine; legal research | 6.60 |
| 4/26/06 | review cases; memo to D. Fine; research; voice-mail to D. Fine | 5.55 |
| 4/27/06 | telecon w/D. Fine; research, transmittal of research to D. Fine | 2.10 |
| 5/2/06 | telecons w/D. Fine; review research, notes | 3.25 |
| 5/4/06 | review docs.; memo work | 3.00 |

Total Hours:                                                    173.50

Exhibit D:
Hours Worked By David L. Arnheim

| Date | Description | Hours |
|------|-------------|-------|
| 2/7/06 | meet with DJF; review pleadings; meet with DJF, PB | 2.3 |
| 2/8/06 | review pleadings; legal research; factual research | 3.3 |
| 2/9/06 | fact work | 1.3 |
| 2/10/06 | tel. conf. DJF; legal research | 1.4 |
| 2/21/06 | legal research | 2.1 |
| 2/22/06 | meet w/DJF, PB; fact work | 2.9 |
| 2/24/06 | fact work | 2.5 |
| 2/25/06 | fact work; review docs. | 2.4 |
| 2/27/06 | legal research | 0.7 |
| 2/28/06 | legal research; meet with DJF, PB | 3.6 |
| 3/1/06 | legal research | 5.6 |
| 3/2/06 | legal research | 2.7 |
| 3/3/06 | legal research | 4.4 |
| 3/4/06 | legal research | 1.8 |
| 3/5/06 | legal research | 2.6 |
| 3/6/06 | legal research | 5.5 |
| 3/7/06 | legal research; fact research | 3.8 |
| 3/8/06 | legal research | 2.5 |
| 3/9/06 | legal research | 3.1 |
| 3/10/06 | legal research | 4.1 |

| Date | Description | Hours |
|------|-------------|-------|
| 3/11/06 | legal research; draft memo | 3.8 |
| 3/13/06 | review docs. at SEC | 3.3 |
| 3/15/06 | legal research | 3.1 |
| 3/16/06 | legal research | 2.6 |
| 3/17/06 | legal research | 2.5 |
| 3/18/06 | legal research; work re memo | 1.8 |
| 3/20/06 | legal research; draft memo | 2.9 |
| 3/21/06 | revise memo; email to DJF; legal research; meet with DJF, PB | 5.0 |
| 3/22/06 | factual research | 2.0 |
| 3/23/06 | factual research | 2.7 |
| 3/27/06 | draft memo; legal research | 3.6 |
| 3/29/06 | legal research | 1.2 |
| 3/30/06 | legal research | 1.7 |
| 4/1/06 | legal research | 0.6 |
| 4/4/06 | meet with DJF, PB; legal research | 1.8 |
| 4/5/06 | legal research | 0.6 |
| 4/6/06 | legal research | 3.3 |
| 4/7/06 | legal research | 0.5 |
| 4/10/06 | legal research | 3.3 |
| 4/14/06 | legal research | 2.7 |
| 4/17/06 | legal research | 5.1 |

| Date | Description | Hours |
|------|-------------|-------|
| 4/18/06 | legal research | 2.2 |
| 4/19/06 | legal research; draft memo | 1.9 |
| 4/23/06 | research and draft memo | 1.3 |
| 4/24/06 | research and draft memo | 4.7 |
| 4/25/06 | research and draft memo | 6.6 |
| 4/26/06 | draft memo | 8.5 |
| | Total Hours: | 137.9 |

