UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

———————————————————
)
SECURITIES AND EXCHANGE COMMISSION, )
)
        Plaintiff,               )
)
    vs.                    )     Civil Action No. 04-12415-NG
)
BRADFORD C. BLEIDT and          )
ALLOCATION PLUS ASSET MANAGEMENT  )
COMPANY, INC.               )
)
        Defendants.          )
———————————————————)

## RECEIVER'S FOURTH INTERIM REPORT

In accordance with this Court's Orders dated November 22, 2004 (the "Appointment Order") and October 18, 2005, David A. Vicinanzo, the Court-appointed receiver (the "Receiver") of defendants, Bradford C. Bleidt ("Bleidt") and Allocation Plus Asset Management Company, Inc. ("APAM") and his counsel, Nixon Peabody LLP ("Nixon Peabody") hereby submit their Fourth Interim Report.

## INTRODUCTION AND OVERVIEW

This Report summarizes several significant events in this case since filing of the Receiver's Third Interim Report on November 14, 2005, the Supplement to the Third Interim Report on January 18, 2006 and related communications concerning this estate.

## SIGNIFICANT EVENTS SINCE THE SUPPLEMENT TO THE THIRD INTERIM REPORT

**A.**    **Global Settlement with Bleidt's Former Broker-Dealers.**

1.     As previously disclosed to the Court, from approximately January 1991 through November 2004, Bleidt was registered with, and was the agent of, three separate broker-

dealers – Commonwealth Financial; Detwiler, Mitchell Fenton, Greaves, Inc.; and Winslow, Evans & Crocker. Defrauded investors, accordingly, held potential claims with respect to the brokerages and their agencies arising from Bleidt's fraudulent conduct. As detailed in his Second Interim Report, during this case, with the assent of the overwhelming majority of defrauded investors, the Receiver pursued settlement negotiations with the broker-dealers and their respective insurance companies. Among other things, the Receiver provided each of the broker-dealers with a detailed analysis of the losses incurred by specific defrauded investors, produced thousands of documents and presented each of the brokerages with a comprehensive and detailed analysis of the facts and law that give rise to the claims against them.

2.    The Receiver successfully negotiated, and has now concluded, a global settlement with Bleidt and APAM's former broker-dealers that fully resolves all investor claims. Generally speaking, under the terms of this settlement, the broker-dealers paid a total of $6,366,666 in cash to settle all claims arising from Bleidt's fraud and those settlement funds have been distributed by the Receiver to defrauded investors on a pro rata basis. This settlement was conditioned solely on at least 98% of defrauded investors holding claims as to each broker-dealer and representing not less than 95% of the total dollar amounts misappropriated by Bleidt voting to approve the settlement and tendering releases to the broker-dealers and their agencies. The Receiver is pleased to confirm that substantially all investors elected to participate, tendered the required settlement agreement and release and have, therefore, now received their respective shares of the settlement fund. Accordingly, this settlement is now complete in all respects.

3.    During the Fourth Interim Period, the Receiver documented the settlement with the broker-dealers and their counsel. The Receiver also distributed to each defrauded investor (and his or her adviser) a detailed description of the proposed settlement agreement and

10027816.1

discussion of the risks and benefits of the proposed settlement together with a ballot to approve the proposed settlement.

4.      In addition, the Receiver and his counsel, together with the SEC, conducted an informational meeting concerning the proposed settlement on February 19, 2006. Approximately 75 defrauded investors, family members and counsel attended the meeting.

5.      Also during the Fourth Interim Period, the Receiver completed polling of defrauded investors concerning approval of the proposed settlement, then distributed and collected the required settlement agreement and release from all investors believed to hold a documented claim.  Again, substantially all investors elected to join in the proposed settlement.

6.      The Receiver and his counsel subsequently concluded arrangements with the broker-dealers' counsel for transfer to the Receiver of the settlement funds; the Receiver completed the distribution of those settlement funds to, or as directed by, investors early in June 2006.

**B.      Request for an Ancillary Receiver**

7.      For reasons detailed in his previous reports, during the Fourth Interim Period, the Receiver requested that the Court appoint an ancillary receiver to exclusively oversee all matters involving certain financial institutions.  The Court has approved the Receiver's request and had appointed David Fine, Esquire to serve in that role. Mr. Fine has now reported separately to the court concerning his activities, including certain arrangements he has made with some investors for voluntary contribution of a portion of their recovery from the broker-dealer settlement to an escrow fund he is maintaining to assist in his activities as ancillary receiver.

C.     **Other Estate Matters**

8.     The Receiver believes that there remain some comparatively minor administrative matters and potential claims to be addressed prior to the substantial completion of his activities.  The Receiver estimates that these activities will be concluded (or necessary claims brought) within the next six months.  Thereafter, other than the receipt of the ongoing stream of installment payments due on the WBIX transaction (described in previous Reports) and those matters apportioned to the ancillary receiver, the Receiver believes that the administration of this estate will be substantially complete.  The Receiver expects to report on those remaining matters and on the general status of this estate in his next report.

