100 Summer Street  
Boston, MA 02110  
(617) 345-1000  
Fax: (866) 947-1074  
Kevin M. Fitzgerald  
Direct Dial: (603) 628-4016  
E-Mail: kfitzgerald@nixonpeabody.com

September 15, 2006

Ms. Maryellen Molloy  
Chambers of the Honorable Nancy Gertner  
United States District Court  
of the District of Massachusetts  
John Joseph Moakley United States Courthouse  
1 Courthouse Way, Suite 2300  
Boston, MA 02210

RE: U.S. Securities and Exchange Commission v. Bradford C. Bleidt, et al  
Civil Action No. 0412415-NG

Dear Maryellen:

The Second Interim Application for Compensation of the Receiver in this case has been electronically filed with the Court today. As has been our practice throughout this case, in addition to electronic service upon all parties of record, we are also mailing copies of this filing to all victims of Mr. Bleidt's fraud for their review and encouraging them to communicate with the Court with respect to any concerns or objections they may have. As a courtesy to these victims, therefore, the Receiver asks that, even in the absence of objections within the usual 14 day period, the Court not enter its order on this application for thirty (30) days or until October 16, 2006. The Receiver's understanding, however, that the United States Securities and Exchange Commission has no objection to the relief sought by the Second Interim Application.

Please feel free to call if you have additional questions or concerns the Court may have. Thank you for your assistance.

Sincerely yours,

/s/Kevin M. Fitzgerald

cc: Counsel of record by Electronic Mail  
    Richard L. Gemma by First Class Mail

10127519.1