UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br><br>Plaintiff, )<br><br>v. )<br><br>BRADFORD C. BLEIDT and )<br>ALLOCATION PLUS ASSET MANAGEMENT )<br>COMPANY, INC. )<br><br>Defendants. ) | Case No. CA-04-12415-NG |

## SECOND INTERIM APPLICATION OF ANCILLARY RECEIVER
## FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Pursuant to the Court's March 22, 2006 Order for Appointment, David J. Fine, the

Court-appointed Ancillary Receiver, hereby submits his Second Interim Application for

Compensation and Reimbursement of Expenses.

Through this Application, Ancillary Receiver Fine seeks entry of an order:

1.　　awarding him a total of $107,075.65, consisting of

    a.　　$99,642.50 as compensation for legal services rendered during the

period from June 2, 2006 through September 15, 2006 (the "Application Period"); plus

b.    $7,433.15 for reimbursement of reasonable and actual out-of-pocket expenses incurred during the Application Period; and

2.    authorizing him to withdraw the amount awarded from the special fiduciary IOLTA account described in paragraphs 23 and 24 of the Ancillary Receiver's First Interim Report.

In support of this Application, the Ancillary Receiver submits, and relies on, the following:

1.    the Ancillary Receiver's Second Interim Report, submitted simultaneously herewith. This Report describes, in narrative form, the legal services performed by Ancillary Receiver Fine and the attorneys, Melanie L. Oxhorn and Susan L. Thorner, and the paralegal/legal assistant, Emily DeGraff Bass, working with him on this matter, during the Application Period.

2.    Exhibit A to this Application:  profiles of Ancillary Receiver Fine, attorney Melanie L. Oxhorn, attorney Susan L. Thorner, and paralegal/legal assistant Emily DeGraff Bass.

3.    Exhibits B through E to this Application:  day-by-day itemization of work done respectively during the Application Period by Ancillary Receiver Fine (Exhibit B); attorney Oxhorn (Exhibit C); attorney Thorner (Exhibit D); and paralegal/legal assistant Bass (Exhibit E).

2

4.      Exhibit F to this Application:  itemization of out-of-pocket expenses during the Application Period.

Further, Ancillary Receiver Fine states that he arrived at the amount of compensation for legal services he is seeking in this Application ($99,642.50) as follows:  First, he took the total number of hours worked during the Application Period by Melanie L. Oxhorn, Susan Thorner and himself (166.0 + 150.0 + 21.9 = 337.9) and multiplied that total by the hourly rate ($275/hour) approved for Ancillary Receiver Fine and senior lawyers working with him in paragraph 8.b. of the Court's March 22, 2006 Order for Appointment (337.9 x $275/hour = $92,922.50).  Second, he took the hours worked during the Application Period by Emily DeGraff Bass (84.0) and multiplied that by the hourly rate ($80/hour) approved for paralegals and legal assistants in the foregoing paragraph of the Court's March 22, 2006 Order (84.0 hours x $80/hour = $6,720.00). Third, Ancillary Receiver Fine added the foregoing figures to arrive at the total compensation amount he is seeking ($92,922.50 + $6,720.00 = $99,642.50).

There is currently $255,788.99 of Bleidt victim funds in the special IOLTA fiduciary litigation account described in paragraphs 23 and 24 of the Ancillary Receiver's First Interim Report.  (This $255,788.99 is the balance of the victim funds remaining after the Ancillary Receiver withdrew $146,966.90 of the $402,755.89 in the account as of June 14, 2006, as authorized by the Court's July 11, 2006 Order allowing the Ancillary Receiver's First Application for Compensation and Reimbursement Expenses.) Accordingly, if the Court allows the Ancillary Receiver's present Application, the balance of victim funds remaining in the special litigation account would be $148,713.34 ($255,788.99 less $107,075.65).

