UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) | |
| Plaintiff, ) | |
| v. ) | Case No. CA-04-12415-NG |
| BRADFORD C. BLEIDT and ) ALLOCATION PLUS ASSET MANAGEMENT ) COMPANY, INC. ) | |
| Defendants. ) | |

### THIRD INTERIM APPLICATION OF ANCILLARY RECEIVER FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Pursuant to the Court's March 22, 2006 Order for Appointment, David J. Fine, the
Court-appointed Ancillary Receiver, hereby submits his Third Interim Application for
Compensation and Reimbursement of Expenses.

Through this Application, Ancillary Receiver Fine seeks entry of an order:

1.    awarding him a total of $94,592.95, consisting of

a.    $94,321.00 as compensation for legal services rendered during the
period from September 16, 2006 through February 28, 2007 (the "Application Period");
plus

        b.      $271.95 for reimbursement of reasonable and actual out-of-pocket expenses incurred during the Application Period; and

        2.      authorizing him to withdraw the amount awarded from the special fiduciary IOLTA account described in paragraphs 23 and 24 of the Ancillary Receiver's First Interim Report.

In support of this Application, the Ancillary Receiver submits, and relies on, the following:

        1.      the Ancillary Receiver's Third Interim Report, submitted simultaneously herewith. This Report describes, in narrative form, the legal services performed by Ancillary Receiver Fine, attorney Melanie L. Oxhorn, and paralegal/legal assistants Eve Elliott and Mai-Tal Kennedy, during the Application Period.

        2.      Exhibit A to this Application:  profiles of Ancillary Receiver Fine, attorney Melanie L. Oxhorn, and paralegal/legal assistants Eve Elliott and Mai-Tal Kennedy.

        3.      Exhibits B through E to this Application:  day-by-day itemization of work done respectively during the Application Period by Ancillary Receiver Fine (Exhibit B); attorney Oxhorn (Exhibit C); paralegal/legal assistant Elliott (Exhibit D); and paralegal/legal assistant Kennedy (Exhibit E).

4.     Exhibit F to this Application: itemization of out-of-pocket expenses during the Application Period.

Further, Ancillary Receiver Fine states that he arrived at the amount of compensation for legal services he is seeking in this Application ($94,592.95) as follows: First, he took the total number of hours worked during the Application Period by Melanie L. Oxhorn and himself (162.7 + 152.3 = 315.0) and multiplied that total by the hourly rate ($275/hour) approved for Ancillary Receiver Fine and senior lawyers working with him in paragraph 8.b. of the Court's March 22, 2006 Order for Appointment (315.0 x $275/hour = $86,625.00). Second, he took the hours worked during the Application Period by Eve Elliott (85.2) and Mai-Tal Kennedy (11.0) and multiplied that by the hourly rate ($80/hour) approved for paralegals and legal assistants in the foregoing paragraph of the Court's March 22, 2006 Order (96.2 hours x $80/hour = $7,696.00). Third, Ancillary Receiver Fine added the foregoing figures to arrive at the total compensation amount he is seeking ($86,625.00 + $7,696.00= $94,321.00).

There is currently $148,713.34 of Bleidt victim funds in the special IOLTA fiduciary litigation account described in paragraphs 23 and 24 of the Ancillary Receiver's First Interim Report. (This $148,713.34 is the balance of the victim funds remaining after the Ancillary Receiver withdrew $107,075.65 of the $255,788.99 in the account as of November 17, 2006, as authorized by the Court's December 1, 2006 Order allowing the Ancillary Receiver's Second Application for Compensation and Reimbursement of Expenses.) Accordingly, if the Court allows the Ancillary Receiver's present Application, the balance of victim funds remaining in the special litigation account would be $54,120.39 ($148,713.34 less $94,592.95).

