**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Boston Regional Office
33 Arch Street, 23rd Floor
Boston, MA 02110
Telecopier: (617) 424-5940

**ENFORCEMENT DIVISION**　　　　　　　　　　　　　　　　　　　Silvestre A. Fontes
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Senior Trial Counsel
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(617) 573-8991

April 27, 2007

**By ECF Filing**

Honorable Nancy Gertner
United States District Court
for the District of Massachusetts
One Courthouse Way
Boston, MA  02110

Re:    *SEC v. Bradford C. Bleidt, et al*
       Civil Action No. 04-12415-NG

Dear Judge Gertner:

　　　I write to inquire about the status of two filings on which the Court has not acted in the above-captioned matter.  On January 30, 2006, the Commission staff filed a Consent of Defendant Bradford C. Bleidt (docket number 96) and a Consent of Defendant Allocation Plus Asset Management Company, Inc. (docket number 97).  Each consent had a proposed final judgment attached.

　　　Please let me know if there is anything that the Commission staff can do to facilitate action on these proposed final judgments.  We appreciate your consideration of this matter.

　　　　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　　　　/s/ Silvestre A. Fontes

　　　　　　　　　　　　　　　　　　　　　　Silvestre A. Fontes
　　　　　　　　　　　　　　　　　　　　　　Senior Trial Counsel