UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SECURITIES AND EXCHANGE COMMISSION, )
                                    )
            Plaintiff,              )
                                    )   Case No. CA-04-12415-NG
        v.                          )
                                    )
BRADFORD C. BLEIDT and              )
ALLOCATION PLUS ASSET MANAGEMENT    )
COMPANY, INC.                       )
                                    )
            Defendants.             )

NOTICE OF CHANGE OF ADDRESS

To the Clerk:

Please take notice of the following new address and telecopier number for the Ancillary Receiver pro se, whose e-mail address and telephone number remain the same:

> David J. Fine
> Law Offices of David J. Fine
> 40 Court Street, Suite 700
> Boston, MA 02108
> Telephone: (617) 720-2942
> Fax: (617) 338-2662
> dvdfine@aol.com
>
> Plaintiff Ancillary Receiver Pro Se

Dated:   October 4, 2007

*[signature]*
David J. Fine, BBO No. 165120