UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

SECURITIES AND EXCHANGE COMMISSION, )
)
Plaintiff, )
)
)
v. ) Case No. CA-04-12415-NG
)
BRADFORD C. BLEIDT and )
ALLOCATION PLUS ASSET MANAGEMENT )
COMPANY, INC. )
)
Defendants. )
)

---

ANCILLARY RECEIVER'S
FOURTH INTERIM REPORT

To comply with paragraph 10 of the Court's March 22, 2006 Order for Appointment, David J. Fine, the Court-appointed Ancillary Receiver, hereby submits his Fourth Interim Report.

1. The Ancillary Receiver's activities since April 11, 2007, the date of his Third Interim Report, have consisted of: (a) pursuing his lawsuit against Sovereign Bank, Civil Action No. 06-11450-NG; (b) pursuing his lawsuit against Bank of America, Civil Action No. 05-12315-NG; and (c) communicating with the victims of Brad Bleidt and their attorneys.

    A.  <u>Pursuit of Suit Against Sovereign Bank</u>

2. From April 11, 2007 to the present, discovery by both sides has proceeded at an intense pace.

3. In response to plaintiffs' document requests, Sovereign has produced to plaintiffs over 16,000 pages of documents. In response to Sovereign's document requests, plaintiffs have produced to Sovereign over 8,000 pages of documents.

4. To date, plaintiffs have taken a 30(b)(6) deposition of Sovereign through the following witnesses designated by Sovereign:

    a. Wayne K. Robin (Sovereign's director of network operations and a person knowledgable about retrieving e-mails from Sovereign's backup tapes) on 5/21/07;

    b. Cynthia Robinson (Sovereign's manager of policies and procedures for Sovereign's branches) on 6/13/07;

    c. Kathleen Fiumara (Sovereign's corporate investigations manager) on 6/22/07; and

    d. David Magrath on 7/12/07 (branch manager of the Causeway Street branch during the relevant period).

In addition, plaintiffs have taken depositions of the following Sovereign employees as individuals:

    a. David Magrath on 7/13/07;

    b. Denise Gaudet (Sovereign's assistant general counsel in charge of managing a team of attorneys and paralegals providing legal support to the branches and other areas of the Bank during the relevant period) on 7/24/07;

    c. Charles Loycano (Sovereign's loss prevention systems manager during the relevant period) on 8/3/07;

   d. Judy Chan-Lee (head teller of the Causeway Street branch during a substantial portion of the relevant period) on 8/23/07;

   e. Susana Seipio (personal banking representative of the Causeway Street branch during the relevant period) on 8/30/07; and

   f. John Dobra (director of Sovereign's financial intelligence unit during a substantial portion of the relevant period) on 10/16/07.

  5. For its part, Sovereign has taken the deposition of Receiver David Vicinanzo on 9/25 and 9/26/07 in Mr. Vicinanzo's capacity as 30(b)(6) representative of APAM, FPPS, Langer Broadcasting, Inc. and Shared Visions, Inc. In addition, Sovereign has taken depositions of the following as individuals:

   a. plaintiff Donna Brandt Lawrence on 8/8/07;

   b. plaintiff Nancy Lombard on 8/28/07 and 11/17/07;

   c. plaintiff Bessie Panos on 8/29/07;

   d. plaintiff Panos's stepdaughter Sophie Mazokopos on 10/24/07;

   e. former SEC forensic accountant Anthony Jordan on 10/19/07 both in Mr. Jordan's individual capacity and as 30(b)(6) representative of the SEC;

   f. former FPPS employee Keith Harris on 10/4/07; and

   g. former FPPS employee Nancy Foss Yasko on 10/12/07.

  6. Depositions remaining to be taken by plaintiffs include those of former Causeway Street branch manager Donna Tanner and of Bradford Bleidt. (Bleidt's deposition was previously taken by Receiver's counsel in October 2005).

  Depositions remaining to be taken by Sovereign include that of former FPPS employee Maja Stojanovic.

7. On 8/9/07, Judge Gertner granted a motion plaintiffs had filed that the case be accorded expedited treatment and, stating that this was "[i]n order to make certain this case is addressed expeditiously," referred discovery motions to Magistrate Judge Bowler. On 8/30/07, Judge Gertner expanded the reference to Magistrate Judge Bowler to encompass "full pretrial proceedings."

8. Since the foregoing reference, Magistrate Judge Bowler has held three hearings, on 8/13/07, 9/21/07, and 10/22/07 respectively. At each of these hearings, Magistrate Judge Bowler decided the discovery motions that were pending at the time of the hearing, so that, to date, she has decided a total of nine discovery motions.

9. There are currently pending yet more discovery motions, and Magistrate Judge Bowler has scheduled a fourth hearing for 12/13/07 to decide them. The adjudication of these motions will determine, among other things, what further discovery each side will be permitted.

In addition, on 11/19/07, plaintiffs filed a motion to allow the Counts in the Complaint asserted by the named investor-client plaintiffs (as distinguished from the Counts asserted by the Ancillary Receiver) to proceed as class action Counts on behalf of the class of similarly situated Bleidt victims.

10. Currently the case is tentatively scheduled to go to trial in March 2008. Whether the case will be ready to be tried at that time is one of the things the parties will be discussing with Judge Gertner at a status conference the Judge has scheduled for 1/29/08.

11. In the fall of 2006, the Ancillary Receiver proposed mediation to Sovereign Bank and to Bank of America to help the parties explore whether plaintiffs and the Banks

could reach a settlement. Neither Bank was willing to engage in mediation at that time. In September 2007, however, counsel for Sovereign Bank contacted the Ancillary Receiver to state that both Banks were now interested in mediation. Since then, the parties have been engaged in the process of identifying a mutually agreeable mediator and a mutually agreeable date for mediation. A mediation session is scheduled to take place on 1/30/08.

B.  Pursuit of Suit Against Bank of America

12. On 8/9/07, Judge Gertner issued an Order denying in its entirety the extensive Motion to Dismiss Bank of America had filed on 12/4/06, and that the parties had briefed in December 2006 and January 2007.

13. On 9/21/07, the parties had an initial scheduling conference with Magistrate Judge Bowler.

14. On 10/15/07, the parties submitted to the Court their Joint Statement Pursuant to Local Rule 16.1, in which the parties presented, among other things, their differing views about the schedule the case should follow.

15. On 10/22/07, the parties had a further conference with Magistrate Judge Bowler. At this conference, the parties reported their agreement to make to one another the Initial Disclosures required by Fed.R.Civ.P. 26(a)(1) on or before 11/29/07. Also at this conference, Magistrate Judge Bowler scheduled a further conference for 1/9/08, at which time she stated she would set a schedule for the remainder of the case.

16. As indicated above, Bank of America has agreed to participate in mediation with plaintiffs and Sovereign Bank to explore whether a settlement of both cases can be achieved.

C. <u>Communicating with Bleidt Victims</u>

17. The Ancillary Receiver has continued to have numerous communications with Bleidt victims and with attorneys representing Bleidt victims. The purposes of these communications have included: (a) keeping Bleidt victims apprised of the Ancillary Receiver's progress in pursuing the claims against Sovereign Bank and Bank of America; (b) obtaining information to support pursuit of such claims; and (c) responding to questions and requests for information.

Dated:  November 29, 2007

                                      Respectfully submitted,

                                      /s/ David J. Fine
                                      David J. Fine, BBO No.165120
                                      Law Offices of David J. Fine
                                      40 Court Street, Suite 700
                                      Boston, MA 02108
                                      (617) 720-2942

                                      Ancillary Receiver