UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
SECURITIES AND EXCHANGE COMMISSION, )
                                    )
        Plaintiff,                 )
                                    )
                                    )
v.                                  )   Case No. CA-04-12415-NG
                                    )
BRADFORD C. BLEIDT and              )
ALLOCATION PLUS ASSET MANAGEMENT    )
COMPANY, INC.                       )
                                    )
        Defendants.                )
_____ )

FOURTH INTERIM APPLICATION OF ANCILLARY RECEIVER
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Pursuant to the Court's March 22, 2006 Order for Appointment, David J. Fine, the Court-appointed Ancillary Receiver, hereby submits his Fourth Interim Application for Compensation and Reimbursement of Expenses.

Through this Application, Ancillary Receiver Fine seeks entry of an order:

1.     awarding him a total of $112,118.87, consisting of

    a.     $94,757.50 as compensation for legal services rendered during the period from March 1, 2007 through July 31, 2007 (the "Application Period"); plus

   b. $17,361.37 for reimbursement of reasonable and actual out-of-pocket expenses incurred during the period from March 1, 2007 through November 15, 2007; and

  2. authorizing him to withdraw the amount awarded from the special fiduciary IOLTA account described in paragraphs 23 and 24 of the Ancillary Receiver's First Interim Report.

In support of this Application, the Ancillary Receiver submits, and relies on, the following:

  1. the Ancillary Receiver's Fourth Interim Report, submitted simultaneously herewith. This Report describes, in narrative form, the legal services performed by Ancillary Receiver Fine, attorney Melanie L. Oxhorn, and paralegal/legal assistant Mai-Tal Kennedy, during the Application Period.

  2. Exhibit A to this Application: profiles of Ancillary Receiver Fine, attorney Melanie L. Oxhorn, and paralegal/legal assistant and Mai-Tal Kennedy.

  3. Exhibits B through D to this Application: day-by-day itemization of work done respectively during the Application Period by Ancillary Receiver Fine (Exhibit B); attorney Oxhorn (Exhibit C); and paralegal/legal assistant Kennedy (Exhibit D).

  4. Exhibit E to this Application: itemization of out-of-pocket expenses during the period from March 1, 2007 through November 15, 2007.

Further, Ancillary Receiver Fine states that he arrived at the amount of compensation for legal services he is seeking in this Application ($94,757.50) as

follows: First, he took the total number of hours worked during the Application Period by Melanie L. Oxhorn and himself (177.1 + 125.0 = 302.1) and multiplied that total by the hourly rate ($275/hour) approved for Ancillary Receiver Fine and senior lawyers working with him in paragraph 8.b. of the Court's March 22, 2006 Order for Appointment (302.1 x $275/hour = $83,077.50). Second, he took the hours worked during the Application Period by Mai-Tal Kennedy (146.0) and multiplied that by the hourly rate ($80/hour) approved for paralegals and legal assistants in the foregoing paragraph of the Court's March 22, 2006 Order (146.0 hours x $80/hour = $11,680.00). Third, Ancillary Receiver Fine added the foregoing figures to arrive at the total compensation amount he is seeking ($83,077.50 + $11,680.00= $94,757.50).

There is currently $54,120.39 of Bleidt victim funds in the special IOLTA fiduciary litigation account described in paragraphs 23 and 24 of the Ancillary Receiver's First Interim Report. (This $54,120.39 is the balance of the victim funds remaining after the Ancillary Receiver withdrew $94,592.95 of the $148,713.34 in the account as of April 11, 2007, as authorized by the Court's May 23, 2007 Order allowing the Ancillary Receiver's Third Application for Compensation and Reimbursement of Expenses. Based on communications Ancillary Receiver Fine has had with certain Bleidt victims and certain attorneys representing Bleidt victims, Mr. Fine believes that additional contributions will be made to the special IOLTA fiduciary litigation account in the next several weeks sufficient to cover the total amount being sought by this Application.

In accordance with paragraph 8.b. of the Court's March 22, 2006 Order for Appointment, Ancillary Receiver Fine submitted this Application to counsel for the SEC for review and approval as to the reasonableness of the fees and expenses, prior to filing

this Application with the Court. In addition, Ancillary Receiver Fine is serving this Application on all parties who have filed appearances in this case and, without exhibits, on the 125 Bleidt victims identified by the SEC and Nixon Peabody in connection with the settlement with the broker-dealers.

Dated: November 29, 2007

> Respectfully submitted,
>
> */s/ David J. Fine*
> David J. Fine, BBO #165120
> Law Offices of David J. Fine
> 40 Court Street, Suite 700
> Boston, MA 02108
> (617) 720-2941
>
> Ancillary Receiver