UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br><br>Plaintiff, )<br><br>v. )<br><br>BRADFORD C. BLEIDT and )<br>ALLOCATION PLUS ASSET MANAGEMENT )<br>COMPANY, INC. )<br><br>Defendants. ) | Case No. CA-04-12415-NG |

FOURTH INTERIM APPLICATION OF ANCILLARY RECEIVER
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Pursuant to the Court's March 22, 2006 Order for Appointment, David J. Fine, the

Court-appointed Ancillary Receiver, hereby submits his Fourth Interim Application for

Compensation and Reimbursement of Expenses.

Through this Application, Ancillary Receiver Fine seeks entry of an order:

1.       awarding him a total of $112,118.87, consisting of

a.       $94,757.50 as compensation for legal services rendered during the

period from March 1, 2007 through July 31, 2007 (the "Application Period"); plus

          b.      $17,361.37 for reimbursement of reasonable and actual out-of-pocket expenses incurred during the period from March 1, 2007 through November 15, 2007; and

          2.      authorizing him to withdraw the amount awarded from the special fiduciary IOLTA account described in paragraphs 23 and 24 of the Ancillary Receiver's First Interim Report.

          In support of this Application, the Ancillary Receiver submits, and relies on, the following:

          1.      the Ancillary Receiver's Fourth Interim Report, submitted simultaneously herewith. This Report describes, in narrative form, the legal services performed by Ancillary Receiver Fine, attorney Melanie L. Oxhorn, and paralegal/legal assistant Mai-Tal Kennedy, during the Application Period.

          2.      Exhibit A to this Application:  profiles of Ancillary Receiver Fine, attorney Melanie L. Oxhorn, and paralegal/legal assistant and Mai-Tal Kennedy.

          3.      Exhibits B through D to this Application:  day-by-day itemization of work done respectively during the Application Period by Ancillary Receiver Fine (Exhibit B); attorney Oxhorn (Exhibit C); and paralegal/legal assistant Kennedy (Exhibit D).

          4.      Exhibit E to this Application:  itemization of out-of-pocket expenses during the period from March 1, 2007 through November 15, 2007.

          Further, Ancillary Receiver Fine states that he arrived at the amount of compensation for legal services he is seeking in this Application ($94,757.50) as

follows: First, he took the total number of hours worked during the Application Period by Melanie L. Oxhorn and himself (177.1 + 125.0 = 302.1) and multiplied that total by the hourly rate ($275/hour) approved for Ancillary Receiver Fine and senior lawyers working with him in paragraph 8.b. of the Court's March 22, 2006 Order for Appointment (302.1 x $275/hour = $83,077.50). Second, he took the hours worked during the Application Period by Mai-Tal Kennedy (146.0) and multiplied that by the hourly rate ($80/hour) approved for paralegals and legal assistants in the foregoing paragraph of the Court's March 22, 2006 Order (146.0 hours x $80/hour = $11,680.00). Third, Ancillary Receiver Fine added the foregoing figures to arrive at the total compensation amount he is seeking ($83,077.50 + $11,680.00= $94,757.50).

There is currently $54,120.39 of Bleidt victim funds in the special IOLTA fiduciary litigation account described in paragraphs 23 and 24 of the Ancillary Receiver's First Interim Report. (This $54,120.39 is the balance of the victim funds remaining after the Ancillary Receiver withdrew $94,592.95 of the $148,713.34 in the account as of April 11, 2007, as authorized by the Court's May 23, 2007 Order allowing the Ancillary Receiver's Third Application for Compensation and Reimbursement of Expenses. Based on communications Ancillary Receiver Fine has had with certain Bleidt victims and certain attorneys representing Bleidt victims, Mr. Fine believes that additional contributions will be made to the special IOLTA fiduciary litigation account in the next several weeks sufficient to cover the total amount being sought by this Application.

In accordance with paragraph 8.b. of the Court's March 22, 2006 Order for Appointment, Ancillary Receiver Fine submitted this Application to counsel for the SEC for review and approval as to the reasonableness of the fees and expenses, prior to filing

this Application with the Court.  In addition, Ancillary Receiver Fine is serving this

Application on all parties who have filed appearances in this case and, without exhibits,

on the 125 Bleidt victims identified by the SEC and Nixon Peabody in connection with

the settlement with the broker-dealers.

