UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BRADFORD C. BLEIDT and )<br>ALLOCATION PLUS ASSET MANAGEMENT )<br>COMPANY, INC. )<br>)<br>Defendants. )<br>) | Case No. CA-04-12415-NG |

**NOTICE OF WITHDRAWAL OF APPEARANCE**
**OF GABRIELLE R. WOLOHOJIAN**

Please withdraw my appearance as counsel for Sovereign Bank.

/s/ Gabrielle R. Wolohojian
Gabrielle R. Wolohojian (BBO #555704)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

DATED: December 14, 2007

US1DOCS 6482442v1