

# NIXON PEABODY LLP
ATTORNEYS AT LAW

100 Summer Street
Boston, MA 02110
(617) 345-1000
Fax: (866) 947-1074
Kevin M. Fitzgerald
Direct Dial: (603) 628-4016
E-Mail: kfitzgerald@nixonpeabody.com

January 3, 2008

Ms. Maryellen Molloy
Chambers of the Honorable Nancy Gertner
United States District Court
of the District of Massachusetts
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

RE: U.S. Securities and Exchange Commission v. Bradford C. Bleidt, et al
Civil Action No. 0412415-NG

Dear Maryellen:

The Court's Order of December 18, 2006 in the above-captioned matter approved Nixon Peabody's Second Interim Application for fees and expenses in the amount of $905,812.09. As indicated in that application, the assets in the estate at that time were insufficient to pay the entirety of the amount allowed by the Court and thus the Court approved payment of the balance without necessity of further application from funds receivable by the estate including the annual $100,000 installment payments still payable to the estate on account of the sale of its interests in WBIX radio station and related entities. This correspondence will confirm that on or about December 28, 2007 the Receiver received the above-referenced $100,000.00 installment payment and consistent with the Court's December 18, 2006 Order will apply it to the unpaid balance ($155,692.93) reducing the amount still outstanding on the Court's allowance of Nixon Peabody's Second Interim Application to $55,692.93.

Please feel free to contact me if the Court has any questions or concerns whatever.

Best wishes for a Happy New Year.

Sincerely yours,

/s/Kevin M. Fitzgerald
For David A. Vicinanzo, Receiver

10858189.1

WWW.NIXONPEABODY.COM

cc:     Counsel of record by Electronic Mail
        Richard L. Gemma by First Class Mail