UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                  )
SECURITIES AND EXCHANGE COMMISSION, )
                                  )
        Plaintiff,           )
                                  )
       v.                   )   Case No. CA-04-12415-NG
                                  )
BRADFORD C. BLEIDT and  )
ALLOCATION PLUS ASSET MANAGEMENT  )
COMPANY, INC.         )
                                  )
        Defendants.     )
_____)

ANCILLARY RECEIVER'S
FIFTH INTERIM REPORT

To comply with paragraph 10 of the Court's March 22, 2006 Order for Appointment, David J. Fine, the Court-appointed Ancillary Receiver, hereby submits his Fifth Interim Report.

1. The Ancillary Receiver's activities since November 29, 2007, the date of his Fourth Interim Report, have consisted of: (I) pursuing his lawsuit against Sovereign Bank, Civil Action No. 06-11450-NG; (II) pursuing his lawsuit against Bank of America, Civil Action No. 05-12315-NG; and (III) communicating with the victims of Brad Bleidt and their attorneys.

I.    Pursuit of Suit Against Sovereign Bank

2. Activities in this case since 11/29/07 may be divided into three major areas: (a) preparation for, and participation in, a mediation session with mediator Eric Green on 1/30/08; (b) continuation of discovery; (c) litigation of pretrial motions.

A. Preparation for, and Participation in,
   Mediation Session on 1/30/08

3. After having agreed to mediation in September 2007, the parties agreed in November 2007 on Boston University Law Professor Eric Green as mediator. The parties made written pre-mediation submissions to Professor Green in mid-January 2008, and had an all-day mediation session with him on 1/30/08. This session failed to result in any agreement. However, plaintiffs believe that the mediation was constructive and helped to provide the parties with a better understanding of one another's positions.

B. Continuation of Discovery

4. Since 11/29/07, plaintiffs have taken the following additional depositions:

    a. Donna Tanner (branch manager of the Causeway Street branch from 1991 to the summer of 1997, with the exception of a 7-month period in 1996 when Ms. Tanner was branch manager of the South Station branch) on 5/12/08.

    b. Patricia A. Rose (Fleet district manager for the Boston district from 1995 to June 2000; Sovereign market manager from June 2000 to the end of 2004; current Sovereign senior retail market executive for eastern Massachusetts and New Hampshire) on 5/15/08.

    c. Cary Lynch (Sovereign regional manager for the Boston region from June 2000 to the present) on 5/30/08.

Plaintiffs took the foregoing depositions in both the Sovereign case and the Bank of America case simultaneously.

5. Since 11/29/07, Sovereign has taken the following additional deposition:

Maja Stojanovic (former FPPS employee) on 11/30/07 and 1/16/08.

6. Further, since 11/29/07, plaintiffs have provided additional discovery to Sovereign regarding plaintiffs' claims and their basis. This additional discovery has included: (a) the Ancillary Receiver's detailed 12/12/07 Answer to Sovereign's Interrogatory asking that the Ancillary Receiver state the basis for each Count asserted in plaintiffs' Amended Complaint; (b) additional documents in response to Sovereign's document requests; and (c) supplementary answers to a number of Sovereign's interrogatories.

7. At a hearing on 4/24/08, in response to plaintiffs' Motion to Compel, Magistrate Judge Bowler ordered Sovereign to produce certain documents Sovereign had previously refused to produce. Plaintiffs are currently awaiting Sovereign's production of these documents.

C.  Litigation of Pretrial Motions

8. Since 11/29/07, Magistrate Judge Bowler issued decisions on several discovery motions. Magistrate Judge Bowler's decisions on these motions have determined and will determine to what additional discovery each side is entitled, subject to the right of either side to seek review of these decisions by Judge Gertner.

9. The following motions are awaiting decision by Magistrate Judge Bowler:

    a. Plaintiffs' Motion for Class Certification, taken under advisement on 4/24/08;

      b. Defendant Sovereign's Motion for Leave to File Amended Answer Asserting Counterclaims and Third-Party Claims, orally argued and taken under advisement on 4/24/08; and

      c. Plaintiffs' Motion for Partial Summary Judgment, orally argued and taken under advisement on 5/6/08.

    10. A further motion, Plaintiffs' Motion to Unseal Motion Papers and to Declassify Information and Documents Designated by Sovereign as Confidential, is awaiting the scheduling of oral argument.

              II.      <u>Pursuit of Suit Against Bank of America</u>

    11. On 11/28/07, Bank of America ("BOA") served its Fed.R.Civ.P. 26(a)(1) disclosures on plaintiffs, and on 11/29/07, plaintiffs served their Fed.R.Civ.P. 26(a)(1) disclosures on BOA.

    12. On 11/29/07, plaintiffs served their First Set of Document Requests and First Set of Interrogatories on BOA. Also on 11/29/07, BOA served their First Set of Requests for Production and their First Set of Interrogatories on the Ancillary Receiver and on each of the investor-client plaintiffs in the BOA case.

    13. On 1/8/08, BOA served Responses to Plaintiffs' First Set of Interrogatories and First Set of Documents Requests.

    14. On 1/9/08, Magistrate Judge Bowler held a scheduling conference during which she adopted a schedule for the BOA case setting: (a) 9/5/08 as the deadline for completion of fact and class certification discovery; (b) 11/7/08 as the deadline for completion of expert discovery; and (c) 11/21/08 as the deadline for filing dispositive motions.

15. On 2/8/08, BOA served its Second Set of Requests for Production and Second Set of Interrogatories on the Ancillary Receiver and on each of the investor-client plaintiffs in the BOA case.

16. On 3/10/08, the Ancillary Receiver served his Responses to BOA's First Set of Requests for Production.

17. Since 11/29/07, BOA has produced over 1,500 pages of documents to plaintiffs, and, since 3/10/08, plaintiffs have produced over 8,000 pages of documents to BOA.

18. As stated in section I above, on 1/30/08, BOA participated in a mediation with plaintiffs and Sovereign conducted by mediator Eric Green. Also, as stated in section I above, plaintiffs took the 5/12/08 deposition of Donna Tanner and the 5/15/08 deposition of Patricia Rose simultaneously in the BOA case and in the Sovereign case.

19. On 5/6/08, BOA served a Motion to Extend Pre-Trial Schedule Dates By Six (6) Months. Plaintiffs responded to this Motion on 5/27/08. Plaintiffs anticipate Magistrate Judge Bowler will rule on this Motion at the status conference scheduled for 6/5/08.

III. Communicating with Bleidt Victims

20. The Ancillary Receiver has continued to have numerous communications with Bleidt victims and with attorneys representing Bleidt victims. The purposes of these communications have included: (a) keeping Bleidt victims apprised of the

Ancillary Receiver's progress in pursuing the claims against Sovereign Bank and Bank of America; (b) obtaining information to support pursuit of such claims; and (c) responding to questions and requests for information.

Dated:   June 3, 2008

                                                    Respectfully submitted,

                                                    /s/ David J. Fine
                                              David J. Fine, BBO No.165120
                                              Law Offices of David J. Fine
                                              40 Court Street, Suite 700
                                              Boston, MA 02108
                                              (617) 720-2942

                                              Ancillary Receiver