UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                    )
SECURITIES AND EXCHANGE COMMISSION, )
                                                    )
                    Plaintiff,                      )
                                                    )
                                                    )
          v.                                        )          Case No. CA-04-12415-NG
                                                    )
BRADFORD C. BLEIDT and                              )
ALLOCATION PLUS ASSET MANAGEMENT                    )
COMPANY, INC.                                       )
                                                    )
                    Defendants.                     )
_____)


FIFTH INTERIM APPLICATION OF ANCILLARY RECEIVER
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

     Pursuant to the Court's March 22, 2006 Order for Appointment, David J. Fine, the

Court-appointed Ancillary Receiver, hereby submits his Fifth Interim Application for

Compensation and Reimbursement of Expenses.

     Through this Application, Ancillary Receiver Fine seeks entry of an order:

     1.     awarding him a total of $177,720.98, consisting of

          a.     $170,590.00 as compensation for legal services rendered during

the period from August 1, 2007 through December 15, 2007 (the "Application Period");

plus

b.      $7,130.98 for reimbursement of reasonable and actual out-of-pocket expenses incurred during the period from November 16, 2007 through May 15, 2008; and

2.      authorizing him to withdraw the amount awarded from the special fiduciary IOLTA account described in paragraphs 23 and 24 of the Ancillary Receiver's First Interim Report.

In support of this Application, the Ancillary Receiver submits, and relies on, the following:

1.      the Ancillary Receiver's Fifth Interim Report, submitted simultaneously herewith. This Report describes, in narrative form, the activities of the Ancillary Receiver from November 29, 2007, the date of the Ancillary Receiver's Fourth Interim Report, to the present.

2.      Exhibit A to this Application: profiles of Ancillary Receiver Fine, attorney Melanie L. Oxhorn, and paralegal/legal assistant and Mai-Tal Kennedy.

3.      Exhibits B through D to this Application: day-by-day itemization of work done respectively during the Application Period by Ancillary Receiver Fine (Exhibit B); attorney Oxhorn (Exhibit C); and paralegal/legal assistant Kennedy (Exhibit D).

4.      Exhibit E to this Application: itemization of out-of-pocket expenses during the period from November 16, 2007 through May 15, 2008.

Further, Ancillary Receiver Fine states that he arrived at the amount of compensation for legal services he is seeking in this Application ($170,590.00) as

follows:  First, he took the total number of hours worked during the Application Period by Melanie L. Oxhorn and himself (145.7 + 393.9 = 539.6) and multiplied that total by the hourly rate ($275/hour) approved for Ancillary Receiver Fine and senior lawyers working with him in paragraph 8.b. of the Court's March 22, 2006 Order for Appointment (539.6 x $275/hour = $148,390.00).  Second, he took the hours worked during the Application Period by Mai-Tal Kennedy (277.5) and multiplied that by the hourly rate ($80/hour) approved for paralegals and legal assistants in the foregoing paragraph of the Court's March 22, 2006 Order (277.5 hours x $80/hour = $22,200.00).  Third, Ancillary Receiver Fine added the foregoing figures to arrive at the total compensation amount he is seeking ($148,390.00 + $22,200.00 = $170,590.00).

There is currently $2,001.52 of Bleidt victim funds in the special IOLTA fiduciary litigation account described in paragraphs 23 and 24 of the Ancillary Receiver's First Interim Report.  (This $2,001.52 is the balance of the victim funds remaining after the Ancillary Receiver withdrew $112,118.87 from the account as authorized by the Court's December 27, 2007 Order allowing the Ancillary Receiver's Fourth Application for Compensation and Reimbursement of Expenses.)   Based on communications Ancillary Receiver Fine has had with certain Bleidt victims and certain attorneys representing Bleidt victims, Mr. Fine believes that additional contributions will be made to the special IOLTA fiduciary litigation account in the next several weeks.  Mr. Fine does not know whether such additional contributions will be sufficient to cover the total amount being sought by this Application.

In accordance with paragraph 8.b. of the Court's March 22, 2006 Order for Appointment, Ancillary Receiver Fine submitted this Application to counsel for the SEC

for review and approval as to the reasonableness of the fees and expenses, prior to filing

this Application with the Court.  In addition, Ancillary Receiver Fine is serving this

Application on all parties who have filed appearances in this case and, without exhibits,

on the 125 Bleidt victims identified by the SEC and Nixon Peabody in connection with

the settlement with the broker-dealers.