Exhibit E:
<u>Hours Worked By Emily DeGraff Bass</u>

| <u>Date</u> | <u>Description</u> | <u>Hours</u> |
|------|-------------|-------|
| 1/10/06 | work on spreadsheet re Bleidt victims distilling info. from docs. | 5.50 |
| 1/11/06 | work on spreadsheet | 4.00 |
| 1/17/06 | work on spreadsheet | 5.00 |
| 1/19/06 | work on spreadsheet | 4.00 |
| 1/20/06 | work on spreadsheet | 3.00 |
| 1/23/06 | work on spreadsheet | 2.75 |
| 1/25/06 | work on spreadsheet | 5.50 |
| 2/7/06 | work on spreadsheet | 2.75 |
| 2/22/06 | work on spreadsheet | 4.50 |
| 2/23/06 | reading dep., tracking bank accounts | 2.75 |
| 2/28/06 | accessing, organizing cases | 3.50 |
| 3/1/06 | accessing, organizing cases; reviewing Sovereign bank statements, distilling info. | 5.50 |
| 3/2/06 | distilling info. from bank statements, dep. | 2.00 |
| 3/9/06 | cataloging docs. | 1.50 |
| 3/13/06 | deposit records analysis; SEC documents review | 5.50 |
| 3/14/06 | distill info. from bank records | 1.50 |
| 3/15/06 | distill info. from bank records; work re case against Bank of America | 5.50 |
| 3/20/06 | SEC document review; review dep. | 4.00 |
| 3/21/06 | doc. work; distill info. from bank records | 4.50 |

| Date | Description | Hours |
|------|-------------|-------|
| 3/27/06 | distill info. from bank records | 3.50 |
| 3/29/06 | distill info. from bank records; work re DJF memo. to victims | 3.50 |
| 3/30/06 | read dep.; work re DJF memo to victims | 6.50 |
| 3/31/06 | work re dep.; work re DJF memo. | 3.00 |
| 4/3/06 | work re DJF memo. | 1.00 |
| 4/4/06 | distill victim contact info.; work re dep.; doc. work; access, organize cases | 5.25 |
| 4/9/06 | prepare for, attend meeting in Lynn | 5.50 |
| 4/10/06 | work re updating victim files; organize notes | 3.00 |
| 4/11/06 | update victim files, contact info. | 2.00 |
| 4/12/06 | update victim files | 1.50 |
| 4/14/06 | work re authorizations | 3.50 |
| 4/24/06 | work re authorizations; update victim files | 2.00 |
| 4/25/06 | work re authorizations; review Sovereign docs. at Wilmer Hale | 3.50 |
| 4/26/06 | work re authorizations; prepare for 4/27/06 meeting | 2.00 |
| 4/27/06 | prepare for, meet w/M. Heyison, G. Deutsch, D. Fine; post-meeting disc. w/D. Fine | 4.50 |
| 5/1/06 | distill info. from bank records; work re dep.; work re letter to M. Heyison | 8.00 |
| 5/2/06 | distill info. from bank records | 8.00 |
| 5/3/06 | distill info. from bank records | 3.50 |

| Date | Description | Hours |
|------|-------------|-------|
| 5/10/06 | update victim files; work re checks received from Nixon Peabody | 2.00 |
| 5/11/06 | work re checks; draft letters to victims | 8.00 |
| 5/12/06 | work re letters to victims; work re letter from D. Fine to M. Perillo | 3.00 |
| 5/16/06 | work re victim letter; update victim files | 1.00 |
| 5/22/06 | work re letter from D. Fine to S. Reilly | 3.00 |
| 5/30/06 | work re tolling agreement extension; work re status report | 1.50 |
| 5/31/06 | work re status report | 1.00 |
| 6/1/06 | work re status report; disc. w/D. Fine re Bleidt victim; work re letter to victim | 2.00 |
| | Total Hours: | 164.50 |

3

Exhibit F:
<u>Itemization of Out-of-Pocket Expenses</u>

| | | |
|---|---|---|
| 11/18/05 | Fee for filing Complaint in <u>Vicinanzo v. Bank of America Corp.</u>, Civil Action No. 05-12315-NG | $250.00 |
| 4/1/06 - 5/31/06 | Copying expense regarding communications with Bleidt victims and with Nixon Peabody (2,115 pages x .10/page) | 211.50 |
| 4/1/06 - 5/31/06 | Postage regarding communications with Bleidt victims | 195.90 |
| 4/1/06 - 5/31/06 | Hand deliveries to Nixon Peabody, and hand pick up of documents from Sally & Fitch | 22.00 |
| | | $679.40 |