### THE RECEIVERSHIP ESTATES' CASH POSITION AS OF THE APPOINTMENT DATE AND CURRENT FINANCIAL CONDITION

9.     To date, exclusive of the previously described $6,366,666 broker dealer settlement, the Receiver has recovered cash in the amount of $1,710,552.18 and has expended funds in the amount of $1,059,803.42 in connection with the wind-up of APAM's and FPPS's businesses.  Cash on hand as of this filing inclusive of miscellaneous account credits, as of this filing now totals $657,336.50.  The substantial majority of expenditures were for wages, commissions, benefits and withholding taxes due to APAM's, FPPS's and their affiliates' employees ($273,581.78) and for payment of the fees allowed by this Court's Order of January 27, 2006 ($720,738.02).  In accordance with paragraph 15 of the Appointment Order, a detailed accounting of the funds in the Receiver's possession through June 30, 2006 is attached hereto as **Exhibit A**.

### PROFESSIONAL FEES INCURRED BY THE RECEIVER.

10.     Due to the nature and exigencies of this case, the legal fees and expenses incurred by the Receiver to date have been substantial.  The Receiver was required to employ

10027816.1

counsel that are experienced and familiar with litigation, securities, bankruptcy and insolvency, communications, tax, and employment law and a host of other practice areas.

11.    On September 21, 2005 Nixon Peabody, counsel for the Receiver, filed its first interim application for compensation and reimbursement of expenses (the "First Application").  As detailed in the First Application, during the period from November 18, 2004 through July 31, 2005, Nixon Peabody spent a total of 2,857.9 hours providing legal services to these estates and was thus owed $966,207 for that work.  The First Application contains a detailed narrative report of all of the Professional Services performed by Nixon Peabody and was served on all investors, creditors and other parties in interest in this case.  On January 20, 2006, the Court held a hearing to consider the First Application and by order dated January 27, 2006 allowed the Receiver fees and expenses of $720,738.02, without prejudice to the unpaid balance of the fees and expenses sought in the First Application.  The Court elected to defer approval of the additional $245,469 sought pending conclusion of the then outstanding broker-dealer settlement.

12.    From August 1, 2005 through June 30, 2006, Nixon Peabody LLP has spent approximately 1872.3 hours providing services to these estates and amounting to approximately $672,536.50 in additional but as yet unbilled fees.  Although the Receiver has not to date sought compensation for this amount, he expects to do so within the next 30 days at which time he will also seek allowance of the above-referenced balance of the unpaid fees sought in the First Application.

10027816.1

July 14, 2006                                    Respectfully submitted,

                                                 DAVID A. VICINANZO, RECEIVER


                                                 /s/Kevin M. Fitzgerald
                                                 Kevin M. Fitzgerald (admitted pro hac vice)
                                                 Jeffrey B. Gilbreth (BBO #661496)
                                                 Nixon Peabody LLP
                                                 100 Summer Street
                                                 Boston, MA  02110
                                                 (617) 345-1000

### Certificate of Service

    I, Kevin M. Fitzgerald, hereby certify that on July 14, 2006, a copy of the above Fourth
Interim Report has been served upon the parties by electronic filing service and a copy mailed
via first class prepaid mail to:

        Richard L. Gemma
        MacAdams & Wieck
        101 Dyer Street – Suite 400
        Providence, RI 02903


                                                 /s/ Kevin M. Fitzgerald

10027816.1

Client #036552 Matter #2

| | Account Name | TIN | Account # | Current Balance |
|---|---|---|---|---|
| 1. | David Vicinanzo as Receiver for Bradford C. Bleidt | 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 | 1303908503 | $45,626.93 |
| 2. | David Vicinanzo as Receiver for Allocation Plus Asset Management Company, Inc. | 1303908511 | $46,424.23 |
| 3. | David Vicinanzo as Receiver for Financial Perspectives Planning Services, Inc. | 04-2912038 | 1303908538 | $41,799.04 |
| 4. | David Vicinanzo as Receiver for Financial Perspectives Management Company | 04-2912038 | 1303908546 | $2,752.52 |
| 5. | David Vicinanzo as Receiver for FP Insurance Agency | 04-3109969 | 1303908554 | $17,364.68 |
| 6. | David Vicinanzo as Receiver for Perspective Broadcasting, Inc. | 56-2382818 | 1303908562 | $480,296.37 |
| 7. | David Vicinanzo as Receiver for Shared Visions, Inc. | 04-3429680 | 1303908570 | $268.20 |
| 8. | David Vicinanzo as Receiver for Langer Broadcasting Corp./WBIX Corp. | 65-0592123 | 1134874488 | $16,273.10 |
| 9. | David Vicinanzo as Receiver for WBIX-Egan-LMA | 65-0592123 | 1303908589 | $6,037.39 |
| 10 | NP Iolta Account 036552-2 Trust 2 | | | $494.04 |
| | **TOTAL FUNDS as of 7/6/2006** | | | **$657,336.50** |