3

In accordance with paragraph 8.b. of the Court's March 22, 2006 Order for Appointment, Ancillary Receiver Fine submitted this Application to counsel for the SEC for review and approval as to reasonableness, prior to filing this Application with the Court. In addition, Ancillary Receiver Fine is serving this Application on all parties who have filed appearances in this case and, without exhibits, on the 125 Bleidt victims identified by the SEC and Nixon Peabody in connection with the settlement with the broker-dealers.

Dated: November 17, 2006

Respectfully submitted,

David J. Fine, BBO #165120
Law Offices of David J. Fine
3 Center Plaza, Suite 400
Boston, MA 02108-2003
(617) 720-2941

Ancillary Receiver

4

Exhibit A:
Profiles

### David J. Fine

Litigator with over 30 years experience. Has handled a wide range of litigation matters including suits against banks and suits involving claims of unfair and deceptive acts and practices by lenders and mortgagees.

Law clerk, United District Court Judge John F. Dooling, Jr., EDNY, September 1973 - August 1974.
Associate, Paul, Weiss, Rifkind, Wharton & Garrison, New York, New York, September 1974 - March 1976.
Partner, Rosenberg, Baker & Fine and Baker & Fine, Cambridge, Massachusetts, April 1976 - December 1982.
Partner, Silverglate, Gertner, Baker & Fine, and successor firms, Boston, Massachusetts, January 1983 - May 1993.
Partner, Dangel & Fine, Boston, Massachusetts, June 1993 - July 2001.
Proprietor, Law Offices of David J. Fine, Boston, Massachusetts, August 2001 - present.

Yale College, B.A., summa cum laude, 1970.
Harvard Law School, J.D., magna cum laude, 1973.


### Melanie L. Oxhorn

Litigation with broad experience in handling complex and difficult issues in a variety of legal settings.

Law Clerk, U.S. Court of Appeals, Second Circuit, Judge Jon O. Newman, Hartford, Connecticut, August 1994 - July 1995.
Associate, Professor Laurence H. Tribe, Harvard Law School, Cambridge, Massachusetts, September 1995 - October 1996.
Associate, Wachtell, Lipton, Rosen & Katz, New York, New York, November 1996 - December 1997.
Associate, Mayer, Brown & Platt, New York, New York, January 1998 - March 2000.
Assistant Solicitor General, New York State Office of the Attorney General, New York, New York, April 2000 - April 2006.
Private Practice, May 2006- present.

Yale College, B.A., summa cum laude, 1991.
Harvard Law School, J.D., magna cum laude, 1994.

Susan L. Thorner

Business lawyer with over 30 years experience in negotiating strategic alliances, licensing, corporate finance, mergers and acquisitions, corporate governance, regulatory compliance, human resources issues and litigation management.

Associate (1974 - 1982) and Partner (1982 - 1988) at Hughes, Hubbard & Reed, New York, New York.

Partner, Morrison & Foerster, San Francisco, California, 1988 - 1994.

Director, Corporate Law, Apple Computers, Inc., Cupertino, California, 1994 - 1998.

Director of Legal Affairs, Ross Stores, Inc., Pleasanton, California, 1998 - 1999.

Special Counsel, Farella Braun & Martel, San Francisco, California, 1999 - 2001.

Vice President, Special Counsel and Corporate Secretary, Abgenix, Inc., Fremont, California, 2001 - 2005.

Private Practice, Oakland, California, 2005 - present.

Brandeis University, A.B., magna cum laude, 1970.
Harvard Law School, J.D., 1974.


Emily DeGraff Bass

Emily DeGraff Bass handled a wide range of litigation-related paralegal and legal assistant projects in over six years of work with lawyers in Boston.

Law Offices of Marc Redlich, 1999 - 2000.
Robinson & Cole, LLP, 2000 - 2002.
Elizabeth C. Kelly, Esq., 2004 - 2005
Law Offices of David J. Fine, March 2005 - September 2006.

Lincoln High School, Lincoln, Nebraska, diploma, 1997.