In accordance with paragraph 8.b. of the Court's March 22, 2006 Order for Appointment, Ancillary Receiver Fine submitted this Application to counsel for the SEC for review and approval as to reasonableness, prior to filing this Application with the Court. In addition, Ancillary Receiver Fine is serving this Application on all parties who have filed appearances in this case and, without exhibits, on the 125 Bleidt victims identified by the SEC and Nixon Peabody in connection with the settlement with the broker-dealers.

Dated: April 11, 2007

Respectfully submitted,

David J. Fine, BBO #165120
Law Offices of David J. Fine
3 Center Plaza, Suite 400
Boston, MA 02108-2003
(617) 720-2941

Ancillary Receiver

4

Exhibit A:
Profiles

## David J. Fine

Litigator with over 30 years experience. Has handled a wide range of litigation matters including suits against banks and suits involving claims of unfair and deceptive acts and practices by lenders and mortgagees.

Law clerk, United District Court Judge John F. Dooling, Jr., EDNY, September 1973 - August 1974.

Associate, Paul, Weiss, Rifkind, Wharton & Garrison, New York, New York, September 1974 - March 1976.

Partner, Rosenberg, Baker & Fine and Baker & Fine, Cambridge, Massachusetts, April 1976 - December 1982.

Partner, Silverglate, Gertner, Baker & Fine, and successor firms, Boston, Massachusetts, January 1983 - May 1993.

Partner, Dangel & Fine, Boston, Massachusetts, June 1993 - July 2001.

Proprietor, Law Offices of David J. Fine, Boston, Massachusetts, August 2001 - present.

Yale College, B.A., summa cum laude, 1970.
Harvard Law School, J.D., magna cum laude, 1973.

## Melanie L. Oxhorn

Litigation with broad experience in handling complex and difficult issues in a variety of legal settings.

Law Clerk, U.S. Court of Appeals, Second Circuit, Judge Jon O. Newman, Hartford, Connecticut, August 1994 - July 1995.

Associate, Professor Laurence H. Tribe, Harvard Law School, Cambridge, Massachusetts, September 1995 - October 1996.

Associate, Wachtell, Lipton, Rosen & Katz, New York, New York, November 1996 - December 1997.

Associate, Mayer, Brown & Platt, New York, New York, January 1998 - March 2000.

Assistant Solicitor General, New York State Office of the Attorney General, New York, New York, April 2000 - April 2006.

Private Practice, May 2006- present.

Yale College, B.A., summa cum laude, 1991.
Harvard Law School, J.D., magna cum laude, 1994.

## Eve Elliott

Eve Elliott graduated from Mount Holyoke College with a B.A. in May 2006, and received a Paralegal Studies Program Certificate in September 2006 from Georgetown University.

Ms. Elliott worked as a paralegal and legal assistant for the Law Offices of David J. Fine from September 2006 to January 2007, and is currently employed as a paralegal by Foley Hoag LLP.

## Mai-Tal Kennedy

Ms. Kennedy graduated from Mount Holyoke College with a B.A., magna cum laude, in May 2006.

Ms. Kennedy worked as an immigration specialist for Kennedy Healthcare Recruiting, Inc. in Northampton, Massachusetts from June 2006 to January 2007, and has worked as a paralegal and legal assistant for the Law Offices of David J. Fine from January 2007 to the present.