Dated: November 29, 2007

                                        Respectfully submitted,


                                        David J. Fine, BBO #165120
                                        Law Offices of David J. Fine
                                        40 Court Street, Suite 700
                                        Boston, MA 02108
                                        (617) 720-2941

                                        Ancillary Receiver

Exhibit A:
Profiles


David J. Fine

Litigator with over 30 years experience. Has handled a wide range of litigation matters including suits against banks and suits involving claims of unfair and deceptive acts and practices by lenders and mortgagees.

Law clerk, United District Court Judge John F. Dooling, Jr., EDNY, September 1973 - August 1974.
Associate, Paul, Weiss, Rifkind, Wharton & Garrison, New York, New York, September 1974 - March 1976.
Partner, Rosenberg, Baker & Fine and Baker & Fine, Cambridge, Massachusetts, April 1976 - December 1982.
Partner, Silverglate, Gertner, Baker & Fine, and successor firms, Boston, Massachusetts, January 1983 - May 1993.
Partner, Dangel & Fine, Boston, Massachusetts, June 1993 - July 2001.
Proprietor, Law Offices of David J. Fine, Boston, Massachusetts, August 2001 - present.

Yale College, B.A., summa cum laude, 1970.
Harvard Law School, J.D., magna cum laude, 1973.


Melanie L. Oxhorn

Litigation with broad experience in handling complex and difficult issues in a variety of legal settings.

Law Clerk, U.S. Court of Appeals, Second Circuit, Judge Jon O. Newman, Hartford, Connecticut, August 1994 - July 1995.
Associate, Professor Laurence H. Tribe, Harvard Law School, Cambridge, Massachusetts, September 1995 - October 1996.
Associate, Wachtell, Lipton, Rosen & Katz, New York, New York, November 1996 - December 1997.
Associate, Mayer, Brown & Platt, New York, New York, January 1998 - March 2000.
Assistant Solicitor General, New York State Office of the Attorney General, New York, New York, April 2000 - April 2006.
Private Practice, May 2006 - present.
Part-time Instructor, Cornell Law School, August 2007- present

Yale College, B.A., summa cum laude, 1991.
Harvard Law School, J.D., magna cum laude, 1994.

<u>Mai-Tal Kennedy</u>

Ms. Kennedy graduated from Mount Holyoke College with a B.A., magna cum laude, in May 2006.

Ms. Kennedy worked as an immigration specialist for Kennedy Healthcare Recruiting, Inc. in Northampton, Massachusetts from June 2006 to January 2007, and has worked as a paralegal and legal assistant for the Law Offices of David J. Fine from January 2007 to the present.

Exhibit B:
Hours Worked By David J. Fine

| Date | Description | Hours |
|------|-------------|-------|
| 3/5/07 | factual research | 0.6 |
| 3/7/07 | telecons w/ victims | 0.3 |
| 3/8/07 | work on Initial Disclosures | 0.1 |
| 3/9/07 | communication w/ victims | 0.3 |
| 3/12/07 | meeting w/ victim, victim's attorney | 1.5 |
| 3/13/07 | work on Initial Disclosures; telecon w/ B. Stern ("BS"); e-mail to M. Heyison ("MH"), BS; communication w/ victims | 3.5 |
| 3/14/07 | work on Initial Disclosures; reading BS e-mail; telecons w/ BS, M. Oxhorn ("MO"), M. Perillo ("MP") | 4.7 |
| 3/15/07 | reading e-mail from BS, replying | 0.1 |
| 3/19/07 | review Sovereign's Initial Disclosures, discovery requests; e-mail to BS, MH | 0.9 |
| 3/22/07 | reading BS e-mail; e-mail to BS requesting conf. | 0.2 |
| 3/23/07 | telecon w/ MO; conf. call w/ MO, MH, BS | 0.5 |
| 3/26/07 | review proposed conf. stip.; prep. for doc. prod.; meeting w/ MH, BS, G. Deutsch; e-mail to MH et al. | 2.1 |
| 3/27/07 | work on discov.; telecon w/ MP; telecons w/ victims; disc. w/ Mai-Tal Kennedy ("MK") | 1.7 |
| 3/28/07 | telecon w/ BS; e-mail sending Stoddard dep. to BS; factual research; telecons w/ victims | 0.9 |