Dated: June 3, 2008

                                            Respectfully submitted,


                                            ____/s/ David J. Fine_____
                                            David J. Fine, BBO #165120
                                            Law Offices of David J. Fine
                                            40 Court Street, Suite 700
                                            Boston, MA 02108
                                            (617) 720-2941

                                            Ancillary Receiver

Exhibit A:
Profiles


David J. Fine

Litigator with over 30 years experience.  Has handled a wide range of litigation matters including suits against banks and suits involving claims of unfair and deceptive acts and practices by lenders and mortgagees.

Law clerk, United District Court Judge John F. Dooling, Jr., EDNY, September 1973 - August 1974.
Associate, Paul, Weiss, Rifkind, Wharton & Garrison, New York, New York, September 1974 - March 1976.
Partner, Rosenberg, Baker & Fine and Baker & Fine, Cambridge, Massachusetts, April 1976 - December 1982.
Partner, Silverglate, Gertner, Baker & Fine, and successor firms, Boston, Massachusetts, January 1983 - May 1993.
Partner, Dangel & Fine, Boston, Massachusetts, June 1993 - July 2001.
Proprietor, Law Offices of David J. Fine, Boston, Massachusetts, August 2001 - present.

Yale College, B.A., summa cum laude, 1970.
Harvard Law School, J.D., magna cum laude, 1973.


Melanie L. Oxhorn

Litigation with broad experience in handling complex and difficult issues in a variety of legal settings.

Law Clerk, U.S. Court of Appeals, Second Circuit, Judge Jon O. Newman, Hartford, Connecticut, August 1994 - July 1995.
Associate, Professor Laurence H. Tribe, Harvard Law School, Cambridge, Massachusetts, September 1995 - October 1996.
Associate, Wachtell, Lipton, Rosen & Katz, New York, New York, November 1996 - December 1997.
Associate, Mayer, Brown & Platt, New York, New York, January 1998 - March 2000.
Assistant Solicitor General, New York State Office of the Attorney General, New York, New York, April 2000 - April 2006.
Private Practice, May 2006 - present.
Part-time Instructor, Cornell Law School, August 2007- present

Yale College, B.A., summa cum laude, 1991.
Harvard Law School, J.D., magna cum laude, 1994.

<u>Mai-Tal Kennedy</u>

Ms. Kennedy graduated from Mount Holyoke College with a B.A., magna cum laude, in May 2006.

Ms. Kennedy worked as an immigration specialist for Kennedy Healthcare Recruiting, Inc. in Northampton, Massachusetts from June 2006 to January 2007, and has worked as a paralegal and legal assistant for the Law Offices of David J. Fine from January 2007 to the present.

Exhibit B:
<u>Hours Worked By David J. Fine</u>

| <u>Date</u> | <u>Description</u> | <u>Hours</u> |
|---|---|---|
| 8/1/07 | work on discovery requests; telecons w/ victim, victim's attorney, e-mail to B. Stern ("BS"); telecon w/ BS; e-mail to M. Oxhorn ("MO") | 1.9 |
| 8/2/07 | work on discov. requests; review Magrath, Gaudet deps.; prep. for meeting; meeting w/ victim; telecon w/ victim | 8.4 |
| 8/3/07 | prep. for dep.; Loycano dep. | 7.8 |
| 8/6/07 | e-mail to BS; e-mail to Sovereign attorney J. Gleason; discs. w/ M. Kennedy ("MK") | 0.8 |
| 8/7/07 | review docs. at WilmerHale; prep. for Lawrence dep.; meeting w/ D. Lawrence, MO; e-mail to J. Gleason | 5.9 |
| 8/8/07 | prep. for dep.; Lawrence dep. | 10.2 |
| 8/9/07 | e-mail to MO; telecon w/ victim's attorney; telecon w/ BS; looking at docs. at WilmerHale; work on privilege log; disc. w/ MK | 4.3 |
| 8/10/07 | reading MO's e-mails; telecon w/ victim; e-mail to victim; telecon w/ BS; fact work | 3.9 |
| 8/12/07 | e-mail to victim; e-mail to BS; fact work | 2.8 |
| 8/13/07 | prep. for hearing; hearing before Magistrate Judge Bowler on discovery motions; fact work | 6.4 |
| 8/14/07 | prep. for discovery dispute conf.; disc. dispute conf. w/ M. Heyison ("MH"); commun. to victims; fact work; telecon | 5.6 |