EXHIBIT A

#1 BRADFORD BLEIDT

| Date | Ck # | Payor/Payee | Debits | Credits | Balance | Narrative |
|---|---|---|---|---|---|---|
| 1/24/2005 DEP | | US Treasury / Dept of Justice | | $26.10 | $26.10 | Bureau of Prisons |
| | | *Deposit* | | *$26.10* | *$26.10* | |
| 2/17/2005 DEP | | Discover | | $1,960.71 | | Overpayment refund - credit card |
| 2/8/2005 DEP | | Columbia House | | $50.00 | | Refund |
| 3/15/2005 DEP | | Verizon | | $416.10 | | Refund |
| 3/1/2005 DEP | | Diner's Club | | $701.03 | | Refund |
| 3/4/2005 DEP | | One Beacon | | $213.00 | | Return of Payment |
| | | *Deposit* | | *$3,340.84* | *$3,366.94* | |
| 2/23/2005 DEP | | Discover | | $160.00 | | Overpayment refund |
| 4/11/2005 DEP | | One Beacon Insurance | | $394.00 | | Return of payment |
| | | *Deposit* | | *$554.00* | *$3,920.94* | |
| | | ADP | | $226.16 | | |
| | | *Deposit* | | *$226.16* | *$4,147.10* | |
| 10/12/2005 DEP | | Paul Saperstein Company | | $29,123.38 | | |
| 6/22/2005 DEP | | ADP Tax Filing | | $226.14 | | |
| DEP | | ADP Tax Filing | | $361.26 | | |
| | | *Deposit* | | *$29,710.78* | *$33,857.88* | |
| 1001 9/9/2005 | | *Gentle Giant* | $420.00 | | $33,437.89 | |
| 1/1/2006 | | 401k Distribution | | $11,949.15 | | |
| 11/29/2005 | | Ck from Bonnie Bleidt | | $239.90 | | |
| | | *Deposit* | | *$12,189.05* | *$45,626.93* | |
| TOTALS | | | $420.00 | $46,046.93 | $45,626.93 | |
| | | | *Totals Withdrawals* | *Total Deposits* | *Ending Balance* | |

BLEIDTLATESTVERSION.xlsAPM #2

#2 ALLOCATION PLUS MGMT #2

| Date | Ck # | Payor/Payee | Debits | Credits | Balance |
|---|---|---|---|---|---|
| 11/13/04 DEP | | APAM | | $324.09 | $324.09 |
| | | **Deposit** | | **$324.09** | **$324.09** |
| 12/30/05 | DEP | NP Check from IOLTA | | $13,000.00 | $13,324.09 |
| | | **Deposit** | | **$13,000.00** | **$13,324.09** |
| 11/11/04 DEP | | Rene Varin | | $300.04 | |
| 11/10/04 DEP | | Fred & Cathleen Lewis | | $211.19 | |
| | | **Deposit** | | **$511.23** | **$13,835.32** |
| 12/30/04 EFT | | Payroll | $7,133.17 | | $6,702.15 |
| 1/26/05 1001 | | ADP | $167.40 | | $6,534.75 |
| | DEP | Winslow Evans | | $66,268.43 | |
| | DEP | Winslow Evans | | $9,984.18 | |
| 1/31/05 | | **Deposit** | | **$76,252.61** | **$82,787.36** |
| 1002 | | Winslow Evan & Crocker | $50,000.00 | | $32,787.36 |
| | | Deposit in FPPS to cover compensation claims settlement | | $50,000.00 | $82,787.36 |
| 6/17/05 1004 | | Walsh Movers | $3,253.00 | | $79,534.36 |
| 7/11/05 1007 | | Walsh Movers | $896.00 | | $78,638.36 |
| 9/7/05 DEP | | Winslow Evan & Crocker | | $25,000.00 | $103,638.36 |
| 12/1/05 DEP | | National Financial | | $59.10 | $103,697.46 |
| | | National Financial Credit | | $25,000.00 | |
| | | Balance | | $17,726.77 | |
| | | **Deposit** | | **$42,726.77** | **$146,424.23** |
| 3/22/06 | | Winslow Evan & Crocker | | $25,000.00 | |
| | | **Deposit** | | **$25,000.00** | **$171,424.23** |
| 4/20/06 | | Winslow Evan & Crocker | $125,000.00 | | $46,424.23 |

BLEIDTLATESTVERSION.xlsAPM #2

| TOTALS | Totals Withdrawals | Total Deposits | Ending Balance |
|---|---|---|---|
| | 186,449.57 | $232,873.80 | $46,424.23 |