Exhibit B:
Hours Worked By David J. Fine

| Date | Description | Hours |
|------|-------------|-------|
| 6/5/06 | telecon w/M. Perillo; related work | 0.2 |
| 6/6/06 | fact research | 0.1 |
| 6/7/06 | fact research | 0.1 |
| 6/8/06 | meeting re fact research | 2.0 |
| 6/9/06 | factual research | 0.7 |
| 6/10/06 | legal research; work re docs. | 0.6 |
| 6/12/06 | factual research | 0.4 |
| 6/13/06 | telecon w/M. Heyison; factual research; letter to M. Heyison | 1.0 |
| 6/14/06 | fact research; telecons w/victims | 0.8 |
| 6/16/06 | review docs. from M. Heyison, related work | 0.3 |
| 6/19/06 | review docs.; factual research | 1.7 |
| 6/20/06 | legal research | 2.5 |
| 6/22/06 | legal research | 0.4 |
| 6/23/06 | factual research; telecon w/attorney for victim | 0.9 |
| 6/26/06 | factual research; letter to M. Heyison | 0.9 |
| 6/27/06 | factual research | 0.5 |
| 6/28/06 | telecon w/S. Thorner re legal research needed; fax to S. Thorner | 1.0 |
| 6/29/06 | e-mail to S. Thorner; letter to S. Thorner | 0.7 |

| Date | Description | Hours |
|------|-------------|-------|
| 7/2/06 | reading e-mail from S. Thorner; replying; telecon w/S. Thorner re research issues | 0.8 |
| 7/3/06 | e-mail to victim | 0.2 |
| 7/5/06 | reading S. Thorner e-mail; reading letter from M. Heyison; legal research; telecon w/S. Thorner | 1.1 |
| 7/6/06 | telecons w/ M. Heyison, S. Reilly; e-mail to M. Oxhorn; factual research; letter to M. Heyison | 2.7 |
| 7/7/06 | telecon w/M. Oxhorn re research needed; e-mail to S. Thorner re research approaches to pursue; related work | 3.7 |
| 7/9/06 | legal research; factual research | 3.0 |
| 7/10/06 | factual research; legal research; telecons w/S. Thorner, M. Perillo | 2.7 |
| 7/11/06 | legal research; factual research; e-mail to M. Oxhorn; review new docs. from Sovereign | 4.2 |
| 7/12/06 | legal research; inspecting docs. from SEC; organizing papers | 4.3 |
| 7/13/06 | legal research; telecon w/M. Oxhorn; viewing docs. at SEC | 6.1 |
| 7/14/06 | legal research; telecon w/M. Oxhorn; related work | 3.3 |
| 7/15/06 | legal research; fact research | 3.2 |
| 7/17/06 | telecon w/M. Perillo; legal research; factual research; organizing docs. | 5.2 |
| 7/18/06 | legal research; meeting w/M. Perillo, T. Jordan; factual research; prep. for meeting w/Sovereign | 5.9 |

| Date | Description | Hours |
|------|-------------|-------|
| 7/19/06 | prep. for meeting; conference w/M. Oxhorn; meeting w/Sovereign v.p. G. Deutsch, counsel M. Heyison, M. Oxhorn, E. Bass | 4.8 |
| 7/20/06 | e-mail to M. Heyison; e-mail to M. Oxhorn; related work | 1.2 |
| 7/21/06 | telecon w/M. Heyison; e-mails to M. Oxhorn; factual research | 2.4 |
| 7/22/06 | memo to E. Bass re work needed; related work | 0.6 |
| 7/23/06 | factual research; e-mail to M. Oxhorn | 0.4 |
| 7/25/06 | legal research; factual research; telecons w/M. Oxhorn, AUSA M. Balthazard; drafting amended tolling agreement, sending to M. Heyison; letter to S. Reilly; e-mail to victim | 3.2 |
| 7/27/06 | prepare and send revised tolling agreement | 0.4 |
| 7/28/06 | e-mail status report to Bleidt victim for distribution; e-mail to M. Heyison; factual research | 1.9 |
| 7/30/06 | reading e-mail from M. Oxhorn; e-mail to Bleidt victim | 0.5 |
| 7/31/06 | reviewing tolling agreement; begin drafting Complaint against Sovereign; e-mails to M. Oxhorn | 3.5 |
| 8/2/06 | legal research; factual research; telecon w/Bleidt victim | 2.6 |
| 8/3/06 | telecon w/M. Oxhorn; telecon w/attorney for victim; e-mail to M. Perillo | 1.1 |