Exhibit B:
Hours Worked By David J. Fine

| Date | Description | Hours |
|------|-------------|-------|
| 9/18/06 | work on 93A letter to Sovereign; factual research | 5.0 |
| 9/19/06 | communications w/ victims, victims' attorneys; sending 93A letter to Sovereign | 1.3 |
| 9/20/06 | fact research | 1.4 |
| 9/21/06 | fact research | 0.2 |
| 9/28/06 | telecons w/ victims; related work | 0.4 |
| 9/29/06 | e-mail to M. Oxhorn ("MO") | 0.1 |
| 10/03/06 | reading MO mem.; telecon w/ MO | 0.4 |
| 10/11/06 | communications w/ attorneys for victims | 0.5 |
| 10/12/06 | communications w/ victims | 0.7 |
| 10/14/06 | reading BOA response to 93A letter; related work | 0.2 |
| 10/16/06 | telecon w/ Bleidt victim | 0.2 |
| 10/18/06 | sending e-mails re BOA response to 93A letter; related work | 0.8 |
| 10/19/06 | drafting Amended Complaint against BOA; telecon w/ M. Heyison ("MH"); reading Sovereign response to 93A letter; communications w/ victims. victims' attorneys, MO | 4.8 |
| 10/20/06 | telecon w/ MH; communications w/ victim; legal research | 1.7 |
| 10/22/06 | reading MO mem. | 0.1 |
| 10/23/06 | telecon w/ MH | 0.1 |

| | | |
|---|---|---|
| 10/24/06 | work on Amended Compl. against BOA; review Sovereign draft mem. re counsel for class; communications w/ MO, victims | 5.8 |
| 10/25/06 | work on BOA Am. Compl.; telecons w/ MO, victims | 1.8 |
| 10/26/06 | putting BOA Am. Compl. into final form; work re filing BOA Am. Compl.; letter to S. Reilly ("SR") | 3.1 |
| 10/27/06 | telecons w/ SR, MH, victims, victim's attorney; related work | 2.1 |
| 10/28/06 | fact research | 0.3 |
| 10/29/06 | prep. for meeting; meeting w/ victims; fact research | 5.1 |
| 10/30/06 | telecon w/ MH; e-mail to victim; related work | 0.6 |
| 10/31/06 | telecons w/ SR, MH, victim | 0.3 |
| 11/05/06 | reading Sovereign motion to dismiss papers; telecon w/ MO | 0.5 |
| 11/07/06 | telecon w/ MO | 0.1 |
| 11/08/06 | e-mail to MO | 0.6 |
| 11/10/06 | reading MO's draft mem.; disc. w/ MO; related work | 0.9 |
| 11/15/06 | work on opp. to Sovereign motion to dismiss; telecons w/ victim, victim's attorney; e-mail to victim; factual research | 4.2 |
| 11/16/06 | completing draft of opp. to Sovereign motion to dismiss; sending draft to MO; revising draft; work re filing, serving; e-mails to M. Perillo, MO, victim | 5.0 |
| 11/21/06 | telecon w/ MH; telecon w/ victim; related work | 0.9 |
| 11/22/06 | work re dates of birth list | 0.1 |

2

| | | |
|---|---|---|
| 11/24/06 | reading Sovereign's reply in support of motion to dismiss; legal research | 0.9 |
| 11/26/06 | fact research | 0.2 |
| 11/27/06 | e-mail to MO; related work | 0.2 |
| 11/28/06 | telecons w/ MH; communications w/ victim, attorney for victim | 0.5 |
| 11/29/06 | telecons w/ SR; work re dates of birth list; related work | 1.2 |
| 11/30/06 | telecon w/ MH, B. Stern; related work | 0.3 |
| 12/01/06 | telecon w/ B. Stern; work re stipulation w/ Sovereign; telecon w/ attorney for victim; related work | 1.5 |
| 12/02/06 | e-mail to MO; related work | 0.3 |
| 12/03/06 | reading MO's mem.; e-mail to MO | 0.3 |
| 12/04/06 | telecon w/ B. Stern, MO; getting Sovereign stip. into final form and filed; work re fax to MO; related work | 1.9 |
| 12/05/06 | telecons w/ SR, M. Perillo, MO; letter to victims re dates of birth | 1.4 |
| 12/06/06 | reading MO's mem.; reading BOA's recusal motion papers; related work | 0.6 |
| 12/07/06 | work re amending Complaint against Sovereign; telecon w/ MO; telecon w/ attorney for victim | 4.6 |
| 12/08/06 | work re communications w/ victims | 0.1 |
| 12/09/06 | e-mails to MO | 0.1 |
| 12/11/06 | reading MO draft; telecon w/ SR; related work | 0.2 |
| 12/12/06 | e-mails to victim, M. Perillo; prepare draft stip.; related work | 0.8 |