| Date | Description | Hours |
|------|-------------|-------|
| 3/30/07 | e-mail to BS; related work | 0.6 |
| 4/3/07 | factual research | 0.3 |
| 4/5/07 | work on stip. protective order | 1.0 |
| 4/6/07 | review docs. at SEC | 2.0 |
| 4/9/07 | review docs. at SEC; review revised stip. protective order; e-mail to BS | 3.4 |
| 4/10/07 | telecon w/ BS; review stip. prot. order | 0.2 |
| 4/12/07 | work re doc. prod. to Sovereign; e-mail to BS | 1.5 |
| 4/13/07 | letter to BS; telecon w/ BS | 0.5 |
| 4/17/07 | work re discov. | 0.1 |
| 4/18/07 | work re discov. | 0.2 |
| 4/20/07 | review recent docs., corres. from BS; e-mail to BS; reading BS's reply, responding | 1.9 |
| 4/22/07 | reading MO e-mail, replying; telecon w/ MO | 0.4 |
| 4/23/07 | telecons w/ victims | 0.2 |
| 4/29/07 | reading consents to entry of judgment, related work | 0.5 |
| 4/30/07 | reading e-mail from BS, replying; related work | 1.0 |
| 5/1/07 | telecon w/ MP; e-mail to MP | 0.4 |
| 5/2/07 | e-mail to MO; read e-mail from MO | 0.2 |
| 5/3/07 | meeting w/ MO | 1.3 |

| Date | Description | Hours |
|------|-------------|-------|
| 5/4/07 | work resp. to rogs., doc. requests; work re 30(b)(6); review policy and procedure docs. | 5.4 |
| 5/8/07 | work on answers to interrogatories, completing, serving | 2.9 |
| 5/9/07 | work on document responses, serving responses | 2.5 |
| 5/10/07 | telecon w/ MP; reviewing letter from BS, e-mail to BS | 0.4 |
| 5/11/07 | reading letter from MH; e-mail to BS, MH | 0.7 |
| 5/14/07 | e-mail to MH, BS | 0.1 |
| 5/15/07 | reading e-mail from BS; e-mail to BS | 0.2 |
| 5/16/07 | reading e-mail from MO; e-mail to MO | 0.2 |
| 5/19/07 | telecon w/ MO; related work | 0.2 |
| 5/20/07 | work on rogs., doc. requests; factual research | 1.1 |
| 5/21/07 | work on doc. requests to Sov.; prep. for dep.; 30(b)(6) dep. of W. Robin; meeting w/ MO | 4.6 |
| 5/22/07 | complete, serve doc. requests to Sov.; e-mail to MH, BS; work on rog. answers, doc. responses | 1.7 |
| 5/23/07 | telecon w/ Bleidt victim; telecon w/ attorney for victim; fact research; related work | 1.1 |
| 5/24/07 | work on rog. answers, doc. responses; telecon w/ Bleidt victim; e-mail to BS; related work | 0.5 |

3

| Date | Description | Hours |
|------|-------------|-------|
| 5/25/07 | fact research | 0.1 |
| 5/29/07 | fact research | 0.2 |
| 5/30/07 | fact research | 0.4 |
| 6/1/07 | work on rog. answers, doc. responses; telecon w/ MP | 0.5 |
| 6/2/07 | work on rog. answers, doc. responses; reading e-mail from MO, replying; e-mail to BS | 1.9 |
| 6/3/07 | work on doc. responses, rog. answers | 1.6 |
| 6/4/07 | work on rog. answers, doc. responses; factual research | 0.6 |
| 6/5/07 | work on rog. answers, doc. responses; fact research; e-mail to BS | 4.2 |
| 6/6/07 | reading BS letter; telecon w/ Bleidt victim; getting Lawrence rog. answers, doc. responses into final form; e-mail to BS; fact research | 2.4 |
| 6/7/07 | fact research | 0.6 |
| 6/12/07 | telecon w/ MH; e-mail to MO; fact research | 0.9 |
| 6/13/07 | prep. for 30(b)(6) dep.; meeting w/ MO; 30(b)(6) dep. of C. Robinson | 5.2 |
| 6/14/07 | letter to MH; work w/ MK re doc. copying, production; letter transmitting docs.; dep. notices for Gaudet, Magrath | 4.0 |
| 6/16/07 | e-mails to MO, BS | 0.3 |
| 6/20/07 | reading MO mem.; e-mail to MO; prep. for dep.; telecon w/ victim contact | 0.5 |