| Date | Description | Hours |
|------|-------------|-------|
| | w/ MO | |
| 8/15/07 | work on motion for protective order against AR dep., APAM 30(b)(6) dep.; disc. dispute conf. w/ MH, BS | 4.0 |
| 8/16/07 | e-mail to BS re Vicinanzo dep.; legal research; factual research | 1.5 |
| 8/17/07 | e-mail to MH, BS re several matters; related work | 2.0 |
| 8/20/07 | work on protective order motion; telecons w/ victim, victim's attorney, counsel for third party; e-mail to MH, BS | 1.4 |
| 8/21/07 | telecon w/ MH, BS; review third party docs.; telecon w/ victim; e-mail to MH, BS | 2.8 |
| 8/22/07 | e-mail to victim's attorney; draft motion to modify schedule; e-mail to victim; e-mail to MH, BS; prep. for Lee dep. | 4.0 |
| 8/23/07 | e-mail to victim; e-mail to MH, BS re audit docs., disc. dispute conf.; prep. for Lee dep.; prep. for Panos dep.; Lee dep. | 10.7 |
| 8/24/07 | e-mail to MH, BS; telecon w/ victim's attorney; dep. notice for John Dobra; e-mail to victim | 2.0 |
| 8/25/07 | work on disc. responses; prep. for Lombard dep.; factual research | 5.9 |
| 8/26/07 | work on disc. responses; exchanging e-mails w/ victim; e-mail to victim's attorney | 2.9 |
| 8/27/07 | work on disc. responses; telecon w/ victim; telecon w/ MH; telecon w/ victims' attorneys; telecon w/ Sovereign attorney G. Wolohojian ("GW"); related work | 3.8 |

2

| Date | Description | Hours |
|------|-------------|-------|
| 8/28/07 | e-mail to MH, BS; prep. for dep.; N. Lombard dep. | 9.1 |
| 8/29/07 | prep. for dep.; Panos dep.; e-mail to victim's attorney; telecon w/ MH | 3.4 |
| 8/30/07 | prep. for dep.; S. Seipio dep.; work re joint motion | 10.1 |
| 8/31/07 | e-mail to MH re Carreker issue; fact work | 0.5 |
| 9/3/07 | telecon w/ victim; discovery work | 0.5 |
| 9/5/07 | telecons w/ victim, victim's attorney; fact work | 1.1 |
| 9/6/07 | e-mails to MH; e-mail to victim's attorney; e-mails to victims; telecon w/ victim; discovery work | 3.8 |
| 9/7/07 | review insur. policies; e-mail to MO; telecons w/ MH, BS; telecon w/ victim's attorney | 1.4 |
| 9/8/07 | work on opp. to motion for Campanelli protective order; telecon w/ MO re research needed; e-mail to MH | 3.8 |
| 9/9/07 | work on discovery requests; e-mails to victims; e-mail to B. Stern | 4.2 |
| 9/10/07 | completing filing oppos. to Campanelli motion; e-mail to MH, BS re Carreker docs.; telecon w/ MH | 5.2 |
| 9/19/07 | work re discovery; telecons w/ victims; telecon w/ BOA attorney S. Reilly ("SR"); telecon w/ MH | 1.9 |
| 9/20/07 | telecon w/ victim; e-mail to MH, BS; telecon w/ SR; letter to SR enclosing dep. trs.; subpoenas to SEC, D. Tanner; | 3.5 |

| Date | Description | Hours |
|------|-------------|-------|
| | telecon w/ BS | |
| 9/21/07 | motion re Bleidt dep.; second doc. request to Sovereign; telecons w/ MH, BS; prep. for hearing; hearing before Mag. Judge Bowler | 5.9 |
| 9/24/07 | e-mails to MH, GW; e-mail to victim's attorney | 0.3 |
| 9/25/07 | D. Vicinanzo dep. -- day 1 | 8.5 |
| 9/26/07 | Vicinanzo dep. -- day 2; e-mail to MH, BS | 7.6 |
| 9/27/07 | e-mail to SR; long telecon w/ SR; telecon w/ victim | 1.6 |
| 9/28/07 | e-mails to MH, GW; discovery work | 0.5 |
| 9/30/07 | e-mail to MH, BS | 0.2 |
| 10/2/07 | telecon w/ MH; e-mail to victim | 0.4 |
| 10/4/07 | prep. for dep.; Keith Harris dep. | 8.1 |
| 10/5/07 | e-mail to BS re dep. sched.; e-mail to SR, MH | 0.3 |
| 10/7/07 | work re discov. | 0.5 |
| 10/9/07 | e-mail to MH; e-mail to victim; conf. call w/ MH, SR | 0.5 |
| 10/10/07 | e-mail to MH, SR; e-mails to victims; telecon w/ victim; fact research; e-mail to GW | 1.9 |
| 10/11/07 | e-mails to MH; telecon w/ victim; factual research | 0.6 |
| 10/12/07 | reviewing Sov. rog. answers; Nancy Foss Yasko dep.; telecon w/ MH | 6.0 |