BLEIDTLATESTVERSION.xlsFPPS #3

7/12/2006

#3 FINANCIAL PERSPECTIVES PLANNING

| Date | Ck # | Payor/Payee | Debits | Credits | Balance | Narrative |
|---|---|---|---|---|---|---|
| 12/07/04 | DEP | Boston Red Sox Baseball Club Ticket Refund Account | | $2,660.00 | | Ck to Financial Perspectives Planning Services attn: Brad Bleidt |
| 11/14/04 | DEP | Allianz | | $12,447.14 | | Ck from Allianz to Jospeh Anthony Deluca c/o Financial Perspectives |
| 11/01/04 | DEP | Metlife | | $133.61 | | Ck from MetLife to F. Richard Bowen (signed by R. Bowen and made payable to FPPS) |
| 10/31/04 | DEP | West Coast Life Insurance | | $326.52 | | Ck from West Coast Life to John J. Gregorio (signed by John Gregorio and made payable to FPPS) |
| 12/01/04 | DEP | Richard LeBranti | | $707.65 | | Ck from Richard LeBranti to Financial Perspectives for Commissions |
| 12/02/04 | DEP | Elise Hunt Hannah | | $5,625.00 | | Ck from Elise Hunt Hannah to FPPS for Commission |
| 11/21/04 | DEP | Allianz | | $89.77 | | Ck from Allianz to Jospeh Anthony Deluca c/o Financial Perspectives |
| 12/08/04 | DEP | John A Hannah & Elise Hunt Hannah | | $335.95 | | Cobra Payment |
| 12/09/04 | DEP | Trina Logan | | $671.90 | | Cobra Payment |
| 12/15/04 | DEP | Paul F DeNapoli | | $1,116.20 | | Cobra Payment |
| 12/14/04 | DEP | Robert Robertson | | $440.60 | | Cobra Payment |
| 12/14/04 | DEP | Stephanie Dorosko | | $881.20 | | Cobra Payment |
| 12/16/04 | DEP | F Richard or Margaret Bowen | | $1,116.20 | | Cobra Payment |
| 12/16/04 | DEP | James McCarthy | | $1,116.19 | | Cobra Payment |
| 12/03/04 | DEP | Travelers | | $533.97 | | Cobra Payment |
| **12/22/04** | | **Deposit** | | **$28,201.90** | | Financial Perspectives |
| 12/05/04 | DEP | Allianz | | $4,500.00 | | Commission: Joseph DeLuca |
| 12/16/04 | DEP | Fleet Certified Check | | $26,036.28 | | Made payable to David Vicinanzo |
| **12/23/04** | | **Deposit** | | **$30,536.28** | | |
| 12/27/04 | 00991 | Winslow Evans & Crocker | $26,036.28 | | | |
| 12/27/04 | DEP | Fleet Certified Chck | | $70,177.05 | | Made payable to David Vicinanzo re: Bradford C. Bleidt, et al. |
| 12/22/04 | DEP | Fleet Certified Check | | $26,495.64 | | Made payable to David Vicinanzo re: FPPS |
| **12/28/04** | | **Deposit** | | **$96,672.69** | | |

BLEIDTLATESTVERSION.xlsFPPS #3

| Date | Ref | Name | Amount | Total | Note |
|---|---|---|---|---|---|
| 12/28/04 | 992 | nstar | $1,215.42 | | |
| 12/07/04 | DEP | Charles T Smith Ins | $23.11 | | |
| 12/03/04 | DEP | John Hancock | $0.19 | | Payable to Dennis Doble & FPPS |
| 12/20/04 | DEP | Kim Roz | $542.56 | | Cobra |
| 12/23/04 | DEP | Mark Mills | $1,321.80 | | Cobra |
| 12/20/04 | DEP | John & Elise Hannah | $89.59 | | Cobra |
| 12/17/04 | DEP | Travelers | $6.55 | | Cobra |
| 12/20/04 | DEP | Kevin & Dawn Stoddard | $1,762.40 | | Francis Bowen/ FPPS Commission  cobra |
| **12/30/04** | | **Deposit** | | **$3,746.20** | |
| 12/30/04 | 0994 | check to ADP | $254.80 | | |
| 12/30/04 | 00993 | check to FPM #4 for Payroll | $10,585.00 | | |
| 01/06/05 | 1001 | check to Susana Ngan | $336.77 | | |
| 12/20/04 | DEP | Bonnie Bleidt | $425.54 | | Cobra |
| 12/15/04 | DEP | Kathleen & Stephen McGrory | $1,322.40 | | Cobra |
| 12/17/04 | DEP | FP Garvan II | $261.17 | | Commission |
| 11/13/04 | DEP | Robert & Edyth C Baker | $335.95 | | cobra |
| 11/12/04 | DEP | Karen Bloom | $100.00 | | Invoice #1432004 |
| 11/04/05 | DEP | Kim Roz | $286.13 | | Cobra |
| 12/31/04 | DEP | Money Order from J. Keefe | $900.00 | | cobra |
| 01/03/05 | DEP | Mary C Pajak | $234.99 | | Cobra |
| 01/12/05 | | Deposit | | $3,866.18 | |
| 01/13/05 | 1002 | Walsh Movers | $2,223.75 | | |
| 12/23/04 | EFT | ADP | $42,820.08 | | |
| 12/30/04 | DEP | Traveler's Life | $81.60 | | Ck to Bonnie Kirchner/FPPS re: Commission Check |
| 12/06/04 | DEP | Cataldo & Melanie Mistretta | $100.00 | | #217 |
| 12/03/04 | DEP | John Hancock | $267.07 | | Ck from John Hancock |
| | DEP | Various Cobra | $9,621.03 | | Various Cobra Payments |
| **01/14/05** | | **Deposit** | | **$10,069.70** | |
| 01/14/05 | 1004 | Blue Cross Blue Shield | $12,067.00 | | Premium Payment |