| Date | Description | Hours |
|------|-------------|-------|
| 8/4/06 | e-mail to victim's attorney; telecon w/victim; related work | 0.6 |
| 8/7/06 | telecon w/attorneys for victims; legal research; fact research | 0.7 |
| 8/8/06 | factual research | 0.3 |
| 8/9/06 | legal research; factual research; telecon w/victim | 0.9 |
| 8/10/06 | prep. for meeting; meeting w/T. Jordan, M. Perillo | 1.6 |
| 8/11/06 | work on Complaint against Sovereign | 1.3 |
| 8/13/06 | reading e-mails from M. Oxhorn; work on Complaint; telecon w/M. Oxhorn | 7.0 |
| 8/14/06 | completing draft of Complaint, circulating; sending draft to M. Heyison | 7.7 |
| 8/15/06 | reviewing draft Complaint; communicating w/ attorneys for victims; telecon w/T. Jordan | 3.8 |
| 8/16/06 | communicating w/victim, victims' attorneys; telecon w/M. Oxhorn re research needed; getting Complaint into final form; discs. w/ E. Bass re filing Complaint on 8/17/06 | 3.8 |
| 8/22/06 | work re serving Complaint on Sovereign; telecon w/victim; e-mail to victim; factual research | 2.5 |
| 8/23/06 | legal research; e-mails to victims; telecon w/victim | 1.2 |
| 8/28/06 | e-mail to attorney for victim | 0.1 |

4

| Date | Description | Hours |
|------|-------------|-------|
| 8/29/06 | fact research; letter to attorney for victim | 1.5 |
| 8/30/06 | work on 93A letter to BOA; legal research; telecon w/Sovereign attorney B. Stern | 3.8 |
| 8/31/06 | work on 93A letter; legal research; telecon w/attorney B. Stern; telecon w/attorney for victim | 2.4 |
| 9/1/06 | factual research; e-mail to T. Jordan | 1.6 |
| 9/2/06 | work on 93A letter to BOA | 4.6 |
| 9/4/06 | work on 93A letter to BOA | 2.4 |
| 9/5/06 | work on 93A letter; legal research; e-mail to M. Perillo; e-mail to M. Oxhorn; discuss w/ E. Bass re work needed | 3.1 |
| 9/6/06 | work on 93A letter; legal research; e-mail to M. Oxhorn; telecons w/M. Perillo, M. Oxhorn; fact research | 6.2 |
| 9/7/06 | work on 93A letter; telecon w/victim | 3.1 |
| 9/8/06 | work on 93A letter; completing, circulating draft | 2.8 |
| 9/10/06 | reading mem. from M. Oxhorn; work on 93A letter; e-mail to M. Oxhorn | 1.9 |
| 9/11/06 | legal research; work on 93A letter; telecons w/M. Perillo, T. Jordan | 2.6 |
| 9/12/06 | work on 93A letter; telecons w/Bleidt victims | 5.7 |
| 9/13/06 | complete drafting 93A letter to BOA; telecon w/Bleidt victim | 3.9 |

| Date | Description | Hours |
|------|-------------|-------|
| 9/14/06 | making corrections on 93A letter; putting letter into final form, sending; e-mail to Bleidt victim; telecons w/ M. Perillo, M. Oxhorn, Bleidt victims, attorney for Bleidt victim | 3.1 |
| 9/15/06 | work on 93A letter to Sovereign; fact research; reading mem. from M. Oxhorn; e-mail to Bleidt victims | 2.2 |
| | Total Hours: | 166.0 |