| | | |
|---|---|---|
| 12/14/06 | e-mail to MO | 0.1 |
| 12/18/06 | telecons w/ M. Perillo | 0.2 |
| 12/19/06 | legal research; other work re opp. to BOA motion to dismiss; letter to M. Perillo | 3.6 |
| 12/20/06 | fact research | 0.3 |
| 12/21/06 | prep. for call; telecon w/ P. Koski, M. Perillo; letter to P. Koski, M. Perillo; telecon w/ MO | 2.3 |
| 12/22/06 | review Sovereign Answer to Amended Complaint; legal research | 0.5 |
| 12/23/06 | work on opp. to BOA motion to dismiss; legal research | 3.4 |
| 12/24/06 | work on opp. to BOA motion to dismiss | 1.6 |
| 12/26/06 | work on opp. to BOA motions to dismiss; legal research | 2.7 |
| 12/27/06 | work on mem.; e-mail to MO | 7.3 |
| 12/28/06 | reading MO's proposed revisions; work on mem.; telecon w/ victim | 4.9 |
| 12/29/06 | reading MO's proposed revisions; revising draft, putting into final form; work re filing, serving | 11.7 |
| 12/31/06 | reviewing mem.; organizing docs. | 0.4 |
| 1/1/07 | legal research | 0.3 |
| 1/2/07 | telecon w/ MO; work w/ E. Elliott re communications w/ victims | 0.8 |
| 1/3/07 | reading MO mem., related work | 0.1 |
| 1/4/07 | reading letter from victim's attorney, related work | 0.1 |
| 1/14/07 | work on sur-reply in opp. to BOA's motion to dismiss | 1.6 |

| 1/15/07 | work on sur-reply, e-mail to MO; reading MO's mem. | 1.0 |
| 1/16/07 | e-mail to MO; telecon w/ M. Perillo | 0.4 |
| 1/17/07 | work on sur-reply | 3.6 |
| 1/18/07 | work on sur-reply; telecon w/ SR; sending sur-reply draft to MO | 5.7 |
| 1/19/07 | reviewing MO's proposed revisions; working on sur-reply | 4.0 |
| 1/21/07 | work on sur-reply | 3.3 |
| 1/22/07 | work on sur-reply; drafting motion for leave to file; filing w/ Court | 4.7 |
| 1/24/07 | reviewing order granting leave to file sur-reply; filing sur-reply mem. and letter to clerk re correction; work w/ M. Kennedy re sending out copies | 1.3 |
| 1/25/07 | letter to SR enclosing paper copy of sur-reply; related work | 0.2 |
| 2/1/07 | prep. for conf. w/ B. Stern; telecon w/ MO; conf. call w/ B. Stern | 1.8 |
| 2/2/07 | reading e-mails from MO; e-mail to MO | 0.3 |
| 2/3/07 | e-mail to MO; related work | 0.1 |
| 2/4/07 | review MO's draft; work on Joint Statement; e-mail to MO | 0.3 |
| 2/5/07 | reading MO's e-mail; related work | 0.1 |
| 2/6/07 | e-mail to B. Stern | 0.1 |
| 2/7/07 | e-mail to MO; telecon w/ MO | 0.4 |
| 2/8/07 | work on Joint Statement | 2.4 |
| 2/9/07 | work on Joint Statement; e-mail draft to MH, B. Stern | 2.3 |