| Date | Description | Hours |
|------|-------------|-------|
| 6/22/07 | reading Sov. responses to plaintiffs' doc. requsts; prep. for Fiumara dep.; 30(b)(6) dep. of K. Fiumara; disc. w/ MO | 6.4 |
| 6/25/07 | e-mail to MH, BS; related work | 0.4 |
| 6/26/07 | e-mail to MH, BS; prep. for conf.; disc. dispute conf.; work on rog. answers, doc. responses; telecons w/ Bleidt victim, Bleidt victim attorney | 1.0 |
| 6/27/07 | e-mail to BS; read MO mem.; telecons w/ MO, Bleidt victim; related work | 2.7 |
| 6/28/07 | letter to BS enclosing dep. exhibits; related work | 0.2 |
| 6/29/07 | telecon w/ MP; related work | 0.2 |
| 7/1/07 | work on rog. answers, doc. responses | 1.1 |
| 7/2/07 | work on rog. answers, doc. responses; work on Lawrence doc. prod.; disc. w/ MK; work on opp. to motion to compel; fact research; telecon w/ victim; e-mail to MH, BS | 5.4 |
| 7/3/07 | work on rog. answers, doc. responses; serving rog. answers, doc. responses; opp. to motion to compel to AR; telecon w/ victim; e-mail to MH; opp. to motion to compel re Lombard, Panos | 10.3 |
| 7/5/07 | prep. for discov. conf.; discov. dispute conf. w/ MH; fact research | 0.5 |
| 7/9/07 | review new Sov. motion to compel; read MO mem.; reading Fiumara dep. tr.; fact research | 2.2 |
| 7/10/07 | e-mail to MH, BS; fact research; e-mail to MO | 2.3 |

| Date | Description | Hours |
|------|-------------|-------|
| 7/11/07 | reading e-mail from BS, e-mail to BS; prep. for Magrath dep.; e-mail to MO; telecon w/ MH; fact research | 3.4 |
| 7/12/07 | prep. for dep.; Magrath 30(b)(6) dep. | 9.8 |
| 7/13/07 | prep. for dep.; Magrath indiv. dep. | 10.5 |
| 7/14/07 | reading Sov.'s dep. notices; reading Sov.'s motion to file reply re motion to compel; related work | 0.6 |
| 7/16/07 | e-mail to MH, BS; fact research | 0.4 |
| 7/17/07 | work re Panos doc. prod., Lombard doc. prod.; e-mail to MO; e-mail to MH, BS; legal research; letter producing Panos, Lombard docs. | 2.0 |
| 7/18/07 | reading MO e-mail; e-mail to MH, BS; letter to BS sending dep. exhibits | 0.5 |
| 7/19/07 | telecon w/ MO; legal research; work on opp. to motion to compel re Lawrence | 2.8 |
| 7/20/07 | complete, file opp. to motion to compel re Lawrence; e-mail to MH, BS re discov. dispute conf.; reading MO mem. | 2.5 |
| 7/21/07 | reading MO memos; exchanging e-mail w/ MO; work on disc. requests | 1.8 |
| 7/22/07 | work on disc. requests | 0.6 |
| 7/23/07 | prep. for discov. dispute conf.; conf. w/ MH, BS; work on discov.; fact research; e-mail to MH, BS; telecon w/ MO; disc. w/ MK | 5.0 |
| 7/24/07 | prep. for Gaudet dep.; Gaudet dep.; e-mail to victim; discs. w/ MK | 7.7 |

| Date | Description | Hours |
|------|-------------|-------|
| 7/25/07 | telecon w/ victims, victim's attorney; discs. w/ MK; e-mail to BS re privilege log; e-mail to MH, BS re dep. dates | 1.7 |
| 7/26/07 | e-mail to MH, BS; motion to compel; work on discov. requests; factual research; telecon w/ victim, victim's attorney | 7.1 |
| 7/27/07 | complete, file motion to compel; telecon w/ victim's attorney; fact research | 3.0 |
| 7/29/07 | reviewing Magrath dep. tr.; factual research | 0.8 |
| 7/30/07 | e-mail to BS; telecon w/ MP; disc. w/ MK; dep. notices for S. Seipio, J. Lee; fact research | 4.2 |
| 7/31/07 | e-mail to MH, BS; factual research w/ MK | 1.9 |