4

| Date | Description | Hours |
|------|-------------|-------|
| 10/14/07 | legal research | 0.3 |
| 10/15/07 | work on Joint Statement in BOA case; telecon w/ SR; e-mail to GW; e-mail to MO; e-mails re potential mediators | 3.7 |
| 10/16/07 | prep. for dep.; John Dobra dep.; work re responses to Sov. motions | 9.8 |
| 10/17/07 | work on responses to Sov. motions; work re discovery; telecon w/ victim's attorney; telecon w/ MH | 3.8 |
| 10/18/07 | fact research; telecon w/ victim's attorney; reading e-mails from MH, SR, replying | 2.1 |
| 10/19/07 | opp. to motion to compel, cross-motion to enlarge time; T. Jordan dep.; reading Sov.'s new filings | 10.6 |
| 10/20/07 | work re victim inquiry; work re discov. | 0.4 |
| 10/21/07 | telecon w/ MO; factual research | 0.8 |
| 10/22/07 | draft motion for protective order and supporting mem.; prep. for hearing; hearing before Mag. Judge Bowler; work re mediation | 5.7 |
| 10/23/07 | review Sov.'s discov. responses; e-mail to victim's attorney; telecon w/ victim's attorney; e-mail to MH, SR | 2.3 |
| 10/24/07 | prep. for dep.; Sophie Panos dep.; telecon w/ victim; telecon w/ MH | 3.6 |
| 10/25/07 | e-mails to GW, BS | 0.3 |
| 10/26/07 | e-mail to victim; related work | 0.3 |
| 10/28/07 | work re discov. | 1.2 |
| 10/29/07 | e-mail to MH, BS; e-mails to MO; | 2.7 |

| Date | Description | Hours |
|------|-------------|-------|
| | related work | |
| 10/30/07 | reading e-mails from BS, MO; e-mails to BS, MO | 0.3 |
| 10/31/07 | work re discov. | 0.1 |
| 11/1/07 | e-mails to MO; e-mail to MH, BS; corrected motion to enlarge; prep. for status conf.; status conf. w/ Judge Gertner | 2.3 |
| 11/5/07 | disc. w/ MK | 0.1 |
| 11/6/07 | e-mail to MH, BS re discov.; e-mail to MH; telecon w/ victim; telecon w/ MH; letter to MH, BS re rog. answers, doc. responses | 5.3 |
| 11/7/07 | e-mail to victim; telecon w/ victim; e-mail to MH, BS | 1.1 |
| 11/8/07 | e-mail to MH, BS; motion to enlarge time; work on opp. to motion for prot. order re 30(b)(6); e-mail to GW | 4.1 |
| 11/9/07 | telecon w/ MH; review MH draft; e-mail to MH | 1.1 |
| 11/10/07 | work on opp. to motion for prot. order; work on other papers | 0.5 |
| 11/11/07 | work on opp. to motion for prot. order | 5.3 |
| 11/12/07 | work on opp. to motion for prot. order; telecon w/ MH, SR; work on response to requests for admissions | 4.7 |
| 11/13/07 | complete, file opp. to motion for prot. order re 2d 30(b)(6); complete, serve response to request for admissions; e-mail to MH, BS | 5.6 |
| 11/14/07 | telecon w/ victims; telecons w/ victims' | 1.7 |

| Date | Description | Hours |
|------|-------------|-------|
| | attorneys; related work | |
| 11/15/07 | e-mail to victim's attorney; reading MH letter; telecon w/ victim; work re discov. | 1.6 |
| 11/16/07 | prep. for meeting; meeting w/ victim | 1.2 |
| 11/17/07 | prep. for dep.; Lombard dep.; work on motion for class certif.; work on opps. to motion to compel, motion to amend; e-mail to MO; telecon w/ MO | 4.2 |
| 11/18/07 | work on motion for class certif. | 2.3 |
| 11/19/07 | e-mail to MO; e-mail MH, BS; completing, filing motion for class certif. w/ supporting mem. | 10.8 |
| 11/20/07 | read MO mem.; telecons w/ victims' attorneys; telecon w/ victim; e-mail to victim; exchange e-mails w/ MH, SR | 1.6 |
| 11/21/07 | telecon w/ victims; work on opps. to Sov. motions | 5.0 |
| 11/22/07 | work on opp. to Sov. motion to amend | 2.5 |
| 11/23/07 | work on opp. to motion to amend; telecon w/ victims | 2.1 |
| 11/25/07 | work on opps. to Sov. motion to amend, motion to compel, motion for sanctions | 2.7 |
| 11/26/07 | work on opp. to motion for sanctions; telecon w/ victim | 1.3 |
| 11/27/07 | complete, file opp. to Sov.'s motion to amend; work on opp. to Sov. motion for sanctions; telecons w/ victims' attorneys | 9.7 |
| 11/28/07 | motion to compel Sov. to answer rogs. and produce docs., supporting mem.; completing, filing | 8.4 |