7/12/2006

BLEIDTLATESTVERSION.xlsFPPS #3

| Date | Ref | Payee | Amount | Deposit | Description |
|---|---|---|---|---|---|
| 01/18/05 | 1005 | James Keefe | $558.06 | | Return of Cobra Excess |
| 01/18/05 | 1006 | The Hartford | $1,448.78 | | Workers Comp Insu |
| 01/21/05 | EFT | ADP | $2,085.91 | | |
| 01/26/05 | 1007 | ADP | $271.35 | | payroll processing |
| 01/31/05 | 1009 | Jay Bishop | $100.00 | | Per Jeff Gilbreth |
| **01/31/05** | | **Deposit** | | **$24,713.17** | |
| | DEP | Travelers | $67.63 | | Ck to Bonnie Kirchner/FPPS Commission Check |
| | DEP | Winslow Evans & Crocker | $18,622.66 | | Check to D. Vicinanzo |
| | DEP | Travelers | $273.28 | | Ck to Bonnie Kirchner/FPPS Commission Check |
| | DEP | Various Cobra Checks | $5,749.60 | | Various Cobra Checks |
| 02/02/05 | 1010 | ADP - Fees | $28.00 | | Payroll Service |
| 02/07/05 | 1011 | Ck to NP to wire funds to Matrix I | $28,205.31 | | Wire for 401K Matrix Bank |
| 02/03/05 | 1012 | Porsche Financial Services | $5,708.66 | | Owed by Brad Bleidt when funds available |
| 02/07/05 | 1013 | Blue Cross Blue Shield | $9,065.30 | | Cobra Premiums |
| 02/09/05 | 1014 | John Esperian | $181.84 | | Accrued Wages thru 12/7/04 |
| 02/11/05 | 1015 | Robert Bertone | $4,650.00 | | Ind contractor services 12/8/04-1/20/05 |
| 02/15/05 | 1016 | David Thomas | $2,730.00 | | Contractor Services to Receiver 12/8/04 - 1/14/05 |
| 02/17/05 | 1017 | Susana Ngan | $130.20 | | Reimb cell phone business usage |
| | | Returned Check (Richard LeBrar | $707.65 | | Returned Check - Richard Lebranti |
| | | Bank Charges for Returned Chec | $7.00 | | Returned Check Charge |
| 12/20/04 | DEP | Blue Cross Blue Shield | $353.10 | | Broker Fee/Richard Bowen |
| 02/01/05 | DEP | Kim Roz | $286.13 | | Cobra |
| 01/29/05 | DEP | Christine Baratta | $881.20 | | Cobra Jan15 - Feb15 |
| 02/04/05 | DEP | Travelers Life & Annuity | $218.23 | | Commission Check/Bonnie Kirchner |
| 02/04/05 | DEP | Charles T. Smith Agency | $41.76 | | Invoice #F122404TRN |
| 01/24/05 | DEP | Transamerica Life Insurance | $104.28 | | Earned Commission Check |
| 02/11/05 | DEP | The Hartford | $43.02 | | ProRata Cancellation effective 1/25/05 |
| 01/14/05 | DEP | Travelers Life & Annuity | $1,084.59 | | Commission Check/Bonnie Kirchner |
| | | **Deposit** | | **$3,012.31** | |
| 02/24/05 | 1018 | Gentle Giant | $295.00 | | Moving |
| 03/07/05 | 1019 | Keith A. Harris | $19,252.00 | | Indep Contractor Services 12/8 - 2/25/05 |
| 03/21/05 | 1020 | Gentle Giant | $435.00 | | |
| 02/11/05 | DEP | Peabody Equity Partners | $1,881.16 | | Landlord - deposit refund |

7/12/2006

BLEIDTLATESTVERSION.xlsFPPS #3

| Date | No. | Name | Withdrawals | Deposits | Notes |
|---|---|---|---|---|---|
| 07/23/04 | DEP | Mark J. Marroni | | $63.18 | paycheck to Bonnie Bleidt |
| | | **Deposit** | | $1,944.34 | |
| | | Payroll Settlement Checks | $77,752.61 | | |
| | | **Deposit from APAM** | | $50,000.00 | |
| | | **Deposit** | | $16,035.19 | |
| 03/31/05 | 1029 | Chase Automotive | $13,005.71 | | |
| | | **Deposit from FPM** | | $13,005.71 | |
| 04/07/05 | 1030 | Blue Cross Blue Shield | $5,868.72 | | |
| 04/07/05 | 1031 | Dolores Kong | $1,435.01 | | |
| 03/10/05 | DEP | ADP Tax Filing Service | | $226.14 | |
| 03/17/05 | DEP | Matrix Capital Bank-Trust Serv | | $95.66 | |
| 05/26/05 | 1032 | Keith Harris | $5,250.00 | | Ind Contractor 3/2/2005-3/31/2005 |
| 05/26/05 | 1033 | Richard Bowen | $79.86 | | Wage Settlement |
| 05/26/05 | 1034 | John Coyne | $274.13 | | Wage Settlement |
| 05/26/05 | 1035 | Elaine Bonoma | $1,118.00 | | Wage Settlement |
| 06/13/05 | 1036 | Refrein Gomez | $100.00 | | |
| 06/24/05 | | FAV inc. DBA Muirhead | | $45,595.30 | |
| 07/01/05 | 1037 | Gentle Giant | $2,631.00 | | |
| 10/19/05 | 1038 | Keith Harris | $1,668.75 | | |
| 09/07/05 | DEP | dhl Express | | $51.71 | |
| 09/07/05 | DEP | Roadway Media | | $3,000.00 | office furniture |
| | 1039 | Void | | | |
| 12/14/05 | 1040 | Gentle Giant | $140.00 | | |
| 12/14/05 | 1041 | Walsh Movers | $599.50 | | |
| 12/15/05 | 1042 | Walsh Movers | $847.00 | | |
| 05/12/06 | 1043 | Nixon Peabody | $7,801.04 | $997.05 | Comm of Mass State Treasurer / Deposit with settlement monies to pay Rosenberg the additional monies per agreement |
| | | **Deposit** | | | |
| | | **TOTALS** | $289,970.49 | $331,769.53 | $41,799.04 |
| | | | Totals Withdrawals | Total Deposits | Ending Balance |