6

Exhibit C:
Hours Worked By Melanie L. Oxhorn

| Date | Description | Hours |
|------|-------------|-------|
| 7/706 | phone call with D. Fine re case background; legal and factual research for Bank of America litigation; review relevant documents/materials in case file | 2.0 |
| 7/8/06 | legal and factual research for Bank of America litigation; prepare notes for memorandum re results of research and analysis | 2.4 |
| 7/9/06 | continued legal and factual research; prepare notes for memorandum describing and evaluating results from research | 1.1 |
| 7/10/06 | draft memorandum to D. Fine summarizing research and evaluating the potential implications for Bank of America litigation; additional legal and factual research | 2.0 |
| 7/11/06 | revise draft memorandum to D. Fine; e-mail exchange with D. Fine; follow-up legal and factual research in Bank of America litigation | 4.4 |
| 7/12/06 | continued legal and factual research for Bank of America litigation; note-taking for memorandum discussing and analyzing research | 2.9 |
| 7/13/06 | phone call with D. Fine re pending issues being researched and analyzed; further legal research; prepare notes analyzing the issues to be discussed in memorandum | 4.0 |
| 7/14/06 | completion of legal research; continued analysis of issues to be addressed in memorandum | 3.7 |

| Date | Description | Hours |
|------|-------------|-------|
| 7/15/06 | complete and circulate memorandum re research issues and analysis thereof for Bank of America litigation, attaching relevant documents | 3.3 |
| 7/17/06 | follow-up factual research for Bank of America litigation; distribute results of research to D. Fine | 2.6 |
| 7/18/06 | factual research relating to Sovereign Bank's role in Bleidt's fraudulent transactions; distribute research material to D. Fine; review documents in preparation for upcoming meeting with Sovereign Bank's counsel | 4.1 |
| 7/19/06 | travel to and attend meeting with opposing counsel from Sovereign Bank; post-meeting discussion with D. Fine of issues requiring further research and analysis for claims to be asserted against bank in complaint; review case file materials received | 3.8 |
| 7/20/06 | legal and factual research on issues from meeting with counsel for Sovereign Bank; factual research; review case documents and other materials | 2.4 |
| 7/21/06 | continued legal research; complete and distribute to D. Fine memorandum | 3.1 |
| 7/24/06 | factual and legal research re possible claims to be filed against Sovereign Bank | 2.0 |

| Date | Description | Hours |
|------|-------------|-------|
| 7/25/06 | phone call with D. Fine re issues for analysis and research; factual research | 1.8 |
| 7/26/06 | complete and distribute memorandum to D. Fine | 2.8 |
| 7/27/06 | legal research and analysis re Sovereign Bank liability issues; prepare notes concerning points to be addressed in memorandum | 4.0 |
| 7/28/06 | legal research; continue to prepare notes for memorandum on those issues previously discussed with D. Fine | 4.7 |
| 7/29/06 | continued legal research and preparation of notes for drafting of memorandum on the aforementioned issues; e-mail to D. Fine responding to an earlier factual question | 3.8 |
| 7/30/06 | legal research; begin to draft memorandum discussing research results and the implications for Sovereign Bank litigation | 4.5 |
| 7/31/06 | continued legal research; complete and distribute to D. Fine memo analyzing and researching issues for Sovereign Bank litigation | 3.8 |
| 8/1/06 | e-mail exchange with E. Bass re latest memorandum circulated; review research materials faxed from E. Bass | 1.6 |
| 8/3/06 | phone call with D. Fine re follow-up issues for research and analysis concerning potential claims against Sovereign Bank; draft notes and outline on issues; legal and factual research | 3.2 |