| | | |
|---|---|---|
| 2/10/07 | reading e-mail from MO | 0.1 |
| 2/12/07 | e-mail to MO; work on motion for expedited treatment | 0.7 |
| 2/13/07 | work on motion for expedited treatment; telecon w/ MH re Joint Statement; e-mail to MH | 1.3 |
| 2/14/07 | review Sovereign draft of Joint Statement; send draft motion for expedited treatment to MH, B. Stern; telecon w/ MO; telecon w/ MH; e-mail to MH; filing motion for expedited treatment | 2.4 |
| 2/15/07 | reviewing Joint Statement as filed; disc. w/ MK re sending out copies; review MO's draft mem.; e-mail to victim | 1.0 |
| 2/16/07 | telecons w/ MH, MO; related work | 0.4 |
| 2/17/07 | legal research; e-mail to MO | 1.0 |
| 2/19/07 | reading MO's mem.; telecon w/ MO; related work | 1.1 |
| 2/20/07 | reading MO's new mem.; e-mail to MO; related work | 1.0 |
| 2/21/07 | prep. for conf.; meet w/ MO; attending scheduling conference; e-mail to victim | 3.0 |
| 2/22/07 | telecon w/ M. Perillo | 0.1 |
| 2/26/07 | e-mail to MO | 0.1 |
| 2/27/07 | telecon w/ victim; draft revised Scheduling Order; telecon w/ B. Stern | 1.0 |
| 2/28/07 | telecon w/ B. Stern, MH re amended Scheduling Order; work re filing proposed Order | 0.8 |
| | Total Hours: | 152.3 |

Exhibit C:
Hours Worked By Melanie L. Oxhorn

| Date | Description | Hours |
|------|-------------|-------|
| 9/20/06 | legal research; e-mail to D. Fine ("DF") re status of research | 3.3 |
| 9/22/06 | legal research | 1.6 |
| 9/25/06 | e-mail DF re status of research; prepare notes for memorandum; further legal research | 1.4 |
| 9/26/06 | draft memorandum; legal research | 6.5 |
| 9/27/06 | continue drafting of memorandum; legal and factual research | 3.5 |
| 9/28/06 | legal research; complete and send memorandum | 1.5 |
| 9/29/06 | e-mail from DF | .1 |
| 10/2/06 | e-mail to DF | .1 |
| 10/3/06 | phone call with DF | .2 |
| 10/18/06 | e-mails from DF re BOA's response to plaintiffs' M.G.L. ch. 93A demand letter; review response and exchange e-mails about it with DF | 1.6 |
| 10/19/06 | e-mails from DF re Sovereign Bank's response to plaintiffs' M.G.L. ch. 93A demand letter; review response and exchange e-mails about it with DF | 1.2 |
| 10/21/06 | phone call from DF | .2 |
| 10/22/06 | memorandum to DF re jurisdictional basis for Sovereign Bank's proposed motion to dismiss | 1.5 |
| 10/24/06 | legal research re diversity jurisdiction and federally-chartered savings banks; review and comment upon draft of Amended Complaint against BOA | 6.0 |
| 10/25/06 | work re entering an appearance on behalf of the investor-client plaintiffs | .4 |

| 10/27/06 | review filed version of Amended Complaint against BOA | .2 |
| 10/28/06 | phone call with DF re fact research needed | .2 |
| 10/29/06 | fact reseach; follow-up e-mail exchange with DF | 1.1 |
| 11/2/06 | review Sovereign Bank's motion to dismiss class action claims; e-mail with DF; legal research | 3.2 |
| 11/3/06 | phone call with DF re Sovereign Bank's dismissal motion; legal research in preparation for plaintiffs' opposition; draft memorandum in opposition to dismissal of the class action claims and in support of entry of a default judgment against Sovereign Bank | 5.8 |
| 11/6/06 | follow-up fact research; e-mail DF re research results; continue to draft plaintiffs' memorandum in opposition to dismissal of the class action claims and in support of entry of a default judgment against Sovereign Bank | 4.5 |
| 11/7/06 | revise draft of plaintiffs' memorandum in opposition to dismissal of the class action claims and in support of entry of a default judgment against Sovereign Bank | 4.7 |
| 11/8/06 | complete and send DF a preliminary draft of plaintiffs' memorandum in opposition to dismissal of the class action claims and in support of entry of a default judgment against Sovereign Bank | 3.4 |
| 11/10/06 | discussion of response to Sovereign Bank's motion and remaining legal research issues | .5 |
| 11/12/06 | e-mail exchange with DF re issues relating to Sovereign Bank's opposition to plaintiffs' application for admission of MO pro hac vice as counsel for the investor-clients; follow-up legal research | 1.5 |