Total Hours:    177.1

Exhibit C:
<u>Hours Worked By Melanie L. Oxhorn</u>

| <u>Date</u> | <u>Description</u> | <u>Hours</u> |
|---|---|---|
| 3/1/07 | finish and circulate memorandum to D. Fine ("DF") | 2.6 |
| 3/13/07 | review e-mail from DF to counsel for Sovereign | 0.3 |
| 3/14/07 | review e-mail responses from Sovereign's counsel | 0.6 |
| 3/14/07 | review and edit draft of plaintiffs' Fed.R.Civ.P. 26(a)(1) disclosures | 0.3 |
| 3/15/07 | review e-mail exchange between DF and counsel for Sovereign | 0.2 |
| 3/16/07 | factual research | 1.3 |
| 3/18/07 | legal research; e-mail DF re results of research | 6.2 |
| 3/22/07 | review and comment upon e-mail exchange between DF and counsel for Sovereign; review proposed stipulated protective order | 0.4 |
| 3/23/07 | telephone call with DF to discuss issues for upcoming conference call with counsel for Sovereign; conference call with DF and counsel for Sovereign re unresolved issues; follow-up e-mail exchange | 1.7 |
| 4/8/07 | review and comment upon revised circulated version of parties' stipulated protective order | 0.3 |
| 4/13/07 | review Sovereign's objections to request for disclosure of computer records, e-mails and other electronic documents; provide comments to DF | 2.3 |

| Date | Description | Hours |
|------|-------------|-------|
| 4/14/07 | provide further comments to DF | 1.6 |
| 4/19/07 | review correspondence between DF and Sovereign's counsel; e-mail to DF regarding outstanding discovery issues | 0.3 |
| 4/22/07 | review e-mail from DF; strategy phone conference with DF; legal research | 1.9 |
| 4/23/07 | legal and factual research; work on mem. | 5.3 |
| 4/25/07 | continue preparing mem.; legal and factual research | 3.4 |
| 4/27/07 | continue preparing and revising mem. | 2.6 |
| 4/29/07 | complete and send draft mem. to DF | 1.7 |
| 5/1/07 | e-mail exchange with DF | 0.2 |
| 5/2/07 | review letter from Sovereign's counsel to DF | 0.3 |
| 5/3/07 | meeting w/ DF to discuss case strategy | 1.3 |
| 5/8/07 | work re discovery | 1.8 |
| 5/9/07 | work re discovery | 1.7 |
| 5/15/07 | work re discovery | 0.3 |
| 5/16/07 | work re discovery | 2.1 |
| 5/17/07 | e-mail exchange with DF | 0.1 |
| 5/18/07 | e-mail DF | 0.1 |
| 5/21/07 | attending 30(b)(6) dep. of W. Robin; meeting w/ DF; other work re discov. | 5.6 |
| 5/22/07 | factual research; e-mail DF | 0.7 |

| Date | Description | Hours |
|------|-------------|-------|
| 6/5/07 | work re Donna Brandt Lawrence discovery responses | 1.3 |
| 6/6/07 | work re Lawrence discovery responses | 1.1 |
| 6/10/07 | factual research | 1.3 |
| 6/12/07 | e-mail exchange with DF | 0.1 |
| 6/13/07 | attending 30(b)(6) dep. of Sovereign witness Cynthia Robinson; disc. w/ DF | 6.0 |
| 6/15/07 | review documents; factual research; draft mem. to DF | 10.9 |
| 6/16/07 | e-mail exchange with DF | 0.1 |
| 6/20/07 | factual research | 0.6 |
| 6/26/07 | review Sovereign's motion to compel; legal research; prepare notes for opposition to motion | 4.3 |
| 6/29/07 | legal research, provide DF with discussion of authorities | 2.5 |
| 7/2/07 | e-mail discussion with DF; legal research; work re Panos, Lombard discovery responses | 1.9 |
| 7/3/07 | provide DF with authorities | 1.1 |
| 7/4/07 | legal and factual research; prep. for Magrath dep. | 6.5 |
| 7/6/07 | complete and circulate DF mem. in prep. for Magrath dep. | 8.0 |
| 7/10/07 | legal and factual research; summarize results of research for DF | 3.2 |
| 7/11/07 | provide DF with overview based on legal, factual research | 1.9 |

| Date | Description | Hours |
|------|-------------|-------|
| 7/12/07 | attending deposition of Sovereign branch manager David Magrath in his capacity as Rule 30(b)(6) designee | 7.8 |
| 7/13/07 | attending deposition of Sovereign branch manager David Magrath in his capacity as a fact-based witness involved in the oversight of Bleidt's accounts | 8.1 |
| 7/16/07 | e-mail DF re discovery | 0.2 |
| 7/19/07 | factual research | 0.7 |
| 7/20/07 | legal and factual research on several issues; summarize results of research | 4.5 |
| 7/21/07 | e-mail exchange with DF providing follow-up information; legal and factual research | 3.0 |
| 7/23/07 | legal research; e-mail DF re further follow-up information | 2.0 |
| 7/30/07 | e-mail exchange with DF | 0.5 |
| 7/31/07 | work re discovery | 0.2 |
| | Total Hours: | 125.0 |