7

| Date | Description | Hours |
|------|-------------|-------|
| 11/29/07 | preparing, serving initial disclosures to BOA; rogs., doc. requests to BOA; review BOA's initial disclosures; telecon w/ victim's attorney | 6.4 |
| 11/30/07 | prep. for dep.; Stojanovic dep.; telecon w/ victim | 5.2 |
| 12/1/07 | work on opp. to motion to compel | 2.9 |
| 12/2/07 | work on opp. to motion to compel | 1.6 |
| 12/3/07 | work on opp. to motion to compel; telecon w/ victim's attorney | 1.6 |
| 12/4/07 | completing, filing opp. to motion to compel; e-mail to MH; e-mail to victim | 7.8 |
| 12/5/07 | work on answer to contention rog.; telecons w/ victims; e-mails to victims; telecon w/ MH | 4.8 |
| 12/6/07 | telecon w/ BS; telecons w/ victims, victim's attorney; work on improper endorsement list; e-mail to BS, MH | 5.8 |
| 12/7/07 | work on supp. rog. answer; letter to MH, BS | 2.6 |
| 12/8/07 | review Sov.'s reply mem. in support of motion to amend; work on answer to contention rog. | 1.9 |
| 12/9/07 | work on answer to contention rog., legal research | 3.9 |
| 12/10/07 | work on providing discov.; telecon w/ SR; e-mail to MH, BS; review Sov. reply in support of motion for prot. order | 6.0 |
| 12/11/07 | work on answer to contention rog. | 6.9 |

| Date | Description | Hours |
|------|-------------|-------|
| 12/12/07 | complete, serve answer to contention rog. | 9.8 |
| 12/13/07 | e-mail to MH, BS re proposed agenda; telecon w/ victim; telecon w/ MH; prep. for hearing (hearing cancelled due to snow); telecon w/ MH | 2.8 |
| 12/14/07 | telecon w/ MH; disc. w/ MK re work needed | 0.3 |
| | Total Hours: | 393.9 |

Exhibit C:
Hours Worked By Melanie L. Oxhorn

| Date | Description | Hours |
|------|-------------|-------|
| 8/1/07 | work re discovery | 0.4 |
| 8/2/07 | review Gaudet dep. | 0.5 |
| 8/5/07 | work re discovery | 0.1 |
| 8/6/07 | work re discovery | 0.2 |
| 8/7/07 | prep. for Lawrence dep.; meet w/ D. Lawrence, DF | 5.5 |
| 8/8/07 | prep. for dep.; Lawrence dep. | 9.5 |
| 8/9/07 | work re discovery; legal research | 1.5 |
| 8/10/07 | legal research; work re Campanelli statements to media; review Loycano dep.; work re discov. | 5.5 |
| 8/11/07 | legal research; e-mail to DF | 3.5 |
| 8/12/07 | review Loycano dep.; prep. for hearing | 0.5 |
| 8/13/07 | prep. for hearing; hearing before Mag. Judge Bowler; related work | 4.5 |
| 8/14/07 | e-mail exchange w/ DF re discov.; legal research; related work | 3.5 |
| 8/15/07 | review plaintiffs' memorandum in support of motion for protective order against deposition of Ancillary Receiver; disc. w/ DF | 1.0 |
| 8/16/07 | work re discov. | 0.5 |
| 8/17/07 | work re discov.; review BOA's Answer to Amended Complaint and Counterclaim | 2.2 |

| Date | Description | Hours |
|------|-------------|-------|
| 8/20/07 | work re discov. | 0.1 |
| 8/22/07 | work re discov.; review Lawrence dep., audit report produced by Sov. | 3.5 |
| 8/24/07 | work re discov. | 0.1 |
| 8/27/07 | work re discov. | 0.7 |
| 8/28/07 | work re schedule | 0.2 |
| 8/29/07 | review audit docs. | 0.1 |
| 8/30/07 | work re joint motion to modify schedule | 0.2 |
| 8/31/07 | review Lee dep.; work re discov. | 2.5 |
| 9/4/07 | review Seipio dep.; review Sov. opp. to motion for prot. order | 2.2 |
| 9/6/07 | review AR's Answer to BOA Counterclaim; work re discov. | 1.5 |
| 9/7/07 | legal research re dep. of federal prisoner; e-mail to DF | 1.8 |
| 9/10/07 | work re discov. | 0.3 |
| 9/19/07 | prep. for 9/21 hearing | 0.2 |
| 9/20/07 | work re discov. | 0.1 |
| 9/21/07 | prep. for hearing; hearing before Mag. Judge Bowler; review and edit plaintiffs' second set of document requests to defendant; review Magistrate Judge Bowler's electronic order on parties' motions | 4.5 |
| 9/24/07 | work re discov. | 0.1 |
| 9/26/07 | work re discov. | 0.1 |
| 9/30/07 | work re discov. | 0.1 |