7/12/2006

BLEIDTLATESTVERSION.xlsFPMC #4

FPPS Management

| Date | Ck # | Payor/Payee | Debits | Credits | Balance |
|------|------|-------------|--------|---------|---------|
| | DEP | transfer check from FPPS | | $10,585.00 | |
| | DEP | Check from NP IOLTA | | $28,415.00 | |
| **12/30/04** | | **Total Deposit** | | **$39,000.00** | **$39,000.00** |
| 12/30/04 | EFT | Payroll | $23,065.82 | | $15,934.18 |
| 01/26/05 | 1001 | ADP | $175.95 | | $15,758.23 |
| 04/07/05 | 1002 | FPPS | $13,005.71 | | $2,752.52 |
| | | *TOTALS* | *$36,247.48* | *$39,000.00* | *$2,752.52* |
| | | | *Totals Withdrawals* | *Total Deposits* | *Ending Balance* |

7/12/2006

BLEIDTLATESTVERSION.xlsFP Ins #5
#5 FP INSURANCE AGENCY

| Date | Ck # | Payor/Payee | Debits | Credits | Balance |
|------|------|-------------|--------|---------|---------|
| 11/11/04 | DEP | Charles T. Smith Insurance | | $10.50 | |
| 11/10/04 | DEP | Charles T. Smith Insurance | | $21.79 | |
| 11/11/04 | DEP | Unum Provident Corp | | $720.96 | |
| 11/24/04 | DEP | Transamerica Occidential Life | | $757.70 | |
| 11/25/04 | DEP | Unum Provident Corp | | $245.38 | |
| 11/17/04 | DEP | Lincoln Benefit Life | | $3,345.65 | |
| 11/16/04 | DEP | Charles T. Smith Insurance | | $287.85 | |
| 12/09/04 | DEP | Unum Life | | $260.50 | |
| 11/30/04 | DEP | Commonwealth | | $27.76 | |
| **12/20/04** | | **Deposit** | | **$5,678.09** | **$5,678.09** |
| 11/19/2004 | DEP | Transamerica Life | | $60.10 | |
| | | **Deposit** | | **$60.10** | **$5,738.19** |
| 12/21/2004 | DEP | Phoenix | | $98.33 | |
| 12/31/2004 | DEP | Charles T. Smith Insurance | | $7.22 | |
| 12/23/2004 | DEP | Transamerica Life | | $60.10 | |
| | | **Deposit** | | **$165.65** | **$5,903.84** |
| 1/14/2005 | DEP | Commonwealth | | $57.64 | |
| 12/19/2004 | DEP | Allianz | | $2,937.75 | |
| 1/11/2005 | DEP | John Hancock | | $35.54 | |
| 1/6/2005 | DEP | Unum Provident | | $260.80 | |
| | | **Deposit** | | **$3,291.73** | **$9,195.57** |
| 12/13/2004 | DEP | John Hancock | | $38.74 | |
| 1/20/2005 | DEP | Unum Provident | | $679.21 | |
| 1/21/2005 | DEP | Sun Life Financial | | $3,493.75 | |
| 1/28/2005 | DEP | Sun Life Financial | | $640.60 | |
| 1/24/2005 | DEP | John Hancock | | $51.43 | |
| | | **Deposit** | | **$4,903.73** | **$14,099.30** |

BLEIDTLATESTVERSION.xlsFP Ins #5

| | | | |
|---|---|---|---|
| 3/1/2005 | DEP | Transamerica Occidental | $488.78 |
| 2/28/2005 | DEP | John Hancock | $106.35 |
| 2/28/2005 | DEP | Berkshire Life | $77.95 |
| 2/24/2005 | DEP | Transamerica Life Ins | $60.10 |
| | | *Deposit* | *$733.18* | *$14,832.48* |
| 4/5/2005 | DEP | John Hancock Financial Serv. | $35.54 |
| 1/14/2005 | DEP | Sun Life Assurance Co. | $190.74 |
| 3/30/2005 | DEP | Standard Insurance Co | $103.52 |
| 3/24/2005 | DEP | Transamerica Life Ins. Co. | $57.49 |
| 4/4/2005 | DEP | John Hancock Life Ins Co. | $168.18 |
| 4/18/2005 | DEP | John Hancock Life Ins Co. | $232.69 |
| | | *Deposit* | *$788.16* |
| | | John Hancock Life Ins Com | $326.51 |
| | | Ing Annuity Life | $96.25 |
| | | Various Commissions | $1,248.10 |
| | | Transamerica Life Ins. Co. | $98.35 |
| | | John Hancock Financial Services | $35.54 |
| | | John Hancock Financial Services | $35.54 |
| | | **TOTALS** | **$0.00** | **$17,364.68** | **$17,364.68** |
| | | | *Totals Withdrawals* | *Total Deposits* | *Ending Balance* |

7/12/2006

#6 Perspectives Broadcasting

| Date | Ck # | Payor/Payee | Debits | Credits | Balance |
|---|---|---|---|---|---|
| 12/28/2005 DEP | | Wire | | $1,101,046.39 | |
| 1/30/2006 | 1001 | Nixon Peabody Fees | $720,738.02 | | |
| 3/30/2006 | | Wire in | | $100,000.00 | |
| 3/30/2006 | | Wire Bank Fee | $12.00 | | |
| | TOTALS | | $720,750.02 | $1,201,046.39 | $480,296.37 |
| | | | Totals Withdrawals | Total Deposits | Ending Balance |