| Date | Description | Hours |
|------|-------------|-------|
| 8/4/06 | continued legal and factual research and analysis re follow-up issues discussed with D. Fine the previous day; draft initial sections of memorandum addressing those issues | 4.4 |
| 8/5/06 | legal and factual research and analysis re initial set of follow-up issues; draft additional sections of the memorandum addressing those issues | 4.2 |
| 8/6/06 | complete and circulate memorandum discussing results of research and analyzing their implications for initial set of follow-up issues | 3.8 |
| 8/7/06 | legal research and analysis of remaining set of follow-up issues to be discussed and analyzed in a separate memorandum to be drafted | 4.0 |
| 8/8/06 | complete and circulate memorandum analyzing the second set of follow-up issues discussed with D. Fine | 4.7 |
| 8/12/06 | review prior memoranda and documents; e-mail to D. Fine re claims for Sovereign Bank complaint; review and send him article | 2.3 |
| 8/13/06 | e-mail exchange with D. Fine re claims that might be asserted in a complaint against Sovereign Bank; legal research regarding viability of such claims | 0.4 |
| 8/14/06 | review and comment upon draft Sovereign Bank complaint | 0.8 |
| 8/16/06 | phone call with D. Fine re research and analysis; legal research and analysis as discussed | 3.5 |
| 8/17/06 | e-mail exchange with D. Fine containing factual information re Sovereign Bank's interactions with Bleidt; legal research and analysis | 2.5 |
| 8/18/06 | factual and legal research; draft preliminary sections of memorandum; accumulate, review and organize supporting documents and materials | 4.5 |

4

| **Date** | Description | Hours |
|---|---|---|
| 8/19/06 | legal and factual research; draft further sections of memorandum | 3.8 |
| 8/20/06 | legal and factual research; draft additional sections of memorandum | 4.4 |
| 8/21/06 | complete and circulate memorandum together with relevant research materials | 3.8 |
| 8/29/06 | e-mail exchange with D. Fine following up on memorandum and need for further research | 0.1 |
| 8/30/06 | phone conversation with D. Fine re follow-up research; legal research; draft memorandum on this research and its implications for both bank cases | 4.2 |
| 8/31/06 | complete and circulate memorandum addressing legal research | 2.9 |
| 9/1/06 | legal research | 3.0 |
| 9/2/06 | continued legal research | 2.2 |
| 9/4/06 | draft memorandum | 2.6 |
| 9/5/06 | e-mail exchange with D. Fine re research; legal research; complete and circulate memorandum | 1.6 |
| 9/6/06 | e-mail exchange with D. Fine re results from research; review and take notes on document attached to D. Fine e-mail | 0.7 |
| 9/8/96 | review and take notes on draft demand letter from D. Fine to Bank of America pursuant to Mass. G.L. ch. 93A (Consumer Protection Act); e-mail to D. Fine with initial suggestions on draft | 1.6 |
| 9/9/06 | draft memorandum; e-mail exchange with D. Fine with status report on legal research and analysis | 2.4 |

| Date | Description | Hours |
|------|-------------|-------|
| 9/10/06 | e-mail exchange with D. Fine re Bleidt's SEC filings for APAM; complete and circulate mark-up of draft ch. 93A demand letter to Bank of America | 1.4 |
| 9/11/06 | phone call with D. Fine on further research and analysis needed; legal research on those issues discussed | 3.3 |
| 9/13/06 | review final version of ch. 93A demand letter sent to Bank of America | 0.4 |
| 9/14/06 | phone conversation with D. Fine re status of legal research; complete and circulate memorandum | 3.5 |
| | **Total Hours:** | 150.0 |

Exhibit D:
## Hours Worked By Susan L. Thorner

| Date | Description | Hours |
|------|-------------|-------|
| 6/28/06 | telecon w/ D. Fine re legal theories, research needed; initial research; e-mails to D. Fine re research | 2.5 |
| 6/29/06 | continued research; e-mail to D. Fine | 2.0 |
| 6/30/06 | continued research; e-mail to D. Fine re fact issues | 5.0 |
| 7/1/06 | legal research | 1.5 |
| 7/2/06 | telecon w/D. Fine regarding results of research, issues, potential arguments | 0.8 |
| 7/3/06 | legal research | 2.6 |
| 7/4/06 | continued research; sending interim report on research to D. Fine | 1.5 |
| 7/5/06 | telecon w/D. Fine re research | 0.3 |
| 7/6/06 | continued research | 1.5 |
| 7/7/06 | legal research | 4.5 |
| 7/8/06 | prepare and send report to D. Fine | 0.4 |