| | | |
|---|---|---|
| 11/14/06 | e-mail exchange with DF summarizing results of legal research | .8 |
| 11/16/06 | review and comment upon draft of plaintiffs' opposition to Sovereign's motion to dismiss | 2.5 |
| 11/27/06 | review and file Notice of Appearance in cases against BOA and Sovereign Bank | .2 |
| 12/1/06 | review BOA filings for motion to dismiss the Amended Complaint; phone call with DF | 1.5 |
| 12/2/06 | legal research re issues raised in BOA's motion to dismiss; prepare and forward to DF memorandum evaluating motion and responses | 2.2 |
| 12/4/06 | phone call with DF re issues for Sovereign Bank Amended Complaint; follow-up legal research on those issues; legal research for opposition to BOA's motion to dismiss | 3.4 |
| 12/5/06 | legal research for Sovereign Bank Amended Complaint; review BOA's recusal motion and e-mail DF re thoughts on motion | 2.3 |
| 12/6/06 | complete legal research for Sovereign Bank Amended Complaint; e-mail DF re research results | 2.6 |
| 12/9/06 | e-mail DF re schedule; legal research for recusal motion; draft memorandum of law in opposition to recusal motion | 2.4 |
| 12/10/06 | continue to draft memorandum of law in opposition to BOA's recusal motion; legal research | 1.5 |
| 12/11/06 | complete and circulate to DF draft memorandum of law in opposition to BOA's recusal motion; review Judge Gertner's decision denying that motion; discuss decision with DF | 1.1 |

3

| | | |
|---|---|---|
| 12/12/06 | work on preliminary draft of plaintiffs' memorandum of law in opposition to BOA's motion to dismiss the Amended Complaint; legal research | 1.6 |
| 12/14/06 | legal research; continue work on preliminary draft of plaintiffs' memorandum of law in opposition to BOA's motion to dismiss | 1.4 |
| 12/16/06 | continue work on preliminary draft of plaintiffs' opposition to BOA's motion to dismiss | 1.5 |
| 12/17/06 | legal research; continue work on preliminary draft of opposition to BOA's motion to dismiss | 2.7 |
| 12/18/06 | complete and send DF the preliminary draft of plaintiffs' memorandum of law in opposition to BOA's motion to dismiss | 2.4 |
| 12/21/06 | phone call with DF re opposition to BOA's motion to dismiss; follow-up legal research; review Sovereign Bank's Answer to Complaint | 2.5 |
| 12/22/06 | e-mail DF re opposition to BOA's motion to dismiss | .6 |
| 12/28/06 | phone call with DF; review and edit sections of memorandum of law in opposition to BOA's motion to dismiss | 1.2 |
| 12/29/06 | edit remaining sections of memorandum of law in opposition to BOA's motion to dismiss | .3 |
| 1/03/07 | legal research | 3.5 |
| 1/08/07 | legal research; draft notes re pertinent authorities | 2.8 |
| 1/09/07 | review and circulate comments to DF re BOA's reply memorandum in further support of its motion to dismiss the Amended Complaint; legal research | 2.5 |