Exhibit D:
Hours Worked by Mai-Tal Kennedy

| Date | Description | Hours |
|------|-------------|-------|
| 03/05/07 | factual research | 0.5 |
| 03/13/07 | work re initial disclosures | 0.5 |
| 03/14/07 | work re initial disclosures | 5.0 |
| 03/20/07 | work re communications w/ victims | 0.5 |
| 03/27/07 | factual research | 4.0 |
| 03/28/07 | factual research | 4.0 |
| 03/29/07 | factual research | 4.0 |
| 03/30/07 | factual research | 4.0 |
| 04/04/07 | factual research | 3.0 |
| 04/05/07 | factual research | 1.0 |
| 04/06/07 | go through documents at SEC and produce documents for WilmerHale | 6.0 |
| 04/09/07 | go through documents at SEC and Bates number documents for WilmerHale | 6.0 |
| 04/10/07 | Bates numbering and producing documents for WilmerHale | 1.0 |
| 04/12/07 | producing documents | 5.0 |
| 04/13/07 | Bates marking and producing docs. for WilmerHale | 1.0 |
| 04/17/07 | cataloging SEC docs. | 1.0 |
| 04/18/07 | contacting Bleidt victims | 1.5 |
| 04/19/07 | contacting Bleidt victims | 3.0 |
| 05/04/07 | working on 30(b)(6) depo. notice | 1.0 |

| Date | Description | Hours |
|------|-------------|-------|
| 05/08/07 | work on Ancillary Receiver's ("AR") answers to interrogatories | 1.5 |
| 05/09/07 | work on AR response to request for production ("RFP") | 1.5 |
| 05/21/07 | work on plaintiffs' RFP | 0.5 |
| 05/22/07 | finalizing and delivering RFP | 0.5 |
| 06/04/07 | work on response to RFP and interrogatories sent to Donna Brandt Lawrence, Bessie Panos, and the Lombards | 3.0 |
| 06/05/07 | work on response to RFP and interrogatories sent to Donna Brandt Lawrence | 1.5 |
| 06/07/07 | factual research | 6.0 |
| 06/13/07 | deposition prep. | 1.0 |
| 06/14/07 | discovery work | 3.0 |
| 06/22/07 | attending Fiumara dep. | 4.0 |
| 06/26/07 | work on Lombards' answers to interrogatories | 1.0 |
| 07/02/07 | work on answers to interrogatories and responses to document requests for named investor plaintiffs and the Lawrence document production | 5.0 |
| 07/03/07 | motion work; discovery work | 10.0 |
| 07/02/07 | discovery work | 0.5 |
| 07/11/07 | factual research | 0.5 |
| 07/12/07 | Magrath deposition and prep. | 6.0 |
| 07/13/07 | Magrath deposition and prep. | 5.5 |

| Date | Description | Hours |
|------|-------------|-------|
| 07/17/07 | factual research; discovery work | 4.5 |
| 07/23/07 | factual research | 7.0 |
| 07/24/07 | Gaudet dep. and prep.; other discovery work | 6.5 |
| 07/25/07 | factual research | 5.5 |
| 07/26/07 | motion work; factual research | 7.0 |
| 07/27/07 | motion work | 1.0 |
| 07/30/07 | factual research | 5.5 |
| 07/31/07 | factual research | 6.0 |
| | Total Hours: | 146.0 |

Exhibit E:
Itemization of Out-of-Pocket Expenses

| | | |
|---|---|---|
| 3/1/07 - 11/15/07 | Copying expense | $1,252.70 |
| 3/1/07 - 11/15/07 | Copying CD expense | 56.31 |
| 3/1/07 - 11/15/07 | Research services expense | 77.26 |
| 6/6/07 - 10/30/07 | Cost of deposition transcripts (Robin, Robinson, Fiumara, Magrath, Gaudet, Loycano, Lawrence, Chan-Lee, Seipio, Panos, Lombard, Harris, Foss, Dobra, Jordan, Mazokopos) | 11,980.45 |
| 8/31/07 | Fee to bank expert for consultant services | 3,884.65 |
| 9/21/07 | Cost of having subpoena served on SEC in Washington, D.C. | 110.00 |
| | Total: | $17, 361.37 |