2

| Date | Description | Hours |
|------|-------------|-------|
| 10/2/07 | review Sov. subpoena to S. Panos | 0.1 |
| 10/3/07 | work re discov. | 0.1 |
| 10/5/07 | work re discov. | 1.5 |
| 10/8/07 | work re discov. | 0.2 |
| 10/9/07 | work re discov. | 0.1 |
| 10/10/07 | review DF commun. to victim | 0.1 |
| 10/11/07 | work re discov. | 0.1 |
| 10/15/07 | review and edit draft joint statement re scheduling conference in BOA case; discuss strategy with DF; work re discov. | 0.3 |
| 10/17/07 | work re mediation | 0.1 |
| 10/18/07 | work re mediation | 0.1 |
| 10/19/07 | review plaintiffs' opposition to Sovereign's motion to compel answers to single interrogatory and in support of enlargement of time; work re discov. | 0.5 |
| 10/22/07 | work re mediation; work re discov. | 0.5 |
| 10/23/07 | work re mediation | 0.1 |
| 10/24/07 | work re discov. | 0.3 |
| 10/25/07 | telecon w/ DF re Sov.'s motion to compel; prepare notes for draft memorandum; review Sovereign's motion to set class certification briefing schedule and to file Amended Answer asserting counterclaims and third-party claims | 6.2 |
| 10/26/07 | legal research and drafting for memorandum in opposition to | |

3

| Date | Description | Hours |
|------|-------------|-------|
| | Sovereign's motion to compel production of documents withheld on grounds of privilege | 4.8 |
| 10/27/07 | continue legal research and drafting for memorandum in opposition to Sovereign's motion to compel production of documents withheld on grounds of privilege | 5.5 |
| 10/28/07 | continue legal research and drafting for memorandum in opposition to Sovereign's motion to compel production of documents withheld on grounds of privilege | 3.5 |
| 10/29/07 | work re discov.; review proposed agenda for 11/1/07 status conference before Judge Gertner; finish working on draft memorandum in opposition to Sovereign's motion to compel | 5.6 |
| 10/30/07 | revise preliminary draft memorandum in opposition to Sovereign's motion to compel | 4.8 |
| 10/31/07 | complete and circulate to DF preliminary draft memorandum in opposition to Sovereign's motion to compel | 4.5 |
| 11/1/07 | work re mediation; status conf. with Judge Gertner | 2.1 |
| 11/5/07 | review Sovereign's mem. in opp. to plaintiffs' motion for protective order | 0.3 |
| 11/6/07 | work re discov. | 0.3 |
| 11/7/07 | work re discov. | 0.2 |
| 11/8/07 | work re discov.; review letter from Sov.'s counsel enclosing draft Joint Statement on Case Schedule | 0.2 |

| Date | Description | Hours |
|------|-------------|-------|
| 11/9/07 | work re discov. | 0.1 |
| 11/12/07 | review and edit draft plaintiffs' memorandum in opposition to Sovereign's motion for protective order quashing plaintiffs' notice of second 30(b)(6) deposition of defendant, and Ancillary Receiver's objections and responses to Sovereign's requests for admission | 1.2 |
| 11/13/07 | review SEC's opposition to Sovereign's motion to compel production of documents and testimony, attaching privilege log; review, edit and circulate to DF rough draft of motion for class certification | 0.6 |
| 11/15/07 | work re discov. | 0.5 |
| 11/17/07 | telephone conversation with DF re various matters requiring attention; prepare notes and begin legal research and analysis of these matters | 0.3 |
| 11/18/07 | continue legal research and analysis of matters discussed with DF; begin to draft memo summarizing results | 3.8 |
| 11/19/07 | email exchange with DF re status of memo addressing each of the points discussed in prior phone conversation; further legal research and analysis; continue drafting memo; review plaintiffs' papers filed in support of motion for class certification | 4.5 |
| 11/20/07 | review email messages regarding scheduling of mediation with Eric Green on 1/30/07; review commun. from DF to victims; review Sov.'s opp. to plaintiffs' motion for an extension of time | 0.2 |
| 11/26/07 | review and edit draft memorandum in | |