#7 SHARED VISIONS

| Date | Ck # | Payor/Payee | Debits | Credits | Balance |
|---|---|---|---|---|---|
| 12/3/2004 DEP | | Hill Holiday | | $1,487.50 | |
| | | *Deposit* | | *$1,487.50* | *$1,487.50* |
| 12/28/2004 DEP | | WBIXZ/Shared Vision | | $2,000.00 | |
| | | *Deposit* | | *$2,000.00* | *$3,487.50* |
| 1/26/2005 | 1001 adp | | $125.90 | | $3,361.60 |
| 5/4/1961 DEP | | Stoneham Theatre | | $1,666.60 | |
| | | *Deposit* | | *$1,666.60* | *$5,028.20* |
| 10/27/2005 | 1003 Inside Radio | | $1,800.00 | | $3,228.20 |
| 11/2/2005 | 1004 Inside Radio | | $2,000.00 | | $1,228.20 |
| | 1005 Radio Business Report | | $960.00 | | $268.20 |
| | | *TOTALS* | *$4,885.90* | *$5,154.10* | *$268.20* |
| | | | *Totals Withdrawals* | *Total Deposits* | *Ending Balance* |

#8 LANGER BROADCASTING

| Date | Ck # | Payor/Payee | Debits | Credits | Balance | Narrative |
|---|---|---|---|---|---|---|
| 12/1/2004 DEP | | ETM | | $5,950.00 | | Payment of Invoice #0409025 |
| 11/18/2004 DEP | | Mullen | | $1,275.00 | | |
| 11/30/2004 DEP | | Suburu of NE | | $3,948.25 | | 0410238A, 0410237A |
| | | *Deposit* | | *$11,173.25* | *$11,173.25* | |
| 1/6/2005 DEP | | BBDO | | $1,083.75 | | Payable to WBIX AM |
| 12/16/2004 DEP | | BBDO | | $765.00 | | Payable to WBIX AM |
| | | *Deposit* | | *$1,848.75* | *$13,022.00* | |
| 1/6/2005 DEP | | Mullen | | $1,275.00 | | |
| 1/20/2005 DEP | | Werneken.com | | $2,550.00 | | |
| | | *Deposit* | | *$3,825.00* | *$16,847.00* | |
| 1/15/2005 DEP | | City of Manchester | | $3,430.00 | | |
| | | *Deposit* | | *$3,430.00* | *$20,277.00* | |
| 2/25/2005 DM | | check deposited on | $3,430.00 | | | |
| | | on City of Manchester | | | | |
| | | Payment Stopped | | | | |
| 2/25/2005 DM | | 2/23/2005 | | | | |
| | | Dick Sharpe | $566.90 | | | |
| | | Bank Fee | $7.00 | | | |
| | | **Totals Withdrawals** | **$4,003.90** | | | |
| | | **Total Deposits** | | **$20,277.00** | | |
| | | | | **$16,273.10** | **Ending Balance** | |

#9 WBIX - EGAN - LMA

| Date | Ck # | Payor/Payee | Debits | Credits | Balance | Narrative |
|---|---|---|---|---|---|---|
| 12/15/2004 | 1133414 $3430 Returned Stopped Payment) | City of Manchester NH (check for | | $3,630.00 | | Ck to WBIX AM re: AV10448 |
| 12/2/2004 | 57850 | Dennis Burke Inc. | | $2,468.00 | | Ck to WBIX - Egan |
| **12/23/2004** | | **Deposit** | | **$6,098.00** | **$6,098.00** | |
| 1/5/2004 | | Clark American Chk. Order 050101 | $53.61 | | $6,044.39 | |
| 1/18/2005 DEP | | 1-800-East West Mortgage | | 2,040.00 | | |
| **5/3/2005** | | **Deposit** | | **2,040.00** | **8,084.39** | |
| 5/6/2005 DM | | Payment was stopped on check deposited on 5/3/05 from East West Mortgage | $2,040.00 | | | |
| 5/6/2005 DM | | Stop payment fee | $7.00 | | $6,037.39 | |
| | | **TOTALS** | **$2,100.61** | **$8,138.00** | **$6,037.39** | |
| | | | *Totals Withdrawals* | *Total Deposits* | *Ending Balance* | |

IOLTA Accou 036552-2    Trust #2

| Date | ID | Tran Type | Amount | DEBITS | CREDITS | Balance Narrative |
|---|---|---|---|---|---|---|
| 12/6/2004 | 35152 | CR | 2,240.00 | 2,240.00 | 0 | 2,240.00 ck from Banner Seventeen LLC (dba Boston Celtics) memo: acct 250910-batch 16308 |
| 12/15/2004 | 35331 | CR | 16,430.87 | 16,430.87 | 0 | 18,670.87 Ck from Winslow Evan & Crocker over Oct 04 Override FPPS |
| 12/15/2004 | 35358 | CH | 15,526.84 | 0 | -15,526.84 | 3,144.03 Ck #1438 to BCBS of Mass for Group #006620162 11/15-12/15/04 |