Total Hours:    21.6

Exhibit E:
Hours Worked By Emily DeGraff Bass

| Date | Description | Hours |
|------|-------------|-------|
| 6/8/06 | factual research | 1.5 |
| 6/12/06 | factual research | 3.6 |
| 6/13/06 | factual research | 1.2 |
| 6/14/06 | factual research; disc. w/D. Fine; sending papers to victims | 3.2 |
| 6/15/06 | factual research; disc. w/D. Fine | 1.8 |
| 6/19/06 | factual research | 2.5 |
| 7/6/06 | factual research; work re letter to M. Heyison | 1.8 |
| 7/16/06 | work re: M. Oxhorn mem. | 0.1 |
| 7/17/06 | analyzing documents; begin making detailed chart | 3.5 |
| 7/18/06 | document review at SEC; related work | 2.5 |
| 7/19/06 | meeting with D. Fine, M. Oxhorn, G. Deutsch, M. Heyison; post-meeting discussion | 2.0 |
| 7/20/06 | continue working on chart | 3.0 |
| 7/24/06 | organizing papers | 0.8 |
| 7/25/06 | work re Tolling Agreement; work re letter to S. Reilly | 1.1 |
| 7/26/06 | work re letter to S. Thorner, mem. from M. Oxhorn | 0.1 |
| 7/27/06 | work re Tolling Agreement | 0.3 |
| 7/31/06 | work re Tolling Agreement | 0.3 |
| 8/1/06 | work re analyzing docs.; cataloging docs. | 1.3 |

| Date | Description | Hours |
|------|-------------|-------|
| 8/2/06 | work re analyzing docs.; formulating questions | 2.2 |
| 8/6/06 | work re M. Oxhorn mem. | 0.1 |
| 8/8/06 | continuing to analyze docs., formulate questions | 3.5 |
| 8/9/06 | work re documents | 4.0 |
| 8/14/06 | work re M. Oxhorn mem. | 0.1 |
| 8/17/06 | file Sovereign Complaint at U.S.D.C. | 2.0 |
| 8/21/06 | work re M. Oxhorn mem. | 0.1 |
| 8/22/06 | work re serving Summons and Complaint on Sovereign; factual research; related work | 7.0 |
| 8/23/06 | work on chart, documents | 4.3 |
| 8/24/06 | work on chart | 5.0 |
| 8/28/06 | work on chart | 3.5 |
| 8/29/06 | work on chart, other fact work | 4.5 |
| 8/31/06 | work re questions; disc. w/D. Fine | 0.6 |
| 9/5/06 | inventory, organize docs.; work re 93A letter to BOA | 6.0 |
| 9/6/06 | work re 93A demand letter | 4.8 |
| 9/7/06 | work re 93A demand letter; analyzing docs.; mem. to D. Fine | 1.8 |
| 9/8/06 | work re 93A demand letter | 2.5 |
| 9/11/06 | work re 93A demand letter | 0.2 |
| 9/12/06 | work re 93A demand letter | 1.7 |
| | Total Hours: | 84.0 |

Exhibit F:
Itemization of Out-of-Pocket Expenses

| | | |
|---|---|---|
| 8/17/06 | Fee for filing Complaint in Fine et al., v. Sovereign Bank, Civil Action No. 06-11450-NG | $250.00 |
| 7/13/06 | Fee to bank expert for consultant services | 7,000.00 |
| 6/2/06-9/15/06 | Copying expense regarding communications with Bleidt victims | 98.42 |
| 6/2/06- 9/15/06 | Hand deliveries to victims and opposing counsel | 84.73 |
| | Total: | $7,433.15 |