| | | |
|---|---|---|
| 1/10/07 | legal and factual research for sur-reply to BOA's motion to dismiss the Amended Complaint; e-mail DF re results of research | 3.2 |
| 1/13/07 | legal research; draft memorandum | 3.5 |
| 1/15/07 | legal research; finalize and circulate to DF memorandum re research | 2.2 |
| 1/18/07 | legal research; send DF edits/comments on initial draft of sur-reply to BOA's motion to dismiss the Amended Complaint | 2.5 |
| 1/19/07 | legal research; send DF edits/comments on second draft of sur-reply to BOA's motion to dismiss the Amended Complaint | 2.0 |
| 2/1/07 | phone conference with counsel for Sovereign Bank regarding Scheduling Conference before Judge Gertner set for 2/21/07; phone calls with DF; draft the preliminary version of the Joint Statement | 1.2 |
| 2/2/07 | continue to draft preliminary version of the Joint Statement for the Scheduling Conference with Sovereign Bank; legal and factual research | 1.5 |
| 2/3/07 | e-mail exchange with DF re preparation of the Joint Statement for the Scheduling Conference; complete and circulate for DF's review the preliminary draft of the Joint Statement | 2.4 |
| 2/4/07 | e-mail exchange with DF re suggestions for plaintiffs' version of the Joint Statement for the Scheduling Conference | 1.5 |
| 2/6/07 | review e-mail exchange between DF and counsel for Sovereign Bank re status of plaintiffs' draft of the Joint Statement; e-mail from Sovereign Bank's counsel indicating their intention to oppose plaintiffs' motion for class certification when it is filed; e-mail to DF | 1.2 |

| 2/7/07 | e-mail exchange with DF; begin to draft preliminary version of plaintiffs' motion for class certification; legal and factual research | 4.6 |

| 2/9/07 | review and send DF edits/comments on draft of plaintiffs' portions of the parties' Joint Statement for the Scheduling Conference with Sovereign Bank; legal research for plaintiffs' motion for class certification | 3.8 |

| 2/12/07 | e-mail exchange with DF re status of the draft of plaintiffs' motion for class certification; legal research; continue working on the preliminary version of plaintiffs' motion for class certification | 3.6 |

| 2/13/07 | review and edit DF's draft of plaintiffs' motion for expedited treatment and special judicial oversight; send DF the initial draft of plaintiffs' motion for class certification | .8 |

| 2/14/07 | review Sovereign Bank's proposed revisions to the draft Joint Statement for the upcoming Scheduling Conference; phone calls with DF; send DF suggested edits to Sovereign Bank's version; e-mail exchange with DF | 1.5 |

| 2/17/07 | e-mail exchange with D. Fine re legal issue; legal research; send e-mail providing initial overview and outlining matters needing research | 4.5 |

| 2/18/07 | phone call with DF re issue; legal research; send DF memoranda; follow-up e-mail exchange with DF | 3.2 |

| 2/20/07 | e-mail exchange with DF; legal research | 3.8 |

| 2/21/07 | meeting with DF and attending the Scheduling Conference with Sovereign Bank's counsel before Judge Gertner; review documents and notes in preparation for the Conference; afterward, discuss with DF the terms of the Judge's order, related matters; review correspondence from Sovereign | |

|  |  |  |
|---|---|---|
|  | Bank's counsel | 2.4 |
| 2/22/07 | legal research; begin to draft memorandum summarizing and analyzing relevant authorities | 3.5 |
| 2/23/07 | legal research; continue to draft memorandum; review e-mail from counsel for Sovereign Bank re preparation of an amended schedule to be filed on or before 2/28/07 | 3.7 |
| 2/24/07 | legal research; complete and send DF memorandum | 3.2 |
| 2/26/07 | e-mail exchange with DF | .2 |
| 2/27/07 | review e-mail exchange between DF and counsel for Sovereign Bank re status of draft amended schedule to be filed by 2/28/07; review and send DF edits on the draft of the amended schedule | 1.4 |
| 2/28/07 | e-mail exchange DF re status of memorandum; edit revised version of scheduling order received from counsel for Sovereign Bank; draft memorandum | 3.6 |
|  | Total Hours: | 162.7 |