| Date | Description | Hours |
|------|-------------|-------|
| | opposition to Sovereign's motion for leave to file amended answer asserting counterclaims and third-party claims | 0.8 |
| 11/27/07 | review plaintiffs' memorandum in opposition to Sovereign's motion for sanctions | 0.3 |
| 11/28/07 | review plaintiffs' papers submitted in support of motion to compel Sovereign to answer interrogatories and produce documents | 0.4 |
| 11/29/07 | review Sovereign's opposition to plaintiffs' motion for extension of time to respond to Sovereign's motion to compel | 0.1 |
| 12/4/07 | work re strategy, mediation | 0.2 |
| 12/5/07 | work re discov. | 0.2 |
| 12/6/07 | work re discov. | 0.2 |
| 12/10/07 | work re second 30(b)(6) dep. notice issues | 2.3 |
| 12/11/07 | review and edit draft of Ancillary Receiver's answers to Sovereign's contention rog. | 1.2 |
| 12/12/07 | further work re answer to contention rog.; analysis of discov. issue | 3.6 |
| 12/13/07 | prep. for hearing before Mag. Judge Bowler (hearing later cancelled); telecon w/ DF re drafting motion for partial summary judgment; begin to research and prepare notes for partial summary judgment motion | 7.8 |
| 12/14/07 | continue legal research and analysis of arguments for partial summary judgment motion | 9.6 |

6

| Date | Description | Hours |
|------|-------------|-------|
| 12/15/07 | continue legal research and analysis of arguments for partial summary judgment motion; begin to draft supporting memorandum of law | 8.5 |
| | Total Hours: | 145.7 |

Exhibit D:
Hours Worked by Mai-Tal Kennedy

| Date | Description | Hours |
|------|-------------|-------|
| 08/01/07 | third party check work; list Sovereign acronyms and definitions; complete catalog of confirmation of endorsement forms in our possession | 5.0 |
| 08/02/07 | work re cataloging new doc production and reviewing docs. at Wilmer Hale | 6.5 |
| 08/03/07 | work re deposition and prep. for deposition and continued work on improperly endorsed check list | 6.5 |
| 08/07/07 | document inspection at WilmerHale | 5.0 |
| 08/08/07 | deposition of Donna Brandt Lawrence | 6.5 |
| 08/09/07 | document inspection at WilmerHale | 5.0 |
| 08/10/07 | tracking Shared Visions wires; cataloging documents reviewed at WilmerHale; work on notice of dep. of Joe Campanelli, request for production of documents | 6.5 |
| 08/13/07 | hearing before Mag. Judge Bowler and prep. for it | 3.0 |
| 08/15/07 | work re plaintiffs' motion for protective order | 3.0 |
| 08/20/07 | working on wire transfer and misc. debit and credit charts | 6.0 |
| 08/21/07 | working on wire transfer and misc. debit and credit charts | 6.0 |
| 08/22/07 | working on wire transfer and misc. debit and credit charts | 7.5 |
| 08/23/07 | prep. for Judy Chan Lee deposition and the deposition | 8.0 |

| Date | Description | Hours |
|------|-------------|-------|
| 08/27/07 | work on Lombards' and Panos' supplementary answers to interrogatories and supplementary doc. prod. | 4.0 |
| 08/28/07 | prep. for and deposition of Nancy Lombard | 7.0 |
| 08/29/07 | prep. for and deposition of Bessie Panos, and prep. for deposition of Susana Seipio | 7.0 |
| 08/30/07 | prep. for and deposition of Susana Seipio | 6.0 |
| 09/05/07 | finish Bates marking documents for Ancillary Receiver production to WH | 2.0 |
| 09/06/07 | work on chart re victims | 2.0 |
| 09/07/07 | work on A.R. production to Sovereign | 1.0 |
| 09/09/07 | work on opp. to motion for protective order re Joe Campanelli; work on second 30(b)(6) dep. notice | 3.0 |
| 09/10/07 | work on second 30(b)(6) dep. notice and first set of interrogatories | 5.0 |
| 09/11/07 | work re finalizing, serving second 30(b)(6) and first set of interrogatories | 2.0 |
| 09/19/07 | assembling copies of DF and Sov. communications re: Carreker reports and the Carreker reports themselves for transmission to M. Perillo | 1.0 |
| 09/20/07 | work on subpoenas to the SEC and Donna Tanner; getting deposition copies to Stephen Reilly ("SR"); review docs. at SEC | 4.0 |
| 09/21/07 | work on motion and memo for leave to take Bleidt's deposition; work on second set of document requests; attend hearing | 4.0 |