| Date | ID | Tran Type | Amount | Pool DR | Pool CR | Pool Bal Invest DR | Balance Narrative |
|---|---|---|---|---|---|---|---|
| 12/6/2004 | 35152 | CR | 2,240.00 | 2,240.00 | 0 | 2,240.00 | ck from Banner Seventeen LLC (dba Boston Celtics) memo: acct 250910-batch 16308 |
| 12/15/2004 | 35331 | CR | 16,430.87 | 16,430.87 | 0 | 18,670.87 | Ck from Winslow Evan & Crocker over Oct 04 Override FPPS |
| 12/15/2004 | 35358 | CH | 15,526.84 | 0 | -15,526.84 | 3,144.03 | Ck #1438 to BCBS of Mass for Group #006620162 11/15-12/15/04 |
| 12/23/2004 | 35542 | CR | 322.72 | 322.72 | 0 | 3,466.75 | langer broadcasting payroll |
| 12/23/2004 | 35543 | CR | 992 | 992 | 0 | 4,458.75 | Perspectived Broadcasting |
| 12/23/2004 | 35544 | CR | 253.61 | 253.61 | 0 | 4,712.36 | wire from langer broadcasting corp |
| 12/23/2004 | 35545 | CR | 4,528.36 | 4,528.36 | 0 | 9,240.72 | wire from FPPS Management Inc. |
| 12/23/2004 | 35546 | CR | 51,803.14 | 51,803.14 | 0 | 61,043.86 | wire from Shared Visions Inc. |
| 12/23/2004 | 35547 | CR | 22,316.13 | 22,316.13 | 0 | 83,359.99 | wire from APAM Allocation Plus |
| 12/30/2004 | 35610 | CH | 38,800.00 | 0 | -38,800.00 | 44,559.99 | Payroll taxes wired to ADP ($3800 APAM #2, $12000 FPM, $23000 FPPS) per R. Pedone. Iw |
| 12/30/2004 | 35611 | CH | 28,415.00 | 0 | -28,415.00 | 16,144.99 | #4 Financial Perspectives Mgmt Co Ck to cover payroll expenses deposited in Account |
| 12/30/2004 | 35612 | CH | 13,000.00 | 0 | -13,000.00 | 3,144.99 | Ck to cover payroll expenses for APAM per R. |
| 2/11/2005 | | | 1646.04 | 0 | -1646.04 | 1,498.95 | Pedone. |
| | | | | 117,557.70 | -112,914.72 | | |

| Date | Check | Type | Amount | Total Deposits | Total Withdrawals | Ending Balance | Description |
|---|---|---|---|---|---|---|---|
| 12/6/2004 | 35152 | CR | 2,240.00 | 2,240.00 | 0 | 2,240.00 | ck from Banner Seventeen LLC (dba Boston Celtics) memo: acct 250910-batch 16308 |
| 12/15/2004 | 35331 | CR | 16,430.87 | 16,430.87 | 0 | 18,670.87 | Ck from Winslow Evan & Crocker over Oct 04 Override FPPS |
| 12/15/2004 | 35358 | CH | 15,526.84 | 0 | -15,526.84 | 3,144.03 | Ck #1438 to BCBS of Mass for Group #0006620162 11/15-12/15/04 |
| 12/23/2004 | 35542 | CR | 322.72 | 322.72 | 0 | 3,466.75 | langer broadcasting payroll |
| 12/23/2004 | 35543 | CR | 992 | 992 | 0 | 4,458.75 | Perspectived Broadcasting |
| 12/23/2004 | 35544 | CR | 253.61 | 253.61 | 0 | 4,712.36 | wire from langer broadcasting |
| 12/23/2004 | 35545 | CR | 4,528.36 | 4,528.36 | 0 | 9,240.72 | wire from FPPS Management Inc. |
| 12/23/2004 | 35546 | CR | 51,803.14 | 51,803.14 | 0 | 61,043.86 | wire from Shared Visions Inc. |
| 12/23/2004 | 35547 | CR | 22,316.13 | 22,316.13 | 0 | 83,359.99 | wire from APAM Allocation Plus |
| 12/30/2004 | 35610 | CH | 38,800.00 | 0 | -38,800.00 | 44,559.99 | Payroll taxes wired to ADP ($3800 APAM #2, $12000 FPM, $23000 FPPS) per R. Pedone. lw |
| 12/30/2004 | 35611 | CH | 28,415.00 | 0 | -28,415.00 | 16,144.99 | Ck to cover payroll expenses deposited in Account #4 Financial Perspectives Mgmt Co |
| 12/30/2004 | 35612 | CH | 13,000.00 | 0 | -13,000.00 | 3,144.99 | Ck to cover payroll expenses for APAM per R. Pedone. |
| 1/21/2005 | 36175 | CH | 1,004.91 | 0 | -1,004.91 | 2,140.08 | wire to ADP |
| 2/4/2005 | 36349 | CR | 28,205.31 | 28,205.31 | 0 | 30,345.39 | ck from D Vicianzo, receiver for Financial Perspectives Planning Svcs (401K) |
| 2/7/2005 | 36357 | CH | 28,205.31 | 0 | -28,205.31 | 2,140.08 | wire to Matrix Capital Bank (401k Plan Contributions) wire to ADP (Payroll Taxes for Financial |
| 2/11/2005 | 36409 | CH | 1,646.04 | 0 | -1,646.04 | 494.04 | Perspectives Planning Svcs) |

| TOTALS | | | | Total Deposits | Total Withdrawals | Ending Balance | |
|---|---|---|---|---|---|---|---|
| | | | | 127,092.14 | -126598.1 | 494.04 | |