Exhibit D:
Hours Worked by Eve Elliott

| Date | Description | Hours |
|------|-------------|-------|
| 9/18/06 | communicating w/ victims | 0.3 |
| 9/19/06 | work re 93A demand letter to Sovereign | 3.0 |
| 10/11/06 | communicating w/ victims' attorneys | 0.5 |
| 10/18/06 | work re BOA response to 93A demand letter | 0.8 |
| 10/19/06 | work re amended BOA complaint | 4.5 |
| 10/24/06 | work re amended BOA complaint | 5.0 |
| 10/25/06 | work re exhibits; work re M. Oxhorn pro hac vice motion | 3.5 |
| 10/26/06 | work re amended BOA complaint | 4.0 |
| 10/27/06 | communicating w/ victims | 1.0 |
| 10/29/06 | attending meeting w/ victims in Lynn | 3.0 |
| 10/30/06 | work re victim address updates | 0.1 |
| 11/07/06 | communication w/ clerk; related work | 0.2 |
| 11/14/06 | factual research | 1.0 |
| 11/15/06 | factual research; work re opp. to Sovereign motion to dismiss | 5.0 |
| 11/16/06 | work re opp. to Sovereign motion to dismiss; factual research | 3.1 |
| 11/20/06 | factual research | 2.0 |
| 11/21/06 | factual research | 0.5 |
| 11/22/06 | factual research; work re Oxhorn notice of appearance | 0.7 |

1

| | | |
|---|---|---|
| 11/27/06 | factual research; work re Oxhorn notice of appearance | 1.2 |
| 11/28/06 | work on victim date of birth chart | 2.2 |
| 11/29/06 | work on victim date of birth chart | 3.0 |
| 11/30/06 | work on chart; factual research | 3.7 |
| 12/1/06 | work on chart | 0.2 |
| 12/4/06 | work on chart; work re stip.; communication w/ victim | 0.7 |
| 12/5/06 | factual research | 3.7 |
| 12/6/06 | work on communications w/ victims | 0.7 |
| 12/7/06 | work re amended Sovereign complaint | 5.5 |
| 12/12/06 | factual research; work re communications w/ victims | 2.5 |
| 12/13/06 | factual research | 0.5 |
| 12/18/06 | updating contact info., victim date of birth list | 0.1 |
| 12/19/06 | fact research | 2.5 |
| 12/20/06 | fact research | 1.0 |
| 12/21/06 | fact research | 3.5 |
| 12/27/06 | work re mem. in opp. to BOA motion to dismiss | 3.5 |
| 12/28/06 | work re mem. in opp. to BOA motion to dismiss | 3.0 |
| 12/29/06 | work re mem. in opp to BOA motion to dismiss | 6.5 |
| 1/2/07 | work re communications w/ victims | 3.0 |
| | Total Hours: | 85.2 |

Exhibit E:
Hours Worked by Mai-Tal Kennedy

| Date | Description | Hours |
|------|-------------|-------|
| 01/19/07 | work re sur-reply mem. in opp. to BOA motion to dismiss | 2.5 |
| 01/22/07 | work re sur-reply mem. | 1.5 |
| 01/22/07 | work re sur-reply mem. | 0.5 |
| 01/22/07 | work re sur-reply mem. | 0.5 |
| 01/22/07 | work re sur-reply mem. | 1.0 |
| 01/24/07 | work re sur-reply mem., communications w/ victims | 1.5 |
| 02/20/07 | work re joint statement | 2.0 |
| 02/27/07 | work re joint statement | 0.5 |
| 02/28/07 | work re joint statement | 1.0 |
| | Total Hours: | 11.0 |

Exhibit F:
Itemization of Out-of-Pocket Expenses

| | | |
|---|---|---|
| 9/16/07 - 2/28/07 | Copying expense regarding communications with Bleidt victims | 165.30 |
| 9/16/07 - 2/28/07 | Postage regarding communications with Bleidt victims | 90.90 |
| 9/16/07 - 2/28/07 | Hand deliveries to victims and opposing counsel | 15.75 |
| | Total: | $271.95 |