| Date | Description | Hours |
|------|-------------|-------|
| 09/25/07 | Day 1 of Vicinanzo deposition | 5.0 |
| 09/26/07 | Day 2 of Vicinanzo deposition | 5.0 |
| 10/04/07 | Keith Harris deposition | 7.0 |
| 10/12/07 | Nancy Foss deposition | 3.0 |
| 10/15/07 | work on Joint Statement in BOA case | 1.0 |
| 10/16/07 | John Dobra deposition | 6.0 |
| 10/17/07 | produce additional Lombard docs. and docs. in prep. for Jordan deposition | 3.0 |
| 10/19/07 | Tony Jordan deposition; work on opp. to Sov. motion to compel | 8.0 |
| 10/22/07 | hearing before Mag. Judge Bowler; work on motion for protective order | 7.0 |
| 10/29/07 | work on motion for time enlargement | 1.0 |
| 11/1/07 | scheduling conference with Judge Gertner; work on corrected time enlargement motion | 1.0 |
| 11/5/07 | review and take notes on Judy Chan Lee deposition transcript and Susana Seipio deposition transcript; copy and get docs. from SEC to MO | 5.0 |
| 11/7/07 | review and take notes on Gaudet and Loycano depositions; organizing Bleidt litigation files | 7.0 |
| 11/8/07 | work on motion for further enlargement of time | 0.5 |
| 11/9/07 | review documents at WilmerHale | 0.5 |

| Date | Description | Hours |
|------|-------------|-------|
| 11/12/07 | work on mem. in opp. to Sov.'s motion for protective order quashing plaintiffs' second 30(b)(6), response to Sov. requests for admission to AR | 4.0 |
| 11/13/07 | read and take notes on Magrath 30(b)(6) deposition; work on motion to enlarge time; work on motion to file document under seal; work on opposition to Sovereign's motion to quash plaintiffs' second 30(b)(6) | 10.0 |
| 11/15/07 | read and take notes on Magrath's individual deposition; work re discov. | 2.0 |
| 11/16/07 | work re notes on Magrath's individual deposition transcript | 0.5 |
| 11/19/07 | work on motion for class certification and supporting mem.; work on chart of improperly endorsed checks | 8.5 |
| 11/20/07 | read and take notes on Dobra deposition | |
| 11/26/07 | work on opposition to Sovereign's motion to amend; compile copies of checks that were improperly endorsed | 5.0 |
| 11/27/07 | work on oppositions to Sovereign's motions to amend and for sanctions | 7.0 |
| 11/28/07 | work on motion and memo to compel int. answers and docs. from Sovereign, and motion to file document under seal | 9.0 |
| 11/29/07 | work re filing memo in support of motion to compel, under seal, with the Court; work on initial disclosures to BOA, first set of interrogatories, and first set of document requests | 5.0 |
| 11/30/07 | Maja Stojanovich deposition | 4.0 |

| Date | Description | Hours |
|------|-------------|-------|
| 12/3/07 | work on memo in opp. to Sov. motion to compel, and list of wires from the Shared Visions account to the legitimate APAM account at Fleet | 6.0 |
| 12/4/07 | work on memo in opp. to Sov. motion to compel, and list of overdrafts and UNA instances in the sham APAM account | 4.0 |
| 12/5/07 | revising improper endorsement list | 2.0 |
| 12/6/07 | revising improper endorsement list and work on Donna Brandt Lawrence supplementary rog. answer | 6.0 |
| 12/7/07 | work on list of wires from Shared Visions to legitimate APAM | 3.0 |
| 12/10/07 | work for privilege log; work re third party check list | 6.0 |
| 12/11/07 | work re answer to contention rog.; work on third party check list and enclosures | 5.0 |
| 12/12/07 | work re answer to contention rog.; work on request for copies of checks | 5.0 |
| 12/14/07 | work on organizing docs. | 3.0 |
| | Total Hours: | 277.5 |

Exhibit E:
Itemization of Out-of-Pocket Expenses

| 11/16/07 - 5/15/08 | Copying expense | $176.97 |
| 11/16/07 - 5/15/08 | Postage re communications with victims | 142.38 |
| 11/16/07 - 5/15/08 | Deliveries expense | 139.62 |
| 11/16/07 - 5/15/08 | Research services expense | 133.76 |
| 11/16/07 - 5/15/08 | Cost of deposition transcripts (Nancy Lombard -- second session; Maja Stojanovic -- first and second session) | 1,280.25 |
| 12/28/07 | Fee to Resolutions, LLC for services of mediator Eric Green | 3,333.00 |
| 4/8/08 | Fee to bank expert for consultant services | 1,925.00 |

Total: $7,130.98